| | |
|---|---|
| HEATHER L. RICHARDSON, SBN 246517<br>  hrichardson@gibsondunn.com<br>LAUREN M. BLAS, SBN 296823<br>  lblas@gibsondunn.com<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:     213.229.7000<br>Facsimile:     213.229.7520<br><br>GEOFFREY SIGLER (*pro hac vice*)<br>  gsigler@gibsondunn.com<br>JOSHUA LIPTON (*pro hac vice*)<br>  jlipton@gibsondunn.com<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone:     202.995.8500<br>Facsimile:   202.467.0539<br><br>Attorneys for Defendant<br>UNITED BEHAVIORAL HEALTH | Matthew M. Lavin, Esq. (*pro hac vice*)<br>Wendy A. Mitchell SBN 158553<br>NAPOLI SHKOLNICK, PLLC<br>5757 W. Century Boulevard, Suite 680<br>Los Angeles, CA  90045<br>Telephone:  (212) 397-1000<br>Facsimile:  (212) 843-7603<br><br>David M. Lilienstein, SBN 218923<br>  david@dllawgroup.com<br>Katie J. Spielman, SBN 252209<br>  katie@dllawgroup.com<br>DL LAW GROUP<br>345 Franklin St.<br>San Francisco, CA 94102<br>Telephone: (415) 678-5050<br>Facsimile: (415) 358-8484<br><br>Attorneys for Plaintiffs and Putative Class<br><br>[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated.<br><br>                Plaintiffs,<br>v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, and VIANT, INC., a Nevada Corporation,<br><br>                Defendants. | Case No. 4:20-cv-02254-YGR<br>Related Case No. 4:20-cv-02249-YGR<br><br>ORDER GRANTING JOINT STIPULATION ~~AND [PROPOSED] ORDER~~ REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS |

Pursuant to Local Rule 6-2, it is stipulated between and among Plaintiffs and Defendants United Behavioral Health ("UBH") and Viant, Inc. ("Viant," and together with UBH, "Defendants"), by and through their respective counsel, as follows:

1. Whereas on June 11, 2020, Defendants UBH and Viant each filed a Motion to Dismiss the Complaint;

2. Whereas, under Civil Local Rule 7-3, Plaintiffs' Oppositions to UBH's and Viant's motions are currently due on June 25, 2020, and UBH and Viant's Replies are currently due on July 2, 2020;

3. Whereas, given that UBH and Viant have filed separate motions to dismiss, the parties have conferred and agree that a brief extension of the default deadlines for the Oppositions and the Replies is appropriate;

4. Whereas, the parties have not previously requested a modification to this briefing schedule, and the parties do not believe the requested time modifications will affect the schedule of the case, including the currently noticed August 11, 2020 hearing date;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval that:

1. Plaintiffs' Oppositions to UBH's and Viant's Motions to Dismiss shall be due on or before July 2, 2020; and

2. Defendants UBH's and Viant's Replies in support of their respective Motions to Dismiss shall be due on or before July 16, 2020.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 18, 2020                                **DL LAW GROUP**

By: /s/ *Katie Joy Spielman*
Katie Joy Spielman
David M. Lilienstein

**NAPOLI SHKOLNIK, PLLC**

Matthew M. Lavin
Wendy A. Mitchell

Attorneys for Plaintiffs
LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated

Dated: June 18, 2020                **GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ *Lauren M. Blas*
Lauren M. Blas
Heather L. Richardson
Geoffrey M. Sigler
Joshua Lipton

Attorneys for Defendant
UNITED BEHAVIORAL HEALTH

Dated: June 18, 2020                **PHELPS DUNBAR LLP**

By: /s/ *Errol J. King*

ERROL J. KING (*pro hac vice*)
  errol.king@phelps.com
CARYS A. ARVIDSON, SBN 306287
  carys.arvidson@phelps.com
PHELPS DUNBAR LLP
400 Convention Street, Suite 1100
Baton Rouge, LA 70802-5618
Telephone:   225.346.0285
Attorneys for Defendant
VIANT, INC.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 25, 2020

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE