| | |
|---|---|
| HEATHER L. RICHARDSON, SBN 246517<br>  hrichardson@gibsondunn.com<br>LAUREN M. BLAS, SBN 296823<br>  lblas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:  213.229.7000<br>Facsimile:   213.229.7520<br><br>GEOFFREY SIGLER (*pro hac vice*)<br>  gsigler@gibsondunn.com<br>JOSHUA LIPTON (*pro hac vice*)<br>  jlipton@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: 202.99.8500<br>Facsimile:  202.467.0539<br><br>Attorneys for Defendant UNITED BEHAVIORAL HEALTH | MATTHEW M. LAVIN (*pro hac vice*)<br>  mlavin@napolilaw.com<br>WENDY A. MITCHELL, SBN 158553<br>NAPOLI SHKOLNIK, PLLC<br>5757 W. Century Boulevard, Suite 680<br>Los Angeles, CA 90045<br>Telephone: 212.397.1000<br>Facsimile:  646.843.7603<br><br>DAVID M. LILIENSTEIN, SBN 218923<br>  david@dllawgroup.com<br>KATIE J. SPIELMAN, SBN 252209<br>  katie@dllawgroup.com<br>DL LAW GROUP<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone: 415. 678.5050<br>Facsimile: 415.358.8484<br><br>Attorneys for Plaintiffs and Putative Class<br><br>[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH and CJ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York corporation,<br><br>　　　　　　Defendants. | CASE NO. 4:20-cv-02254<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>AND ORDER |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE – CASE NO. 4:20-CV-02254

Pursuant to Local Rule 6-2, the parties to the above-captioned litigation, by and through their respective counsel of record, hereby stipulate and request as follows:

WHEREAS, Plaintiffs filed a Complaint in this action on April 2, 2020 (Dkt. 1);

WHEREAS, on June 11, 2020, each Defendant filed a motion to dismiss the Complaint (Dkts. 33, 34);

WHEREAS, on August 26, 2020, the Court granted Defendants' motions to dismiss the Complaint without prejudice (Dkt. 55);

WHEREAS, Plaintiffs filed a First Amended Complaint on September 25, 2020 (Dkt. 57);

WHEREAS, Defendants' deadline to respond to the First Amended Complaint is currently October 26, 2020 (Dkt. 55);

WHEREAS, under Local Rule 7-3, Plaintiffs' oppositions would be due on November 9, 2020, and Defendants' replies would be due on November 16, 2020;

WHEREAS, the parties have met and conferred and agree that, in light of the anonymized patient and claims information in the First Amended Complaint, information sharing is required among counsel before Defendants respond to the First Amended Complaint, consistent with HIPAA protections, to ensure that any briefing about these matters is based on accurate information, Defendants may have a four-day extension, or until October 30, 2020, to respond to the First Amended Complaint;

WHEREAS, the parties further agree that, because Defendants will be filing separate motions to dismiss and because of the intervening Thanksgiving holiday, a brief extension of the default deadlines for the opposition and reply briefs are warranted (until November 24, 2020 and December 8, 2020, respectively);

WHEREAS, the parties are both available for a hearing on December 22, 2020 at 2 p.m., or such other time as may be convenient for the Court;

WHEREAS, the parties agree that it would be premature to hold a Rule 26(f) conference, prepare a case management statement, and participate in a case management conference, currently scheduled for November 2, 2020 (Dkt. 56), before the Court makes a ruling on Defendants' motions to dismiss the First Amended Complaint;

Gibson, Dunn & Crutcher LLP

2
JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE – CASE NO. 4:20-CV-02254

WHEREAS, the Court previously agreed to vacate the case management conference pending a ruling on Defendants' motions to dismiss (Dkt. 54);

WHEREAS, the parties previously sought and received an extension of time to respond to the Complaint (Dkt. 14), and to brief the motion to dismiss the Complaint (Dkt. 42), but have not previously sought an extension of time to respond to the First Amended Complaint;

WHEREAS, nothing in this stipulation shall prevent the parties from requesting subsequent extensions of time, should the circumstances warrant;

THEREFORE, the parties jointly stipulate, subject to the Court's approval, that:

1. Defendants shall have until October 30, 2020 to file responses to Plaintiffs' First Amended Complaint;
2. Plaintiffs shall have until November 24, 2020 to respond to Defendants' motions;
3. Defendants shall have until December 8, 2020 to respond to Plaintiffs' oppositions;
4. A hearing shall be held on December 22, 2020 at 2 p.m., or such other time as may be convenient for the Court;
5. The case management conference currently set for November 2, 2020 shall be vacated and continued until 60 days after a ruling on Defendants' motions to dismiss the First Amended Complaint in this matter and the related matter, *Pacific Recovery Solutions v. United Behavioral Health*, No. 20-cv-02249 (N.D. Cal.), and all related deadlines shall be continued as well.

**IT IS SO STIPULATED.**

Dated: October 14, 2020

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By:  /s/ *Geoffrey Sigler*
                                                          Geoffrey Sigler

                                            Attorneys for Defendant UNITED BEHAVIORAL HEALTH

| | | |
|---|---|---|
| Dated: October 14, 2020 | | PHELPS DUNBAR LLP |

By: /s/ *Errol King*
       Errol King

ERROL J. KING (*admitted pro hac vice*)
errol.king@phelps.com
CARYS A. ARVIDSON, SBN 306287
  carys.arvidson@phelps.com
PHELPS DUNBAR LLP
400 Convention Street, Suite 1100
Baton Rouge, LA 70802-5618
Telephone:   225.346.0285
Facsimile:    225.381.9197

Attorney for Defendant MULTIPLAN, INC.

Dated: October 14, 2020              NAPOLI SHKOLNIK, PLLC

By: /s/ *Matthew M. Lavin*
       Matthew M. Lavin

Attorneys for PLAINTIFFS

4
JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE – CASE NO. 4:20-CV-02254

Gibson, Dunn & Crutcher LLP

**~~PROPOSED~~ ORDER**

Pursuant to Stipulation**, IT IS SO ORDERED**.

DATED: October 21, 2020

_____
Hon. Yvonne Gonzalez Rogers
United State District Court Judge

Gibson, Dunn & Crutcher LLP

5
JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT
AND SET BRIEFING SCHEDULE – CASE NO. 4:20-CV-02254

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Geoffrey Sigler, hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: October 14, 2020

               /s/ Geoffrey Sigler

               Geoffrey Sigler

Gibson, Dunn & Crutcher LLP

6

JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SET BRIEFING SCHEDULE – CASE NO. 4:20-CV-02254