# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 4/26/2021 | **Time:** 1:59pm-2:17pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-02254-YGR | **Case Name:** LD v. United Behavioral Health | |

**Attorney for Plaintiff:** Matthew Lavin; Aaron Modiano, David Lillienstein and Katie Spielman
**Attorney for Defendant:** Geoffrey Sigler and Lauren Blas for Defendant United Behavioral Health
Errol King and Craig Caesar for Defendant Viant, Inc.

**Deputy Clerk:** Frances Stone           **Court Reporter:** Pam Hebel

## PROCEEDINGS

INITIAL CMC HELD VIA ZOOM WEBINAR
**Compliance Hearing regarding name of mediator and date set scheduled Friday 5/28/2021 at 9:01am. Joint statement with mediator name and date filed by 5/21/2021.**

**Plaintiff's Motion re Standard of Review filed 9/1/2021 and set on a 35 day notice. Hearing in mid October 2021.**

**REFERRED for Private Mediation to be completed by 12/3/2021**

**Join Parties or Amend Pleadings: Only for good cause by Motions under FRCP Rule 16(b)(4)**
**Non-Expert Discovery Cutoff:  11/16/2021**

**Plaintiff's Motion for Class Certification filed by 12/17/2021 or 45 days after ruling on the Standard Review Motion, whichever is later**
**Opposition to Motion filed 2/8/2022 or 42 days (6 weeks) after motion**
**Reply filed 3/22/2022 or 42 days (6 weeks) after opposition**
**Hearing on Class Certification Motion set 4/12/2022 at 2:00pm**

**cc:  ADR**