Matthew M. Lavin, Esq. (*pro hac vice*)
Wendy A. Mitchell SBN 158553
**NAPOLI SHKOLNICK, PLLC**
5757 W. Century Boulevard, Suite 680
Los Angeles, CA  90045
Telephone:  (212) 397-1000
Facsimile:  (212) 843-7603

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiffs and Putative Class

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>                    Defendants. | Case No. 4:20-cv-02254-YGR<br><br>**[PROPOSED]** **ORDER AND STIPULATION REGARDING BRIEFING SCHEDULE AND PLAINTIFFS' THIRD AMENDED COMPLAINT** |

1

**STIPULATION**

The parties in the above-referenced case, by and through their counsel of record, hereby stipulate as follows:

1.      WHEREAS Plaintiffs' deadline to file a standard of review motion is currently September 1, 2021; and

2.      WHEREAS, to accommodate an exchange of documents and information potentially relevant to the standard of review, which the Parties have begun but not yet completed, and to facilitate efficient briefing of the standard-of-review issue to the Court, the parties have met and conferred and have agreed and stipulate to a revised briefing schedule regarding the standard of review, as set forth below; and

3.      WHEREAS, in connection with the standard of review briefing and the production of documents, the parties have further met and conferred regarding amending the operative complaint and Defendant United Behavioral Health does not object, as a procedural matter (but reserves all defenses and other objections), to Plaintiff's proposal to amend the current complaint to add United Healthcare Insurance Company (UHC), a corporate affiliate of Defendant United Behavioral Health, as a defendant by September 8, 2021; and

4.      WHEREAS, for purposes of efficiency, the parties agree and stipulate that Defendants shall not need to file new answers or defenses to the proposed Third Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval that:

1.      Plaintiff may file a proposed Third Amended Complaint adding United Healthcare Insurance Company as a defendant on or before September 10, 2021, and Defendants' previously-filed answers shall be deemed effective in response to the Third Amended Complaint;

2.      Plaintiffs' motion regarding the applicable standard of review shall be filed on or before September 22, 2021;

3.      Defendants' opposition shall be filed on or before October 13, 2021;

4.      Plaintiffs' reply brief shall be filed on or before October 20, 2021;

**[PROPOSED] ORDER AND STIPULATION REGARDING BRIEFING SCHEDULE AND PLAINTIFFS'**
**THIRD AMENDED COMPLAINT**
**CASE NO. 4:20-cv-02254-YGR**

1         5.      Motion hearing dates are to be decided by the Court based on the Court's schedule

2

3    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4

5

6

7

8    Dated: September 1, 2021          **DL LAW GROUP**

9
                                        By: _/s/ *David M. Lilienstein*_____
10                                      Katie Joy Spielman
                                        David M. Lilienstein
11
                                        **NAPOLI SHKOLNIK, PLLC**
12                                      Matthew M. Lavin
                                        Wendy A. Mitchell
13                                      Attorneys for Plaintiffs
                                        LD, DB, BW, RH, and CJ on behalf of themselves
14                                      and all others similarly situated

15

16

17   Dated: September 1, 2021          **GIBSON, DUNN & CRUTCHER, LLP**

18
                                        By: _/s/ *Lauren M. Blas*_____
19                                      Lauren M. Blas
                                        Geoffrey Sigler
20
                                        Attorneys for Defendant
21                                      UNITED BEHAVIORAL HEALTH

22   Dated: September 1, 2021          **PHELPS DUNBAR LLP**

23
                                        By: _/s/ *Errol King*_____
24                                      Carys A. Arvidson
                                        Errol King
25

26                                      Attorneys for Defendant
                                        MULTIPLAN, INC.
27

28
**[PROPOSED] ORDER AND STIPULATION REGARDING BRIEFING SCHEDULE AND PLAINTIFFS'
THIRD AMENDED COMPLAINT
CASE NO. 4:20-cv-02254-YGR**

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4   DATED:  September 9, 2021                                      _____

5                                                                                Hon. Yvonne Gonzalez Rogers

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AND STIPULATION REGARDING BRIEFING SCHEDULE AND PLAINTIFFS'
THIRD AMENDED COMPLAINT
CASE NO. 4:20-cv-02254-YGR