1  MATTHEW M. LAVIN (*pro hac vice*)
   matt.lavin@agg.com
2  AARON R. MODIANO (*pro hac vice*)
   aaron.modiano@agg.com
3  **ARNALL GOLDEN GREGORY LLP**
   1775 Pennsylvania Ave., NW, Suite 1000
4  Washington, DC 20006
   Telephone:    202.677.4030
5  Facsimile:    202.677.4031

6  David M. Lilienstein, SBN 218923
   david@dllawgroup.com
7  Katie J. Spielman, SBN 252209
   katie@dllawgroup.com
8  **DL LAW GROUP**
   345 Franklin St.
9  San Francisco, CA 94102
   Telephone: (415) 678-5050
10 Facsimile: (415) 358-8484

11

12 Attorneys for Plaintiffs and the Putative Class

13 [ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17

18 | LD, DB, BW, RH, and CJ on behalf of themselves and all others similarly situated, | Case No. 5:20-cv-02254-YGR |
|---|---|
|  | Hon. Yvonne Gonzalez Rogers |
| Plaintiff, |  |
| v. | **[PROPOSED] ORDER AND STIPULATION REGARDING BRIEFING SCHEDULE** |
| UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation, |  |
| Defendant. |  |

-1-

## STIPULATION

The parties in the above-referenced case, by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS Plaintiffs' deadline to file a standard of review motion is currently September 22, 2021, based on the stipulation entered by this Court on September 1, 2021 (D.E. 88); and

2. WHEREAS both sides have made supplemental productions, as provided in the September 1 stipulation; and

3. WHEREAS Plaintiffs have objected to redactions of certain documents produced by UHC on September 17, 2021; and

4. WHEREAS the parties request a short additional extension of the standard of review briefing schedule, so that they can complete their meet and confer process and try to resolve the open issues related to redactions; and

5. WHEREAS the parties agree that resolving these redaction issues before Plaintiffs' filing of their motion regarding the standard of review would promote efficiency and be in the interest of justice; and

6. WHEREAS, the parties have met and conferred and have agreed and stipulate to a revised briefing schedule regarding the standard of review, as set forth below:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval that:

1. The Parties will resolve the redaction issues by September 30, 2021

2. Plaintiffs' motion regarding the applicable standard of review shall be filed on or before October 6, 2021;

3. Defendants' opposition shall be filed on or before October 27, 2021;

4. Plaintiffs' reply brief shall be filed on or before November 3, 2021;

5. Motion hearing dates are to be decided by the Court based on the Court's schedule.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 22, 2021   **ARNALL GOLDEN GREGORY LLP**

By:  /S/ *MATTHEW M. LAVIN*
MATTHEW M. LAVIN
AARON R. MODIANO

*Attorneys for Plaintiffs and the Putative Class*

Dated: September 22, 2021   **DL LAW GROUP**

By:  /S/ *KATIE J. SPIELMAN*
DAVID M. LILIENSTEIN
KATIE J. SPIELMAN

*Attorneys for Plaintiffs and the Putative Class*

Dated: September 22, 2021   **GIBSON, DUNN & CRUTCHER, LLP**

By:  /S/ *GEOFFREY SIGLER*
LAUREN M. BLAS
GEOFFREY SIGLER

*Attorneys for Defendants, UnitedHealthcare Insurance Company and United Behavioral Health*

Dated: September 22, 2021   **PHELPS DUNBAR LLP**

By:  /S/ *ERROL J. KING*
ERROL J. KING
CRAIG L. CAESAR

*Attorneys for Defendant, MultiPlan*

-3-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____                    _____
                                                    Hon. Yvonne Gonzalez Rogers

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Katie J. Spielman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

Dated: September 22, 2021          By: */s/ Katie J. Spielman*
                                        Katie J. Spielman