# EXHIBIT C



# SUMMARY PLAN DESCRIPTION

## Tesla, Inc.
## PPO Plus Plan

**Effective:** January 1, 2019

**Group Number:** 715316

UBH000354



UBH000355

# TABLE OF CONTENTS

SECTION 1 - WELCOME ..................................................................................................1

SECTION 2 - INTRODUCTION .........................................................................................3

    Eligibility ...........................................................................................................3

    Cost of Coverage ..............................................................................................3

    How to Enroll ...................................................................................................3

    When Coverage Begins ....................................................................................4

    Changing Your Coverage .................................................................................4

SECTION 3 - HOW THE PLAN WORKS .........................................................................5

    Accessing Benefits ............................................................................................5

    Eligible Expenses .............................................................................................8

    Annual Deductible ...........................................................................................9

    Copayment .......................................................................................................9

    Coinsurance ....................................................................................................10

    Out-of-Pocket Maximum ...............................................................................10

SECTION 4 - PERSONAL HEALTH SUPPORT and PRIOR AUTHORIZATION 11

    Care Management ..........................................................................................11

    Prior Authorization ........................................................................................12

    Special Note Regarding Medicare ..................................................................13

SECTION 5 - PLAN HIGHLIGHTS .................................................................................14

    Payment Terms and Features ........................................................................14

    Schedule of Benefits .......................................................................................16

SECTION 6 - ADDITIONAL COVERAGE DETAILS ..................................................26

    Acupuncture Services ....................................................................................26

    Ambulance Services .......................................................................................26

Cellular and Gene Therapy ................................................................................27

Clinical Trials ......................................................................................................28

Congenital Heart Disease (CHD) Surgeries....................................................30

Dental Services - Accident Only ......................................................................31

Diabetes Services................................................................................................32

Durable Medical Equipment (DME) ..............................................................33

Emergency Health Services - Outpatient........................................................35

Gender Dysphoria ..............................................................................................35

Hearing Aids.......................................................................................................38

Home Health Care.............................................................................................39

Hospice Care ......................................................................................................39

Hospital - Inpatient Stay ...................................................................................40

Infertility Services..............................................................................................40

Lab, X-Ray and Diagnostics - Outpatient.......................................................41

Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient........................................................................................42

Mental Health Services......................................................................................42

Naturopathy .......................................................................................................43

Neurobiological Disorders - Autism Spectrum Disorder Services..................43

Nutritional Counseling......................................................................................45

Obesity Surgery..................................................................................................45

Ostomy Supplies.................................................................................................46

Pharmaceutical Products - Outpatient ............................................................46

Physician Fees for Surgical and Medical Services ..........................................47

Physician's Office Services - Sickness and Injury ..........................................47

Pregnancy - Maternity Services ................................................................48

Preventive Care Services .........................................................................49

Prosthetic Devices ..................................................................................50

Reconstructive Procedures .......................................................................50

Rehabilitation Services - Outpatient Therapy and Manipulative Treatment .51

Scopic Procedures - Outpatient Diagnostic and Therapeutic .........................54

Skilled Nursing Facility/Inpatient Rehabilitation Facility Services .................54

Substance-Related and Addictive Disorders Services ....................................55

Surgery - Outpatient ...............................................................................57

Temporomandibular Joint (TMJ) Services ..................................................57

Therapeutic Treatments - Outpatient ........................................................58

Transplantation Services .........................................................................58

Urgent Care Center Services....................................................................59

Virtual Visits..........................................................................................59

Wigs ....................................................................................................60

**SECTION 7 - CLINICAL PROGRAMS AND RESOURCES ...............................61**

Consumer Solutions and Self-Service Tools .................................................61

Disease and Condition Management Services .............................................64

Complex Medical Conditions Programs and Services....................................65

Wellness Programs .................................................................................68

**SECTION 8 - EXCLUSIONS AND LIMITATIONS: WHAT THE MEDICAL PLAN WILL NOT COVER ..................................................................................70**

Alternative Treatments ...........................................................................70

Dental..................................................................................................70

Devices, Appliances and Prosthetics..........................................................71

Drugs ..................................................................................................................72

Experimental or Investigational or Unproven Services ..................................73

Foot Care ..........................................................................................................73

Gender Dysphoria ............................................................................................74

Medical Supplies ..............................................................................................74

Mental Health, Neurobiological Disorders - Autism Spectrum Disorder Services and Substance-Related and Addictive Disorders Services ................75

Nutrition ...........................................................................................................75

Personal Care, Comfort or Convenience .......................................................76

Physical Appearance .......................................................................................76

Procedures and Treatments ...........................................................................77

Providers ..........................................................................................................78

Reproduction ...................................................................................................79

Services Provided under Another Plan ..........................................................79

Transplants ......................................................................................................80

Travel ...............................................................................................................80

Types of Care ..................................................................................................80

Vision and Hearing .........................................................................................81

All Other Exclusions .......................................................................................81

**SECTION 9 - CLAIMS PROCEDURES ..................................................................84**

Network Benefits ............................................................................................84

Non-Network Benefits ...................................................................................84

If Your Provider Does Not File Your Claim ...................................................84

Health Statements ..........................................................................................86

Explanation of Benefits (EOB) ......................................................................86

Claim Denials and Appeals ..................................................................86

Federal External Review Program ......................................................88

Limitation of Action ............................................................................93

**SECTION 10 - COORDINATION OF BENEFITS (COB) ....................95**

Determining Which Plan is Primary ..................................................95

When This Plan is Secondary...............................................................97

When a Covered Person Qualifies for Medicare................................97

Right to Receive and Release Needed Information..........................98

Overpayment and Underpayment of Benefits ..................................98

**SECTION 11 - SUBROGATION AND REIMBURSEMENT ..............100**

Right of Recovery ...............................................................................103

**SECTION 12 - WHEN COVERAGE ENDS .......................................105**

Coverage for a Disabled Dependent Child .....................................106

Continuing Coverage Through COBRA..........................................106

When COBRA Ends............................................................................110

Uniformed Services Employment and Reemployment Rights Act................110

**SECTION 13 - OTHER IMPORTANT INFORMATION ....................112**

Qualified Medical Child Support Orders (QMCSOs) ...................112

Your Relationship with UnitedHealthcare and Tesla....................112

Relationship with Providers .............................................................113

Your Relationship with Providers.....................................................113

Interpretation of Benefits..................................................................114

Review and Determine Benefits in Accordance with UnitedHealthcare Reimbursement Policies...................................................................114

Information and Records..................................................................115

Incentives to Providers ................................................................................... 116

Incentives to You ............................................................................................ 116

Rebates and Other Payments ......................................................................... 116

Workers' Compensation Not Affected ........................................................... 117

Future of the Plan .......................................................................................... 117

Medicare Eligibility ........................................................................................ 117

**SECTION 14 - GLOSSARY .................................................................................. 119**

**SECTION 15 - OUTPATIENT PRESCRIPTION DRUGS ................................... 135**

Benefits for Prescription Drug Products ....................................................... 135

What You Must Pay ....................................................................................... 135

Payment Terms and Features - Outpatient Prescription Drugs ................... 136

Schedule of Benefits - Outpatient Prescription Drugs ................................. 136

Identification Card (ID Card) - Network Pharmacy .................................... 137

Benefit Levels ................................................................................................. 138

Retail .............................................................................................................. 138

Mail Order ..................................................................................................... 139

Benefits for Preventive Care Medications .................................................... 140

Specialty Prescription Drug Products .......................................................... 140

Assigning Prescription Drug Products to the Prescription Drug List (PDL) 140

Prescription Drug Benefit Claims ................................................................. 141

Limitation on Selection of Pharmacies ........................................................ 141

Supply Limits ................................................................................................. 142

Special Programs ........................................................................................... 142

Prescription Drug Products Prescribed by a Specialist Physician ............... 142

Rebates and Other Discounts ....................................................................... 142

TOC

Coupons, Incentives and Other Communications ........................................143

Exclusions - What the Prescription Drug Plan Will Not Cover ....................143

Glossary - Outpatient Prescription Drugs ..................................................145

**SECTION 16 - IMPORTANT ADMINISTRATIVE INFORMATION: ERISA ......149**

**ATTACHMENT I - HEALTH CARE REFORM NOTICES ...............................152**

Patient Protection and Affordable Care Act ("PPACA").............................152

**ATTACHMENT II - LEGAL NOTICES..........................................................153**

Women's Health and Cancer Rights Act of 1998.........................................153

Statement of Rights under the Newborns' and Mothers' Health Protection Act153

**ATTACHMENT III – NONDISCRIMINATION AND ACCESSIBILITY REQUIREMENTS ........................................................................................154**

**ATTACHMENT IV – GETTING HELP IN OTHER LANGUAGES OR FORMATS156**

- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and Tesla is that of employer and employee, Dependent or other classification as defined in the SPD.

**Interpretation of Benefits**

Tesla and UnitedHealthcare have the sole and exclusive discretion to:

- Interpret Benefits under the Plan.

- Interpret the other terms, conditions, limitations and exclusions of the Plan, including this SPD and any Summary of Material Modifications and/or Amendments.

- Make factual determinations related to the Plan and its Benefits.

Tesla and UnitedHealthcare may delegate this discretionary authority to other persons or entities that provide services in regard to the administration of the Plan.

In certain circumstances, for purposes of overall cost savings or efficiency, Tesla may, in its discretion, offer Benefits for services that would otherwise not be Covered Health Services. The fact that Tesla does so in any particular case shall not in any way be deemed to require Tesla to do so in other similar cases.

**Review and Determine Benefits in Accordance with UnitedHealthcare Reimbursement Policies**

UnitedHealthcare develops its reimbursement policy guidelines, in its sole discretion, in accordance with one or more of the following methodologies:

- As indicated in the most recent edition of the Current Procedural Terminology (CPT), a publication of the American Medical Association, and/or the *Centers for Medicare and Medicaid Services (CMS).*

- As reported by generally recognized professionals or publications.

- As used for Medicare.

## SECTION 16 - IMPORTANT ADMINISTRATIVE INFORMATION: ERISA

> **What this section includes:**
> - Plan administrative information, including your rights under *ERISA*.

This section includes information on the administration of the medical Plan, as well as information required of all Summary Plan Descriptions by *ERISA* as defined in Section 14, *Glossary*. While you may not need this information for your day-to-day participation, it is information you may find important.

### *Plan Sponsor and Administrator*

Tesla is the Plan Sponsor and Plan Administrator of the Tesla Health and Welfare Plan and has the discretionary authority to interpret the Plan. You may contact the Plan Administrator at:

Plan Administrator - Medical Plan
Tesla, Inc.
6800 Dumbarton Circle
Fremont, CA 94555
(725) 867-6036

### *Claims Administrator*

UnitedHealthcare is the Plan's Claims Administrator. The role of the Claims Administrator is to handle the day-to-day administration of the Plan's coverage as directed by the Plan Administrator, through an administrative agreement with the Company. The Claims Administrator shall not be deemed or construed as an employer for any purpose with respect to the administration or provision of Benefits under the Plan Sponsor's Plan. The Claims Administrator shall not be responsible for fulfilling any duties or obligations of an employer with respect to the Plan Sponsor's Plan.

You may contact the Claims Administrator by phone at the number on your ID card or in writing at:

United Healthcare Services, Inc.
9900 Bren Road East
Minnetonka, MN 55343

*Agent for Service of Legal Process*

Should it ever be necessary, you or your personal representative may serve legal process on the agent of service for legal process for the Plan. The Plan's Agent of Service is:

Agent for Legal Process - Medical Plan
Tesla, Inc., Benefits
6800 Dumbarton Circle
Fremont, CA 94555


Legal process may also be served on the Plan Administrator.

*Other Administrative Information*

This section of your SPD contains information about how the Plan is administered as required by ERISA.

*Type of Administration*

The Plan is a self-funded welfare Plan and the administration is provided through third party administrators.

| Plan Name: | Tesla Health and Welfare Plan |
|---|---|
| Plan Number: | 501 |
| Employer ID: | 02-0781046 |
| Plan Type: | Welfare benefits plan |
| Plan Year: | January 1 - December 31 |
| Plan Administration: | Self-Insured |