1  HEATHER RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
2  LAUREN M. BLAS, SBN 296823
      lblas@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
5  Facsimile: 213.229.7520

6  GEOFFREY SIGLER (*admitted pro hac vice*)
      gsigler@gibsondunn.com
7  Gibson, Dunn & Crutcher LLP
   1050 Connecticut Avenue, N.W.
8  Washington, DC 20036-5306
   Telephone: 202.995.8500
9  Facsimile: 202.467.0539

Attorneys for Defendants
UNITED HEALTHCARE INSURANCE COMPANY
and UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR<br><br>**DECLARATION OF GEOFFREY SIGLER IN SUPPORT OF DEFENDANTS UNITED HEALTHCARE INSURANCE COMPANY'S AND UNITED BEHAVIORAL HEALTH'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF GEOFFREY SIGLER ISO UHC'S AND UBH'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION
CASE NO. 4:20-CV-2254

I, Geoffrey Sigler, state and declare as follows:

1. I am a partner at Gibson, Dunn & Crutcher LLP, and counsel of record for Defendants United Healthcare Insurance Company ("UHC") and United Behavioral Health ("UBH") in the above-captioned case. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration in support of Defendant UHC's and UBH's Opposition to Plaintiffs' Motion for Summary Adjudication. All of the documents discussed below were received by my firm from UHC and UBH, and produced by my firm to Plaintiffs in discovery in this litigation.

3. To protect the privacy of Plaintiffs, where documents are specific to certain Plaintiffs, I refer to each Plaintiff below as they are referred to in the *LD* Complaint, rather than using their real names. Unredacted versions of these exhibits have been lodged with the Court as part of UHC's and UBH's Administrative Motion to Seal and the accompanying declaration of Lauren M. Blas.

4. Attached hereto as **Exhibit A** is a copy of the unsigned Administrative Services Agreement between Tesla, Inc. and United HealthCare (UHC), bearing Bates numbers UHC000008389 to UHC000008499. This document is being submitted as a supplement to the redacted version of this document that Plaintiffs filed with their opening brief.

5. Attached hereto as **Exhibit B** is a compilation of the 10th, 11th, and 13th Amendments of the Administrative Services Agreements between Apple, Inc. and United HealthCare (UHC), bearing Bates numbers UHC000007733 to UHC000007779; UHC000007807 to UHC000007872; and UHC000007873 to UHC000007958. This document is being submitted as a supplement to the Apple-UHC Administrative Services Agreement that Plaintiffs filed with their opening brief.

6. Attached hereto as **Exhibit C** is the Summary Plan Description for Tesla, Inc. PPO Plus Plan, dated January 1, 2021 and bearing Bates numbers UBH000354 to UBH000600.

7. Attached hereto as **Exhibit D** is BW's Explanation of Benefits ("EOB"), dated January 27, 2020 and bearing Bates numbers UHC000003510 to UHC000003516.

8. Attached hereto as **Exhibit E** is an appeal letter from UnitedHealthcare to Plaintiff BW, dated April 7, 2020 and bearing Bates numbers UHC000005349 to UHC000005355.

9. Attached hereto as **Exhibit F** is DB's EOB, dated January 30, 2019 and bearing Bates numbers UHC000001708 to UHC000001712.

10. Attached hereto as **Exhibit G** is a compilation of appeal letters from UnitedHealthcare to Plaintiff DB. These letters are dated March 19, 2020, May 28, 2020, June 11, 2020, and September 9, 2019 (bearing Bates numbers UHC000006311 to UHC000006330), as well as May 29, 2020, April 8, 2020, and September 10, 2019 (bearing Bates numbers UHC000006341 to UHC000006357).

11. Attached hereto as **Exhibit H** is LD's EOB, dated August 13, 2019 and bearing Bates numbers UHC000003150 to UHC000003159.

12. Attached hereto as **Exhibit I** is a compilation of appeal letters from UnitedHealthcare to Plaintiff LD. These letters are dated May 29, 2020, April 2, 2020, April 3, 2020 and September 9, 2019 (bearing Bates numbers UHC000006711 to UHC000006724); as well as May 27, 2020 and May 28, 2020 (bearing Bates numbers UHC000006739 to UHC000006744), and June 16, 2020 and March 23, 2020 (bearing Bates numbers UHC000006754 to UHC000006770).

13. Attached hereto as **Exhibit J** is RH's EOB, dated August 27, 2019 and bearing Bates numbers UHC000004420 to UHC000004424.

14. Attached hereto as **Exhibit K** is an appeal letter from UnitedHealthcare to Plaintiff RH, dated April 7, 2020 and bearing Bates numbers UHC000007122 to UHC000007126.

15. Attached hereto as **Exhibit L** is CJ's EOB, dated April 30, 2019 and bearing Bates numbers UHC000006056 to UHC000006061.

16. Attached hereto as **Exhibit M** is the 2018 Benefits Book for Apple, Inc., bearing Bates numbers UBH000001 to UBH000353.

17. Attached hereto as **Exhibit N** is the 2019 Benefits Book for Apple, Inc., bearing Bates numbers UBH000601 to UBH000951.

18. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 27, 2021

GIBSON, DUNN & CRUTCHER LLP

By: *Geoffrey M. Sigler*
Geoffrey Sigler

4
DECLARATION OF GEOFFREY SIGLER ISO UHC'S AND UBH'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION
CASE NO. 4:20-CV-2254