# EXHIBIT A

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED