# EXHIBIT B

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED