# EXHIBIT D

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED