# EXHIBIT E

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED