# EXHIBIT F

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED