# EXHIBIT G

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED