# EXHIBIT H

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED