# EXHIBIT I

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED