# EXHIBIT J

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED