# EXHIBIT K

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED