# EXHIBIT L

PUBLIC REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED