Gibson, Dunn & Crutcher LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION ESTABLISHING THE STANDARD OF REVIEW AS *DE NOVO*** |

On October 6, 2021, Plaintiffs LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated ("Plaintiffs"), filed a Motion for Summary Adjudication to Establish the Standard of Review as *De Novo*. (Dkt. 98.) This Court, having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion, finds that Plaintiffs' motion should be denied. Summary judgment is proper only when there is "no genuine dispute as to any material fact" (Fed. R. Civ. P. 56(a)), meaning, "[w]here the record taken as a whole could not lead a rational trier of fact to find for the nonmoving party." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986) (quotations omitted). Here, the undisputed facts show (1) that the Apple and Tesla plans delegated discretion to UHC, and (2) that the benefits determinations at issue in this case fell squarely within the scope of UHC's delegated discretion and authority. Applying well-established authorities to these undisputed facts, the Court finds that the proper standard of review is abuse of discretion, not *de novo*. *See*, *e.g.*, *Abatie v. Alta Health Life Ins. Co.*, 458 F.3d 955, 963 (9th Cir. 2006).

For the above reasons, the Court holds that the appropriate standard of review is abuse of discretion.

**IT IS HEREBY ORDERED** that:

(1) Plaintiffs' Motion for Summary Adjudication to Establish Standard of Review as *De Novo* is DENIED; and

(2) The standard of review for the claims in this matter shall be abuse of discretion.

**IT IS SO ORDERED.**

DATE: _____

_____
Judge Yvonne Gonzalez Rogers
United States District Judge

Gibson, Dunn & Crutcher LLP

2
[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION
CASE NO. 4:20-CV-2254-YGR