MATTHEW M. LAVIN (*pro hac vice*)
matt.lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
aaron.modiano@agg.com
**ARNALL GOLDEN GREGORY LLP**
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

*Attorneys for Plaintiffs and Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, DB, BW, RH AND CJ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation<br><br>Defendants. | Case No.: 4:20-cv-02254-YGR<br><br>**DECLARATION OF DAVID M. LILIENSTEIN IN SUPPORT OF PLAINTIFFS' ADMINISTATIVE MOTION TO FILE MATERIAL DESIGNATED AS CONFIDENTIAL UNDER SEAL [REPLY BRIEF]** |

1

I, David M. Lilienstein, an attorney, declare under penalty of perjury, that the following is true and correct, based on my personal knowledge:

1. I am an attorney at law duly licensed to practice before all courts in the State of California, including this District Court. I am founder and owner of the DL Law Group, one counsel of record for Plaintiffs in the instant action.

2. The entirety of Exhibit A to the Declaration of David M. Lilienstein in Support of Plaintiffs' Reply in Support of Plaintiffs' Motion for Adjudication Establishing the Standard of Review as *De Novo* ("Lilienstein Declaration") has been designated by Defendant United HealthCare Insurance Company as "CONFIDENTIAL".

3. Exhibit A to Lilienstein Declaration also contains personal health information of the Plaintiffs.

4. Plaintiffs' administrative motion seeks to seal only those exhibits—as well as those portions of Plaintiffs' reply standard of review motion that refer to the designated information—that are either designated as "CONFIDENTIAL," "CONFIDENTIAL – ATTORNEY'S EYES ONLY" or that contain parties' private health information.

5. Plaintiffs' administrative motion also seeks to seal portions of Plaintiffs' reply brief that reference exhibits Plaintiffs have previously moved to file under seal (Dkt. 97).

6. Plaintiffs are concurrently filing a public redacted version of Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Adjudication Establishing the Standard of Review as *de novo.*

7. In connection with Plaintiff's Administrative Motion to File Material Designated as Confidential Under Seal, the parties stipulated, and this court so ordered, that documents

2

DECLARATION OF DAVID M. LILIENSTEIN         CASE NO. 4:20-cv-02254-YGR
IN SUPPORT OF PLAINTIFFS' ADMINSTATIVE
MOTION TO FILE MATERIAL DESIGNATED AS
CONFIDENTIAL UNDER SEAL

designated as "CONFIDENTIAL," "CONFIDENTIAL—ATTORNEY'S EYES ONLY" and documents containing parties' private health information may be sealed. (Dkt. 25).

I declare under the penalty of perjury under the laws of the State of California and these United States that the foregoing is true and correct.

                                          */s/ David M. Lilienstein*
                                          David M. Lilienstein, Esq.

**DECLARATION OF DAVID M. LILIENSTEIN IN SUPPORT OF PLAINTIFFS' ADMINISTATIVE MOTION TO FILE MATERIAL DESIGNATED AS CONFIDENTIAL UNDER SEAL**      **CASE NO. 4:20-cv-02254-YGR**