| | |
|---|---|
| LAUREN M. BLAS, SBN 296823<br>  lblas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>Facsimile:   213.229.7520<br><br>GEOFFREY SIGLER (*pro hac vice*)<br>  gsigler@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: 202.99.8500<br>Facsimile:  202.467.0539<br><br>Attorneys for Defendants UNITED BEHAVIORAL HEALTH and UNITED HEALTHCARE INSURANCE COMPANY | MATTHEW M. LAVIN (*pro hac vice*)<br>  Matt.Lavin@agg.com<br>AARON R. MODIANO (*pro hac vice*)<br>  Aaron.Modiano@agg.com<br>ARNALL GOLDEN GREGORY LLP<br>1775 Pennsylvania Ave NW, Suite 1000<br>Washington, DC 20006<br>Telephone: 202.677.4030<br>Facsimile: 202.677.4031<br><br>DAVID M. LILIENSTEIN, SBN 218923<br>  david@dllawgroup.com<br>KATIE J. SPIELMAN, SBN 252209<br>  katie@dllawgroup.com<br>DL LAW GROUP<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone: 415. 678.5050<br>Facsimile: 415.358.8484<br><br>Attorneys for PLAINTIFFS<br><br>[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH and CJ, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York corporation,<br><br>  Defendants. | CASE NO. 4:20-cv-02254-YGR<br><br>**JOINT STATEMENT RE: STANDARD OF REVIEW ORDER**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: April 2, 2020<br>Third Amended Complaint filed: Sept. 10, 2021 |

Pursuant to the Court's January 12, 2022 Order, the parties in this case have met and conferred regarding the next steps to be taken following this Court's statement "that the record has not been fully developed as to whether (i) "UnitedHealthcare" as used in the Plan documents is represented by a named defendant and (ii) MultiPlan, in fact, made the benefits determinations at issue." (Dkt. No. 116). After discussion, all parties anticipate that they will be addressing these two issues as part of the ongoing discovery process, which is scheduled to conclude on April 18, 2022 (*see* Dkt. 115). The parties do not believe additional briefing is needed at this time to address the aforementioned standard of review specifically, and they anticipate briefing the matter (including the two issues identified by the Court) after the close of discovery. The parties will proceed as outlined above, subject to any further guidance from the Court on these issues.

DATED: January 25, 2022

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Geoffrey Sigler*
    Geoffrey Sigler

Attorneys for Defendants UNITED BEHAVIORAL HEALTH and UNITED HEALTHCARE INSURANCE COMPANY

DATED: January 25, 2022

PHELPS DUNBAR LLP

By: /s/ *Errol King*
    Errol King

Attorneys for Defendant MULTIPLAN, INC.

MOE KESHAVARZI, SBN 223759
E-Mail: mkeshavarzi@sheppardmullin.com
DAVID DWORSKY, SBN 272167
E-Mail: ddworsky@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone: 213.620.1780
Facsimile: 213.620.1398

ERROL J. KING, JR. (*admitted pro hac vice*)

|   |   |
|---|---|
| | PHELPS DUNBAR LLP |
| | II City Plaza, 400 Convention Street, Suite 1100 |
| | Baton Rouge, Louisiana 70802 |
| | Telephone: (225) 376-0207 |
| | Facsimile: (225) 381-9197 |
| | Errol.King@phelps.com |

Dated: January 25, 2022                                ARNALL GOLDEN GREGORY LLP

                                                  By:  /s/  *Matthew M. Lavin*
                                                              Matthew M. Lavin

Dated: January 25, 2022                                DL LAW GROUP

                                                  By:  /s/  *David Lilienstein*
                                                              David Lilienstein

                                                  Attorneys for PLAINTIFFS

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Geoffrey Sigler, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: January 25, 2022

/s/ *Geoffrey Sigler*

Geoffrey Sigler