1  HEATHER RICHARDSON, SBN 246517
      hrichardson@gibsondunn.com
2  LAUREN M. BLAS, SBN 296823
      lblas@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
5  Facsimile:  213.229.7520

6  GEOFFREY SIGLER (*admitted pro hac vice*)
      gsigler@gibsondunn.com
7  Gibson, Dunn & Crutcher LLP
   1050 Connecticut Avenue, N.W.
8  Washington, DC 20036-5306
   Telephone: 202.995.8500
9  Facsimile:  202.467.0539

10
   Attorneys for Defendants
11 UNITED HEALTHCARE INSURANCE COMPANY
   and UNITED BEHAVIORAL HEALTH
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR-JCS<br><br>**UNITED DEFENDANTS' REQUEST FOR LEAVE TO FILE EXHIBIT IN SUPPORT OF JOINT LETTER SUBMISSION REGARDING DISCOVERY DISPUTE PURSUANT TO L.R. 7-11**<br><br>Hon. Joseph C. Spero |
|---|---|

Gibson, Dunn & Crutcher LLP

UNITED DEFENDANTS' REQUEST FOR LEAVE TO FILE EXHIBIT IN SUPPORT OF JOINT LETTER SUBMISSION REGARDING DISCOVERY DISPUTE
CASE NO. 4:20-CV-2254-YGR-JCS

Pursuant to Civil Local Rule 7-11, Defendants United Healthcare Insurance Company and United Behavioral Health (together, "United Defendants") respectfully seek leave to file the Declaration of Rebecca Paradise (attached hereto as **Exhibit 1** as an exhibit in support of United Defendants' position in the parties' Joint Letter Submission Regarding Discovery Dispute (Dkt. 120) ("Joint Letter").  As explained further in the Declaration of Lauren Blas ("Blas Decl.") attached hereto, United Defendants could not obtain a stipulation from Plaintiffs to file the exhibit with the Joint Letter brief and now seek leave of court to file it separately.  *See* Blas Decl., ¶ 3.

United Defendants respectfully seek leave to file the Declaration of Rebecca Paradise as an exhibit to the Joint Letter because it provides necessary context and support for United Defendants' arguments regarding the limited redactions to irrelevant, commercially sensitive information in United Defendants' production.  This Court's standing order generally permits the filing of exhibits with joint letter submissions.  *See, e.g., Meta Platforms v. Brandtotal Ltd.*, 2022 WL 93932 at *2 (N.D. Cal. Jan. 10, 2022) (referencing exhibit filed with joint letter brief regarding discovery dispute) (Spero, J.).  Moreover, the Declaration of Rebecca Paradise may be properly considered with the Parties' Joint Letter, as a party declaration is often used to support confidentiality designations and assertions of competitive harm, both of which are at issue in the Joint Letter.  *See, e.g.*, *Muench Photog., Inc. v. Pearson Educ., Inc.*, 2013 WL 4475900, at *4 (N.D. Cal. Aug. 15, 2013); *see also AIS GmbH Aachen Innovative Sols. v. Thoratec LLC*, 2021 WL 292173, at *3-4 (N.D. Cal. Jan. 28, 2021).

For the foregoing reasons, United Defendants respectfully request leave to file the Declaration of Rebecca Paradise as Exhibit 1 to the Joint Letter.

Dated:  March 28, 2022                              Respectfully submitted,

By:   /s/ *Lauren M. Blas*
    Lauren M. Blas
    GIBSON, DUNN & CRUTCHER LLP

    *Attorneys for Defendants* UNITED HEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH

Gibson, Dunn & Crutcher LLP

2

UNITED DEFENDANTS' REQUEST FOR LEAVE TO FILE EXHIBIT IN SUPPORT OF JOINT LETTER SUBMISSION REGARDING DISCOVERY DISPUTE
CASE NO. 4:20-CV-2254-YGR-JCS