HEATHER RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

GEOFFREY SIGLER (*admitted pro hac vice*)
  gsigler@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.995.8500
Facsimile:  202.467.0539

Attorneys for Defendants
UNITED HEALTHCARE INSURANCE COMPANY
and UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>               Defendants. | Case No. 4:20-cv-02254-YGR-JCS<br><br>**DECLARATION OF LAUREN M. BLAS IN SUPPORT OF JOINT LETTER SUBMISSION REGARDING DISCOVERY DISPUTE**<br><br>Hon. Joseph C. Spero |

Gibson, Dunn & Crutcher LLP

DECLARATION OF LAUREN M. BLAS IN SUPPORT OF REQUEST FOR LEAVE TO FILE EXHIBIT IN SUPPORT OF JOINT LETTER SUBMISSION REGARDING DISCOVERY DISPUTE
CASE NO. 4:20-CV-2254-YGR-JCS

I, Lauren M. Blas, state and declare as follows:

1. I am a partner at Gibson, Dunn & Crutcher LLP, and counsel of record for Defendants United Healthcare Insurance Company ("UHC") and United Behavioral Health ("UBH") (together, "United Defendants") in the above-captioned case. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration under Local Rule 7-11 in support of United Defendants' Request for Leave to File Exhibit in Support of their Joint Letter Submission Regarding Discovery Dispute. Specifically, United Defendants seek leave to file the Declaration of Rebecca Paradise as an exhibit to the parties' Joint Letter Submission Regarding Discovery Dispute (Dkt. 120).

3. On March 21, 2022, Plaintiffs' counsel notified counsel for United Defendants via email that they would not agree to file the Declaration of Rebecca Paradise with the parties' Joint Letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2022.

                                                      */s/ Lauren M. Blas*
                                                      Lauren M. Blas

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF LAUREN M. BLAS IN SUPPORT OF REQUEST FOR LEAVE TO FILE EXHIBIT IN SUPPORT OF JOINT LETTER SUBMISSION REGARDING DISCOVERY DISPUTE
CASE NO. 4:20-CV-2254-YGR-JCS