UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR<br><br>Hon. Joseph C. Spero<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED DEFENDANTS' REQUEST FOR LEAVE TO FILE EXHIBIT IN SUPPORT OF JOINT LETTER SUBMISSION REGARDING DISCOVERY DISPUTE PURSUANT TO L.R. 7-11 |

| | |
|---|---|
| 1 | This matter is before the Court on United Defendants' Request for Leave to File Exhibit in Support of Joint Letter Submission Regarding Discovery Dispute Pursuant to L.R. 7-11, *see* Dkt. 120. The Court, having considered all the papers submitted by the parties and the relevant authorities, finds that the Request for Leave is proper under Local Rule 7-11. |

This matter is before the Court on United Defendants' Request for Leave to File Exhibit in Support of Joint Letter Submission Regarding Discovery Dispute Pursuant to L.R. 7-11, *see* Dkt. 120. The Court, having considered all the papers submitted by the parties and the relevant authorities, finds that the Request for Leave is proper under Local Rule 7-11.

Accordingly, the Court GRANTS Defendants' Request.

**IT IS SO ORDERED.**

DATE: April 1, 2022

_____
Judge Joseph C. Spero
United States Magistrate Judge