LAUREN M. BLAS, SBN 296823
　lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GEOFFREY SIGLER (*pro hac vice*)
　gsigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.99.8500
Facsimile: 202.467.0539

Attorneys for Defendants UNITED
BEHAVIORAL HEALTH and UNITED
HEALTHCARE INSURANCE COMPANY

MATTHEW M. LAVIN (*pro hac vice*)
　Matt.Lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
　Aaron.Modiano@agg.com
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030

DAVID M. LILIENSTEIN, SBN 218923
　david@dllawgroup.com
KATIE J. SPIELMAN, SBN 252209
　katie@dllawgroup.com
DL LAW GROUP
345 Franklin Street
San Francisco, CA 94102
Telephone: 415. 678.5050
Facsimile: 415.358.8484

Attorneys for PLAINTIFFS

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH and CJ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York corporation,<br><br>　　　　　　Defendants. | CASE NO. 4:20-cv-02254-YGR<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: April 2, 2020<br>Third Amended Complaint filed: Sept. 10, 2021 |

Under Civil Local Rule 6-2 and 7-12, all parties in this case hereby stipulate and agree to the following schedule modifications, subject to this Court's approval. The parties have met and conferred and agreed on the following modifications to the current schedule which is set forth in the Court's December 8, 2021 Order granting the parties' prior joint stipulation to extend deadlines (Dkt. 115). For the reasons set out below, the parties respectfully submit that good cause exists for the following modifications.

In further support of this Stipulation, the Parties state as follows:

**WHEREAS** the Court entered its Order on December 8, 2021 setting the following deadlines: deadline to complete initial, court-ordered, private mediation extended to December 8, 2021; non-expert discovery cutoff extended to April 18, 2022; Plaintiffs' Motion for Class Certification extended to May 19, 2022 or 45 days after ruling on the Standard of Review Motion, whichever is later; Defendants' Opposition to Class Certification extended to June 30, 2022 or 42 days (6 weeks) after motion; Plaintiffs' Reply in Support of Class Certification extended to August 11, 2022 or 42 days (6 weeks) after opposition; Hearing on Class Certification Motion extended to August 30, 2022 at 2:00 pm.

**WHEREAS**, the Court entered its Order on the standard of review motion on January 12, 2022.

**WHEREAS**, the parties have also served third-party subpoenas on 26 plan sponsors (served by Plaintiffs on January 21, 2022) and 25 providers (served by the United Defendants on March 9, 2022), and most of these third parties are still in the process of responding to these subpoenas.

**WHEREAS**, although the parties have made substantial progress on discovery, more remains to be done; for example, some aspects of the United Defendants' ESI productions remain under discussion and there is presently a pending dispute before Magistrate Judge Spero regarding discovery issues set to be heard on April 1, 2022. Defendants also need more time to complete their document productions.

**WHEREAS**, the parties have begun working out dates for depositions of fact witnesses. However, for efficiency, the parties agree that those productions must be substantially completed prior to commencing depositions of fact witnesses.

**WHEREAS**, the parties have continued to be in regular contact on all of these discovery matters, having calls on an almost bi-weekly basis among counsel to confer on discovery issues and other matters to try to address these issues proactively and efficiently whenever possible.

**WHEREAS**, notwithstanding the efforts described above, the parties require additional time to complete the discovery and brief issues relating to class certification.

**WHEREAS**, the Court has granted one previous extension to the deadlines that are the subject of this stipulation (Dkt. 115);

**WHEREAS**, nothing in this Joint Stipulation alters any other rights, and the parties expressly reserve the right to seek further relief from the Court as necessary.

**NOW, THEREFORE**, subject to the approval of the Court, and for good cause shown, the parties hereby stipulate and agree to extend the Case Schedule by approximately three months as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff related to class certification | April 18, 2022 | July 15, 2022 |
| Plaintiffs' Motion for Class Certification | May 19, 2022 or 45 days after ruling on the Standard of Review Motion, whichever is later. | August 17, 2022 |
| Defendants' Opposition to Class Certification | June 30, 2022 or 42 days (6 weeks) after motion. | September 28, 2022 or 42 days (6 weeks) after motion. |
| Plaintiffs' Reply in Support of Class Certification | August 11, 2022 or 42 days (6 weeks) after opposition | November 9, 2022 or 42 days (6 weeks) after opposition. |
| Hearing on Class Certification Motion | August 30, 2022 at 2:00 pm | November 29, 2022 at 2:00 p.m. |

A proposed order is submitted concurrently.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: April 1, 2022 | |
| 2 | | GIBSON, DUNN & CRUTCHER LLP |
| 3 | | |
| 4 | | By: /s/ Geoffrey Sigler |
| | |        Geoffrey Sigler |
| 5 | | Attorneys for Defendants UNITED BEHAVIORAL HEALTH and UNITED HEALTHCARE INSURANCE COMPANY |
| 6 | | |
| 7 | | |
| 8 | DATED: April 1, 2022 | PHELPS DUNBAR LLP |
| 9 | | |
| 10 | | By: /s/ Errol King |
| | |        Errol King |
| 11 | | Attorneys for Defendant MULTIPLAN, INC. |
| 12 | | MOE KESHAVARZI, SBN 223759 |
| 13 | | E-Mail: mkeshavarzi@sheppardmullin.com |
| | | DAVID DWORSKY, SBN 272167 |
| 14 | | E-Mail: ddworsky@sheppardmullin.com |
| | | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 15 | | 333 South Hope Street, 43rd Floor |
| | | Los Angeles, California 90071 |
| 16 | | Telephone: 213.620.1780 |
| | | Facsimile: 213.620.1398 |
| 17 | | ERROL J. KING, JR. (*admitted pro hac vice*) |
| 18 | | PHELPS DUNBAR LLP |
| | | II City Plaza, 400 Convention Street, Suite 1100 |
| 19 | | Baton Rouge, Louisiana 70802 |
| | | Telephone: (225) 376-0207 |
| 20 | | Facsimile: (225) 381-9197 |
| | | Errol.King@phelps.com |
| 21 | | |
| 22 | Dated: April 1 , 2022 | ARNALL GOLDEN GREGORY LLP |
| 23 | | |
| 24 | | By: /s/ Matthew M. Lavin |
| | |        Matthew M. Lavin |
| 25 | | |
| 26 | Dated: April 1, 2022 | DL LAW GROUP |

4

SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES – CASE NO. 4:20-CV-02254

By: /s/ David Lilienstein
David Lilienstein

Attorneys for PLAINTIFFS


Case 4:20-cv-02254-YGR   Document 127   Filed 04/01/22   Page 6 of 7

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation and [Proposed] Order to Extend Deadlines, the Court HEREBY ORDERS as follows:

| **Event** | **New Date** |
|---|---|
| Non-Expert Discovery Cutoff | July 15, 2022 |
| Plaintiffs' Motion for Class Certification | August 17, 2022 |
| Defendants' Opposition to Class Certification | September 28, 2022 or 42 days (6 weeks) after motion. |
| Plaintiffs' Reply in Support of Class Certification | November 9, 2022 or 42 days (6 weeks) after opposition. |
| Hearing on Class Certification Motion | November 29, 2022 at 2:00 p.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

The Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE


6
SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES – CASE NO. 4:20-CV-02254

Gibson, Dunn & Crutcher LLP

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Geoffrey Sigler, am the ECF user whose identification and password are being used to file this document.  Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: April 1, 2022

                /s/ *Geoffrey Sigler*

                Geoffrey Sigler