UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH, et al.,<br><br>  Defendants. | Case No.  20-cv-02254-YGR   (JCS)<br><br>**ORDER DENYING IN PART JOINT DISCOVERY LETTER AND SETTING DATES FOR BRIEFING AND HEARING ON REMAINING ISSUES**<br><br>Dkt. No. 137 |

Having reviewed the parties' joint discovery letter [dkt. no. 137], the Court concludes that the disputes addressed under the heading "additional matters" of the letter are premature as the parties have not adequately met and conferred as to the issues raised in that section of the letter. Therefore, the Court DENIES Plaintiffs' requests with respect to that section of the letter.  As to the remaining issues raised in the Joint Discovery Letter, the Court requests that the parties provide full briefing.  Accordingly, the Court sets the following schedule:

- Plaintiffs shall file a motion to compel no later than **July 8, 2022**.
- Defendants shall file their responsive brief by **July 12, 2022**.
- Plaintiffs shall file their reply brief by **July 15, 2022**.

A hearing on the Motion to Compel will be held on **July 29, 2022 at 9:30 a.m. via Zoom, id. 161 926 0804, password 050855**.

  **IT IS SO ORDERED.**

Dated:  June 29, 2022

JOSEPH C. SPERO
Chief Magistrate Judge