# EXHIBIT FILED UNDER SEAL

# Exhibit I