MATTHEW M. LAVIN (*pro hac vice*)
matt.lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
aaron.modiano@agg.com
**ARNALL GOLDEN GREGORY LLP**
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

*Attorneys for Plaintiffs and Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, DB, BW, RH AND CJ on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation<br>　　　　　Defendants. | Case No.: 4:20-cv-02254-YGR<br><br>**DECLARATION OF AARON MODIANO IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

1

**DECLARATION OF AARON MODIANO IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**　　　　**CASE NO.: 4:20-CV-02254-YGR**

I, Aaron Modiano, an attorney, declare under penalty of perjury, that the following is true and correct, based on my personal knowledge:

1. I am an attorney at law duly licensed to practice before all courts in the State of Florida and admitted *pro hac vice* in this matter. I am of counsel at Arnall Golden Gregory LLP, a counsel of record for Plaintiffs in the instant action.

2. Attached hereto and marked as Exhibit A is a true and correct copy of MPI-009021;

3. Attached hereto and marked as Exhibit B is a true and correct copy of MPI-000615;

4. Attached hereto and marked as Exhibit C is a true and correct copy of Deposition excerpts of the deposition of Denise Strait;

5. Attached hereto and marked as Exhibit D is a true and correct copy of summary experts from transcripts of verification of benefit calls produced by United;

6. Attached hereto and marked as Exhibit E is a true and correct copy of UHC000197899;

7. Attached hereto and marked as Exhibit F is a true and correct copy of excerpts of United 30(b)(6) Deposition of Rebecca Paradise;

8. Attached hereto and marked as Exhibit G are true and correct copies of summary excerpts from IBAAG screenshots produced by United;

9. Attached hereto and marked as Exhibit H is a true and correct copy of UHC000131784

10. Attached hereto and marked as Exhibit I is a true and correct copy of Deposition excerpts of the deposition of Creyna Franco;

DECLARATION OF AARON MODIANO IN SUPPORT OF
PLAINTIFF'S NOTICE OF MOTION, MOTION, AND MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS
CERTIFICATION

CASE NO.: 4:20-CV-02254-YGR

11. Attached hereto and marked as Exhibit J is a true and correct copy of Deposition excerpts of the deposition of Radames Lopez;

12. Attached hereto and marked as Exhibit K is a true and correct copy of Deposition excerpts of the deposition of Jolene Bradley;

13. Attached hereto and marked as Exhibit L are true and correct copies of summary excerpts from summary plan descriptions produced by United;

14. Attached hereto and marked as Exhibit M is a true and correct copy of Deposition excerpts of the deposition of Sean Crandell;

15. Attached hereto and marked as Exhibit N is a true and correct copy of UHC000007268;

16. Attached hereto and marked as Exhibit 0 is a true and correct copy of UHC000091544;

17. Attached hereto and marked as Exhibit P are true and correct composite explanations of benefits produced by United;

18. Attached hereto and marked as Exhibit Q are true and correct composite provider remittance advices produced by United;

19. Attached hereto and marked as Exhibit R are true and correct composite explanations of methodology produced by United and MultiPlan;

20. Attached hereto and marked as Exhibit S is a true and correct copy of Deposition excerpts of the deposition of Jacqueline Kienzle;

21. Attached hereto and marked as Exhibit T is a true and correct copy of UHC0009435;

22. Attached hereto and marked as Exhibit U is a true and correct copy of UHC00091861;

23. Attached hereto and marked as Exhibit V is a true and correct copy of MPI-0 12799;

24. Attached hereto and marked as Exhibit W is a true and correct copy of the expert report of Robert Ohsfeldt;

25. Attached hereto and marked as Exhibit X is a true and correct copy of the expert report of Mark Hall;

26. Attached hereto and marked as Exhibit Y is a true and correct copy of UHC000178695;

27. Attached hereto and marked as Exhibit Z is a true and correct copy of the expert report of Alexandra Lahav;

28. Attached hereto and marked as Exhibit AA is a true and correct copy of the plaintiff counsels qualifications

29. Attached hereto and marked as Exhibit AB is a true and correct copy of UHC000008889;

I declare under the penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct, and I signed this declaration on August 17, 2022 in Washington, D.C.

                                               */s/ Aaron R. Modiano*
                                               Aaron R. Modiano, Esq.

4

DECLARATION OF AARON MODIANO IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

CASE NO.: 4:20-CV-02254-YGR