**ARNALL GOLDEN GREGORY LLP**
MATTHEW M. LAVIN (*pro hac vice*)
  E-Mail: Matt.Lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
  E-Mail: Aaron.Modiano@agg.com
1775 Pennsylvania Ave., N.W., Suite 1000
Washington, D.C. 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

**DL LAW GROUP**
DAVID M. LILIENSTEIN, SBN 218923
  E-Mail: david@dllawgroup.com
KATIE J. SPIELMAN, SBN 252209
  E-Mail: katie@dllawgroup.com
345 Franklin Street
San Francisco, California 94102
Telephone: 415.678.5050
Facsimile: 415.358.8484

*Attorneys for Plaintiffs*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
MOE KESHAVARZI, SBN 223759
  E-Mail: mkeshavarzi@sheppardmullin.com
DAVID DWORSKY, SBN 272167
  E-Mail: ddworsky@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone: 213.620.1780
Facsimile: 213.620.1398

**PHELPS DUNBAT LLP**
ERROL J. KING, JR. (*pro hac vice*)
  E-Mail: errol.king@phelps.com
CRAIG L. CAESAR (*pro hac vice*)
  E-Mail: craig.caesar@phelps.com
KATIE C. MANNINO (*pro hac vice*)
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 376-0207
Facsimile: (225) 381-9197

*Attorneys for Defendant MultiPlan, Inc*.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LD, DB, BW, RH, and CJ on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation and MULTIPLAN, INC., a New York Corporation,<br><br>    Defendants. | Case No. 4:20-cv-02254-YGR-JCS<br><br>Hon. Joseph C. Spero<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES IN DKT. NO. 161**<br><br>Complaint Filed: April 2, 2020<br>Third Amended Complaint Filed: Sept. 10, 2021 |

1     Under Civil Local Rule 6-2 and 7-12, all parties in this case hereby stipulate and agree that the briefing schedule as to the issues <u>as to MultiPlan only</u> (which are distinct from those involving the United Defendants) set forth in this Court's order at Dkt. No. 161 relating to the parties' Joint Discovery Letter (Dkt. No. 159) shall be extended, subject to this Court's approval, based on the following:

    **WHEREAS**, on July 31, 2022, the parties filed a Joint Discovery Letter in which Plaintiffs sought relief for a number of discovery issues (Dkt. No. 159);

    **WHEREAS**, on August 4, 2022, this Court issued an Order re Joint Discovery Letter (Dkt. No. 161), in which the Court asked the parties to submit full briefing on a Motion to Compel according to the following schedule:  Plaintiffs shall file a motion to compel no later than August 11, 2022; Defendants (United and MultiPlan) shall file their opposing briefs by August 18, 2022; and Plaintiffs shall file their reply brief by August 22, 2022;

    **WHEREAS**, Plaintiffs timely filed their motion to compel on August 11, 2022;

    **WHEREAS**, Defendant MultiPlan, Inc. ("MultiPlan") was in the process of preparing its opposing brief to be filed in accordance with the Court's Order, when counsel's primary client contact at MultiPlan, Marjorie Wilde, unexpectedly suffered a death in her immediate family last week, and further, is unavailable this week due to other family matters;

    **WHEREAS**, due to the unexpected circumstance of Ms. Wilde's death in the family and the other matters occupying here time this week, MultiPlan will be unable to submit her signed declaration in support of its opposing brief on the date set by this Court;

    **WHEREAS**, given this unexpected development, MultiPlan requires additional time to submit Ms. Wilde's signed declaration in support of its opposing brief;

    **WHEREAS**, given this scheduling constraint, MultiPlan requests one additional week to file its opposing brief with the necessary supporting declaration in order to ensure that the Court has sufficient information with which to consider the issues relating to MultiPlan's claims of privilege and/or work product immunity;

    **WHEREAS**, Plaintiffs do not oppose MultiPlan's request for a brief extension to the briefing schedule;

**WHEREAS**, this will not otherwise affect the briefing schedule in this Court's Order at Dkt. 161 as it relates to the issues or deadlines involving the United Defendants;

**WHEREAS**, nothing in this Joint Stipulation alters any other rights, and the parties expressly reserve the right to seek further relief from the Court as necessary;

**NOW, THEREFORE**, subject to the approval of the Court, and for good cause shown, the parties hereby stipulate and agree that the deadline set forth in this Court's order at Dkt. No. 161 for the MultiPlan to file its opposing brief to Plaintiffs' motion to compel is extended by seven (7) days to August 25, 2022, and that Plaintiffs' deadline to file its reply brief as to MultiPlan only is extended by eleven days (11) days to September 2, 2022.

A proposed order is submitted concurrently.

**IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: August 17, 2022 | Dated: August 17, 2022 |
| Respectfully submitted, | Respectfully submitted, |
| *s/ David Dworsky* | *s/ Matthew Lavin* |
| Moe Keshavarzi | Matthew M. Lavin |
| David E. Dworsky | Arnall Golden Gregory LLP |
| Sheppard, Mullin, Richter & Hampton LLP | |
| and | |
| Errol J. King, Jr. (*Pro hac vice*) | |
| Phelps Dunbar LLP | |
| II City Plaza | |
| 400 Convention Street, Suite 1100 | Attorneys for Plaintiffs |
| Baton Rouge, Louisiana 70802 | |
| Telephone: (225) 376-0207 | |
| Fax: (225) 381-9197 | |
| | |
| Attorneys for Defendant MultiPlan, Inc. | |

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation and [Proposed] Order to Extend Deadlines in Dkt. No. 161, the Court HEREBY ORDERS as follows:

The deadline set forth in this Court's Order at Dkt. No. 161 for the MultiPlan to file its opposing briefs to Plaintiffs' motion to compel is extended by seven (7) days to August 25, 2022, and Plaintiffs' deadline to file its reply briefs as to MultiPlan only is extended by eleven (11) days to September 2, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  August 18, 2022

_____
The Hon. Joseph C. Spero
UNITED STATES CHIEF MAGISTRATE JUDGE

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, David Dworsky, am the ECF user whose identification and password are being used to file this document.  Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated:  August 17, 2022                     /s/  David Dworsky
                                                                David Dworsky