# Exhibit M

Page 1

1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3
4   LD, DB, BW, RH, and CJ on           )
    behalf of themselves and            )
5   all others similarly situated,      )
                 Plaintiffs,            )No.
6      vs.                              )4:20-cv-02254-YGR
    UNITED HEALTHCARE INSURANCE         )
7   COMPANY, a Connecticut              )   CONFIDENTIAL
    Corporation, UNITED BEHAVIORAL      ) ATTORNEYS' EYES
8   HEALTH, a California                )        ONLY
    Corporation, and MULTIPLAN,         )
9   INC., a New York Corporation,       )
                 Defendants.            )
10
11
12         The videotaped discovery deposition of
13   MULTIPLAN, INC., by and through Sean Crandell,
14   taken in the above-entitled cause, before
15   Deralyn Gordon, a notary public of Cook County,
16   Illinois, on the 14th day of July, 2022, via
17   virtual Zoom, beginning at approximately
18   9:13 AM CST, pursuant to 30(b)(6) and 30(b)(1)
19   Notice.
20
21
22
23   REPORTED BY:  DERALYN GORDON, CSR, RPR, CRR
24   LICENSE NO:  084-003957

Page 2

1  PRESENT:
2
3  ARNALL GOLDEN GREGORY LLP
4  BY AARON R. MODIANO, ESQ.
5  1775 Pennsylvania Avenue NW, Suite 1000
6  Washington DC 20006
7  (202) 677-4030
8  aaron.modiano@agg.com
9      -AND-
10 DL LAW GROUP
11 BY KATIE SPEILMAN, ESQ.
12 345 Franklin Street
13 San Francisco, California 94102
14 (415) 969-6329
15 katie@dllawgroup.com
16          appeared on behalf of plaintiffs;
17
18
19
20
21
22
23
24

Case 4:20-cv-02254-YGR   Document 177-7   Filed 08/24/22   Page 4 of 18
CONFIDENTIAL                                                July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 3

1  PRESENT: (CONT'D)
2
3  PHELPS DUNBAR LLP
4  BY CRAIG L. CAESAR, ESQ., and
5  ERROL KING, ESQ.
6  365 Canal Street, Suite 2000
7  New Orleans, Louisiana 70130
8  (504) 566-1311
9  craig.caesar@phelps.com
10 errol.king@phelps.com
11     -AND-
12 PHELPS DUNBAR LLP
13 BY KATIE CICARDO MANNINO, ESQ.,
14 400 Convention Street, Suite 1100
15 Baton Rouge, Louisiana 70802
16 (225) 346-0285
17 katie.mannino@phelps.com
18         appeared on behalf of defendant MultiPlan,
19         Inc., and the deponent;
20
21
22
23
24

Page 4

1  PRESENT: (CONT'D)
2
3  GIBSON DUNN & CRUTCHER LLP
4  BY HEATHER RICHARDSON, ESQ., and
5  KRYSTA HYPPOLITE, ESQ.,
6  333 South Grand Avenue
7  Los Angeles, California 90071
8  (213) 229-7000
9  hrichardson@gibsondunn.com
10 khyppolite@gibsondunn.com
11          appeared on behalf of plaintiffs
12          United Healthcare and United
13          Behavioral Health;
14
15
16
17 ALSO PRESENT:
18 Ms. Gracie Huff, Concierge;
19 Mr. Kevin Duncan, Videographer.
20 Mr. Darwin Peng.
21
22
23
24

Case 4:20-cv-02254-YGR   Document 177-7   Filed 08/24/22   Page 6 of 18
CONFIDENTIAL                                        July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 66

1  think of -- think of that UB that we talked about
2  earlier, the boxes that are on the UB claim, what
3  is filled out and what's not filled out.
4      Q.   Okay.  And then if you just go down to --
5  well, it's kind of -- it's sort of between lines,
6  between line 22 and 23.  In the answer it says,
7  "MultiPlan states that while its finance
8  department keeps track of billing records for
9  accounting purposes, it does not run any analyses
10 or reports 'to determine the frequency or rate
11 that [MultiPlan] receives fees from United from
12 the use of Viant OPR.'"
13         So is the finance -- the finance
14 department that's referred to, is that you?
15     A.   Yes.  It's the finance area, yeah.
16     Q.   This one says, "keeps track of billing
17 records for accounting purposes."
18         How do you keep track of billing records
19 for accounting purposes?
20         MR. CAESAR:  Objection as to form.
21         You can answer.
22     A.   Yeah, we receive a file from United -- not
23 we.  Our accounting area receives a file from
24 United on what claims they're paying us on every

1    month.  That's probably what it's referring to.
2    BY MR. MODIANO:
3        Q.   And United is at self-bill; correct?
4        A.   Yes.
5                  (Court reporter clarification.)
6    BY MR. MODIANO:
7        Q.   And so for the record, can you explain
8    what -- when we say self-bill what that means?
9        A.   Yeah.  In this case a client would send us
10   a file and say here is what we are paying you on
11   for the services that you rendered.  And it
12   usually includes a claim number or somehow a way
13   to identify the claim of what we processed for
14   them.
15       Q.   And do you and finance or other
16   departments then, you know, cross-check it against
17   what you -- what was the claims information you
18   sent to United?
19       A.   The billing intricacies, it's a very
20   complex system because somebody is rendering
21   payment for services that were incurred it could
22   have been two months ago, it could have been
23   four months ago.
24            So the array of data that's in there is

1  often very stratified in trying to push it back
2  into the original format.
3      Q.   Sure.  But is it done?  I mean, do you
4  guys cross-check it?
5      A.   High level, yes.  You know, we have to
6  just to make sure that, you know, if we bring on a
7  new client to making sure that, you know, if we're
8  achieving or identifying savings for them as a
9  service, to make sure that, you know, we're
10 actually getting paid on some of it.
11          But, again, we don't -- you know, we're
12 identifying savings for a client as, you know,
13 here's what our recommendation is.  And there's a
14 whole host of things that happen on the payor side
15 that I can't really necessarily explain on why we
16 wouldn't get paid on certain claims.
17     Q.   Okay.  And for the Viant OPR methodology,
18 do you know -- let's -- in 2021 what percent of
19 the time, just ballpark number, United used
20 the Viant OPR methodology pricing recommendation?
21          MR. CAESAR:  Object to form.
22     A.   I'm going to assume, you know, if, like,
23 75 to 80 percent, right around there.
24 BY MR. MODIANO:

Case 4:20-cv-02254-YGR   Document 177-7   Filed 08/24/22   Page 9 of 18
CONFIDENTIAL
July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 90

1  or I'm going to ask you a few questions about this
2  document that was produced to us as MPI0005784.
3  And it's an Excel spreadsheet.  So I just wanted
4  to identify that for the record.
5          But pursuant to the discussion we just
6  had, you know, we're not introducing it as an
7  exhibit at this time.  And all counsel have agreed
8  to that.
9          MR. MODIANO:  Is that a fair statement,
10 Craig?
11         MR. CAESAR:  Yes.
12         MR. MODIANO:  Okay.
13 BY MR. MODIANO:
14    Q.   So do you see this document?
15    A.   Yes, sir.
16    Q.   Okay.  Does -- is this document something
17 that would have been prepared by HCE?
18    A.   It could have been HCE or a self-service
19 tool.
20 ███    ████    ████████████████████████████████
21 ██████████████████████████
22 ████    █████
23 ████    ██████    ██████████████████████████████
24 ████████████████████████

Case 4:20-cv-02254-YGR   Document 177-7   Filed 08/24/22   Page 10 of 18
CONFIDENTIAL                                      July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 91

```
 1   ████████████████████████████████████████
 2   ████████████
 3   ██ ████████████████████████████████████
 4   ██████████████████████████████████
 5   ████████████████████████████████████████
 6   ████████████████████
 7       ████████████████████████████████████
 8   ████████████████████████████████████████
 9   ██████
10   ██ ████ ██████████████████████████████
11   ██████████████████████████████
12   ██████████████  Do you see that?
13        A.    Yes.
14   ██ ██████████████████████████████████
15   ████████████████████████████████████████
16   ██████████████████
17        A.    A couple of notes.  I don't know the --
18   the scope of this document.  You know, what it's
19   particularly pertaining to, is it a particular
20   product and that type of thing.
21              So in order to comment on it, I really
22   would have to know what the context of this is.
23   And maybe I did something like this, but I -- I
24   don't remember doing it.
```

Page 94

1  that document away from Mr. Crandell so we can
2  proceed.
3                    (Court reporter clarification.)
4                    (Discussion held off the
5                     record.)
6                    (Crandell Deposition Exhibit
7                     No. 9 marked for
8                     identification.)
9  BY MR. MODIANO:
10     Q.   I've just introduced Plaintiffs'
11 Exhibit 9.  It's an May 2018 email from Jacquelyn
12 Kienzle.  Just let me know when you have -- when
13 you get that.
14     A.   Okay.  I have it up.
15     Q.   And this is a UHC Bates numbers, so it was
16 produced to us by United.  But I'm using a copy of
17 it because the chart -- or the table, rather, is a
18 lot easier to read than on the corresponding
19 MultiPlan one.
20          And I just wanted to call your attention
21 first to line -- row 2, sorry, of the table.  Do
22 you see that under column HCPCS CPT, it has H0015?
23     A.   Yes.
24     Q.   Okay.  And then right next to that it says

Case 4:20-cv-02254-YGR   Document 177-7   Filed 08/24/22   Page 12 of 18
CONFIDENTIAL                               July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 95

1   "Intensive Outpatient."
2           Do you see that?
3      A.   Yes.
4      Q.   And then the next column is "CMS Medicare
5   Pay Rate," and that says "Null."
6      A.   Yes.
7      Q.   And do you know why the CMS Medicare pay
8   rate is returned as null for HCPCS H0015?
9      A.   I'm assuming that -- I don't know every
10  single code and whether or not it's covered by
11  Medicare.
12          So if it's blank, it's either two -- two
13  outcomes; it's not covered by Medicare or it's
14  bundled with something else.
15     Q.   Okay.  I assume, then, 500 percent of
16  Medicare rate would just be five times
17  the CMS Medicare rate.  Is that a fair reading of
18  that?
19     A.   That's a fair assumption to make.
20     Q.   And it would be empty because five times
21  zero is zero?
22     A.   Yeah.
23     Q.   Okay.  I don't think I need to ask any
24  other questions on that email.

Case 4:20-cv-02254-YGR   Document 177-7   Filed 08/24/22   Page 13 of 18
CONFIDENTIAL                                              July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 114

1   not to answer any questions.
2           So it's 20019 [sic] to 22 -- 2020 MPI.
3   Okay?
4           MR. MODIANO:  Okay.
5   BY MR. MODIANO:
6       Q.   So let me ask it this way then.  So,
7   Mr. Crandell, is it correct -- I believe it was
8   your testimony earlier that you reviewed material
9   relating to HCPCS H0015 in preparation for your
10  testimony here today?
11      A.   Yes.
12      Q.   Okay.  And how does -- okay.  Let me pick
13  a time period.
14          So in 2016 how did Viant OPR -- the Viant
15  OPR methodology price a claim under H0015?
16      A.   Under H0015 it had a episode that it was
17  pricing at a national level because of
18  insufficient data locally, for H0015.
19      Q.   Okay.  And so how many episodes nationally
20  in 2016 were there for H0015?
21      A.   It was very minimal.  I don't know
22  the exact number, but, you know, it wasn't -- it
23  wasn't a large sample size.
24      Q.   Can you give me a sense?  Are we talking

Case 4:20-cv-02254-YGR   Document 177-7   Filed 08/24/22   Page 14 of 18
CONFIDENTIAL                                                July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 115

1  30, 100, 1,000?
2     A.   It's over 100.
3     Q.   Less than 1,000?
4     A.   Yes.
5     Q.   Less than 500?
6     A.   A little less than 500, yeah, I would
7  think.
8     Q.   Okay.
9     A.   General range.
10    Q.   So do you -- did HCE look into why H0015
11 had such a relatively small sample size in 20- --
12 you know, during that period?
13    A.   Yes, we did.
14    Q.   And what were the -- what did you find?
15    A.   Well, we, again, rely on our SAF file for
16 episodes of care.
17         The H0015 did have minimal input in it.
18 But, again, you know, we're not going to -- it's
19 the data, it's how it's arrayed.
20         However, if you look at other like
21 episodes of care under H0015 and if you broaden
22 that scope somewhat, there are -- there is
23 episodes of care that fall outside of -- outside
24 of H0015 that map to the similar type services

Case 4:20-cv-02254-YGR   Document 177-7   Filed 08/24/22   Page 15 of 18
CONFIDENTIAL                                     July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 116

1   in -- in question here.
2       Q.   Okay.  There's a lot to unpack there.
3       A.   Uh-huh.
4       Q.   So do you have a sense of how many --
5   we'll just say United, how many United claims for
6   H0015 were evaluated by the -- with the Viant
7   OPR methodology in 2016?
8       A.   Not in specifically 2016, no.
9       Q.   Then I'll broaden the question.
10      A.   Uh-huh.
11      Q.   What is your understanding of the volume
12  of claims under H- -- that MultiPlan -- that
13  the Viant OPR methodology prices under H0015?
14      A.   The volume?  I can't cite for you.  It's a
15  large volume of claims.  You know, let's really
16  define "large" though.  In essence of our overall
17  book of business, you know, it's a smaller
18  portion.  But it's all on how you proportionalize
19  it in your sample size.
20      Q.   Sure.  Well, we can do it this way.
21           You testified that you reviewed the claims
22  report that was provided?
23      A.   Yes.
24      Q.   And from memory I think that had something

1           Does that help?
2       Q.   It does.  I definitely have a few
3   follow-up questions though.
4       A.   Uh-huh.
5       Q.   So do you know what HCPCS CMS crosswalks
6   to APC 5823?  Do you know what those -- what those
7   HCPCS are?
8       A.   Not off the top of my head, no.
9       Q.   Okay.  Do you know if those HCPCS refer to
10  services provided in a hospital setting?
11      A.   Not off the top of my head, no.
12      Q.   Okay.  Do you know what type of provider
13  would render the services that roll up into
14  APC 5823?
15      A.   In the SAF file it's going to be coming
16  from hospital outpatient providers.
17      Q.   Okay.  And do you know if there was ever
18  any validation that H0015 was similar to the HCPCS
19  that rolled up into 5823?
20      A.   Similar, my -- my previous statement I'll
21  kind of re-echo the same thing.  You know, in
22  those discussions in the research, Karen and Tom,
23  you know, usually would look at all aspects of
24  coding.

Page 127

1  price H0015?
2     A.   I don't know the historical view of
3  evaluation of different data sets.  But it's --
4  it's something that we always look at of what's in
5  the industry.
6          But, again, the SAF file is the largest
7  representation of charge-based data that doesn't
8  allow any bias at all from a standpoint of what
9  people are actually reporting into it.
10    Q.   Sure.  And I understand your statement
11 that it's the largest representation of
12 charge-based data.
13    A.   Uh-huh.
14    Q.   Then my question is what about
15 the represent- -- does it sufficiently represent
16 outpatient behavioral health charges?
17    A.   I would --
18         MR. CAESAR:  Well, I'm going to object to
19 form.
20         You can answer.
21    A.   Yeah, from an outpatient behavioral health
22 APC 5823 has over I believe it's a million
23 episodes of care, you know, across the nation
24 of -- so I would deem that as a valid sample.

1  sent in to us and basically returning the value
2  that the methodology is returning through -- back
3  through Duke.
4  BY MR. MODIANO:
5      Q.   Okay.  So it takes an input and it gives
6  you an output?
7      A.   Yup.  That's the way we designed it.  It's
8  not a rules engine.  It's something that these are
9  the inputs in, here's what you get out.
10     Q.   Okay.  So from 2018 -- is it an accurate
11 statement that from 2018 forward no H00- -- no
12 H0015 claims were actually used -- when I say
13 claims, I mean data from the SAF file, that no
14 H0015 data was used to price H0015 claims in
15 the Viant OPR methodology?
16          MR. CAESAR:  Objection as to form.
17          You can answer.
18     A.   Not to my knowledge.
19 BY MR. MODIANO:
20     Q.   Okay.  And so is it your understanding
21 that the determination that H0015 was
22 accurately -- or could be priced using APC 5823,
23 that was a decision that was made by Tom and Karen
24 or how was that determination made?