# Exhibit P

Part 1 of 2

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 30884
SALT LAKE CITY, UT 84130-0884



Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

October 09, 2019

DPS$$$PKG

# 00963715513

**Member/Patient Information**
Member:
Member ID: **00963715513**
Patient:
Relationship: CH
Group Name: WELLS FARGO
Group #: 0108000

### Explanation of Benefits Statement
**This is not a bill.  Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
## Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $2,800.00 | **Amount Billed**<br>The amount your provider charged for services provided to you. |
| $0.00 | **Plan Discounts**<br>Your plan negotiates discounts with providers to save you money.  This amount may also include services that you are not responsible to pay. |
| $522.54 | **Your Plan Paid**<br>The money your health benefit plan paid. |
| $2,277.46 | **Total amount you owe the provider(s)**<br>The portion of the Amount Billed you owe the provider(s).  This amount does not reflect any payment you may have already made at the time you received care.  This amount may include your deductible, copay, coinsurance and/or non covered charges.  This amount does not include any payments made to the subscriber*.  If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional.<br>*  When coordination of benefits applies, this amount will include payments made to the subscriber. |

STD-EOB

**Use this EOB statement as a reference or retain as needed**

Page 1 of 5

000001944108219

Confidential - Attorneys' Eyes Only ("AEO")

UHC000305947



United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 30884
SALT LAKE CITY, UT 84130-0884
Phone: 1-800-842-9722

October 09, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for   00963715513

**Provider:** NEW LIFE TREATMENT          **Claim Number:** AU8772758901          **Patient Account Number:** ▮▮▮▮▮

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider** | | | | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 09/12/2018 | OUTPATIENT SERVICES | CY | $2,800.00 | $0.00 | $870.90 | $522.54 | $0.00 | $0.00 | $348.36 | $1,929.10 | $2,277.46 |
| Claim Total: | | E5 | $2,800.00 | $0.00 | $870.90 | $522.54 | $0.00 | $0.00 | $348.36 | $1,929.10 | $2,277.46 |

\*\*This total does not reflect any payments / copays you made at the time of service.  Please wait for a provider bill before making a payment.

## Notes*

**CY -**   THIS PAYMENT HAS BEEN REDUCED BY THE AMOUNT THAT IS ABOVE THE ELIGIBLE EXPENSE AMOUNT FOR OUT-OF-NETWORK SERVICES UNDER YOUR PLAN IN YOUR AREA.  IF YOU ARE BILLED FOR AN AMOUNT ABOVE THE ELIGIBLE AMOUNT, PLEASE CALL VIANT DIRECTLY AT 1-800-598-6888.

**E5 -**   ADDITIONAL CHARGES AND/OR CORRECTED BILLING HAS BEEN CONSIDERED.

A review of this benefit determination may be requested by submitting your appeal to us in writing at the following address: UnitedHealthcare Appeals, P.O. Box 740816, Atlanta, GA 30374-0816. The request for your review must be made within 180 days from the date you receive this statement. If you request a review of your claim denial, we will complete our review not later than 30 days after we receive your request for review.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You or your authorized representative, such as a family member or physician, may appeal the decision by submitting comments, documents or other relevant information to the appeal address referenced above.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services

Confidential - Attorneys' Eyes Only ("AEO")

UHC000305948



United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 30884
SALT LAKE CITY, UT 84130-0884
Phone: 1-800-842-9722

October 09, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789.

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-800-842-9722.

**Rather view this online?**

Sign up for **myuhc.com** to easily view claims and account balances, see where you're at against your deductible, locate a network doctor, compare costs, select paperless delivery of your important plan documents and more.

**Rather view this on your mobile device?**

Download the free UnitedHealthcare Health4Me app, then sign up to easily find and map care, compare costs, view claims and account balances and more. Get access to the same personalized health plan information while you're on the go.

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

Para obtener asistencia en español, llame al número de teléfono que se incluye en este documento o al dorso de su tarjeta de identificación.

We do not treat members differently because of sex, age, race, color, disability or national origin. If you think you weren't treated fairly you can send a complaint to: Civil Rights Coordinator, United HealthCare Civil Rights Grievance, P.O. Box 30608, Salt Lake City, UTAH 84130, UHC_Civil_Rights@uhc.com. You must send the complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days. If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint, please call the toll-free member number listed on your health plan ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000305949



United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 30884
SALT LAKE CITY, UT 84130-0884
Phone: 1-800-842-9722

October 09, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yáníłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shǫǫdí ninaaltsoos nitł'izí bee nééhozinígíí bine'déę́' t'áá jíík'ehgo béésh bee hane'i biká'ígíí bee hodíilnih.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000305950

 UnitedHealthcare®

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 30884
SALT LAKE CITY, UT 84130-0884
Phone: 1-800-842-9722

October 09, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

# Account Summary

## Summary of Deductible and Out of Pocket
### Plan Year: 2018

**00963715513**

**Relationship: CH**

| | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **IN NETWORK** | | | |
| Deductible | $2,700.00 | $2,700.00 | Met |
| Out of Pocket | $5,200.00 | $4,540.87 | $659.13 |
| **OUT OF NETWORK** | | | |
| Deductible | $5,400.00 | $5,400.00 | Met |
| Out of Pocket | $10,400.00 | $9,273.28 | $1,126.72 |

| FAMILY | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **IN NETWORK** | | | |
| Deductible | $2,700.00 | $2,700.00 | Met |
| Out of Pocket | $5,200.00 | $3,016.38 | $2,183.62 |
| **OUT OF NETWORK** | | | |
| Deductible | $5,400.00 | $5,400.00 | Met |
| Out of Pocket | $10,400.00 | $8,276.23 | $2,123.77 |

## Definitions of Key Terms

**Amount Allowed**: Maximum amount on which benefits are based for covered services.

**Amount You Owe**: The amount of money you pay for the services you receive.

**Coinsurance**: Your share of the costs of a covered health care service, calculated as a percentage of the allowed amount for the service.

**Deductible**: The amount you could owe during a coverage period for services your health benefit plan covers before your plan begins to pay.

**Out of Pocket**: The most money you have to pay for covered expenses in a plan year or policy period.

**Plan Year**: The time period the benefit maximums apply.

**Amount Billed**: The amount your provider charged for services provided to you.

**Applied to Date**: The total amount applied to your deductible or out of pocket maximum on the date the claim(s) was processed.

**Copay**: A fixed amount you pay for a covered health care service, usually when you receive the service or fill a prescription.

**Non-Covered**: A service or expense that you do not have coverage for under your health benefit plan.

**Plan Discounts**: Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay.

**Your Plan Paid**: The money your health benefit plan paid.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000305951

United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800



Have more questions about your claim?
**Visit www.myuhc.com**
for all your claim and benefit information.

December 31, 2021

DPS$$$PKG

**00955375640**

<u>**Member/Patient Information**</u>
Member/Patient:
Member ID: **00955375640**
Relationship: EE
Group Name: GENERAL DYNAMICS
Group #: 0217725

### Explanation of Benefits Statement
**This is not a bill. Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
## Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $4,950.00 | **Amount Billed** <br> The amount your provider charged for services provided to you. |
| $0.00 | **Plan Discounts** <br> Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay. |
| $600.00 | **Your Plan Paid** <br> The money your health benefit plan paid. |
| $4,350.00 | **Total amount you owe the provider(s)** <br> The portion of the Amount Billed you owe the provider(s). This amount does not reflect any payment you may have already made at the time you received care. This amount may include your deductible, copay, coinsurance and/or non covered charges. This amount does not include any payments made to the subscriber*. If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional. <br> * When coordination of benefits applies, this amount will include payments made to the subscriber. |

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306250



United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-249-7571

December 31, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

## Claim Detail for [ 00955375640 ]

**Provider:** HIGH WATCH RECOVERY          **Claim Number:** DC7993588401          **Patient Account Number:** ▮▮▮▮▮▮
**Provider Status:** Out of Network

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Deductible | Copay | Coinsurance | Non-Covered | Amount You Owe** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Your Itemized Responsibility to Provider | | | | |
| 10/21/2021 - 10/26/2021 | MEDICAL SERVICES | CY | $4,950.00 | $0.00 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 | $4,350.00 | $4,350.00 |
| Claim Total: | | | $4,950.00 | $0.00 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 | $4,350.00 | $4,350.00 |

\*\*This total does not reflect any payments / copays you made at the time of service or purchase.
Please wait for a provider bill before making a payment.

We received the requested information on **12/17/21** and have processed claim number **DA25259924001**.

## Notes*

**Please note that appeal deadlines have been extended until further notice due to COVID-19. You should consult with your employer and visit the US Department of Labor website at dol.gov for more information and additional notices about the deadline extensions and how they may apply to you.**

**CY -**   THIS PAYMENT HAS BEEN REDUCED BY THE AMOUNT THAT IS ABOVE THE ELIGIBLE EXPENSE AMOUNT FOR OUT-OF-NETWORK SERVICES UNDER YOUR PLAN IN YOUR AREA.  IF YOU ARE BILLED FOR AN AMOUNT ABOVE THE ELIGIBLE AMOUNT, PLEASE CALL VIANT DIRECTLY AT 1-800-598-6888.

A review of this benefit determination may be requested by submitting your appeal to us in writing at the following address: UnitedHealthcare Appeals, P.O. Box 30432, Salt Lake City, UT 84130-0432. The request for your review must be made within 180 days from the date you receive this statement. If you request a review of your claim denial, we will complete our review no later than 30 days after we receive your request for review.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services

STD-EOB
000000306660702

**Use this EOB statement as a reference or retain as needed**

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306251



United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-249-7571

December 31, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789. Your state consumer assistance program may also be able to assist you at:
Office of the Healthcare Advocate
P.O. Box 1543
Hartford, CT 06144
Telephone: 866-466-4446
Website: www.ct.gov/oha
E-mail: healthcare.advocate@ct.gov

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-866-249-7571.

**Rather view this online?**

Sign up for **myuhc.com** or download the UnitedHealthcare app to easily view claims and account balances, see where you're at against your deductible, locate a network doctor, view your health plan ID card and more. You can also skip the clutter by selecting paperless delivery of your important plan documents.

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

We do not treat members differently because of sex, age, race, color, disability or national origin. If you think you weren't treated fairly you can send a complaint to: Civil Rights Coordinator, United HealthCare Civil Rights Grievance, P.O. Box 30608, Salt Lake City, UTAH 84130, UHC_Civil_Rights@uhc.com. You must send the complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days. If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint, please call the toll-free member number listed on your health plan ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

STD-EOB

000000396680702

**Use this EOB statement as a reference or retain as needed**

Confidential - Attorneys' Eyes Only ("AEO")



United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-249-7571

December 31, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免費費會員電話號碼。

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yániłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shǫǫdí ninaaltsoos nitł'izí bee nééhozinígíí bine'déé' t'áá jíík'ehgo béésh bee hane'i bikáʼígíí bee hodíilnih.

Confidential - Attorneys' Eyes Only ("AEO")
UHC000306253



United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-249-7571

December 31, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

# Account Summary

## Summary of Deductible and Out of Pocket
### Plan Year: 2021

| FAMILY | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **IN NET MEDICAL/RX COMBINED** | | | |
| Deductible | $3,000.00 | $3,000.00 | Met |
| Out of Pocket | $6,000.00 | $6,000.00 | Met |
| **OUT OF NETWORK** | | | |
| Deductible | $7,600.00 | $7,600.00 | Met |
| Out of Pocket | $20,800.00 | $20,800.00 | Met |

# Definitions of Key Terms

**Amount Allowed**: Maximum amount on which benefits are based for covered services.

**Amount You Owe**: The amount of money you pay for the services you receive.

**Coinsurance**: Your share of the costs of a covered health care service, calculated as a percentage of the allowed amount for the service.

**Deductible**: The amount you could owe during a coverage period for services your health benefit plan covers before your plan begins to pay.

**Non-Covered**: A service or expense that you do not have coverage for under your health benefit plan.

**Amount Billed**: The amount your provider charged for services provided to you.

**Applied to Date**: The total amount applied to your deductible or out of pocket maximum on the date the claim(s) was processed.

**Copay**: A fixed amount you pay for a covered health care service, usually when you receive the service or fill a prescription.

**Network**: The facilities, providers and suppliers your health plan has contracted with to provide health care services. You generally pay less if you see a network provider.

**Out of Network**: The facilities, providers and suppliers who do not have a contract with your health plan to provide health care services. You generally pay more if you see an out-of-network provider.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306254

 UnitedHealthcare®

United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-249-7571

December 31, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Definitions of Key Terms

**Out of Pocket**: The most money you have to pay for covered expenses in a plan year or policy period.

**Plan Year**: The time period the benefit maximums apply.

**Plan Discounts**: Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay.

**Your Plan Paid**: The money your health benefit plan paid.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306255

United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800



Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

April 20, 2021

**00843696068**

**Member/Patient Information**

Member:
Member ID: **00843696068**
Patient:
Relationship: SP
Group Name: GENERAL DYNAMICS
Group #: 0217725

### Explanation of Benefits Statement
**This is not a bill.  Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $25.00 | **Amount Billed**<br>The amount your provider charged for services provided to you. |
| $13.74 | **Plan Discounts**<br>Your plan negotiates discounts with providers to save you money.  This amount may also include services that you are not responsible to pay. |
| $0.00 | **Your Plan Paid**<br>The money your health benefit plan paid. |
| $11.26 | **Total amount you owe the provider(s)**<br>The portion of the Amount Billed you owe the provider(s).  This amount does not reflect any payment you may have already made at the time you received care.  This amount may include your deductible, copay, coinsurance and/or non covered charges.  This amount does not include any payments made to the subscriber*.  If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional.<br>* When coordination of benefits applies, this amount will include payments made to the subscriber. |

Confidential - Attorneys' Eyes Only ("AEO")                    UHC000306453



United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-249-7571

April 20, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

## Claim Detail for 00843696068

**Provider:** OCEAN RADIOLOGY          **Claim Number:** CP7742695001          **Patient Account Number:** ▉▉▉▉▉▉▉▉▉

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider | | | | Amount You Owe** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 03/25/2021 | RADIOLOGY SERVICES | UG | $25.00 | $13.74 | $11.26 | $0.00 | $11.26 | $0.00 | $0.00 | $0.00 | $11.26 |
| **Claim Total:** | | | **$25.00** | **$13.74** | **$11.26** | **$0.00** | **$11.26** | **$0.00** | **$0.00** | **$0.00** | **$11.26** |

\*\*This total does not reflect any payments / copays you made at the time of service or purchase.
Please wait for a provider bill before making a payment.

## Notes*

## Please note that appeal deadlines have been extended until further notice due to COVID-19. You should consult with your employer and visit the US Department of Labor website at dol.gov for more information and additional notices about the deadline extensions and how they may apply to you.

**UG -** THE PLAN DISCOUNT SHOWN IS YOUR SAVINGS FOR USING A NETWORK PROVIDER. YOU HAVE NOT MET YOUR DEDUCTIBLE AND OWE THE AMOUNT SHOWN.

A review of this benefit determination may be requested by submitting your appeal to us in writing at the following address: UnitedHealthcare Appeals, P.O. Box 30432, Salt Lake City, UT 84130-0432. The request for your review must be made within 180 days from the date you receive this statement. If you request a review of your claim denial, we will complete our review no later than 30 days after we receive your request for review.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789. Your state consumer assistance program may also be able to assist you at:
Office of the Healthcare Advocate

STD-EOB
000000204057930

**Use this EOB statement as a reference or retain as needed**

**Page 2 of 5**

Confidential - Attorneys' Eyes Only ("AEO")          UHC000306454



United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-249-7571

April 20, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

P.O. Box 1543
Hartford, CT 06144
Telephone: 866-466-4446
Website: www.ct.gov/oha
E-mail: healthcare.advocate@ct.gov

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-866-249-7571.

**Rather view this online?**

Sign up for **myuhc.com** or download the UnitedHealthcare app to easily view claims and account balances, see where you're at against your deductible, locate a network doctor, view your health plan ID card and more. You can also skip the clutter by selecting paperless delivery of your important plan documents.

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

We do not treat members differently because of sex, age, race, color, disability or national origin. If you think you weren't treated fairly you can send a complaint to: Civil Rights Coordinator, United HealthCare Civil Rights Grievance, P.O. Box 30608, Salt Lake City, UTAH 84130, UHC_Civil_Rights@uhc.com. You must send the complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days. If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint, please call the toll-free member number listed on your health plan ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306455

 UnitedHealthcare®

United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-249-7571

April 20, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免費會員電話號碼。

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yáníłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shǫǫdí ninaaltsoos nitł'izí bee nééhozinígíí bine'déę́' t'áá jíík'ehgo béésh bee hane'í bikáʼígíí bee hodíilnih.

# Account Summary

## Summary of Deductible and Out of Pocket
**Plan Year: 2021**

### FAMILY

| | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **IN NET MEDICAL/RX COMBINED** | | | |
| Deductible | $3,000.00 | $2,906.56 | $93.44 |
| Out of Pocket | $6,000.00 | $2,906.56 | $3,093.44 |
| **OUT OF NETWORK** | | | |
| Deductible | $6,000.00 | $2,906.56 | $3,093.44 |
| Out of Pocket | $12,000.00 | $2,906.56 | $9,093.44 |

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306456



United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-866-249-7571

April 20, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

# Definitions of Key Terms

**Amount Allowed**: Maximum amount on which benefits are based for covered services.

**Amount You Owe**: The amount of money you pay for the services you receive.

**Coinsurance**: Your share of the costs of a covered health care service, calculated as a percentage of the allowed amount for the service.

**Deductible**: The amount you could owe during a coverage period for services your health benefit plan covers before your plan begins to pay.

**Out of Pocket**: The most money you have to pay for covered expenses in a plan year or policy period.

**Plan Year**: The time period the benefit maximums apply.

**Amount Billed**: The amount your provider charged for services provided to you.

**Applied to Date**: The total amount applied to your deductible or out of pocket maximum on the date the claim(s) was processed.

**Copay**: A fixed amount you pay for a covered health care service, usually when you receive the service or fill a prescription.

**Non-Covered**: A service or expense that you do not have coverage for under your health benefit plan.

**Plan Discounts**: Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay.

**Your Plan Paid**: The money your health benefit plan paid.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306457

United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740809
ATLANTA, GA 30374-0800



Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

April 26, 2021

DPS$$$PKG

**00928097365**

**Member/Patient Information**
Member/Patient:
Member ID: **00928097365**
Relationship: EE
Group Name: GEICO CORPORATION
Group #: 0755393

### Explanation of Benefits Statement
**This is not a bill. Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
## Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $13,065.00 | **Amount Billed**<br>The amount your provider charged for services provided to you. |
| $985.50 | **Plan Discounts**<br>Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay. |
| $1,032.27 | **Your Plan Paid**<br>The money your health benefit plan paid. |
| $11,047.23 | **Total amount you owe the provider(s)**<br>The portion of the Amount Billed you owe the provider(s). This amount does not reflect any payment you may have already made at the time you received care. This amount may include your deductible, copay, coinsurance and/or non covered charges. This amount does not include any payments made to the subscriber*. If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional.<br>* When coordination of benefits applies, this amount will include payments made to the subscriber. |

Confidential - Attorneys' Eyes Only ("AEO")



United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740809
ATLANTA, GA 30374-0800
Phone: 1-855-434-2684

April 26, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for 00928097365

**Provider:** M NEMRI     **Claim Number:** CP9161093701     **Patient Account Number:** 00928097365

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider | | | | Amount You Owe** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 04/02/2021 | MEDICAL SERVICES | IX | $1,095.00 | $985.50 | $109.50 | $76.65 | $0.00 | $0.00 | $32.85 | $0.00 | $32.85 |
| Claim Total: | | | $1,095.00 | $985.50 | $109.50 | $76.65 | $0.00 | $0.00 | $32.85 | $0.00 | **$32.85** |

**This total does not reflect any payments / copays you made at the time of service or purchase.
Please wait for a provider bill before making a payment.

## Claim Detail for 00928097365

**Provider:** ARISE RECOVERY     **Claim Number:** CP6866010801     **Patient Account Number:** 00928097365

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider | | | | Amount You Owe** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 03/22/2021 - 03/25/2021 | MEDICAL SERVICES | CY | $5,985.00 | $0.00 | $682.59 | $477.81 | $0.00 | $0.00 | $204.78 | $5,302.41 | $5,507.19 |
| Claim Total: | | | $5,985.00 | $0.00 | $682.59 | $477.81 | $0.00 | $0.00 | $204.78 | $5,302.41 | **$5,507.19** |

**This total does not reflect any payments / copays you made at the time of service or purchase.
Please wait for a provider bill before making a payment.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306796

 UnitedHealthcare®

United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740809
ATLANTA, GA 30374-0800
Phone: 1-855-434-2684

April 26, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for 00928097365

**Provider:** ARISE RECOVERY      **Claim Number:** CP9226234801      **Patient Account Number:** 00928097365

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider | | | | Amount You Owe** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 03/29/2021 - 04/01/2021 | MEDICAL SERVICES | CY | $5,985.00 | $0.00 | $682.59 | $477.81 | $0.00 | $0.00 | $204.78 | $5,302.41 | $5,507.19 |
| **Claim Total:** | | | **$5,985.00** | **$0.00** | **$682.59** | **$477.81** | **$0.00** | **$0.00** | **$204.78** | **$5,302.41** | **$5,507.19** |

\*\*This total does not reflect any payments / copays you made at the time of service or purchase.
Please wait for a provider bill before making a payment.

## Notes*

**Please note that appeal deadlines have been extended until further notice due to COVID-19. You should consult with your employer and visit the US Department of Labor website at dol.gov for more information and additional notices about the deadline extensions and how they may apply to you.**

**CY -** THIS PAYMENT HAS BEEN REDUCED BY THE AMOUNT THAT IS ABOVE THE ELIGIBLE EXPENSE AMOUNT FOR OUT-OF-NETWORK SERVICES UNDER YOUR PLAN IN YOUR AREA. IF YOU ARE BILLED FOR AN AMOUNT ABOVE THE ELIGIBLE AMOUNT, PLEASE CALL VIANT DIRECTLY AT 1-800-598-6888.

**IX -** THIS OUT-OF-NETWORK PROVIDER HAS ACCEPTED A DISCOUNT FOR THIS SERVICE BASED ON A FEE NEGOTIATED WITH MULTIPLAN/VIANT. IF YOU HAVE PAID THE PROVIDER MORE THAN THE AMOUNT YOU OWE, PLEASE CALL THEM FOR A REFUND.

A review of this benefit determination may be requested by submitting your appeal to us in writing at the following address: UnitedHealthcare Appeals, P.O. Box 30432, Salt Lake City, UT 84130-0432. The request for your review must be made within 180 days from the date you receive this statement. If you request a review of your claim denial, we will complete our review no later than 30 days after we receive your request for review.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You or your authorized representative, such as a family member or physician, may appeal the decision by submitting comments, documents or other relevant information to the appeal address referenced above.

STD-EOB

000000209445567

**Use this EOB statement as a reference or retain as needed**

Confidential - Attorneys' Eyes Only ("AEO")      UHC000306797



April 26, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services:
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789. Your state consumer assistance program may also be able to assist you at:
Texas Department of Insurance
Consumer Protection (111-1A)
P.O. Box 149091
Austin, TX 78714-9091
Toll-free telephone: 1-800-252-3439
Fax: 1-512-490-1007
Web site: www.texashealthoptions.com
E-mail: ConsumerProtection@tdi.texas.gov

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-855-434-2684.

**Rather view this online?**

Sign up for **myuhc.com** or download the UnitedHealthcare app to easily view claims and account balances, see where you're at against your deductible, locate a network doctor, view your health plan ID card and more. You can also skip the clutter by selecting paperless delivery of your important plan documents.

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

We do not treat members differently because of sex, age, race, color, disability or national origin. If you think you weren't treated fairly you can send a complaint to: Civil Rights Coordinator, United HealthCare Civil Rights Grievance, P.O. Box 30608, Salt Lake City, UTAH 84130, UHC_Civil_Rights@uhc.com. You must send the

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306798


UnitedHealthcare®

United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740809
ATLANTA, GA 30374-0800
Phone: 1-855-434-2684

April 26, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days. If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint, please call the toll-free member number listed on your health plan ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yániłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shǫǫdí ninaaltsoos nitł'izí bee nééhozinígíí bine'déé' t'áá jíík'ehgo béésh bee hane'í biká'ígíí bee hodíilnih.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306799



United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740809
ATLANTA, GA 30374-0800
Phone: 1-855-434-2684

April 26, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

# Account Summary

## Summary of Deductible and Out of Pocket
### Plan Year: 2021

| 00928097365 | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **Relationship: EE** | | | |
| **IN NETWORK** | | | |
| Deductible | $125.00 | $125.00 | Met |
| Out of Pocket | $2,100.00 | $867.50 | $1,232.50 |
| **OUT OF NETWORK** | | | |
| Deductible | $700.00 | $700.00 | Met |
| Out of Pocket | $5,200.00 | $1,609.08 | $3,590.92 |

| FAMILY | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **IN NETWORK** | | | |
| Deductible | $250.00 | $125.00 | $125.00 |
| Out of Pocket | $4,200.00 | $897.50 | $3,302.50 |
| **OUT OF NETWORK** | | | |
| Deductible | $2,100.00 | $700.00 | $1,400.00 |
| Out of Pocket | $15,600.00 | $1,609.08 | $13,990.92 |

# Definitions of Key Terms

**Amount Allowed**: Maximum amount on which benefits are based for covered services.

**Amount You Owe**: The amount of money you pay for the services you receive.

**Coinsurance**: Your share of the costs of a covered health care service, calculated as a percentage of the allowed amount for the service.

**Deductible**: The amount you could owe during a coverage period for services your health benefit plan covers before your plan begins to pay.

**Out of Pocket**: The most money you have to pay for covered expenses in a plan year or policy period.

**Plan Year**: The time period the benefit maximums apply.

**Amount Billed**: The amount your provider charged for services provided to you.

**Applied to Date**: The total amount applied to your deductible or out of pocket maximum on the date the claim(s) was processed.

**Copay**: A fixed amount you pay for a covered health care service, usually when you receive the service or fill a prescription.

**Non-Covered**: A service or expense that you do not have coverage for under your health benefit plan.

**Plan Discounts**: Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay.

**Your Plan Paid**: The money your health benefit plan paid.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306800

 UnitedHealthcare®

United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 740809
ATLANTA, GA 30374-0800
Phone: 1-855-434-2684

April 26, 2021

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306801

United HealthCare Services, Inc.
CHICO SERVICE CENTER
PO BOX 30555
SALT LAKE CITY, UT 84130-0555



Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

September 19, 2019

DPS$$$PKG

**00920520108**

**Member/Patient Information**
Member/Patient:
Member ID: **00920520108**
Relationship: EE
Group Name: TESLA
Group #: 0715316

## Explanation of Benefits Statement
**This is not a bill. Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
## Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $14,000.00 | **Amount Billed** <br> The amount your provider charged for services provided to you. |
| $0.00 | **Plan Discounts** <br> Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay. |
| $1,973.05 | **Your Plan Paid** <br> The money your health benefit plan paid. |
| $12,026.95 | **Total amount you owe the provider(s)** <br> The portion of the Amount Billed you owe the provider(s). This amount does not reflect any payment you may have already made at the time you received care. This amount may include your deductible, copay, coinsurance and/or non covered charges. This amount does not include any payments made to the subscriber*. If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional. <br> * When coordination of benefits applies, this amount will include payments made to the subscriber. |

Confidential - Attorneys' Eyes Only ("AEO")     UHC000306909

 UnitedHealthcare®

United HealthCare Services, Inc.
CHICO SERVICE CENTER
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-844-255-3062

September 19, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for   00920520108

**Provider:** NEW LIFE TREATMENT          **Claim Number:** 799026912001          **Patient Account Number:**

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider** | | | | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 08/29/2019 - 08/30/2019 | MEDICAL SERVICES | CY | $5,600.00 | $0.00 | $789.22 | $789.22 | $0.00 | $0.00 | $0.00 | $4,810.78 | $4,810.78 |
| Claim Total: | | | $5,600.00 | $0.00 | $789.22 | $789.22 | $0.00 | $0.00 | $0.00 | $4,810.78 | $4,810.78 |

**This total does not reflect any payments / copays you made at the time of service. Please wait for a provider bill before making a payment.

## Claim Detail for   00920520108

**Provider:** NEW LIFE TREATMENT          **Claim Number:** 799026911901          **Patient Account Number:**

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider** | | | | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 08/28/2019 | MEDICAL SERVICES | CY | $2,800.00 | $0.00 | $394.61 | $394.61 | $0.00 | $0.00 | $0.00 | $2,405.39 | $2,405.39 |
| Claim Total: | | | $2,800.00 | $0.00 | $394.61 | $394.61 | $0.00 | $0.00 | $0.00 | $2,405.39 | $2,405.39 |

**This total does not reflect any payments / copays you made at the time of service. Please wait for a provider bill before making a payment.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306910



United HealthCare Services, Inc.
CHICO SERVICE CENTER
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-844-255-3062

September 19, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

## Claim Detail for 00920520108

**Provider:** NEW LIFE TREATMENT  **Claim Number:** 799026912101  **Patient Account Number:**

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider** | | | | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 09/02/2019 - 09/03/2019 | MEDICAL SERVICES | CY | $5,600.00 | $0.00 | $789.22 | $789.22 | $0.00 | $0.00 | $0.00 | $4,810.78 | $4,810.78 |
| Claim Total: | | | $5,600.00 | $0.00 | $789.22 | $789.22 | $0.00 | $0.00 | $0.00 | $4,810.78 | $4,810.78 |

**This total does not reflect any payments / copays you made at the time of service. Please wait for a provider bill before making a payment.

## Notes*

**CY -**  THIS PAYMENT HAS BEEN REDUCED BY THE AMOUNT THAT IS ABOVE THE ELIGIBLE EXPENSE AMOUNT FOR OUT-OF-NETWORK SERVICES UNDER YOUR PLAN IN YOUR AREA.  IF YOU ARE BILLED FOR AN AMOUNT ABOVE THE ELIGIBLE AMOUNT, PLEASE CALL VIANT DIRECTLY AT 1-800-598-6888.

A review of this benefit determination may be requested by submitting your appeal to us in writing at the following address: UnitedHealthcare Appeals, P.O. Box 740816, Atlanta, GA 30374-0816. The request for your review must be made within 180 days from the date you receive this statement. If you request a review of your claim denial, we will complete our review not later than 30 days after we receive your request for review.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You or your authorized representative, such as a family member or physician, may appeal the decision by submitting comments, documents or other relevant information to the appeal address referenced above.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272).  If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789.  Your state consumer assistance program may also be able to assist you at:

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306911



United HealthCare Services, Inc.
CHICO SERVICE CENTER
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-844-255-3062

September 19, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

California Department of Insurance
Consumer Communications Bureau
300 South Spring Street, South Tower
Los Angeles, CA 90013
Toll-Free Consumer Hotline: 1-800-927-HELP (4357) or 1-213-897-8921
TDD Number: 1-800-482-4TDD (4833)
http://www.insurance.ca.gov/

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-844-255-3062.

**Rather view this online?**

Sign up for **myuhc.com** to easily view claims and account balances, see where you're at against your deductible, locate a network doctor, compare costs, select paperless delivery of your important plan documents and more.

**Rather view this on your mobile device?**

Download the free UnitedHealthcare Health4Me app, then sign up to easily find and map care, compare costs, view claims and account balances and more. Get access to the same personalized health plan information while you're on the go.

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

We do not treat members differently because of sex, age, race, color, disability or national origin. If you think you weren't treated fairly you can send a complaint to: Civil Rights Coordinator, United HealthCare Civil Rights Grievance, P.O. Box 30608, Salt Lake City, UTAH 84130, UHC_Civil_Rights@uhc.com. You must send the complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days. If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint, please call the toll-free member number listed on your health plan ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

STD-EOB

000001927855084

**Use this EOB statement as a reference or retain as needed**

**Page 4 of 6**

---

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306912



United HealthCare Services, Inc.
CHICO SERVICE CENTER
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-844-255-3062

September 19, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yániłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shǫǫdí ninaaltsoos nitł'izí bee nééhozinígíí bine'déé' t'áá jíík'ehgo béésh bee hane'i biká'ígíí bee hodíilnih.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306913



United HealthCare Services, Inc.
CHICO SERVICE CENTER
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-844-255-3062

September 19, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

# Account Summary

## Summary of Deductible and Out of Pocket
### Plan Year:  2019

**00920520108**

| | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **Relationship: EE** | | | |
| **IN NET MEDICAL/RX COMBINED** | | | |
| Out of Pocket | $1,500.00 | $1,500.00 | Met |
| **OUT OF NETWORK** | | | |
| Deductible | $1,000.00 | $1,000.00 | Met |
| Out of Pocket | $3,000.00 | $3,000.00 | Met |
| **CUSTOMER NETWORK** | | | |
| Out of Pocket | $1,500.00 | $1,500.00 | Met |

| **FAMILY** | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **IN NET MEDICAL/RX COMBINED** | | | |
| Out of Pocket | $3,000.00 | $1,500.00 | $1,500.00 |
| **OUT OF NETWORK** | | | |
| Deductible | $2,000.00 | $1,000.00 | $1,000.00 |
| Out of Pocket | $6,000.00 | $3,000.00 | $3,000.00 |
| **CUSTOMER NETWORK** | | | |
| Out of Pocket | $3,000.00 | $1,500.00 | $1,500.00 |

---

# Definitions of Key Terms

**Amount Allowed**: Maximum amount on which benefits are based for covered services.

**Amount You Owe**: The amount of money you pay for the services you receive.

**Coinsurance**: Your share of the costs of a covered health care service, calculated as a percentage of the allowed amount for the service.

**Deductible**: The amount you could owe during a coverage period for services your health benefit plan covers before your plan begins to pay.

**Out of Pocket**: The most money you have to pay for covered expenses in a plan year or policy period.

**Plan Year**: The time period the benefit maximums apply.

**Amount Billed**: The amount your provider charged for services provided to you.

**Applied to Date**: The total amount applied to your deductible or out of pocket maximum on the date the claim(s) was processed.

**Copay**: A fixed amount you pay for a covered health care service, usually when you receive the service or fill a prescription.

**Non-Covered**: A service or expense that you do not have coverage for under your health benefit plan.

**Plan Discounts**: Your plan negotiates discounts with providers to save you money.  This amount may also include services that you are not responsible to pay.

**Your Plan Paid**: The money your health benefit plan paid.

---

STD-EOB

000001927855084

**Use this EOB statement as a reference or retain as needed**

Confidential - Attorneys' Eyes Only ("AEO")

UHC000306914

United HealthCare Services, Inc.
BUFFALO SERVICE CENTER
P.O. BOX 740800
ATLANTA, GA 30374-0800



Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

August 23, 2018

DPS$$$PKG

**00903502669**

**Member/Patient Information**

Member/Patient:
Member ID: **00903502669**
Relationship: EE
Group Name: FIDELITY
INVESTMENTS
Group #: 0119174

## Explanation of Benefits Statement
### This is not a bill.  Do not pay. This is to notify you that we processed your claim.

# Claims Summary
## Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $8,315.00 | **Amount Billed**<br>The amount your provider charged for services provided to you. |
| $6,156.16 | **Plan Discounts**<br>Your plan negotiates discounts with providers to save you money.  This amount may also include services that you are not responsible to pay. |
| $2,008.84 | **Your Plan Paid**<br>The money your health benefit plan paid. |
| $150.00 | **Total amount you owe the provider(s)**<br>The portion of the Amount Billed you owe the provider(s).  This amount does not reflect any payment you may have already made at the time you received care.  This amount may include your deductible, co-pay, coinsurance and/or non covered charges.  This amount does not include any payments made to the subscriber*.  If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional.<br>*  When coordination of benefits applies, this amount will include payments made to the subscriber. |

Confidential - Attorneys' Eyes Only ("AEO")

UHC000307846



United HealthCare Services, Inc.
BUFFALO SERVICE CENTER
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-331-0265

August 23, 2018

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for  00903502669

**Provider:** EXCEPTIONAL          **Claim Number:** 730280021301          **Patient Account Number:** 00903502669

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider** | | | | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 08/13/2018 | OP MISC. SERVICES | CY | $3,780.00 | $3,000.00 | $630.00 | $630.00 | $0.00 | $150.00 | $0.00 | $0.00 | $150.00 |
| 08/13/2018 | OP MISC. SERVICES | CY | $3,385.00 | $2,466.16 | $918.84 | $918.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Total:** | | | **$7,165.00** | **$5,466.16** | **$1,548.84** | **$1,548.84** | **$0.00** | **$150.00** | **$0.00** | **$0.00** | **$150.00** |

\*\*This total does not reflect any payments / copays you made at the time of service. Please wait for a provider bill before making a payment.

## Claim Detail for  00903502669

**Provider:** A KHAN          **Claim Number:** 730279297401          **Patient Account Number:** 00903502669

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider** | | | | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 08/13/2018 | OP MEDICAL VISIT | IX | $700.00 | $432.70 | $267.30 | $267.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/13/2018 | SURGERY | IX | $450.00 | $257.30 | $192.70 | $192.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Total:** | | | **$1,150.00** | **$690.00** | **$460.00** | **$460.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

\*\*This total does not reflect any payments / copays you made at the time of service. Please wait for a provider bill before making a payment.

## Notes*

**CY -**   THIS PAYMENT HAS BEEN REDUCED BY THE AMOUNT THAT IS ABOVE THE ELIGIBLE EXPENSE AMOUNT FOR OUT-OF-NETWORK SERVICES UNDER YOUR PLAN IN YOUR AREA. IF YOU ARE BILLED FOR AN AMOUNT ABOVE THE ELIGIBLE AMOUNT, PLEASE CALL VIANT DIRECTLY AT 1-800-598-6888.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000307847



United HealthCare Services, Inc.
BUFFALO SERVICE CENTER
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-331-0265

August 23, 2018

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

**IX -** THIS PHYSICIAN OR HEALTH CARE PROVIDER IS OUT-OF-NETWORK. BASED ON A FEE NEGOTIATED AGREEMENT WITH MULTIPLAN/VIANT, THE PROVIDER HAS ACCEPTED A DISCOUNT FOR THIS SERVICE. THE DISCOUNT SHOWN IS YOUR SAVINGS AND IS NOT INCLUDED IN THE AMOUNT YOU OWE. IF YOU HAVE PAID THE PHYSICIAN OR HEALTH CARE PROVIDER MORE THAN THE AMOUNT YOU OWE, PLEASE CALL THEM FOR A REFUND.

A review of this benefit determination may be requested by submitting your appeal to us in writing at the following address: UnitedHealthcare Appeals, P.O. Box 30432, Salt Lake City, UT 84130-0432. The request for your review must be made within 180 days from the date you receive this statement. If you request a review of your claim denial, we will complete our review no later than 30 days after we receive your request for review.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services:
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789. Your state consumer assistance program may also be able to assist you at:
Texas Department of Insurance
Consumer Protection (111-1A)
333 Guadalupe
P.O. Box 149091
Austin, TX 78714
Toll-free telephone: 1-800-252-3439
Web site: www.texashealthoptions.com
E-mail: ConsumerProtection@tdi.texas.gov

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-800-331-0265.

**Rather view this online?**

Sign up for **myuhc.com** to easily view claims and account balances, see where you're at against your deductible, locate a network doctor, compare costs, select paperless delivery of your important plan documents and more.

**Rather view this on your mobile device?**

STD-EOB
000001624335248

**Use this EOB statement as a reference or retain as needed**

Confidential - Attorneys' Eyes Only ("AEO")

UHC000307848



United HealthCare Services, Inc.
BUFFALO SERVICE CENTER
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-331-0265

August 23, 2018

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

Download the free UnitedHealthcare Health4Me app, then sign up to easily find and map care, compare costs, view claims and account balances and more. Get access to the same personalized health plan information while you're on the go.

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

Para obtener asistencia en español, llame al número de teléfono que se incluye en este documento o al dorso de su tarjeta de identificación.

We do not treat members differently because of sex, age, race, color, disability or national origin. If you think you weren't treated fairly you can send a complaint to: Civil Rights Coordinator, United HealthCare Civil Rights Grievance, P.O. Box 30608, Salt Lake City, UTAH 84130, UHC_Civil_Rights@uhc.com. You must send the complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days. If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint, please call the toll-free member number listed on your health plan ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。

Confidential - Attorneys' Eyes Only ("AEO")

UHC000307849



United HealthCare Services, Inc.
BUFFALO SERVICE CENTER
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-331-0265

August 23, 2018

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yániłti'go, saad bee áka'anída'awo'ígíí, t'áá jiík'eh, bee ná'ahóót'i'. T'áá shoodí ninaaltsoos nitł'izí bee nééhozinígíí bine'déé' t'áá jiík'ehgo béésh bee hane'í bíká'ígíí bee hodíilnih.

# Account Summary

## Summary of Deductible and Out of Pocket
Plan Year: 2018

| 00903502669 | Annual Amount | (-)Applied to Date | (=)Remaining Balance |
|---|---|---|---|
| **Relationship: EE** | | | |
| **IN NETWORK** | | | |
| Deductible | $300.00 | $0.00 | $300.00 |
| Out of Pocket | $1,500.00 | $153.46 | $1,346.54 |
| **OUT OF NETWORK** | | | |
| Deductible | $600.00 | $600.00 | Met |
| Out of Pocket | $3,000.00 | $2,186.40 | $813.60 |
| **QUALITY/EFFICIENCY** | | | |
| Out of Pocket | $1,500.00 | $153.46 | $1,346.54 |

| FAMILY | Annual Amount | (-)Applied to Date | (=)Remaining Balance |
|---|---|---|---|
| **IN NETWORK** | | | |
| Deductible | $600.00 | $5.77 | $594.23 |
| Out of Pocket | $3,000.00 | $190.75 | $2,809.25 |
| **OUT OF NETWORK** | | | |
| Deductible | $1,200.00 | $600.00 | $600.00 |
| Out of Pocket | $6,000.00 | $2,186.40 | $3,813.60 |
| **QUALITY/EFFICIENCY** | | | |
| Out of Pocket | $3,000.00 | $190.75 | $2,809.25 |

## Definitions of Key Terms

**Amount Allowed**: Maximum amount on which benefits are based for covered services.

**Amount You Owe**: The amount of money you pay for the services you receive.

**Amount Billed**: The amount your provider charged for services provided to you.

**Applied to Date**: The total amount applied to your deductible or out of pocket maximum on the date the claim(s) was processed.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000307850



United HealthCare Services, Inc.
BUFFALO SERVICE CENTER
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-331-0265

August 23, 2018

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Definitions of Key Terms

**Coinsurance**: Your share of the costs of a covered health care service, calculated as a percentage of the allowed amount for the service.

**Deductible**: The amount you could owe during a coverage period for services your health benefit plan covers before your plan begins to pay.

**Out of Pocket**: The most money you have to pay for covered expenses in a plan year or policy period.

**Plan Year**: The time period the benefit maximums apply.

**Copay**: A fixed amount you pay for a covered health care service, usually when you receive the service or fill a prescription.

**Non-Covered**: A service or expense that you do not have coverage for under your health benefit plan.

**Plan Discounts**: Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay.

**Your Plan Paid**: The money your health benefit plan paid.

Confidential - Attorneys' Eyes Only ("AEO")

UHC000307851

United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555



Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

August 28, 2019



DBSSSSPKG

**Member/Patient Information**
Member/Patient:
Member ID:
Relationship: EE
Group Name: APPLE INC.
Group #: 0700406

### Explanation of Benefits Statement
**This is not a bill. Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
## Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $2,156.25 | **Amount Billed** <br> The amount your provider charged for services provided to you. |
| $0.00 | **Plan Discounts** <br> Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay. |
| $203.78 | **Your Plan Paid** <br> The money your health benefit plan paid. |
| $1,952.47 | **Total amount you owe the provider(s)** <br> The portion of the Amount Billed you owe the provider(s). This amount does not reflect any payment you may have already made at the time you received care. This amount may include your deductible, copay, coinsurance and/or non covered charges. This amount does not include any payments made to the subscriber*. If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional. <br> * When coordination of benefits applies, this amount will include payments made to the subscriber. |

 UnitedHealthcare®

United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-866-348-1286

August 28, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for CASEY SCHULTHEIS

**Provider:** SUMMIT ESTATE          **Claim Number:** 795249968901          **Patient Account Number:** ▮▮▮▮▮▮▮▮

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Your Itemized Responsibility to Provider** | | | | Amount You Owe |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Deductible | Copay | Coinsurance | Non-Covered | |
| 07/29/2019 | MEDICAL SERVICES | CY | $2,156.25 | $0.00 | $291.12 | $203.78 | $0.00 | $0.00 | $87.34 | $1,865.13 | $1,952.47 |
| Claim Total: | | | $2,156.25 | $0.00 | $291.12 | $203.78 | $0.00 | $0.00 | $87.34 | $1,865.13 | $1,952.47 |

**This total does not reflect any payments / copays you made at the time of service. Please wait for a provider bill before making a payment.

## Notes*

**CY -** THIS PAYMENT HAS BEEN REDUCED BY THE AMOUNT THAT IS ABOVE THE ELIGIBLE EXPENSE AMOUNT FOR OUT-OF-NETWORK SERVICES UNDER YOUR PLAN IN YOUR AREA. IF YOU ARE BILLED FOR AN AMOUNT ABOVE THE ELIGIBLE AMOUNT, PLEASE CALL VIANT DIRECTLY AT 1-800-598-6888.

Because your family's out-of-pocket maximum has been satisfied, your remaining individual out-of-pocket maximum has been adjusted to **$0**.

A review of this benefit determination may be requested by submitting your appeal to us in writing at the following address: UnitedHealthcare Appeals, P.O. Box 740816, Atlanta, GA 30374-0816. The request for your review must be made within 180 days from the date you receive this statement. If you request a review of your claim denial, we will complete our review not later than 30 days after we receive your request for review.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You or your authorized representative, such as a family member or physician, may appeal the decision by submitting comments, documents or other relevant information to the appeal address referenced above.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services

STD-EOB

000001911636319

CONFIDENTIAL

**Use this EOB statement as a reference or retain as needed**

Page 2 of 6

UHC000005275



United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-866-348-1286

August 28, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789. Your state consumer assistance program may also be able to assist you at:
California Department of Insurance
Consumer Communications Bureau
300 South Spring Street, South Tower
Los Angeles, CA 90013
Toll-Free Consumer Hotline: 1-800-927-HELP (4357) or 1-213-897-8921
TDD Number: 1-800-482-4TDD (4833)
http://www.insurance.ca.gov/

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-866-348-1286.

**Rather view this online?**

Sign up for **myuhc.com** to easily view claims and account balances, see where you're at against your deductible, locate a network doctor, compare costs, select paperless delivery of your important plan documents and more.

**Rather view this on your mobile device?**

Download the free UnitedHealthcare Health4Me app, then sign up to easily find and map care, compare costs, view claims and account balances and more. Get access to the same personalized health plan information while you're on the go.

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

STD-EOB

000001911636319

CONFIDENTIAL

**Use this EOB statement as a reference or retain as needed**

**Page 3 of 6**

UHC000005276

 UnitedHealthcare®

United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-866-348-1286

August 28, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

Para obtener asistencia en español, llame al número de teléfono que se incluye en este documento o al dorso de su tarjeta de identificación.

We do not treat members differently because of sex, age, race, color, disability or national origin. If you think you weren't treated fairly you can send a complaint to: Civil Rights Coordinator, United HealthCare Civil Rights Grievance, P.O. Box 30608, Salt Lake City, UTAH 84130, UHC_Civil_Rights@uhc.com. You must send the complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days. If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint, please call the toll-free member number listed on your health plan ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yánílti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shoodí ninaaltsoos nitł'izí bee nééhozinígíí bine'déé' t'áá jíík'ehgo béésh bee hane'í biká'ígíí bee hodíilnih.

000001911636319 · CONFIDENTIAL · UHC000005277



United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-866-348-1286

August 28, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

# Account Summary

## Summary of Deductible and Out of Pocket
**Plan Year: 2019**

**Relationship: EE**

| | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **IN NETWORK** | | | |
| Deductible | $300.00 | $300.00 | Met |
| Out of Pocket | $2,000.00 | $1,821.75 | Met |
| **OUT OF NETWORK** | | | |
| Deductible | $600.00 | $600.00 | Met |
| Out of Pocket | $4,000.00 | $1,821.75 | $2,178.25 |
| **CUSTOMER NETWORK** | | | |
| Out of Pocket | $2,000.00 | $1,821.75 | Met |

**FAMILY**

| | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **IN NETWORK** | | | |
| Deductible | $900 00 | $900.00 | Met |
| Out of Pocket | $4,000 00 | $4,000.00 | Met |
| **OUT OF NETWORK** | | | |
| Deductible | $1,800 00 | $1,200.00 | $600.00 |
| Out of Pocket | $8,000 00 | $4,481.70 | $3,518.30 |
| **CUSTOMER NETWORK** | | | |
| Out of Pocket | $4,000 00 | $4,000.00 | Met |

# Definitions of Key Terms

**Amount Allowed**: Maximum amount on which benefits are based for covered services.

**Amount You Owe**: The amount of money you pay for the services you receive.

**Coinsurance**: Your share of the costs of a covered health care service, calculated as a percentage of the allowed amount for the service.

**Deductible**: The amount you could owe during a coverage period for services your health benefit plan covers before your plan begins to pay.

**Out of Pocket**: The most money you have to pay for covered expenses in a plan year or policy period.

**Plan Year**: The time period the benefit maximums apply.

**Amount Billed**: The amount your provider charged for services provided to you.

**Applied to Date**: The total amount applied to your deductible or out of pocket maximum on the date the claim(s) was processed.

**Copay**: A fixed amount you pay for a covered health care service, usually when you receive the service or fill a prescription.

**Non-Covered**: A service or expense that you do not have coverage for under your health benefit plan.

**Plan Discounts**: Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay.

**Your Plan Paid**: The money your health benefit plan paid.

STD-EOB

000001911636319

CONFIDENTIAL

**Use this EOB statement as a reference or retain as needed**

Page 5 of 6

UHC000005278

 UnitedHealthcare®

United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-866-348-1286

August 28, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

STD-EOB

000001911636319

CONFIDENTIAL

**Use this EOB statement as a reference or retain as needed**

**Page 6 of 6**

UHC000005279



United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

August 14, 2019



**Member/Patient Information**

Member/Patient:
Member ID:
Relationship: EE
Group Name: APPLE INC.
Group #: 0700406

## Explanation of Benefits Statement
**This is not a bill.  Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $2,156.25 | **Amount Billed**<br>The amount your provider charged for services provided to you. |
| $0.00 | **Plan Discounts**<br>Your plan negotiates discounts with providers to save you money.  This amount may also include services that you are not responsible to pay. |
| $203.78 | **Your Plan Paid**<br>The money your health benefit plan paid. |
| $1,952.47 | **Total amount you owe the provider(s)**<br>The portion of the Amount Billed you owe the provider(s).  This amount does not reflect any payment you may have already made at the time you received care.  This amount may include your deductible, copay, coinsurance and/or non covered charges.  This amount does not include any payments made to the subscriber*.  If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional.<br>\* When coordination of benefits applies, this amount will include payments made to the subscriber. |



United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-866-348-1286

August 14, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for ▮▮▮▮▮▮

**Provider:** SUMMIT ESTATE          **Claim Number:** 793057983401          **Patient Account Number:** ▮▮▮▮▮▮

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Deductible | Copay | Coinsurance | Non-Covered | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | |  | | | | |

Header note: **Your Itemized Responsibility to Provider\*\***

| Date(s) of Service | Type of Service | Notes* | Amount Billed | Plan Discounts | Amount Allowed | Your Plan Paid | Deductible | Copay | Coinsurance | Non-Covered | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2019 | MEDICAL SERVICES | CY | $2,156.25 | $0.00 | $291.12 | $203.78 | $0.00 | $0.00 | $87.34 | $1,865.13 | $1,952.47 |
| **Claim Total:** | | | **$2,156.25** | **$0.00** | **$291.12** | **$203.78** | **$0.00** | **$0.00** | **$87.34** | **$1,865.13** | **$1,952.47** |

\*\*This total does not reflect any payments / copays you made at the time of service. Please wait for a provider bill before making a payment.

## Notes*

**CY -**  THIS PAYMENT HAS BEEN REDUCED BY THE AMOUNT THAT IS ABOVE THE ELIGIBLE EXPENSE AMOUNT FOR OUT-OF-NETWORK SERVICES UNDER YOUR PLAN IN YOUR AREA.  IF YOU ARE BILLED FOR AN AMOUNT ABOVE THE ELIGIBLE AMOUNT, PLEASE CALL VIANT DIRECTLY AT 1-800-598-6888.

A review of this benefit determination may be requested by submitting your appeal to us in writing at the following address: UnitedHealthcare Appeals, P.O. Box 740816, Atlanta, GA 30374-0816. The request for your review must be made within 180 days from the date you receive this statement. If you request a review of your claim denial, we will complete our review not later than 30 days after we receive your request for review.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You or your authorized representative, such as a family member or physician, may appeal the decision by submitting comments, documents or other relevant information to the appeal address referenced above.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272).  If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789.  Your state consumer assistance program may also be able to assist you at:
California Department of Insurance

000001900492584 CONFIDENTIAL

UHC000007128

 UnitedHealthcare®

United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-866-348-1286

August 14, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

Consumer Communications Bureau
300 South Spring Street, South Tower
Los Angeles, CA 90013
Toll-Free Consumer Hotline: 1-800-927-HELP (4357) or 1-213-897-8921
TDD Number: 1-800-482-4TDD (4833)
http://www.insurance.ca.gov/

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-866-348-1286.

**Rather view this online?**

Sign up for **myuhc.com** to easily view claims and account balances, see where you're at against your deductible, locate a network doctor, compare costs, select paperless delivery of your important plan documents and more.

**Rather view this on your mobile device?**

Download the free UnitedHealthcare Health4Me app, then sign up to easily find and map care, compare costs, view claims and account balances and more. Get access to the same personalized health plan information while you're on the go.

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

We do not treat members differently because of sex, age, race, color, disability or national origin. If you think you weren't treated fairly you can send a complaint to: Civil Rights Coordinator, United HealthCare Civil Rights Grievance, P.O. Box 30608, Salt Lake City, UTAH 84130, UHC_Civil_Rights@uhc.com. You must send the complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days. If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint, please call the toll-free member number listed on your health plan ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.



United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-866-348-1286

August 14, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yániłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shoodí ninaaltsoos nitł'izí bee nééhozinígíí bine'déé' t'áá jíík'ehgo béésh bee hane'í biká'ígíí bee hodíilnih.

STD-EOB

000001900492584

**Use this EOB statement as a reference or retain as needed**

Page 4 of 5

CONFIDENTIAL

UHC000007130



United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555
Phone: 1-866-348-1286

August 14, 2019

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

# Account Summary

## Summary of Deductible and Out of Pocket
**Plan Year: 2019**

| Relationship: EE | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **IN NET MEDICAL/RX COMBINED** | | | |
| Deductible | $1,500.00 | $1,500.00 | Met |
| Out of Pocket | $2,000.00 | $1,827.23 | $172.77 |
| **OUT OF NETWORK** | | | |
| Deductible | $1,500.00 | $1,500.00 | Met |
| Out of Pocket | $4,000.00 | $1,827.23 | $2,172.77 |

| FAMILY | Annual Amount | (-) Applied to Date | (=) Remaining Balance |
|---|---|---|---|
| **IN NET MEDICAL/RX COMBINED** | | | |
| Deductible | $3,000.00 | $1,500.00 | $1,500.00 |
| Out of Pocket | $4,000.00 | $1,827.23 | $2,172.77 |
| **OUT OF NETWORK** | | | |
| Deductible | $3,000.00 | $1,500.00 | $1,500.00 |
| Out of Pocket | $8,000.00 | $1,827.23 | $6,172.77 |

## Definitions of Key Terms

**Amount Allowed**: Maximum amount on which benefits are based for covered services.

**Amount You Owe**: The amount of money you pay for the services you receive.

**Coinsurance**: Your share of the costs of a covered health care service, calculated as a percentage of the allowed amount for the service.

**Deductible**: The amount you could owe during a coverage period for services your health benefit plan covers before your plan begins to pay.

**Out of Pocket**: The most money you have to pay for covered expenses in a plan year or policy period.

**Plan Year**: The time period the benefit maximums apply.

**Amount Billed**: The amount your provider charged for services provided to you.

**Applied to Date**: The total amount applied to your deductible or out of pocket maximum on the date the claim(s) was processed.

**Copay**: A fixed amount you pay for a covered health care service, usually when you receive the service or fill a prescription.

**Non-Covered**: A service or expense that you do not have coverage for under your health benefit plan.

**Plan Discounts**: Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay.

**Your Plan Paid**: The money your health benefit plan paid.

STD-EOB

000001900492584

CONFIDENTIAL

**Use this EOB statement as a reference or retain as needed**

**Page 5 of 5**

UHC000007131



United HealthCare Services, Inc.
RICHARDSON/SPRGFLD SRVC CNTR
PO BOX 30555
SALT LAKE CITY, UT 84130-0555

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

August 13, 2019

DPS$$$PKG
PAUL MILLEA
6790 STEPHAN CT
GILROY CA 95020-6718

**Member/Patient Information**
Member/Patient: PAUL MILLEA
Member ID: A903573655
Relationship: EE
Group Name: APPLE INC.
Group #: 0700406

## Explanation of Benefits Statement
**This is not a bill. Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
### Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $19,406.25 | **Amount Billed** <br> The amount your provider charged for services provided to you. |
| $0.00 | **Plan Discounts** <br> Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay. |
| $1,818.08 | **Your Plan Paid** <br> The money your health benefit plan paid. |
| $17,588.17 | **Total amount you owe the provider(s)** <br> The portion of the Amount Billed you owe the provider(s). This amount does not reflect any payment you may have already made at the time you received care. This amount may include your deductible, copay, coinsurance and/or non covered charges. This amount does not include any payments made to the subscriber*. If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional. <br> * When coordination of benefits applies, this amount will include payments made to the subscriber. |