# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, DB, BW, RH, and CJ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED BEHAVIORAL HEALTH, INC., a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR-JCS<br><br>(Hon. Yvonne Gonzalez Rogers)<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Dkt. Nos.: 188, 189 |

Defendants' motion for a two-week extension of the deadline to oppose plaintiffs' motion for class certification is **GRANTED**. The deadline is now October 12, 2022.

This terminates docket numbers 188 and 189.

**IT IS SO ORDERED**.

DATED: September 20, 2022

*/s/ Yvonne Gonzalez Rogers*
Honorable Yvonne Gonzalez Rogers
United States District Judge