1 | HEATHER L. RICHARDSON, SBN 246517
hrichardson@gibsondunn.com
2 | LAUREN M. BLAS, SBN 296823
lblas@gibsondunn.com
3 | NICOLE R. MATTHEWS, SBN 328977
nmatthews@gibsondunn.com
4 | **GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
5 | Los Angeles, CA 90071-3197
Telephone: 213.229.7000
6 | Facsimile:  213.229.7520

7 | GEOFFREY SIGLER (*pro hac vice*)
gsigler@gibsondunn.com
8 | MATTHEW GUICE AIKEN (*pro hac vice*)
maiken@gibsondunn.com
9 | **GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
10 | Washington, D.C. 20036-5306
Telephone: 202.887.3752
11 | Facsimile:  202.530.9635

12 | Attorneys for Defendants UNITED BEHAVIORAL HEALTH and UNITED HEALTHCARE
INSURANCE COMPANY
13 |

14 | MOE KESHAVARZI, SBN 223759
mkeshavarzi@sheppardmullin.com
15 | DAVID DWORSKY, SBN 272167
ddworsky@sheppardmullin.com
16 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
17 | Los Angeles, California 90071
Telephone:    213.620.1780
18 | Facsimile:    213.620.1398

19 |
ERROL J. KING, JR. (*admitted pro hac vice*)
20 | Errol.King@phelps.com
CRAIG L. CAESAR (*admitted pro hac vice*)
21 | Craig.Caesar@phelps.com
KATHERINE CICARDO MANNINO (*admitted pro hac vice*)
22 | Katie.Mannino@phelps.com
TAYLOR J. CROUSILLAC (*admitted pro hac vice*)
23 | Taylor.Crousillac@phelps.com
24 | **PHELPS DUNBAR LLP**
II City Plaza
25 | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
26 | Telephone:    225.376.0207
Facsimile:    225.381.9197
27 |
28 | *Attorneys for Defendant MultiPlan, Inc.*

1

1

2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

3

4

5

6

7

8

9

10

11

12

| | |
|---|---|
| LD, DB, BW, RH, and CJ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED BEHAVIORAL HEALTH, INC., a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR-JCS<br><br>(Hon. Yvonne Gonzalez Rogers)<br><br>**DECLARATION OF ERROL J. KING, JR. IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT OPINION AND DECLARATION OF PROFESSOR ALEXANDRA D. LAHAV** |

13

14

15

I, ERROL J. KING, JR., an attorney, declare under penalty of perjury, that the following is true and correct, based on my personal knowledge:

16

17

18

1.      I am an attorney at law duly licensed to practice before all courts in the State of Louisiana and admitted *pro hac vice* in this matter.  I am a partner at Phelps Dunbar LLP and counsel of record for Defendant, MultiPlan, Inc., in the instant action.

19

20

2.      Attached hereto is a true and correct copy of excerpts of Professor Alexandra D. Lahav's Deposition taken on September 23, 2022.

21

22

23

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and the laws of the United States and the State of California that the foregoing statements are true and correct, and that this Declaration was executed on the 12th day of October, 2022, in Baton Rouge, Louisiana.

24

25

*Errol J. King, Jr.*

Errol J. King, Jr.

26

27

28

2

DECLARATION OF ERROL J. KING, JR.,  IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT OPINION AND DECLARATION OF PROFESSOR ALEXANDRA D. LAHAV

PD.40104183.1