UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH, et al.,<br><br>        Defendants. | Case No. 20-cv-02254-YGR   (JCS)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION AND FOR RESPONSE**<br><br>Re: Dkt. No. 241 |

Plaintiffs bring an administrative motion in which they ask the Court to strike dkt. 239 (Multiplan, Inc.'s Notice of Supplemental Authority and Written Report Pursuant to October 3, 2022 Order Re Motion to Compel) on the basis that is an improper surreply and/or motion for reconsideration. While the Court DENIES Plaintiffs' administrative motion, Plaintiffs are requested to file a response to dkt. 239, not to exceed ten (10) pages, no later than **November 10, 2022.**

**IT IS SO ORDERED.**

Dated: November 4, 2022

JOSEPH C. SPERO
Chief Magistrate Judge