MATTHEW M. LAVIN (*pro hac vice*)
matt.lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
aaron.modiano@agg.com
**ARNALL GOLDEN GREGORY LLP**
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

DAVID M. LILIENSTEIN, SBN 218923
david@dllawgroup.com
KATIE J. SPIELMAN, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LD et al., | Case No. 4:20-cv-02254-YGR |
| Plaintiffs, | Hon. Yvonne Gonzalez Rogers |
| v. | **PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| United Behavioral Health et al. | |
| Defendants. | |

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
WWW.AGG.COM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
WWW.AGG.COM

# TABLE OF CONTENTS

TABLE OF CONTENTS ...................................................................................................... I

I. INTRODUCTION ............................................................................................................. 1

II. ARGUMENT ................................................................................................................... 2

    A.    Plaintiffs Have Satisfied the Requirements of Rule 23(a) .............................. 2

        1.    Rule 23(a)'s Requirements Are Met For All of Plaintiffs' Claims ............................................................................................... 3

    B.    Plaintiffs Have Satisfied the Requirements of Rule 23(b) .......................... 14

        1.    The Requirements of Rule 23(b)(1) Are Met ................................ 14

        2.    The Requirements of Rule 23(b)(2) Are Met ................................ 17

        3.    The Requirements of Rule 23(b)(3) Are Met ................................ 19

III. CONCLUSION ............................................................................................................. 22

# TABLE OF AUTHORITIES

**Cases**

*A.F. ex rel. Legaard v. Providence Health Plan*, 300 F.R.D. 474 (D. Or. 2013)...........................3

*Allen v. Hyland's Inc.*, 300 F.R.D. 643 (C.D. Cal. 2014).........................................................3

*Alvidres v. Countrywide Fin. Corp.*, 2008 WL 1766927 (C.D. Cal. Apr. 16, 2008) ...................16

*Baird v. Blackrock Institutional Tr. Co.*, 2020 WL 7389772 (N.D. Cal. Feb. 11, 2020).............15

*Bally v. State Farm Life Ins. Co.*, 335 F.R.D. 288 (N.D. Cal. 2020) ...............................5

*Barnes v. AT & T Pension Benefit Plan-Nonbargained Program*, 270 F.R.D. 488 (N.D. Cal. 2010), modified sub nom. *Barnes v. AT & T Pension Ben. Plan-NonBargained Program*, 273 F.R.D. 562 (N.D. Cal. 2011) ...................................................................................10

*Bates v. United Parcel Serv., Inc.*, 511 F.3d 974 (9th Cir. 2007)....................................................8

*Beserra v. Albertsons Companies, Inc.*, 2020 WL 13348402 (C.D. Cal. Aug. 19, 2020).............4

*Beverly Oaks Physicians Surgical Ctr., LLC v. Blue Cross & Blue Shield of Illinois*, 983 F.3d 435 (9th Cir. 2020) ...........................................................................................................10

*Bias v. Wells Fargo & Co.*, 312 F.R.D. 528 (N.D. Cal. 2015)....................................................21

*Binder v. Gillespie*, 184 F.3d 1059 (9th Cir.1999).......................................................................21

*Buus v. WAMU Pension Plan*, 251 F.R.D. 578 (W.D. Wash. 2008)..............................4, 9, 15, 17

*Byrd v. Aaron's Inc.*, 784 F.3d 153 (3d Cir. 2015) .......................................................................20

*Castillo v. Metro. Life Ins. Co.*, 970 F.3d 1224 (9th Cir. 2020) ...................................................11

*Caufield v. Colgate-Palmolive Co.*, 2017 WL 3206339 (S.D.N.Y. July 27, 2017) .......................4

*Churchill v. Cigna Corp.*, 2011 WL 3563489 (E.D.Pa. Aug. 12, 2011)........................................3

*CIGNA Corp. v. Amara*, 131 S.Ct. 1866 (2011)............................................................................6

*citing In re U.S. Foodservice Pricing Litig.*, 729 F.3d 108 (2d Cir.2013) ...................................21

*Cohen v. Trump*, 303 F.R.D. 376 (S.D. Cal. 2014) ........................................................................4

*Collier v. Lincoln Life Assurance Co. of Bos.*, 2022 WL 17087828 (9th Cir. Nov. 21, 2022) .....10

*Congdon v. Uber Techs., Inc.*, 291 F. Supp. 3d 1012 (N.D. Cal. 2018)..........................................4

1   *Corcoran v. CVS Health*, 2017 WL 1065135 (N.D. Cal. Mar. 21, 2017) ......................................7

2   *Crown Cork & Seal Co. v. Parker*, 462 U.S. 345 (1983) ......................................................4

3   *DeBoer v. Mellon Mortg.* Co., 64 F.3d 1171 (8th Cir.1995) ...............................................6

4   *Des Roches v. California Physicians' Serv.*, 320 F.R.D. 486 (N.D. Cal. 2017) ...................passim

5   *Diaz v. United Agr. Emp. Welfare Ben. Plan & Tr.*, 50 F.3d 1478 (9th Cir. 1995) .....................11

6   *Doe v. Guardian Life Ins. Co. of America*, 145 F.R.D. 466 (N.D. Ill. 1992) ...............................5

7   *Downey Surgical Clinic, Inc. v. Ingenix, Inc.*, 2015 WL 12645755 (C.D. Cal. Nov. 10, 2015)...21

8   *Dukes v. Wal–Mart, Inc.*, 509 F.3d 1168 (9th Cir. 2007)......................................................4

9   *Fallick v. Nationwide Mut. Ins. Co.*, 162 F.3d 410 (6th Cir. 1998)..............................................5

10  *Farar v. Bayer AG*, 2017 WL 5952876 (N.D. Cal. Nov. 15, 2017)................................................20

11  *Haley v. Tchrs. Ins. & Annuity Ass'n of Am.*, 337 F.R.D. 462 (S.D.N.Y. 2020) ......................16

12  *Hanlon v. Chrysler Corp.*, 150 F.3d 1011  (9th Cir. 1998) *overruled on other grounds* by *Wal-*

13      *Mart Stores, Inc. v. Dukes*, 564 U.S. 338 (2011).........................................................20

14  *Harlick v. Blue Shield of Cal.*, 686 F.3d 699 (9th Cir. 2012) .......................................................10

15  *Hecht v. United Collection Bureau, Inc.*, 691 F.3d 218 (2d Cir. 2012) ..........................................16

16  *Heimeshoff v. Hartford Life & Acc. Ins. Co.*, 571 U.S. 99 (2013) ...................................................11

17  *Huyer v. Wells Fargo & Co.*, 295 F.R.D. 332 (S.D.Iowa, 2013) .....................................................18

18  *In re Citigroup Pension Plan ERISA Litig.*, 241 F.R.D. 172 (S.D.N.Y. 2006)................................15

19  *In re ConAgra Foods, Inc.*, 90 F. Supp. 3d 919 (C.D. Cal. 2015), aff'd sub nom. *Briseno v.*

20      *ConAgra Foods, Inc.*, 674 F. App'x 654 (9th Cir. 2017), and aff'd sub nom. *Briseno v.*

21      *ConAgra Foods, Inc.*, 844 F.3d 1121 (9th Cir. 2017) ................................................9

22  *In re First All. Mortg. Co.*, 471 F.3d 977 (9th Cir. 2006) ...............................................12

23  *In re Managed Care Litigation*, 298 F.Supp.2d 1259 (S.D.Fla.,2003) ..........................................18

24  *In re U.S. Foodservice Inc. Pricing Litig.*, 729 F.3d 108 (2d Cir. 2013) .........................................13

25  *In re Visa Check/MasterMoney Antitrust Litig.*, 280 F.3d 124 (2d Cir. 2011)..............................20

26  *In re WellPoint, Inc. Out-of-Network UCR Rates Litig.*, 2014 WL 6888549 (C.D. Cal. Sept. 3,

27      2014).................................................................................................................6

28  *La Mar v. H & B Novelty & Loan Co.*, 489 F.2d 461 (9th Cir. 1973) ..........................................16

-iii-

1  *Lane v. Wells Fargo Bank, N.A.*, 2013 WL 3187410 (N.D. Cal. June 21, 2013).........................13

2  *Lipstein v. UnitedHealth Grp.*, 296 F.R.D. 279 (D.N.J. 2013)......................................................6

3  *Mason v. Ashbritt, Inc.*, 2020 WL 789570 (N.D. Cal. Feb. 17, 2020) ........................................8

4  *Med. Soc'y of the State of New York v. UnitedHealth Grp. Inc.*, 332 F.R.D. 138  (S.D.N.Y. 2019)

5  ...................................................................................................................................................19

6  *Meidl v. Aetna, Inc.*, 346 F. Supp. 3d 223 (D. Conn. 2018) .........................................................14

7  *Moore v. Apple Inc.*, 309 F.R.D. 532 (N.D. Cal. 2015)..................................................................8

8  *Moore v. PaineWebber, Inc.*, 306 F.3d 1247 (2d Cir. 2002) .......................................................12

9  *Motorola Credit Corp. v. Uzan*, 202 F.Supp.2d 239 (S.D.N.Y., 2002) .....................................18

10 *Moyle v. Liberty Mut. Ret. Ben. Plan*, 823 F.3d 948 (9th Cir. 2016), *as amended on denial of*

11 *reh'g and reh'g en banc* (Aug. 18, 2016).................................................................................15

12 *Mullins v. Direct Digital, LLC*, 795 F.3d 654 (7th Cir. 2015) ...................................................20

13 *Munro v. University of Southern California*, 2019 WL 7842551 (C.D. Cal. 2019).....................15

14 *Nat'l Org. For Women, Inc. v. Scheidler*, 267 F.3d 687 (7th Cir. 2001), *rev'd on other grounds*,

15 537 U.S. 393 (2003) ...................................................................................................................18

16 *Negrete v. Allianz Life Ins. Co. of N. Am.*, 238 F.R.D. 482 (C.D. Cal. 2006) ..............................12

17 *Negrete v. Allianz Life Ins. Co. of N. Am.*, 287 F.R.D. 590 (C.D. Cal. 2012) ..............................13

18 *Plascencia v. Lending 1st Mortg.*, 2011 WL 5914278 (N.D. Cal. Nov. 28, 2011) ......................13

19 *Poulos v. Caesars World, Inc.*, 379 F.3d 654 (9th Cir.2004) ......................................................13

20 *Religious Technology Center v. Wollersheim*, 796 F.2d 1076 (C.A.9 (Cal.),1986)....................18

21 *Rodriguez v. Hayes*, 591 F.3d 1105 (9th Cir. 2010)....................................................................12

22 *Sargent v. S. California Edison 401(k) Sav. Plan*, 2020 WL 6060411 (S.D. Cal. Oct. 14, 2020)..4

23 *Schramm v. JPMorgan Chase Bank, N.A.*, 2011 WL 5034663 (C.D.Cal. Oct. 19, 2011) ............14

24 *Shady Grove Orthopedic Assocs., P.A. v. Allstate Ins. Co.*, 559 U.S. 393 (2010) .......................14

25 *Sidibe v. Sutter Health*, 333 F.R.D. 463 (N.D. Cal. 2019) ...........................................................9

26 *Smith v. United HealthCare Servs., Inc.*, 2002 WL 192565 (D. Minn. Feb. 5, 2002) ..................6

27 *Spinedex Physical Therapy USA Inc. v. United Healthcare of Ariz., Inc.*, 770 F.3d 1282 (9th Cir.

28 2014).........................................................................................................................................10

-iv-

1    *Stearns v. Ticketmaster Corp.*, 655 F.3d 1013 (9th Cir. 2011), *abrogated on other grounds by*

2      *Comcast Corp. v. Behrend*, 569 U.S. 27 (2013) ...........................................................8

3    *Stromberg v. Qualcomm Inc.*, 14 F.4th 1059 (9th Cir. 2021).........................................17

4    *Sutton v. Medical Service Ass'n of Pennsylvania*, 1993 WL 273429 (E.D. Pa. 1993) ...................5

5    *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190 (2021) ....................................................8

6    *Trujillo v. UnitedHealth Grp., Inc.*, 2019 WL 493821 (C.D. Cal. Feb. 4, 2019)..........................17

7    *US Airways, Inc. v. McCutchen*, 569 U.S. 88 (2013) ....................................................5

8    *Vaught v. Scottsdale Healthcare Corp. Health Plan*, 546 F.3d 620 (9th Cir. 2008)....................11

9    *Vega v. Ocwen Fin. Corp.*, 2015 WL 1383241 (C.D. Cal. Mar. 24, 2015)................................13

10   *Willis v. City of Seattle*, 943 F.3d 882 (9th Cir. 2019) ................................................12

11   *Wit v. United Behav. Health*, 2020 WL 6462401 (N.D. Cal. Nov. 3, 2020) ...............................19

12   *Wit v. United Behav. Health*, 317 F.R.D. 106 (N.D. Cal. 2016) ..............................6, 7, 8

13   *Wit v. UnitedHealthcare Inc. Co.*, No. 3:14-cv-2346, ECF No. 491 (N.D. Cal. Nov. 3, 2020)....19

14   *Z.D. v. Group Health Cooperative*, 2012 WL 5033422 (W.D.Wash. Oct. 17, 2012)....................3

15   *Zurich Am. Ins. Co. v. O'Hara*, 604 F.3d 1232 (11th Cir. 2010)......................................11

16   **Statutes**

17

18    29 U.S.C. § 1113 ........................................................................................4

19   **Rules**

20

21    Fed R. Civ. P. 23(a) .................................................................................2, 3

     Fed. R. Civ. P. 23(a)(2) .............................................................................3

22    Fed. R. Civ. P. 23(b) ...............................................................................14

23    Fed. R. Civ. P. 23(b)(1) .......................................................................2, 15, 16

24    Fed. R. Civ. P. 23(b)(1)(A).........................................................................14

25    Fed. R. Civ. P. 23(b)(2) .........................................................................2, 17

26    Fed. R. Civ. P. 23(b)(3) .........................................................................20, 21

27   **Treatises**

28

2 Newberg and Rubenstein on Class Actions § 4:8 (6th ed.) ...........................................................15

2 Newberg on Class Actions § 4:57 (5th ed.) ...............................................................................14

## I.        INTRODUCTION

This matter involves claims that patients have from seeking authorized, medically necessary, mental health / substance use disorder treatment at over 1,500 different providers throughout the nation who provided life-saving intensive outpatient treatment. Plaintiffs seek to have ERISA and RICO classes certified by the Court for these claims.

Defendants' response opposing Plaintiffs' motion opposes the motion that they wish Plaintiffs had written instead of the motion that Plaintiffs submitted to the Court. Defendants conflate issues of class certification and merit, misapply the requirements of Rule 23, misstate Plaintiffs' positions, and misstate the relief sought by Plaintiffs. Plaintiffs have set forth the pertinent procedural and legal background in their motion and memorandum seeking class certification [dkt. 168] and do not repeat them here. Plaintiffs' reply to Defendants' opposition [dkt. 205] to Plaintiffs' class certification request will address the many misstatements of law and fact contained therein. Specifically, given Plaintiffs' proposed class definition, for this litigation it is irrelevant whether the Plaintiffs or putative class members' healthcare benefit plans are 'fully insured' or 'self-insured' is irrelevant to the present litigation. There is no meaningful difference in plan language for the plans with claims at issue, those with United's Reasonable & Customary program and this program was administered in a uniform manner utilizing the Viant OPR methodology. Defendants would not be able to operate on the scale at which they do if they did not employ such automated claims' systems.

Defendants attempt to misdirect the Court as to the actual legal theories advanced by Plaintiffs, as to the alleged 'individual' issues that do not actually affect the legal issues, and to push the Court to delve far into inquiry on the merits of Plaintiffs' claims beyond what is necessary for the determination of class certification issues. Plaintiffs also present two rebuttal declarations, from Prof. Mark Hall [Exhibit "1"] and Thomas P. Ralston [Exhibit "2"], to rebut and impeach the assertions and opinions by Defendants in their papers and the declaration of Defendants' sole expert, Prof. Daniel Kessler. The opinions given by Prof. Kessler are unreliable, not supported by record evidence, and misapplies fundamental econometric and healthcare principles, and demonstrates a complete unfamiliarity with the actual processing of

1   **III.      CONCLUSION**

2          Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs' motion for

3   class certification.

4

5                                    [SIGNATURE ON FOLLOWING PAGE]

6

7          Respectfully Submitted,

8

9          Dated: November, 2022        Arnall Golden Gregory LLP

10

11                                       */s/ Matthew M. Lavin*
                                         MATTHEW M. LAVIN
12                                       AARON R. MODIANO

13
                                         DL LAW GROUP
14
                                         */s/ David M. Lilienstein*
15                                       DAVID M. LILIENSTEIN
                                         KATIE J. SPIELMAN
16                                       *Attorneys for Plaintiffs.*

17

18

19

20

21

22

23

24

25

26

27

28