MATTHEW M. LAVIN (*pro hac vice*)
matt.lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
aaron.modiano@agg.com
**ARNALL GOLDEN GREGORY LLP**
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

*Attorneys for Plaintiffs and Putative Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, DB, BW, RH AND CJ on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>          vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation<br>          Defendants. | Case No.: 4:20-cv-02254-YGR<br><br>**DECLARATION OF AARON MODIANO IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION** |

I, Aaron Modiano, an attorney, declare under penalty of perjury, that the following is true and correct, based on my personal knowledge:

1.      I am an attorney at law duly admitted to practice *pro hac vice* in this Court.  I am of counsel at Arnall Golden Gregory LLP, one counsel of record for Plaintiffs in the instant action.

2.      Attached hereto and marked as Exhibit 1 is a true and correct copy of the Supplemental Expert Report of Mark A. Hall;

3.      Attached hereto and marked as Exhibit 2 is a true and correct copy of the Declaration of Thomas P. Ralston;

4.      Attached hereto and marked as Exhibit 3 a true and correct copy of is the Deposition Transcript of Rebecca Paradise (volumes 1 &2);

5.      Attached hereto and marked as Exhibit 4 is a true and correct copy of the Deposition Transcript of Sara Peterson;

6.      Attached hereto and marked as Exhibit 5 is a true and correct copy of the Deposition Transcript of Radames Lopez;

7.      Attached hereto and marked as Exhibit 6 is a true and correct copy of the Deposition Transcript of Jolene Bradley;

8.      Attached hereto and marked as Exhibit 7 is a true and correct copy of the Deposition Transcript of Professor Daniel Kessler;

9.      Attached hereto and marked as Exhibit 8 is a true and correct copy of a declaration of Abe Hamideh;

10.     Attached hereto and marked as Exhibit 9 is a true and correct copy of a declaration of Amber Knight;

11.     Attached hereto and marked as Exhibit 10 is a true and correct copy of a compendium of balance bills produced to Defendants in response to subpoenas issued by United Defendants;

12.     Attached hereto and marked as Exhibit 11 is a true and correct copy of the Deposition Transcript of Sean Crandell;

2

13.     Attached hereto and marked as Exhibit 12 is a true and correct copy of the Apple Full-Time Employees Benefits Book effective January 2019 (UHC000006772);

14.     Attached hereto and marked as Exhibit 13 is a true and correct copy of the Apple Full-Time Employees Benefits Book effective January 2018 (UHC000006359);

15.     Attached hereto and marked as Exhibit 14 is a true and correct copy of the Summary Plan Description for Tesla, Inc.'s PPO Base Plan effective January 1, 2019 (UHC000281020);

16.     Attached hereto and marked as Exhibit 15 is a true and correct copy of the Summary Plan Description for General Dynamics' UHC Premium & Premium Plus HSA Plan effective January 1, 2020 (UHC000305831);

17.     Attached hereto and marked as Exhibit 16 is a true and correct copy of the Summary Plan Description for General Dynamics' UHC Premium & Premium Plus HSA Plan effective January 1, 2021 (UHC000233128);

18.     Attached hereto and marked as Exhibit 17 is a true and correct copy of the Summary Plan Description for General Dynamics' High Deductible Account Based Plan UHC Hourly Plan effective January 1, 2021 (UHC000232778);

19.     Attached hereto and marked as Exhibit 18 is a true and correct copy of the Summary Plan Description for GEICO Corporation's Choice Plus/In & Out-of-Network Plan effective January 1, 2018 (UHC000308506);

20.     Attached hereto and marked as Exhibit 19 is a true and correct copy of the Summary Plan Description for Nokia's Standard and Enhanced Medical Plans effective January 1, 2021 (UHC000307990);

21.     Attached hereto and marked as Exhibit 20 is a true and correct copy of the Summary Plan Description for Cisco Systems, Inc.'s Welfare Benefits Plan effective January 2020 (UHC000210339);

22.     Attached hereto and marked as Exhibit 21 is a true and correct copy of the Summary Plan Description for Rite Aid Corporation's Master Welfare Benefit Plan effective September 1, 2019 (UHC000301506);

23.     Attached hereto and marked as Exhibit 22 is a true and correct copy of the Raytheon Company's Benefits Handbook effective January 2019 (UHC000260233);

24.     Attached hereto and marked as Exhibit 23 is a true and correct copy of Nestle USA, Inc.'s Benefit Booklet effective January 1, 2017 (UHC000248911);

25.     Attached hereto and marked as Exhibit 24 is a true and correct copy of the Schedule of Benefits for National Education Association (NEA)'s Choice EPO Employee Plan effective July 1, 2021 (UHC000308643);

26.     Attached hereto and marked as Exhibit 25 is a true and correct copy of US Bank's 2020 Medical and Wellness Summary Plan Description (UHC000302022);

27.     Attached hereto and marked as Exhibit 26 is a true and correct copy of Wells Fargo's Benefits Book effective January 1, 2018 (UHC000301604);

28.     Attached hereto and marked as Exhibit 27 is a true and correct copy of the Apple Full-Time Employees Benefits Book effective January 2016 (UHC000308165);

29.     Attached hereto and marked as Exhibit 28 is a true and correct copy of the Summary Plan Description for GEICO Corporation's Choice Plus/In & Out-of-Network effective January 1, 2021 (UHC000302127);

30.     Attached hereto and marked as Exhibit 29 is a true and correct copy of the Benefits Summary for Fidelity Investments' Healthflex Plan and Healthflex Premium Tier Plan effective January 1, 2018 (UHC000308800);

31.     Attached hereto and marked as Exhibit 30  is a true and correct copy of Apple, Inc.'s Administrative Services Agreement (UHC000007610); The 8th amendment  of the Administrative Services Agreement (UHC000007686); The  9th Amendment  of the Administrative Services Agreement UHC000007730; The 10th amendment  of the Administrative Services Agreement UHC000007733;  The 11th Amendment  of the Administrative Services Agreement UHC000007780; The 12th Amendment of the Administrative Services Agreement (UHC000007807); and 13th amendment  of the Administrative Services Agreement (UHC000007873);

DECLARATION OF AARON MODIANO IN SUPPORT                    CASE NO. 4:20-cv-02254-YGR
OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION

32.     Attached hereto and marked as Exhibit 31 is a true and correct copy of Tesla, Inc.'s Administrative Services Agreement (UHC0008308);

33.     Attached hereto and marked as Exhibit 32 is a true and correct copy of the General Dynamic's Administrative Service Agreement (UHC000228096) and amendment (UHC000227920).

34.     Attached hereto and marked as Exhibit 33 is a true and correct copy of Cisco System's Administrative Services Agreement (UHC000209094) and its amendment (UHC000209209);

35.     Attached hereto and marked as Exhibit 34 is a true and correct copy of Raytheon's Administrative Services Agreement (UHC000258819);

36.     Attached hereto and marked as Exhibit 35 is a true and correct copy of Nestle USA's Administrative Services Agreement (NUSA UBH 000001);

37.     Attached hereto and marked as Exhibit 36 is a true and correct copy of McMaster-Carr Supply Company's Administrative Services Agreement (UHC000032965);

38.     Attached hereto and marked as Exhibit 37 is a compendium of documents produced by Defendants wherein Thomas Ralston appears;

39.     Attached hereto and marked as Exhibit 38 is a true and correct copy of the Deposition Transcript of Plaintiff, D.B.;

40.     Attached hereto and marked as Exhibit 39 is a true and correct copy of a document produced by United (UHC000018534);

41.     Attached hereto and marked as Exhibit 40 is a true and correct copy of an email document produced by United (UHC000048508);

42.     Attached hereto and marked as Exhibit 41 is a true and correct copy of an email document produced by United (UHC000106755)

43.     Attached hereto and marked as Exhibit 42 is a true and correct copy of the Deposition Transcript of Denise Strait;

44.     Attached hereto and marked as Exhibit 43 is a true and correct copy of a the Deposition Transcript of Mark Edwards.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and I signed this declaration on November 23, 2022, in Washington, D.C.

*/s/ Aaron R. Modiano*

Aaron R. Modiano

**DECLARATION OF AARON MODIANO IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION**                    **CASE NO. 4:20-cv-02254-YGR**