# EXHIBIT 24

**Exhibit Filed Under Seal**