MATTHEW M. LAVIN (*pro hac vice*)
matt.lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
aaron.modiano@agg.com
**ARNALL GOLDEN GREGORY LLP**
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

*Attorneys for Plaintiffs and Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>UNITED BEHAVIORAL HEALTH, INC., *et al.*,<br><br>              Defendants. | Case No.: 4:20-CV-02254-YGR<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE REGARDING MOTIONS FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER** |

Pursuant to the Court's Order Staying Discovery Production Pending Resolution of Motion for Relief from Non-Dispositive Pretrial Order; Directing Meet and Confer [Dkt. No. 271], Plaintiffs LD, *et al.*, and defendants United Behavioral Health, Inc. ("UBH"), United Healthcare Insurance Company ("United) (collectively, "the United Defendants"), and MultiPlan, Inc. ("MultiPlan") hereby submit this stipulation and proposed briefing schedule on the Motions for Relief filed by the United Defendants and Multiplan at Docket Numbers 268 and 270:

| Event | Page Limit | Date |
|---|---|---|
| Plaintiffs' Response to MultiPlan's Motion for Relief | 5 | December 30, 2022 |
| Plaintiffs' Response to the United Defendants' Motion for Relief | 5 | December 30, 2022 |
| MultiPlan's Reply in Support of Motion for Relief | 3 | January 6, 2023 |
| The United Defendants' Reply in Support of Motion for Relief | 3 | January 6, 2023 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  December 20, 2022                              DL LAW GROUP

                                                By: */s/*____Katie Spielman_____
                                                   David M. Lilienstein
                                                   Katie J. Spielman
                                                   Attorneys for Plaintiffs LD, *et al.*

DATED: December 20, 2022                               GIBSON DUNN & CRUTCHER

                                                By: */s/*  Lauren Blas
                                                   Lauren Blas
                                                   Geoffrey Sigler
                                                   Attorneys for the United Defendants

[Signatures continued on following page]

DATED: December 20, 2022          PHELPS DUNBAR

By: /s/ Craig Caesar
　　Craig Caesar
　　Katie Mannino
　　Attorneys for MultiPlan

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 20, 2022          Respectfully submitted,

**DL LAW GROUP**

By: /s/ Katie Spielman
　　David M. Lilienstein
　　Katie J. Spielman
　　Attorneys for Plaintiffs LD, *et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 20, 2022

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge