| | |
|---|---|
| 1 | LAUREN M. BLAS, SBN 296823 |
| |    lblas@gibsondunn.com |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 3 | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| 4 | Facsimile:  213.229.7520 |
| 5 | GEOFFREY SIGLER (*pro hac vice*) |
| |    gsigler@gibsondunn.com |
| 6 | MATTHEW GUICE AIKEN (*pro hac vice*) |
| |    maiken@gibsondunn.com |
| 7 | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| 8 | Washington, D.C. 20036-5306 |
| | Telephone: 202.887.3752 |
| 9 | Facsimile:  202.530.9635 |
| 10 | Attorneys for Defendants UNITED |
| | BEHAVIORAL HEALTH and UNITED |
| 11 | HEALTHCARE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH and CJ, on behalf of themselves and all others similarly situated, | CASE NO. 4:20-cv-02254-YGR-JCS |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| v. | |
| UNITED BEHAVIORAL HEALTH, a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York corporation, | |
| Defendants. | |

TO THE CLERK AND ALL PARTIES OF RECORD: Please take notice that the undersigned requests that Matthew Guice Aiken be withdrawn as counsel of record for Defendants United Behavioral Health and United Healthcare Insurance Company ("United") in the above-captioned action. United will continue to be represented by other counsel of record in this action.

DATED: January 20, 2023

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Matthew Guice Aiken
　　　Matthew Guice Aiken

Attorney for Defendants UNITED BEHAVIORAL HEALTH and UNITED HEALTHCARE INSURANCE COMPANY