ERROL J. KING, JR. (*admitted pro hac vice*)
 Errol.King@phelps.com
CRAIG L. CAESAR (*admitted pro hac vice*)
 Craig.Caesar@phelps.com
KATHERINE C. MANNINO (*admitted pro hac vice*)
 Katie.Mannino@phelps.com
TAYLOR J. CROUSILLAC (*admitted pro hac vice*)
 Taylor.Crousillac@phelps.com
BRITTANY H. ALEXANDER (*admitted pro hac vice*)
 Brittany.Alexander@phelps.com
PHELPS DUNBAR LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone:   225.376.0207
Facsimile:    225.381.9197

MOE KESHAVARZI, SBN 223759
 mkeshavarzi@sheppardmullin.com
DAVID DWORSKY, SBN 272167
 ddworsky@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone:   213.620.1780
Facsimile:    213.620.1398
Local Counsel

*Attorneys for Defendant MultiPlan, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, DB, BW, RH, and CJ on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>UNITED BEHAVIORAL HEALTH, INC., a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC. a New York Corporation,<br>Defendants. | Case No. 4:20-cv-02254-YGR-JCS<br><br>**STATEMENT OF RECENT DECISION PERTAINING TO DEFENDANT MULTIPLAN, INC.'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE [DKT. 268]**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-3(d)(2), MultiPlan, Inc. respectfully submits this Statement of Recent Decision to bring to the Court's attention the recent dismissal of the writ of certiorari by the Supreme Court in *In Re Grand Jury*, No. 21-1397, attached hereto as Exhibit A. MultiPlan maintains all unaffected arguments in its Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge [Dkt. 268] and continues to pray for the relief sought therein.

Dated: January 25, 2023

Respectfully Submitted,

  /s Errol J. King, Jr.
Errol J. King, Jr. (*admitted pro hac vice*)
Katherine C. Mannino  (*admitted pro hac vice*)
Taylor J. Crousillac *(admitted pro hac vice)*
Brittany H. Alexander *(admitted pro hac vice)*
Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 376-0207
Fax: (225) 381-9197

And

Craig L. Caesar (*admitted pro hac vice*)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 584-9272
Fax: (504) 568-9130

And

Moe Keshavarzi
David E. Dworsky
Sheppard Mullin
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: (213) 620-1780
Fax: (213) 620-1398

*Attorney for Defendant MultiPlan, Inc.*