OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** January 27, 2023 | **Time:** 9:03 – 10:10; 10:12 – 11:26 | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.:** 20-cv-02254-YGR | **Case Name:** LD v. United Behavioral Health | |

**Attorneys for Plaintiffs:** Matthew Lavin, Aaron Modiano, David Lilienstein, Katie Spielman, Nichole Wemhoff

**Attorneys for Defendant United Behavioral Health:** Geoffrey Sigler, Lauren Blas, Nicole Matthews

**Attorneys for Defendant MultiPlan, Inc.:** Errol King, Craig Caesar, Katherine Mannino

**Deputy Clerk:** Aris Garcia                                  **Reported by:** Raynee Mercado

PROCEEDINGS

[168] MOTION to Certify Class; [214] MOTION to Exclude Expert Opinion and Declaration of Alexandra Lahav; [261] MOTION Exclusion of the Expert Opinion of Daniel Kessler; [264] DEFENDANTS' OBJECTION to Evidence Submitted with Plaintiffs' Reply in Support of Motion for Class Certification Pursuant to L.R. 7-3(D) [268] MOTION for Relief From Non-Dispositive Pretrial Order of Magistrate Judge; MOTION For Relief From Nondispositive Order Pursuant to L.R. 72-2 – Hearing held and Submitted.

Joint submission on the elements and supplemental briefs due by 2/6/2023.

[214] MOTION to Exclude Expert Opinion and Declaration of Alexandra Lahav is Granted by the Court.

Defendants shall submit one omnibus proposed formal Order regarding withdrawing of sealing requests by 2/6/2023.

Requests to seal any shall be made within 5 days after receipt of the transcript.

**Order to be prepared by:**
( )     Plaintiff            ( )     Defendant            (x)     Court