**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LD, ET AL.,**<br><br>        Plaintiffs,<br><br>    v.<br><br>**UNITED BEHAVIORAL HEALTH, ET AL.,**<br><br>        Defendants. | Case No.  20-cv-02254-YGR<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 294 |

The Court is in receipt of plaintiffs' motion and supplemental briefing filed at Dkt. 294 and the opposition thereto filed at Dkt. 295, as well as the corrected version of Dkt. 294-2 filed at Dkt. 296. The Court will consider the impact of *Wit v. United Behav. Health*, 58 F.4th 1080 (9th Cir. 2023*)* before deciding the need for additional supplemental briefing. If the Court grants plaintiffs' motion at Dkt. 294, defendants will have an opportunity to respond.

**IT IS SO ORDERED.**

Dated: 2/27/2023

*/s/ Yvonne Gonzalez Rogers*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**