UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 AND L.R. 6-3<br><br>Hon. Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO
L.R. 7-11 AND L.R. 6-3 – CASE NO. 4:20-CV-2254-YGR

## [PROPOSED] ORDER

Defendants have filed a Motion for Administrative Relief Pursuant to L.R. 7-11 and L.R. 6-3, seeking a one-week extension of April 7, 2023 deadline in this Court's March 31, 2023 order to file documents publicly or otherwise file a renewed motion to seal, as ordered at Dkt. 301. Having considered the motion and the accompanying declaration of Nicole R. Matthews, and for good cause appearing:

IT IS HEREBY ORDERED that the deadline set forth in this Court's order at Dkt. 301 for Defendants to file documents publicly or otherwise file a renewed motion to seal by April 7, 2023, is extended by one week to April 14, 2023.

**IT IS SO ORDERED.**

DATE: 4/5/2023

_____
Hon. Yvonne Gonzalez Rogers

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO
L.R. 7-11 AND L.R. 6-3 – CASE NO. 4:20-CV-2254-YGR

Gibson, Dunn & Crutcher LLP