UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED BEHAVIORAL HEALTH, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-02254-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed and considered the parties' Joint Statement re Scheduling.  The Court hereby sets the following trial and pretrial dates:

### PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, October 23, 2023 at 2:00 p.m. |
| MEDIATION DEADLINE | December 8, 2023 |
| NON-EXPERT DISCOVERY CUTOFF: | Deemed closed absent further Court order |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Plaintiffs' Opening Reports: July 31, 2023<br>Defendant's Responsive Reports: September 15, 2023<br>Plaintiffs' Rebuttal Reports, if any: October 6, 2023 |
| EXPERT DISCOVERY CUTOFF: | November 10, 2023 |
| DISPOSITIVE MOTIONS[1] /DAUBERT MOTIONS TO BE FILED BY: | December 22, 2023 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, March 29, 2024 at 9:01 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | Thursday, April 4, 2024 |
| PRETRIAL CONFERENCE: | Friday, April 19, 2024 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, May 6, 2024 (Bench Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The scheduled "compliance hearing" is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: 6/23/2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE