Matthew M. Lavin (pro hac vice)
matt.lavin@agg.com
Aaron R. Modiano (pro hac vice)
aaron.modiano@agg.com
**Arnall Golden Gregory LLP**
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone:    202.677.4030
Facsimile:    202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL Law Group**
345 Franklin St.
San Francisco, CA 94102
Telephone:    415.678.5050
Facsimile:    415.358.8484

Attorneys for LD, DB, BW, RH, CJ, and the Putative Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISIONS

| | |
|---|---|
| LD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United Behavioral Health, Inc., et al.,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR-JCS<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RENEWED MOTION FOR CLASS CERTIFICATION** |

Having considered Plaintiffs' Administrative Motion for Leave to File Renewed Motion for Class Certification and any responses thereto and having found good cause, it is HEREBY ORDERED that Plaintiffs' motion is GRANTED for the reasons set forth by Plaintiffs in their moving papers and arguments.

**IT IS SO ORDERED.**

DATE: _____          _____
                                                                                    Hon. Yvonne Gonzalez Rogers

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040

Case No. 4:20-cv-02254-YGR-JCS                    [Proposed] Order Granting Plaintiffs' Leave to File