Matthew M. Lavin (pro hac vice)
matt.lavin@agg.com
Aaron R. Modiano (pro hac vice)
aaron.modiano@agg.com
**Arnall Golden Gregory LLP**
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone:   202.677.4030
Facsimile:    202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL Law Group**
345 Franklin St.
San Francisco, CA 94102
Telephone:   415.678.5050
Facsimile:    415.358.8484

Attorneys for LD, DB, BW, RH, CJ, and the Putative Class

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| LD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>United Behavioral Health, Inc., et al.,<br><br>　　　　Defendants. | Case No.: 4:20-cv-02254-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**[Proposed] Order Granting Plaintiffs' Renewed Motion for Class Certification** |

Having considered Plaintiffs' Renewed Motion for Class Certification and supporting documentation, and any responses thereto, and having found good cause, it is HEREBY ORDERED that Plaintiffs' motion is GRANTED for the reasons set forth by Plaintiffs in their moving papers and arguments, and the Proposed Class is Certified.

**IT IS SO ORDERED.**

DATE: _____

Hon. Yvonne Gonzalez Rogers