1  Matthew M. Lavin (pro hac vice)
   matt.lavin@agg.com
2  Aaron R. Modiano (pro hac vice)
   aaron.modiano@agg.com
3  **Arnall Golden Gregory LLP**
   2100 Pennsylvania Avenue, NW
4  Suite 350S
   Washington, D.C. 20037
5  Telephone:    202.677.4030
   Facsimile:    202.677.4031

6  David M. Lilienstein, SBN 218923
   david@dllawgroup.com
7  Katie J. Spielman, SBN 252209
   katie@dllawgroup.com
8  **DL Law Group**
   345 Franklin St.
9  San Francisco, CA 94102
   Telephone:    415.678.5050
10 Facsimile:    415.358.8484

*Attorneys for Plaintiffs and Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| LD, et al., | Case No.: 4:20-cv-02254-YGR |
|---|---|
| Plaintiffs, | **DECLARATION OF AARON MODIANO IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION** |
| v. | |
| United Behavioral Health, Inc., et al., | |
| Defendants. | |

1

I, Aaron Modiano, an attorney, declare under penalty of perjury, that the following is true and correct, based on my personal knowledge:

1. I am an attorney at law duly licensed to practice before all courts in the State of Florida and admitted *pro hac vice* in this matter. I am of counsel at Arnall Golden Gregory LLP, a counsel of record for Plaintiffs in the instant action.

2. Attached hereto and marked as Exhibit 1 is a true and correct copy of the Expert Report of Research and Planning Consultants;

3. Attached hereto and marked as Exhibit 2 is a true and correct copy of the Expert Report of Mark Hall;

4. Attached hereto and marked as Exhibit 3 is a true and correct copy of the Expert Report of Robert Ohsfeldt;

5. Attached hereto and marked as Exhibit 4 is a true and correct copy of the transcript from the 30(b)(6) deposition of Rebecca Paradise;

6. Attached hereto and marked as Exhibit 5 is a true and correct copy of the transcript from the 30(b)(6) deposition of Kathy Praxmarer;

7. Attached hereto and marked as Exhibit 6 is a true and correct copy of the transcript from the deposition of Jacqueline Kienzle;

8. Attached hereto and marked as Exhibit 7 is a true and correct copy of the transcript from the 30(b)(6) deposition of Sean Crandell;

9. Attached hereto and marked as Exhibit 8 is a true and correct copy of the transcript from the 30(b)(6) deposition of Joan Borsten;

10. Attached hereto and marked as Exhibit 9 is a true and correct copy of the transcript from the deposition of Jolene Bradley;

11. Attached hereto and marked as Exhibit 10 is a true and correct copy of the transcript from the deposition of Radames Lopez;

12. Attached hereto and marked as Exhibit 11 is a true and correct copy of the transcript from the 30(b)(6) deposition of Creyna Franco;

13. Attached hereto and marked as Exhibit 12 is a true and correct copy of the transcript from the 30(b)(6) deposition of Denise Strait;

14. Attached hereto and marked as Exhibit 13 is a true and correct copy of the transcript from the deposition of BW;

15. Attached hereto and marked as Exhibit 14 is a true and correct copy of Declaration of Sean Crandell;

16. Attached hereto and marked as Exhibit 15 is a true and correct copy of the Declaration of Thomas Ralston;

17. Attached hereto and marked as Exhibit 16 is a true and correct copy of Declaration of Creyna Franco;

18. Attached hereto and marked as Exhibit 17 are true and correct copies of summary plan descriptions produced by United;

19. Attached hereto and marked as Exhibit 18 are true and correct copies of verification of benefits produced by Summit Estate;

20. Attached hereto and marked as Exhibit 19 are true and correct copies of summary excerpts from IBAAG screenshots produced by United;

21. Attached hereto and marked as Exhibit 20 are true and correct copies of summary experts from transcripts of verification of benefit calls produced by United;

22. Attached hereto and marked as Exhibit 21 is a true and correct composite of explanations of benefits produced by United;

23. Attached hereto and marked as Exhibit 22 a true and correct composite of provider remittance advices produced by United;

24. Attached hereto and marked as Exhibit 23 are true and correct composite of patient advocate department letters produced by United and MultiPlan;

25. Attached hereto and marked as Exhibit 24 is a true and correct composite of explanations of methodology produced by United and MultiPlan;

26. Attached hereto and marked as Exhibit 25 are true and copies of Powerpoint Presentations produced by United and MultiPlan Documenting Viant Savings;

27. Attached hereto and marked as Exhibit 26 are true and correct composite explanations of methodology produced by United and MultiPlan;

28. Attached hereto and marked as Exhibit 27 is a true and correct composite of explanations of benefits and provider remittance advices produced by United and Plaintiffs;

29. Attached hereto and marked as Exhibit 28 is a true and correct copy of MPI-0016819;

30. Attached hereto and marked as Exhibit 29 is a true and correct copy of MPI-0014879;

31. Attached hereto and marked as Exhibit 30 is a true and correct copy of MPI-0016580;

32. Attached hereto and marked as Exhibit 31 is a true and correct copy MPI-0014844;

33. Attached hereto and marked as Exhibit 32 is a true and correct copy of MPI-0015753;

34. Attached hereto and marked as Exhibit 33 is a true and correct copy of MPI-0015933;

35. Attached hereto and marked as Exhibit 34 is a true and correct copy of MPI-0016593;

36. Attached hereto and marked as Exhibit 35 is a true and correct copy of MPI-0016794;

37. Attached hereto and marked as Exhibit 36 is a true and correct copy of UHC000015587;

38. Attached hereto and marked as Exhibit 37 is a true and correct copy of MPI-0008890;

39. Attached hereto and marked as Exhibit 38 is a true and correct copy of UHC000038587;

40. Attached hereto and marked as Exhibit 39 is a true and correct copy of UBH000003011;

41. Attached hereto and marked as Exhibit 40 is a true and correct copy of PLD0003006;

42. Attached hereto and marked as Exhibit 41 is a true and correct copy of UHC000197899;

43. Attached hereto and marked as Exhibit 42 is a true and correct copy of UHC000071826;

44. Attached hereto and marked as Exhibit 43 is a true and correct copy of MPI-0008643;

45. Attached hereto and marked as Exhibit 44 is a true and correct copy of MPI-0000488;

46. Attached hereto and marked as Exhibit 45 is a true and correct copy of MPI-0007803;

47. Attached hereto and marked as Exhibit 46 is a true and correct copy of MPI-0012799;

48. Attached hereto and marked as Exhibit 47 is a true and correct copy of MPI-0002008;

49. Attached hereto and marked as Exhibit 48 is a true and correct copy of MPI-0014299;

50. Attached hereto and marked as Exhibit 49 is a true and correct copy of UHC000296122;

51. Attached hereto and marked as Exhibit 50 is a true and correct copy of MPI-0009603;

52. Attached hereto and marked as Exhibit 51 is a true and correct copy of Optum's Behavioral Health Reimbursement Policy;

53. Attached hereto and marked as Exhibit 52 is a true and correct copy of UHC000091861;

54. Attached hereto and marked as Exhibit 53 is a true and correct copy of MPI-0009435;

55. Attached hereto and marked as Exhibit 54 is a true and correct copy of UHC00131783;

56. Attached hereto and marked as Exhibit 55 is a true and correct copy of UHC00030972;

57. Attached hereto and marked as Exhibit 56 is a true and correct copy of UHC000091543;

I declare under the penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct, and I signed this declaration on July 16, 2023 in Washington, D.C.

                                        /s/ *Aaron R. Modiano*
                                        Aaron R. Modiano, Esq.