# EXHIBIT 7
# Filed Redacted/Under Seal

Page 1

1           UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3

4   LD, DB, BW, RH, and CJ on        )
    behalf of themselves and         )
5   all others similarly situated,   )
                  Plaintiffs,        )No.
6      vs.                           )4:20-cv-02254-YGR
    UNITED HEALTHCARE INSURANCE      )
7   COMPANY, a Connecticut           )  CONFIDENTIAL
    Corporation, UNITED BEHAVIORAL   ) ATTORNEYS' EYES
8   HEALTH, a California             )      ONLY
    Corporation, and MULTIPLAN,      )
9   INC., a New York Corporation,    )
                  Defendants.        )

10

11

12           The videotaped discovery deposition of

13   MULTIPLAN, INC., by and through Sean Crandell,

14   taken in the above-entitled cause, before

15   Deralyn Gordon, a notary public of Cook County,

16   Illinois, on the 14th day of July, 2022, via

17   virtual Zoom, beginning at approximately

18   9:13 AM CST, pursuant to 30(b)(6) and 30(b)(1)

19   Notice.

20

21

22

23   REPORTED BY:  DERALYN GORDON, CSR, RPR, CRR

24   LICENSE NO:  084-003957

Page 2

1    PRESENT:

2

3    ARNALL GOLDEN GREGORY LLP

4    BY AARON R. MODIANO, ESQ.

5    1775 Pennsylvania Avenue NW, Suite 1000

6    Washington DC 20006

7    (202) 677-4030

8    aaron.modiano@agg.com

9        -AND-

10   DL LAW GROUP

11   BY KATIE SPEILMAN, ESQ.

12   345 Franklin Street

13   San Francisco, California 94102

14   (415) 969-6329

15   katie@dllawgroup.com

16           appeared on behalf of plaintiffs;

17

18

19

20

21

22

23

24

Page 3

1   PRESENT:  (CONT'D)

2

3   PHELPS DUNBAR LLP

4   BY CRAIG L. CAESAR, ESQ., and

5   ERROL KING, ESQ.

6   365 Canal Street, Suite 2000

7   New Orleans, Louisiana 70130

8   (504) 566-1311

9   craig.caesar@phelps.com

10  errol.king@phelps.com

11     -AND-

12  PHELPS DUNBAR LLP

13  BY KATIE CICARDO MANNINO, ESQ.,

14  400 Convention Street, Suite 1100

15  Baton Rouge, Louisiana 70802

16  (225) 346-0285

17  katie.mannino@phelps.com

18         appeared on behalf of defendant MultiPlan,

19         Inc., and the deponent;

20

21

22

23

24

Page 4

```
 1   PRESENT:  (CONT'D)

 2

 3   GIBSON DUNN & CRUTCHER LLP

 4   BY HEATHER RICHARDSON, ESQ., and

 5   KRYSTA HYPPOLITE, ESQ.,

 6   333 South Grand Avenue

 7   Los Angeles, California 90071

 8   (213) 229-7000

 9   hrichardson@gibsondunn.com

10   khyppolite@gibsondunn.com

11           appeared on behalf of plaintiffs

12           United Healthcare and United

13           Behavioral Health;

14

15

16

17   ALSO PRESENT:

18   Ms. Gracie Huff, Concierge;

19   Mr. Kevin Duncan, Videographer.

20   Mr. Darwin Peng.

21

22

23

24
```

Page 5

1                    I N D E X

2                    VOLUME I

3

4     Thursday, July 14, 2022

5

6     WITNESS                        EXAMINATION

7     MULTIPLAN, INC.,

8     by and through Sean Crandell

9          By Mr. Modiano                    8

10

11

12

13

14               DEPOSITION EXHIBITS

15                MULTIPLAN, INC.,

16          by and through Sean Crandell

17

18    NUMBER            DESCRIPTION        IDENTIFIED

19    Exhibit 1    Plaintiffs' Notice of        10

20                 Taking Deposition Pursuant

21                 to Fed R CIV P 30(B)(6)

22                 No Bates numbers

23

24

Page 6

1                    DEPOSITION EXHIBITS

2                       MULTIPLAN, INC.,

3                by and through Sean Crandell

4

5    NUMBER              DESCRIPTION              IDENTIFIED

6    Exhibit 2     Notice of Deposition of        10

7                  Sean Crandell

8                  No Bates numbers

9

10   Exhibit 3     Viant's Facility Outpatient    28

11                 U&C Review Service Explanation

12                 of Methodology

13                 MPI-0007803 - MPI-0007812

14

15   Exhibit 4     Viant Facility U&C Review       51

16                 Outpatient Review (OPR) Module

17                 September 2018

18                 MPI-0006010 - MPI-0006018

19

20   Exhibit 5     MultiPlan's Objections and      60

21                 Answers to Plaintiffs' Special

22                 Interrogatories to Defendant

23                 MultiPlan, Inc.

24                 No Bates numbers

Page 7

```
 1                    DEPOSITION EXHIBITS

 2                     MULTIPLAN, INC.,

 3               by and through Sean Crandell

 4

 5    NUMBER              DESCRIPTION           IDENTIFIED

 6    Exhibit 6    Behavioral Outpatient Health   72

 7                 - Standard Missing Value

 8                 Approach

 9                 MPI-0000547 - MPI-0000548

10

11    Exhibit 7    Email from Dale White to       75

12                 Jacqueline Kienzle

13                 dated 3/18/16

14                 MPI-0008233 - MPI-0008234

15

16    Exhibit 8    MultiPlan Training Session:    84

17                 Product Logic and Analytics

18                 Salt Lake City May 2017

19                 MPI-0012500 - MPI-0012537

20

21    Exhibit 9    Email from Jacqueline Kienzle  94

22                 to Jolene Bradley dated 5/2/18

23                 UHC000158611 - UHC000158613

24
```

Page 8

```
 1                 DEPOSITION EXHIBITS

 2                   MULTIPLAN, INC.,

 3             by and through Sean Crandell

 4

 5    NUMBER            DESCRIPTION            IDENTIFIED

 6    Exhibit 10   Email from Jacqueline Kienzle  96

 7                 to Tina Smith dated 2/20/19

 8                 MPI-0010670 - MPI-0010676

 9

10    Exhibit 11   Email from Jacqueline Kienzle  100

11                 to Sean Crandell dated 10/4/19

12                 MPI-0002030 - MPI-0002032

13

14    Exhibit 12   Email from Marie Glass to     102

15                 Sean Crandell dated 7/6/20

16                 MPI-0000630 - MPI-0000645

17

18    Exhibit 13   Email from Cindy Barry to     107

19                 Jackie Butterbaugh dated 9/25/20

20                 MPI-0006867 - MPI-0006870

21

22    Exhibit 14   Email from Sean Crandell to   109

23                 Mike Schill dated 2/17/21

24                 MPI-0002013 - MPI-0002015
```

Page 9

1              DEPOSITION EXHIBITS

2                  MULTIPLAN, INC.,

3            by and through Sean Crandell

4

5    NUMBER              DESCRIPTION              IDENTIFIED

6    Exhibit 15   Email from Sean Crandell to    110

7                 Mike Schill dated 2/17/21

8                 MPI-0002008 - MPI-0002012

9

10   Exhibit 16   Email from Sean Crandell to    113

11                Karen Beckstead dated 3/12/21

12                MPI-0002019 - MPI-0002020

13

14

15

16

17

18

19

20

21

22

23

24

Page 10

```
 1              (Crandell Deposition Exhibit
 2                 Nos. 1 and 2 marked for
 3                 identification.)
 4         THE VIDEOGRAPHER:  Good morning.  We are
 5    going on the video record at 9:13 AM on July 14,
 6    2022.
 7         Please note that this deposition is being
 8    conducted virtually.  Quality of recording depends
 9    on the quality of camera and Internet connection
10    of participants.  What is heard from the witness
11    and seen on screen is what will be recorded.
12         Audio and video recording will continue to
13    take place unless all parties agree to go off
14    the record.
15         Here begins the 30(b)(6) and 30(b)(1)
16    deposition of MultiPlan, Inc., given by
17    Mr. Sean Crandell, taken on behalf of
18    the plaintiffs in the case matter of
19    LD, et al., versus United Healthcare Insurance
20    Company, et al., filed in the US District Court
21    Northern District of California, bearing case
22    number 4:20-cv-02254-YGR.
23         My name is Kevin Duncan, and I am a
24    certified legal video specialist representing
```

CONFIDENTIAL          July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 11

1   Veritext Legal Solutions.  The court reporter

2   today is Ms. Deralyn Gordon from Veritext Legal

3   Solutions.

4          I'm not authorized to administer an oath,

5   I'm not related to any party in this action, nor

6   am I financially interested in the outcome.

7          Counsel, will you please identify

8   yourselves starting with the noticing party.

9          MR. MODIANO:  Sure.  This is

10  Aaron Modiano, representing the plaintiffs in

11  this matter.  And I am joined by our co-counsel,

12  Katie Speilman, of DL Law Group.

13         MR. CAESAR:  And this is Craig Caesar from

14  Phelps Dunbar on behalf of defendant MultiPlan.

15  I'm joined by my colleagues, Errol King and

16  Katie Mannino.

17         MS. RICHARDSON:  And this is

18  Heather Richardson on behalf of the United

19  defendants.  I'm from Gibson Dunn.  And I'm

20  joined by my colleagues, Krysta Hyppolite and

21  Darwin Peng.

22         THE VIDEOGRAPHER:  Thank you, counsel.

23         Will the court reporter please administer

24  the oath.

Page 12

1                    (Whereupon the witness was

2                        sworn.)

3           THE VIDEOGRAPHER:  Thank you.  You may

4     proceed.

5                    MULTIPLAN, INC.,

6             by and through Sean Crandell

7     called as a witness herein, having been first duly

8     sworn, was examined and testified as follows:

9                        EXAMINATION

10    BY MR. MODIANO:

11       Q.    Good morning, Mr. Crandell.

12       A.    Good morning.

13       Q.    My name is Aaron Modiano.  We actually met

14    before.  I don't know if you remember.

15       A.    Yup, I do.

16       Q.    Okay.  Yeah.  So I'm -- this time I'm

17    representing the plaintiffs in an entirely

18    different matter.

19            So we're going to skip some of the -- some

20    of our introductions.  But, you know, as we've met

21    before, you have been deposed before; correct?

22       A.    Correct.

23       Q.    Other than the case that -- the

24    Fremont matter where I took your deposition, have

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 13

1    you been deposed other than that?

2         A.   No, I have not.

3         Q.   Okay.  And just a reminder or -- you know,

4    other than the laptop where you're viewing, you're

5    conducting this deposition, do you have any

6    screens, phones, electronic devices?

7         A.   No.  I only have two -- I have the file

8    share and the Zoom open only.

9         Q.   Okay.  And I believe Mr. King and

10   Mr. Caesar said they were present in the room with

11   you; is that correct?

12        A.   Yes, sir.

13        Q.   Okay.  Is anybody else present with you?

14        A.   No.

15        Q.   Anybody else on a conference call, line

16   virtually?

17        A.   No, sir.

18        Q.   Okay.  I'll just go over a couple of quick

19   ground rules.

20             The court reporter, although she's not

21   actually in the room with us, she's taking down

22   everything we're saying.  So just let me finish my

23   question, and then, you know, please proceed to

24   give, you know, give your answer so we don't talk

Page 14

1    over each other.

2        A.   Okay.

3        Q.   And I know this is being video recorded,

4    but for the sake of the record, just please make

5    sure it's yes, no, not uh-huh, uh-uh, shaking

6    the head, that sort of thing.

7             If you don't understand any of my

8    questions, just please let me know, and I'm happy

9    to rephrase them.

10            And if you need a break, and this goes for

11   anybody and as well as our court reporter, so if

12   anybody needs a break, just let me know.  I'm

13   happy to take one.  All I ask is that before we go

14   on break if there's a pending question, that it

15   just be answered.

16            Does that work for you, Mr. Crandell?

17       A.   Yes.

18       Q.   Okay.

19            MR. CAESAR:  One point before we start --

20            MR. MODIANO:  Uh-huh.

21            MR. CAESAR:  -- with respect to objections

22   is we have proceeded in other depositions in this

23   case, objection for one defendant works for all

24   defendants so that we're -- hopefully we can avoid

Page 15

1    multiple objections.  But obviously each of

2    the defendant's counsel is free to object as

3    necessary.  But hopefully we will minimize

4    the disruptions.

5              MR. MODIANO:  That's fine by me.  All for

6    one, one for all.

7              MR. CAESAR:  Great.

8    BY MR. MODIANO:

9       Q.   And, Mr. Crandell, as your attorney just

10   mentioned objections, they -- your attorney or

11   United's attorney may raise some objections.

12             All I would ask is that unless you're

13   instructed by your attorney not to answer my

14   question, that you do.  Is that all right?

15      A.   Yes.

16      Q.   Okay.  And even though we're here in a

17   virtual deposition, I just would like to remind

18   you that you are testifying under oath today.

19             Do you understand what that means?

20      A.   Yes.

21      Q.   Okay.  Have you taken -- and, again, these

22   are just -- these next couple questions are just

23   standard.  I don't mean anything by them.  They're

24   just on the script.

Page 16

1          But have you taken any medication in

2    the last 24 hours that could affect your ability

3    to understand my questions or tell the truth?

4        A.    No.

5        Q.    Okay.  Do you have any underlying medical

6    or behavioral health condition that could affect

7    your ability to understand my questions or to tell

8    the truth?

9        A.    No.

10       Q.    Anything that you'd like to make me aware

11   of before we begin?

12       A.    No, sir.

13       Q.    Okay.  Then let's just go straight to

14   the depositions -- or the deposition notices

15   rather.

16          MR. MODIANO:  So how do we -- I'd like --

17   there we go.

18          So if I can -- I just pulled up

19   the 30(b)(6) deposition notice.  Does that show up

20   on the screen?

21   BY MR. MODIANO:

22       Q.    Mr. Crandell, can you see the plaintiffs'

23   notice of taking deposition pursuant to Federal

24   Rule 30(b)(6)?

Page 17

1      A.    So I click on -- this one right here?

2            MR. CAESAR:  Which one is it, the first or

3    second?

4            THE WITNESS:  The second one?  Okay.

5      A.    Sorry.

6    BY MR. MODIANO:

7      Q.    That's okay.

8      A.    All right.  It just pulled up.

9      Q.    Okay.  So have you seen this document

10   before?

11     A.    Yes.

12     Q.    Okay.

13           MR. MODIANO:  And, counsel, correct me if

14   I get the numbers wrong, but I believe you've been

15   identified for topics 2, 5, 7, 8, 11, 15, 18, and

16   26.  Is that correct?

17           MR. CAESAR:  And 13.

18           MR. MODIANO:  Oh.  And 13.  Okay.  Sorry.

19           You really want him to answer that one,

20   huh?

21           MR. CAESAR:  He'll try.

22   BY MR. MODIANO:

23     Q.    Okay.  And since we're doing this both at

24   the beginning, I'd like to switch to the next

Page 18

1    deposition notice, your 30(b)(1) notice.

2            Just let me know when you have that up.

3        A.    It is up.

4        Q.    And have you seen this document before?

5        A.    Yes.

6        Q.    Okay.  So -- and are you appearing here

7    today pursuant to both of these notices?

8        A.    Yes.

9        Q.    Okay.  And do you understand what it means

10   to be a 30(b)(6) witness?

11       A.    I believe it's I'm representing MultiPlan

12   as a...

13       Q.    You're speaking as their corporate

14   representative?

15       A.    Correct.

16       Q.    Okay.  So in your -- did you prepare for

17   today's deposition?

18       A.    Yes.

19       Q.    And one thing I usually say at the

20   beginning, I'll just say it again now, is I never

21   actually want to know about a conversation that

22   you've had with counsel.  So all of my questions,

23   you know, if it's involving that communication, I

24   don't want to know.

Page 19

```
 1      A.   Okay.

 2      Q.   So they're all excluding that.  And that's

 3   before, you know, what did you do to prepare for

 4   your deposition today.

 5           So if you met with counsel, I would ask

 6   that you say that and the length of time, but any

 7   substance I would ask you not to, you know,

 8   discuss with us.

 9      A.   Okay.

10      Q.   So what did you do to prepare for today's

11   deposition?

12      A.   I met with Mr. Caesar and Mr. King.  I met

13   with Mr. Caesar on Tuesday for approximately

14   four hours, and Ms. Mannino was also present.

15           On Wednesday I prepared about six hours or

16   so with Mr. Caesar, Mr. King, and Ms. Mannino.

17      Q.   Okay.  And were these in person or

18   virtually or a combination?

19      A.   A combination.  You know, Mr. Caesar was

20   present, Ms. Mannino was via phone, and Mr. King

21   was present.

22      Q.   Okay.  And did you review any documents

23   during these preparation meetings?

24      A.   Yes.
```

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 21 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 20

1     Q.    Okay.  And what documents, if you recall,

2     did you review?

3     A.    The ones I can recall are the complaint,

4     the specific numbers that were just recited.  I

5     went through some emails, a claims file, as well

6     as a few white paper documents, et cetera, to

7     prepare myself to answer the questions.

8     Q.    Okay.  And when you say you went through

9     emails, do you remember who was on those emails?

10    A.    No.

11    Q.    Okay.  Do you remember approximately what

12    timeframe they covered?

13    A.    From what I remember it was 2016 through I

14    don't remember the end date on some of them.

15    Q.    Okay.  So more or less present?

16    A.    Yeah.

17    Q.    Okay.  And when you say you reviewed

18    the claim file, what do you mean when you say you

19    reviewed a claim file?

20    A.    I was made aware that there was a claims

21    file with the claims in question.  So I reviewed

22    the claims file headers just so I have an

23    understanding of what it actually was.

24    Q.    Okay.  So was this a spreadsheet?

Page 21

```
 1      A.    Yes.
 2      Q.    Okay.  And when you say you reviewed
 3   white papers, which white papers did you review?
 4      A.    The Viant OPR white paper.
 5      Q.    Okay.  Which version or versions?
 6      A.    I can't remember.
 7      Q.    Or just what -- what years?
 8      A.    I think it was the -- I think the 2018
 9   version of it.
10      Q.    Okay.  And I'll ask -- I mean, we're going
11   to ask questions about white papers.
12      A.    Okay.
13      Q.    We'll come into that in a bit.
14            So any other documents that you can recall
15   reviewing?
16      A.    No.
17      Q.    Okay.  And other than your attorneys, do
18   you recall speaking with anyone regarding your up-
19   -- this deposition you're here for?
20      A.    Yeah.  I actually did talk with
21   Mike Schill on Wednesday morning, not in
22   the presence of my counsel, regarding -- he was
23   the one that put the claims file together.  And I
24   had a question about what a column meant, and I
```

Page 22

1    asked him.  So --

2         Q.    Okay.

3         A.    -- that's the only other contact I've got

4    with outside counsel.

5         Q.    So do you have an understanding of what

6    this case is about?

7         A.    I have a general understanding, yes.

8         Q.    Okay.  And so what is your general

9    understanding?

10        A.    I -- my understanding of the case is that

11   there's discrepancies in reimbursement amounts

12   that the plaintiffs feel and -- they should have

13   been owed.  Okay.

14            And then the other discrepancies that were

15   brought to my attention that are at issue here are

16   codes regarding APCs and 80015, which is a

17   HCPCS code.  That's my general understanding.

18        Q.    Just for the sake of our court reporter,

19   when we say HCPCS, that's H-C-P-C; correct?

20        A.    Correct.

21        Q.    Thank you.

22        A.    Sure.

23        Q.    I know what you're talking about, but I --

24        A.    Yeah.

Page 23

```
 1      Q.   -- just -- just want to make it easier to

 2   appear in our transcript.

 3      A.   Yeah.  And if I talk in acronyms, please

 4   stop me.  It's a habit of mine, so...

 5      Q.   I mean, well, because otherwise it would

 6   take forever to say anything.

 7           So what is your current role and your

 8   position at MultiPlan?

 9      A.   I'm currently the vice president of health

10   care economics at MultiPlan.  I've been in this

11   role since July of 2020.

12           Previous to that I started with MultiPlan

13   in 2010 with the Viant and MultiPlan merger.

14           Previous to that I worked for Viant from

15   20- -- or 2007 through 2010 when the merger

16   occurred.

17           Previous to that I worked for Texas True

18   Choice, which was a PPO network in the state of

19   Texas.

20      Q.   For your entire time at MultiPlan -- so

21   2010 forward -- have you always been in health

22   care economics or whatever the department would

23   have been called?

24      A.   Yeah.  I've been in some -- one of
```

Case 4:20-cv-02254-YGR Document 323-11 Filed 07/16/23 Page 25 of 184
CONFIDENTIAL July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 24

1  the divisions of health care economics the whole

2  time.

3      Q.   Okay.  So your present role, which I think

4  you stated you've been in since 2020.  So what --

5      A.   Uh-huh.

6      Q.   -- are your -- what are your duties and

7  what are your responsibilities in that role?

8      A.   The health care economics area is in

9  the finance area.  And what we do is we -- we kind

10  of have a couple different divisions under health

11  care economics.

12         The first would be what I'll call an

13  information planning area.  And that area is

14  responsible for, you know, delivering, reporting,

15  and, you know, what I'll call self-service

16  platforms to our end users, which are everybody

17  from sales and account management, you know, to

18  operations, to our, you know, product area.

19         So there's a -- that area kind of really

20  does a wide variety of hosting with technologies

21  like QLIK View and QLIK Sense.

22         Our other areas that I oversee are

23  the advanced analytics area, which include

24  Data iSight areas, you know, advanced algorithm

Page 25

1    and analytic support.

2        The last area really is what I'll call

3    the MRA, which is medical reimbursement analysis

4    analytics area.  And this area is headed up by

5    Mike Schill who is on my team.  Mike is, you know,

6    responsible for the -- what I'll call algorithms

7    and the data-gathering component of all of our

8    analytic-based products that we offer our clients.

9        And then I also do have Karen Beckstead

10   reports directly to me as well.  Karen is a legacy

11   Viant and really focuses on the Viant UCR product.

12   She has been there for a long -- a long time.

13       And then the last direct report I have is

14   more of, you know, a strategy area.  His name is

15   John Briggs.  John has just recently joined us

16   from -- and really heads up a lot of our strategic

17   initiatives, you know, everything from

18   streamlining our operations.

19   ███████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████████

23   Q.   Okay.  And when you refer to your clients,

24   are you referring to internal clients, external

CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 26

1    clients or both?

2        A.    My -- our clients are really our internal

3    users, people that are sending us the requests.

4    We're an internal face -- internal-facing, you

5    know, request area where we're really gathering

6    information and requests from our operations area,

7    our provider -- our provider network development

8    area.

9            Our -- my definition of clients are

10   everybody in the organization.

11       Q.    Okay.  So is it a fair statement that you

12   guys support all of the lines of business within

13   the organization?

14       A.    Yes.

15       Q.    Okay.  That's good.  So now we can --

16   subject to -- I want to make sure I understand.

17           You've got three direct reports; is

18   that what you testified to?  Mike Schill,

19   Karen Beckstead, and --

20       A.    No, I --

21       Q.    Oh, sorry.

22       A.    I actually -- Julio Lopez oversees our

23   enterprise analytics, that's one.  Gaurav Agarwal

24   oversees our information planning, that's two.

Page 27

1    Karen Beckstead is in our Viant UCR area.

2    Mike Schill is our MRA product analytics, and then

3    the last one is John Briggs.  That's five direct

4    reports.

5         Q.    Okay.  And who do you report to?

6         A.    I report to the CFO, Jim Head.

7         Q.    Okay.  And does he report to the CEO?

8         A.    Yes, Dale White.

9         Q.    Okay.  So now we can move on.

10             So first thing I want to ask you about is

11   going to -- I want to -- I'm going to just put

12   sort of Topics 2 and 15 together.  So if you

13   wanted to bring up your 30(b)(6), I'll read out

14   the two topics.

15             So Topic 2 is:  "All reasons why

16   the patient claims underlying litigation, both as

17   to the named Plaintiffs and as to the punitive

18   class, have been underpaid, including, but not

19   limited to, databases, methodologies, and

20   percentiles used to determine the payment

21   amounts."  And then that was Topic 2?

22             Topic 15 is:  "The data source(s) utilized

23   by the Viant outpatient" -- I'm just reading them

24   in, and then we'll go through question by

Page 28

1   question.

2       A.   Okay.

3       Q.   I'm not going to ask one big open-ended --

4           MR. CAESAR:  Can we stop for a second?

5   We -- Aaron, we have some IT folks who stopped in.

6   Can we go off the record for a couple minutes?

7           MR. MODIANO:  Sure.

8           MR. CAESAR:  We're still trying to

9   figure out an issue with respect to the Zoom room.

10  Can we go off the record for a couple of seconds?

11          MR. MODIANO:  Yeah.  No problem by me.

12          THE VIDEOGRAPHER:  Please stand by.  Going

13  off the video record at 9:33 AM.

14               (Recess taken.)

15          THE VIDEOGRAPHER:  We are back on record

16  at 9:40 AM.  You may proceed.

17          MR. MODIANO:  Okay.

18          Thank you and no questions pending.

19               (Crandell Deposition Exhibit

20                No. 3 marked for

21                identification.)

22  BY MR. MODIANO:

23      Q.   I actually just put Exhibit 3 in marked

24  exhibits, so I -- oh, no, I'm sorry.  I was

CONFIDENTIAL                           July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 29

1   reading the topics, and then I'll go to Exhibit 3,

2   because they're both going to relate.

3           So I believe we covered Topic 2.  And

4   Topic 15 is:  "The data source(s) utilized by

5   the Viant outpatient facility methodology or

6   program from January 1, 2015, to present.  This

7   request shall include, but is not limited to,

8   the selection of data sets, loading of data sets,

9   any modification of data sets, verification as to

10  the integrity of data sets, and the models

11  utilizing such sets, and any assumptions or

12  modifications applied by the model or to the data

13  in the pricing of claims by the Viant OPR model or

14  program as to be out-of-network mental health

15  claims."  Okay.

16          So the first exhibit I wanted to bring

17  up --

18          MR. CAESAR:  Wait.  Aaron, I thought you

19  were going to mark the notices as Exhibits 1 and

20  2.  When I click on them, I don't see an exhibit

21  mark.

22          MR. MODIANO:  I can put a stamp on them.

23          THE CONCIERGE:  Yeah.  They are actually

24  marked right now as Exhibit 1, 2, and he just

Page 30

1    introduced a third document.

2           So if you can confirm that what you see in

3    the marked exhibits --

4           MR. CAESAR:  I'm clicked on No. 1, and the

5    individual notice, and I don't see an exhibit

6    sticker on it, on my copy.

7           THE CONCIERGE:  Yeah, you're right.

8    There's not a sticker in there.

9           Mr. Modiano, from now on you can just --

10   like I said before, just have the option to add

11   the stamp when introducing the exhibit.  So it

12   should be good from now on.

13          And I can -- I'll make sure the ones that

14   were introduced before, I'll mark them and put a

15   sticker.

16          MR. CAESAR:  All right.  Thank you.

17          THE CONCIERGE:  Yeah, no problem.

18                   (Discussion held off the

19                    record.)

20   BY MR. MODIANO:

21      Q.   So, yeah, just click on 3.  This has been

22   produced to us at MultiPlan -- MPI Bates 0007803.

23          And I believe -- well, rather than me

24   telling you what I think it is, can you just pull

CONFIDENTIAL                               July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 31

1    up the document and have a look at it?

2        A.    Yup.  I have it up.

3

CONFIDENTIAL                                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 32

Page 33





Page 36



CONFIDENTIAL                          July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 37

1

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 39 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 38

1    Q.   Okay.  And do you know what other

2    databases were considered, not ultimately

3    implemented, but were considered during this

4    period?  I'm just going to go from 2009 to

5    present.

6    A.   No, I do not.

7    Q.   Okay.  Do you have any background in

8    statistics?

9    A.   Statistics classes in college.  That's

10   about it.  I'm not a certified statistician at

11   all.

12   Q.   Okay.  And how about computer programming?

13   A.   Yes.

14   Q.   Okay.

15   A.   SQL, Oracle, Power BI, and I'm versed in

16   all areas of what I'll call analytical coding per

17   se.

18   Q.   So XML would be another one you're

19   familiar with?

20   A.   Not really XML, no.

21   Q.   Okay.

22   A.   More so just your standard -- you know,

23   I'm an analyst so it's -- by heart.  And it's more

24   so just, you know, solving analytical problems

CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 39

1    with coding.

2            Not so much application development.

3    I have other people within health care economics

4    that are versed in those areas that I rely on to

5    do those types of things.

Page 40

1  ███████████████████████████████████████████

2  █████████████████████████████████████████

3  ███████████████

4      █████████████████████████████████████

5  ███████████████████████████████████████

6  ████████████████████████████████████████████

7  ██████████████████████████

8  BY MR. MODIANO:

9      Q.   Okay.  So I want to move to page 4 of this

10  document now.  Just let me know when you're there.

11      A.   Is it the page -- okay, page 3 of 10.

12  Okay.  Got it.

13      Q.   Page 4 of 10, sorry.  When I said page 4,

14  I meant page 4 of 10.

15      A.   Okay.  I'm on there.

16  ██   ████████████████████████████████

██   ██   ████

██   ██   ████████████████████████████

██  █████████████████████████████████

██  ████████████████████████████████████████

██  ██████████████████████████████████

██      ██████████████████████████████████████

██  ████████████████████████

██   ██   ████████████████████████████████████

Page 41

1

Page 42

1          █████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████

███         ████████████████████████████

███████████████████████████████████████████████

███████████████

███         ███   ████████████████████████

9                    (Court reporter clarification.)

10                   (Discussion held off the

11                    record.)

12   BY MR. MODIANO:

13      Q.   And now in terms of -- in terms of

14   payment, is there -- do you know how

15   the APC payment number is arrived at?

16           MR. CAESAR:   Objection as to form.

17           MR. MODIANO:   If you know.

18      A.   Yeah, it's -- it's a set schedule, I

19   believe.  And I believe there's different

20   localities and those types of things that go into

21   the APC.  It's CMS-based logic that's created.

22   BY MR. MODIANO:

23      Q.   Okay.  So CMS would create the payment for

24   an APC code; correct?

Page 43

1      A.    For Medicare patients, yes.

2      Q.    Yeah.  And when -- in the Viant -- do you

3   recall the tool, a formula?  What's a good word,

4   by the way, when I refer to Viant OPR, just to

5   make it easy for us to talk?

6      A.    Maybe a methodology.



Page 44

CONFIDENTIAL                                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 45



Page 46



16          MR. CAESAR:  I'm going to -- I'm going to

17    object to form.

18          But you can answer.

19          THE WITNESS:  Okay.

20

Page 47

1

CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page  48

Page 49

Page 50



24        Q.    Okay.

Page 51

```
 1          MR. MODIANO:  Let me -- I'm going to
 2    introduce another -- I'm going to introduce
 3    Exhibit 4 right now.
 4                      (Crandell Deposition Exhibit
 5                       No. 4 marked for
 6                       identification.)
 7                      (Discussion held off the
 8                       record.)
 9    BY MR. MODIANO:
10    ███  ██████████████████████████████████
██    ███████████████████████████████████
██    ████████████████████████████████████████
██    ██████████████████████████
██    ███  ████████
██    ███  ██████████████████████████████
██    ██████████████████████
██    ███  ████████████████████
██    ███  ██████████████████████████████
██    ███████████████████████████████████████
██    ███████████████████████████
██    ███████████████████████████████
██    ██████████████████████████
██    ███  ███████████████████████████████████
██    ██████████████████████████
```

Page 52

1   t █████████████

    █     █         ████████████████
    █     █         ███████
    █     █         ██████████████████████████
    █████████████████████████████████████████
    █████████████████████████████████████████
    ███████████████████████████████████████
    ██████████████████████████████████████
    ████████████████████████████████

    █       █         █████████████████████████████
    █       ██████████████████████████████████████
    █       ███████████████████████████████████████
    █       █████████████████████████
    █         ███████████████████████████████
    █       ████████████████████
    █       █         ████████████████████
    █       ████████████████████████
    █       █       ████████████
    █       █       ██████████████
    █       █       █████████████████████████
    █       ████████████████████████████████
    █       ████████
    █         ██████████████████████████████████
    █       ██████████████████████████████████

CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 54

1

Page 55

1    Q.   And when you refer to UB, can you explain

2    what --

3    A.   Yeah.  A UB is a billing form that are

4    submitted -- that are the standard industry

5    standard of what you have to submit for payment

6    on.

7         On the same side, professional component

8    is called a HCFA claim.  So it's just a -- a

9    UB claim is -- I don't actually know what the term

10   UB stands for.  But it's a -- it's got call it a

11   hundred different boxes that are filled out by a

12   provider that a provider submits in for rendered

13   services.

14   ▪ ▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬

▪ ▪ ▬▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬▬▬▬

▬ ▬▬▬▬▬▬▬▬.

22   Q.   Okay.

23   A.   If I can remember correctly.

24   Q.   And is it important or relevant when

CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

1   looking at the distribution that the distribution

2   fall along, you know, perhaps the -- in a similar

3   form to a standard distribution or is that even --

4   is that looked at or validated or how do you --

5   how is it determined that it's an appropriate

6   measure to use?

7          MR. CAESAR:  I'm going to object -- I'm

8   going to object to form.

9          Maybe you could restate that because

10  I think there's a lot of undefined terms in there.

11         But if you can answer, you can answer.

12         MR. MODIANO:  Sure.

13  BY MR. MODIANO:

14

egal Solutions

Page 57



Page 58

Page 59

1 ████████████████████████████████████████

████████████████

███   ██████

███   ████████████████████████

████████████████████████.

6     Q.    That's okay.   Okay.   So I'm just trying to

7 see if I need any other questions on this I wanted

8 to ask you.

9         I think we're good on that one for

10 the moment.

11              ████████████████████████████

████████████████████████████████████████████

██████████

████████████████████████████████

███████████████████

███   ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

██████████

████████████████████████████████████████

████████████████████████████████████████████

24     Q.    I'm just switching paper.   Okay.

Page 60

1              MR. MODIANO:  So the next, I'll introduce

2       this and mark it as Exhibit 5.

3                         (Crandell Deposition Exhibit

4                          No. 5 marked for

5                          identification.)

6                         (Discussion held off the

7                          record.)

8       BY MR. MODIANO:

9          Q.   I've just introduced Exhibit 5, which is

10      "MultiPlan's Objections and Answers to Plaintiffs'

11      Special Interrogatories to Defendant MultiPlan."

12              Just let me know when you've got them.

13         A.   All right.  I have it.

14         Q.   Okay.  And have you seen this document

15      before?

16         A.   Yes.

17              MR. MODIANO:  And, counsel, I don't see a

18      verification.  Was one provided or will one be

19      provided?

20              MR. CAESAR:  We'll check into that.  I

21      don't have that knowledge myself, but we'll have

22      someone look into that if there has been a

23      verification provided.  You know, obviously we

24      will --

Page 61

1          MR. MODIANO:  It might have -- if it came

2    in a separate document, then it did.  I was just

3    asking because it wasn't in this one.

4          MR. CAESAR:  Yeah, we'll check into that.

5          MR. MODIANO:  Okay.

6    BY MR. MODIANO:

7      Q.   So I'd like to direct your attention to

8    Interrogatory 3, which is kind of in the middle of

9    page 6.

10     A.   Okay.

11     Q.   And that interrogatory states, "Describe

12   in detail the results of any and all analysis,

13   undertakings, in determining pricing rates using

14   Viant OPR (including the data set, sample size,

15   geographic distribution, et cetera) for intensive

16   outpatient claims from January 1, 2015 to

17   present."

18          And then if we continue on to page 7,

19   starting at line 2, it says, "MultiPlan states

20   that intensive outpatient claims are priced

21   the same by Viant as any other outpatient claims."

22          My first question is do you agree with

23   that statement?

24     A.   What's the definition around outpatient,

Page 62

```
 1   intensive outpatient?  Is there a definition on

 2   it?

 3        Q.   I'll -- for the purpose of our discussion,

 4   let's say that refers to HCPCS H0015.

 5        A.   Okay.

 6        Q.   So if I restate it that way, it would be

 7   "MultiPlan states that H0015 intensive outpatient

 8   claims are priced the same by Viant as any other

 9   outpatient claims."

10        Is that a statement you agree with?

11        A.   Correct.

12        Q.   Okay.  And then it states, "MultiPlan has

13   already provided Plaintiffs in discovery, multiple

14   times, with its Viant Facility U&C Outpatient

15   Review Module, i.e., white papers, which explain

16   in detail the relevant pricing process."

17        So is that referring to the white -- what

18   we just went through as white papers, those two

19   exhibits?

20        A.   Yes.

21        Q.   So do you agree with the statement that

22   the white papers explain in detail the Viant

23   pricing process?

24        A.   Yes.
```

Page 63

1    Q.   Okay.  And then Interrogatory No. 4 says,

2    "Describe in detail any and all efforts undertaken

3    by You to obtain charge data for intensive

4    outpatients service" -- "(IOP) services from

5    January 1, 2015 to present as well as the results

6    or outcomes of any such efforts."

7         And then going down to line 24 in

8    the answer, it says, "MultiPlan has already

9    provided Plaintiffs in discovery, multiple times,

10   with its Viant Facility U&C Outpatient Review

11   (OPR) Module, i.e., whitepapers, which explain

12   in detail the relevant Viant pricing process,

13   including the charge data that it utilizes."

14        Do you agree with that statement?

15   A.   Yes.

16   ████  ████████████████████████████

     █  ████████████████

     █  ██  █████████████████████

     █  ████████████████████████

     █  ██  █████████████████████

     █  ███████████

     █  ██  ████

     █  ██  ███████████████████████████

     █  ████████████████████████████

Page 64

10      Q.    Okay.   Then moving on to page 12,

11   Interrogatory No. 10, just let me know when you

12   get there.

13      A.    Okay.

14

CONFIDENTIAL                                         July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 65

1

Page 66

CONFIDENTIAL
July 14, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 67

1  ████████████████████████████████

██  ███████████████

██  ████  █████████████████████████

██  ████  ██████

5                    (Court reporter clarification.)

6  BY MR. MODIANO:

7       Q.   And so for the record, can you explain

8  what -- when we say self-bill what that means?

9       A.   Yeah.  In this case a client would send us

10  a file and say here is what we are paying you on

11  for the services that you rendered.  And it

12  usually includes a claim number or somehow a way

13  to identify the claim of what we processed for

14  them.

15      Q.   And do you and finance or other

16  departments then, you know, cross-check it against

17  what you -- what was the claims information you

18  sent to United?

19      A.   The billing intricacies, it's a very

20  complex system because somebody is rendering

21  payment for services that were incurred it could

22  have been two months ago, it could have been

23  four months ago.

24           So the array of data that's in there is

Page 68

1   often very stratified in trying to push it back

2   into the original format.

3       Q.   Sure.  But is it done?  I mean, do you

4   guys cross-check it?

5       A.   High level, yes.  You know, we have to

6   just to make sure that, you know, if we bring on a

7   new client to making sure that, you know, if we're

8   achieving or identifying savings for them as a

9   service, to make sure that, you know, we're

10  actually getting paid on some of it.

11          But, again, we don't -- you know, we're

12  identifying savings for a client as, you know,

13  here's what our recommendation is.  And there's a

14  whole host of things that happen on the payor side

15  that I can't really necessarily explain on why we

16  wouldn't get paid on certain claims.

17  ████   ████████████████████████████████████████████

    ████████████████████████████████████████████████████████

    ████████████████████████████████████████████████

    ██████████████████████████████████████████████████████

    ████████████████████████████████████████

    ████   ████████████████████████████████████

    ████████████████████████████████████

24  BY MR. MODIANO:

CONFIDENTIAL
July 14, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 69



19    Q.    Okay.   And moving onto the next page, 13,

20   Interrogatory No. 11.

21    A.    Uh-huh.

22    Q.    It says, "Describe in detail how

23   telephonic member and/or provider inquiries or

24   other similar calls to You are recorded, stored,

Page 70

1    indexed, utilized, and how such recordings may be

2    later retrieved and reviewed."

3            And I only have a fairly narrow question

4    on this one.  The sentence that starts between

5    lines 17 and 18 in the answer says, "The call

6    recordings reside on two systems of record,

7    Cisco/OnviSource and Aspect/AQM."

8            Do you know what those -- can you tell me

9    anything about those systems?

10           MR. CAESAR:  First of all, I'm going to

11   object.  This witness has not been designated with

12   respect to this topic.

13           MR. MODIANO:  This is personal knowledge.

14   It just if he knows what they are.  I'm just

15   trying to find out what they are.

16           MR. CAESAR:  It's a personal knowledge

17   question, if you know.

18      A.   Yeah, I know there are systems that record

19   calls in the operational area.  To that extent, I

20   don't know how frequent it is; is it random

21   sample.  That's all my knowledge.  It's more of an

22   operational question.

23   BY MR. MODIANO:

24      Q.   Okay.  And who -- which individual would

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 71

1   you direct me to to -- or would you think have

2   knowledge on, you know, these systems?  Like who

3   in operations if you had a question would you go

4   to?

5       A.    Probably Kathy Praxmarer.

6       Q.    Okay.  That was really all I wanted to

7   find out on that.  I wasn't planning on getting in

8   any detail on call logs with you.  I know that's

9   not your area.

10      A.    And we don't do any analytics around

11  there.  I know there's stuff in the industry with

12  box and all of that other stuff.  My area has

13  nothing, nor does, I don't think, MultiPlan does

14  any of that either, so...

15      Q.    Okay.  So let me -- we're going to move on

16  to another exhibit, decide which one I want to

17  pull up.

18                    (Discussion held off the

19                    record.)

20          THE VIDEOGRAPHER:  Please stand by.  Going

21  off the record at 10:36 AM.

22                    (Recess taken.)

23          THE VIDEOGRAPHER:  We are back on record

24  at 10:52 AM.  You may proceed.

CONFIDENTIAL                                 July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

1          MR. MODIANO:  Thank you so much.

2   BY MR. MODIANO:

3      Q.   And we're done with that exhibit for now.

4          MR. MODIANO:  So I just uploaded

5   Plaintiffs' Exhibit 6.  It's MPI-0000547.

6                    (Crandell Deposition Exhibit

7                     No. 6 marked for

8                     identification.)

9   ████████████████████████████

█   ████████████████████████████████████████

█   ████████████████████

█   ████████████████████

█      ██    ████████████████████████████████

█      ██    ██████████████

█      ██    ████████████████████████████████

█      ██    ████

█      ██    ████████████████████████████████

█   ████████████████████████

█              ██████████████████████████████████

█   ████████████████████

█      ██    ██████

█      ██    ████████████████████████████

█   ██████████████████████████████

█      ██    ████████████████████████████████

CONFIDENTIAL                                July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 73

1

Page 74



23          MR. CAESAR:   Objection as to form.

24     The document speaks for itself.

CONFIDENTIAL                                July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 75

1

16     Q.    Okay.  And that's all I need to ask you

17  about.  Yeah, I don't need to ask you any more

18  questions on that document.

19          MR. MODIANO:  I'll pull up 7.

20              (Crandell Deposition Exhibit

21               No. 7 marked for

22               identification.)

23  BY MR. MODIANO:

24     Q.    Okay.  I've just pulled up what I've

CONFIDENTIAL

July 14, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 76

1    marked as Plaintiffs' 7.  Let me know when you get

2    that.

3        A.   I have it.

7        Q.   And in -- you know, dated March 18, 2016.

8             Was -- what was Dale White's position when

9    you sent this email?

10       A.   He was the head of sales and account

11   management.

12       Q.   Okay.  I would just ask you to read -- I

13   mean, short emails.  Just read them and let me

14   know when you have a -- when you're done.

15       A.   Okay.

16       Q.   Having read this, is your recollection

17   refreshed as to the subject matter of it?

18       A.   Yeah, it was.

Page 77



Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 79 of 184
CONFIDENTIAL                          July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 78

1    ████████████████████████████████████

2    ██████████████████████.

3         Q.    And what is FAIR Health?

4         A.    FAIR Health is a -- an entity that

5    provides data in a number of different types of

6    modules.  Okay.  They have outpatient modules,

7    they have professional modules, they have charge

8    modules, and they also have allowable or paid

9    modules to offer their clients for services as

10   well.

11   ██ ████████████████████████████

██  ███████████████████████████████

██  ████████

██  ██ ██████████████████████████████

██  █████████████████████████████████

██  █████████████████

██  ██ █████████████████████

██  ████████████████████████

██  ██ ████████████████████████

██  ███████████████████████████████

██  ██████████████████████████████

██  █████████████████████████

██  ████████████████████████████████

██  █████████████

Page 79



24            MR. CAESAR:  I would object as to form.

CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

1          You can answer.
2     A.    Can you repeat the question?  Can you give
3  me A and B of what you're trying to compare, a
4  little bit of an explanation?
5

22     Q.    Okay.
23



Page 82



14          MR. CAESAR:   Objection as to form.

15          You can answer.

16          THE WITNESS:   Okay.

CONFIDENTIAL                                        July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 83



Page 84

1   ███████████████████████████████████

    ██████████

    █████████████████████████████████████

    ████████████████████████████████

    ███  ████████████████████████████████

    ██████████████████████████████████

    ███████████████████████████████████

    ███  ██████████████████████████

9       Q.   Okay.  Okay.  I don't think I need any

10  other questions on that one.

11          MR. MODIANO:  Let's see if I want to bring

12  this one up.  Yeah.  I'm going to introduce this.

13                  (Crandell Deposition Exhibit

14                   No. 8 marked for

15                   identification.)

16  BY MR. MODIANO:

17      Q.   Okay.  I've just uploaded what I've marked

18  as Plaintiffs' Exhibit 8.  It's "Training Session:

19  Product Logic and Analytics" that says "Salt Lake

20  City May 2017."

21          Just let me know when you get that.

22      A.   Yup, I got it.

23      Q.   Okay.  So we're going down to -- can you

24  go to page 6 of the deck, please, labeled

Page 85

1   page 6 -- actually, they correspond one to one

2   here, so page 6.

3       A.   The "Practitioner Module"?

4       Q.   Yeah.  It's "Practitioner Module - Pricing

5   Logic."

6       A.   I'm going to make this bigger.

7            Okay.  Wait.  Am on the right --

8       Q.   I'm going to ask you a question about

9   Data iSight.  It doesn't say Viant.

10      A.   Okay.

11      ██   ████████████████████████████

    ██  ████████████████████████████████

    ██  ████████████████████████████

    ██     ██████████████████████████████

    ██  ██  ████████████████████████████████

    ██  ████████████████████████████████

    ██  ██  ██████████████████████████

    ██  ████████████████████████████

    ██  ████████████████████████████████████

    ██  ████████████████

    ██     ██████████████████████████████

    ██  ██████████████████

23           MR. CAESAR:  I would object to form.

24   Again, I'm not sure this is one of the topics

Page 86

1    the witness is designated for.

2              But you can answer.

3        ■    ████████████████████████████

     ■   ████████████████████████████████

     ■       ██████████████████████████████████████

     ■   ████████████████████████████████████

     ■   ████████████████████

     ■       ████████████████████████████

     ■   ████████████████████████████████████████

     ■   ████████████████████████████████████████

     ■   ██████████████████████████████████

     ■   ██████████████████████████████████████

     ■   ████████████

14   BY MR. MODIANO:

15       Q.   Okay.  I appreciate the clarification.

16            So now if we go -- keep going to page 7 --

17   well, I think it's page 17, but it looks -- it's

18   not actually marked as a number.  It's Bates

19   12516, but it's page 17 of the document.

20       A.   12516?  Yeah.  Uh-huh.

21       Q.   "Viant U&C Review."

22       A.   I'm getting there.  Hold on.

23       Q.   Okay.  And these were produced all as one

24   document, although it looks it's more than one --

Page 87

1    more than one deck.

2        A.    Okay.   I'm good.

3        Q.    So is this what we've been discussing,

4    the Viant U&C?

5        A.    Yes.

6        Q.    Scrolling down, so if you go to page --

7    it's page 21, if we can go to that.   That's 12520

8    Bates number.

9        A.    "IPR Calculations"?

10       Q.    Uh-huh.   Yup.

11   ██████████████████████████████

██   █████████████████████████████████████

██   ████████

██      ███   ████████

██      ███   ██████████████████████████

██   █████████████████████

██      ███   █████████████

██      ███   ██████████████████

██   ██████████████████████

██      ███   ██████

21            MR. CAESAR:   Again, I'm going to object

22   because IPR is not part of the designation.

23            But you can go ahead and answer.

24       A ██   ████████████████████████████████████



Page 89



12      Q.    Okay.  Understood and I appreciate that.

13            I don't have any more questions on that

14    one.

15            MR. MODIANO:  Let's see what this one is.

16    Can we go off the record for a second?

17            MR. CAESAR:  Sure.

18            THE VIDEOGRAPHER:  Please stand by.  Going

19    off the video record at 11:16 AM.

20                   (Recess taken.)

21            THE VIDEOGRAPHER:  We are back on record

22    at 11:25 AM.  You may proceed.

23    BY MR. MODIANO:

24

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 91 of 184
CONFIDENTIAL                           July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 90

1 ████████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████

         ████████████████████████

████████████████████████████

████████████████████████████████████

████████

9        MR. MODIANO:  Is that a fair statement,

10   Craig?

11        MR. CAESAR:  Yes.

12        MR. MODIANO:  Okay.

13   BY MR. MODIANO:

14      Q.   So do you see this document?

15      A.   Yes, sir.

16      Q█   ████████████████████████████

████████████████████████

      ██   ████████████████████████

      ██

20      ██   ████████████████████████

████████████████

      ██   ████

      ██   ████████████████████████

████████████████

CONFIDENTIAL                                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 91

Page 92



Page 93

1  ████████████████████████████████████

█  ████

█          ████████████████████████████████

█  ████████████████████████████████████

█  ████

█      ██  ████████████████████████████████

█  ████████████████████████████████████

█  ████████████████████

█      ██  ████████████████████████████████

█  ████████

█      ██  ██████████████████████████

█  ████████████████████████████████████

█  ████

14     ██  ████████████████████████████

█  ████████████████████████████████████

█  ██████████████████████████

█          ████████████████████████████

█  ██████████████████

█      ██  ████████████████████████

█  ████████████████

21     Q.   Okay.  I don't have any more questions on

22  that document for you.  I just wanted to get that.

23          MR. CAESAR:  I'm going to take that

24  exhibit away from Mr. -- it's not an exhibit, but

CONFIDENTIAL                July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 94

1    that document away from Mr. Crandell so we can

2    proceed.

3                    (Court reporter clarification.)

4                    (Discussion held off the

5                     record.)

6                    (Crandell Deposition Exhibit

7                     No. 9 marked for

8                     identification.)

9    BY MR. MODIANO:

10      Q.   I've just introduced Plaintiffs'

11   ████████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████

             ██       ████████████████████

             ██       ██████████████████████████

     ██████████████████████████████████████████████

     ██████████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████

             ████████████████████████████████████

     ██████████████████████████████████████████████

     ██████████████████████████████████████████████

             ██       ████████

             ██       ████████████████████████████████

Page 95



23      Q.    Okay.   I don't think I need to ask any

24   other questions on that email.

Page 96

1          MR. MODIANO:  Let's see if we'll do this

2     one.  Okay.  Now I'll introduce this one.

3                    (Crandell Deposition Exhibit

4                     No. 10 marked for

5                     identification.)

6          MR. MODIANO:  It disappeared on me.  Okay.

7     I'm just trying to bring a file over.

8     BY MR. MODIANO:

9        Q.   Okay.  I've just introduced Plaintiffs'

10    Exhibit 10.  Just let me know when you get that.

11       A.   Got it.

12       Q.   And this is a 2019 email.  It looks like

13    it's from Tina Smith to Jacqueline Kienzle and

14    Mark Edwards.

15          So do you know who -- so who is

16    Tina Smith if you know?

17       A.   Tina Smith I think is either like an

18    account associate or an account manager that

19    reports to Mark Edwards.

20       Q.   Okay.  And -- oh, there, I see her

21    signature line.

22       A.   Oh, yeah, there's her -- sorry.  I should

23    have looked.

24       Q.   That's okay.  I just saw it too.

CONFIDENTIAL                            July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 97

1          So senior account associate national

2    accounts?

3       A.    Yup.

4       Q.    So would she be some- -- would she be

5    someone who you would consider a client, you know,

6    in terms of --

7       A.    Yeah.

8       Q.    Okay.

9       A.    Yup.

10

Page 98



20        MR. CAESAR:  I'm going to object to the

21    form.  And also, I would note Mr. Crandell is not

22    anywhere on this document whatsoever.  So I'm not

23    sure what knowledge he might have other than what

24    he has in his position.

Page 99

1        But you can answer if you have any

2   knowledge.

3        ██   ████████████████████████████████

██   ████████████████

5   BY MR. MODIANO:

6        ██   ████████████████████████████████

██   ██████████████████████

██   ██   ████████████████████

9        Q.   Sorry.   No.   Sorry.   Go ahead.   Please

10  finish.   I didn't mean to cut you off.

11       ██   █████████████████████████

██       ██   ████████████████████████████████

██   ████████████████████████████████████

██       ██   ██████████████████████████

██   █████████████████████████████

██       ██   ████████████████████

██       ██   █████████████████████

██   ████████████████████████████████

██   ██████████████████████████

██   ██████████████████████████

██   ████████████████████████████

██   ███████

██        ██████████████████████

██   ██████████████████████████

CONFIDENTIAL                                July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 100



11      Q.    Okay.  That's all I wanted to ask about on

12   that one.

13                     (Discussion held off the

14                      record.)

15             MR. MODIANO:  We'll bring this over.

16   Okay.  It doesn't want to let me introduce

17   the PowerPoint, so I'll do a different one.

18                     (Crandell Deposition Exhibit

19                      No. 11 marked for

20                      identification.)

21   BY MR. MODIANO:

22      Q.    Okay.  I just uploaded Plaintiffs'

23   Exhibit 11.

24      A.    I have it.

Page 101

1    ████   ████████████████████████████████

██   ███████████████████████████████████

██   █████████████████████████████████

██   ██████████████████████████████████████

5         Do you see that?

6    A.   Yes.

7    ████   █████████████████████████████████████

██   █████████████████████████████

██   █████████████████████████████████████████

██   █████████████████████████████

██         █████████████████████████████████████

██    ████   ████████████████████████████████████

██   █████████████████████████

██    ████   ████████████████████████████

██   ███████████████████████████████████

██   ███████████████████████████████████████████

██   ████████████████████████

██    ████   █████████████████████████████████

██   ███████████████████████████████████████████

██   ██████████████████████████████████

██   ████████████████████████████████████

██         █████████████████████████████████

██   ████████████████████████████████████████████

██   ██████████████████████████████████

CONFIDENTIAL                                        July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 102

1    ████████████████████████████████

     ██████████████████████████████████

     ████████████████

     ████      ████████████████████████

     ████████████████████████████████████████

     ██████████████

     ████    ██████

     ████    ████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████

     ██████████████████████████████████████

     ████████████████

     ████    ██████████████████████████████

     ██████████████████████████████████

16        Q.    Okay.    That's all I needed on that

17   document.

18            MR. MODIANO:    And I'm going to introduce

19   this one next.

20                         (Crandell Deposition Exhibit

21                          No. 12 marked for

22                          identification.)

23   BY MR. MODIANO:

24        Q.    I've just added Plaintiffs' Exhibit 12.

Page 103

1    And I'll just ask you to kind of -- there's a

2    whole long string here, if you could take a look

3    through it, and then tell me, you know, when

4    you've done that, let me know.

5        A.    Long email.  I'm ready --

6        Q.    Okay.  I appreciate that.  I'm at home.

7    So I apologize if there's a dog barking.

8        A.    No problem.

9                    (Discussion held off the

10                   record.)

11   BY MR. MODIANO:

12       Q.    But if you go to page 8, so MPI-00637

13   towards the bottom.

14       A.    What's the number on it again?

15             MR. CAESAR:  637.

16             THE WITNESS:  Okay.  I'm on 637.

17   BY MR. MODIANO:

18

Page 104

1

CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 105

7    Q.    So it looks like -- I'm scrolling up.

8          So when you say Marie, that's referring to

9    Marie Glass, the senior network development

10   executive?

11   A.    Yes.  Yes.

12   Q.    In 2019 that was her title.

13   A.    Uh-huh.

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 107 of 184
CONFIDENTIAL                              July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 106



Page 107

1   ████   ██████████████████████████████

██  ████   ████████████████████████████████████

██  ████████████████████████████████████████████████

██  ████████████████████████████████████████████████████

██  ██████████████████████████████

██  ████   ██████

7       Q.    Okay.

8             MR. MODIANO:  I think that's all I need to

9   ask on that one.  Okay.

10            The next one -- oh, oops, I meant to -- I

11  goofed.  No, never mind.  I did it right.

12                      (Crandell Deposition Exhibit

13                       No. 13 marked for

14                       identification.)

15  BY MR. MODIANO:

16      Q.   I just uploaded Plaintiffs' 13.  Let me

17  know when you get that one.

18      A.   Okay.

19   ████   ████████████████████████████████████

██  ████████████████████████████████████████████████

██  ████████████████████████████████████████████████

██  ████████████████████████████████████████████████

██  ████████████████████████████████████████████████

██  ██████████████████████████████████████



Page 109

1 ████████████████████████████

██  ██  ██████████████████████

██  ██  ████████████████████████████

██  ████████████████████████████████

██  ██  ████████████████████████

██  ██████████████████████████████

██  ██████████████████████████████

██  ████████

██  ██  ████████

10          MR. MODIANO:  So I'll introduce this one

11  next, 2013.

12                    (Discussion held off the

13                     record.)

14                    (Crandell Deposition Exhibit

15                     No. 14 marked for

16                     identification.)

17  BY MR. MODIANO:

18     Q.   I just uploaded Plaintiffs' Exhibit 14.

19          MR. CAESAR:  This is -- this is a document

20  that creates an issue.  Can we go off the record?

21          MR. MODIANO:  Sure.

22          THE VIDEOGRAPHER:  We are going off record

23  at 11:57 AM.

24                    (Recess taken.)

Page 110

1           THE VIDEOGRAPHER:  We are back on record

2      at 11:59 AM.  You may proceed.

3           MR. CAESAR:  I informed -- this is

4      Mr. Caesar.  I informed counsel that this

5      particular document, Exhibit 14, which bears Bates

6      stamped MPI2013 through 2015 -- actually, 2015

7      appears to be blank, but 2013 to 2014 have text,

8      is a document that we need to claw back.

9           MultiPlan is asserting work product and

10     attorney-client privilege with respect to this

11     document.  And, therefore, we would object to any

12     examination with respect to its contents.

13          MR. MODIANO:  Okay.  And for the reasons

14     we discussed, I disagree with the assertion.

15          But, counsel, just to make the record

16     clear, are you instructing your witness not to

17     answer any questions on this document?

18          MR. CAESAR:  Yes.

19          MR. MODIANO:  Okay.  We can move on.

20                    (Crandell Deposition Exhibit

21                     No. 15 marked for

22                     identification.)

23     BY MR. MODIANO:

24       Q.   And I've just introduced Plaintiffs'

Page 111

1    Exhibit 15, and I'll let the witness and counsel

2    review and see if the same instructions are given.

3           MR. CAESAR:  Yes, the same instruction,

4    the same claim, we're going to claw back this

5    document, claim -- we're making an assertion of

6    attorney-client privilege and work product, and I

7    direct the witness not to answer any questions

8    with respect to this particular exhibit.

9           MR. MODIANO:  Okay.

10          MR. CAESAR:  And just for the record, it's

11   2008 through 2012, but that last page is

12   intentionally blank.

13          MR. MODIANO:  I believe that the last

14   page refers to one of the attachments -- one of

15   the attachments.

16          MR. CAESAR:  Okay.

17          MR. MODIANO:  I mean, just based -- I'm

18   not reading anything privileged.  It says

19   attachment image 1, 2, and 3.  I think it -- I

20   suspect it refers to image 3.

21          MR. CAESAR:  Okay.

22          MR. MODIANO:  And, actually, counsel, I

23   want to clarify one issue.  On MPI-002013 that

24   you're asserting privilege over, are you asserting

Page 112

1   privilege over the entire document, including

2   the portion that's a forward -- forwarded email

3   from an earlier time period?

4           MR. CAESAR:  So 2013...

5           MR. MODIANO:  I'm just trying to ask it in

6   a way that, you know, keeps the record clean but

7   is still clear.

8           MR. CAESAR:  You're talking about

9   Mike Schill's email?

10          MR. MODIANO:  I'm talking about the email

11  that's dated September 27, 2018.

12          MR. CAESAR:  Yes, we are asserting it for

13  that portion as well because that information

14  relates to the substance of the communications and

15  work that was being performed with respect to this

16  particular matter.

17          MR. MODIANO:  So that particular matter

18  was in existence in 2018?

19          MR. CAESAR:  No, but the communication of

20  that information relates to a proceeding,

21  including that inside a communication relating to

22  that later proceeding cloaks that original

23  document within the privileges and/or work product

24  immunity as well.

Page 113

1          But I understand you may take a different

2     position with respect to that.

3          MR. MODIANO:  Yeah, good chance I do.  But

4     I just want it to be clear.  I just wanted to make

5     the record clear on that.  That's all.

6          MR. CAESAR:  Happy to have the record

7     clear.

8          MR. MODIANO:  Sure.

9                    (Crandell Deposition Exhibit

10                    No. 16 marked for

11                    identification.)

12          MR. MODIANO:  And I'm going to introduce

13     Exhibit 16, and I'll give counsel a chance to look

14     at it.  I'm not sure if this refers to the same

15     matter or not.  It has a different subject in

16     the mail.

17          MR. CAESAR:  Yes, this is the same,

18     the same proceeding.  So we're going to claw back

19     and assert privilege, work -- attorney-client

20     privilege and work product immunity for this

21     particular document as well.

22          MR. MODIANO:  Okay.  And instructing

23     the witness not to answer any questions?

24          MR. CAESAR:  And instructing the witness

Page 114

1    not to answer any questions.

2          So it's 20019 [sic] to 22 -- 2020 MPI.

3    Okay?

4          MR. MODIANO:  Okay.

5    BY MR. MODIANO:

6

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 116 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 115



Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 117 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 116

1

Page 117



21          MR. CAESAR:  Objection as to form.

22          You can answer.

23

Page 118

CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 119

Page 120



1

14          MR. CAESAR:  Objection as to form,

15     compound.

16          If you can answer that question, there's a

17     lot packed into that question.

18

24

Page 121

1

Page 122



```
16          MR. CAESAR:  Objection as to form.

17          You can answer.

18

21    BY MR. MODIANO:

22
```



Page 124

1

Page 125

1       ██████████████████████████

2       Q.    It does.  I definitely have a few

3    follow-up questions though.

4       A.    Uh-huh.

5       Q.    So do you know what HCPCS CMS crosswalks

6    to APC 5823?  Do you know what those -- what those

7    HCPCS are?

8       A.    Not off the top of my head, no.

9       Q.    Okay.  Do you know if those HCPCS refer to

10   services provided in a hospital setting?

11      A.    Not off the top of my head, no.

12      Q.    Okay.  Do you know what type of provider

13   would render the services that roll up into

14   APC 5823?

15      A.    In the SAF file it's going to be coming

16   from hospital outpatient providers.

17      ███   █████████████████████████████

██      ███████████████████████████████████████

██      ██████████████████████

██      ███   █████████████████████████████

██      █████████████████████████████████

██      ███████████████████████████████████

██      █████████████████████████████

██      ████████████

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 127 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 126

1

9          MR. CAESAR:  Objection as to form,

10   argumentative --

11          MR. KING:  Mischaracterization --

12          MR. CAESAR:  Yeah, mischaracterization of

13   the testimony.

14          You can answer.

15          THE WITNESS:  Can I respond?  Okay.

16          MR. CAESAR:  Yes, please.

17

Page 127



18          MR. CAESAR:  Well, I'm going to object to

19     form.

20          You can answer.

21

CONFIDENTIAL                                July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                              Page 128

1        ██████████████████████████████████████

██   ████████████████████████████████████████████

██   ███████████████████████████████████████████

██   █████████████████████████████████████

5    BY MR. MODIANO:

6        Q.    Okay.  I know you're not a statistician.

7        A.    Uh-huh.

8        Q.    But I believe you testified you took a few

9    stat courses; correct?

10       A.    Yes, sir --

11       Q.    So --

12       A.    -- a long time ago.

13       Q.    If you recall, what is the difference

14   between accuracy and precision?

15       A.    The difference between accuracy and

16   precision?  I mean, this to me is a loaded

17   question of like how many ping pong balls fit in

18   an airplane.  Okay?

19            So to me it's my job to basically say the

20   way that you approach those two are by asking

21   questions and what is the real context of each

22   question and what you're actually asking.

23       Q.    Okay.  So what I would then ask is where

24   is the analysis showing that the codes that are in

Page 129

1   5823 are a fair and accurate representation of

2   the services provided in H0015?

3       A.   I do not know of the actual analysis or

4   the discussions that were had regarding 5823.

5       Q.   Okay.  Do you know if those records exist?

6       A.   I do not know.

7       Q.   Okay.  Do you know if those records were

8   searched for?

9       A.   I did not search any records, so I --

10  that's not a question for me.

11      Q.   Okay.  So I can represent to you that one

12  of the HCPCS that is -- that is within APC 5823 is

13  90834.

14           Are you familiar with HCPCS 90834?

15      A.   Not off the top of my head, no.

16      Q.   A description of psychiatric treatment

17  with patient 45 minutes.

18      A.   Yeah.

19      Q.   Does that sound -- okay.

20           So are you familiar with how much --

21  how the length of time treatment is typically

22  provided for in H0015 or what it's supposed to

23  represent?

24      A.   No, I'm not.

CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 130

1      Q.   Okay.  I believe that there was a

2   description provided earlier, but I think -- so

3   if -- would you agree with me that 45 minutes of

4   treatment is different -- I mean, I know this is

5   kind of an odd question, the way to put this

6   question.

7           But would you agree with me that

8   45 minutes of treatment is different from

9   three hours of treatment?

10          MR. CAESAR:  Objection as to form.

11  BY MR. MODIANO:

12     Q.   Psychiatric treatment.

13          MR. CAESAR:  Lack of foundation.

14          If you're able to even offer an answer.

15     A.   Yeah, I'm not familiar with

16  the differences between 45 minutes of treatment

17  and three hours of treatment or the varying levels

18  of intensity that go with each one of those.

19          Again, there are over 15,000, you know,

20  HCPCS codes, 20-some thousand professional codes.

21  You know, exact, specific examples of these again

22  are really up a coder's alley of explaining

23  the differences between the clinical aspects of

24  both.

Page 131

1           MR. KING:  Should we take a break?

2           MR. CAESAR:  Are we going to get to a

3    point where you can -- a stopping point?  Because

4    it's like 12:30.  We've been going for a while.

5    It's probably a good time to take a lunch break.

6    When you're ready, Aaron.  I don't want to

7    interrupt your line here.

8           MR. MODIANO:  No.  I mean, I'm --

9    honestly, I probably -- if you want to push

10   through for maybe a half an hour, tops, I'm

11   probably going to be done at that point, or we

12   can take a break and come back.

13          MR. KING:  Or we can go --

14          MR. CAESAR:  Let's take a break.

15          MR. KING:  Let's take a five-minute break.

16   Do ten minutes.

17          THE VIDEOGRAPHER:  Going off the record at

18   12:28 PM.

19                  (Recess taken.)

20          THE VIDEOGRAPHER:  Good afternoon.  We are

21   back on record at 12:40 PM.  You may proceed.

22          MR. MODIANO:  Thank you.

23   BY MR. MODIANO:

24      Q.  Mr. Crandell, when we just took our break,

Page 132

1    I believe we were discussing APC code 5823.

2        A.    Yes.

Page 133

1 ██████████████████████████████████████████

2 ████████████████████████████████

3　　　　　MR. CAESAR:  Objection as to form, lacks

4 foundation.  I'm not sure that the premise of

5 the question is accurate.

6　　　　　The witness can answer.

7　　██ ███████████████████████████████

8 ███████████████████████████████████████████

9 ████████████████████████████████████████████

10 █████████████████████████████████████████████

11 ████████████████████████████████████████

12 ████████████████████████████████

13 ████████████████

14　　██ ██████████████████████████

15 █████████████████████████████████████

16 ███████████████████████████████████

17 ██████████████████████████

18　　　　　MR. CAESAR:  Objection as to form.

19　　██ ██████████████████████████

20 ████████████████████████████████████████

21 ████████████████████████████████████████

22 ██████████████████████████

23　　██████████████████████████████████████

24 ████████████████████████████████████████

Page 134

1    ████████████████████████████████

     ████████████████████████████████████

     █████████████████████████████

4          And in the benefits administration, I

5    don't know.

6    BY MR. MODIANO:

7       Q.   Sure.  I mean, my question is much

8    narrower than that.

9       A.   Uh-huh.

10   ██   ██████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████

     ███   ████████████████████████████████

     ████████████████████████████████████████

     ██████████████████████████████████████

     ██████████████████████████████████

     ██████████

19           MR. CAESAR:  Do you understand

20   the question?

21           THE WITNESS:  No, I --

22   ██   ██████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████

Page 135

1

7    BY MR. MODIANO:

8

21          MR. CAESAR:  Objection as to form.

22

Page 136

1    ███████████████████████████████████████

2    ██████████████████████████████████████████

3    ███████████████

4    BY MR. MODIANO:

5        Q.    Okay.  So it takes an input and it gives

6    you an output?

7        A.    Yup.  That's the way we designed it.  It's

8    not a rules engine.  It's something that these are

9    the inputs in, here's what you get out.

10       ██    ██████████████████████████████████

     ██████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

     ██████████████████████████████████████

     ███████████████████

     ████████████████████████████████

     █████████████████

     ██    ██████████████████

     █████████████████

     ██    ████████████████████████████████

     ███████████████████████

     █████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████

CONFIDENTIAL
July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 137



7    BY MR. MODIANO:

17       Q.    Okay.  I just have a few couple of cleanup
18    questions.
19            Have you heard of what's often referred to
20    as the 2 times rule as to APC groups?  Does that
21    phrase jog your recollection?
22       A.    Not off the top of my head, no.
23       Q.    I can -- let's see, do I have it here?
24            I'm just looking for the PDF that has it.

CONFIDENTIAL                                July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 138

1   Well, I don't -- I have it printed, but I don't

2   have the PDF so I'll just --

3        MR. CAESAR:  Is there a Bates number or

4   something?

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 140 of 184
CONFIDENTIAL   July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 139

1

Page 140

1    ███    ████████.

2    Q.    Yeah.

3          Would you agree with the -- no.

4    Strike that.  I'll just leave it at that.

5          MR. MODIANO:  I'll say, you know, I know

6    you took a lot of time preparing, and I've taken a

7    good number of hours, not seven, don't worry about

8    that, but you've taken a long time to prepare for

9    this, and you've really answered all of my

10   questions, and I appreciate it.

11         So I'll just say -- I'll say thank you,

12   and I'll leave it at that.

13         THE WITNESS:  I appreciate the time, and I

14   hope I answered your questions.  I answered them

15   to the best of my ability, so...

16         MR. CAESAR:  Okay.  The witness will read

17   and sign.  And, again, we have this deposition

18   designated as confidential, AEO, pursuant to

19   the protective order, please.

20         We have no questions.

21         THE VIDEOGRAPHER:  Okay.  Counsel, please

22   stay online and stand by.

23         MR. MODIANO:  Oh, well, there's one more

24   counsel.

Page 141

1           THE VIDEOGRAPHER:  I'm sorry.

2           MS. RICHARDSON:  And nothing from me.

3           MR. MODIANO:  Okay.  I just didn't want to

4    leave you out.

5           MS. RICHARDSON:  No problem.  Thanks,

6    Aaron.

7           THE VIDEOGRAPHER:  Okay.  Great.

8    Thank you.

9           As mentioned, please stay online and

10   stand by.  We are going off the video record at

11   12:53 PM and concludes today's testimony.  Master

12   media will be retained by Veritext Legal

13   Solutions.  Thank you all.

14                      (The following proceedings were

15                       held off the video record.)

16          MR. MODIANO:  We'll take a rough.

17          THE COURT REPORTER:  And what about

18   the final?

19          MR. MODIANO:  Definitely that too.

20          THE COURT REPORTER:  Is regular delivery

21   okay or do you need it sooner?

22          MR. MODIANO:  It depends on what regular

23   means.

24          THE COURT REPORTER:  Ten business days.

Page 142

1          Attorney Modiano, would you like

2     the transcript regular delivery?

3          MR. MODIANO:  Yes, please.

4          MR. CAESAR:  Yes.

5          THE COURT REPORTER:  Attorney Caesar, did

6     you want a rough draft?

7          MR. CAESAR:  We would like a rough draft,

8     but we'll take the formal regular.

9          THE COURT REPORTER:  Attorney Richardson,

10     would you like a rough draft?

11          MS. RICHARDSON:  Yes, please, same order

12     as everybody else.

13                    (Whereupon proceedings were

14                     adjourned.)

15

16

17

18

19

20

21

22

23

24

Page 143

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3    LD, DB, BW, RH, and CJ on      )
      behalf of themselves and       )
 4    all others similarly situated, )
                  Plaintiffs,        )No.
 5       vs.                         )4:20-cv-02254-YGR
      UNITED HEALTHCARE INSURANCE    )
 6    COMPANY, a Connecticut         )  CONFIDENTIAL
      Corporation, UNITED BEHAVIORAL ) ATTORNEYS' EYES
 7    HEALTH, a California           )      ONLY
      Corporation, and MULTIPLAN,    )
 8    INC., a New York Corporation,  )
                  Defendants.        )
 9
10         This is to certify that I have read
11    the transcript of my deposition taken in the
12    above-entitled cause by Deralyn Gordon, Certified
13    Shorthand Reporter, on July 14, 2022, and that the
14    foregoing transcript accurately states the
15    questions asked and the answers given by me as
16    they now appear.
17                   _____
18                        MULTIPLAN, INC.,
19                   by and through Sean Crandell
20    Subscribed and sworn to
21    before me this _____ day
22    of_____, 2022.
23    _____
24         Notary Public
```

Page 144

1    Case Name:  LD vs. United Healthcare

2    Deposition of:  MULTIPLAN, INC.,

3                    by and through Sean Crandell

4    Date Taken:  July 14, 2022

5

6    Page    Line    Change:

7    ____    ____    _____

8    ____    ____    _____

9    ____    ____    _____

10   ____    ____    _____

11   ____    ____    _____

12   ____    ____    _____

13   ____    ____    _____

14   ____    ____    _____

15   ____    ____    _____

16   ____    ____    _____

17   ____    ____    _____

18   ____    ____    _____

19   ____    ____    _____

20   ____    ____    _____

21   ____    ____    _____

22

23   Date:           _____

24   Signature:      _____

CONFIDENTIAL                              July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 145

1    Case Name:  LD vs. United Healthcare

2    Deposition of:  MULTIPLAN, INC.,

3                    by and through Sean Crandell

4    Date Taken:  July 14, 2022

5

6    Page    Line      Change:

7    ____    ____      _____

8    ____    ____      _____

9    ____    ____      _____

10   ____    ____      _____

11   ____    ____      _____

12   ____    ____      _____

13   ____    ____      _____

14   ____    ____      _____

15   ____    ____      _____

16   ____    ____      _____

17   ____    ____      _____

18   ____    ____      _____

19   ____    ____      _____

20   ____    ____      _____

21   ____    ____      _____

22

23   Date:             _____

24   Signature:        _____

Page 146

1    STATE OF ILLINOIS  )

2                       )        SS:

3    COUNTY OF C O O K  )

4        I, Deralyn Gordon, a notary public within and

5    for the County of Cook and State of Illinois, do

6    hereby certify that heretofore, to-wit, on the

7    14th of July, 2022, personally appeared before me

8    via virtual Zoom, MULTIPLAN, INC., by and through

9    Sean Crandell, in a cause now pending and

10   undetermined in the United States District Court

11   Northern District of California, wherein LD, et

12   al., are the Plaintiffs, and United Healthcare

13   Insurance Company, et al., are the Defendants.

14       I further certify that the said witness was

15   first duly sworn to testify the truth, the whole

16   truth and nothing but the truth in the cause

17   aforesaid; that the testimony then given by said

18   witness was reported stenographically by me in the

19   presence of the said witness, and afterwards

20   reduced to typewriting by Computer-Aided

21   Transcription, and the foregoing is a true and

22   correct transcript of the testimony so given by

23   said witness as aforesaid.

24       I further certify that the signature to the

CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 147

1   foregoing deposition was not waived by counsel for

2   the respective parties.

3       I further certify that the taking of this

4   deposition was pursuant to Notice, and that there

5   were present at the deposition the attorneys

6   hereinbefore mentioned.

7       I further certify that I am not counsel for

8   nor in any way related to the parties to this

9   suit, nor am I in any way interested in the

10  outcome thereof.

11      IN TESTIMONY WHEREOF:  I have hereunto set my

12  hand and affixed my notarial seal this 18th day of

13  July, 2022.

14

15

16

17

18  _____

19      Notary Public, Cook County, Illinois

20

21

22

23

24

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 149 of 184
CONFIDENTIAL                              July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[& - 2018]                                              Page 1

| & | 1 |
|---|---|

**&**   4:3

**0**

| **0000547** | 7:9 72:5 |
|---|---|
| **0000548** | 7:9 |
| **0000630** | 8:16 |
| **0000645** | 8:16 |
| **0002008** | 9:8 |
| **0002012** | 9:8 |
| **0002013** | 8:24 |
| **0002015** | 8:24 |
| **0002019** | 9:12 |
| **0002020** | 9:12 |
| **0002030** | 8:12 |
| **0002032** | 8:12 |
| **0006010** | 6:18 |
| **0006018** | 6:18 |
| **0006867** | 8:20 |
| **0006870** | 8:20 |

**0007803**   6:13
  30:22
**0007812**   6:13
**0008233**   7:14
**0008234**   7:14
**0010670**   8:8
**0010676**   8:8
**0012500**   7:19
**0012537**   7:19
**002013**   111:23
**00637**   103:12
**0143**   45:11 46:7
  46:10
**02254**   1:6 10:22
  143:5
**084-003957**   1:24

**1**

**1**   1:18 5:19 10:2
  10:15 18:1 29:6
  29:19,24 30:4
  40:20 59:22,23
  61:16 63:5
  64:22 111:19
**1,000**   58:14
  115:1,3
**10**   5:19 6:6 8:6
  32:8 40:11,13,14
  50:9 64:11,14
  96:4,10
**10/4/19**   8:11
**100**   8:10 36:1
  53:23 58:14
  77:14 115:1,2
**1000**   2:5
**102**   8:14
**107**   8:18
**109**   8:22
**10:04**   105:17
**10:36**   71:21
**10:52**   71:24
**11**   8:10 17:15
  69:20 100:19,23
**110**   9:6
**1100**   3:14
**113**   9:10
**11:16**   89:19
**11:25**   89:22
**11:57**   109:23
**11:59**   110:2
**12**   8:14 64:10
  72:18 102:21,24
**12516**   86:19,20
**12520**   87:7

**12:28**   131:18
**12:30**   131:4
**12:40**   131:21
**12:53**   141:11
**13**   8:18 17:17,18
  69:19 107:13,16
**131**   54:22 55:21
**13x**   54:23 102:15
**14**   5:4 8:22 10:5
  109:15,18 110:5
  143:13 144:4
  145:4
**14th**   1:16 146:7
**15**   9:6 17:15
  27:12,22 29:4
  110:21 111:1
**15,000**   130:19
**16**   9:10 113:10
  113:13
**16,000**   33:8
**163**   48:22,23
**17**   70:5 86:17,19
**170,000**   117:1
**171**   117:2
**171,000**   117:13
**175**   123:22 124:4
**1775**   2:5
**18**   17:15 70:5
  76:7
**1849**   147:17
**18th**   147:12

**2**

**2**   6:6 10:2 17:15
  27:12,15,21 29:3
  29:20,24 32:7
  40:21 61:19
  85:12 94:21

105:16 111:19
  137:20 138:12
  138:16,23
**2/17/21**   8:23 9:7
**2/20/19**   8:7
**20**   23:15 98:12
  115:11 117:11
  123:4 130:20
**2000**   3:6 33:3
**20006**   2:6
**20019**   114:2
**2007**   23:15
**2008**   111:11
**2009**   32:1,6,17
  32:19 34:15
  37:22 38:4 39:7
  49:23 51:19
**2010**   23:13,15,21
**2012**   111:11
**2013**   109:11
  110:7 112:4
**2014**   110:7
**2015**   29:6 61:16
  63:5 64:22
  72:18 75:15
  110:6,6
**2016**   20:13 75:15
  76:7 90:24
  114:14,20 116:7
  116:8 117:10
**2017**   7:18 84:20
  123:4,12
**2018**   6:17 21:8
  34:24 51:12,20
  94:11 112:11,18
  123:4,12 126:8
  132:6 136:10,11

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 150 of 184
CONFIDENTIAL                                July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[2019 - 90071]                                          Page 2

**2019** 31:19 96:12
98:12 101:2
105:12 117:10
**202** 2:7
**2020** 23:11 24:4
105:17 114:2
**2021** 68:18
117:11
**2022** 1:16 5:4
10:6 143:13,22
144:4 145:4
146:7 147:13
**20th** 82:4
**21** 87:7
**213** 4:8
**216** 48:13 59:11
122:2
**22** 66:6 114:2
**225** 3:16
**229-7000** 4:8
**23** 66:6
**23470** 41:4,10
**24** 16:2 63:7
**25446** 41:10
**26** 17:16
**27** 112:11
**28** 6:10
**28,000** 25:20
**280,000** 25:21
**29th** 101:1
**2x** 139:1

**3**

**3** 6:10 28:20,23
29:1 30:21
40:11 51:24
59:22 61:8
111:19,20 124:2

128:3
**3/12/21** 9:11
**3/18/16** 7:13
**30** 1:18,18 5:21
10:15,15 16:19
16:24 18:1,10
27:13 58:10,14
115:1
**30th** 101:9,21
**333** 4:6
**345** 2:12
**346-0285** 3:16
**350** 81:7
**365** 3:6

**4**

**4** 6:15 40:9,13,13
40:14 51:3,5,11
59:23 63:1
90:20
**40** 104:9
**400** 3:14
**40th** 101:9,21
**415** 2:14
**419.31** 138:6
**42** 138:6
**45** 129:17 130:3
130:8,16
**46** 101:16
**4:20** 1:6 10:22
143:5

**5**

**5** 6:20 17:15
50:5,9 53:15
60:2,4,9
**5/2/18** 7:22
**500** 95:15 115:5
115:6 117:20

**504** 3:8
**50th** 45:2 77:13
101:10,21
**51** 6:15
**52** 138:24
**566-1311** 3:8
**5823** 123:11,24
124:2,20 125:6
125:14,19
127:22 129:1,4
129:12 132:1,4,9
132:21 134:15
135:17 136:22
138:22,24

**6**

**6** 1:18 5:21 7:6
10:15 16:19,24
18:10 27:13
52:22 53:19
58:10 61:9 72:5
72:7 84:24 85:1
85:2,16 86:3,3
105:17
**6/2009** 31:20
**60** 6:20 105:19
107:2,4
**60th** 45:1 46:10
47:15 48:5,6
77:4 82:11,12
101:10,21 135:9
135:13
**631** 105:15
**637** 103:15,16
**65** 121:7,12
**677-4030** 2:7

**7**

**7** 7:11 17:15
56:14 61:18
75:19,21 76:1
86:16 98:12
**7,000** 104:8
**7/6/20** 8:15
**70130** 3:7
**70802** 3:15
**72** 7:6
**75** 7:11 68:23
**750** 59:20
**751** 59:20 81:24
83:20
**752** 59:20 83:20
**753** 59:20 83:21
**754** 59:20
**78x** 54:24

**8**

**8** 5:9 7:16 17:15
45:4 84:14,18
103:12
**80** 68:23 77:20
**80015** 22:16 53:5
53:11 74:21
75:4,11
**80s** 37:15 58:21
**80th** 77:18,21
81:6
**83x** 54:24
**84** 7:16

**9**

**9** 7:21 94:7,11
**9/25/20** 8:19
**90** 35:17 83:24
**90071** 4:7

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 151 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[906 - analytical]                                    Page 3

**906** 74:19 75:10
120:22
**90834** 129:13,14
**90s** 37:16
**90th** 82:4
**93** 49:6
**94** 7:21
**94102** 2:13
**96** 8:6
**969-6329** 2:14
**9:13** 1:18 10:5
**9:33** 28:13
**9:40** 28:16

**a**

**aaron** 2:4 11:10
12:13 28:5
29:18 131:6
141:6
**aaron.modiano**
2:8
**ability** 16:2,7
78:1 124:1
140:15
**able** 69:5 103:21
103:21 104:2
108:13 123:24
130:14
**abuse** 53:13
**access** 99:19
100:9
**accompanied**
117:5
**account** 24:17
76:10,22 80:19
96:18,18 97:1
**accounting** 66:9
66:17,19,23

**accounts** 97:2
**accuracy** 128:14
128:15
**accurate** 129:1
133:5 136:10
**accurately**
135:18 136:22
143:14
**achieving** 68:8
**acquire** 79:15
**acronyms** 23:3
**action** 11:5
**actual** 36:9 77:6
80:10 84:4
88:13 89:2
124:14,23,24
129:3 133:8
134:2
**add** 30:10
**added** 102:24
**addendum** 40:20
**additional**
120:19 133:20
137:16
**address** 73:2
123:1
**adjourned**
142:14
**adjustment**
124:8
**adjustments**
122:11
**administer** 11:4
11:23 106:1,22
**administered**
82:9 106:20
**administration**
134:4

**administrative**
105:23
**advanced** 24:23
24:24
**advice** 108:8
**advise** 107:22
**advised** 107:20
107:24
**aeo** 140:18
**affect** 16:2,6
57:2
**affixed** 147:12
**aforesaid** 146:17
146:23
**afternoon**
103:18 131:20
**agarwal** 26:23
**age** 120:4,5,10
**agg.com** 2:8
**aggregate** 40:5
79:13 121:10
124:5
**aggregation**
41:9
**ago** 67:22,23
128:12
**agree** 10:13
61:22 62:10,21
63:14 130:3,7
140:3
**agreed** 90:7
**agreement**
103:22 104:7,16
106:16,16,17
107:3
**agreements**
99:20 106:14,19

**ahead** 87:23
99:9
**aided** 146:20
**airplane** 128:18
**al** 10:19,20
146:12,13
**algorithm** 24:24
**algorithms** 25:6
47:8 48:9
**align** 34:5
**alley** 130:22
**allocate** 50:22
82:2
**allocation** 35:14
**allow** 104:15
127:8
**allowable** 78:8
91:4,5,7,8
**ambulatory**
32:23 41:2
**amount** 31:18
54:8 81:17 86:6
88:10,14 91:8
92:19,21 134:3
**amounts** 22:11
27:21 36:22
**analyses** 66:9
**analysis** 25:3
37:9 61:12
64:15 128:24
129:3
**analyst** 38:23
**analytic** 25:1,8
99:11 104:18
**analytical** 33:15
34:8,10,16 37:6
37:20 38:16,24
54:18

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 152 of 184
CONFIDENTIAL                        July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[analytics - asserting]                                    Page 4

**analytics** 7:17
24:23 25:4
26:23 27:2
71:10 84:19
103:21,24 104:2
104:5,12,13
105:2
**analyzes** 45:23
**anesthesiologi...**
86:10
**angeles** 4:7
132:22
**annualized**
101:15
**answer** 13:24
15:13 17:19
20:7 39:11
46:18 56:11,11
63:8 66:6,21
70:5 74:14 75:1
80:1 82:15 86:2
87:23 99:1
110:17 111:7
113:23 114:1
117:22 120:16
122:17 126:14
127:20 130:14
133:6 135:4
136:17
**answered** 14:15
137:2 140:9,14
140:14
**answers** 6:21
60:10 80:23
143:15
**anybody** 13:13
13:15 14:11,12

**apc** 32:14,21,22
32:24 33:2 41:8
41:11,24 42:3,15
42:21,24 43:10
43:19 44:7,8,12
44:19 45:11,16
46:1,7,10 47:7
47:13 50:20
54:11 63:24
64:1 69:2 74:11
88:23 122:8
123:2,3,6,9,11
124:8 125:6,14
127:22 129:12
132:1,4,9,21
133:1,10 134:15
135:6,14,17
136:22 137:20
138:6,9,22 139:5
**apc0425** 41:5
**apcs** 22:16 31:14
40:21 44:11
124:22 139:13
**apologize** 103:7
**appear** 23:2
56:20 143:16
**appeared** 2:16
3:18 4:11 146:7
**appearing** 18:6
**appears** 76:4
110:7
**appendix** 63:24
**apples** 83:10,10
88:21
**applicable** 73:9
108:23
**application** 39:2
85:12

**applied** 29:12
64:22 92:4
122:2 132:11,11
132:23 134:18
**applies** 132:16
**apply** 75:5 88:8
122:9 135:1
**applying** 43:13
135:5
**appreciate** 86:15
89:12 103:6
140:10,13
**approach** 7:8
32:9 49:18
72:11,23,24
124:12 128:20
**appropriate**
56:5
**approximately**
1:17 19:13
20:11 104:8
**approximation**
58:4
**aqm** 70:7
**area** 24:8,9,13
24:13,18,19,23
25:2,4,4,14 26:5
26:6,8 27:1
32:20 45:12
49:13 66:15,23
70:19 71:9,12
82:22,22 83:4
106:12 119:20
133:10
**areas** 24:22,24
38:16 39:4
48:14,18,20
49:15,20 73:2

**argumentative**
126:10
**arithmetic**
139:17
**arnall** 2:3
**array** 44:14
47:14 48:6 57:7
67:24 82:3
135:14 139:10
139:11,20,22
**arrayed** 47:12
115:19
**arraying** 44:23
**arrays** 88:24
**arrived** 42:15
**asc** 54:16 101:9
102:9
**ascs** 35:19 54:24
**asked** 22:1 76:20
108:7 137:1
143:15
**asking** 46:20
58:9 61:3 76:23
76:24 77:1 80:7
80:15 89:24
97:18 101:19
102:1 108:10
128:20,22
134:12,15
137:12
**aspect** 70:7
**aspects** 104:18
125:23 130:23
**assert** 113:19
**asserting** 110:9
111:24,24
112:12

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 153 of 184
CONFIDENTIAL                                           July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[assertion - benchmarks]                                        Page 5

**assertion** 110:14
  111:5
**assessment**
  107:23,24
  121:14
**assist** 104:15
**associate** 96:18
  97:1
**associates** 104:9
**assume** 68:22
  95:15
**assuming** 95:9
  121:8 135:10
**assumption**
  95:19
**assumptions**
  29:11
**attached** 97:10
  101:15 104:12
**attachment**
  111:19
**attachments**
  111:14,15
**attention** 22:15
  61:7 94:20
**attorney** 15:9,10
  15:11,13 110:10
  111:6 113:19
  142:1,5,9
**attorneys** 1:7
  21:17 143:6
  147:5
**attributes**
  133:20
**audio** 10:12
**authorized** 11:4
**avenue** 2:5 4:6

**average** 49:6
  139:18
**avoid** 14:24
**aware** 16:10
  20:20

**b**

**b** 1:18,18 5:21
  10:15,15 16:19
  16:24 18:1,10
  27:13 40:20
  58:10 80:3,13
  90:23
**back** 28:15 45:3
  47:16 48:10
  65:16 68:1
  71:23 83:16
  89:21 106:10
  107:22 108:10
  110:1,8 111:4
  113:18 122:7
  124:23 131:12
  131:21 133:7
  135:2 136:2
**background**
  38:7
**ballpark** 68:19
**balls** 128:17
**barking** 103:7
**barry** 8:18
**based** 25:8 42:21
  49:12,18,18 81:9
  87:16 108:6
  111:17 117:19
  127:7,12
**baseline** 77:11
  122:10

**basically** 31:9
  33:19 35:18
  37:7 41:4,13,14
  41:23 42:6
  43:14 44:1,1,18
  44:23 45:3
  46:23 47:1,20,21
  48:5 50:11,12,22
  52:20,23,24
  57:10 73:5,11,16
  73:22 75:4
  81:20 88:8,23
  89:6 101:22,23
  106:10,13,18
  108:12 118:24
  119:12 120:6
  122:9 128:19
  132:19 136:1
  137:15 139:20
**basing** 117:18
**basis** 34:4 89:1
**bates** 5:22 6:8,24
  30:22 86:18
  87:8 94:15
  110:5 138:3
**baton** 3:15
**bearing** 10:21
**bears** 110:5
**beat** 99:24
**beckstead** 9:11
  25:9 26:19 27:1
  123:14
**beginning** 1:17
  17:24 18:20
  132:6
**begins** 10:15
**behalf** 1:4 2:16
  3:18 4:11 10:17

11:14,18 25:20
  31:9 58:10 77:1
  78:23 104:8
  120:18 143:3
**behavior** 84:3
**behavioral** 1:7
  4:13 7:6 16:6
  53:12 72:10
  73:4 97:19
  98:16 102:12
  117:5 118:23
  119:15 127:16
  127:21 128:3
  143:6
**believe** 13:9
  17:14 18:11
  29:3 30:23 31:7
  33:3 35:13,15
  42:19,19 43:18
  47:4 48:12,13
  53:13 54:24
  55:19 57:22
  58:3 65:10,12
  72:19 73:11,14
  75:12,15 79:12
  84:8 111:13
  114:7 117:4,10
  123:3,4 124:2
  127:22 128:8
  130:1 132:1
**bell** 133:10
**benchmark**
  77:15 80:19
  81:7
**benchmarking**
  78:23
**benchmarks**
  79:8

**[beneficiaries - center]**                                   Page 6

**beneficiaries**
36:3
**beneficiary** 36:6
**benefit** 83:19
**benefits** 69:13
134:4
**best** 119:23
140:15
**better** 33:5
49:17 83:2,3
**bh** 97:12
**bi** 38:15
**bias** 127:8
**big** 28:3
**bigger** 85:6
**biggest** 82:18
**bill** 54:22 55:21
67:3,8 102:15
**billed** 74:5 86:4
107:4
**billing** 35:7
50:17 55:3 66:8
66:16,18 67:19
120:21
**bit** 21:13 80:4
**blank** 74:20
95:12 110:7
111:12
**blueprint** 41:13
**bob** 34:22 58:17
58:22 73:1
**book** 116:17
**bottom** 31:19,20
72:17 76:21
98:11 103:13
**bourgeois**
106:12

**box** 71:12
**boxes** 55:11 66:2
**bradley** 7:22
**break** 14:10,12
14:14 131:1,5,12
131:14,15,24
**briggs** 25:15
27:3
**bring** 27:13
29:16 47:15
68:6 84:11 96:7
100:15
**broaden** 115:21
116:9
**brought** 22:15
31:17 37:13
**bucket** 65:23
**built** 73:8
**bunch** 69:16
81:10
**bundled** 33:6
95:14
**business** 26:12
116:17 141:24
**butterbaugh**
8:19
**bw** 1:4 143:3

**c**

**c** 22:19,19 146:3
**caesar** 3:4 11:13
11:13 13:10
14:19,21 15:7
17:2,17,21 19:12
19:13,16,19 28:4
28:8 29:18 30:4
30:16 39:9,19,22
42:16 46:16

56:7 57:4 60:20
61:4 66:20
68:21 70:10,16
74:23 79:24
82:14 85:23
87:21 89:17
90:11 93:23
98:20 103:15
109:19 110:3,4
110:18 111:3,10
111:16,21 112:4
112:8,12,19
113:6,17,24
117:21 118:18
120:14 122:16
126:9,12,16
127:18 130:10
130:13 131:2,14
133:3,18 134:19
135:21 136:16
137:1 138:3,10
139:7 140:16
142:4,5,7
**calculate** 89:9
**calculated** 88:14
91:2,3
**calculation** 48:4
**calculations**
87:9
**calendar** 36:3
**california** 1:2,8
2:13 4:7 10:21
143:2,7 146:11
**call** 13:15 24:12
24:15 25:2,6
32:2 33:20
35:14,20 38:16
50:11 55:10

70:5 71:8 86:9
92:12 94:20
97:22 99:18
104:17 123:21
**called** 12:7 23:23
40:21 55:8 72:9
92:17
**calls** 69:24 70:19
**camera** 10:9
**canal** 3:6
**captioned** 90:23
**care** 23:10,22
24:1,8,11 34:2
35:3 39:3 49:16
50:17 82:24
83:7,13,19,21
84:4,7 86:9 89:7
115:16,21,23
127:23
**carolyn** 98:15
**carried** 52:6,8
**case** 10:18,21
12:23 14:23
22:6,10 32:16,17
32:17 67:9 75:9
144:1 145:1
**categories** 55:16
**category** 41:24
**cause** 1:14 43:17
65:4 117:16
143:12 146:9,16
**ceiling** 91:11,16
92:2
**center** 73:6,8,10
73:19,20 74:11
74:13,19 75:10
88:4

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 155 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[centers - cms]                                      Page 7

centers 89:3
ceo 27:7
certain 33:4
  68:16 78:1 92:8
certified 10:24
  38:10 126:1
  143:12
certify 143:10
  146:6,14,24
  147:3,7
cetera 20:6 41:6
  41:22 52:12
  61:15
cfo 27:6
cfr 138:5,6
chance 113:3,13
change 123:23
  137:12 144:6
  145:6
changed 39:7,24
  40:5 49:22 52:9
changes 47:23
  51:22
charge 32:11
  36:18 63:3,13,16
  63:18 78:7 79:2
  79:5,8,9,10,19
  79:19,22 81:9,20
  82:13 87:16
  88:6 89:1 106:7
  109:7 124:4
  127:7,12 139:21
charges 33:22
  36:9,22 81:16
  82:3 91:4
  106:24 107:1,4
  108:15 127:16

chart 46:6 50:8
  56:14,20 74:18
  94:17
check 60:20 61:4
  67:16 68:4
chicago 45:12
  46:12 49:14
  133:7 135:11,11
  135:11,16
choice 23:18
choose 45:2 74:4
chosen 133:1
cicardo 3:13
cindy 8:18
  107:20
cisco 70:7
cite 93:6 116:14
city 7:18 84:20
  135:15
civ 5:21
cj 1:4 143:3
claim 20:18,19
  31:15 41:21
  42:3 43:15 44:6
  44:18,20 46:12
  46:12 47:11
  48:3 50:11,12,22
  50:23 54:21
  55:8,9 65:18,24
  66:2 67:12,13
  69:11 73:21,22
  74:22 75:4,9
  86:4 89:5,5,11
  93:5 99:21
  102:11 111:4,5
  114:15 117:17
  132:14,21,23
  133:20 134:11

134:23 135:1
claims 20:5,20
  20:21,22 21:23
  27:16 29:13,15
  33:13 36:2
  41:14 43:14
  54:5 55:15,17,20
  61:16,20,21 62:8
  62:9 64:8,19,24
  65:13 66:24
  67:17 68:16
  69:17 76:24
  78:1 79:21 80:8
  80:11 84:7 86:6
  86:12,13 88:2,3
  88:23 89:4
  92:13,15,19,20
  92:23,24 108:14
  116:5,12,15,21
  117:6,9,13,17,20
  118:13,16,17
  119:15 120:2,8
  122:13,23 126:8
  132:6 133:9
  136:12,13,14
clarification
  42:9 67:5 86:15
  94:3
clarify 46:4
  111:23
clarifying 36:21
class 27:18
classes 38:9
classification
  32:23 41:3
  73:20,22 74:8
classifications
  41:16

classifies 40:20
  138:7
classify 42:2
  100:4
claw 110:8 111:4
  113:18
clean 112:6
cleanup 137:17
clear 110:16
  112:7 113:4,5,7
clearer 80:7
click 17:1 29:20
  30:21
clicked 30:4
client 31:16
  44:24 53:16,22
  54:2,4,10 67:9
  68:7,12 91:11,15
  92:1 97:5
  108:18 110:10
  111:6 113:19
  122:6
clients 25:8,20
  25:23,24 26:1,2
  26:9 31:18 34:6
  78:9,23,24 92:6
  99:19 101:24
  134:1,2
clinical 52:24
  130:23
clinically 138:8
cloaks 112:22
close 82:12
cms 32:12,15
  33:14 36:2,10,13
  40:16,19,19,23
  42:21,23 43:20
  44:8 63:24 64:1

[cms - continuing]                                                    Page 8

64:2,3,7 95:4,7
95:17 108:20
109:1 125:5
138:7
**cms's**  33:14
49:10
**code**  22:17 41:8
42:24 43:10
47:13 54:11,13
73:9,19 74:11,19
74:21 75:10
82:22 88:24
95:10 120:22
123:2,3,6,9
124:24 132:1,4
133:10 139:12
**coder's**  130:22
**coders**  126:1
**codes**  22:16 33:4
33:4,8 41:1,2,15
43:18,23 44:3
53:1 73:7,18
74:3,4 82:3
128:24 130:20
130:20 139:10
**coding**  38:16
39:1,7 73:3
125:24
**coincides**  119:12
**colleagues**  11:15
11:20
**collected**  33:13
79:11
**collective**  25:19
137:4
**college**  38:9
**colonoscopy**
44:12

**column**  21:24
90:23 91:10
92:2 93:14,15,16
94:22 95:4
**combination**
19:18,19 31:6
41:20
**combinations**
47:7,7 104:24
**combines**  41:23
**come**  21:13
31:17 47:11,18
48:4 79:22 81:6
131:12
**comes**  44:6
50:12 73:21
75:4,9
**coming**  35:17
43:15 97:24
101:18 125:15
**comment**  91:21
92:3
**commercially**
119:7
**commonplace**
50:16
**communicate**
74:5
**communication**
18:23 112:19,21
**communications**
112:14
**company**  1:7
10:20 143:6
146:13
**comparable**
138:8,13

**comparative**
126:19
**compare**  59:12
77:2,16 78:20
80:3 83:5,10
119:4
**compared**  79:18
79:23 80:14,16
**comparing**
80:18
**comparison**
78:21 81:2
109:6 118:21
119:6
**complaint**  20:3
**complementary**
99:24 100:1
**complete**  83:6
**completely**  86:8
89:4
**complex**  67:20
**component**  25:7
55:7 109:5
**components**
31:15 32:14
40:16 52:10,14
53:16 65:17
121:13
**compound**
120:15
**computer**  38:12
146:20
**concepts**  82:7
**concern**  117:16
**concerned**  57:5
**concierge**  4:18
29:23 30:7,17

**concludes**
141:11
**condition**  16:6
**conducted**  10:8
**conducting**  13:5
**conference**
13:15
**confidence**
119:17
**confidential**  1:7
140:18 143:6
**confirm**  30:2
106:21
**conglomeration**
100:2
**connecticut**  1:7
143:6
**connection**  10:9
**consider**  97:5
**consideration**
124:7
**considered**
34:19 38:2,3
**consistent**  69:3
**cont'd**  3:1 4:1
**contact**  22:3
**contain**  120:20
**contained**  37:2
**contains**  36:1
**contents**  110:12
**context**  91:22
104:1 128:21
**continually**  35:1
**continue**  10:12
61:18
**continues**  36:8
**continuing**  36:23

contracting
  106:15
convention  3:14
conversation
  18:21 108:6,17
conversion
  133:17
cook  1:15 146:5
  147:19
coordination
  69:13
copied  101:4
copy  30:6 94:16
copyright  31:19
core  34:5 39:23
  52:14 65:17
corner  53:19
corporate  18:13
corporation  1:7
  1:8,9 58:10
  143:6,7,8
correct  12:21,22
  13:11 17:13,16
  18:15 22:19,20
  39:17,18 42:24
  48:14 57:17,19
  62:11 67:3 75:5
  75:6 76:5 85:14
  87:13,14 102:6
  104:6 107:1
  114:7 117:2
  118:10,11,13,14
  121:23,24
  122:18 123:6,7
  128:9 135:14
  140:1 146:22
correctly  55:23
  123:11 139:13

correlates
  117:24
correlation
  78:15
correspond  49:9
  85:1
corresponding
  94:18
cost  88:6 109:6
  138:14,17 139:3
  139:5,21
costs  88:11
  109:7
counsel  11:7,11
  11:22 15:2
  17:13 18:22
  19:5 21:22 22:4
  60:17 90:7
  110:4,15 111:1
  111:22 113:13
  140:21,24 147:1
  147:7
country  122:15
county  1:15
  146:3,5 147:19
couple  13:18
  15:22 24:10
  28:6,10 76:23
  77:2 91:17
  101:12 121:8
  137:17
courses  128:9
court  1:1 10:20
  11:1,23 13:20
  14:11 22:18
  42:9 67:5 94:3
  141:17,20,24
  142:5,9 143:1

146:10
covered  20:12
  29:3 95:10,13
cpt  94:22
craig  3:4 11:13
  90:10
craig.caesar  3:9
crandell  1:13 5:8
  5:16 6:3,7 7:3
  8:3,11,15,22 9:3
  9:6,10 10:1,17
  12:6,11 14:16
  15:9 16:22
  28:19 51:4 60:3
  72:6 75:20
  84:13 89:24
  94:1,6 96:3
  98:21 100:18
  102:20 107:12
  107:20 109:14
  110:20 113:9
  114:7 131:24
  143:19 144:3
  145:3 146:9
create  33:5
  42:23
created  31:5
  33:4 42:21
  72:24 137:10
creates  109:20
creating  44:21
cross  67:16 68:4
crosswalk  40:19
  40:23 42:2
  43:12,13,20 64:1
  64:2,3 134:15
crosswalking
  74:14

crosswalks  41:1
  63:23 125:5
crr  1:23
crutcher  4:3
csr  1:23
cst  1:18
current  23:7
  72:19 77:3,9,10
  81:8
currently  23:9
  78:21 108:15
cursory  81:5,6
curve  133:11
customary  92:17
  92:19,21
customer  100:10
cut  99:10
cv  1:6 10:22
  143:5
cycle  47:18

d

d  5:1 91:10
dale  7:11 27:8
  76:5,8,20
dallas  44:13
  59:18,19 81:24
darwin  4:20
  11:21
data  24:24 25:7
  27:22 29:4,8,8,9
  29:10,12 31:13
  32:12 33:11,19
  33:24 34:5,18
  35:3 36:9,11,14
  36:19,24 37:1,1
  37:2,2,8,9,10
  43:21,22 44:14

44:22 45:22
46:1,8 47:8,19
53:24 57:8,15,16
57:17,18 61:14
63:3,13,16,18,20
65:7,14,21 67:24
77:6,12,19 78:5
78:17,19 79:2,3
79:5,8,9,10,13
79:15,16,19,19
79:22 80:8,11,13
80:15 85:9,14
88:3 92:13,14,16
93:2 101:24
114:18 115:19
118:4 119:11,23
121:13,20 122:7
122:10 123:18
126:2,3,19,19,24
127:3,7,12
136:13,14
**database** 37:3,5
37:8 42:6
**databases** 27:19
38:2
**date** 20:14 144:4
144:23 145:4,23
**dated** 7:13,22
8:7,11,15,19,23
9:7,11 76:7
105:17 112:11
**day** 1:16 52:21
98:7 143:21
147:12
**days** 141:24
**db** 1:4 143:3
**dc** 2:6

**decades** 119:19
**decide** 71:16
**decision** 123:15
123:19 126:18
136:23
**decisions** 119:22
**deck** 84:24 87:1
**deem** 127:24
**deep** 85:11
**defaulted** 73:6
**defendant** 3:18
6:22 11:14
14:23 60:11
**defendant's** 15:2
**defendants** 1:9
11:19 14:24
143:8 146:13
**define** 116:16
119:5,5
**defined** 48:19,20
**definitely** 125:2
141:19
**definition** 26:9
61:24 62:1
100:7
**deliveries** 89:7
**delivering** 24:14
**delivery** 35:20
40:1 86:9
141:20 142:2
**delved** 120:9
**demographics**
121:3,4
**denise** 106:12
**department**
23:22 31:7 66:8
66:14 84:6
104:10

**departments**
67:16
**depending** 57:12
83:23 84:4
104:24
**depends** 10:8
141:22
**deponent** 3:19
**deposed** 12:21
13:1
**deposition** 1:12
5:14,20 6:1,6
7:1 8:1 9:1 10:1
10:7,16 12:24
13:5 15:17
16:14,19,23 18:1
18:17 19:4,11
21:19 28:19
51:4 60:3 72:6
75:20 84:13
94:6 96:3
100:18 102:20
107:12 109:14
110:20 113:9
140:17 143:11
144:2 145:2
147:1,4,5
**depositions**
14:22 16:14
**deralyn** 1:15,23
11:2 143:12
146:4
**derive** 48:4
121:22
**derived** 41:8
**describe** 61:11
63:2 64:14
69:22 99:13

**described** 48:6
**describing** 58:11
**description** 5:18
6:5 7:5 8:5 9:5
52:7 53:14
129:16 130:2
**designated** 70:11
86:1 140:18
**designation**
87:22
**designed** 32:15
136:7
**detail** 61:12
62:16,22 63:2,12
64:15 69:22
71:8
**determination**
136:21,24
**determine** 27:20
64:16 66:10
**determined**
49:19 56:5
126:7
**determining**
61:13 135:17
**development**
26:7 39:2 104:9
105:9
**devices** 13:6
**dialysis** 54:16,24
102:9
**differ** 85:18,21
**difference** 36:12
82:18 88:5 98:5
128:13,15
**differences** 52:1
130:16,23

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 159 of 184
CONFIDENTIAL                          July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[different - empty]                                             Page 11

**different** 12:18
24:10 33:8 35:2
41:15 42:19
43:22 47:6
48:13,22 50:17
55:11 57:12
77:2 78:5 82:7
83:8,22,24 84:1
84:3 86:8 88:1
89:4,6 97:16
100:3,17 104:17
104:23 106:19
113:1,15 122:2
126:24 127:3
130:4,8
**differently** 81:21
**digit** 59:17 81:22
82:22 83:5
**direct** 25:13
26:17 27:3 61:7
71:1 111:7
134:16
**direction** 43:22
**directives** 92:7
**directly** 25:10
132:10
**directs** 100:8
**dis** 85:13
**disagree** 110:14
**disappeared**
96:6
**discovery** 1:12
62:13 63:9
**discrepancies**
22:11,14
**discuss** 19:8
45:15 124:15

**discussed** 105:20
110:14 133:22
**discussing** 87:3
132:1
**discussion** 30:18
42:10 51:7 60:6
62:3 71:18 90:5
94:4 100:13
101:11 103:9
109:12
**discussions**
125:22 129:4
**disposition**
93:16,17
**disruptions** 15:4
**distributed**
40:19
**distribution**
44:17,22 53:24
56:1,1,3,18,21
57:7 61:15
**distributions**
45:23 46:2
57:12
**district** 1:1,2
10:20,21 143:1,2
146:10,11
**divisions** 24:1,10
**dl** 2:10 11:12
**dllawgroup.com**
2:15
**document** 17:9
18:4 30:1 31:1,4
31:5,10,10 32:5
40:10 60:14
61:2 72:15,20
73:5,10 74:17,24
75:18 86:19,24

90:2,14,16 91:18
92:5 93:22 94:1
98:11,22 102:17
109:19 110:5,8
110:11,17 111:5
112:1,23 113:21
**documents**
19:22 20:1,6
21:14
**dog** 103:7
**doing** 17:23 37:9
44:2,8 73:15
80:18 91:24
106:6 124:18
**download** 46:24
**dr** 103:19
**draft** 142:6,7,10
**draw** 118:24
**driven** 44:24
**due** 98:16
**duke** 134:23
136:3
**duly** 12:7 146:15
**dunbar** 3:3,12
11:14
**duncan** 4:19
10:23
**dunn** 4:3 11:19
**duplicate** 65:7
**duties** 24:6

**e**

**e** 5:1 103:20,20
**earlier** 51:16
55:14 66:2
81:24 101:23
112:3 114:8
130:2 133:22

**early** 37:16
123:12
**easier** 23:1 94:18
**easy** 43:5
**echo** 125:21
**economics** 23:10
23:22 24:1,8,11
39:3
**ecr** 86:7
**edi** 92:13,17
135:3
**edit** 52:24
**edited** 53:1
**edits** 133:21
**edwards** 96:14
96:19 108:10
**effect** 122:10
126:6
**efforts** 63:2,6
64:15
**eight** 43:18
**either** 71:14
95:12 96:17
**elect** 45:1 99:20
**elected** 100:10
**electronic** 13:6
**email** 7:11,21
8:6,10,14,18,22
9:6,10 76:4,9,20
77:22 94:11
95:24 96:12
98:11 101:2,2,13
103:5 105:16
112:2,9,10
**emails** 20:5,9,9
76:13
**empty** 95:20

[encounter - facility]                                    Page 12

encounter 42:3
encountered
  41:14
ended 28:3
endoscopy 45:11
engaging 106:8
engine 77:24
  132:20 134:12
  134:12,23 136:8
engineers 47:20
enterprise 26:23
enters 134:11,11
  134:23
entire 23:20 35:4
  37:20 39:16
  51:24 112:1
  122:15
entirely 12:17
  135:19
entitled 1:14
  143:12
entity 78:4
environment
  47:10 48:3
episode 114:16
episodes 34:3
  35:3 49:3
  114:19 115:16
  115:21,23
  127:23
equal 54:1 91:4
equals 91:8
equation 88:13
  88:16,17
errol 3:5 11:15
errol.king 3:10
esq 2:4,11 3:4,5
  3:13 4:4,5

essence 40:4
  116:16
essentially 39:15
  39:15
establish 81:16
  139:11
established 33:3
  50:16 59:2
establishing
  88:11
et 10:19,20 20:6
  41:6,22 52:12
  61:15 146:11,13
evaluate 76:23
  76:24 77:5
  101:8,20
evaluated 116:6
  118:1 120:3
evaluating 124:6
evaluation 127:3
everybody 24:16
  26:10 142:12
evolves 40:1
exact 35:13
  53:14 59:16
  74:2 93:6
  114:22 117:6
  130:21 135:22
examination 5:6
  12:9 110:12
examined 12:8
example 45:14
  46:22 53:2
  54:21 59:18
  83:17 120:4
  132:21 133:7
  135:11,16

examples 65:21
  130:21
excel 90:3
exception 43:17
exceptions 43:14
  43:16
excluded 98:17
excluding 19:2
exclusion 107:21
  108:11
exclusions 97:12
  97:19
executive 105:10
exhibit 5:19 6:6
  6:10,15,20 7:6
  7:11,16,21 8:6
  8:10,14,18,22
  9:6,10 10:1
  28:19,23 29:1,16
  29:20,24 30:5,11
  41:3 51:3,4,11
  51:24 60:2,3,9
  63:24 71:16
  72:3,5,6 75:20
  84:13,18 90:7
  93:24,24 94:6,11
  96:3,10 100:18
  100:23 102:20
  102:24 107:12
  109:14,18 110:5
  110:20 111:1,8
  113:9,13
exhibits 5:14 6:1
  7:1 8:1 9:1
  28:24 29:19
  30:3 62:19
exist 129:5

existence 112:18
expand 83:1
expect 53:10
expected 104:14
experience 77:6
  82:10 119:19
expert 41:12
expertise 126:4
  137:14
explain 33:16
  55:1 62:15,22
  63:11 67:7
  68:15 76:19
  81:13 87:18
  91:14 105:20
  108:5
explaining
  130:22
explains 31:13
  73:5,24
explanation 6:11
  80:4
expressed 53:22
extent 70:19
external 25:24
  73:13 137:5
eyes 1:7 143:6

f

face 26:4
facilities 84:2
facility 6:10,15
  29:5 33:12,13
  36:2 37:3,5
  51:11 62:14
  63:10 73:21,24
  74:5 85:20,21
  106:15

**[facing - g]**                                                Page 13

| | | | |
|---|---|---|---|
| **facing** 26:4 | **file** 13:7 20:5,18 | 146:15 | **forward** 23:21 |
| **factor** 132:11 | 20:19,21,22 | **fit** 128:17 | 105:6 109:4 |
| 134:17 | 21:23 33:15,19 | **five** 27:3 95:16 | 112:2 136:11 |
| **factors** 133:17 | 33:20 34:8,10,16 | 95:20 131:15 | **forwarded** 112:2 |
| **fair** 26:11 31:24 | 35:2 36:1 37:6 | **flow** 69:17 | **foundation** |
| 39:14 45:16 | 37:20 46:8,24 | **focuses** 25:11 | 118:19 130:13 |
| 59:12,15 74:16 | 47:1,3,19,21,24 | **folks** 28:5 | 133:4 139:8 |
| 77:18,20,22,23 | 54:18 55:15 | **follow** 125:3 | **four** 19:14 67:23 |
| 78:2,3,4,16,18 | 63:18,19,21 | **following** 141:14 | **francisco** 2:13 |
| 78:20,23 79:1,7 | 66:22,23 67:10 | **follows** 12:8 | **franklin** 2:12 |
| 79:17,19 80:13 | 72:9 92:13 96:7 | 43:11 | **fred** 77:24 |
| 81:10,19 82:13 | 115:15 118:9,24 | **foregoing** | 132:20 134:23 |
| 89:9 90:9 93:9 | 119:7 120:2,19 | 143:14 146:21 | 134:24 135:8,12 |
| 93:12 95:17,19 | 121:4,6,14,21 | 147:1 | 135:13,20,24 |
| 122:13 129:1 | 125:15 126:24 | **forever** 23:6 | **free** 15:2 39:18 |
| **fairly** 69:2 70:3 | 127:6 136:13 | **form** 25:22 | **fremont** 12:24 |
| **fall** 56:2 102:13 | **filed** 10:20 | 39:10,20 42:16 | **frequencies** |
| 102:14 115:23 | **files** 92:17 | 46:17 55:3 56:3 | 81:18 |
| 138:22 | **filled** 55:11 66:3 | 56:8 57:4 66:20 | **frequency** 44:16 |
| **falls** 118:1 | 66:3 | 68:21 74:18,23 | 44:21 52:13,17 |
| **familiar** 38:19 | **final** 141:18 | 75:5 79:24 | 52:21 53:8 |
| 129:14,20 | **finance** 24:9 | 82:14 85:23 | 64:16 66:10 |
| 130:15 | 66:7,13,13,15 | 98:21 117:21 | 132:18 |
| **february** 72:18 | 67:15 | 118:18 120:14 | **frequent** 70:20 |
| 98:12 | **financially** 11:6 | 122:16 126:9 | **fulfilling** 101:22 |
| **fed** 5:21 | **find** 48:24 49:2 | 127:19 130:10 | **full** 47:18 |
| **federal** 16:23 | 69:5 70:15 71:7 | 133:3,18 135:21 | **function** 42:8 |
| **feedback** 102:2 | 115:14 | 136:16 | **functionality** |
| **feel** 22:12 39:18 | **fine** 15:5 | **formal** 142:8 | 39:23 |
| 137:13 | **finish** 13:22 | **format** 68:2 | **functions** 135:3 |
| **feelings** 126:7 | 99:10 | **formed** 58:20 | **further** 44:8 |
| **fees** 64:17 66:11 | **first** 12:7 17:2 | **formerly** 34:22 | 120:9 146:14,24 |
| **fell** 55:18 | 24:12 27:10 | **forms** 35:19 | 147:3,7 |
| **field** 54:20 74:20 | 29:16 40:22 | **formula** 39:16 | |
| 92:12,16,22 93:3 | 53:21 59:1 | 43:3 | **g** |
| **figure** 28:9 | 61:22 70:10 | **formulating** | **g** 93:15 103:20 |
| **figured** 39:21 | 77:3,7 94:21 | 133:10 | 103:20 |
| | 98:14 103:23 | | |

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 162 of 184
CONFIDENTIAL                                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[gap - half]                                                    Page 14

gap 44:1 73:2
gathering 25:7
  26:5
gaurav 26:23
general 22:7,8
  22:17 40:24
  99:16,17 115:9
  118:13,16
generalities
  59:23 99:15
geographic
  48:14 59:11
  61:15
geographical
  45:12 48:18,20
  52:13,17 132:18
geometric
  138:14,16 139:3
  139:5,15
geozips 59:13,15
gerges 103:19
getting 68:10
  71:7 86:22
  139:18
gi 44:17 45:11
  46:12
gibson 4:3 11:19
gibsondunn.com
  4:9,10
give 13:24,24
  54:8 58:4,7 80:2
  83:3 92:6 97:15
  113:13 114:24
given 10:16
  111:2 143:15
  146:17,22
gives 53:2 83:2
  128:2 136:5

glass 8:14 105:9
  105:16
go 10:13 13:18
  14:13 16:13,17
  27:24 28:6,10
  29:1 38:4 42:20
  45:4,18 46:8
  47:20 49:1,3
  50:5 53:1 66:4
  71:3 79:14
  81:22 83:18,20
  84:24 85:11
  86:16 87:6,7,23
  89:16 91:10
  93:14 98:10
  99:9 103:12
  104:18,21
  106:10 108:10
  109:20 126:20
  130:18 131:13
goes 14:10 47:13
  74:9 108:17
going 10:5 12:19
  21:10 27:11,11
  28:3,12 29:2,19
  38:4 39:9,19
  45:19 46:16,16
  51:1,2 56:7,8
  57:11 63:7
  65:16 68:22
  70:10 71:15,20
  83:3,7,16 84:12
  84:23 85:6,8,11
  86:16 87:21
  88:13 89:18
  90:1 93:23 98:3
  98:20 102:18
  106:10 108:24

109:22 111:4
  113:12,18
  115:18 122:7
  125:15 127:18
  131:2,4,11,17
  133:7 141:10
golden 2:3 90:21
good 10:4 12:11
  12:12 26:15
  30:12 35:22
  43:3 59:9 87:2
  101:7 103:18
  113:3 117:13,13
  128:2 131:5,20
  140:7
goofed 107:11
gordon 1:15,23
  11:2 143:12
  146:4
government
  33:3 73:23
gracie 4:18
grand 4:6
great 15:7 141:7
greater 138:16
gregory 2:3
grid 42:1
gross 90:24 91:1
  91:3,8
ground 13:19
group 2:10
  11:12 25:19
  33:4 42:7,8
  97:13 138:13,15
  138:18
grouping 33:9
groups 40:21
  102:9,12 137:20

138:6,9 139:5
guess 43:8 85:18
  85:19 92:12
  133:14 137:12
guessing 45:8
guide 73:12
  123:18
guidelines 52:24
gut 126:6
guts 126:17
guys 26:12 68:4

**h**

h 22:19 64:6
  93:15,16 116:12
h00 136:11
h0015 62:4,7
  63:17,20,23 64:1
  64:2,4,8 94:22
  95:8 102:11
  114:9,15,16,18
  114:20 115:10
  115:17,21,24
  116:6,13 117:3,4
  117:14 118:15
  118:17 120:2,7
  120:21 121:3,9
  121:19,20
  122:13 123:1,8
  123:10 124:21
  125:18 126:7
  127:1 129:2,22
  132:5,12 134:14
  135:5,19 136:12
  136:14,14,21
habit 23:4
half 76:21
  131:10

**[hand - identified]**                                                          Page 15

**hand** 147:12
**handful** 78:22
**happen** 68:14
**happened** 69:11
**happening** 135:4
**happens** 41:19
  109:1 135:3,23
**happy** 14:8,13
  113:6
**hard** 83:9
**hce** 90:17,18
  97:13 104:5
  107:22 115:10
  118:6
**hcfa** 55:8
**hcpcs** 22:17,19
  33:4 40:21 41:1
  41:2 43:10 47:7
  47:13 53:1,6,8
  62:4 73:9 74:20
  86:4,5 88:24
  92:23 94:22
  95:8 106:2
  114:9 117:3
  123:1 124:24
  125:5,7,9,18
  129:12,14
  130:20 139:10
**he'll** 17:21
**head** 14:6 27:6
  58:1,6 76:10
  79:14 81:3
  125:8,11 129:15
  137:22
**headed** 25:4
**headers** 20:22
**heads** 25:16

**health** 1:8 4:13
  7:6 16:6 23:9,21
  24:1,8,10 29:14
  34:2 39:3 50:17
  53:12 59:12,15
  65:9 72:10 73:4
  77:18,21,22,23
  78:2,3,4,16,18
  78:20,23 79:1,8
  79:17 80:13
  81:10,19 82:13
  84:7 93:9,12
  97:19 98:16
  102:12 106:17
  117:6 118:23
  119:15 127:16
  127:21 128:3
  143:7
**health's** 79:19
**healthcare** 1:6
  4:12 10:19 77:1
  108:11 143:5
  144:1 145:1
  146:12
**heard** 10:10
  137:19
**hears** 135:1
**heart** 38:23
**heather** 4:4
  11:18
**held** 30:18 42:10
  51:7 60:6 71:18
  94:4 100:13
  103:9 109:12
  141:15
**help** 59:4 125:1
**helped** 31:7

**hereinbefore**
  147:6
**heretofore** 146:6
**hereunto** 147:11
**hey** 77:15
**hi** 107:20
**high** 37:16 40:24
  41:11,17 52:5
  68:5
**higher** 74:7 83:6
**highest** 138:14
  139:3,5
**histogram** 45:6
  45:10 46:7,8
**historical** 127:2
**hold** 51:20 53:18
  86:22
**home** 65:9 103:6
**honestly** 131:9
**hope** 50:1
  140:14
**hopefully** 14:24
  15:3
**hospital** 33:21
  35:21 54:16,21
  54:23 74:8 88:7
  102:10,14
  125:10,16 128:4
**hospitalization**
  50:19
**hospitals** 35:7,12
  35:14,18
**host** 68:14 69:14
**hosting** 24:20
**hour** 131:10
**hours** 16:2 19:14
  19:15 130:9,17
  140:7

**hrichardson** 4:9
**huff** 4:18
**huh** 14:5,20
  17:20 24:5
  32:10 34:9
  45:13 52:18
  57:1 58:12
  69:21 79:6
  83:14 86:20
  87:10 104:4
  105:13 116:3,10
  125:4 127:13
  128:7 134:9
**human** 84:3
**hundred** 55:11
**hundreds** 34:1
  35:6 74:3
**hypothetically**
  139:9
**hyppolite** 4:5
  11:20

**i**

**i.e.** 62:15 63:11
  81:8 106:2
**i.opr** 98:18
**idea** 103:19
**identification**
  10:3 28:21 51:6
  60:5 72:8 75:22
  84:15 94:8 96:5
  100:20 102:22
  107:14 109:16
  110:22 113:11
**identified** 5:18
  6:5 7:5 8:5 9:5
  17:15 134:2

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 164 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[identifier - job]                                                    Page 16

**identifier** 97:20
**identify** 11:7
  67:13 90:4
**identifying** 68:8
  68:12
**illinois** 1:16
  146:1,5 147:19
**image** 111:19,20
**immunity**
  112:24 113:20
**impact** 102:2
  107:23
**impacted** 69:18
**implemented**
  38:3 75:14
**important** 55:24
**include** 24:23
  29:7
**includes** 36:9
  67:12
**including** 27:18
  61:14 63:13
  64:18 112:1,21
**incremental**
  101:16
**incurred** 67:21
**indexed** 70:1
**indicate** 53:23
**indicator** 41:22
  50:7,10 52:12,12
  65:11
**indicators** 50:6
  50:18 65:7
**individual** 30:5
  70:24 88:24
  120:5
**industry** 52:23
  55:4 58:19

71:11 126:5
  127:5
**inflationary**
  47:4 122:11
**inform** 108:12
**information**
  24:13 26:6,24
  65:15,20,23
  67:17 98:9
  112:13,20
  120:19
**informed** 110:3
  110:4
**ingenix** 37:2
**initial** 93:15
**initiatives** 25:17
  124:15
**inpatient** 87:12
  88:2,3 89:5,10
**input** 47:1 54:4
  115:17 136:5
**inputs** 136:9
**inquiries** 69:23
**insert** 74:21
**inside** 112:21
**instance** 73:3
  77:14 105:2
  132:15 137:14
**instances** 120:21
**institutional**
  86:12
**instructed** 15:13
**instructing**
  110:16 113:22
  113:24
**instruction**
  111:3

**instructions**
  111:2
**insufficient**
  114:18
**insurance** 1:6
  10:19 143:5
  146:13
**integrity** 29:10
**intelligently**
  108:13
**intensity** 130:18
**intensive** 61:15
  61:20 62:1,7
  63:3 95:1 124:2
**intentionally**
  111:12
**interacted** 98:8
  105:3
**interactions**
  25:21
**interested** 11:6
  147:9
**internal** 25:24
  26:2,4,4 93:10
  137:9
**internally** 118:6
  135:5
**internet** 10:9
**interrogatories**
  6:22 60:11
**interrogatory**
  61:8,11 63:1
  64:11,14 69:20
**interrupt** 131:7
**intricacies** 67:19
**introduce** 51:2,2
  60:1 84:12 96:2
  100:16 102:18

109:10 113:12
**introduced** 30:1
  30:14 60:9
  94:10 96:9
  110:24
**introducing**
  30:11 90:6
**introductions**
  12:20
**invoke** 133:21
**involving** 18:23
**iop** 63:4 102:12
**ipr** 87:9,12,15,19
  87:22 97:11
**isight** 24:24 85:9
  85:14
**issue** 22:15 28:9
  109:20 111:23
**item** 138:15,17
**items** 50:19
  138:12

**j**

**jackie** 8:19
**jacqueline** 7:12
  7:21 8:6,10
  96:13 101:4
**jacquelyn** 94:11
  97:21 101:19
**jacquelyn's**
  97:18
**january** 29:6
  61:16 63:5
  64:22 97:11
  98:16
**jim** 27:6
**job** 128:19
  133:24

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 165 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[jog - late]                                                    Page 17

**jog** 137:21
**john** 25:15,15
  27:3
**joined** 11:11,15
  11:20 25:15
**joint** 41:5
**jolene** 7:22
**judging** 98:6
**julio** 26:22
**july** 1:16 5:4
  10:5 23:11
  105:17 143:13
  144:4 145:4
  146:7 147:13
**june** 32:1

**k**

**k** 146:3
**karen** 9:11 25:9
  25:10 26:19
  27:1 119:18
  123:14 125:22
  126:23 136:23
  137:3,14
**kathy** 71:5 93:20
**katie** 2:11,15
  3:13 11:12,16
**katie.mannino**
  3:17
**keep** 66:18 86:16
  109:4
**keeps** 66:8,16
  112:6
**kevin** 4:19 10:23
**khyppolite** 4:10
**kienzle** 7:12,21
  8:6,10 94:12
  96:13 101:4

**kind** 24:9,19
  34:5 41:3 42:6
  47:17 49:13
  61:8 66:5 73:9
  73:12 81:17
  101:22 103:1
  125:21 130:5
  134:17
**king** 3:5 11:15
  13:9 19:12,16,20
  126:11 131:1,13
  131:15
**know** 12:14,20
  13:3,23,24 14:3
  14:8,12 18:2,21
  18:23,24 19:3,7
  19:19 22:23
  24:14,15,17,18
  24:24 25:5,14,17
  26:5 31:14
  32:16 33:24
  34:1,18,21 35:5
  35:19,21,23
  37:12,20,21 38:1
  38:22,24 39:6,24
  40:1,10,23 41:7
  41:14 42:14,17
  44:7,13,16,17,19
  45:1,1,23,24
  46:1,13 47:12,19
  47:23 48:21
  49:13,14,14,19
  49:24 50:1,15
  51:12,21 52:6,8
  52:11 53:5,7,11
  53:13 55:9,16,20
  56:2,15,18 57:8
  57:23 58:2,16,19

  58:22,24 59:12
  59:14,16,17,18
  59:22 60:12,23
  63:20,23 64:3,5
  64:6,9,11 65:13
  65:17 67:16
  68:5,6,7,9,11,12
  68:18,22 69:1,2
  69:9 70:8,17,18
  70:20 71:2,8,11
  72:13 73:13
  75:8,13 76:1,7
  76:14 77:5
  78:17,21 79:9,10
  79:11 80:11
  81:15 82:21
  83:16,18,24,24
  84:5,21 85:12
  90:6 91:15,17,18
  91:22 92:2,3,11
  93:1,1,3,11,12
  93:17 94:12
  95:7,9 96:10,15
  96:16 97:5 98:2
  98:18 99:15,17
  102:8,11,11
  103:3,4 104:20
  104:21 107:17
  108:12 109:6,7
  112:6 114:21,22
  115:12,18
  116:15,17 117:5
  117:6 119:16,23
  120:5,5,10 121:6
  121:12,12,12,13
  123:1,21 124:2
  124:13,13,19
  125:5,6,9,12,17

  125:21,23 126:5
  126:22 127:2,23
  128:6 129:3,5,6
  129:7 130:4,19
  130:21 133:16
  133:19,20 134:2
  134:5 135:22
  137:5,8,10,13
  138:24 139:4
  140:5,5
**knowledge** 41:11
  60:21 70:13,16
  70:21 71:2
  98:23 99:2
  124:14,19
  136:18 137:6,15
  138:21
**knows** 70:14
**krysta** 4:5 11:20

**l**

**l** 3:4
**labeled** 84:24
**lack** 42:2 43:21
  118:18 130:13
  139:7
**lacks** 133:3
**lake** 7:18 84:19
**laptop** 13:4
**large** 114:23
  116:15,16
**larger** 49:13,15
  118:24 124:20
  132:15
**largest** 35:3
  127:6,11
**late** 123:4,12

**[law - mapped]**                                                    Page 18

**law**  2:10 11:12
**layers**  49:5
**ld**   1:4 10:19
  143:3 144:1
  145:1 146:11
**lead**  83:7
**leave**   140:4,12
  141:4
**leaves**  134:12
**left**   56:22
**legacy**   25:10
**legal**   10:24 11:1
  11:2 141:12
**length**   19:6
  129:21
**letter**   93:16,18
**level**   37:16 40:20
  40:21,24 41:11
  41:17 46:21
  47:14 49:2,3,4,7
  52:5 68:5 74:7
  81:8,22 83:2,6
  114:17 122:5,20
  122:24 123:20
  124:2,10 128:3
**levels**   49:9,9
  130:17
**license**   1:24
**limited**   27:19
  29:7 64:18
**line**   13:15 61:19
  63:7 66:6 90:20
  94:21 96:21
  102:15 131:7
  144:6 145:6
**linear**   139:19
**lines**   26:12 65:10
  66:5 70:5 117:1

**links**   73:14
**listed**   80:20
  97:12
**listen**   105:24
**listing**   97:20
**literally**   134:10
**litigation**   27:16
**little**   52:20 80:4
  81:21 87:24
  108:2 115:6
**live**   37:14
**llp**   2:3 3:3,12 4:3
**load**   47:21
**loaded**   47:22
  48:2 57:16,17
  77:10,23 78:19
  128:16
**loading**   29:8
**local**   47:14 48:24
  49:7,8,9 57:20
  58:2,23 82:21
  124:10
**localities**   42:20
  121:8 122:2,10
**locality**   44:19
  57:13 82:19
  122:18 123:24
  124:1,8 132:13
  135:15
**localized**   48:21
  48:22
**locally**   114:18
**location**   132:18
  135:22
**locations**   59:11
  84:1
**logic**   7:17 33:2
  42:21 73:16

**81:9 84:19 85:5
  85:21,22 86:11
  93:7
**logs**   71:8
**long**   25:12,12
  40:7 58:7 103:2
  103:5 128:12
  140:8
**look**   31:1 35:1
  35:16 40:4 46:1
  46:4 47:20,23
  48:5 52:15
  56:14 60:22
  82:18 97:17
  103:2 109:6,7
  113:13 115:10
  115:20 125:23
  126:2 127:4
  139:10,10
**looked**   56:4
  57:13 69:8
  73:14,15 84:6
  96:23 120:20
  121:2,10 124:11
  133:8
**looking**   36:21
  42:5 44:18 56:1
  73:3 74:18
  81:20 82:21
  89:2 98:3 107:3
  133:9 135:8,9,24
  137:24 138:19
  139:20
**looks**   41:21
  51:17 53:4
  86:17,24 88:2
  96:12 98:6
  102:8 103:23

**105:7,14 108:6
  119:22 134:24
**looping**   106:11
**lopez**   26:22
**los**   4:7 132:22
**lot**   25:16 34:7
  37:16 49:17
  56:10 82:23
  83:22 94:18
  98:15 104:17,18
  116:2 118:24
  120:17 124:23
  132:15 140:6
**louisiana**   3:7,15
**lower**   44:17
  45:11 46:12
  53:19 118:22
**lowest**   138:16
**lunch**   131:5

**m**

**mail**   113:16
**making**   33:7
  68:7 111:5
  119:22 137:11
**management**
  24:17 76:11,22
  80:19
**manager**   96:18
**mannino**   3:13
  11:16 19:14,16
  19:20
**map**   33:6 41:6
  41:15,24 75:10
  115:24 137:15
**mapped**   43:19
  124:21 126:3

**[mapping - minimal]**                                           Page 19

**mapping** 41:18
44:11 88:23
124:10,15,16
126:19
**mappings**
124:23
**maps** 41:5,18
**march** 76:7
**marie** 8:14
104:19 105:8,9
105:16
**mark** 29:19,21
30:14 60:2
96:14,19 101:19
108:10,12
**marked** 10:2
28:20,23 29:24
30:3 51:5,10
60:4 72:7 75:21
76:1 84:14,17
86:18 91:12
94:7 96:4
100:19 102:21
107:13 109:15
110:21 113:10
**market** 37:13
44:13 47:14
49:12,18 57:10
58:24 59:19
104:20 124:17
137:5
**marketing** 31:6
**marketplace**
35:23 44:15
73:16 82:1
**markup** 88:8
**master** 141:11

**match** 123:24
124:1
**matches** 132:13
132:16,18
**material** 114:8
**matter** 10:18
11:11 12:18,24
55:15 76:17
82:8 112:16,17
113:15
**max** 49:10
**maximum** 52:13
52:17,21 53:8
**mcettrick** 101:3
**mean** 15:23
20:18 21:10
23:5 33:1,17
34:14 36:5
39:23 41:9 52:2
53:10 58:13
59:14 65:24
68:3 76:13
79:20,21 83:15
87:24 93:9
99:10,13 101:17
108:5 111:17
128:16 130:4
131:8 134:7
135:10 136:13
137:8,10 138:14
138:17 139:3,5
139:11,15,17,21
**means** 15:19
18:9 41:12 67:8
81:14 91:15
93:3 101:18
104:7 107:2
141:23

**meant** 21:24
40:14 93:17
107:10
**measure** 56:6
**measures** 88:5
**media** 141:12
**median** 139:16
**medical** 16:5
25:3 31:8 65:13
73:1
**medicare** 33:21
36:2,6,10,14,19
43:1,12 44:2,22
50:15 53:2 64:7
77:15,16 95:4,7
95:11,13,16,17
108:1,19 118:9
118:15
**medication** 16:1
**meetings** 19:23
**member** 69:23
83:17
**memory** 116:24
**mental** 29:14
84:7
**mentioned** 15:10
50:6 52:16 53:5
55:17 57:20,21
98:15 135:10
141:9 147:6
**merger** 23:13,15
**met** 12:13,20
19:5,12,12
**methodologies**
27:19 82:19
**methodology**
6:12 29:5 31:13
31:16 41:11

43:6,7,9 44:5,6,9
45:15,18 46:3,11
48:8 52:6,8,10
58:11 65:1
68:17,20 74:21
75:11 77:11
80:10 82:12
85:13,18 87:16
87:19 114:15
116:7,13 117:18
118:12 119:11
119:14 120:13
121:20 122:24
123:2 132:5,17
132:24 134:11
135:2,5 136:2,15
**metrics** 108:4
120:3,4
**metropolitan**
83:4
**michael** 101:3,3
**micro** 81:23
**middle** 61:8
105:17
**mike** 8:23 9:7
21:21 25:5,5
26:18 27:2
101:22 112:9
**million** 101:16
127:22
**millions** 34:1
35:6
**mind** 107:11
128:1
**mine** 23:4
**minimal** 114:21
115:17

**[minimize - needed]**

**minimize** 15:3
**minimum** 49:2
  57:22,23 58:2
**minor** 40:2
**minus** 91:4
**minute** 131:15
**minutes** 28:6
  129:17 130:3,8
  130:16 131:16
**mischaracteriz...**
  126:11,12
**misremembering**
  139:16
**missing** 7:7
  72:10,22 124:11
**model** 29:12,13
**models** 29:10
**modiano** 2:4 5:9
  11:9,10 12:10,13
  14:20 15:5,8
  16:16,21 17:6,13
  17:18,22 28:7,11
  28:17,22 29:22
  30:9,20 39:13,21
  40:8 42:12,17,22
  51:1,9 56:12,13
  57:14 60:1,8,17
  61:1,5,6 67:2,6
  68:24 70:13,23
  72:1,2,4,9,12
  75:3,19,23 80:5
  83:11 84:11,16
  86:14 88:15
  89:15,23 90:9,12
  90:13 94:9 96:1
  96:6,8 99:5
  100:15,21
  102:18,23

103:11,17 107:8
107:15 109:10
109:17,21
110:13,19,23
111:9,13,17,22
112:5,10,17
113:3,8,12,22
114:4,5 118:7
119:2 121:1
122:21 126:21
128:5 130:11
131:8,22,23
133:13 134:6
135:7 136:4,19
137:7 138:5,11
138:20 139:14
140:5,23 141:3
141:16,19,22
142:1,3
**modification**
  29:9
**modifications**
  29:12 133:15
**modified** 72:17
**module** 6:16
  62:15 63:11
  78:12,13,15,18
  79:2,3,5 85:3,4
  88:1 89:8
**modules** 78:6,6,7
  78:8,9 81:20
  82:13
**moment** 59:10
**month** 67:1
**months** 67:22,23
**morning** 10:4
  12:11,12 21:21
  101:7

**move** 27:9 40:9
  71:15 110:19
**moving** 53:15
  64:10 69:19
  109:4
**mpi** 6:13,13,18
  6:18 7:9,9,14,14
  7:19,19 8:8,8,12
  8:12,16,16,20,20
  8:24,24 9:8,8,12
  9:12 30:22 72:5
  103:12 111:23
  114:2
**mpi0005784**
  90:2
**mpi2013** 110:6
**mpi2031** 102:4
**mra** 25:3 27:2
  119:18
**msa** 49:12,18
  59:19 83:2
**multiplan** 1:8,13
  3:18 5:7,15 6:2
  6:23 7:2,16 8:2
  9:2 10:16 11:14
  12:5 18:11 23:8
  23:10,12,13,20
  30:22 45:24
  60:11 61:19
  62:7,12 63:8
  66:7,11 71:13
  80:9 92:14
  94:19 99:4,18,23
  100:2 110:9
  116:12 143:7,18
  144:2 145:2
  146:8

**multiplan's** 6:20
  60:10
**multiple** 15:1
  62:13 63:9
  132:17
**multiplication**
  132:10

**n**

**n** 5:1
**name** 10:23
  12:13 25:14
  144:1 145:1
**named** 27:17
**narrow** 70:3
**narrower** 134:8
**nation** 127:23
**national** 49:4
  57:21 58:3,23
  97:1 114:17
  117:19 121:23
  122:1,4,5,19,24
  123:20
**nationally**
  114:19
**near** 81:7
**necessarily**
  68:15 82:23
**necessary** 15:3
**need** 14:10 59:7
  75:16,17 84:9
  95:23 106:14,19
  107:8,22,23
  108:2 110:8
  141:21
**needed** 102:16
  108:1 137:16

**needs** 14:12
  47:11 108:1,13
**negotiate** 92:8
**negotiated** 37:1
**negotiating** 92:7
**negotiations**
  92:5
**negotiator**
  108:10
**network** 23:18
  26:7 29:14 37:1
  98:17,18 99:3,3
  99:7,13,14,19,19
  99:21,24 100:1,3
  100:4 104:9
  105:9 106:15
  108:9
**never** 18:20 69:4
  107:11
**new** 1:9 3:7
  45:21 68:7
  108:16 143:8
**nonfinancial**
  120:4
**normalized**
  57:17
**northern** 1:2
  10:21 143:2
  146:11
**nos** 10:2
**notarial** 147:12
**notary** 1:15
  143:24 146:4
  147:19
**note** 10:7 98:21
**notes** 91:17
**notice** 1:19 5:19
  6:6 16:19,23

18:1,1 30:5
  147:4
**notices** 16:14
  18:7 29:19
**noticing** 11:8
**nuances** 69:17
  83:23
**null** 95:5,8
**number** 5:18 6:5
  7:5 8:5 9:5
  10:22 35:15
  42:15 48:7
  59:16 67:12
  68:19 74:3 78:5
  86:18 87:8
  103:14 108:14
  114:22 117:13
  117:14,19
  121:23 122:1,4
  132:24 133:15
  134:16 138:3
  140:7
**numbers** 5:22
  6:8,24 17:14
  20:4 94:15
**nw** 2:5

**o**

**o** 146:3,3
**oath** 11:4,24
  15:18
**object** 15:2 39:9
  39:19 46:17
  56:7,8 68:21
  70:11 79:24
  85:23 87:21
  98:20 110:11
  127:18

**objection** 14:23
  42:16 57:4
  66:20 74:23
  82:14 117:21
  118:18 120:14
  122:16 126:9
  130:10 133:3,18
  135:21 136:16
  137:1 139:7
**objections** 6:20
  14:21 15:1,10,11
  60:10
**observation** 57:9
**obtain** 63:3
**obtains** 32:11
**obviously** 15:1
  60:23
**occur** 133:2,16
**occurred** 23:16
  135:19
**occurring** 57:8
  57:10 124:10
**october** 101:1
**odd** 130:5
**offer** 25:8 78:9
  107:3 130:14
**offering** 119:13
**oh** 17:18 26:21
  28:24 48:16
  52:2 96:20,22
  107:10 140:23
**okay** 12:16 13:3
  13:9,13,18 14:2
  14:18 15:16,21
  16:5,13 17:4,7,9
  17:12,18,23 18:6
  18:9,16 19:1,9
  19:17,22 20:1,8

20:11,15,17,24
  21:2,5,10,12,17
  22:2,8,13 24:3
  25:23 26:11,15
  27:5,7,9 28:2,17
  29:15 31:3 32:7
  32:22 33:10,10
  33:19 34:7,18
  35:24 36:8,18,23
  37:12,22 38:1,7
  38:12,14,21 39:6
  39:14 40:9,11,12
  40:15 41:7,17
  42:23 43:12
  44:4 45:10,18,22
  46:15,19,21,24
  49:2,8,14 50:1,4
  50:24 51:10,18
  52:16 53:5,10,15
  54:10,17 55:22
  56:17,20,23
  57:20 58:9 59:3
  59:6,6,24 60:14
  61:5,10 62:5,12
  63:1,16,23 64:6
  64:10,13,14
  65:19 66:4
  68:17 69:1,19
  70:24 71:6,15
  72:22 73:19
  74:16 75:7,13,16
  75:24 76:4,12,15
  76:19 78:6 79:1
  79:18 80:6,22
  81:4 82:16,20
  83:21 84:5,9,9
  84:17,23 85:7,10
  85:16 86:15,23

**[okay - page]**                                                      Page 22

87:2,15 88:7,19
89:12 90:12,16
90:20,23 91:10
92:10,20,24
93:14,21 94:14
94:24 95:15,23
96:2,6,9,20,24
97:8 99:12
100:11,16,22
101:1,14 102:4,8
102:16 103:6,16
106:23 107:7,9
107:18 108:19
108:24 109:3,9
110:13,19 111:9
111:16,21
113:22 114:3,4
114:12,12,19
115:8 116:2
117:3,8,12,16
118:8 119:3,14
120:1 121:2,16
122:5,12,22
123:5,8,19 125:9
125:12,17 126:6
126:15,22 128:6
128:18,23 129:5
129:7,11,19
130:1 132:3,9,21
134:24 135:17
136:5,10,20
137:17 139:2
140:16,21 141:3
141:7,21
**older**   121:7
**once**   44:11 45:22
47:3,22 133:14
133:23

**ones**   20:3 30:13
98:7 106:3,21
**online**   140:22
141:9
**onvisource**   70:7
**onwards**   126:8
**oops**   107:10
**op**   102:10
**open**   13:8 28:3
**operated**   119:19
**operational**
70:19,22
**operations**   24:18
25:18 26:6 71:3
106:12,21
**opportunity**
101:16
**opr**   6:16 21:4
29:13 31:12
32:3,21 33:18
34:12,14,15,16
43:4,15 55:17
61:14 63:11
64:18,20,21,22
65:1 66:12
68:17,20 74:21
76:24 77:4
78:14 79:1,2,3,5
79:21 80:10,13
81:8,9,16 82:12
82:13 85:22
88:17,22 92:14
97:11 98:16
99:7 101:9
114:14,15 116:7
116:13 117:18
118:12 121:20
122:24 123:2

132:5,17,24
134:11 136:15
**option**   30:10
83:18 97:21
**oracle**   38:15
**oranges**   88:21
**order**   41:23
74:22 91:21
104:14 140:19
142:11
**orders**   134:24
**organization**
26:10,13
**original**   68:2
83:16 112:22
**originally**   58:20
**orleans**   3:7
**orthopedic**
86:10
**outcome**   11:6
80:24 81:1 83:4
147:10
**outcomes**   63:6
95:13
**outlining**   31:9
**outpatient**   6:10
6:16 7:6 27:23
29:5 32:1 33:12
33:13,15,23 35:8
35:16,22 36:1
37:3,5,6 54:16
54:22,23 55:20
61:16,20,21,24
62:1,7,9,14
63:10 72:10
73:4 78:6,15,18
78:20 88:1 89:5
95:1 102:14

125:16 127:16
127:21 138:7
**outpatients**   63:4
**output**   44:9 98:2
136:6
**outside**   22:4
115:23,23 135:3
135:20
**overall**   83:4
102:2 116:16
118:22 139:21
**overrides**   132:22
**oversee**   24:22
**oversees**   26:22
26:24
**owed**   22:13
**owns**   99:18

**p**

**p**   5:21 22:19
**package**   100:7
**packaged**   50:13
50:19
**packages**   99:20
100:5,6
**packaging**   52:12
132:17
**packed**   120:17
**pad**   93:15
**page**   31:21 32:7
32:7 40:9,11,11
40:13,13,14 45:4
50:5,5,9 52:22
53:19 56:14
61:9,18 64:10
69:19 81:5
84:24 85:1,2,16
86:16,17,19 87:6

[page - po]                                                    Page 23

87:7 98:10,12
102:4 103:12
105:15,16
106:11 111:11
111:14 144:6
145:6
paid   36:22,24
68:10,16 78:8
124:3
paper   20:6 21:4
32:1,3 34:11,12
51:15,19,20
59:24 133:8
papers   21:3,3,11
62:15,18,22
paragraph   33:11
40:18
parameters
117:7 118:2
part   33:18 87:22
123:15
partial   50:18
participant
33:22
participants
10:10
particular   36:18
49:1 82:3 91:19
110:5 111:8
112:16,17
113:21
particularly
91:19
parties   10:13
147:2,8
party   11:5,8
119:17

passed   101:7
passes   135:12
patient   27:16
121:11 129:17
patients   43:1
pattern   83:7,12
84:7
patterns   49:16
82:24
patterson   34:22
58:17 73:2
pay   95:5,7
paying   66:24
67:10
payment   27:20
32:23 33:6,6,9
36:20 41:2,6,7
41:15 42:14,15
42:23 50:14
55:5 67:21
123:20
payor   68:14
69:12
pdf   137:24 138:2
pending   14:14
28:18 146:9
peng   4:20 11:21
pennsylvania
2:5
people   26:3
33:20 39:3 92:6
105:1 124:16
127:9
percent   35:17
36:1 49:6 53:24
68:18,23 77:14
81:7 95:15
106:7,23 107:1,4

percentage   78:2
percentile   44:24
46:10 47:15
48:5,7 53:22
54:2,7,11 57:3
77:4,13,18,20,22
82:5,11,13 89:1
101:9,20 122:6
133:1,11,15
135:9,13
percentiles
27:20 34:6
perform   48:4
performed
112:15
period   34:20
38:4 39:16
112:3 114:13
115:12 117:12
periods   81:10
person   19:17
personal   70:13
70:16
personally   146:7
pertaining   91:19
phelps   3:3,12
11:14
phelps.com   3:9
3:10,17
phone   19:20
phones   13:6
phrase   121:18
137:21
pick   54:2 114:12
picking   88:24
139:21
picture   83:2,3
120:7

piece   108:17
ping   128:17
place   10:13 58:6
places   84:4
plaintiffs   1:5
2:16 4:11 5:19
6:21 10:18
11:10 12:17
16:22 22:12
27:17 60:10
62:13 63:9 72:5
76:1 84:18
94:10 96:9
100:22 102:24
107:16 109:18
110:24 143:4
146:12
plan   83:17,19
planning   24:13
26:24 71:7
platforms   24:16
play   73:7 74:13
89:3
plays   74:13
please   10:7 11:7
11:23 13:23
14:4,8 23:3
28:12 33:17
39:18 71:20
84:24 89:18
99:9 106:20
126:16 140:19
140:21 141:9
142:3,11
pm   131:18,21
141:11
po   106:6

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 172 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[poc - professions]                                    Page 24

**poc** 105:19 106:3
106:23 107:2
**point** 14:19
77:19 131:3,3,11
**pollute** 37:8
**pong** 128:17
**poor** 91:6
**populated** 92:22
**population**
117:24 118:9,10
118:13,15,16
120:7 121:3,4,19
124:20 132:16
**populations**
119:4,5
**portion** 112:2,13
116:18 118:22
**position** 23:8
76:8 98:24
113:2
**positive** 56:24
**power** 38:15
**powerpoint**
100:17
**ppo** 23:18
**practitioner**
85:3,4,19
**practitioners**
86:4
**praxmarer** 71:5
93:20
**precision** 128:14
128:16
**premise** 133:4
**preparation**
19:23 114:9
**prepare** 18:16
19:3,10 20:7

140:8
**prepared** 19:15
90:17 103:24
**preparing** 140:6
**presence** 21:22
146:19
**present** 2:1 3:1
4:1,17 13:10,13
19:14,20,21
20:15 24:3 29:6
34:13,15 37:22
38:5 39:7 49:23
61:17 63:5
64:23 132:7
147:5
**president** 23:9
**pretty** 122:14
**previous** 23:12
23:14,17 118:3
125:20
**price** 44:7,8,9
48:24 54:7
64:18,20,22 65:2
65:16 74:22
77:13,17 78:1,22
79:21 80:12
99:6 114:15
122:19,23 127:1
132:5,9,19
133:24 136:14
**priced** 61:20
62:8 77:14
80:10 122:14
136:22
**prices** 65:15
116:13 118:12
**pricing** 29:13
32:21,22,24 33:2

41:11 61:13
62:16,23 63:12
68:20 77:10,24
85:4 114:17
117:18 126:7
**primary** 139:11
**printed** 138:1
**privilege** 110:10
111:6,24 112:1
113:19,20
**privileged**
111:18
**privileges**
112:23
**probably** 56:23
59:18,19 64:20
67:1 71:5 78:15
91:6 105:3
108:1 131:5,9,11
**problem** 28:11
30:17 103:8
141:5
**problems** 38:24
**procedure** 44:20
49:1 88:12
**procedures**
33:23 35:8
79:14 138:7
**proceed** 12:4
13:23 28:16
48:7 71:24
89:22 94:2
110:2 131:21
**proceeded** 14:22
**proceeding**
112:20,22
113:18

**proceedings**
141:14 142:13
**process** 31:12
40:6 46:20
50:22 54:5
62:16,23 63:12
65:9 86:5 109:4
120:23
**processed** 67:13
**produced** 30:22
86:23 90:2
94:16 97:14
**product** 7:17
24:18 25:11
27:2 31:9 32:21
33:18 37:13
39:24 40:6
46:23 52:14
81:16 84:19
86:7 91:20
97:23 99:3,7,11
99:13,14,22
100:4 110:9
111:6 112:23
113:20
**production**
47:10 48:3
133:12
**products** 25:8
58:20 82:8
100:3
**professional**
55:7 78:7 86:5
86:12 92:22
93:4 106:1,16
130:20
**professions** 84:1

**program**  29:6,14
**programming**
    38:12
**project**  137:9,9
**pronounced**
    103:20
**proportion**
    64:19
**proportionalize**
    116:18
**proposal**  105:6
**propose**  103:22
    105:5
**proposed**  105:18
    106:5
**proposing**
    104:15
**proprietary**
    49:10,11
**protective**
    140:19
**provide**  92:21
    93:7 108:3
**provided**  35:2
    54:19 60:18,19
    60:23 62:13
    63:9 116:22
    125:10 129:2,22
    130:2 135:18
**provider**  26:7,7
    32:11 36:13
    54:15,17 55:12
    55:12 65:8
    69:23 97:19
    105:24 124:3
    125:12
**providers**  36:10
    36:15,17 98:17

120:21 125:16
**provides**  78:5
    92:11
**providing**  54:6
    69:9 80:18
    102:1
**psychiatric**
    129:16 130:12
**public**  1:15
    143:24 146:4
    147:19
**publicly**  33:24
**published**  33:24
    34:2
**pull**  30:24 71:17
    75:19 77:6
    104:22
**pulled**  16:18
    17:8 51:10
    75:24
**pulling**  44:13
    101:24
**punitive**  27:17
**purpose**  62:3
**purposes**  46:2
    47:5 66:9,17,19
**pursuant**  1:18
    5:20 16:23 18:7
    90:5 140:18
    147:4
**push**  68:1 131:9
**put**  21:23 27:11
    28:23 29:22
    30:14 73:7,17
    92:10 105:6
    130:5
**putting**  46:2

**q**

**q3**  117:11
**q4**  90:24
**qlik**  24:21,21
    97:23 98:3,8
**quality**  10:8,9
**question**  13:23
    14:14 15:14
    20:21 21:24
    27:24 28:1
    40:22 43:8
    45:20 50:4 52:5
    61:22 70:3,17,22
    71:3 80:2,23
    85:8,17 87:11
    89:24 93:8,20
    99:16,17 103:23
    105:23 106:9
    116:1,9 120:16
    120:17 127:14
    128:17,22
    129:10 130:5,6
    133:5,14 134:7
    134:10,20 135:4
**questions**  14:8
    15:22 16:3,7
    18:22 20:7
    21:11 28:18
    59:7 75:18
    84:10 89:13
    90:1 93:21
    95:24 110:17
    111:7 113:23
    114:1 125:3
    128:21 137:18
    140:10,14,20
    143:15

**quick**  13:18
**quote**  35:13
**quoting**  37:10

**r**

**r**  2:4 5:21 103:20
**raise**  15:11
**ralston**  34:23
    119:18 123:14
**random**  70:20
**range**  115:9
**rate**  64:17 66:10
    73:6 95:5,8,16
    95:17 103:22
    104:7,16 107:3
**rates**  50:20
    61:13 77:4
    88:23 104:20
**ratio**  59:23 88:9
    88:12
**read**  27:13 32:4
    51:24 76:12,13
    76:16 94:18
    107:5 140:16
    143:10
**reading**  27:23
    29:1 95:17
    111:18
**ready**  103:5
    131:6
**real**  128:21
**really**  17:19
    24:19 25:2,11,16
    26:2,5 31:10
    32:20 33:7 35:2
    38:20 44:23
    49:5 53:4 68:15
    71:6 73:9 77:15

**[really - rephrase]**                                                    Page 26

80:17 82:17
83:9 88:1,11
89:8 91:21 92:2
98:5 116:15
120:18 130:22
140:9
**reason** 69:4
**reasonable**
89:10 92:17,18
92:21
**reasons** 27:15
65:22 69:14
110:13
**recall** 20:1,3
21:14,18 43:3
58:1,5 81:1
101:11 117:8
128:13
**receive** 36:19
43:15 66:22
83:19 93:4
119:7
**received** 41:21
64:17,24 80:9
120:11
**receives** 66:11
66:23
**recess** 28:14
71:22 89:20
109:24 131:19
**recited** 20:4
**recognize** 44:2
124:9
**recollection**
76:16 137:21
**recommend** 88:9
133:23,24

**recommendation**
68:13,20
**recommended**
31:17 54:8
79:21 88:14
91:5,7 134:3
**reconsideration**
107:21
**reconstruct** 41:4
**record** 10:5,14
14:4 28:6,10,13
28:15 30:19
42:11 51:8 60:7
67:7 70:6,18
71:19,21,23
89:16,19,21 90:4
94:5 100:14
103:10 109:13
109:20,22 110:1
110:15 111:10
112:6 113:5,6
131:17,21
141:10,15
**recorded** 10:11
14:3 69:24
**recording** 10:8
10:12
**recordings** 70:1
70:6
**records** 66:8,17
66:18 129:5,7,9
**reduced** 146:20
**reducing** 101:8
**refer** 25:23
39:17 43:4 55:1
59:14 78:12
83:12 99:3
100:5 106:23

108:20 118:8
125:9 139:6
**reference** 47:11
48:10
**referred** 66:14
121:22 122:3
137:19 139:2
**referring** 25:24
56:18 62:17
67:1 87:12
91:16 98:18
104:5 105:8
120:3 126:23
**refers** 53:11 62:4
77:22 85:14
93:18 111:14,20
113:14
**reflects** 135:18
**refreshed** 76:17
**regarding** 21:18
21:22 22:16
118:4,20 129:4
**regions** 48:21,22
**regular** 141:20
141:22 142:2,8
**regulations**
69:15
**reimbursement**
22:11 25:3 31:8
31:18 36:11,14
36:19 54:8 73:1
81:8,17 85:13
88:10,14 89:10
105:18 106:5,7
134:3
**reimburses** 64:7
64:8

**relate** 29:2
**related** 11:5
147:8
**relates** 112:14
112:20
**relating** 112:21
114:9
**relation** 88:2
**relationship**
43:10 74:10
**relative** 37:1
**relatively** 115:11
**relevant** 55:24
62:16 63:12
**relied** 121:20
132:4
**rely** 39:4 115:15
118:5
**relying** 119:11
**remaining** 35:18
**remember** 12:14
20:9,11,13,14
21:6 44:11
55:19,23 59:5
74:2,12 91:24
101:13 123:11
**remembering**
139:12
**remind** 15:17
**reminder** 13:3
**render** 125:13
**rendered** 35:22
55:12 67:11
74:1 128:4
**rendering** 67:20
**repeat** 80:2
**rephrase** 14:9
43:8 80:6

**[reply - salt]**                                Page 27

**reply**  81:4 97:18
**report**  25:13
   27:5,6,7 97:11
   97:13 104:12
   116:22 117:9,12
**reported**  1:23
   73:23 88:3,6
   117:20 146:18
**reporter**  11:1,23
   13:20 14:11
   22:18 42:9 67:5
   94:3 141:17,20
   141:24 142:5,9
   143:13
**reporting**  24:14
   97:22 127:9
**reports**  25:10
   26:17 27:4
   66:10 96:19
**repository**  35:4
**represent**  82:24
   127:15,15
   129:11,23
**representation**
   127:7,11 128:2
   129:1
**representative**
   18:14 118:16
**representing**
   10:24 11:10
   12:17 18:11
**reprice**  65:18
   77:7
**repriced**  91:8
**request**  26:5
   29:7 80:16 98:1
   101:8,11,18

**requests**  25:20
   26:3,6 104:8
   107:21
**required**  33:22
**research**  73:13
   124:14 125:22
   137:6
**reside**  70:6
**resource**  138:9
**resources**  137:4
   138:14
**respect**  14:21
   28:9 70:12
   110:10,12 111:8
   112:15 113:2
   138:13
**respective**  147:2
**respond**  126:15
**response**  106:4
**responsibilities**
   24:7
**responsible**
   24:14 25:6
**rest**  48:8
**restate**  56:9 62:6
**results**  61:12
   63:5 101:15
**retained**  141:12
**retirement**  34:23
   34:24
**retrieved**  70:2
**return**  45:3 65:1
   122:7 135:13
**returned**  46:11
   64:19 95:8
   132:24
**returning**
   133:12 135:1

136:1,2
**revenue**  73:6,8
   73:19,20 74:3,4
   74:8,11,12,19
   75:10 88:4 89:3
   107:23 120:22
**review**  6:11,15
   6:16 19:22 20:2
   21:3 32:2 33:12
   37:3,5 51:12
   62:15 63:10
   81:6 86:21
   97:15 111:2
**reviewed**  20:17
   20:19,21 21:2
   51:16 55:15,18
   70:2 114:8
   116:21
**reviewing**  21:15
**rh**  1:4 143:3
**rhyme**  69:4
**richardson**  4:4
   11:17,18 141:2,5
   142:9,11
**right**  15:14 17:1
   17:8 29:24 30:7
   30:16 45:10
   46:7 50:8 51:3
   53:3,19 60:13
   68:23 75:7 85:7
   85:16 86:11
   94:24 107:11,19
   117:2 133:14
   139:18,24
**role**  23:7,11 24:3
   24:7
**roll**  123:1,6
   125:13

**rolled**  123:3,9,10
   125:19
**room**  13:10,21
   28:9
**rouge**  3:15
**rough**  35:15
   141:16 142:6,7
   142:10
**roughly**  49:6
**route**  119:23
**routed**  107:22
**routing**  98:17
**row**  90:20 94:21
**rpr**  1:23
**rule**  16:24 90:21
   137:20 138:23
   139:1
**rules**  13:19
   136:8
**run**  34:22 66:9
   97:22 103:21
   104:3,6,13,14

**s**

**s**  27:22 29:4
   103:20
**saf**  33:19,20 35:2
   46:8 63:19,21
   115:15 118:9
   119:7 120:2,19
   121:4,6,14,21
   125:15 126:24
   127:6 136:13
**sake**  14:4 22:18
**sales**  24:17 76:10
   80:18 101:19
**salt**  7:18 84:19

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 176 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[sample - set]                                                    Page 28

**sample** 57:6,22
57:23 61:14
70:21 114:23
115:11 116:19
117:23 118:20
119:1,3 120:12
121:9 122:19
127:24 132:14
135:12
**san** 2:13
**savings** 68:8,12
90:24 91:1,3,4,8
91:9 98:3,15
101:16 108:15
**saw** 96:24
**saying** 13:22
37:7 74:17
105:18 106:13
106:18 126:2
**says** 31:19 32:6
32:11 33:11
35:24 36:8,9,24
40:18 41:4
45:11 48:13
53:16 61:19
63:1,8 64:14,21
66:6,16 69:22
70:5 72:17 77:8
84:19 85:12
90:21 91:10
93:15,16 94:24
95:5 98:14
101:7,14 103:18
103:20 105:19
107:2,19 108:19
111:18 138:6
**scale** 53:23
58:15

**scattered** 35:18
**scenario** 108:16
118:22
**schedule** 42:18
**schill** 8:23 9:7
21:21 25:5
26:18 27:2
**schill's** 112:9
**scope** 83:23
91:18 115:22
**screen** 10:11
16:20
**screens** 13:6
**script** 15:24
**scrolling** 87:6
105:7,15
**se** 38:17 83:10
**seal** 147:12
**sean** 1:13 5:8,16
6:3,7 7:3 8:3,11
8:15,22 9:3,6,10
10:17 12:6
101:7 107:20
143:19 144:3
145:3 146:9
**search** 129:9
**searched** 129:8
**second** 17:3,4
28:4 32:7 40:18
53:21 89:16
97:15
**secondary** 99:19
**seconds** 28:10
**section** 32:8
53:15 138:6,12
139:2
**see** 16:22 29:20
30:2,5 31:22

47:23 51:23,24
53:17 57:11
59:7 60:17
80:24 84:11
89:15 90:14,20
91:12 94:22
95:2 96:1,20
101:5 104:11
105:16 111:2
117:17 123:18
137:23
**seeing** 52:11
119:21
**seen** 10:11 17:9
18:4 45:8 60:14
72:15
**select** 34:6 54:11
97:23
**selected** 122:6
**selecting** 57:3
133:11
**selection** 29:8
**selects** 53:22
**self** 24:15 25:22
67:3,8 90:18
97:22
**send** 65:16 67:9
79:12 92:13
135:2
**sending** 26:3
99:21
**sends** 100:8
132:19
**senior** 97:1
105:9
**sense** 24:21 33:7
48:1 58:13,14
114:24 116:4

**sent** 31:16 54:5
67:18 76:9
101:2 133:24
136:1
**sentence** 32:13
34:7 35:24
36:24 53:21
70:4 81:14
98:14
**sentences** 33:16
**separate** 49:22
50:14 61:2
88:20 106:3,14
**september** 6:17
51:12 112:11
**service** 6:11
24:15 25:22
32:2 33:12 37:3
37:5 43:15 54:6
57:12 63:4 68:9
74:6 90:18
97:22 119:13
138:15,17
**services** 35:23
36:18,20 55:13
63:4 67:11,21
69:10 73:24
78:9 83:23
100:9 115:24
118:23 120:10
124:3 125:10,13
128:3 129:2
135:18 138:7,12
**session** 7:16
84:18
**set** 37:8 42:18
44:14 58:16,18
61:14 80:8,14

**[set - stated]**                                                    Page 29

118:3 122:7,10
147:11
**sets** 29:8,8,9,10
29:11 80:15
126:24 127:3
**setting** 35:9 86:9
125:10 128:4
**settings** 35:20
**setup** 53:16
**seven** 140:7
**shaking** 14:5
**share** 13:8
**short** 76:13
**shorthand**
143:13
**shoulder** 41:5
**show** 16:19
**showing** 43:22
101:15 119:24
128:24
**shows** 102:5
**sic** 114:2
**side** 55:7 68:14
**sign** 137:11,16
140:17
**signature** 96:21
144:24 145:24
146:24 147:17
**significantly**
39:7 124:20
**similar** 56:2
69:24 81:9 82:7
88:16 115:24
124:11 125:18
125:20
**similarly** 1:5
143:4

**single** 95:10
**sir** 13:12,17
16:12 90:15
128:10
**situated** 1:5
143:4
**situation** 104:24
**six** 19:15
**size** 57:6,22,23
61:14 114:23
115:11 116:19
117:23 118:20
119:4 120:12
132:14 135:12
**skew** 56:24
**skewed** 56:22
**skip** 12:19
**slide** 86:3,3
**small** 86:6
115:11
**smaller** 82:1,22
116:17
**smith** 8:7 96:13
96:16,17
**solutions** 11:1,3
141:13
**solving** 38:24
**somebody** 67:20
**somewhat** 49:12
115:22
**sooner** 141:21
**sorry** 17:5,18
26:21 28:24
40:13 45:19
51:23 52:21
59:4 85:15
94:21 96:22
99:9,9 101:2

108:23 126:17
134:1 141:1
**sort** 14:6 27:12
66:5
**sound** 117:1
129:19
**source** 27:22
29:4 33:11
63:18 79:10
93:1,6
**sources** 31:13
34:19
**south** 4:6
**speak** 32:19
120:18,22
**speaking** 18:13
21:18 59:23
99:15
**speaks** 74:24
126:5
**special** 6:21
60:11
**specialist** 10:24
**specific** 20:4
33:9 78:12
130:21
**specifically**
33:14 93:6
105:1 116:8
**specified** 138:11
**speculate** 93:12
**speilman** 2:11
11:12
**spreadsheet**
20:24 90:3
**sql** 38:15
**squares** 139:23

**sra** 104:7
**ss** 146:2
**staff** 44:22
**stamp** 29:22
30:11
**stamped** 110:6
**stand** 28:12
51:22 71:20
89:18 140:22
141:10
**standard** 7:7
15:23 33:14
34:8,10,16 37:6
37:19,23 38:22
52:24 54:18,20
55:4,5 56:3,17
56:21 58:19
72:10,22 139:17
**standing** 103:22
104:7,15 107:3
**standpoint** 35:5
35:16 69:12
88:4 127:8
134:22
**stands** 55:10
**start** 14:19 34:8
45:20
**started** 23:12
**starting** 11:8
61:19
**starts** 70:4
**stat** 128:9
**state** 23:18 49:1
49:3 57:21 58:2
58:23 69:15
146:1,5
**stated** 24:4

**statement** 26:11
39:14 45:16
61:23 62:10,21
63:14 74:16
90:9 122:13
125:20 127:10
136:11
**states** 1:1 61:11
61:19 62:7,12
66:7 143:1,14
146:10
**statistical** 49:13
49:15
**statistician**
38:10 128:1,6
**statistics** 38:8,9
**status** 41:22 50:6
50:7,10,17 52:12
65:10
**statuses** 42:4
**stay** 140:22
141:9
**stenographically**
146:18
**sticker** 30:6,8,15
**stop** 23:4 28:4
**stopped** 28:5
**stopping** 131:3
**stored** 69:24
**straight** 16:13
**strategic** 25:16
**strategy** 25:14
**stratified** 68:1
**streamlining**
25:18
**street** 2:12 3:6
3:14 99:24

**strike** 140:4
**string** 103:2
**structure** 41:6,8
106:6,7
**study** 64:15
**stuff** 71:11,12
139:24
**subject** 26:16
76:17 113:15
138:23 139:1
**submit** 33:22
36:10,15,17 55:5
**submits** 36:13
55:12
**submitted** 33:13
36:2,6 46:13,14
55:4 79:11 91:3
**subscribed**
143:20
**substance** 19:7
53:13 112:14
**sufficient** 65:15
65:20,23 120:12
135:12
**sufficiently**
127:15
**suggested**
126:23
**suit** 147:9
**suite** 2:5 3:6,14
**sum** 139:23
**summary** 102:5
**supplied** 91:11
91:15 92:1
**supply** 92:18
**support** 25:1
26:12 47:8

**supposed** 129:22
**sure** 11:9 14:5
22:22 26:16
28:7 30:13 46:6
56:12 68:3,6,7,9
74:15 77:9 80:6
83:12 85:24
89:17 93:9,13
98:23 103:18
109:21 113:8,14
116:20 121:16
123:10 127:10
133:4 134:7
**surgeons** 86:11
**suspect** 111:20
**switch** 17:24
34:20
**switching** 59:24
124:8
**sworn** 12:2,8
143:20 146:15
**system** 32:14
47:2,21,22 50:21
67:20 73:17,18
77:10 106:17
**systems** 70:6,9
70:18 71:2

| t |
| --- |

**table** 94:17,21
**tables** 48:10
**take** 10:13 14:13
23:6 31:15 46:1
47:15 48:7
56:14 77:12
88:8 93:23
103:2 113:1
131:1,5,12,14,15

141:16 142:8
**taken** 1:14 10:17
15:21 16:1
28:14 71:22
89:20 109:24
131:19 132:10
134:17 140:6,8
143:11 144:4
145:4
**takes** 65:18 84:3
136:5
**talk** 13:24 21:20
23:3 43:5
108:13 123:8
**talked** 51:18
58:17 63:19
66:1 81:23 82:4
101:23 105:4
**talking** 22:23
33:17 78:14
105:24 112:8,10
114:24 119:6
120:6 139:4
**tapped** 137:4
**team** 25:5 31:8
34:21,21 35:1
73:1 76:22
80:19 101:19
118:1 119:18
123:15 137:4
**technologies**
24:20
**telephonic** 69:23
**tell** 16:3,7 31:3
36:12 50:7,21
70:8 79:13 98:5
103:3

**[telling - trying]**                                    Page 31

**telling** 30:24
  118:5 126:18,20
**ten** 131:16
  141:24
**tenure** 126:4
**term** 33:5 55:9
  91:7
**terms** 42:13,13
  56:10 97:6
  117:17 138:8
**testified** 12:8
  26:18 55:14
  116:21 128:8
**testify** 146:15
**testifying** 15:18
**testimony** 114:8
  114:10 126:13
  132:3 141:11
  146:17,22
  147:11
**texas** 23:17,19
**text** 110:7
**thank** 11:22 12:3
  22:21 28:18
  30:16 35:10
  72:1 131:22
  140:11 141:8,13
**thanks** 141:5
**theory** 81:11
  82:6
**thereof** 147:10
**thing** 14:6 18:19
  27:10 32:4
  58:16,21 59:5
  77:7 79:7 81:19
  82:2 91:20 92:9
  125:21

**things** 37:11
  39:5 41:21
  42:20 44:8
  47:24 48:11
  68:14 76:23
  81:18 97:17
  99:23 109:8
  133:22
**think** 21:8,8 24:3
  30:24 42:1
  43:11 44:16
  47:6,12 48:21,22
  49:6,11 52:10
  56:10 57:5 59:9
  66:1,1 69:17
  71:1,13 74:13
  79:16 80:24
  81:6 84:9 86:17
  88:22 92:9
  95:23 96:17
  105:22 106:13
  107:8 111:19
  115:7 116:24
  121:11,17
  123:11,21
  126:17 130:2
  139:17,19
**third** 30:1
  102:15 119:17
**thought** 29:18
**thousand** 130:20
**three** 26:17 49:5
  59:17 81:22
  82:22 83:5
  130:9,17
**threshold** 49:3
  92:9 135:13

**thresholds** 58:18
  58:19,23 80:20
  102:3 118:2
**thursday** 5:4
**time** 12:16 19:6
  23:20 24:2
  25:12 31:7
  34:11,19 37:20
  40:7 49:23 58:7
  58:22 68:19
  90:7 112:3
  114:13 128:12
  129:21 131:5
  140:6,8,13
**timeframe** 20:12
  117:8
**times** 62:14 63:9
  65:14 82:23
  95:16,20 137:20
  138:16,23
**timing** 98:6
**tin** 97:12,20
**tina** 8:7 96:13,16
  96:17 97:18,21
**title** 105:12
**titled** 32:8 40:16
**today** 11:2 15:18
  18:7 19:4 32:18
  32:20 114:10
**today's** 18:17
  19:10 141:11
**told** 58:22
  106:11
**tom** 34:23 73:2
  73:11 119:18
  123:13 124:14
  125:22 126:23
  136:23 137:3,14

**tool** 25:22 43:3
  78:21 90:19
**top** 58:1,6 79:14
  81:3,5 107:19
  125:8,11 129:15
  137:22
**topic** 27:15,21
  27:22 29:3,4
  70:12
**topics** 17:15
  27:12,14 29:1
  85:24
**tops** 131:10
**total** 108:14
**track** 66:8,16,18
**training** 7:16
  84:18
**transaction** 36:5
**transactions**
  34:2 35:6,11
**transcript** 23:2
  142:2 143:11,14
  146:22
**transcription**
  146:21
**treatment**
  129:16,21 130:4
  130:8,9,12,16,17
**true** 23:17
  146:21
**truth** 16:3,8
  146:15,16,16
**try** 17:21 74:5
  80:6
**trying** 28:8 59:6
  68:1 70:15 79:3
  80:3 96:7 105:5
  106:4 112:5

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 180 of 184
CONFIDENTIAL                          July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[trying - value]                                              Page 32

121:17
**tuesday** 19:13
**tweaks** 40:2
**twice** 47:4 79:17
122:11
**two** 13:7 26:24
27:14 33:16
62:18 67:22
70:6 80:14,15
82:19 88:20
89:3,6 95:12,12
97:16 98:5
105:1 106:3,14
106:19 128:20
**type** 54:15,17,22
55:21 65:8,10
91:20 102:15
105:2 115:24
125:12
**types** 37:11 39:5
42:20 47:24
48:10 78:5
81:18 82:19
89:4 109:7
124:15 133:21
**typewriting**
146:20
**typically** 82:12
129:21
**typo** 108:3

**u**

**u&** 92:12
**u&c** 6:11,15
32:2 33:12 37:2
37:3,5,10 51:12
62:14 63:10
86:21 87:4

**ub** 54:21 55:1,3
55:9,10 66:1,2
73:21 74:18
86:12 92:15,15
92:19 105:2
106:2
**ucr** 25:11 27:1
58:20 75:11
**ucrs** 59:1
**ugly** 45:20,20
**uh** 14:5,5,5,20
24:5 32:10 34:9
45:13 52:18
57:1 58:12
69:21 79:6
83:14 86:20
87:10 104:4
105:13 116:3,10
125:4 127:13
128:7 134:9
**uhc** 90:21 92:11
94:15
**uhc's** 97:10
**uhc000158611**
7:23
**uhc000158613**
7:23
**ultimately** 38:2
137:11
**unable** 65:8
**undefined** 56:10
**underlying** 16:5
27:16
**underpaid** 27:18
**understand** 14:7
15:19 16:3,7
18:9 26:16

78:11 106:8
113:1 119:9
121:17 127:10
134:14,19
**understanding**
20:23 22:5,7,9
22:10,17 34:17
41:18 77:21
104:19 116:11
136:20
**understood**
89:12
**undertaken** 63:2
64:16
**undertakings**
61:13
**undetermined**
146:10
**unique** 32:8
**unit** 109:6
**united** 1:1,6,7
4:12,12 10:19
11:18 64:17,19
66:11,22,24 67:3
67:18 68:19
77:1 92:11,18,24
93:4,8 94:16
100:8 108:11
116:5,5 143:1,5
143:6 144:1
145:1 146:10,12
**united's** 15:11
**units** 53:4
**unpack** 81:14
116:2
**update** 79:17
**updated** 47:3,4

**upload** 120:13
**uploaded** 72:4
84:17 100:22
107:16 109:18
**use** 32:20 34:4
43:7 56:6 64:17
66:12 73:17
124:24 138:9,13
**users** 24:16 26:3
102:1
**uses** 32:14 33:14
45:15 81:9,16
**usually** 18:19
54:20 59:22
67:12 79:16
118:5 124:14
125:23
**utilization** 97:11
104:22
**utilized** 27:22
29:4 70:1
**utilizes** 63:13
**utilizing** 29:11

**v**

**valid** 121:9
122:19 127:24
132:15
**validated** 56:4
119:14,16
**validation**
124:17 125:18
**validity** 57:3
**value** 7:7 37:1
53:23 72:11,23
93:7 108:1
109:1,2 133:12
136:1

Case 4:20-cv-02254-YGR   Document 323-11   Filed 07/16/23   Page 181 of 184
CONFIDENTIAL                    July 14, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[values - whitepapers]                                        Page 33

**values**  78:23
  108:19 124:12
**variable**  77:3
  82:17
**variables**  77:2
  82:7
**variance**  101:20
**variations**  83:8
**varies**  69:2
**variety**  24:20
  50:16 57:11
**various**  31:15
  35:19 40:20
  41:21 42:3
  58:24
**vary**  49:16
**varying**  130:17
**verbiage**  53:14
  97:17
**verification**  29:9
  60:18,23
**veritext**  11:1,2
  141:12
**versed**  38:15
  39:4
**version**  21:5,9
  72:19
**versions**  21:5
**versus**  10:19
  83:6 89:5
**viant**  6:15 21:4
  23:13,14 25:11
  25:11 27:1,23
  29:5,13 31:11,20
  32:1,3,11,13
  33:14 34:12,14
  34:15,15 37:4,12
  39:6 43:2,4,7,9

44:4,5,5,9 45:15
  45:15,18 46:3,11
  49:10,11 51:11
  52:7,7 55:17
  61:14,21 62:8,14
  62:22 63:10,12
  64:18,20,21,22
  65:1 66:12
  68:17,20 74:20
  75:11 76:24
  80:10 81:9,15
  82:11,11 85:9,22
  86:7,21 87:4,12
  99:6,6,7 114:14
  114:14 116:6,13
  117:18 118:12
  121:20 122:22
  122:24 123:2
  132:5,24 134:11
  136:15
**viant's**  6:10 32:8
  33:11 37:2,4
**vice**  23:9
**video**  10:5,12,24
  14:3 28:13
  89:19 141:10,15
**videographer**
  4:19 10:4 11:22
  12:3 28:12,15
  71:20,23 89:18
  89:21 109:22
  110:1 131:17,20
  140:21 141:1,7
**videotaped**  1:12
**view**  24:21 35:22
  40:5,24 41:23
  58:7 69:10
  81:23,24 83:6

97:23 98:3,8
  121:10 127:2
**viewing**  13:4
**views**  35:2 79:12
  137:5
**virtual**  1:17
  15:17 146:8
**virtually**  10:8
  13:16 19:18
**volume**  5:2 49:7
  93:15 116:11,14
  116:15 117:17
**volumes**  35:6
  119:10 126:5
**vs**  1:6 143:5
  144:1 145:1

### w

**wait**  29:18 85:7
**waived**  147:1
**walks**  31:14
**want**  17:19
  18:21,24 23:1
  26:16 27:10,11
  32:3 37:15 40:9
  43:20,21 54:3,5
  71:16 77:9
  84:11 97:24
  100:9,16 104:20
  111:23 113:4
  121:17 131:6,9
  134:14 141:3
  142:6
**wanted**  27:13
  29:16 50:4 52:4
  59:7 71:6 90:3
  93:22 94:20
  100:11 113:4

**warehouse**
  92:16
**warrant**  99:21
**washington**  2:6
**way**  34:12 39:17
  41:10 43:4
  46:22 47:12
  50:11,21 62:6
  67:12 73:23
  92:10 106:8
  107:5 112:6
  114:6 116:20
  128:20 130:5
  136:7 147:8,9
**we've**  12:20
  51:18 87:3
  101:12 131:4
**wednesday**
  19:15 21:21
**went**  20:5,8
  37:13 62:18
  80:9,12 81:17
  118:21 120:23
  124:4
**whatnot**  98:4
**whatsoever**
  98:22
**whereof**  147:11
**white**  7:11 20:6
  21:3,3,4,11 27:8
  32:1,3,3 34:11
  34:12 51:15,19
  51:20 62:15,17
  62:18,22 76:5,20
  133:8
**white's**  76:8
**whitepapers**
  63:11

CONFIDENTIAL                    July 14, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

**[wide - zoom]**                                    Page 34

| wide | y | yup |
|---|---|---|

**wide**   24:20 57:11
**wit**   146:6
**witness**   5:6
    10:10 12:1,7
    17:4 18:10
    46:19 70:11
    82:16 86:1
    103:16 110:16
    111:1,7 113:23
    113:24 126:15
    133:6 134:21
    140:13,16
    146:14,18,19,23
**word**   36:16 43:3
    91:6 120:1
**words**   91:5
**wordsmithing**
    52:9
**work**   14:16
    110:9 111:6
    112:15,23
    113:19,20
**worked**   23:14,17
    105:4
**works**   14:23
    46:23
**worry**   140:7
**write**   31:7
**wrong**   17:14
    85:15
**wrote**   73:11

**x**

**x**   5:1
**xml**   38:18,20

**y**

**yeah**   12:16 20:16
    21:20 22:24
    23:3,24 28:11
    29:23 30:7,17,21
    32:5 33:18
    34:14 39:19,21
    39:22,23 42:8,18
    43:2 44:10 48:9
    50:3,10 52:3
    55:3 59:16 61:4
    63:19 66:15,22
    67:9 69:5,8
    70:18 75:17
    76:18 78:14
    81:15 84:12
    85:4 86:3,20
    87:24 88:22
    93:11 95:22
    96:22 97:7
    99:16 101:12
    105:14,22 108:9
    113:3 115:6
    118:20 120:18
    121:5 126:12
    127:21 129:18
    130:15 133:7
    137:3,10 138:11
    140:2
**year**   25:20 36:3
    47:3,4,24,24
    79:17 122:11
**years**   21:7
**ygr**   1:6 10:22
    143:5
**york**   1:9 143:8
**younger**   37:17

**yup**   12:15 31:2
    32:10 36:4
    37:24 45:5,7
    48:17 56:16
    81:12 84:22
    87:10 97:3,9
    98:13 136:7

**z**

**zero**   53:23 95:21
    95:21
**zip**   81:22 82:22
    83:6
**zips**   59:17
**zoom**   1:17 13:8
    28:9 146:8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.