# EXHIBIT 9
# Filed Redacted/Under Seal

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                    OAKLAND DIVISION

4    _____

5    LD, DB, BW, RH, and CJ, on behalf of

6    themselves and all others similarly situated,

7              Plaintiffs,

8         v.

9    UNITED HEALTHCARE INSURANCE

10   COMPANY, a Connecticut Corporation,

11   UNITED BEHAVIORAL HEALTH, a

12   California Corporation, and MULTIPLAN,

13   INC., a New York Corporation,

14              Defendants.

15   _____

16

17

18       VIDEO-RECORDED REMOTE ZOOM VIDEOCONFERENCE

19             DEPOSITION OF JOLENE BRADLEY

20            Taken Wednesday, July 6, 2022

21            Scheduled for 9:00 a.m. (CDT)

22

23

24   REPORTED BY:  DANA S. ANDERSON-LINNELL

25   Job No.:  5291049

Jolene Bradley                                      July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                      Page 2

1   VIDEO-RECORDED REMOTE ZOOM VIDEOCONFERENCE DEPOSITION

2   OF JOLENE BRADLEY taken on Wednesday, July 6, 2022,

3   commencing at 9:23 a.m. (CDT), via a REMOTE COUNSEL

4   ZOOM PROCEEDING, before Dana S. Anderson-Linnell, a

5   Stenographic Shorthand Reporter and Notary Public of

6   and for the State of Minnesota.

7                    ***************

8

9                     APPEARANCES

10

11  On Behalf of Plaintiffs:

12  Katie J. Spielman, Esquire

13  David M. Lilienstein, Esquire

14  DL LAW GROUP

15  345 Franklin Street

16  San Francisco, CA 94102

17  Phone:  415.678.5050

18  Email:  katie@dllawgroup.com

19          david@dllawgroup.com

20

21  (Appearances continued on next page.)

22

23

24

25

Page 3

```
 1   APPEARANCES (continued):

 2

 3   On Behalf of Plaintiffs:

 4   Matthew M. Lavin, Esquire

 5   Nicole E. Wemhoff, Esquire (partial day)

 6   ARNALL GOLDEN GREGORY, LLP

 7   1775 Pennsylvania Avenue NW, Suite 1000

 8   Washington, DC 20006

 9   Phone:  202.677.4030

10   Email:  matt.lavin@agg.com

11           nicole.wemhoff@agg.com

12

13   On Behalf of UnitedHealthcare Insurance Company and

14   United Behavioral Health:

15   Lauren M. Blas, Esquire

16   GIBSON, DUNN & CRUTCHER, LLP

17   333 South Grand Avenue

18   Los Angeles, CA 90071

19   Phone:  213.229.7503

20   Email:  lblas@gibsondunn.com

21

22   (Appearances continued on next page.)

23

24

25
```

Page  4

1    APPEARANCES (continued):

2

3    On Behalf of UnitedHealthcare Insurance Company and

4    United Behavioral Health:

5    Matthew Guice Aiken, Esquire

6    Priya Datta, Esquire

7    GIBSON, DUNN & CRUTCHER, LLP

8    1050 Connecticut Avenue, N.W.

9    Washington, DC 20036

10   Phone:  202.887.3688

11   Email:  maiken@gibsondunn.com

12

13   On Behalf of MultiPlan, Inc.:

14   Taylor J. Crousillac, Esquire

15   Errol J. King, Jr.

16   PHELPS DUNBAR, LLP

17   400 Convention Street, Suite 1100

18   Baton Rouge, LA 70802

19   Phone:  225.376.0219

20   Email:  taylor.crousillac@phelps.com

21          errol.king@phelps.com

22

23   (Appearances continued on next page.)

24

25

Jolene Bradley                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 5

1    APPEARANCES (continued):

2

3    ALSO PRESENT:  Brian Sack, Concierge

4                  Dave Young, Videographer

5

6    NOTE:  The original transcript will be filed with the

7    DL Law Group, pursuant to the applicable Rules of

8    Civil Procedure.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1  INDEX                                    PAGE

2

3  WITNESS:  Jolene Bradley

4  EXAMINATION BY:

5  Ms. Spielman                              11

6  Mr. Crousillac                            228

7  Ms. Blas                                  229

8

9  INSTRUCTIONS NOT TO ANSWER:  (None.)

10

11  PRODUCTION REQUESTS:  (None.)

12

13  INDEX OF EXHIBITS:

14

15  Exhibit 1 - UHC000035816                 54

16

17  Exhibit 2 - UHC000008828                 68

18

19  Exhibit 3 - UHC000019807                 96

20

21  Exhibit 4 - UHC000016531                 102

22

23  Exhibit 5 - UHC000016759                 122

24

25

Jolene Bradley                                     July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                    Page 7

1    INDEX OF EXHIBITS (continued):                 PAGE

2

3    Exhibit 6 - UHC000030972                       128

4

5    Exhibit 7 - UHC000187828                       137

6

7    Exhibit 8 - UHC000005289_Schultheis_Res_EOB    158

8

9    Exhibit 9 - UHC000005105_Schultheis_Res

10   _United_System                                 161

11

12   Exhibit 10 - UHC000005268_Casey_Schultheis_EOB  166

13

14   Exhibit 11 - PLD0001511                        174

15

16   Exhibit 12 - UHC000017073                      180

17

18   Exhibit 13 - UHC000017073 (PowerPoint)         180

19

20   Exhibit 14 - PLD0000808                        196

21

22

23

24

25

Page 8

1   INDEX OF EXHIBITS (continued):                    PAGE

2

3   Exhibit 15 - UHC000155831                          201

4

5   (Original exhibits attached to original transcript;

6   copies to counsel as requested.)

7

8   REPORTER'S NOTE:  All quotations from exhibits are

9   reflected in the manner in which they were read into

10   the record and do not necessarily indicate an exact

11   quote from the document.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 9

1               THE COURT REPORTER:  Do all counsel

2       stipulate that I may swear in the witness over

3       the videoconference?

4               MS. SPIELMAN:  Yes.

5               MS. BLAS:  Yes.

6               MR. CROUSILLAC:  Yes.

7               THE VIDEOGRAPHER:  Good morning.  We

8       are going on the record at 9:23 a.m. on July 6,

9       2022.  Please note this deposition is being

10      conducted virtually.  Quality of recording

11      depends on quality of camera and Internet

12      connection of participants.  What is seen from

13      the witness and heard on the screen is what

14      will be recorded.  Audio and video recording

15      will continue to take place unless all parties

16      agree to go off the record.

17               This is media unit one of the

18      video-recorded deposition of Jolene Bradley

19      taken by counsel for the plaintiffs in the

20      matter of LD, DB, BW, RH and CJ versus United

21      Healthcare Insurance, et al. filed in the

22      United States District Court, Northern District

23      of California, Oakland Division, Case Number

24      4:20-cv-02254-YGR.

25               My name is Dave Young.  I'm the

Page 10

1   videographer.  Our court reporter is

2   Dana Anderson.  We are both representing

3   Veritext Legal Solutions.

4           I am not related to any party in

5   this action, nor am I financially interested in

6   the outcome.

7           If there are any objections to this

8   proceeding, please state them at the time of

9   your appearance.  Counsel and all attending

10  remotely will now state their appearances and

11  affiliations for the record beginning with the

12  noticing attorney.

13          MS. SPIELMAN:  Good morning.  This

14  is Katie Spielman for the plaintiffs.  I'm

15  joined by my colleague, David Lilienstein, and

16  my co-counsel, Matt Lavin.

17          MS. BLAS:  Good morning.  Lauren

18  Blas from Gibson, Dunn and Crutcher on behalf

19  of the United defendants.  With me are Matthew

20  Aiken and Priya Datta.

21          MR. CROUSILLAC:  Taylor Crousillac

22  of Phelps Dunbar here today on behalf of the

23  defendant MultiPlan, Inc.  I believe I'm here

24  by myself, yep.

25          THE VIDEOGRAPHER:  And will the

Jolene Bradley                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 11

1     court reporter please swear in the witness, and

2     then we can proceed.

3                    JOLENE BRADLEY,

4     called as a witness, being first duly sworn,

5        was examined and testified as follows:

6                    EXAMINATION

7     BY MS. SPIELMAN:

8     Q.   Good morning, Ms. Bradley.  My name is

9     Katie Spielman.  I want to thank you for being

10    here today and for agreeing to give your

11    testimony today.  I want to just go over a few

12    ground rules and what to expect for today's

13    deposition.  And I'm sure your lawyer has

14    talked to you about this a little bit already,

15    and perhaps you have some experience giving

16    your deposition, but just as a reminder, the

17    court reporter is taking down everything that

18    we say, and so, you know, even more important

19    on Zoom that we not speak over each other and

20    that we each wait for the other to finish what

21    we're saying before beginning an answer and

22    that you give your attorney an opportunity to

23    interpose objections after my questions if she

24    wishes to do so.  Does that all make sense?

25    A.   It does, yes.

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 12

1          Q.    And then also because the court reporter
2     is taking down everything that we say, it's
3     important that you give verbal responses to
4     questions rather than nodding your head or
5     giving a mm-hmm, that you say yes or no or give
6     some kind of a verbal response.  Is that okay?
7          A.    It is, yes.
8          Q.    And, of course, if any of my questions are
9     unclear or you don't understand, I'd be happy
10    to rephrase or ask in a different way.  Please
11    just let me know if there's anything that you
12    need clarification on or if you would like me
13    to ask a question again, and I'll be happy to
14    do that.  Does that sound okay?
15         A.    That sounds fine.
16         Q.    Okay.  I'll try to take breaks probably
17    about every hour or hour and a half, but if you
18    need a break sooner than that, I'm happy to do
19    so, just I would ask that if a question is
20    pending, you answer that question that has been
21    asked before we take a break.  Does that sound
22    okay?
23         A.    Yes, it does.
24         Q.    And have you ever been deposed before?
25         A.    I have.

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 13

1    Q.    Approximately how many times?

2    A.    Approximately five, six times.

3    Q.    And when was the first time that you were

4    deposed?

5    A.    Oh, goodness, probably 20-plus years ago.

6    Q.    And was that in connection with your

7    professional life or your personal life?

8    A.    Professional.

9    Q.    And what was the nature of that case?

10   A.    That was an insurance case, a denial of

11   not medically necessary claim.

12   Q.    Okay.  And what was the next oldest

13   deposition that you can remember participating

14   in?

15   A.    Oh, more recently probably within the last

16   few years, three, four years maybe.

17   Q.    And so you said approximately maybe five

18   or six depositions where you've given

19   testimony, is that right?

20   A.    That's correct.

21   Q.    So other than the one 20 years ago, were

22   the rest of those depositions within the last

23   three to five years?

24   A.    Yes, they were.

25   Q.    Okay.  And were those depositions in the

Page 14

1    last five or six years in your professional or

2    personal capacity?

3    A.    A combination, professional and personal.

4    Q.    Okay.  And what was the breakdown?  How

5    many of the depositions were personal and how

6    many were in your professional capacity?

7    A.    One of them was a personal matter.  And

8    the remainder were all professional.

9    Q.    Okay.  And what was the nature of the

10   depositions where you were testifying in your

11   professional capacity?

12   A.    Where I was testifying in my professional

13   capacity was with respect to insurance claims

14   and the reimbursement of the insurance claims.

15   Q.    And in those professional depositions,

16   were you testifying as a corporate

17   representative of United, or were you

18   testifying in your individual capacity?

19   A.    Both.

20   Q.    Okay.  And what were the names of those

21   cases where you gave your depositions?

22   A.    I don't know the exact formal name, but in

23   a few of those it was TeamHealth versus United.

24   Again, not exactly sure on the formal names of

25   them.

Jolene Bradley                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 15

1    Q.   Okay.  And was there another case besides

2    the TeamHealth case?

3    A.   It would have been just different payers,

4    so TeamHealth versus United Oxford, you know,

5    couple of our different portions of the company

6    or parts of the company, but all TeamHealth

7    related.

8    Q.   Okay.  And did those TeamHealth cases

9    resolve?

10   A.   Yes, I believe they have.

11   Q.   And how did they -- how did they resolve?

12                THE WITNESS:  I'm not --

13                MS. BLAS:  Object to the extent it

14   calls for a legal conclusion or speculation.

15                THE WITNESS:  Yeah.  Sorry, Lauren.

16                I'm not certain on the outcome.

17   BY MS. SPIELMAN:

18   Q.   Did you get any updates on the resolution

19   of those TeamHealth cases?

20                MS. BLAS:  Object to the extent it

21   calls for any attorney-client privileged

22   communications.

23                THE WITNESS:  Specifically, no, I do

24   not recall any communications with respect to

25   the outcome.

Jolene Bradley                           July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 16

1      BY MS. SPIELMAN:

2      Q.   Okay.  And then in terms of today's

3      deposition, what have you done to prepare for

4      today's deposition?

5                  MS. BLAS:  And, again, I'll just

6      object to the extent it calls for any

7      attorney-client communications.

8                  But otherwise you can answer,

9      Jolene.

10                 THE WITNESS:  Okay.

11                 I did meet with counsel on a few

12     different occasions regarding the preparation

13     for today.

14     BY MS. SPIELMAN:

15     Q.   And when did you meet with counsel?  And,

16     again, I don't want to -- I'm not asking about

17     the content of any of your discussions with

18     counsel, but rather the time frame when you met

19     with your counsel.

20     A.   In the past few weeks.  We've had three to

21     four meetings over the past few weeks.

22     Q.   And how long did those meetings last?

23     A.   One to three hours.

24     Q.   And were they -- those meetings in person

25     or virtual?

Page 17

```
 1       A.    They were virtual.
 2       Q.    And I guess I should ask, you know:   Where
 3       are you located today?
 4       A.    Today I'm located in Denmark, Wisconsin.
 5       Q.    Okay.  And when you -- do you typically
 6       work based out of Denmark, Wisconsin?
 7       A.    I do, yes.
 8       Q.    And is there a United office located in
 9       Denmark?
10       A.    No, there's not.
11       Q.    Okay.  So do you primarily work remotely
12       then?
13       A.    I do, yes.
14       Q.    Okay.  And these meetings with counsel to
15       prepare for today's deposition, which counsel
16       did you meet with?
17       A.    Lauren, Matthew, Rachel -- I think
18       primarily Lauren, Matthew, Rachel and Joanne.
19       Q.    Okay.  And other than your meetings with
20       your lawyers, did you do anything else to
21       prepare for today's deposition?
22       A.    I had reviewed some of the documents that
23       were in question with respect to the case,
24       which were emails, some claim information.  I
25       think that was pretty much it.
```

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 18

1    Q.   And what claim information did you review?

2    A.   There were five members with claims that

3    were included for each of the five members.

4    And for those members, I did review some of the

5    claim information that was provided in a data

6    file.

7    Q.   And were those five members the named

8    plaintiffs in this case?

9    A.   Yes.

10   Q.   Okay.  Did you speak with anyone other

11   than your attorneys about today's deposition?

12   A.   My team, a few of the individuals on my

13   team, who also reviewed with me the claim

14   information and claim data.

15   Q.   And what individuals on your team did you

16   speak with?

17   A.   Tammy Klinger and September DaSilva.

18   Q.   And what is Tammy Klinger's role?

19   A.   Tammy Klinger is a manager over our

20   appeals, department of insurance, legal,

21   regulatory, consumer affairs team.

22   Q.   And does she report to you?

23   A.   She did.  She now reports to one of my

24   peers.

25   Q.   Okay.  When did that reporting structure

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 19

1      change happen?

2      A.   Just in the last month.

3      Q.   Okay.  And did her role change also in the

4      last month?

5      A.   No.  Same role --

6      Q.   Okay.

7      A.   -- just change in leadership.

8      Q.   And then -- and who does she report to

9      now?

10     A.   Patricia Olson.

11     Q.   Okay.  Where is Ms. Olson located?

12     A.   New Orleans.

13     Q.   Okay.  Is there a United office in New

14     Orleans that she works out of?

15     A.   Not that she works out of.  She works

16     remotely.

17     Q.   Okay.  And then you also mentioned meeting

18     with or discussing the deposition with

19     September DaSilva.  What is -- is it Mr. or

20     Mrs. DaSilva?

21     A.   Mrs.

22     Q.   Uh-huh.

23     A.   She is a -- one of our appeals analysts

24     who performs claims reviews for our team.

25     Q.   Okay.

Page 20

1     A.    And she reports up to Ms. Klinger.

2     Q.    And so has her reporting hierarchy now

3     also shifted along with Ms. Klinger's to

4     Patricia Olson?

5     A.    Yes, it has.

6     Q.    And what was the reason for that

7     reorganization?

8     A.    Just to -- Patty -- or Patricia Olson was

9     promoted in her role.  Patty reported to me and

10    got promoted, so we split our team, and Patty

11    took a portion of the team, and I kept the

12    remainder.

13    Q.    And when the split happened, was it based

14    on function, or is it just kind of half and

15    half?

16    A.    It is based on function, but, you know,

17    tried to divide it so we, you know, have

18    comparable size teams.

19    Q.    Okay.  And what did you discuss with

20    Ms. Klinger and Ms. DaSilva?

21              MS. BLAS:  I'll just object to the

22    extent there were attorneys present and it

23    calls for any privileged communications.

24              THE WITNESS:  We just reviewed the

25    claim information that had been provided to us

Jolene Bradley                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 21

1      and -- with respect to those five individuals

2      to review how the claims processed and verify

3      the processing was either the -- an

4      out-of-network program similar to like the

5      Viant R&C or if they were processed with some

6      other claim remark codes which would indicate,

7      you know, something other than our programs for

8      out-of-network involved.

9      BY MS. SPIELMAN:

10     Q.   Okay.  And did either Ms. Klinger or

11     Ms. DaSilva actually work on any of the

12     plaintiffs' claims at the time they came in?

13     A.   No.

14               MS. BLAS:  Objection, vague.

15     BY MS. SPIELMAN:

16     Q.   And did you speak with anyone at MultiPlan

17     to prepare for today's deposition?

18     A.   I did not.

19     Q.   Did you speak with anyone at Viant to

20     prepare for today's deposition?

21     A.   I did not.

22     Q.   And you are currently employed by

23     UnitedHealthcare, is that correct?

24     A.   Yes, that is correct.

25     Q.   And do you know which specific United

Jolene Bradley                                      July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 22

1      entity is your employer?

2      A.    UnitedHealth Group.

3      Q.    Okay.  And what's your job title?

4      A.    My job title is the associate director of

5      Out of Network Program Operations.

6      Q.    And how long have you held that position?

7      A.    Little over six years.

8      Q.    What was your position prior to that?

9      A.    Out of Network Program Operations manager.

10     Q.    And so about six years you said.  So that

11     would be approximately 2016 that you were

12     promoted to your current position, is that

13     about right?

14     A.    That's correct.

15     Q.    2015, 2016, somewhere around there?

16     A.    Correct.

17     Q.    Okay.  And how did your job duties change

18     when you were promoted approximately six years

19     ago?

20     A.    Similar responsibilities from the Out of

21     Network Program Operations management side of

22     it.  It's just the team grew.  We approximately

23     doubled in size.  So we added additional

24     management leadership, and then I was promoted

25     to associate director.

Page 23

```
 1      Q.    And over what period of time did the
 2      department approximately double in size?
 3      A.    Between the 2015, 2017 range.
 4      Q.    Was there a reason for the size of the
 5      department doubling around that time?
 6      A.    We implemented a new program,
 7      out-of-network program called outlier cost
 8      management.
 9      Q.    And what is the name of the department
10      that you work in?
11      A.    Out of Network Program Operations.
12      Q.    And does your department encompass both
13      in-house and outside or third-party,
14      out-of-network programs?
15      A.    Yes, we do.
16      Q.    And do you personally have responsibility
17      for both in-house and outside or third-party,
18      out-of-network programs?
19                  MS. BLAS:  Objection, vague.
20                  THE WITNESS:  With respect to the
21      operations side of the out-of-network programs,
22      my team would be responsible for anything
23      operations related.
24      BY MS. SPIELMAN:
25      Q.    And so would -- what does operations
```

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 24

1      related encompass?

2      A.   So it could be anything from a -- we refer

3      to, like, an issue or a complaint, a dispute or

4      a formal written appeal, a regulatory,

5      department of insurance-type complaint or

6      pre-litigation, litigation-type review.

7      Q.   And is there anything else that comes up

8      from an operations standpoint?

9      A.   Generally the pricing process is handled

10     systematically, but if there is any questions

11     regarding with how a claim priced, we also have

12     one pricing individual that may review from an

13     accurate or correct pricing standpoint.

14     Q.   And when you say that pricing is generally

15     handled systematically, what does that mean,

16     "systematically"?

17     A.   So the claims are priced by the system.

18     An individual doesn't necessarily have to touch

19     that claim in that first-pass pricing review.

20     It will either go out to the vendor for pricing

21     if it's a vended solution, or it will price

22     internally with our internal programs via a

23     system and not an individual.

24     Q.   Okay.  And so "systematically" sort of

25     means there's an automated process that is

Page 25

1      happening to generate the price?

2      A.   Yes, that is correct.

3      Q.   And so from an operations standpoint, your

4      team would be involved in both internal and

5      vended programs, is that fair to say?

6      A.   That is correct.

7      Q.   Can you describe in layperson terms your

8      job duties?

9      A.   Sure.  So I'm responsible for oversight

10     and management of the operations areas, so

11     manual pricing, the issue dispute team and then

12     formal written appeals team with any respect to

13     any question on pricing of a claim, dispute

14     from a provider or a member regarding any of

15     the out-of-network programs, whether they're

16     vended solutions or they are an internal priced

17     claim from an out-of-network standpoint and

18     then, as I previously mentioned, the department

19     of insurance, regulatory, consumer affairs and

20     any pre-lit or litigation-type case.

21     Q.   And I think I missed a little bit of the

22     first part of your answer.  Did you say manual

23     pricing?

24     A.   Correct.

25     Q.   What is manual pricing?

Page 26

1    A.    If there's a question with respect to how

2    a claim priced within the system, they will

3    refer it to -- an individual on our team will

4    verify the accuracy of that pricing, whether --

5    if it's a vended solution, we will reach out to

6    the vendor to verify that.  So it comes into us

7    and someone is actually -- we refer to it as

8    manually pricing.  Someone's actually routing

9    it to us to validate that that pricing was

10   accurate either with the vendor or internally.

11   Q.    Okay.  And does that manual pricing

12   process typically happen before any issue or

13   complaint has arisen?

14   A.    No, ma'am.  It occurs -- that would occur

15   if there's a dispute or a question with respect

16   to that claim.

17   Q.    Okay.  And who do you report to?

18   A.    Currently?

19   Q.    Yes.

20   A.    Currently I report to Siri.  It's S-i-r-i,

21   Maasch, M-a-a-s-c-h.  She's my new leader.

22   Q.    And when did that become effective that

23   Ms. Maasch is your leader?

24   A.    Within the last month.

25   Q.    Was that part of the same reorganization

Page 27

1       that you were telling me about earlier that

2       affected Ms. Klinger?

3       A.    Yes.  Yes, it was.

4       Q.    And so just as of the last month you're

5       reporting to Ms. Maasch.  Who did you report to

6       prior to that?

7       A.    Prior to that, I reported to Rebecca

8       Paradise or Becky.

9       Q.    And what is Ms. Maasch's title?

10      A.    She's the vice president of Out of Network

11      Program Operations.

12      Q.    And what is Ms. Paradise's title?

13      A.    Vice president of Out of Network Payment

14      Strategy.

15      Q.    And so Paradise is payment strategy.  And

16      Maasch you said is what again?

17      A.    Out of Network Program Operations.

18      Q.    Okay.  And did Ms. Paradise's title change

19      recently along with that reorganization that

20      happened about a month ago, or has she held

21      that title for some time?

22      A.    No, I do not believe her title changed as

23      a result of that reorg.

24      Q.    And was out-of-network strategy -- has

25      out-of-network strategy ever been a part of

Page 28

1      your job duties?

2                  MS. BLAS:  Objection, vague.

3                  THE WITNESS:  No, the strategy

4      component has not been part of my

5      responsibilities.  I had -- since my inception

6      with -- the out-of-network programs has been

7      more around the operations and the management

8      of the operations staff.

9      BY MS. SPIELMAN:

10     Q.   Okay.  And you said you reported to

11     Ms. Paradise for how long?

12     A.   About six -- maybe six and a half years

13     now.

14     Q.   And does anyone report to you?

15     A.   Yes.  I do have one direct report

16     currently.  And just prior to that reorg I had

17     three direct reports.

18     Q.   And who is your current one direct report?

19     A.   Paul Wanscki.

20     Q.   How do you spell Wanscki?

21     A.   W-a-n-c -- or s-c-k-i.

22     Q.   And where is Mr. Wanscki located?

23     A.   New York.

24     Q.   What is his title?

25     A.   He's a manager of Out of Network

Jolene Bradley                           July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 29

1      Operations.

2      Q.    And does anyone report to him?

3      A.    Yes, he has a few direct reports.

4      Q.    What are the roles of the people who

5      report to Mr. Wanscki?

6      A.    He has the operations team that manage

7      dispute and balance billing reviews.  He has

8      training and quality.

9      Q.    And what is your highest level of

10     education?

11     A.    I have a certification in medical

12     assisting.

13     Q.    And where is your --

14     A.    Oh, I'm sorry.  Go ahead.

15     Q.    Sorry.  I was going to ask:  Where is the

16     certification in medical assisting from?

17     A.    From Green Bay, Wisconsin, the Northeast

18     Wisconsin Technical College.

19     Q.    Okay.  And do you know any of the

20     plaintiffs in this case personally?

21     A.    I do not.

22     Q.    Have you ever corresponded with any of

23     them?

24     A.    Not to my recollection.  No, I would not

25     have.

Jolene Bradley
LD, DB, BW, RH v. United Healthcare Insurance Comp
July 6, 2022

Page 30

1    Q.   Okay.  And you don't remember personally
2    handling any of their claims at any point?
3    A.   No, I do not.
4    Q.   I want to talk a little bit about the
5    different departments at United.  Are there
6    other business partners or departments within
7    United that you work with on a regular basis?
8    A.   Yes.  We have various different business
9    partners that we work with -- I wouldn't say on
10   a regular basis -- that we occasionally have
11   meetings or discussions with.
12   Q.   And what are those business partners or
13   other departments at United that you would have
14   occasional meetings with?
15   A.   So -- I'm sorry.  Were you done, Katie?
16   Q.   Yeah.
17   A.   I'm sorry.  Okay.
18   Q.   Yeah.
19   A.   So the other business partners would be,
20   like, our member and provider services team.
21   So those are our call centers typically where
22   we get work from.  Our appeals team, our
23   written appeals team and then our department of
24   insurance pre-litigation, litigation team.  So
25   those business partners that generally route

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 31

1    work into our operations team are most often

2    the areas which our team has any meetings or

3    conversations with.

4    Q.    And how often approximately are you

5    meeting with those other departments?

6    A.    They're not regular meetings.  It would be

7    more a situation if something -- if we had a

8    new program or a policy change where we're

9    talking about the change, making sure that

10    those individuals have the right changes,

11    understand the changes that need to be made to

12    any policy and procedure so that when those new

13    programs -- when the work starts coming in,

14    that they know the correct routing and we're

15    doing that in a timely fashion.

16    Q.    Okay.  And so is part of your work with

17    these other departments then giving trainings

18    on either new rollouts or changes to policies

19    and procedures?

20    A.    Yes, that is correct.

21    Q.    Do you ever receive training from any of

22    those other business partners?

23    A.    Not formal training.  We will, however,

24    have them explain, you know, what the basis of

25    some of their processes are so we make sure

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 32

1       that we tick and tie within our own processes,

2       but not in the sense of a formal training.

3       Q.   And are you familiar with a department at

4       United called Healthcare Economics?

5       A.   I am familiar with them, yes.

6       Q.   What does the Healthcare Economics

7       department do?

8       A.   I'm not sure exactly of all the things

9       they do, but the things that I have, you know,

10      been involved in or seen are things like

11      evaluation of cost trends and cost spend in

12      specific markets, areas by provider specialties

13      or service types.  That's primarily what I've

14      seen or been exposed to from a Healthcare

15      Economics standpoint.

16      Q.   And then are you aware of a department

17      called Payment Integrity?

18      A.   Yes, I am.

19      Q.   What does the Payment Integrity department

20      do at United?

21      A.   Again, there I'm not certain on all of

22      what their roles and responsibilities are.  But

23      my exposure to that team is they have certain

24      reimbursement methods or policies that they

25      establish from a payment standpoint that they

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 33

1      manage to with respect to claims coming in and,

2      you know, ensuring that whatever edits they're

3      creating for review of those claims are

4      applying to claims that they've set up that

5      process for and managing to whatever those

6      reimbursement policies are that have been

7      created.

8      Q.   And would some of those reimbursement

9      policies affect the out-of-network programs

10     that you oversee?

11               MS. BLAS:  Objection, vague.

12               THE WITNESS:  When you say affect

13     the policy -- reimbursement policies, what do

14     you mean, Katie?

15     BY MS. SPIELMAN:

16     Q.   Well, you said the Payment Integrity

17     department -- their work involves setting

18     reimbursement policies, is that correct?

19     A.   Correct.

20     Q.   And so do -- the reimbursement policies

21     that the Payment Integrity team sets, does that

22     from time to time impact the out-of-network

23     programs that you oversee?

24               MS. BLAS:  Objection, vague.

25               THE WITNESS:  The goal of it should

Jolene Bradley                                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 34

```
 1        not, but there are occasions where, you know,
 2        we do cross over.  Again, it's ensuring that
 3        we're working with -- they're notifying us of
 4        any potential policy that they have that may
 5        affect the pricing of a claim, an
 6        out-of-network claim.  And if there is, we
 7        should be having conversation or discussing
 8        those policies before they implement.
 9        BY MS. SPIELMAN:
10        Q.   Can you think of an example of a
11        reimbursement policy from the Payment Integrity
12        team that necessitated that kind of a meeting
13        or discussion with your out-of-network group?
14        A.   I know there were sometimes when they had
15        created some reimbursement policies that did
16        cross over to out-of-network reimbursement
17        where they were reimbursing some claims at --
18        at a percent of CMS, I think -- I believe it
19        was a percent of CMS where the plan itself was
20        not set up to have a percent of CMS.  And
21        therefore they were, like, pricing a claim.
22        And which is not typically something their team
23        is responsible to do.  That pricing is normally
24        done by out-of-network programs.  And so that
25        would be a situation where that may have
```

Jolene Bradley                                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 35

```
 1    occurred.
 2    Q.   Okay.  And when you say "CMS," does that
 3    stand for Centers for Medicare and Medicaid
 4    Services?
 5    A.   Yes, it does.
 6    Q.   What about the affordability department,
 7    are you familiar with the affordability
 8    department at United, or is there an
 9    affordability department?
10    A.   I don't know if there's a department,
11    Katie.  I hear, you know, reference to
12    affordability from a meeting standpoint.
13    Whether there's an actual department for
14    affordability, I'm not aware of an actual
15    department.
16    Q.   Okay.  Do you know what the term
17    "affordability" refers to within United?
18              MS. BLAS:  Objection, vague.
19              THE WITNESS:  Yeah.  From my
20    standpoint, personally as it applies to medical
21    claim reimbursement, to me, affordability means
22    ensuring that, you know, we're paying something
23    that is fair and reasonable and in accordance
24    to the member's policies.
25    BY MS. SPIELMAN:
```

Jolene Bradley                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 36

1    Q.    Okay.  And then are you familiar with the
2    term "Polaris"?
3    A.    Yes, I am.
4    Q.    What is Polaris?
5    A.    Polaris is a reference to a system that --
6    a new system that we began using for our Oxford
7    business.
8    Q.    And what is your Oxford business?
9    A.    Oxford is an affiliate of
10   UnitedHealthcare.
11   Q.    Is it -- so what does Oxford do?
12   A.    There's a health plan.  It's, you know,
13   offering medical insurance as well.  It's just
14   processed on a different platform.  And this
15   Polaris tool would be the platform that they
16   move that business to.
17   Q.    And does Oxford generally cover, you know,
18   a particular geographic area or, you know, how
19   is Oxford delineated?
20   A.    Yes.  So Oxford would be more primarily in
21   the northeast states.
22   Q.    Okay.  And is there a reason that it has a
23   different platform?
24   A.    They were moving off the existing platform
25   and Polaris was the platform of choice that

Page 37

```
 1      they chose to move that to.

 2      Q.   Okay.  Are there particular platforms or

 3      computer systems that you regularly use in the

 4      Out of Network department?

 5      A.   In the Out of Network Operations, we

 6      primarily have responsibility over the UNET --

 7      Q.   Uh-huh.

 8      A.   -- for UnitedHealthcare claims.  And then

 9      the Oxford business that we manage to is on

10      the -- Legacy was the Pulse, and now they've

11      moved to the Polaris system.

12      Q.   I want to talk to you about some sort of

13      terms that I've seen in some of the documents.

14      One of them is key account.  What does key

15      account mean within United?

16      A.   It's the type of account that that group

17      is based upon the size.

18      Q.   And what about national account?

19      A.   Similar.  It's just those are typically

20      your larger accounts that span over the

21      national area.

22      Q.   Is there a dividing line between a key

23      account and a national account?

24      A.   There is.  I don't know the size based off

25      the top of my head or what the criteria are to
```

Page 38

```
1     establish each of those account types.

2     Q.   Okay.  And do you have familiarity with

3     the term -- the terms "fully insured" and

4     "self-funded" in the context of insurance?

5     A.   Yes, I do.

6     Q.   And what is your understanding of fully

7     insured versus self-funded within the insurance

8     context?

9     A.   So fully insured is a contract or a policy

10    where UHC, UnitedHealthcare, has the financial

11    responsibility for those claims, and then the

12    self-funded side where the group or the

13    customer has the responsibility to fund the

14    claims.

15    Q.   And so what other terminology is used to

16    describe self-funded types of plans with

17    United?

18    A.   ASO.

19    Q.   ASO?

20    A.   ASO, yes.

21    Q.   And what does that stand for?

22    A.   You know, I don't know off the top of my

23    head because we just always use the acronym.

24    Q.   There's a lot of acronyms in this world.

25    A.   There are.
```

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 39

1      Q.   Would administrative services only

2      sound --

3      A.   Yes, that does sound correct.

4      Q.   And can a -- key account or a national

5      account, can they be either fully insured or

6      ASO, self-funded?

7      A.   They can, yes.

8      Q.   Do you know what category Apple would fall

9      into?

10              MS. BLAS:  Objection, vague.

11              THE WITNESS:  Yeah.  I believe Apple

12     is an ASO customer.

13     BY MS. SPIELMAN:

14     Q.   Okay.  And do you know if they would be a

15     key account or a national account or something

16     else?

17              MS. BLAS:  Objection, calls for

18     speculation, lacks foundation.

19              THE WITNESS:  I'm uncertain off the

20     top of my head what they are.  I'd have to look

21     at them as a setup to verify for sure.

22     BY MS. SPIELMAN:

23     Q.   Okay.  You said in your role you're

24     responsible for managing the network programs.

25     Can you describe for me, you know, the

Jolene Bradley                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 40

1          difference between out of network and in

2          network?

3                    MS. BLAS:  Objection, vague.

4                    THE WITNESS:  Sure.  So from my

5          understanding, the differences of -- or in

6          network is any claim where a member sought

7          treatment from an in-network or

8          UnitedHealthcare participating provider and

9          that claim was processed as a participating

10         provider claim.  And if it's out of network, it

11         would be the member sought treatment from an

12         out-of-network provider who is not part of our

13         UnitedHealth network, and therefore the claims

14         are processed as out of network per that member

15         or group's plan.

16         BY MS. SPIELMAN:

17         Q.   And are there other terms within United

18         that you use to refer to out-of-network and

19         in-network claims or providers?

20         A.   Yes, there are.

21         Q.   What are they?

22         A.   So could be nonpar, meaning out of

23         network, or par, meaning in network,

24         nonparticipating or participating.  I think

25         those are the biggest two that are referenced.

Jolene Bradley                                     July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                Page 41

1      Q.   And what is the process by which United

2      determines how much to pay claims for its

3      members who have seen out-of-network healthcare

4      providers?

5               MS. BLAS:   Objection, vague, lacks

6      foundation.



Page 42



20          MS. BLAS:  Objection, vague.
21
25          MS. BLAS:  Objection to the extent

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 43



```
 1      it calls for speculation.

 2              Go ahead.

 3

13              MS. BLAS:   Objection, vague.

14              Sorry.

15

23      BY MS. SPIELMAN:

24      Q.   And how long does the -- are you familiar

25      with the facility R&C program or facility
```

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 44

1      reasonable and customary program?

2      A.    Yes, I am.

3      Q.    And what is the facility reasonable and

4      customary program?

5      A.    Facility reasonable and customary is a

6      program that United contracts with Viant or

7      MultiPlan to price claims using their

8      proprietary pricing tool, Viant facility R&C

9      pricing.

10     ███   █████████████████████████████████

       ████████████████████████████████████████

       ████████████████████████████

13                 MS. BLAS:   Objection to the extent

14     it calls for speculation.

15           █████████████████████████████████████

       ████████████████████████████████████████

       ██████████████████████████████████

       ██████████████████████████████████

       ███████████████████████████████████████

       ███████████████████████████████████████

       █████████████████████████████████████████

       ██████████████████████████████████

       █████████████████████

       ███   ███████████████████████████████████

       ██████████████████████████████████

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 45

1   ████████████████████████████████████████

    ████████████████████████████████████████████

    ███████████

    ████   █████████████████████████████

5   Q.   Okay.  And backing up a little bit.  Do

6   you have an understanding of what an allowable

7   amount or eligible expense is?

8   A.   Yes, I do.

9   Q.   And what is -- are those terms sort of

10  interchangeable to you or do you distinguish

11  between them?

12  A.   They are used interchangeably.  And I

13  understand them to be the same, one in the

14  same.

15  Q.   Okay.  So what is an allowable amount or

16  an eligible expense?

17  A.   It's typically defined by our policies and

18  how we determine that allowable or eligible

19  expense.  And usually it is whatever program

20  that might apply to that claim for an

21  out-of-network provider claim.

22  Q.   So the allowable amount or eligible

23  expense is dependent upon the out-of-network

24  program that applies to it?

25  A.   That applies to that particular member

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 46

1     claim or that the group elected to determine

2     allowed amounts for out-of-network provider

3     claims, yes.

4     Q.    And so how do you determine, you know,

5     which programs are going to apply to a

6     particular member to determine the allowable

7     amount on a claim?

8     A.    That's based upon what the group would

9     elect for reimbursement for out-of-network

10    claims.  At the point of sale they would elect

11    whatever programs they want to apply for

12    out-of-network benefits under their plan.

13    ■    ████████████████████████████████

      ████████████████████████████████████████

      ██████████████████████████████████

      ■    ████████████████████████████

17                MS. BLAS:  Objection, vague.

18                Go ahead.

19                ████████████████████████████

      ███████████████████████████████████████

      ██████████████████████████████████████

      ████████████████████████████████████████

      ██████████████████████████████████

      ████████████████████

      ■    ███████████████████████████████████

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 47

1 ████████████████████████████████████████████

████████████████████████████████████████

██  ████████████████████████████

4                    MS. BLAS:  Objection, vague.

5                 ████████████████████████████

██              ████████████████████████████

██ ████████████████████████████████████████

██ ██████████████████████████████████████████

██ ████████████████████████████████████████

██ ██████████████████████████████

11  BY MS. SPIELMAN:

12  Q.   And when you say "SPD," do you have an

13  understanding of what that acronym stands for?

14  A.   Yes.  Sorry.  Summary plan description.

15  Q.   Okay.  And so would the summary plan

16  description or certificate of coverage reflect

17  which, you know, programs that the client plan

18  had elected for out-of-network expenses?

19               MS. BLAS:  Objection, vague.

20               THE WITNESS:  It -- the summary plan

21  description or the COC is going to have

22  language which would support how that allowable

23  or eligible amount is determined.  It may not

24  specifically reference a program name.

25  BY MS. SPIELMAN:

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 48

1    Q.   And so, for example, with the facility

2         reasonable and customary program, how would

3         the -- you know, how would that program be

4         reflected in the SPD and the certificate of

5         coverage?

6              MS. BLAS:  Objection, vague.

7              THE WITNESS:  So it's going to have

8         language which would describe more of

9         determining the allowed or eligible amount

10        based upon a reasonable amount in a geo ZIP

11        code area, something to that effect, but it's

12        under the definition of out-of-network

13        reimbursement and for out-of-network providers.

14   BY MS. SPIELMAN:

15   Q.   Okay.  So for plans that have elected the

16        facility R&C program, their SPD or certificate

17        of coverage should have language that states

18        something along the lines of a reasonable

19        charge for a geographic ZIP code, is that fair

20        to say?

21             MS. BLAS:  Objection, vague,

22        mischaracterizes the documents.

23             THE WITNESS:  Yes, something with

24        respect to that type of language.  As far as

25        the exact terminology, we'd have to look at a

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 49

1      COC or SPD.

2      BY MS. SPIELMAN:

3      Q.   Okay.  Would the COC or SPD say the word

4      "Viant" anywhere in the eligible expense

5      section for out of network?

6      A.   I'm not sure if a -- an ASO, SPD may

7      reference the program, but typically we do not.

8      It's more of that eligible expense definition

9      we talked about, not the specific program name.

10     Q.   And then would the SPD or certificate of

11     coverage mention facility reasonable and

12     customary in the eligible expense language for

13     out of network?

14     A.   No, it typically would not.  There may be

15     some self-funded groups that do establish their

16     own language that may call that out.  I'm not

17     aware of any.  But typically it's more general

18     or broad to cover both the facility R&C as well

19     as the professional R&C.

20     Q.   Okay.  And you mentioned facility R&C

21     versus professional R&C.  How do you

22     distinguish between those two programs?

23              MS. BLAS:  Objection, vague.

24              THE WITNESS:  So the facility R&C is

25     for facility claims only, and it is the program

Jolene Bradley                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 50

1     that we have contracted with MultiPlan to

2     access their proprietary pricing program called

3     Viant R&C where physician R&C is a program that

4     United purchases data directly from FAIR Health

5     and loads that into our claim processing system

6     to price claims systematically that are

7     professional claims, so billed by a

8     professional using a CPT or HCPCS code.

9     BY MS. SPIELMAN:

10    Q.   And why does the facility R&C program not

11    draw data from the FAIR Health database in the

12    same manner that the professional R&C program

13    does?

14              MS. BLAS:  Objection, assumes facts,

15    lacks foundation, calls for speculation.

16              THE WITNESS:  So I'm not certain --

17    the Viant R&C, when we -- my understanding is

18    when we contracted with MultiPlan for this

19    program years ago, that the similar component

20    to FAIR Health for facility claims was not

21    available.  They did not have a similar

22    component to price facility claims, and

23    therefore we contracted with Viant to utilize

24    their proprietary pricing method.

25    BY MS. SPIELMAN:

Page 51

1    Q.   And when you say "similar component," what
2    are you referring to?
3    A.   For facility.  So they have modules or
4    components for their pricing programs and that
5    they did not have a partner for facility like
6    they do their physician component.
7    Q.   When you say "they," you're referring to
8    FAIR Health?
9    A.   FAIR Health, correct.
10   Q.   Do you know if FAIR Health currently has
11   components for facility-based billing codes?
12             MS. BLAS:  Objection, calls for
13   speculation.
14             THE WITNESS:  It's my understanding
15   that they do offer facility now, some type of
16   facility pricing component.
17   BY MS. SPIELMAN:
18   Q.   And how long has FAIR Health offered
19   facility pricing to your knowledge?
20   A.   I'm not aware of how long they may have
21   had it.
22   Q.   Have you ever discussed moving the
23   facility R&C program over to FAIR Health to
24   sort of be consistent with the professional R&C
25   program?

Jolene Bradley
LD, DB, BW, RH v. United Healthcare Insurance Comp
July 6, 2022

Page 52

1              MS. BLAS:  Objection, vague, calls

2       for speculation, lacks foundation.

3              THE WITNESS:  I've been made aware

4       that there have been discussions more recently

5       about FAIR Health having a data file for

6       facility based upon allowed amounts, and

7       therefore different than their current

8       physician module, which is based upon charge

9       data.

10      BY MS. SPIELMAN:

11      Q.   And what was the nature of those recent

12      discussions about FAIR Health's data for

13      facility pricing?

14             MS. BLAS:  Objection, vague.

15             THE WITNESS:  Primarily just the

16      availability now of that tool for FAIR Health

17      that has a facility component to it that is

18      based upon not charge-based data, so what a

19      facility charges, but based upon allowed data,

20      allowed or eligible like we would refer to it

21      in our terminology, but basically just that the

22      data now exists and that is fairly new.

23      BY MS. SPIELMAN:

24      Q.   And who was part of those discussions?

25      A.   That was within our leadership group, my

Jolene Bradley                                   July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 53

1      leadership group prior to moving to Siri, so

2      Becky Paradise, Ray Lopez and some of my other

3      peers.

4      Q.   Was anyone from MultiPlan a part of those

5      discussions?

6      A.   No, they were not.

7      Q.   To your knowledge, has anyone at United

8      had any discussions with MultiPlan regarding

9      the availability of this facility-type data

10     from FAIR Health?

11     A.   That I would not --

12              MS. BLAS:  Objection, calls for

13     speculation.

14              Sorry.

15              THE WITNESS:  Sorry.

16              That I would not be aware of.

17              MS. SPIELMAN:  I'd like to mark an

18     exhibit now.  And I'm going to try to bring it

19     in myself.  So if I just click it and introduce

20     exhibit.

21              MR. SACK:  You don't have to have

22     all those zeros there.  You can customize it

23     any way you like.  You can put a name on there.

24     You have some options.

25              MS. SPIELMAN:  Okay.

Page 54

1              MR. SACK:  I like to get rid of the

2       zeros.

3              MS. SPIELMAN:  All right.  I will

4       add the stamp.  Can I move the stamp?

5              MR. SACK:  Yes, you can.  You have

6       to kind of click on it first and then --

7              MS. SPIELMAN:  Okay.

8              MR. SACK:  You can make it bigger or

9       smaller.  You can...

10             MS. SPIELMAN:  I think I've done it

11      now.  So we're doing the screen share approach.

12             MR. SACK:  I'm going to download it

13      and put it in my presentation software.  It

14      will just be a second.  Stand by.  Is everyone

15      able to see that?

16             MS. SPIELMAN:  I can see it.

17             THE WITNESS:  I can see it.

18             MR. SACK:  Okay.

19             (Exhibit Number 1 marked for

20      identification.)

21      BY MS. SPIELMAN:

22      Q.   So, Ms. Bradley, this is a document that's

23      been marked as Exhibit 1.  It's Bates numbered

24      UHC 35816.  Have you ever seen this document

25      before?

Jolene Bradley                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 55

1      A.   (Views document.)  I've seen a similar

2      document, but this one does not look familiar

3      to me.

4      Q.   And when you say you've seen a similar

5      document -- can you just describe what this

6      document is that we're looking at?

7      A.   So it is a depiction of an out-of-network

8      claim and how that claim can pay at two

9      different benefit levels, the in-network

10     benefit level or the out-of-network benefit

11     level.  So the in on the left-hand side of the

12     page, the out-of-network benefit level on the

13     right-hand side of the page, and then what --

14     typically what programs could apply under that

15     benefit level that goes into each of the

16     different programs that may apply.  What's

17     different to me is I see some little notations

18     of charge-backs on here, no charge-backs or

19     charge -- I'm not familiar with that commentary

20     in the version that I have seen.

21

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 56

1   ██████████████████████████████████████

2   ████████████████████████████████

3   Q.   Okay.  Does this flowchart to you appear

4   to accurately depict the sort of hierarchy of

5   when a claim comes in how the out-of-network

6   pricing program might be determined?

7              MS. BLAS:  Objection, vague.

8              THE WITNESS:  So yeah, based upon

9   the benefit level of a claim is typically how

10  we would apply each of those programs that are

11  noted there.  So, yes, that would appear to be

12  that what it -- that is what this document is

13  calling out in the flow of which programs may

14  apply.

15  BY MS. SPIELMAN:

16  Q.   Okay.  And in general what types of

17  out-of-network claims are paid at the

18  in-network benefit level?

19  A.   So those would be your emergency

20  situations where -- typically where a member

21  does not have a choice to elect a

22  UnitedHealthcare participating provider or

23  providers, such as radiologists,

24  anesthesiologists, pathologists, lab or ER docs

25  in a network facility where the member goes to

Page 57

1      a network facility believing that they picked

2      the right provider to have their claims covered

3      as in network, and then they later find out

4      that those provider types may be out of

5      network.  So those we would automatically pay

6      at the network level of benefit because the

7      member had no choice and ensuring that we're

8      paying it similarly to how we would pay a

9      network provider claim.

10     Q.   Okay.  And then on the other side, on the

11     right side of the flowchart, what types of

12     claims generally are paid at the out-of-network

13     benefit level -- or what types of

14     out-of-network claims, I should say, are

15     generally paid at the out-of-network benefit

16     level?

17     A.   These would be situations where the member

18     chose to go to that particular specialist or,

19     as it notes here, like, an ambulatory surgery

20     center, they know that they're not contracted

21     or a facility, or even an urgent care where

22     it's not quite an emergency, they have time to

23     make a choice of where to go and they choose to

24     go to an out-of-network provider.

25     Q.   And so in the case of these claims routed

Jolene Bradley                                      July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 58

1      on the right side of the flowchart paid at the

2      out-of-network benefit level, is there a

3      possibility that the member would be balance

4      billed in that situation by the provider?

5                    MS. BLAS:  Objection, vague.

6                    THE WITNESS:  Yes, they may be

7      balance billed by the provider.

8      BY MS. SPIELMAN:

9      Q.   And why is that?

10                   MS. BLAS:  Objection, calls for

11     speculation.

12                   THE WITNESS:  So dependent on the

13     programs, if you have a program such as the

14     Viant R&C or a FAIR Health R&C that isn't a

15     contractual arrangement like the shared savings

16     program or fee negotiation, the provider does

17     have the right to balance bill the member

18     anything over what UnitedHealthcare didn't deem

19     to be eligible or allowed.

20     BY MS. SPIELMAN:

21     Q.   And you see down towards the bottom --

22     well, at the very bottom really is the R&C

23     facility and then R&C professional.  What does

24     R&C refer to in that context?

25     A.   Reasonable and customary.

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 59

1      Q.   And what does reasonable and customary

2      mean in the -- in your understanding within

3      United?

4                 MS. BLAS:  Objection, vague, calls

5      for speculation.

6                 THE WITNESS:  So in my

7      understanding, reasonable and customary would

8      mean a method in which we would have a program

9      to determine a reasonable reimbursement amount

10     for an out-of-network provider claim.

11     BY MS. SPIELMAN:

12     Q.   And how is the reasonable and customary

13     reimbursement amount determined?  What is it

14     based on?

15                MS. BLAS:  Objection, vague.

16                THE WITNESS:  So in this case if

17     you're referring to either of those two

18     programs, the facility or the professional R&C,

19     it would be determined based upon that

20     particular program.  So for the facility R&C,

21     it would be the Viant determined allowed amount

22     is what we would determine to be the reasonable

23     and customary reimbursement, or if it's a

24     professional claim, it would be the FAIR Health

25     determined allowed amount for those services,

1      that claim.

2      BY MS. SPIELMAN:

3      Q.   And for the facility R&C, what data is

4      used to generate that reasonable and customary

5      amount?

6                MS. BLAS:  Objection, calls for

7      speculation.

8                THE WITNESS:  I'm not familiar with

9      exactly how -- the details of how claims are

10     priced with Viant R&C.  We send them over to

11     Viant to have them price it using their

12     program, and what they return to us is what we

13     rely upon as the reasonable and customary rate

14     to reimburse that claim with.

15     BY MS. SPIELMAN:

16     Q.   And what data goes into Viant's program to

17     generate that reasonable and customary amount?

18               MS. BLAS:  Objection, asked and

19     answered, calls for speculation, lacks

20     foundation.

21               THE WITNESS:  I'm not certain of the

22     details that go into that to determine, you

23     know, all the different components they use to

24     determine what's reasonable.

25     BY MS. SPIELMAN:

Page 61

1    Q.   Do you know in a general sense any of the

2    components that Viant uses to determine what's

3    reasonable?

4              MS. BLAS:  Objection, asked and

5    answered.

6              THE WITNESS:  I'm not familiar with

7    those details of how they price the claim.

8    BY MS. SPIELMAN:

9    Q.   Are you familiar, you know, even not at

10   the detailed level but just generally what they

11   use to generate that reasonable amount?

12             MS. BLAS:  Same objection.

13             THE WITNESS:  Generally, I

14   understand there's a geo ZIP code factor, but

15   that's about all I know from the Viant R&C

16   program standpoint.

17   BY MS. SPIELMAN:

18   Q.   Okay.  And do you know if that geo ZIP

19   factor would be -- would factor into every type

20   of service that -- you know, every type of sort

21   of billing code through the Viant program?

22             MS. BLAS:  Objection, vague, calls

23   for speculation.

24             THE WITNESS:  That I do not know.

25   BY MS. SPIELMAN:

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 62

1    Q.   Do you know if the geo ZIP factor would

2    factor into determining the reasonable amount

3    for intensive outpatient substance use services

4    through Viant?

5              MS. BLAS:  Same objection.

6              THE WITNESS:  I'm not sure.  I'm not

7    aware of that.

8    BY MS. SPIELMAN:

9    Q.   Are there other people within United who

10   are aware of the details of what data goes into

11   Viant's pricing program?

12             MS. BLAS:  Objection, calls for

13   speculation.

14             THE WITNESS:  There may be.  I'm not

15   certain what -- to what detail level they know

16   or understand of how Viant prices it.  As I

17   mentioned, you know, we contract with them to

18   do the pricing piece and, you know, believe

19   that they're working on our behalf to ensure

20   that what they're pricing is in accordance with

21   their tool and is what's reasonable and

22   customary.

23   BY MS. SPIELMAN:

24   Q.   Is it important to United that the prices

25   that Viant is generating are, in fact,

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 63

1        reasonable and customary?

2                    MS. BLAS:  Objection, vague, calls

3        for speculation.

4                    THE WITNESS:  Yes, it is important

5        to United that what we're reimbursing for our

6        customers and our members is what is

7        reasonable.

8        BY MS. SPIELMAN:

9        Q.   And then why is that important to United?

10       A.   Because it's our responsibility to ensure

11       that we reimbursed according to their plans

12       what is reasonable and ensure that we're doing

13       our part to manage total cost of care for all

14       of the claims we process for our members and

15       our customers.

16       Q.   And what steps are you aware of that are

17       taken within United to ensure that Viant's

18       pricing tool does generate reasonable prices

19       for out-of-network services?

20                    MS. BLAS:  Objection, vague, calls

21       for speculation, misstates testimony.

22                    THE WITNESS:  I'm not aware of what

23       those steps are to verify with Viant in their

24       R&C pricing tool.  That's not part of my

25       operations responsibility.

Page 64

1      BY MS. SPIELMAN:

2      Q.   Are you aware of another department or

3      individual at United who does have that

4      responsibility?

5      A.   I'm not aware of who might have that

6      responsibility.



Jolene Bradley
LD, DB, BW, RH v. United Healthcare Insurance Comp

July 6, 2022

Page 65

14    BY MS. SPIELMAN:

15    Q.   Approximately how long ago?

16    A.   I'm guessing probably 18, 20 years ago.

17    Don't know for sure.

18    Q.   Were you working at United at the time

19    that the -- United's contract with Viant first

20    began?

21    A.   No.

22             MS. BLAS:  Objection, lack of

23    foundation.

24             THE WITNESS:  At United, but not on

25    this team or department.

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 66

1      BY MS. SPIELMAN:

2      Q.   And other than the Viant or facility R&C

3      program, what other programs or platforms has

4      United used since, say, 2015 for out-of-network

5      pricing?

6      A.   With MultiPlan, or just in general?

7      Q.   In general.

8      A.   So from a MultiPlan vended solutions

9      standpoint, we utilize the shared savings

10     that -- Viant R&C.  We also access their --

11     what we refer to as the outlier cost management

12     program, which uses Data iSight pricing.  And

13     then internally we have both MNRP as reflected

14     in this document, which is a reimbursement

15     based upon a percent markup of CMS or Medicare.

16     And then ENRP, which is also a percent markup

17     of Medicare.

18     Q.   And are the MNRP and ENRP vended solutions

19     or in-house solutions?

20     A.   Both of those are in-house pricing

21     solutions.

22     Q.   And the shared savings program, is that

23     vended or in-house?

24     A.   That would be a vended solution.

25     Q.   Is that also through MultiPlan?

Page 67

1      A.    That is correct.

2      Q.    And Viant R&C, is your understanding that

3      Viant is a subsidiary of MultiPlan?

4      A.    Yes.

5      Q.    And then you mentioned that outlier cost

6      management or Data iSight is a MultiPlan

7      solution as well?

8      A.    That is correct.

9      Q.    And would that Data iSight program be the

10     one that's used to price professional --

11     professional out-of-network claims?

12     A.    It could be either professional or

13     facility claims.

14     Q.    Okay.  So other than shared savings,

15     facility R&C, outlier cost management/Data

16     iSight, MNRP and ENRP, are there other -- any

17     other programs United has used since 2015 for

18     out-of-network pricing?

19     A.    That actually price the claim, no.  That

20     would cover off on the programs used to price

21     the claims.

22     Q.    Are there any other programs that are

23     used -- that have been used by United since

24     2015 -- at any time since 2015 to determine an

25     eligible expense for an out-of-network claim?

Jolene Bradley                           July 6, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 68

1    A.   No.   These programs would be the ones that

2    would be utilized to price any claim since 2015

3    if the client elects them.

4    Q.   Okay.

5             MS. SPIELMAN:  I want to introduce

6    another exhibit, please, so bear with me.  It

7    should be uploading.

8             (Exhibit Number 2 marked for

9    identification.)

10   BY MS. SPIELMAN:

11   Q.   So are you able to see the document marked

12   Exhibit 2 on your screen now?

13   A.   (Views document.)  Yes, I can.

14   Q.   And have you ever seen this document

15   before?

16   A.   The format looks familiar.  I have seen

17   documents such as this.  And it looks like I am

18   noted as an attendee.  So yes, I'm sure I did.

19   It's just some time ago.

20   Q.   Yeah.  And then -- yeah, I see your name

21   is in the recipient box there on this.  It

22   ████████████████████████████

█    ████████████████████████████████

█    █████████████████████████████

█    ██      ███████████████████████████

Jolene Bradley                                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Jolene Bradley                                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 71

1       ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

███████████

█   ████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████

           ████████████████████████

████████████████████████████████████

███████████████

           ████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

█████████████████████████████████

████████████████████████████████████████

████████████████████████████████

21      BY MS. SPIELMAN:

22      Q.   I want to ask about some of the people in

23      this email or in this meeting.  The message is

24      sent from Mark Edwards.  Are you familiar with

25      Mark Edwards?

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 72

1    A.   Yes, I am.

2    Q.   And who is he?

3    A.   Mark would be the client manager for

4    United.  He's from MultiPlan.  And he's one of

5    our direct go-tos for any questions, concerns

6    and covers off on the client management

7    perspective.

8    Q.   Is Mark Edwards your main contact at

9    MultiPlan?

10   A.   Yes, he is.

11   Q.   Has he always been your main contact at

12   MultiPlan?

13   A.   Prior to Mark there was another individual

14   that would have been our direct contact.

15   Q.   Do you remember that person's name?

16   A.   Emma Johnson.

17   Q.   Okay.  And when did Emma Johnson stop

18   being your main contact?

19   A.   Oh, I think Mark has been in that role

20   probably four to six years.

21   Q.   And is there anyone else currently who

22   you're in regular contact with at MultiPlan?

23   A.   Tina Smith --

24        MS. BLAS:  Objection, misstates

25   testimony.

Page 73

```
 1                    Sorry.  Go ahead.
 2                    THE WITNESS:  Tina Smith would be
 3         our other contact.
 4         BY MS. SPIELMAN:
 5         Q.   And do you know Mr. Edwards' and
 6         Ms. Smith's titles?
 7         A.   I do not.
 8         Q.   Okay.  And then there's a Ray Lopez on
 9         this recipient list.  Who is Ray Lopez?
10         A.   Ray Lopez is a UnitedHealthcare employee.
11         He works -- he's a peer of mine, works in
12         out-of-network programs as the program manager.
13         Q.   And what about Lisa LaMaster?
14         A.   Lisa also was a peer of mine.  She's no
15         longer with UnitedHealthcare.  And her role
16         was -- she had oversight to those key and
17         national accounts, ASO accounts.
18         Q.   And do you know where Lisa is now?
19         A.   I do not.
20         Q.   How long ago did she leave United?
21         A.   I would say two to three years now she's
22         been gone.
23         Q.   And why did -- do you know why she left?
24         A.   I do not.
25                    THE VIDEOGRAPHER:  Excuse me.  We've
```

Page 74

```
 1        got about five minutes left on this media.

 2                    MS. SPIELMAN:  Okay.  We can take a

 3        break now if that's a good time for everyone

 4        and come back in a few minutes to get a new

 5        disc started.

 6                    THE VIDEOGRAPHER:  We are going off

 7        the record.

 8                    Time now is 10:47.

 9                    (Off the record 10:47 to 10:57.)

10                    THE VIDEOGRAPHER:  We are back on

11        the record.  This is the start of media

12        number 2.

13                    The time is 10:57.

14        BY MS. SPIELMAN:

15        ██     ██████████████████████████████████

   ██     ██████████████████████████████████

17        regarding the governance meeting.  And I was

18        just going through some of the people on this

19        meeting.  I think Patricia Olson we already

20        talked about earlier.  Who is Kelly Valentine?

21        A.    Kelly Valentine was a peer of mine for a

22        short time, has been gone from the organization

23        for quite a while, probably four or five years.

24        Q.    And did she ever report to you, or was she

25        in more of a peer role?
```

Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 76 of 279
Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 75

1      A.    She was a peer to me.

2      Q.    What was her title?

3      A.    I do not recall.

4      Q.    Did you work with her?

5      A.    A very, very short time.

6      Q.    Okay.  How long approximately?

7      A.    Maybe four to six months.

8      Q.    Okay.  And do you know how long she had

9      been involved in the out-of-network team prior

10     to that?

11     A.    I do not recall.

12     Q.    Okay.  Is she knowledgeable about the

13     MultiPlan/Viant out-of-network programs?

14            MS. BLAS:  Objection, vague.

15            THE WITNESS:  I would say -- I would

16     say not specifically the -- all of the

17     different out-of-network programs.  I think she

18     was -- she did more of a project-type role, not

19     as involved with the out-of-network programs.

20     BY MS. SPIELMAN:

21     Q.    Okay.  Do you know what her project role

22     entails?

23     A.    I don't know specifically what she all

24     managed from a project standpoint.  She came

25     over to our team and was here for a very short

Jolene Bradley                                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 76

1       time, so I didn't have a lot of interaction
2       with her.
3       Q.   Okay.  And then what about Terry Smith?
4       Who's Terry Smith?
5       A.   Terry Smith is a peer of mine as well.
6       She has oversight to the system side of
7       out-of-network programs, so the IT components.
8       Q.   Okay.  And then over on the MultiPlan
9       side, who is Jacqueline Kienzle?
10      A.   Jacqueline is, again, like a client
11      executive for us.  I don't know her exact
12      title.  But she would be more on the client
13      executive side.
14      Q.   Okay.  And Kim Dugan?
15      A.   Kim Dugan has responsibility for what we
16      refer to as the affiliates.  So, like, Oxford
17      and any other affiliate United would have, Kim
18      would have oversight to them from a client
19      manager.  So she would be a peer to Mark
20      Edwards, I believe.
21      Q.   Okay.  And what about Robb Butler?
22      A.   Robb was an associate, like, client
23      management role.
24      Q.   Is he not with MultiPlan anymore?
25      A.   That I don't know, if he moved to another

Jolene Bradley                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 77

1     role, but I haven't worked with Robb for quite

2     a while.

3     ████    ████████████████████████████████

█     ████████████████████████████████

█     ████████████████████████████████

█     ████████████████████████████████

█     ████████████████████████████████

█     ████████████████████████████████

█     ████████████████████████████████

█     ██████████████████████████████

█     ████████████████████████████████████

█     ██████████

█     ███   ████████████████████████████████

█     ████████████████████████████████

█     ████████████████████████████████

█     ████████████████████████████████

█     ████████████████████████████████████

█     ███████████████

█     ███   ████████████████████████████████████

█     ████████████████████████████████

21              What does OTP refer to?

22    A.    I'm not exactly sure what the acronym

23    stands for.

24    Q.    And ASC stands for ambulatory surgery

25    center?

Page 78

1      A.    That's how I understand it, yes.

Jolene Bradley                                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 79

Page 80





Jolene Bradley
LD, DB, BW, RH v. United Healthcare Insurance Comp
July 6, 2022



Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 83

1

2

3

4

5

6

7

8

9    BY MS. SPIELMAN:

10   Q.   And when that percentile changed, was that

11   percentile change communicated to United

12   clients?

13            MS. BLAS:   Objection, lacks

14   foundation.

15            THE WITNESS:   That I'm not aware of.

16   I would not have oversight or responsibility to

17   do that client communication.

18   BY MS. SPIELMAN:

19   Q.   And so you -- neither you nor anyone on

20   your team communicated to any of United's

21   clients regarding a change in percentile, is

22   that correct?

23   A.   That is correct.

24   Q.   And who at United would have

25   responsibility for communicating any changes to

Page 84

1        the Viant facility R&C percentile to clients?

2        A.    I don't know who would have that

3        responsibility to communicate to our ASO client

4        base.

5        Q.    What about your fully insured client base?

6        A.    Myself nor my team would have

7        responsibility to communicate to our fully

8        insured customers, and I'm not aware of who

9        would have that responsibility.

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 85

1  ███████████████████████████████████████

2  ████████████████

3       A.   As I personally understand it, you know,

4  it would be various departments, including our

5  Healthcare Economics team, Out of Network

6  Payment Strategy, the -- likely the

7  underwriting team and our key and national

8  account leadership.  There may be others, but

9  that's who I would feel would at least be in a

10 discussion regarding that change.

11      Q.   And when the Viant facility R&C percentile

12 changes, does that apply across the board to

13 all United clients who've elected the Viant R&C

14 program?

15           MS. BLAS:  Objection, vague, lacks

16 foundation.

17           THE WITNESS:  Yes.  My understanding

18 is the percentile is applied across as

19 UnitedHealthcare as Viant's client and across

20 all of our customer base.

21 BY MS. SPIELMAN:

22      Q.   And do the customers vote or have any

23 input on changing that Viant facility R&C

24 percentile?

25           MS. BLAS:  Objection, lacks

Page 86

1    foundation.

2                THE WITNESS:  They may have that

3    opportunity.  I don't know.  I'm -- that's not

4    part of my operations team's responsibility.

5    BY MS. SPIELMAN:

6    Q.   Okay.  Do you know what other operation

7    team might be responsible for getting input

8    from United clients regarding changes in the

9    facility R&C percentile?

10   A.   I think that would be more of the Payment

11   Strategy team under Becky.

12   Q.   Okay.  Would you agree that from a client

13   perspective that would be a pretty material

14   change to them if their out-of-network eligible

15   expense amount is going to be adjusted

16   downward?

17                MS. BLAS:  Objection, vague, assumes

18   facts, calls for speculation, lacks foundation.

19                THE WITNESS:  It's generally pretty

20   seamless to the customer and the client unless

21   there is a dispute regarding the reimbursement

22   and the manner in which this program works and

23   the fact that there is advocacy.  If a provider

24   does not agree to the reimbursement amount or a

25   member gets balance billed, it's -- you know,

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 87

1      it's pretty seamless to a member or a client.

2      BY MS. SPIELMAN:

3      Q.   But we were looking at that flowchart

4      earlier.  And I believe you testified that

5      members can be subject to balance billing under

6      the facility R&C program, correct?

7      A.   That is correct.

8      Q.   And so do you think that from a United

9      customer or client perspective they would care

10     if the percentile applied to determining their

11     eligible expenses is going to be adjusted

12     downward?

13                MS. BLAS:  Objection, vague, calls

14     for speculation.

15                THE WITNESS:  Personally, yes, I

16     think they would care because it's in our best

17     interest to ensure, again, we are paying what

18     is reasonable for this customer and doing our

19     part to control total cost of care.  And,

20     again, our goal is to ensure we're paying a

21     provider a reasonable amount and, you know,

22     making sure that for a group we're paying a

23     reasonable amount.  And, again, this Viant R&C

24     program has advocacy.  So while a member may be

25     balance billed, the manner in which the program

Page 88

1    works is that if they have the advocacy -- or

2    if they do get balance billed, the advocacy

3    will help support that with outreach and

4    education to that provider.

5    BY MS. SPIELMAN:

6    Q.    And what type of outreach and education is

7    provided to the provider?

8    A.    So the Viant team will outreach to the

9    provider if a member is being balance billed

10   and will educate them on how they derived at

11   that allowed amount.  And in most instances,

12   when that occurs, a provider stops balance

13   billing at that point once they've received

14   that education and supporting information of

15   how Viant has come to that allowed amount.

16   Q.    And what does that education consist of in

17   terms of how did they come to the allowed

18   amount?

19            MS. BLAS:  Objection to the extent

20   it calls for speculation or it was asked and

21   answered.

22            THE WITNESS:  The details of how

23   that occurs, Katie, I'm not sure of what all

24   goes into that discussion and what they share

25   with the provider.  From the back end side that

Page 89

1      we see from the operations team, it's when we

2      send those balance billing cases over or defer

3      them to Viant per what it indicates on their

4      EOB.  Most of those cases are resolved with

5      just the education and don't even go on to --

6      further to a negotiation.

7      BY MS. SPIELMAN:

8      Q.   And have you ever listened to one of those

9      education calls?

10     A.   I have not personally, no.

11     Q.   Are you curious about how Viant derives

12     its eligible allowed amount?

13                MS. BLAS:  Objection, vague.

14                THE WITNESS:  You know, we

15     contract -- United contracts with them

16     specifically to do the service for us.  They're

17     the experts.  And we leave that role and

18     responsibility up to Viant and their team to

19     support and defend how they've derived at those

20     allowed amounts.

21     BY MS. SPIELMAN:

22     Q.   Okay.  And does either United or Viant

23     provide any of that education regarding

24     deriving the allowed amounts to United's

25     customers or clients?

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 90

```
 1                    MS. BLAS:  Objection, asked and
 2          answered.
 3                    THE WITNESS:  The client
 4          specifically, I'm not aware of situations where
 5          that information is specifically shared.  If
 6          they asked, it wouldn't be to my operations
 7          team.  It would, you know, likely be someone
 8          else in the organization like that payment
 9          strategy team to, you know, help support
10          whatever questions they may have around that
11          and engage MultiPlan/Viant as necessary.
12          BY MS. SPIELMAN:
13          Q.  Does United use Viant for all types of
14          out-of-network facility claims?
15                    MS. BLAS:  Objection, vague.
16                    THE WITNESS:  When you say all types
17          of Viant facility, do you mean inpatient and
18          outpatient, or what types of claims are you
19          referring to?
20          BY MS. SPIELMAN:
21          Q.  Well, I guess for all types of service
22          codes.  So any kind of a HCPC or a CPT code
23          that would come in out of network, does United
24          use Viant for all of those types of services?
25          A.  HCPCS and CPT codes are typically
```

Page 91

```
1        professional claims, so wouldn't be -- wouldn't

2        fall under that Viant facility R&C program.

3        It's my understanding it's any facility claim,

4        whether inpatient or outpatient, could be

5        priced by Viant.

6        Q.   And are you familiar with the H0015

7        billing code?

8        A.   Off the top of my head, no, I'm not.

9        Q.   No.  Okay.  What about H0018?

10       A.   Seems like it's all in the same category.

11       I don't know those off the top of my head.

12       Q.   Okay.  Do you know whether those are the

13       types of billing codes that would be priced by

14       Viant?

15               MS. BLAS:  Objection, calls for

16       speculation, lacks foundation.

17               THE WITNESS:  So if billed on an

18       outpatient facility claim, they're -- you know,

19       they may be able to be priced.  But typically

20       those HCPCS or CPT codes are billed on a

21       professional claim.  If they are billing them

22       on a facility claim, I have seen where the

23       HCPCS or CPT codes are included in the pricing

24       for the facility.

25       BY MS. SPIELMAN:
```

Jolene Bradley                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 92

1      Q.    And so are there certain types of facility
2      claims that do not get priced by Viant as a
3      matter of rule?
4      A.    I'm not aware of any specific exclusions
5      of claim types that don't get priced by Viant.
6      Q.    Would Viant price both inpatient and
7      outpatient facility-based claims?
8      A.    Yes, that is my understanding, both
9      inpatient and outpatient facility claims can be
10     priced by Viant.
11     Q.    So can Viant price residential treatment
12     center claims?
13                 MS. BLAS:   Objection, calls for
14     speculation, vague.
15                 THE WITNESS:   Yes, Viant can price.
16     If it's billed on a facility claim, it is my
17     understanding they can price a claim even if
18     it's residential treatment center.
19     BY MS. SPIELMAN:
20     Q.    And can Viant price intensive outpatient
21     claims?
22                 MS. BLAS:   Objection, vague, calls
23     for speculation.
24                 THE WITNESS:   Yes, it's my
25     understanding that if it's billed on a facility

Jolene Bradley                                     July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 93

1     claim, they can price any of those service

2     types.

3     BY MS. SPIELMAN:

4     Q.   And how long has United used Viant?

5     A.   Viant was in play when I came into the

6     team, so probably longer than 16 -- 15,

7     16 years.

8     Q.   And do you know why United started using

9     Viant?

10             MS. BLAS:  Objection, calls for

11    speculation, lacks foundation.

12             THE WITNESS:  My understanding was

13    that the FAIR Health R&C tool that we purchased

14    from FAIR Health did not have a comparable

15    facility pricing component to it, therefore we

16    contracted with MultiPlan to access their Viant

17    facility R&C program.

18    BY MS. SPIELMAN:

19    Q.   And so now that FAIR Health does have the

20    facility-based component, do you know why

21    United continues to use Viant?

22             MS. BLAS:  Objection, calls for

23    speculation, lacks foundation, asked and

24    answered.

25             THE WITNESS:  Yeah, so the Viant R&C

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 94

1        program is -- you know, it's very reputable.

2        It's been around for a very long time.  You

3        know, it's -- they do a great job.  As far as

4        pricing those claims in a quick turnaround time

5        for us, we have very little noise with this

6        program, not a lot of disputes.  And those

7        disputes that we do get, typically the

8        education on the advocacy component on the back

9        end helps these members to, you know, resolve

10       any questions or concerns with respect to

11       balance billing.  And, you know, it's generally

12       a very quiet program, well known in the

13       industry, I would say.

14       BY MS. SPIELMAN:

15       Q.   And so have you been happy with the job

16       that Viant has done for you?

17       A.   Yes.

18                 MS. BLAS:  Objection, vague.

19                 THE WITNESS:  Yes.  Overall, the

20       Viant program, you know, like I said, it's --

21       operationally, great turnaround times.  Viant

22       and team support any questions and concerns.

23       As far as the operational components of the

24       program that my team has to deal with, very

25       satisfied.

Page 95

1      BY MS. SPIELMAN:

2      Q.   Are there any -- and from a nonoperational

3      standpoint, are you happy with the job that

4      Viant has done?

5                  MS. BLAS:  Objection, vague, lacks

6      foundation.

7                  THE WITNESS:  Anything specific

8      you're referring to?  Nonoperational?

9      BY MS. SPIELMAN:

10     Q.   No.  Just in general.  I mean, you sort of

11     said from an operational standpoint everything

12     is running smoothly and you've been happy with

13     the job that Viant has done.  So just looking

14     more broadly, have you been satisfied and happy

15     with the job Viant has done?

16                 MS. BLAS:  Same objection.

17                 THE WITNESS:  Yeah.  So the majority

18     of the contact for me is operational, always

19     revolves around a specific claim situation or a

20     question.  And with respect to that, yes, very

21     satisfied.

22     BY MS. SPIELMAN:

23     Q.   Have you had any problems or issues with

24     Viant?

25                 MS. BLAS:  Objection, vague.

Page 96

1              THE WITNESS:  I wouldn't say

2       problems or issues.  I mean, if there's any

3       questions that we have specific to a claim or a

4       case, and we work directly with their teams to

5       resolve them, that resolution happens very

6       quickly.  You know, their pricing of the claims

7       first pass that all happen systematically, we

8       have not had any questions or concerns around

9       that process, just very quiet program.

10              MS. SPIELMAN:  I'd like to pull up

11       another exhibit.  It should be up soon.

12              (Exhibit Number 3 marked for

13       identification.)

14       BY MS. SPIELMAN:

15       Q.   Ms. Bradley, are you able to see the

16       document that's been marked on the screen

17       there?

18       A.   (Views document.)  Yes, I can.

19       Q.   Have you ever seen this document before?

20       A.   Let me just take a peek.  (Views

21       document.)  So was there something prior to the

22       Bridget Benincasa?  Okay.

23       Q.   Are you able to scroll?

24              MR. SACK:  I scrolled to the last

25       page for her.

Jolene Bradley                                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 97

```
 1              MS. SPIELMAN:  Okay.
 2              MR. SACK:  It's a three-page
 3     document.  This is the last page.  Let me know
 4     when you would like to go to the follow-up
 5     emails.  There's the second page.
 6              THE WITNESS:  Oh, can you flip back
 7     to the first row quick?
 8              MR. SACK:  This is the last page,
 9     yeah.
10              THE WITNESS:  Or the last.  Yeah.
11     I'm sorry.
12              MR. SACK:  It's the first email, but
13     it's the last page of the document.
14              THE WITNESS:  (Views document.)
15     Okay.  If you can go to the next one.  (Views
16     document.)  Okay.  You can flip to the next
17     page.  (Views document.)  Okay.  Is that the
18     very top then?
19              MR. SACK:  Yes, it is.
20              THE WITNESS:  This is Sarah
21     Peterson's.  Okay.
22     BY MS. SPIELMAN:
23     Q.   Okay, Ms. Bradley.  So do you recognize
24     this email string?
25     A.   I don't recall it specifically just
```

Jolene Bradley                                            July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 98

1        reading the document itself, so...

2        Q.   Can you tell us what it is?

3        

22                MS. BLAS:  Objection to the extent

23        it misstates the document.

24                T



Page 99

        MS. BLAS:   Objection, calls for

speculation.

BY MS. SPIELMAN:

Q.   Are you aware of in-house tools that

Oxford was using in this 2016 time frame to

Jolene Bradley                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 100

1      generate UCR pricing?

2      A.   I do recall other situations where they

3      were actually using FAIR Health to price

4      facility claims that had HCPCS or CPT codes on

5      them and -- which was inaccurate because the

6      facility billed services, although they have

7      CPT or HCPCS codes on them, represent something

8      totally different than a professionally billed

9      CPT or HCPCS code.

10     Q.   And so help me understand that.  So you're

11     saying that a facility HCPC code can be sent

12     with the same numbers and digits as a

13     professional HCPC code, but it's a totally

14     different service?

15               MS. BLAS:  Objection to the extent

16     it misstates testimony.

17               THE WITNESS:  Not that it's a

18     different service, but the FAIR Health pricing

19     tool that would have been utilized to determine

20     a price based upon the use of those HCPCS and

21     CPT codes on a facility claim will get you the

22     eligible or allowed amount for a professional

23     service.  So, for example, if you price a

24     professional surgeon's claim, say, for an

25     appendectomy, removal of appendix, that allowed

Page 101

1      amount is for what the surgeon did to remove

2      those [sic] appendix.  If you receive a

3      professional -- or excuse me, a facility bill

4      for the facility services for that same

5      surgery, those services, although there may be

6      a CPT or HCPCS code on that facility claim, are

7      not for the surgeon's services.  So if you use

8      that priced amount, you're using the surgeon's

9      eligible or allowed amount, not the facility

10     eligible or allowed amount.

11     BY MS. SPIELMAN:

12     Q.   Okay.  Okay.  And then this --

13                MS. SPIELMAN:  If you can scroll to

14     the final page of the exhibit, please.

15     BY MS. SPIELMAN:

16     Q.   This screenshot of this computer system

17     here, what is that system?

18                MS. BLAS:  Objection to the extent

19     it calls for speculation.

20                Is it possible to zoom in a little?

21     Thank you.

22          T ████████████████████████████

    █   ████████████████████████████

    █   ██████████████████████████████████

    █   ████████████████████████████

Jolene Bradley                           July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 102

1

5          MS. SPIELMAN:  I want to mark

6    another exhibit, please.  We can take that one

7    down.

8          (Exhibit Number 4 marked for

9    identification.)

10         MS. SPIELMAN:  This one is kind of

11   longer, so we might want to email a copy to

12   Ms. Bradley.  It's 21 pages.

13         MR. SACK:  Okay.  So mark it, and

14   then I'll email it to her.

15         MS. SPIELMAN:  Okay.

16         MR. SACK:  Could someone please put

17   her email address in the chat?  Downloading it

18   now.

19         MS. BLAS:  Is this going to be in

20   Exhibit Share also or --

21         MR. SACK:  Yes, it will.  Yes, it

22   will.  I'm just taking care of emailing the

23   witness right now.

24         MS. BLAS:  Yes.  Yes.  Thank you.

25         MR. SACK:  Okay.  Yeah.  And please

Jolene Bradley                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 103

1       refresh your email browser, please.

2                   So it is in Exhibit Share now, so it

3       is available to everyone, but I'm going to be

4       screen sharing momentarily.

5                   Can you let us know when you have

6       the exhibit, Ms. Bradley?

7                   THE WITNESS:  Nothing yet.

8       BY MS. SPIELMAN:

9       Q.   Is it coming yet?

10      A.   No.

11      Q.   Well, I -- is it okay if we take -- if we

12      go off the record for a couple minutes?

13                  THE WITNESS:  I'm fine with that.

14                  THE VIDEOGRAPHER:  We are going off

15      the record.

16                  Time now is 11:38.

17                  (Off the record 11:38 to 11:48.)

18                  THE VIDEOGRAPHER:  We are back on

19      the record.  This is the start of media

20      number 3.

21                  The time is 11:48.

22                  MS. SPIELMAN:  Okay.  Thanks

23      everyone for working through that technical

24      issue.

25      BY MS. SPIELMAN:

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                  Page 104

1      Q.   Ms. Bradley, I think you now have a

2    document that's been marked as Exhibit 4 in

3    front of you.  It should start with Bates

4    number UHC 16531 on the bottom right.

5      A.   (Views document.)  Yes, I do.

6      Q.   And have you ever seen this document

7    before?

8      A.   Yes, I have.

9      Q.   And can you describe it for us?

10   ███    ████████████████████████████

     ██    ███████████████████████████████

     ██    █████████████

     ██    ███    █████████████████████████

     ██    ███    ███████████████████████████

     ██    ██████████████████████████

     ██    ███    ██████████████████████████████

     ██    ███    █████████████████████████████

     ██    ██████████████████████

     ██    ███    ██████████████████████████████

     ██    ███████████████████████████

     ██    ███    ████████████████

     ██    ███    ████████████████████████████

     ██    ███████

     ██    ███    ████████████████████████████

     ██    ███████████████████

Jolene Bradley                                      July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 105



1

12    Q.    And the other person that I see here on

13    the second page of this Exhibit 4 is Cathy

14    Ackerman?

15    A.    Yes.

16    Q.    Who is Cathy Ackerman?

17    A.    Cathy Ackerman is a peer of mine.

18    Q.    And what is her title?

19    A.    Associate director, Out of Network

20    Programs.

21    Q.    And do you work with her regularly?

22    A.    Yes, I do.

23

Jolene Bradley                                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Jolene Bradley                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 107



 1  ████████████████████████████████████

 2  ████████████████████████████████

 3  ██████████████████████████████████████

 4  ████████████████████████████

 5  ████████████████████████████████████

 6  ██████████████████████████████

 7  ██████████████████████████████

 8  ████████████████████

 9          MS. BLAS:  Objection, vague.

10          ██████████████████████████

11  ████████████████████████████████████

12  ████████████████████████████████

13  ██████████████████████████████

14  ████████████████████

15  BY MS. SPIELMAN:

16  █     ██████████████████████████████████

17  ██████████████████████████████████████

18  ██████████████████████████████

19  ████████████████████

20          MS. BLAS:  Objection, vague, lacks

21  foundation, calls for speculation.

22          ██████████████████████████

23  ████████████████████████████████████

24  ██████████

25  BY MS. SPIELMAN:

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 108



Jolene Bradley                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 109

1   ███████████████████████████████████████

███████████████████

███   ████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████.

7   Q.   Okay.  I want to turn now to the Bates

8   page 16514 in Exhibit 4, please.

9            MS. BLAS:  Do you mean 41, Katie?

10           MS. SPIELMAN:  Yes.

11           MS. BLAS:  Thanks.

12           MS. SPIELMAN:  16541.

13           THE WITNESS:  I have arrived at that

14   page.

15   BY MS. SPIELMAN:

16   Q.   Okay.  My question is about the fourth

17   bullet -- or my first question is about the

18   fourth bullet under the Fully Insured section.

19   ████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████

█████████████████████████

██   ██████████████

Jolene Bradley                           July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 110



 1            MS. BLAS:  Objection, vague, lacks

 2      foundation.

 3            But you can answer.

 4

14            MS. BLAS:  Objection, calls for

15      speculation.

16

Page 111



6              MS. BLAS:   Objection, calls for

7       speculation.

Page 112

1      ██████████████████

2   ■   ██      ████████

3   ■   ██    ████████████████████████

4   ■   ████████████████████████████████

5   ■   ████████████████████████

6            MS. BLAS:   Objection, relevance,

7      calls for speculation.

8            ████████████████████

█   ██████████████████████████████████

■   ███████████████████████████████

■   █████████████████████████████████████

■   █████████████████████████████████

■   ██████████████████████████████

■   ████████████████████████████████████████

■   ██████████████████████████████

■   ███████████████████████████████

■   ███████████████████

■   ████████████

■   ██   ██████████████████████████████████

■   ██████████████████████████████████████

■   ██████████████████

■   ██    ██████

■   ██   ████████████████████████████

■   ████████████████████████████████████████

■   ████████████████████████████████████████

Page 113



15          MS. BLAS:   Objection, vague, assumes

16     facts.

Jolene Bradley                                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 114

1

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                    Page 115



 1

 2          MS. BLAS:  Objection to the extent

 3      it misstates testimony.

 4          But you can answer.

 5

25          MS. BLAS:  Objection to the --

Page 116

11            MS. BLAS:  Objection --

12      BY MS. SPIELMAN:

13

Jolene Bradley                                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 117



1

18            MS. BLAS:  Objection, vague.

19

Page 118

4          MS. BLAS:  Objection, vague.

5

10         MS. BLAS:  Same objections.

11

Page 119



17          MS. BLAS:  Objection, calls for

18   speculation, calls for expert testimony.

19

25          MS. BLAS:  Objection, vague, lacks

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 120

1       foundation, calls for speculation.

2       ███████████████████████████████

███████████████████████

█████████████

██    ████████████████████████████████

██████████████████████████████████

███

██    █████████████████████████████

███████████████████████████████

█████████████

██    ██████████████████████████

████████████████████████████████████

██    ████████████████████████

██    █████████████████████████████

███████████████████

██    ██████████████████████

██    ████████████████████████████████████

███████

██    █████████████████████████████

███████

██    ██    ████████████████████████

███████████████████████████

██    ██    ███████████████████████████████

██████████████████████████████

██████████████████████████████

Jolene Bradley                                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 121



5          MS. BLAS:  Objection, vague, asked

6      and answered.

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                    Page 122

1       ██████████████████████████

2                MS. BLAS:  Objection, asked and

3       answered, lacks foundation.

4                    ████████████████████████████████

█       ████████████████████████████████

█       ████████████████

█       ████  ██████████████████████████

█       ████████████████████████████████████

█       ████████████████████████████████

█       ██████████████

11               MS. BLAS:  Objection, vague, lacks

12      foundation, calls for speculation.

13                   ████████████████████████████████

█       ████████████████████████████████

█       █████████████

16               MS. SPIELMAN:  I'm going to pull up

17      another exhibit.

18               MR. SACK:  Downloading it now.

19               MS. SPIELMAN:  What's that?

20               MR. SACK:  I'm downloading it now.

21               (Exhibit Number 5 marked for

22      identification.)

23      BY MS. SPIELMAN:

24      Q.   Ms. Bradley, you should be able to see a

25      document on your screen that's been marked as

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 123

1    Exhibit 5.  It begins at Bates UHC 16759.  Can
2    you see that?
3    A.   (Views document.)  Yeah.
4              THE WITNESS:  Can we blow it up a
5    little bit?
6              MR. SACK:  Do you want me to go to
7    the beginning of the email chain like we did
8    before?
9              THE WITNESS:  Please, if you could.
10             MR. SACK:  Try and find the
11   beginning of this one.  This is the first
12   email.
13             THE WITNESS:  Okay.  Can you go back
14   to that bottom part?  Just up a little bit.
15   Sorry.  I was finishing those last two
16   paragraphs there.  Up just a little bit more.
17   There we go.  Okay.  You can go up further.
18   Okay.  Okay.
19             MR. SACK:  That's it.
20   BY MS. SPIELMAN:
21   Q.   Okay, Ms. Bradley.  Now that you've had a
22   chance to review the document marked as
23   Exhibit 5, do you recognize this document?
24   A.   I don't recall it.  So long ago.
25   ██      ████████████████████████████████████

Page 124



Page 125

14          MS. BLAS:   Objection, lacks

15     foundation, calls for speculation.

16

24          MS. BLAS:   Objection, calls for

25     speculation, lacks foundation.

Page 126



11          MS. BLAS:  Objection, asked and

12     answered.

13          Go ahead.

14

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 127



8          MS. BLAS:  Objection, vague, calls

9     for speculation, lacks foundation.

16          MS. BLAS:  Objection, calls for

17    speculation.

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 128

1

15           MS. SPIELMAN:  I want to pull up

16   another exhibit, please.

17           (Exhibit Number 6 marked for

18   identification.)

19   BY MS. SPIELMAN:

20   Q.   Okay.  Do you see Exhibit 6 up on your

21   screen now beginning with Bates --

22   A.   (Views document.)  Yes, I do.

23   Q.   Sorry.  Beginning with Bates UHC 30972?

24   A.   I don't see the Bates number on the

25   screen, but Exhibit 6.  Oh, there we go.  Yep.

Jolene Bradley                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 129

1    Q.   And take a minute to kind of scan through

2    it and let me know if you recognize the

3    document.

Page 130



14          MS. BLAS:  [Unintelligible].

15          THE COURT REPORTER:  Was there an

16    objection there?

17          MS. BLAS:  Objection, vague.

18

Page 131



7            MS. BLAS:   Objection, vague.



Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 134 of 279
Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 133





Page 134

9            MS. BLAS:  [Unintelligible].

10            THE WITNESS:  I'm sorry, Lauren.

11            MS. BLAS:  Go ahead.

12            THE COURT REPORTER:  I didn't hear

13       your objection, though, Lauren.

14            MS. BLAS:  Objection, vague.

Page 135

 5          MS. BLAS:  Objection to the extent

 6     it calls for speculation or lacks foundation.

 7

15          MS. BLAS:  Objection, asked and

16     answered, lacks foundation.

17

Page 136

          MS. BLAS:  Objection, assumes facts,

vague.

          MS. SPIELMAN:  I'd like to mark

another exhibit.  And this is a longer one too.

So we may need to email it to Ms. Bradley.

          MR. SACK:  Sure thing.

BY MS. SPIELMAN:

Q.   And since it is a longer document, do you

have a preference of whether you'd like to

break for lunch now or later?

A.   I'm fine with either.

Q.   Okay.  Let's push ahead.

Page 137

1                    (Exhibit Number 7 marked for

2          identification.)

3                    MR. SACK:  Has it been uploaded?

4                    MS. SPIELMAN:  It's loading.  It's

5          38 pages.

6                    MR. SACK:  All right.  Ms. Bradley,

7          which email that I used worked for you?

8                    THE WITNESS:  Let me look over at

9          that doc.  The one with the middle initial.

10                    MR. SACK:  Okay.  Just hit Send now.

11          So give it a second.

12                    THE WITNESS:  In this case, like,

13          three minutes?

14                    MR. SACK:  Yeah.

15                    MS. SPIELMAN:  Do you want to go off

16          the record while we wait for the document to

17          come through?

18                    THE WITNESS:  I'm fine with that.

19                    MS. SPIELMAN:  Okay.

20                    THE VIDEOGRAPHER:  We are going off

21          the record.

22                    Time now is 12:38.

23                    (Off the record 12:38 to 12:46.)

24                    THE VIDEOGRAPHER:  We are back on

25          the record.  This is the start of media

Page 138

1     number 4.

2              The time is 12:46.

3     BY MS. SPIELMAN:

4     Q.   All right, Ms. Bradley.  I've marked an

5     exhibit, Exhibit Number 7.  It's a PowerPoint

6     presentation beginning at 187828.  Do you have

7     that in your email now or up in front of you?

8     A.   (Views document.)  I do have 18 -- or

9     Exhibit 7 starting with 828 -- 829?

10    Q.   The first page should be 187828, the cover

11    ██████████████████████████████████████████

█     ██████████████████████████

13    A.   Oh, yes, it is.  Sorry.

14    Q.   Okay.

15    A.   Let me do this bigger.

16    Q.   And do you recognize this document?

17    A.   I do.

18    Q.   And what is it?

19    ██  ████████████████████████████████████████

█     ██████████████████████████████████████

█     ████████████████████████████████████

█     ██████████████████████████████████████████

█     ██████████████████████████████

█     ██  ████████████████████████████████

█     ██████████████████████████████████████████

Page 139

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 140

1      Q.    And who is John Haben?

2      A.    John Haben would have been who Becky

3      Paradise reported to.

4      Q.    Does she still report to John Haben?

5      A.    No.  John is no longer with the

6      organization.

7      Q.    Oh.  Do you know where he is now?

8      A.    I believe he's retired.

9      Q.    Okay.  Who does Becky report to now?

10     A.    Michael Wentzien.

11     Q.    Okay.  How long has she been reporting to

12     him?

13     A.    For, I think, like, since the beginning of

14     the year or shortly thereafter.

15     Q.    When did Mr. Haben retire?

16     A.    About a year ago, maybe a little over a

17     year ago.

18     █    ██████████████████████████████████████████

██    ████████████████████████

██    █    ████████████████████████████████████

██    █    ██████████████████████████████████████

██    ████████████████████████████████████████████

██    ██████████████████████████████████████████████

██    ██████████████████████████████████████████████

██    ████████████████████

Page 141



1

2

3

4

5

6

7

8          MS. BLAS:   Objection, vague, lacks

9    foundation, calls for speculation.

10              You can answer.

11

12

13

14

15

16

17

18

19          MS. BLAS:   Objection, vague, calls

20    for speculation.

21

22

23

24

25

Page 142



1

2

3

4          MS. BLAS:   Objection, calls for

5     speculation.

6

7

8

9

10

11

12          MS. BLAS:   Objection, foundation,

13     calls for speculation.

14          T

15

16

17

18

19          MS. BLAS:   Objection, vague.

20

21

22

23

24

25

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 143



 1
 2
 3
 4
 5
 6
 7
 8
 9
10              MS. BLAS:   Objection, calls for
11      speculation, lacks foundation.
12

Jolene Bradley                                     July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 144



18                    MS. BLAS:  Objection, misstates

19        testimony.

20

Jolene Bradley                                        July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 145

1    █████████████████████████████████████

     ██████████████████

     ████████████████████

     ██████  ████████████████████████████

     █████████████████████████████████████████

     ███████████████████████████████████

     ███████████████████████

     ██████  ████████████████

9                  MS. BLAS:   Objection, lacks

10   foundation.

11   BY MS. SPIELMAN:

12   Q.   Okay.  Will you turn, please, to page

13   187844?  I think it's page 17 of the

14   presentation.

15                  MS. BLAS:   Katie, would you mind if

16   we took a break after you're done with this

17   document?

18                  MS. SPIELMAN:   That's fine.  Yeah.

19                  MS. BLAS:   Thanks.

20                  MS. SPIELMAN:   It's a long document,

21   but I'm not really asking about very many pages

22   of it, so I'll be done shortly.

23                  MS. BLAS:   Okay.

24   BY MS. SPIELMAN:

25   Q.   Ms. Bradley, have you found that page?  It

Jolene Bradley                                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 146

1        begins Recommended Action number 3a.

2        A.   I haven't yet.  Sorry.  I had to set my

3        headset down to charge it a little.

4        Q.   Oh.

5        A.   187844 you said, right?

6        Q.   That's right.

7        A.   One more.  I think I got there.

8

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 147



```
 1  ██████████████████████████████████████
    ██████████████████████████████
    █   ████████████████████████████
    ██████████████████████████████████
    ████████████████████████
    ██████████████████████████████
    ████████████████████████████████████
    ██████████████████████████████████████
    ██████████████████████████████████████
    ████████████████████████████████████
    ██████████████████████████████████████
    ████████████████████████████████████
    ████████████████████████
    ████████████████████
    █   ████████████████████████████
    ████████████████████████████████████
17            MS. BLAS:  Objection, calls for
18      speculation.
19            Go ahead.
20            █████████████████████████████
    ███████████████████████████████████
    ██████████████████████████████████████
    ██████████████████████████████████
    ████████████████████████████████
    ████████████████████████████████
```

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 148



```
 1  ████████████████████████████████

    ███████████████████████

    █████████████

    ██    ████████████████████████

    ████████████████

    ██    ██████████████████████████

    ██    ██████████████████████████

    ██████████████████████████████

    ████████████████████████

10          MS. BLAS:  Objection, vague, calls

11  for speculation.

12          You can answer.

13                  ████████████████████████

    █████████████████████████████

    ████████████████████████████████

    ██████████████████████████████

    ██

    ████████████████

    ██    █████████████████████████

    █████████████████████████████

    ███████████████

    ██    ██████████████

    ██    █████████████████████████

    █████████████████████████████

    ██████████████████████
```

Jolene Bradley                                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 149



1          MS. BLAS:  Objection, vague.

23          MS. BLAS:  Objection, calls for
speculation, lacks foundation.

Page 150



22          MS. BLAS:  Objection, lacks

23    foundation, calls for speculation, calls for

24    expert testimony.

25

Page 151



```
 1
```

```
11          MS. BLAS:  Objection, vague to the
12     extent it misstates the document.
13
```

```
23          MS. BLAS:  Objection, vague,
24     misstates testimony.
25
```

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 152

1 ████████████████████████████████████████████

  ████████████████████████████████████

  ██████████████████

  ██  ████████████████████████████

  ████████████████████████████████████████

  ██  ██████████████████

7              MS. BLAS:  Object --

8              MS. SPIELMAN:  Okay.

9              THE COURT REPORTER:  Lauren, did you

10    say...

11             MS. BLAS:  Objection, asked and

12    answered, but that's fine.

13             MS. SPIELMAN:  I don't have any more

14    questions about that document.  So if you guys

15    want to take a break for lunch now, we can do

16    that.

17             THE VIDEOGRAPHER:  We are going off

18    the record.

19             Time now is 1:05.

20             (Off the record 1:05 to 1:42.)

21             THE VIDEOGRAPHER:  We are back on

22    the record.

23             The time is 1:42.

24 ████████████████████

   ██  ████████████████████████████

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 153

1    ████████████████████████████████████████████

2    ████████████████████████████████████████

3              MS. BLAS:  Objection, vague.

4         ███████████████████████████████████

██  ███████████████████████████████

██  ████████████████

██  ██  ██████████████████████████

██  ██  ██████████

██  ██  ██████████████████████████

██  ██████████████████████████████████

██  ███████████████████████████████████

██  ██████████████████████████████████████

██  ███████████████████████████████████

██  █████████████████████

██  ██  ██████████████████████████████

██  █████████████████████████████████

██  ███████████

██  ██  ██████████████████████████

██  ███████████████████████████████████

██  ████████████████████████

██  ██  █████████████████████████████

██  ████████████████████████

██  ███████████████████████

██  ██  ████████████████████████████████

██  ███████████████████████████████

Page 154

1      ■■■■■■

2      MS. BLAS:  Objection, asked and

3 answered.

4      ■■■■■■■■■■■■■■■■■■■■■

5 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■

6 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■

7 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■

8 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

9 ■■■■■■■■■■

10 ■■■■■■■■■■

11 ■■   ■■■■■■■■■■■■■■■■■■■■

12 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■

13 ■■■■■■■■■■■■■■■■■■■

14      MS. BLAS:  Objection, vague, lacks

15 foundation, calls for speculation.

16      ■■■■■■■■■■■■■■■■■■

17 ■■■■■■■■■■■■■■■■■■■■■

18 ■■■■■■■■■■■■■■■■■■■■■■■■

19 ■■■■■■■■■■■■■■■■

20 ■■■■■■■■■■■

21 ■■   ■■■■■■■■■■■■■■■■■■■■

22 ■■■

23      MS. BLAS:  Objection, calls for

24 speculation, lacks foundation.

25      You can answer.

Page 155



1

14          MS. BLAS:  Objection to the extent

15     it calls for speculation.

16

Page 156



1

2          MS. BLAS:  Objection, vague, lacks

3     foundation.

4

15          MS. BLAS:  Objection, vague, assumes

16    facts, calls for speculation.

17

Page 157



1              MS. BLAS:   Objection, vague, calls

2     for speculation.

17             MS. BLAS:   Objection, vague.

Jolene Bradley                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 158

1     ██      ████████████████████████████

██    ████████████████████████████████████

██    ████████████████████████████████████

██    ████████████████████████████████████

██    ██████████████████

██    ██    █████.

7                    MS. SPIELMAN:  I want to take a look

8     at an exhibit here.  And it's going to be -- if

9     I can find it.  Okay.  So this will be

10    Exhibit 8.  And it is Bates stamped UHC 5289.

11                    (Exhibit Number 8 marked for

12    identification.)

13    BY MS. SPIELMAN:

14    Q.   Ms. Bradley, are you able to view that

15    document on your screen?

16    A.   (Views document.)  Yes, I can.

17    Q.   And have you ever seen this document

18    before?

19    A.   Not this particular one, but I have seen

20    documents similar.

21    Q.   Okay.  And can you describe this document

22    for us, please?

23    ██      ██████████████████████████

██    ████████████████████████████████████

██    ████████████████████████████

Jolene Bradley                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 159

1

5     A.   It appears that the service on this date

6     was outpatient services, but to the detail of

7     the outpatient service I can't tell from this

8     document.

9     Q.   Okay.  And what were the dates of service?

10    A.   Date of service was 10/9 of 2019.  Looks

11    like on the second one, 10/7/2019.

12    Q.   And then there's a Note column.  And it

13    appears that there's a notation under the Note

14    column.  Are you able to tell what that

15    notation means?

16    A.   I just see the letters NJ; N, as in Nancy,

17    J, as in John.

18    Q.   And do you know what that notation NJ

19    means?

20    A.   Off the top of my head, no, unless there's

21    a reference to it below on the EOB.  Typically

22    with remark codes or notes there's some sort of

23    reference to that.

24    Q.   Okay.  And then the amount billed here was

25    $4,132.81.  And the amount allowed was also

Page 160

1     $4,132.81.  And it looks like the plan paid the

2     entire billed amount.  Does that look accurate

3     to you?

4     A.   From review of the document, yes, that's

5     what it appears to be.

6     Q.   And from reviewing this document, does it

7     appear that this claim was processed through

8     the Viant facility R&C program?

9     A.   I wouldn't be able to tell from this

10    document.  I would have to look at other

11    information to be able to tell that.

12    Q.   Okay.  What other information would you

13    have to look at?

14    A.   We'd need to know what the plan had set up

15    for out-of-network programs, if the claim

16    routed to the out-of-network programs for

17    initial pricing, and then what that pricing

18    would have returned as with an applicable

19    remark code.

20    Q.   Okay.  And are you able to tell from this

21    EOB or PRA whether it's in network or out of

22    network?

23    A.    No.  From what we're looking at here you

24    can't tell.  Typically you could see that in

25    the remark code response if there is any or any

Jolene Bradley                      July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 161

1    notes.  On a lower portion of the EOB would

2    tell you if you sought treatment from an

3    in-network or out-of-network provider.

4    Q.   Okay.

5            MS. SPIELMAN:  I'm going to mark

6    another exhibit momentarily.

7            (Exhibit Number 9 marked for

8    identification.)

9    BY MS. SPIELMAN:

10   Q.   The document's just been uploaded.  Okay.

11   It looks like he's got it up on the screen for

12   you now.  Are you able to see that Exhibit 9?

13   Do you need it zoomed in?

14   A.   (Views document.)  Yeah.

15           THE WITNESS:  If you could make it a

16   little larger, that would be helpful.  And I do

17   see that it's marked Exhibit 9.

18   BY MS. SPIELMAN:

19   Q.   And it's Bates stamped UHC 5105 and 5104.

20   A.   104, yep.

21   Q.   So do you recognize this document?

22   ███    ████████████████████████████████

███  ████████████████████████████

███  ███   ████████████████████████████████

███   ███████████████████



Page 162

Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 164 of 279
Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 163



Page 164

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 165



Page 166

8          MS. SPIELMAN:  And so I want to pull

9     up another exhibit now.  And this will be

10    Exhibit 10.

11               (Exhibit Number 10 marked for

12    identification.)

13    BY MS. SPIELMAN:

14    Q.   Should be available now.  Okay.  It looks

15    like the document is up on the screen.  Feel

16    free to take a moment to scan through that and

17    let me know when you've finished.

18               THE WITNESS:  Can we blow it up just

19    a little bit?  (Views document.)  Okay.  You

20    can scroll down.  Is there anything beyond the

21    bottom of the page?

22               MR. SACK:  Five-page exhibit.

23               THE WITNESS:  Okay.  Which I think

24    is the remainder of the explanation of

25    benefits.  We can get there if there's

Jolene Bradley                           July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 167

1    questions regarding it.

2    BY MS. SPIELMAN:

3    Q.    Okay.

4    A.    Okay.

5    Q.    All right.  Do you recognize Exhibit 10?

6    A.    I do.  It's an explanation of benefits.

7    ████████████████████████████

8    Q.    And what is the service and service dates

9    detailed in this explanation of benefits?

10              THE WITNESS:  So if you go down just

11   a little bit to the actual EOB.  Little bit

12   more to the description there.  Okay.  Right

13   there.

14              So per the explanation of benefits,

15   ████████████████████████████████

██   ████████████████████████████████████

██   ███████████████████████████████████

██   ███████████████████████

██   ████████████████

██   ██    ████████████████████████████

██   █████████████████████████████████████

██   ████████████████████████████████

██   ██    ████████████████████████████████

██   █████████████████████

██   ██    █████████████████████



Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 170 of 279
Jolene Bradley                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 169



Page 170



16          MS. BLAS:  Objection to the extent

17     it calls for speculation.

18

Page 171



1

          MS. BLAS:  Objection, calls for
speculation, lacks foundation.

          MS. BLAS:  Objection, calls for
speculation.



Page 172

9           MS. BLAS:   Objection to the extent

10      it misstates testimony.

11

21           MS. BLAS:   Objection to the extent

22      it misstates the document, calls for

23      speculation.

24

Jolene Bradley                                  July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 173



 6          MS. BLAS:  Objection, calls for

 7   speculation.

 8

20          MS. BLAS:  Objection to the extent

21   it calls for speculation.

22          You can answer.

23

Page 174



MS. SPIELMAN:  I'm going to
introduce another exhibit.  And this is going
to be marked as Exhibit 11.  And it's Bates
stamped PLD 1511 and 1512.

(Exhibit Number 11 marked for

identification.)

Page 175

1    BY MS. SPIELMAN:

2    Q.    Take a moment to scan through that and let

3    me know when you've had a chance.

4    A.    (Views document.)

5              THE WITNESS:   Can you go back up

6    just to the bottom paragraph on the last page?

7    There you go.  (Views document.)  Okay.

8    BY MS. SPIELMAN:

9    Q.    Okay.  Do you recognize the document,

10   Exhibit 11?

11   A.    I do.

12   Q.    And what is it?

13   A.    Appears to be a patient advocacy letter

14   advising the patient we received and priced a

15   claim from this provider, Summit, and what the

16   billed charges are, what the allowed amount

17   was, and advising them that they may be

18   responsible if the provider bills them an

19   amount over what we allowed.

20   ■      ■■■■■■■■■■■■■■■■■■■■■■■■■■

■    ■■■■■■■■■■■■■■

■    ■      ■■■■■■■■■■■■■■■■■■■■■■■■

■    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■    ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 176



21            MS. BLAS:  Objection to the extent

22    it calls for speculation.

23            Go ahead.

24

Jolene Bradley                                        July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 177

1    ████████████████████████████████████

     ████████████████████████████████

     ██████████████████████████████

     ████████████████████████████████

     ████████████████████████████

     ██████████████████████████████████

     ███████████████████████████████████

     ████████████████████████████████████

     ████████████████.

10   BY MS. SPIELMAN:

11   Q.   And who sends out the patient advocacy

12   letter?

13                MS. BLAS:   Objection, vague.

14                THE WITNESS:   The patient advocacy

15   letters are sent -- with respect to any claim

16   priced by Viant, Viant would send that letter

17   out after they've priced a claim.

18   BY MS. SPIELMAN:

19   Q.   And who sends out the EOB documents?

20   A.   The EOB documents are generated -- when

21   United processes the claims, they're sent by

22   United.

23   Q.   Okay.   And who drafted the language on the

24   patient advocacy letters?

25                MS. BLAS:   Objection to the extent

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                              Page 178

1     it calls for speculation.

2                THE WITNESS:  I'm not sure who

3     specifically was involved in that.  I'm certain

4     that, as other things, Viant/MultiPlan would

5     have a recommended template for their patient

6     advocacy, but that would go through an approval

7     process on the United side with legal and

8     communications team to ensure that it's written

9     at the proper level for understanding for our

10    members and that it, you know, meets any legal

11    requirements from the United standpoint.

12    BY MS. SPIELMAN:

13    Q.   And were you or anyone on your team

14    involved in drafting or approving the patient

15    advocacy letter language?

16    A.   No, we were not.

17               MS. SPIELMAN:  You can take that

18    exhibit down.

19    BY MS. SPIELMAN:

20    ██  ██████████████████████████████████████████

██  ████████████████████████████████████████

22               MS. BLAS:  Objection, vague, lacks

23    foundation, calls for speculation.

24               T███████████████████████████████

██  ████████████████████████████████████████

Jolene Bradley                                   July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 179



19            MS. BLAS:  Objection, vague.

20

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 180

1

3      BY MS. SPIELMAN:

4      Q.   And is there a name for FAIR Health's new

5      program?

6      A.   I just know it to be an allowed module or

7      eligible module versus billed charge module.

8               MS. SPIELMAN:  I'm going to

9      introduce another exhibit here.  And I think

10     this one we'll probably need to email to

11     Ms. Bradley.  I'm actually going to introduce

12     two versions of it because one is native.

13              (Exhibit Numbers 12 and 13 marked

14     for identification.)

15              THE VIDEOGRAPHER:  Ms. Bradley, if

16     you could bring your camera down a little bit,

17     that would be helpful.  Thank you.

18     BY MS. SPIELMAN:

19     Q.   So I just introduced two exhibits, 12 and

20     13.  One is the native PowerPoint and one is

21     the pdf.  The pdf is just a little hard to

22     read, so I wanted to introduce the native

23     version.

24              MS. SPIELMAN:  Brian, do you see the

25     Exhibit 12 coming through yet?

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 181

1                    MR. SACK:  I see 12, but I don't see

2          13.

3                    MS. SPIELMAN:  Yeah, 13 is still

4          uploading.

5                    MR. SACK:  Would you like me to

6          display the PowerPoint?

7                    MS. SPIELMAN:  I think if you could

8          email the PowerPoint version to Ms. Bradley,

9          that would make it easier.

10                   MR. SACK:  Stand by.

11                   MS. SPIELMAN:  Thanks.

12                   MR. SACK:  Exhibits 12 and 13 have

13         been emailed to Ms. Bradley.

14                   MS. SPIELMAN:  Thank you.

15         BY MS. SPIELMAN:

16         Q.   Ms. Bradley, just let me know when it

17         comes through your email.

18         A.   That just came through.

19         Q.   Okay.

20         A.   Let me get them both open here.

21         Q.   I would just open the PowerPoint one

22         because it's really hard to read the --

23         A.   Okay.

24         Q.   -- pdf.  I just --

25         A.   The pdf.

Jolene Bradley                                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 182

1    Q.   -- put that in the record.

2    A.   Okay.  Okay.  That has opened.

3    Q.   Okay.

4              MS. SPIELMAN:  So this PowerPoint

5    has been marked as Exhibit 12, and it is the

6    native version of a document beginning Bates

7    number UHC 17073.  And that pdf version of the

8    same document has been marked as Exhibit 13.

9    BY MS. SPIELMAN:

10   Q.   Ms. Bradley, have you ever seen this

11   PowerPoint presentation before?

12   A.   (Views document.)  I may have.  In just

13   looking through it, some of the slide

14   information looks familiar, but the -- some of

15   it does not, so...

16   Q.   And do you know who prepared this

17   PowerPoint presentation?

18   A.   I do not.  And it doesn't look like

19   there's anybody's name tied to it that I can

20   see.

21   Q.   Were you involved in preparing it at all?

22   A.   No, not that I recall.  If anything, you

23   know, maybe components of it, but not -- I

24   don't recall anything that I've actually

25   prepared in a deck format for this.

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 183

1    Q.    Okay.  And if you turn to the sort of --

2    we'll call it the second page of the

3    PowerPoint, not the title page, but the second

4    page that has that Executive Summary on there,

5    in the bottom left-hand quadrant it says

6    ███████████████████████████████████

███████████████████████████████████████

███████████████████

███  ████████████████████████████

████████

███  ██████████████████████████████████

███████████████████████████████████████

████████████████████████████████

██████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

█████████████████████████████████

███████████████████

20   MS. BLAS:  Objection, vague, lacks

21   foundation, calls for speculation.

22   ██████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

█████████████████████████████████

Page 184



                    MS. BLAS:   Objection to the extent

it calls for speculation.

                    MS. BLAS:   Objection to the extent

it calls for speculation, vague.

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 185



13            MS. BLAS:   Objection, calls for

14     speculation.

Jolene Bradley                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 186



1

13           MS. BLAS:  Objection to the extent
14    it calls for speculation.
15

20           MS. BLAS:  Objection, vague, calls
21    for speculation.
22



Jolene Bradley                                        July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 188



```
 1
 ▪
 ▪
 ▪
 ▪
 6            MS. BLAS:   Objection, vague and to
 7     the extent it calls for speculation.
 8
```

Page 189



8             MS. BLAS:  Objection, vague, assumes

9       facts, calls for speculation.

10

Jolene Bradley                                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 190



8            MS. BLAS:   Objection, vague.

Page 191

3    Q.    Okay.

4              MS. SPIELMAN:   Okay.  You can take

5    that exhibit down.

6    BY MS. SPIELMAN:

7    Q.    What is Naviguard?

8    A.    I'm sorry, Katie.

9              MS. BLAS:   Objection, vague.

10             THE  WITNESS:   I'm sorry.  You cut

11   out.  The beginning of that cut out, Katie.

12   BY MS. SPIELMAN:

Page 192



```
 1    ████████████████████████████

 ■    ███████████████████████████████████

 ■    ████████████████████████████████████████████

 ■    ██████████████████████████████████████████

 ■    ███████████████████████████████████

 ■       ██   ███████████████████████████

 7              MS. BLAS:  Objection, vague, assumes

 8       facts.

 9              ████████████████████████

 ■    ████████████████████████████████████████████

 ■    ██████████████████████████████████████████████

 ■    ███████████████████████████

 ■    █████████████████

 ■       ██   ████████████████████████████████

 ■       ███

16              MS. BLAS:  Objection, calls for

17       speculation, lacks foundation.

18              ████████████████████████

 ■    ███████████████

 ■       ██   ██████████████████████████████████

 ■    ███████████████

 ■       ██   ████████████████████

 ■    ████████████████████████████████████████

 ■    ████████████████████████████████████

 ■    ████████████████████████████████
```

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 193



1

14              MS. BLAS:   Objection to the extent

15    it calls for speculation, lacks foundation.

16

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 194

1              MS. BLAS:  Objection to the extent

2       it calls for speculation, vague.

3       ████████████████████████████████

▮       ██████████████

▮       ████████████████

▮       █   ████████████████████████████

▮       ██████

8              MS. BLAS:  Same objections.

9              THE WITNESS:  I'm sorry.  Lauren,

10      were you saying something?

11             MS. BLAS:  I just said same

12      objections.

13      ████████████████████████████████

▮       ██████████████████████████████████

▮       ████████████████████████████████

▮       ███████████████████████████████

▮       ███████████████

▮       █████████████

▮       █   ██████████████████████████████

▮       ████████████████████████

▮       █   ███████████████

▮       █   ████████████████████████████

▮       ██████████████

24             MS. BLAS:  Objection to the extent

25      it calls for speculation.

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 195

1              THE WITNESS:  I don't believe they

2      do at this time.

3      ████████████████████

██     ██     ████████████████████████████████

██     ████████████████████████

6              MS. BLAS:  Same objection.

7              ████████████████████████████████

██     ████████████████████████████████████

██     ██████████████████████

██     ████████████████████

██     ██     ██████████████████████████████

██     ██████████████████████████████████

██     ████████████████████████████████████

██     ██████████████████████

██     ██     ████████████████████████████████████

██     ██████████████████████████████████████

██     ██████████████████████████████████

██     ██████████████████████████████████

██     ██████

██     ██     ████████

21             MS. SPIELMAN:  Do you want to take a

22     quick five-minute break now?  I'm certainly

23     nearing the end here.

24             THE WITNESS:  Sure.

25             THE VIDEOGRAPHER:  We are going off

Jolene Bradley                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 196

1        the record.

2                    Time now is 2:49.

3                    (Off the record 2:49 to 3:01.)

4                    THE VIDEOGRAPHER:  We are back on

5        the record.  This is the start of media

6        number 5.

7                    The time is 3:01.

8                    (Exhibit Number 14 marked for

9        identification.)

10       BY MS. SPIELMAN:

11       Q.   All right, Ms. Bradley.  I introduced

12       another exhibit, and this one has been marked

13       as Exhibit 14.  It's -- should be up on the

14       screen for you now.  And this is Bates stamped

15       PLD 808 through 815.  Go ahead, take a look at

16       that and let me know if you recognize this

17       document or this type of document.

18       A.   (Views document.)

19                    THE WITNESS:  Can you go back to

20       that bigger version you had up?  Sorry.  There

21       we go.  (Views document.)  Okay.  I do

22       recognize this to be a provider remittance

23       advice.

24       BY MS. SPIELMAN:

25       Q.   And then if you scroll down to page 5, it

Jolene Bradley                                          July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 197

1

2                    MS. SPIELMAN:  You can go back up, I

3         think, up to page 5.

4         BY MS. SPIELMAN:

5         Q.   So earlier, Ms. Bradley, when we were

6         looking at those EOBs marked as Exhibit 8 and

7         10, you said, you know, it was -- you would

8         need to see more information in order to sort

9         of decipher what that NJ remark code meant in

10        the context of these bills from Summit Estate.

11        And so now looking at Exhibit 14 here, on

12        page 5 there's a service line detail for a

13        charged amount of $3,122.25 and then an allowed

14        amount.

15        A.   I do see that.  3,122.25.

16        Q.   And then the allowed amount is the same,

17        $3,122.25.  And that's for, I guess, the

18        service code H2036.

19        A.   Okay.

20        Q.   And the remark/notes over on the far

21        right-hand column are HR and NJ.

22        A.   Okay.  So if you go to the bottom, there

23        should be a notes section that defines HR and

24        NJ lower in this provider remittance advice.

25                    MS. SPIELMAN:  So can you scroll

Jolene Bradley                                      July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                          Page 198

1        down to page 6?

2                  THE WITNESS:   Okay.   So it appears

3        that the NJ remark codes -- we're looking at a

4        different date of service, different claim --

5        or same member, right, different date of

6        service than we were originally, but I think

7        where you're going with this is that on this

8        ████████████████████████████████████████████

9        addition to the HR on the claim, and that NJ

10       description is that the claim was processed

11       using the plan out-of-network benefits.

12       Network benefits are only available when

13       services are from a provider that's in your

14       plan's network.   It's a very generic code not

15       typically used by our out-of-network program

16       team.   It just is basically saying that they

17       went to an out-of-network provider and

18       out-of-network benefits were used.

19       BY MS. SPIELMAN:

20       Q.   Okay.   And so then scrolling back up to

21       page 5.   At the bottom of page 5 there is a

22       line entry for the service code H0015 from the

23       same provider where the charge is 2,156.25.

24       And the allowed amount is $344.15, and the

25       remark code is CY.   And so my question is:   Why

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 199

1      were these two claims, the H2036 and the H0015,

2      from the same provider to the same patient

3      priced differently?

4              MS. BLAS:  Objection to the extent

5      it calls for speculation, lacks foundation.

6      ███████████████████████████

█  ███████████████████████████████████

█  ██████████████████████████████

█  ███████████████████████████████

█  ████████████████████████████

█  ████████████████████████████████

█  ████████████████████████████████

█  ██████████████████████████████

█  ██████████████████████████████

█  ██████████████████████████████

█  █████████████████████████████

█  ████████████████████████████████

█  ██████████████████████████████

█  ██████

█  █████████████

█  ██  █████████████████████

█  █████████████

█  ██  ███████████████████

█  ████████████████████████████████

█  ████████████████████████

Jolene Bradley                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 200



```
23              MS. BLAS:  Objection, vague, calls
24      for speculation.
25
```

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 201

1    ███████████████████████████████████████

     ██████████████████████████████████████

     ██████████████████████████████████████

     ████████████████████████████████████████

     ██████████████████████████████████████████

     ██████████████████████████████████████████

     ████████████████████████████████████

     █████████████████████████████████████████

     ████████████████████████████████████████

     ███████████████████████████████████

     ████████████████████████████████████████

     ██████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████

15           MS. SPIELMAN:  Okay.  You can take

16   that document down.  Thank you.

17               I want to mark another exhibit.

18   Bear with me.

19               (Exhibit Number 15 marked for

20   identification.)

21   BY MS. SPIELMAN:

22   Q.   Okay.  It should be in now.  Ms. Bradley,

23   are you able to see the document marked

24   Exhibit 15 on your screen?

25   A.   (Views document.)  I can.

Jolene Bradley                               July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 202

1    Q.   Do you recognize this document?

2    A.    I recognize that it's an email.  Appears

3    ████████████████████████████████████████████

     ██████████████████████████████████████

     ████████████████████████████████████████████████

     ██████████████████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████████████████████████

9    Q.   And when would these meetings occur?

10   A.    They're on Wednesdays.  I think it's

11   either every Wednesday or every other

12   Wednesday.

13   Q.   And do you participate in these meetings

14   every Wednesday?

15   A.    In some of them, not all of the meetings,

16   depending on the topics on the agenda, if there

17   was anything related to out-of-network programs

18   from an operations standpoint that needed to be

19   discussed.

20   ███    █████████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████████████

24              MS. BLAS:  Objection, form.

25              ████████████████████████████████████

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 203

1   ████████████████████████████████████████████

    ██████████████████████████████████████████

    ██████████████████████████████████████████

    ████████████████████

5   BY MS. SPIELMAN:

6   Q.   And what topics are typically discussed at

7   these meetings?  Let me back up.  Is there a

8   name for these meetings, like, committee or

9   something like that?

10  A.   I don't think there is a formal name for

11  them, no.

12  Q.   Okay.  What topics are typically discussed

13  at them?

14  ██     ████████████████████████████████

    ██████████████████████████████████████████

    ██████████████████████████████████████████

    ███████████████████████████████████████████

    ████████████████████████████████████

    ██████████████████████████████████████████

    ██████████████████████████████████████████

    ███████████████████████████████████

    ██████████████████████████████████████████

    █████████████████████████████████████████

    ██████████████████████████████████████████

    ████████████████████████████████████████████

Page 204



Page 205



1

2          MS. BLAS:  Objection, vague, lacks

3   foundation.

4

21          MS. BLAS:  Objection to the extent

22   it calls for speculation.

23

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 206



11          MS. BLAS:  Objection, vague, calls

12     for speculation.

Jolene Bradley                                  July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 207



1

12          MS. BLAS:  Objection to the extent

13     it calls for speculation.

14

23          MS. BLAS:  Objection, vague.

24     Go ahead.

25

Jolene Bradley                              July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 208

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 209

1            MS. BLAS:  Objection, vague.

2     BY MS. SPIELMAN:

3     Q.   Let me rephrase that.  How does a member

4     get in touch with Naviguard?

5     ██    ████████████████████████████████████

██   █████████████████████████████████████████

██   █████████████████████████████████████████

██   ████████████████████████████████████████

██   █████████████████████████████████████

██   ██████████████████████████████████████████

██   █████████████████████████████████████

██   ████████████████████████████████████████

██   ███████████████████████████████████████

██   ████████████████████████████████████████████

██   ███████████████████████████████████████████

██   ███████████████████████████████████████████

██   ██████████████████████████████████████

██   ████████████████████████████████████████

██   ████████████████████████████████████████████

██   █████████████████████████████████████████

██   █████████████████████████████████████████████

██   ████████████████████████████████████████

██   ███████████████████████████████████████

██   █████████████████████████████████████████

██   ██████████████████████████████████████

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 210

1    Q.   And, you know, in your experience, do
2    people who elect sort of PPO plans or plans
3    with rich out-of-network benefits, is part of
4    the reason there because they value that
5    flexibility to be able to see the provider of
6    their choice regardless of the in-network or
7    out-of-network status?
8                MS. BLAS:  Objection, vague, calls
9    for speculation, assumes facts.
10               THE WITNESS:  From my understanding
11   and perspective and what I've seen with
12   out-of-network claims, most of the time the
13   member doesn't realize or recognize how they
14   get to an in-network provider, just may be
15   familiar with that provider for a very long
16   time and continue to see that provider.  They
17   don't know how changing to a network provider
18   may affect them.
19   BY MS. SPIELMAN:
20   Q.   Are you aware that some members make a
21   conscious choice to see out-of-network
22   providers?
23   A.   That may happen.  And, you know, that is
24   part of the design of the plan.  They have both
25   in-network and out-of-network benefits.  If

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 211

1       they choose to go out of network, you know,

2       they're making that choice based upon the fact

3       that they know and understand any time you seek

4       treatment from on out-of-network provider,

5       you're out-of-pocket expense will be higher.

6       Q.   And does United charge higher premiums for

7       PPO plans that allow members to go out of

8       network --

9               MS. BLAS:  Object to --

10      BY MS. SPIELMAN:

11      Q.   -- when they have plans that are

12      restricted to in-network providers?

13              MS. BLAS:  Object to the extent it

14      calls for speculation, assumes facts.

15              THE WITNESS:  Premiums are not

16      really my expertise.  That would be more an

17      underwriting question, but I'm not familiar

18      with how the different plan types are charged

19      out from a premium perspective.

20      BY MS. SPIELMAN:

21      ██    ████████████████████████████████████

██  ████████████████████████████████████████████

██  ████████████████████████████

██  ██████████████████████████████████████████████

██    ████████████

Page 212



16          MS. BLAS:  Objection to the extent

17    it calls for speculation.

18          You can answer.

19          T

Page 213



1

2

3

4

5

6

7          MS. BLAS:  Objection to the extent

8     it misstates testimony.

9

10

11

12

13

14

15

16

17

18

19

20

21          MS. BLAS:  Objection to the extent

22     it calls for speculation.

23

24

25

Page 214

8   BY MS. SPIELMAN:

9

13           MS. BLAS:   Objection, assumes facts,

14   calls for speculation, lacks foundation.

15

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                    Page 215

1    ████████████████

     █     ████████████████████████████████████

     ████████████████████

4              MS. BLAS:  Objection, vague, calls

5    for speculation.

6                    ████████████████████████████

     ██████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████

     ████████████████████

     █     ████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████

Page 216



1   ██████████████████?

2          MS. BLAS:  Objection, vague, calls

3   for speculation, incomplete hypothetical.

4   ████████████████████████████████

5   ████████████████████████████████

6   ████████████████████████████████

7   ████████████████████████████████

8   ████████████████████████████

9   ██████████████

10  ██   ████████████████████████████

11  ████████████████████████████████

12  ████████████████████████████████

13  ████████████████

15          MS. BLAS:  Objection, vague, lacks

16  foundation, asked and answered, calls for

17  speculation.

18  ████████████████████████████

19  ████████████████████████████████

20  ████████████████████████████████

21  ████████████████████████████████

22  ████████████████████████████████

23  ████████████████████████████████

24  ████████████████████████

25  ████████████████.

Page 217



6          MS. BLAS:   Objection, vague, assumes

7    facts, calls for speculation.

8

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 218

1              MS. BLAS:  Is there a question,

2     Counsel?

3     BY MS. SPIELMAN:

4

8              MS. BLAS:  Objection, vague, calls

9     for speculation.

10

16             MS. BLAS:  Objection, vague, calls

17    for speculation.

18

25             MS. BLAS:  Objection, calls for



Page 219

1     speculation, assumes facts.

2     ████████████████████████████

█  ███████████████████████████
█  ████████████████████████████████
█  ██████████████████████████████████
█  ██████████████████████████████
█  ██████████████████████████████████
█  ████████████████████████████████
█  ██████████████████████████████████
█  ████████████████████████████████
█  ████████████████████████████
█  ██████████████████████████████
█  ██████████████████████████████████
█  ███████████
█  ██████████████
█  █   ██████████████████████████████
█  ██████████████████████████████
█  ██████████████████████████████
█  ██████████████████████████████████
█  █   █████████████████████
█  █   ██████████████████████████████
█  ████████████████████████████
█  ███████████████
█  █   ████████████████████████████
█  ████████████████████████

Page 220



```
1

11

13
```

f the pricing through the facility R&C
program?

Page 221



16          MS. BLAS:  Objection based on it

17      calls for speculation.

18

22      BY MS. SPIELMAN:

23

Page 222



1

17          MS. BLAS:   Objection based on it

18     misstates testimony.

19

25          MS. BLAS:   Objection to the extent

Page 223



1       it calls for speculation, vague.

2

14                      MS. BLAS:  Objection, vague.

15

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 224



```
1    ████████████████████████████████████████

     ██████████████████████████

     ██    ██████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

6              MS. BLAS:  Objection to the extent

7    it calls for speculation.

8              ██████████████████████████████████

     ███████████████████████████████████████████

     ████████████████████████████████████████

     ███████████████████████████████████████████

     ██████████████████████████████████████

     ██████████████████████████

     ████████████████████████

     ██    ████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████

18             MS. BLAS:  Objection, vague and

19   calls for speculation.

20             You can answer.

21             ██████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████
```

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 225



7          MS. BLAS:  Objection to the extent

8    it calls for speculation.

Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 227 of 279
Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 226

1          MS. BLAS:  Objection, vague,

2    misstates testimony, calls for speculation.

3

15          MS. BLAS:  Objection, vague, calls

16   for speculation.

17          THE WITNESS:  Sorry.  My headset

18   just died.

19          MS. SPIELMAN:  That's okay.

20

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 227

1    ████████████████████████████████████████████

     ████████████████████████

     ███████████████████████

     ████   ████████████████████████████████████████

     ██████████████████████████████████████████

     ████████████████████████████████████

7               MS. BLAS:  Objection to the extent

8    it calls for speculation.

9                       ████████████████████████████████

     ██████████████████████████████████████

     ████████████

12   BY MS. SPIELMAN:

13   Q.   All right.

14              MS. SPIELMAN:  Let me take a minute

15   and look at my notes.  I might be close to

16   wrapping up here.  Can we go off the record?

17              THE VIDEOGRAPHER:  We are going off

18   the record.

19              Time now is 3:45.

20              (Off the record 3:45 to 3:56.)

21              THE VIDEOGRAPHER:  We are back on

22   the record.

23              The time is 3:56.

24              MS. SPIELMAN:  Ms. Bradley, I don't

25   have any more questions for you today.  Thank

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                              Page 228

1      you very much for your time.  I really

2      appreciate it.  And I think Mr. Crousillac will

3      have a question or two for you and then

4      Ms. Blas.

5                    THE WITNESS:  Thank you, Katie.

6                         EXAMINATION

7      BY MR. CROUSILLAC:

8      Q.   Ms. Bradley, I'm Taylor Crousillac.  I

9      represent MultiPlan in this case.  Okay?

10     A.   Okay.

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 229



14           MR. CROUSILLAC:  Okay.  That's all I

15     had.  Thank you, Ms. Bradley.

16           THE WITNESS:  You're welcome.

17                EXAMINATION

18     BY MS. BLAS:

19     Q.  Hi, Ms. Bradley, just a question or two

20     for you.  About how often does the claim

21     process using Viant facility R&C end up being

22     negotiated?

23

Page 230

1   ████████████████████████████████████████████

2   ██████████████████████████████████

3   ████████████████████████████████████████

4   ████████████████████████████████

5   ██████████████████████████████████████

6   ████████████████████████████████████████

7   ██████████████████████████████████████████

8   ████████████████████████████████████████████

9   ██████████████████████████████████████████

10  ████████████████████████████████████████████

11  ██████████████████████████████████████

12  ██████████████████████

13             MS. BLAS:  Thank you.  That's all I

14      had.

15             THE WITNESS:  You're welcome.

16             THE VIDEOGRAPHER:  Anything else?

17             MS. SPIELMAN:  No, nothing from me.

18             THE VIDEOGRAPHER:  This concludes

19      today's deposition.

20             The time now is 3:59 p.m.

21             (Deposition concluded at 3:59 p.m.)

22                 ***************

23

24

25

Jolene Bradley                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 231

1                    REPORTER'S CERTIFICATE
2
    STATE OF MINNESOTA     )
3                          ) ss.
    COUNTY OF HENNEPIN     )
4
5          I hereby certify that I reported the remote
    deposition of Jolene Bradley on Wednesday,
6   July 6, 2022 in Maple Grove, Minnesota, and that
    the witness was by me first duly sworn to tell the
7   whole truth;
8          That the testimony was transcribed by me
    and is a true record of the testimony of the
9   witness;
10         That the cost of the original has been
    charged to the party who noticed the deposition,
11  and that all parties who ordered copies have been
    charged at the same rate for such copies;
12
           That I am not a relative or employee or
13  attorney or counsel of any of the parties, or a
    relative or employee of such attorney or counsel;
14
           That I am not financially interested in the
15  action and have no contract with the parties,
    attorneys, or persons with an interest in the
16  action that affects or has a substantial tendency
    to affect my impartiality;
17
           That the right to read and sign the
18  deposition transcript by the witness was reserved.
19
           WITNESS MY HAND AND SEAL THIS 20th day of
20  July, 2022.
21
22         Dana Anderson
23
24  Dana S. Anderson-Linnell
    Notary Public, Hennepin County, MN
25  My commission expires 1/31/2025

Jolene Bradley                           July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 232

1    To: Jolene Bradley

2    Re: Signature of Jolene Bradley

3    Date Errata due back at our offices: 30 days

4

5    Greetings:

6    The deponent has reserved the right to read and sign.

7    Please have the deponent review the deposition

8    transcript, noting any changes or corrections on the

9    attached Errata.

10   Once the Errata is signed by the deponent and notarized,

11   please mail it to the address below. When the signed

12   Errata is returned to us, we will seal and forward to the

13   hiring attorney for filing with the court.

14   We will also send copies of the Errata to all ordering

15   parties.

16   If the signed Errata is not returned by the date

17   above, the original transcript may be filed with the

18   court without the signature of the deponent.

19

20   Please send completed Errata to:

21   Veritext Production Facility

22   20 Mansell Court, Suite 300

23   Roswell, GA 30076

24   litsup-ga@veritext.com

25   770-343-9696

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                              Page 233

                              ERRATA

1       I, the undersigned, do hereby certify that I have read the

2       transcript of my testimony, and that

3

4       ___There are no changes

5       ___The following changes are noted:

6

7

        Pursuant to the governing rules of Civil Procedure,

8       any changes in form or substance which you desire

        to make to your testimony shall be entered upon the

9       deposition with a statement of the reasons given for

        making them. To assist you in making any such

10      corrections, please use the form below. If additional

        pages are necessary, please furnish same and attach.

11

12      Page _____ Line _____ Change _____

13      _____

14      Reason for Change _____

15      Page _____ Line _____ Change _____

16      _____

17      Reason for Change _____

18      Page _____ Line _____ Change _____

19      _____

20      Reason for Change _____

21      Page _____ Line _____ Change _____

22      _____

23      Reason for Change _____

24      Page _____ Line _____ Change _____

25      _____

Jolene Bradley                                                      July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 234

1   Reason for Change _____

2   Page _____ Line _____ Change _____

3   _____

4   Reason for Change _____

5   Page _____ Line _____ Change _____

6   _____

7   Reason for Change _____

8   Page _____ Line _____ Change _____

9   _____

10  Reason for Change _____

11  Page _____ Line _____ Change _____

12  _____

13  Reason for Change _____

14  Page _____ Line _____ Change _____

15  _____

16  Reason for Change _____

17  Page _____ Line _____ Change _____

18  _____

19  Reason for Change _____

20

21                  _____

                         DEPONENT'S SIGNATURE

22  Sworn to and subscribed before me this _____ day of

    _____, _____.

23

    _____

24  NOTARY PUBLIC

25  My commission expires:_____

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[& - 4,132.81.]**

Page 1

| & | | | |
|---|---|---|---|
| **&**   3:16 4:7 | **13**   7:18 139:13<br>180:13,20 181:2,3<br>181:12 182:8 | **19**   163:22 | **213.229.7503**   3:19 |
| **0** | **137**   7:5 | **196**   7:20 | **225.376.0219**   4:19 |
| **02254**   9:24 | **14**   7:20 196:8,13<br>197:11 | **19809**   99:10 | **228**   6:6 |
| **1** | **15**   8:3 93:6 201:19<br>201:24 217:17 | **1:05**   152:19,20 | **229**   6:7 |
| **1**   6:15 54:19,23 | **1511**   174:23 | **1:42**   152:20,23 | **24**   43:20 44:21 |
| **1/1/21**   204:18,24 | **1512**   174:23 | **2** | **255**   183:15 |
| **1/31/2025**   231:25 | **155832**   219:17 | **2**   6:17 68:8,12<br>74:12,16 77:5<br>174:10 204:14,17 | **280**   183:15 |
| **10**   7:12 166:10,11<br>167:5 169:15<br>170:7 172:18<br>197:7 | **158**   7:7 | **2,156.25**   167:17 | **291.12**   167:18 |
| **10/07**   163:15,18 | **16**   93:6,7 107:5 | **2,156.25.**   198:23 | **29th**   167:15 |
| **10/07/19**   164:2 | **161**   7:10 | **20**   13:5,21 65:16<br>190:19 232:22 | **2:49**   196:2,3 |
| **10/7**   163:21,22 | **165**   183:16 | **20,506**   99:11 | **3** |
| **10/7/19**   165:14 | **16514**   109:8 | **20006**   3:8 | **3**   6:19 96:12<br>103:20 |
| **10/7/2019**   159:11<br>165:13 | **16531**   104:4 | **20036**   4:9 | **3,122.25**   197:13 |
| **10/9**   159:10 | **16536**   106:20 | **201**   8:3 | **3,122.25.**   197:15<br>197:17 |
| **1000**   3:7 | **16537**   106:19 | **2015**   22:15 23:3<br>66:4 67:17,24,24<br>68:2 | **30**   232:3 |
| **1002**   163:15,17 | **16541**   109:12 | **2016**   22:11,15<br>99:25 | **300**   232:22 |
| **102**   6:21 | **16542**   112:20 | **2017**   23:3 107:3<br>139:7 140:22<br>141:13 142:11 | **30076**   232:23 |
| **104**   161:20 | **16543**   118:24 | **2018**   139:13,18<br>142:3 152:5 | **30972**   128:23 |
| **1050**   4:8 | **166**   7:12 | **2019**   159:10<br>163:21 167:15<br>194:4 | **333**   3:17 |
| **10:47**   74:8,9 | **16759**   123:1 | **202.677.4030**   3:9 | **344.15**   198:24 |
| **10:57**   74:9,13 | **16760**   124:13<br>127:22 | **202.887.3688**   4:10 | **345**   2:15 |
| **11**   6:5 7:14 174:22<br>174:24 175:10 | **16761**   124:14<br>126:22 | **2020**   69:13 71:16<br>194:15 219:19 | **35**   55:22 |
| **1100**   4:17 | **17**   145:13 | **2021**   194:17 | **355**   183:13 |
| **11:38**   103:16,17 | **17073**   182:7 | **2022**   1:20 2:2 9:9<br>231:6,20 | **35816**   54:24 |
| **11:48**   103:17,21 | **17085**   190:15 | **203.78.**   167:18 | **38**   137:5 |
| **12**   7:16 180:13,19<br>180:25 181:1,12<br>182:5 190:13 | **174**   7:14 | **20th**   231:19 | **3:01**   196:3,7 |
| **122**   6:23 | **1775**   3:7 | **21**   102:12 | **3:45**   227:19,20 |
| **128**   7:3 | **17932**   231:22 | | **3:56**   227:20,23 |
| **12:38**   137:22,23 | **18**   65:16 138:8 | | **3:59**   230:20,21 |
| **12:46**   137:23<br>138:2 | **180**   7:16,18 | | **3a**   146:1 |
| | **187828**   138:6,10 | | **4** |
| | **187844**   145:13<br>146:5,10 | | **4**   6:21 102:8 104:2<br>105:13 109:2,8<br>138:1 |
| | **18th**   219:19 | | **4,132.81**   164:9<br>165:8,10 |
| | | | **4,132.81.**   159:25<br>160:1 164:12 |

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[400 - admitted]**

Page 2

| | | | |
|---|---|---|---|
| **400** 4:17 | **7** | 201:23 210:5 | **acquired** 193:11 |
| **40th** 77:9 78:11,14 | | 212:3,12 222:5 | **acronym** 38:23 |
| 79:14 80:16 81:20 | **7** 7:5 137:1 138:5 | 226:23,25 | 47:13 77:22 130:6 |
| **41** 109:9 | 138:9 139:1 | **abrasive** 208:13 | **acronyms** 38:24 |
| **415.678.5050** 2:17 | 140:22 146:10 | **acceleration** 185:7 | 106:6 |
| **45** 127:25 | **7.2** 107:5 | **acceptable** 205:1 | **action** 10:5 79:25 |
| **48** 43:20 | **70802** 4:18 | **access** 50:2 66:10 | 146:1 147:8 152:1 |
| **4:20** 9:24 | **770-343-9696** | 93:16 108:7 110:8 | 185:6 231:15,16 |
| | 232:25 | 111:10 129:16 | **actual** 35:13,14 |
| **5** | | 200:14,16,17 | 121:1 149:13 |
| | **8** | 216:8,22 | 167:11 174:12 |
| **5** 6:23 122:21 | | **accessing** 110:5,8 | 183:25 |
| 123:1,23 141:3 | **8** 7:7 158:10,11 | 207:20 | **add** 54:4 226:4 |
| 196:6,25 197:3,12 | 164:23 165:1,8 | **accomplishments** | **added** 22:23 |
| 198:21,21 | 169:16 170:14 | 140:23 | **adding** 111:21 |
| **50** 156:20 157:11 | 197:6 | **account** 37:14,15 | 219:6 |
| 222:3,7 224:5 | **808** 196:15 | 37:16,18,23,23 | **addition** 198:9 |
| 225:6 | **80th** 133:12 135:9 | 38:1 39:4,5,15,15 | **additional** 22:23 |
| **500** 127:2,6,15 | **815** 196:15 | 85:8 190:7 202:22 | 144:7 233:10 |
| 128:1 | **828** 138:9 | 202:23 203:1 | **additionally** 47:8 |
| **5104** 161:19 | **829** 138:9 | 219:25 220:1 | **address** 102:17 |
| **5105** 161:19 | | **accounted** 191:1 | 184:5 213:24 |
| **5289** 158:10 | **9** | **accounting** 107:3 | 232:11 |
| **5291049** 1:25 | | **accounts** 37:20 | **addressing** 184:8 |
| **54** 6:15 | **9** 7:9 161:7,12,17 | 73:17,17 202:4,6 | 213:25 |
| | 162:13 164:22 | 202:22 203:16 | **adds** 191:20 |
| **6** | 165:9,13 | 204:11 219:22 | **adjudicate** 177:3 |
| | **90071** 3:18 | 220:6,6,9 | **adjudicated** |
| **6** 1:20 2:2 7:3 9:8 | **94102** 2:16 | **accuracy** 26:4 | 169:24 177:8 |
| 106:24 128:17,20 | **96** 6:19 | **accurate** 24:13 | **adjust** 149:18 |
| 128:25 129:9 | **9:00** 1:21 | 26:10 99:4 109:24 | **adjusted** 86:15 |
| 130:22,22 198:1 | **9:23** 2:3 9:8 | 160:2 | 87:11 169:5 |
| 231:6 | | **accurately** 56:4 | **administer** 225:2 |
| **60** 65:9 | **a** | 222:16 | **administrative** |
| **60th** 64:8,11,12,17 | | **achieve** 145:7 | 39:1 56:2 108:6,9 |
| 64:19,21 65:4 | **a.m.** 1:21 2:3 9:8 | 153:13 | 109:5 153:23 |
| 77:9 78:9,20 | **ability** 204:19 | **achieved** 144:17 | 154:18,21 155:7 |
| 79:20 80:7,7 | 205:18 | 144:21 | 155:12 204:6 |
| 81:20 82:11 149:6 | **able** 54:15 68:11 | **achieving** 187:23 | **admission** 164:2 |
| 149:10,16,18,20 | 91:19 96:15,23 | **ackerman** 105:14 | **admitted** 164:3 |
| **68** 6:17 | 122:24 126:15 | 105:16,17,25 | |
| | 128:1 135:3 | | |
| | 153:13 158:14 | | |
| | 159:14 160:9,11 | | |
| | 160:20 161:12 | | |
| | 164:4 165:22 | | |
| | 167:20 200:8,12 | | |

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[adopt - appealing]**

Page 3

**adopt** 216:13
**adopted** 204:22
**adoption** 186:10
186:19 188:2
**advance** 188:2
**advantage** 183:6
**advantageous**
207:2 208:16
**advice** 196:23
197:24
**advise** 41:11
175:22
**advised** 149:3
**advising** 175:14
175:17
**advocacy** 86:23
87:24 88:1,2 94:8
117:6,8 169:1
173:17,23 174:1,2
175:13,21 176:3
176:17 177:11,14
177:24 178:6,15
190:3 191:14,15
191:20 192:12
195:17 205:8,11
205:15 208:4,21
213:18 216:23
217:20 221:3
222:15
**advocates** 104:15
104:22 105:2
**affairs** 18:21
25:19
**affect** 33:9,12 34:5
210:18 231:16
**affiliate** 36:9
76:17
**affiliates** 76:16
141:15
**affiliations** 10:11

**affordability** 35:6
35:7,9,12,14,17,21
**afternoon** 152:25
**agenda** 68:22,25
69:4,5 202:16
**agg.com** 3:10,11
**aggressively**
150:19 151:9
**ago** 13:5,21 22:19
27:20 50:19 65:13
65:15,16 68:19
73:20 79:22
123:24 140:16,17
164:24 229:24
**agree** 9:16 86:12
86:24 191:23
**agreed** 169:4
**agreeing** 11:10
**agreement** 124:6
187:7
**ahead** 29:14 43:2
46:18 73:1 126:13
134:11 136:25
147:19 176:23
196:15 207:24
**aiken** 4:5 10:20
**al** 9:21
**allow** 211:7
224:25
**allowable** 45:6,15
45:18,22 46:6
47:22 82:24
156:22 164:14
212:13
**allowed** 46:2 48:9
52:6,19,20 58:19
59:21,25 83:5
88:11,15,17 89:12
89:20,24 100:22
100:25 101:9,10
107:4,8,12,16,17

108:22 114:14,25
156:9 159:25
164:18 167:17
168:8 169:1
175:16,19 176:1
179:25 180:6
191:23 197:13,16
198:24 199:18
201:13 209:22,24
219:8
**ambulatory** 57:19
77:17,24 78:10,14
**amount** 45:7,15,22
46:7 47:23 48:9
48:10 59:9,13,21
59:25 60:5,17
61:11 62:2 82:21
82:24 83:5 86:15
86:24 87:21,23
88:11,15,18 89:12
100:22 101:1,8,9
101:10 107:12
108:11,22,22
113:25 114:14,25
115:10,10 116:5
141:6 142:2,7,9
143:4 144:21
145:1 152:2
156:10 159:24,25
160:2 164:11,11
164:14,18,18
165:8 168:8,8
169:1 172:25
173:2 174:4
175:16,19 176:1
176:17 187:5
191:23 197:13,14
197:16 198:24
199:18 201:4,13
209:17,22,25
222:6,19 223:6

224:2
**amounts** 46:2 52:6
89:20,24 107:17
119:9 180:1,1
204:20 205:19,20
**analyst** 177:5
**analysts** 19:23
**analytical** 120:12
**analytics** 151:2
**anderson** 1:24 2:4
10:2 231:24
**anesthesiologists**
56:24
**angeles** 3:18
**annotation** 55:22
**answer** 6:9 11:21
12:20 16:8 25:22
106:22 110:3
115:4 125:2
141:10 148:12
154:25 173:22
212:18 224:20
226:20
**answered** 60:19
61:5 78:17 80:25
81:17 82:2 88:21
90:2 93:24 119:2
121:6 122:3
126:12 135:16
152:12 154:3
216:16
**anybody's** 182:19
**anymore** 76:24
**apologize** 119:3
**appeal** 24:4
117:22 149:18
204:18,23,25
220:11,14 224:16
224:17
**appealing** 223:20

appeals  18:20
  19:23 25:12 30:22
  30:23 220:20
appear  56:3,11
  147:7,21 160:7
  164:13
appearance  10:9
appearances  2:9
  2:21 3:1,22 4:1,23
  5:1 10:10
appears  69:4
  101:23 138:19
  139:6,7 141:22
  158:23 159:5,13
  160:5 161:22
  164:20 175:13
  198:2 202:2
appendectomy
  100:25
appendix  100:25
  101:2
apple  39:8,11
applicable  5:7
  110:7 134:4
  160:18
application  154:18
applied  45:1 64:21
  85:18 87:10
  110:11 157:24
  165:23 170:22
  223:6
applies  35:20
  45:24,25 82:14
  112:14,24 131:5
  136:10 171:8
apply  44:18 45:1
  45:20 46:5,11
  55:14,16 56:10,14
  78:22 85:12 98:16
  112:12 113:5
  132:20 135:13

171:10,14 214:21
applying  33:4
  184:14
appreciate  228:2
approach  54:11
  218:19
approval  110:10
  178:6
approved  110:7
  113:9,12 133:17
approving  178:14
approximate
  156:12 157:10
approximately
  13:1,2,17 22:11,18
  22:22 23:2 31:4
  65:15 75:6 80:21
  106:8 107:1
  183:14,16
area  36:18 37:21
  48:11
areas  25:10 31:2
  32:12 105:6
arisen  26:13
arnall  3:6
arrangement
  58:15 111:1
  153:22
arrangements
  153:16
arrived  109:13
art  206:6 207:10
asc  77:24 150:18
  150:20 151:8,15
ascs  77:9 78:2
aside  69:19
asked  12:21 60:18
  61:4 78:16 80:24
  81:16 82:2 88:20
  90:1,6 93:23
  106:14 121:5

122:2 126:11
  132:21 135:15
  152:11 154:2
  216:16
asking  16:16
  106:24 145:21
  173:8
aso  38:18,19,20
  39:6,12 47:8 49:6
  73:17 84:3 111:13
  112:1,1,2 116:22
  117:2,6 154:17
  155:9,10,19,22
  168:20 183:12
  184:15 186:10,18
  186:23 187:12
  194:20,21 217:10
  219:25
aspect  134:1
assist  208:6 233:9
assisting  29:12,16
associate  22:4,25
  76:22 105:19
associated  107:18
  107:23 168:13,24
  169:9
assume  124:12
  204:14
assumes  50:14
  80:12 82:1 83:1
  86:17 113:15
  136:4 156:15
  189:8 192:7 210:9
  211:14,24 214:13
  217:6 219:1
attach  233:10
attached  8:5 232:9
attempt  114:22
  116:24,25 117:10
  118:15 174:2
  192:5

attempted  45:1
attempting  208:13
attempts  221:25
attend  139:8,12
attendee  68:18
attendees  71:20
  139:2
attending  10:9
attorney  10:12
  11:22 15:21 16:7
  231:13,13 232:13
attorneys  18:11
  20:22 231:15
audio  9:14
author  99:8
authority  222:10
authors  105:8
auto  177:3,8
automated  24:25
automatically
  57:5
availability  52:16
  53:9
available  50:21
  103:3 111:25
  130:11 166:14
  198:12 209:13
avenue  3:7,17 4:8
aware  32:16 35:14
  49:17 51:20 52:3
  53:16 62:7,10
  63:16,22 64:2,5
  65:5 69:16 78:23
  82:9 83:15 84:8
  90:4 92:4 98:11
  99:24 108:5 122:4
  126:6,9,14 149:24
  151:13,25 155:16
  156:4 171:22
  172:1 173:4,9,14
  174:17 179:21

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[aware - billed]

Page 5

207:18 209:11
210:20 218:4,13
218:18,22 219:2
225:5,10 227:4,9

**b**

**back** 55:23 74:4
74:10 77:20 88:25
94:8 97:6 103:18
123:13 132:6
137:24 152:21
163:2 169:3
172:18 174:10
175:5 176:13
177:7 191:15
194:4 196:4,19
197:2 198:20
200:7 203:7
227:21 229:25
232:3
**backing** 45:5
151:7
**backs** 55:18,18
**baker** 190:3
**balance** 29:7 58:3
58:7,17 86:25
87:5,25 88:2,9,12
89:2 94:11 113:25
114:10,12,22
115:11 116:22
117:1,4,9,11,16
173:5,9,10,15,25
175:23 187:3,8
191:22 205:10
209:17 214:4
220:23,25 221:5,8
222:14,24 223:13
227:5,10
**base** 84:4,5 85:20
154:17 186:23
187:13

**based** 17:6 20:13
20:16 37:17,24
41:10 46:8 48:10
51:11 52:6,8,18,18
52:19 55:25 56:8
59:14,19 66:15
81:18,22 82:3
92:7 93:20 98:13
98:24 100:20
108:16,21 110:19
119:1,2,5,5,7,10
119:13 131:19
133:2 134:7
141:11,21 143:9
143:13,18 144:16
147:3,6,20 150:17
153:12,20 154:12
154:21 155:1
159:2 163:22
172:17 179:25
189:3 191:19
211:2 212:22
214:11,17 216:7
221:16 222:17
**basically** 52:21
198:16
**basis** 30:7,10
31:24 69:4,17
71:2 113:18
**bates** 54:23 104:3
106:19 109:7
123:1 128:21,23
128:24 158:10
161:19 174:22
182:6 190:15
196:14
**baton** 4:18
**bay** 29:17
**bear** 68:6 201:18
**beat** 127:2,5 128:1

**beating** 127:14
**becky** 27:8 53:2
86:11 139:23
140:2,9 189:19,21
**began** 36:6 65:20
**beginning** 10:11
11:21 123:7,11
124:13 128:21,23
138:6 140:13
182:6 191:11
**begins** 123:1 146:1
197:1
**behalf** 1:5 2:11 3:3
3:13 4:3,13 10:18
10:22 62:19
192:11 225:17
**behavioral** 1:11
3:14 4:4 122:1
**believe** 10:23
15:10 27:22 34:18
39:11 62:18 76:20
79:11 87:4 113:18
120:8 132:7 140:8
149:19 152:1
155:21 156:19
165:18 169:10
194:13,21 195:1
209:6 213:23
219:11
**believed** 151:18
**believes** 149:15
**believing** 57:1
**benchmark**
127:24 128:2,5
**benefit** 55:9,10,10
55:12,15 56:9,18
57:6,13,15 58:2
109:20 129:17,18
130:3 146:16
149:16 192:2
209:5 215:15

225:1 226:7
**benefits** 41:18
46:12 129:19,21
129:24 130:1,10
131:11,18 133:11
133:21 157:14,23
166:25 167:6,9,14
198:11,12,18
210:3,25 213:6,19
215:12 223:5
**benincasa** 96:22
99:9
**best** 87:16 225:18
**better** 106:3 179:3
179:9 191:25
209:10
**beyond** 166:20
214:5
**bigger** 54:8 138:15
196:20
**biggest** 40:25
**bill** 58:17 101:3
117:4,9 119:9
164:21 173:5,11
173:15,25 174:4
175:23,25 187:8
201:14 214:4
221:5,8 222:14
223:13,23 227:10
**billed** 50:7 58:4,7
86:25 87:25 88:2
88:9 91:17,20
92:16,25 100:6,8
107:1 108:21
110:21,25 113:14
113:25 114:10,12
115:11 116:23
117:1,17 127:1
156:9,13,20
157:11 159:24
160:2 164:5,6,12

Jolene Bradley                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[billed - bullet]**                                                      Page 6

165:5,8 167:17
168:8 170:8
173:10 175:16
176:1 180:2,7
191:22 209:7,17
219:10 220:23,25
222:19,24 224:25
**billing**   29:7 51:11
61:21 87:5 88:13
89:2 91:7,13,21
94:11 117:11
119:14 187:3
205:10 223:3
227:5
**billion**   107:1,3,5,6
141:3
**bills**   114:22 173:1
175:18 197:10
**bit**   11:14 25:21
30:4 45:5 123:5
123:14,16 163:3
163:11 166:19
167:11,11 180:16
**blank**   107:1,3
**blanks**   106:25
107:6
**blas**   3:15 6:7 9:5
10:17,18 15:13,20
16:5 20:21 21:14
23:19 28:2 33:11
33:24 35:18 39:10
39:17 40:3 41:5
41:25 42:20,25
43:13 44:13 46:17
47:4,19 48:6,21
49:23 50:14 51:12
52:1,14 53:12
56:7 58:5,10 59:4
59:15 60:6,18
61:4,12,22 62:5,12
63:2,20 64:22

65:10,22 69:22
70:5 71:11 72:24
75:14 78:4,16
79:10 80:5,12,24
81:5,10,16 82:1,17
83:1,13 84:14
85:15,25 86:17
87:13 88:19 89:13
90:1,15 91:15
92:13,22 93:10,22
94:18 95:5,16,25
98:22 99:13
100:15 101:18
102:19,24 107:9
107:20 108:4,18
109:9,11 110:1,14
111:6 112:6
113:15 115:2,25
116:2,11 117:18
118:4,10 119:17
119:25 121:5
122:2,11 124:25
125:14,24 126:11
127:8,16 130:14
130:17 131:7
134:9,11,14 135:5
135:15 136:4
141:8,19 142:4,12
142:19 143:10
144:18 145:9,15
145:19,23 147:17
148:10 149:1,22
150:22 151:11,23
152:7,11 153:3
154:2,14,23
155:14 156:2,15
157:1,17 170:16
171:5,16 172:9,21
173:6,20 176:21
177:13,25 178:22
179:19 183:20

184:10,23 185:13
186:13,20 188:6
189:8 190:8 191:9
192:7,16 193:14
194:1,8,11,24
195:6 199:4
200:23 202:24
205:2,21 206:11
207:12,23 209:1
210:8 211:9,13,24
212:16 213:7,21
214:13 215:4
216:2,15 217:6
218:1,8,16,25
220:13 221:16
222:17,25 223:14
224:6,18 225:7
226:1,15 227:7
228:4 229:18
230:13
**blow**   123:4 166:18
**board**   80:17 85:12
**body**   126:21
**bolded**   219:17
**bonuses**   143:7,8,9
143:12
**book**   110:5 113:6
114:6,16 136:10
**bottom**   58:21,22
104:4 106:19
123:14 166:3,21
175:6 183:5 185:5
188:16 190:2
197:22 198:21
204:9
**box**   64:7 68:21
118:25 150:8
185:6
**bradley**   1:19 2:2
6:3 9:18 11:3,8
54:22 74:15 96:15

97:23 102:12
103:6 104:1
122:24 123:21
136:18 137:6
138:4 145:25
152:25 155:6
158:14 180:11,15
181:8,13,16
182:10 196:11
197:5 201:22
227:24 228:8
229:15,19 231:5
232:1,2
**break**   12:18,21
74:3 136:23
145:16 152:15
176:6 195:22
**breakdown**   14:4
**breaking**   132:14
**breaks**   12:16
**brian**   5:3 180:24
**bridget**   96:22
**bring**   53:18
104:19 180:16
**broad**   49:18
**broadly**   95:14
**brought**   79:23
147:1
**browser**   103:1
**buildings**   193:8
**built**   42:16
**bullet**   77:8,11
109:17,18 113:23
118:25 141:2
149:14 150:15
183:11,17 184:3
185:7 186:9
188:17 190:17
204:12 206:2
217:16,22,23,25

[business - changed]                                          Page 7

**business** 30:6,8,12
30:19,25 31:22
36:7,8,16 37:9
107:2 110:5 113:6
114:7,16 136:10
143:20,23,24,25
168:22 186:8
188:12 193:19,22
219:4
**butler** 76:21
**buy** 188:1
**bw** 1:5 9:20

**c**

**c** 26:21 28:21,21
**ca** 2:16 3:18
**calculated** 108:17
108:20 116:13
155:13,18 212:14
**calculating** 214:12
**calculation** 82:20
83:6 109:1
**calculations** 64:25
146:16
**california** 1:2,12
9:23
**call** 30:21 49:16
117:22 129:15,24
130:1 131:16
149:25 150:12
158:25 183:2
206:21 221:4
**called** 11:4 23:7
32:4,17 50:2
120:12
**calling** 56:13
**calls** 15:14,21 16:6
20:23 39:17 43:1
44:14 50:15 51:12
52:1 53:12 58:10
59:4 60:6,19
61:22 62:12 63:2

63:20 65:11 69:23
71:12 78:5 83:2
84:14 86:18 87:13
88:20 89:9 91:15
92:13,22 93:10,22
99:13 101:19
107:21 108:19
110:14 111:6
112:7 119:17,18
120:1 122:12
125:1,15,24 127:8
127:16 130:2
131:13 135:6
141:9,19 142:4,13
143:10 147:4,17
148:10 149:22
150:23,23 154:15
154:23 155:15
156:16 157:1
170:17 171:5,16
172:22 173:6,21
176:22 178:1,23
183:21 184:11,24
185:13 186:14,20
188:7 189:9
192:16 193:15
194:2,25 199:5
200:23 205:8,22
206:11 207:13
209:20 210:8
211:14 212:17
213:22 214:14
215:4 216:2,16
217:7 218:8,16,25
221:17 223:1
224:7,19 225:8
226:2,15 227:8
**camera** 9:11
180:16
**capacity** 14:2,6,11
14:13,18

**caps** 184:6,15,19
**care** 57:21 63:13
87:9,16,19 102:22
144:13,14 167:22
171:3 172:6 179:4
183:8 186:3,5
207:21 216:20
**carolyn** 98:11
**case** 9:23 13:9,10
15:1,2 17:23 18:8
25:20 29:20 57:25
59:16 83:8 96:4
107:11 112:3
114:6 116:24
117:6 135:25
136:12 137:12
159:2 200:18
228:9
**cases** 14:21 15:8
15:19 89:2,4
230:5,11
**casey** 7:12 158:24
159:1,3 162:19
165:1 167:7
169:14 170:13
172:20 197:1
198:8 200:19
**categorized**
167:16
**category** 39:8
91:10
**cathy** 105:13,16
105:17 106:1
**cdt** 1:21 2:3
**ceases** 114:12
**center** 57:20 77:25
78:10 92:12,18
129:15 131:16
163:24 171:3,15
206:22

**centers** 30:21 35:3
78:14
**certain** 15:16
32:21,23 50:16
55:24 60:21 62:15
64:23 78:6 79:14
83:7 92:1 125:11
149:4 178:3 186:6
204:9
**certainly** 195:22
225:10
**certificate** 47:10
47:16 48:4,16
49:10 231:1
**certificates** 113:10
**certification** 29:11
29:16
**certify** 231:5
233:2
**cetera** 217:21
**chain** 123:7
**chance** 123:22
175:3
**change** 19:1,3,7
22:17 27:18 31:8
31:9 78:19 80:8
80:22 83:11,21
85:1,10 86:14
110:13,17 111:4
111:12 133:17
135:21 143:17,22
143:22 144:24
148:1 150:4,7
193:3 203:16
233:12,14,15,17
233:18,20,21,23
233:24 234:1,2,4,5
234:7,8,10,11,13
234:14,16,17,19
**changed** 27:22
81:15 83:10

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[changed - cms]
Page 8

121:20 154:8
192:24
**changes** 31:10,11
31:18 70:10 83:25
85:12 86:8 114:24
116:15 122:9
133:19 202:8
203:14 232:8
233:5,6,8
**changing** 85:23
122:9 210:17
219:7
**channel** 71:9
**characterizing**
222:16
**charge** 48:19 52:8
52:18 55:18,18,19
55:23 110:21,25
119:2,5,7 127:1
146:3 153:2,5
154:17 155:5
165:10 180:7
198:23 211:6
219:10
**charged** 119:9
197:13 211:18
231:10,11
**charges** 52:19
107:1 113:14
154:11,12 155:8
156:9,13,20
164:12,21 167:17
175:16 180:2
201:14 225:1
**chart** 124:12
126:22 130:21,23
**chat** 102:17
**check** 150:8 177:5
**checkboxes** 150:2
**chemical** 164:8

**choice** 36:25 56:21
57:7,23 206:14,19
210:6,21 211:2
214:6 215:11,11
215:16 217:9,11
217:13 224:22
**choose** 57:23
134:18 135:4
191:25 208:7
211:1 216:22
**chooses** 134:19
**choosing** 226:12
**chose** 37:1 57:18
115:7,7 118:21
209:10 224:22
**circumstances**
144:15
**civil** 5:8 233:7
**cj** 1:5 9:20
**claim** 13:11 17:24
18:1,5,13,14 20:25
21:6 24:11,19
25:13,17 26:2,16
34:5,6,21 35:21
40:6,9,10 41:8,10
41:11,15,21 42:6
43:16 44:11 45:20
45:21 46:1,7 50:5
55:8,8 56:5,9 57:9
59:10,24 60:1,14
61:7 67:19,25
68:2 77:17 78:23
91:3,18,21,22 92:5
92:16,17 93:1
95:19 96:3 98:5
100:21,24 101:6
101:24 105:4,5
109:4 114:17,19
114:20 115:17,18
115:20 116:7,16
118:21 122:14

124:20 126:4
131:20 132:22
133:14,24 154:7
157:15 158:24
160:7,15 161:23
162:5,6,12,14,25
165:5 168:2 169:5
169:24,25 170:3
170:19,21,24
171:9,21 175:15
176:7,12 177:1,2
177:15,17 192:5
198:4,8,9,10 199:6
199:8,10,17,24
200:1,3,4,10,12
201:9 209:21
212:7 213:15
222:6,10 223:10
226:13 227:1
228:12 229:3,20
**claims** 14:13,14
18:2 19:24 21:2
21:12 24:17 30:2
33:1,3,4 34:17
37:8 38:11,14
40:13,19 41:2
43:18 44:7,18
46:3,10 49:25
50:6,7,20,22 56:17
57:2,12,14,25 60:9
63:14 64:15,16
65:3 67:11,13,21
70:11 78:11,22
90:14,18 91:1
92:2,7,9,12,21
94:4 96:6 100:4
105:4 113:17,19
122:1,5 124:10,12
124:16 126:23
127:6 134:19
146:17 150:18,20

150:21 151:8,10
151:15 169:23
171:15 172:14,19
172:19 177:21
180:2 187:4,15
190:7 191:17
199:1,23 200:14
200:16 201:11
210:12 215:18,22
215:24 219:9,9
225:3 228:22
229:11 230:2,8
**clarification** 12:12
132:9
**click** 53:19 54:6
**client** 15:21 16:7
43:18 44:16 46:14
47:2,7,17 68:3
72:3,6 76:10,12,18
76:22 83:17 84:3
84:5 85:19 86:12
86:20 87:1,9 90:3
136:8 139:20
220:10
**clients** 83:12,21
84:1 85:13 86:8
89:25 117:7
135:12 136:3
154:12 155:8
184:7,18,21,22
185:10 192:11
202:23 203:22
204:13 217:9,10
217:19 218:6,15
229:5
**close** 204:19
205:18 214:24
227:15
**cms** 34:18,19,20
35:2 66:15 110:22
119:11,15,20,22

Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 244 of 279

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[cms - context]

Page 9

120:5,8 124:14,21
124:23 125:18,23
126:6,10,15 128:3
183:13,15,17,24
212:15,22
coc  47:21 49:1,3
212:24
code  48:11,19 50:8
61:14,21 90:22
91:7 100:9,11,13
101:6 117:21
119:10 120:24
121:13,16,17,19
156:25 160:19,25
163:5,13,15,17
164:9 165:2,6,21
166:4,6 167:22
168:4,7,10,12
169:3,12 170:10
174:8 197:9,18
198:14,22,25
200:20 201:1,5
codes  21:6 51:11
90:22,25 91:13,20
91:23 98:15 100:4
100:7,21 120:25
121:10 124:18,21
124:24 125:17,18
125:22 126:7,9,15
126:17,24,25
127:2 159:22
168:13,23 169:8
198:3
coinsurance  209:8
209:18 221:1
222:21 223:8
224:1
colleague  10:15
college  29:18
column  124:14
159:12,14 186:7,8

197:21
combination  14:3
combining  164:22
come  74:4 88:15
88:17 90:23
137:17 168:18
177:7 195:18
200:7
comes  24:7 26:6
41:21 56:5 132:17
181:17
coming  31:13 33:1
79:23 103:9
121:23 144:2
146:25 180:25
187:15
commencing  2:3
comment  163:23
205:24 207:15
commentary
55:19
comments  77:4
commercial  107:2
commission
231:25 234:25
committee  203:8
communicate  84:3
84:7 225:14
communicated
83:11,20 176:13
communicating
83:25
communication
83:17 98:4 206:20
communications
15:22,24 16:7
20:23 158:3 178:8
companies  148:16
company  1:10
3:13 4:3 15:5,6
143:21 192:6,10

193:11,17
comparable  20:18
93:14
compare  157:10
223:4
compared  156:23
213:14 217:4
comparing  157:5
169:14
comparison  157:8
183:24
compensated
108:2
compensates
153:11
compensation
143:3
competitive  183:6
competitor  183:13
complaint  24:3,5
26:13
complaints  187:19
completed  232:20
completely  219:13
complimentary
195:14
component  28:4
50:19,22 51:1,6,16
52:17 93:15,20
94:8 111:21 169:1
207:8 208:4
209:10,15 213:4
213:24
components  51:4
51:11 60:23 61:2
76:7 94:23 182:23
comport  183:17
computer  37:3
101:16
concern  98:25

concerned  203:25
concerns  70:11
72:5 94:10,22
96:8 203:21,24
205:9
concierge  5:3
concluded  230:21
concludes  230:18
conclusion  15:14
condition  113:4
conducted  9:10
conducts  117:12
connecticut  1:10
4:8
connection  9:12
13:6 188:5
conscious  210:21
consider  221:12
considered  125:8
170:5 222:2,8
consist  88:16
107:8
consistent  51:24
141:5
construed  221:6
consumer  18:21
25:19
contact  70:4 72:8
72:11,14,18,22
73:3 95:18 153:7
168:9 175:23
209:6,9
contained  68:23
162:4
contemporaneou...
176:4
content  16:17
contesting  223:20
context  38:4,8
58:24 69:18 106:7
117:2 120:17,19

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[context - customize]

Page 10

120:22 121:7
185:24 197:10
**continue** 9:15
210:16
**continued** 2:21 3:1
3:22 4:1,23 5:1
7:1 8:1
**continues** 93:21
117:8,16
**continuing** 71:19
**continuously**
110:25 179:8
**contract** 38:9
62:17 65:19 89:15
104:17 231:15
**contracted** 41:12
50:1,18,23 57:20
93:16 105:3 214:1
**contractors**
104:15,16,25
106:2,11
**contracts** 44:6
89:15
**contractual** 58:15
153:22 187:7
**contribute** 157:22
**control** 87:19
144:8,11
**convention** 4:17
**conversation** 34:7
219:6,12
**conversations**
31:3
**convince** 217:18
218:6,14
**copies** 8:6 231:11
231:11 232:14
**copy** 102:11
**core** 104:10,13
105:9,23

**corporate** 14:16
**corporation** 1:10
1:12,13
**correct** 13:20
21:23,24 22:14,16
24:13 25:2,6,24
31:14,20 33:18,19
39:3 45:4 51:9
67:1,8 82:16,18
83:22,23 87:6,7
104:21,24 105:10
105:11 115:16,24
116:1,10,14
121:22 129:10,11
129:22 132:6
134:24,25 139:3
146:24 156:10,11
165:10,11,15,17
169:13,17,22
176:15 187:21
213:9 222:9,12
**corrections** 232:8
233:10
**correctly** 129:12
144:12 151:21
**corresponded**
29:22
**corresponds**
190:15
**cost** 23:7 32:11,11
63:13 66:11 67:5
67:15 87:19
111:22 112:9,12
112:15 119:1,5,10
119:16 120:5
144:8,11,13,14
179:3 183:8 186:3
186:5 207:2 208:2
208:10,17,18
216:20 231:10

**costs** 119:12
**counsel** 2:3 8:6 9:1
9:19 10:9,16
16:11,15,18,19
17:14,15 218:2
231:13,13
**counterparts** 70:4
**county** 231:3,24
**couple** 15:5
103:12
**course** 12:8 158:2
179:22 209:15
**courses** 106:12
**court** 1:1 9:1,22
10:1 11:1,17 12:1
130:15 134:12
152:9 232:13,18
232:22
**cover** 36:17 49:18
67:20 138:10
**coverage** 47:10,16
48:5,17 49:11
113:10
**covered** 57:2
148:4 150:6
163:21
**covers** 72:6
**covid** 69:12,19
71:16
**cpt** 50:8 90:22,25
91:20,23 98:15
100:4,7,9,21 101:6
119:10
**create** 126:2
**created** 33:7 34:15
**creating** 33:3
174:11
**criteria** 37:25
43:16
**critical** 187:23

**cross** 34:2,16
**crosswalking**
120:17,22 121:4
121:11,12,25
**crosswalks** 120:24
**crousillac** 4:14 6:6
9:6 10:21,21
147:4 228:2,7,8
229:14
**crutcher** 3:16 4:7
10:18
**curious** 89:11
**current** 22:12
28:18 52:7 80:10
**currently** 21:22
26:18,20 28:16
51:10 72:21 79:8
141:23 164:23
179:7,22
**customary** 44:1,4
44:5 48:2 49:12
58:25 59:1,7,12,23
60:4,13,17 62:22
63:1 114:18
115:10 116:19
132:11 151:8
165:24
**customer** 38:13
39:12 65:2 85:20
86:20 87:9,18
134:17 154:17
155:19,22 168:20
186:3,23 187:12
**customers** 63:6,15
84:8 85:22 89:25
134:23 135:12
136:3 155:9,10
184:15 207:7
216:13 218:19
**customize** 53:22

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[cut - determined]**

Page 11

**cut** 191:10,11
**cv** 9:24
**cy** 121:14 168:3,4
168:7,10,16,20
169:7,12 170:10
170:14 174:8
198:25 201:5

**d**

**dale** 139:22
**dana** 1:24 2:4 10:2
231:24
**dark** 217:22
**dasilva** 18:17
19:19,20 20:20
21:11
**data** 18:5,14 50:4
50:11 52:5,9,12,18
52:19,22 53:9
60:3,16 62:10
66:12 67:6,9,15
82:15 111:22,24
112:10,15 120:5
150:19 151:1,1,3,4
151:6,13 206:23
**database** 50:11
**date** 81:2 152:1
159:5,10 162:19
162:22 163:4,7,14
163:15,18 164:2
165:14 195:8
198:4,5 223:7
232:3,16
**dates** 79:4 159:9
165:12 167:8
199:11
**datta** 4:6 10:20
**dave** 5:4 9:25
**david** 2:13,19
10:15
**day** 3:5 231:19
234:22

**days** 43:19,22
44:21 232:3
**db** 1:5 9:20
**dc** 3:8 4:9
**deal** 94:24
**decide** 155:23
**decipher** 197:9
**decision** 84:11
**deck** 106:1,2
182:25
**deductible** 209:7
209:18 221:1
222:20 223:6
224:2
**deem** 58:18
**deemed** 116:18
**deep** 113:21
**deeper** 113:19
**defend** 89:19
**defendant** 10:23
**defendants** 1:14
10:19
**defer** 89:2 117:20
**defined** 45:17
188:4
**defines** 197:23
**definition** 48:12
49:8
**delay** 176:12
**delineated** 36:19
**demonstrative**
183:6
**denial** 13:10
**denmark** 17:4,6,9
**department** 18:20
23:2,5,9,12 24:5
25:18 30:23 32:3
32:7,16,19 33:17
35:6,8,9,10,13,15
37:4 64:2 65:25
143:21 144:6

187:2,15 193:2
**departments** 30:5
30:6,13 31:5,17
84:10,25 85:4
**depend** 43:15
44:15
**dependency** 164:8
185:9,11 186:11
188:18
**dependent** 45:23
58:12
**depending** 43:12
43:16,21 44:21
153:16 176:25
202:16
**depends** 9:11
121:7
**depict** 56:4
**depiction** 55:7
**deploy** 185:8
188:17
**deponent** 232:6,7
232:10,18
**deponent's** 234:21
**deposed** 12:24
13:4
**deposition** 1:19
2:1 9:9,18 11:13
11:16 13:13 16:3
16:4 17:15,21
18:11 19:18 21:17
21:20 230:19,21
231:5,10,18 232:7
233:9
**depositions** 13:18
13:22,25 14:5,10
14:15,21
**derived** 88:10
89:19 98:6,9,13
**derives** 89:11

**deriving** 89:24
**describe** 25:7
38:16 39:25 48:8
55:5 68:23 77:10
104:9 158:21
**described** 77:11
146:9 208:12
**description** 47:14
47:16,21 77:4
164:7 167:12
168:5 198:10
**design** 210:24
**desire** 233:8
**detail** 62:15 159:6
167:23 197:12
212:20 213:2
**detailed** 61:10
119:20 167:9
213:1
**details** 60:9,22
61:7 62:10 88:22
163:1 170:19
**deter** 117:3
**determination**
226:25
**determinations**
135:14
**determine** 45:18
46:1,4,6 47:1 59:9
59:22 60:22,24
61:2 67:24 82:20
100:19 115:9
127:11 200:13
209:24
**determined** 47:23
56:6 59:13,19,21
59:25 114:14,18
115:23 127:24
155:17 156:22
164:15

Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 247 of 279
Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[determines - draw]                                                      Page 12

**determines**  41:2
119:15
**determining**  46:15
48:9 62:2 87:10
179:17
**developed**  179:16
193:12,25
**died**  226:18
**differed**  133:8
**difference**  40:1
108:21 111:17
119:4 156:8 212:6
213:13
**differences**  40:5
**different**  12:10
15:3,5 16:12 30:5
30:8 36:14,23
52:7 55:9,16,17
60:23 69:18 70:15
71:20,20 75:17
77:20 78:2,7,21
82:10 98:12 100:8
100:14,18 108:11
116:21 120:25
121:15,17,20
131:3 132:23,25
133:2,5,12 135:22
155:21 163:19
179:6 198:4,4,5
199:11 211:18
219:5 226:24
**differentiate**
132:12 184:4
**differently**  199:3
200:20
**difficult**  207:19
208:13
**digits**  100:12
**direct**  28:15,17,18
29:3 72:5,14
117:23 118:12

221:1
**directly**  50:4
70:12 96:4 117:20
117:24 168:9
175:23 205:5
**director**  22:4,25
105:19 204:11
**disbursed**  193:6
**disc**  74:5
**discount**  111:1
127:25 156:13
183:12,14 186:10
186:19 187:11
**discounts**  110:20
187:6
**discuss**  20:19
70:12 203:17,18
**discussed**  51:22
68:24 80:16 124:2
202:19 203:6,12
**discussing**  19:18
34:7
**discussion**  34:13
70:17 71:2 78:24
79:22 80:19 85:1
85:10 88:24
122:14 129:9
146:13 147:10
149:11
**discussions**  16:17
30:11 52:4,12,24
53:5,8 78:19
79:13,17 82:8
129:4,6 146:18
174:13 179:24
184:14 220:7
**disorder**  119:24
**display**  181:6
**dispute**  24:3 25:11
25:13 26:15 29:7
86:21 117:23

128:9,13 168:25
205:6 229:25
**disputed**  114:1,3
124:13 230:9
**disputes**  94:6,7
114:9,21 187:1,14
187:19 205:13
229:23 230:3
**disputing**  203:23
**distinction**  78:10
78:23
**distinguish**  45:10
49:22
**district**  1:1,2 9:22
9:22
**divide**  20:17
**dividing**  37:22
**division**  1:3 9:23
**dl**  2:14 5:7
**dllawgroup.com**
2:18,19
**doc**  137:9
**docs**  56:24
**document**  8:11
54:22,24 55:1,2,5
55:6 56:12 66:14
68:11,13,14 77:13
81:23 96:16,18,19
96:21 97:3,13,14
97:16,17 98:1,23
98:25 99:11 104:2
104:5,6,11 116:3
122:25 123:3,22
123:23 128:22
129:3,4 136:21
137:16 138:8,16
139:6 145:17,20
147:7,9 148:7
151:12 152:14
158:5,15,16,17,21
159:8 160:4,6,10

161:14,21 164:5
164:13,16 165:13
165:19,19 166:15
166:19 172:22
175:4,7,9 182:6,8
182:12 190:23
196:17,17,18,21
201:16,23,25
202:1 212:24,24
**document's**
161:10
**documentation**
81:19 199:24
200:2
**documented**
190:10
**documents**  17:22
37:13 48:22 68:17
124:5 142:21,23
156:18 158:20
164:25 177:19,20
**doing**  31:15 54:11
63:12 87:18
**double**  23:2
**doubled**  22:23
**doubling**  23:5
**download**  54:12
**downloading**
102:17 122:18,20
**downward**  81:20
86:16 87:12
**downwards**  81:15
142:10
**draft**  157:19
174:16
**drafted**  174:18
177:23
**drafting**  157:13
174:7,15 178:14
**draw**  50:11

Jolene Bradley                                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[drives - er]**                                                    Page 13

**drives** 185:4
**due** 164:11 186:10
   232:3
**dugan** 76:14,15
**duly** 11:4 231:6
**dunbar** 4:16 10:22
**dunn** 3:16 4:7
   10:18 204:4
**duties** 22:17 25:8
   28:1 192:21

**e**

**e** 3:5 111:20
**e&i** 193:19,22
**e.g.** 217:20
**earlier** 27:1 42:14
   74:20 82:13 87:4
   114:7 151:17
   153:10 169:16
   173:18 174:6
   179:24 197:5
   228:11,16
**easier** 181:9
**economics** 32:4,6
   32:15 85:5 179:2
**edi** 42:8,9 176:14
**editing** 42:4
   176:25 177:1,7
**edits** 33:2 177:6
**educate** 88:10
   114:23 117:9
   209:9,14 212:3
   213:11,19
**educates** 114:1,3
   114:10 191:24
**educating** 213:5
**education** 29:10
   88:4,6,14,16 89:5
   89:9,23 94:8
   116:23,24,25
   117:3 209:24
   213:18 230:4,6

**edwards** 71:24,25
   72:8 73:5 74:16
   76:20
**effect** 48:11
**effective** 26:22
**either** 21:3,10
   24:20 26:10 31:18
   39:5 59:17 67:12
   89:22 126:5
   136:24 138:22
   150:5 162:7 190:1
   190:4 202:11
**elect** 46:9,10 56:21
   64:14 65:2 111:14
   135:1,21 136:8
   192:12 210:2
   213:11 215:14
**elected** 41:10 46:1
   46:14,22 47:2,18
   48:15 64:17,17
   65:4 85:13 135:10
   172:12
**electing** 65:8
   212:4
**electronic** 42:8
**electronically**
   162:8
**elects** 68:3 191:16
   195:16
**eligible** 45:7,16,18
   45:22 46:15 47:23
   48:9 49:4,8,12
   52:20 58:19 67:25
   86:14 87:11 89:12
   100:22 101:9,10
   112:25 113:5,8,11
   113:12 135:14
   164:18 179:17
   180:1,7
**email** 2:18 3:10,20
   4:11,20 68:23,24

71:23 74:16 97:12
   97:24 98:3,19
   99:8,16 102:11,14
   102:17 103:1
   123:7,12 124:2
   126:21,21 129:5,8
   132:1,8,10 136:18
   137:7 138:7
   180:10 181:8,17
   202:2 204:4,10
   219:19
**emailed** 181:13
**emailing** 102:22
**emails** 17:24 97:5
**emergency** 56:19
   57:22
**emma** 72:16,17
   139:21
**emphasize** 217:20
**empire** 168:20
**employed** 21:22
   131:15
**employee** 73:10
   231:12,13
**employees** 192:14
**employer** 22:1
   193:23
**enablers** 187:23
**encompass** 23:12
   24:1
**encourage** 206:17
**encouraging**
   216:12
**engage** 90:11
   203:25 209:19,21
   226:6
**engaged** 71:17
**enhance** 188:18,21
**enhanced** 111:19
   111:20 112:17
   185:8

**enhancement**
   111:21,24,25
**enrolled** 204:17
**enrp** 66:16,18
   67:16 109:20,21
   110:7,9,10,21
   112:14 113:1,7
   179:11,15 186:25
   191:18 195:17
**ensure** 62:19
   63:10,12,17 87:17
   87:20 150:4 178:8
   179:4 185:9 186:1
   206:24 225:19
**ensuring** 33:2 34:2
   35:22 57:7
**entails** 75:22
**enter** 192:4 209:23
**entered** 233:8
**entire** 160:2
**entitled** 185:6,19
   187:23
**entity** 22:1
**entry** 124:15
   130:20 198:22
**eob** 7:7,12 89:4
   117:21 158:23
   159:3,21 160:21
   161:1 165:1,3,7,12
   165:20 166:3
   167:11 169:14,18
   169:19 172:17
   176:4,5,10,14,18
   177:19,20 201:1
   221:2
**eobs** 197:6
**equally** 172:7
**equals** 183:13,14
   183:16
**er** 56:24

Jolene Bradley                                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**errata** 232:3,9,10
  232:12,14,16,20
  233:1
**errol** 4:15
**errol.king** 4:21
**especially** 217:10
**esquire** 2:12,13
  3:4,5,15 4:5,6,14
**essentially** 104:20
  114:24 153:10
**essentials** 104:10
  104:13 105:9,24
**establish** 32:25
  38:1 49:15 222:23
**established** 220:22
  221:18,21
**estate** 158:25
  165:17,19 169:17
  169:20,21 170:5
  170:14 197:10
**estimated** 164:11
  190:18
**et** 9:21 217:21
**evaluate** 143:15
  144:23 179:8
**evaluation** 32:11
  144:16,16
**evolve** 185:19,23
  185:25 186:5
**exact** 8:10 14:22
  48:25 76:11
**exactly** 14:24 32:8
  60:9 77:22 185:24
  207:14 211:22
  212:13,19
**examination** 6:4
  11:6 228:6 229:17
**examined** 11:5
**example** 34:10
  48:1 100:23

**examples** 143:24
**exclusions** 92:4
**exclusive** 195:13
**excuse** 73:25
  101:3 202:5
**execution** 188:14
  188:24
**executive** 76:11,13
  139:20 183:4
**exhibit** 6:15,17,19
  6:21,23 7:3,5,7,9
  7:12,14,16,18,20
  8:3 53:18,20
  54:19,23 68:6,8,12
  74:16 96:11,12
  101:14 102:6,8,20
  103:2,6 104:2
  105:13 109:2,8
  122:17,21 123:1
  123:23 128:16,17
  128:20,25 129:9
  130:22,22 136:17
  137:1 138:5,5,9,25
  140:22 146:10
  158:8,10,11 161:6
  161:7,12,17
  162:13 164:22,23
  165:1,8,9,13 166:9
  166:10,11,22
  167:5 169:15,16
  170:7,14 172:18
  174:21,22,24
  175:10 178:18
  180:9,13,25 182:5
  182:8 191:5 196:8
  196:12,13 197:6
  197:11 201:17,19
  201:24 217:17
**exhibits** 6:13 7:1
  8:1,5,8 180:19
  181:12

**exist** 173:24
**existing** 36:24
  204:20 205:19
**exists** 52:22 122:5
**expect** 11:12
  226:13
**expectation** 189:3
  205:14
**expectations**
  144:3
**expense** 45:7,16
  45:19,23 46:15
  49:4,8,12 67:25
  86:15 135:14
  207:4 208:9 211:5
  212:14 214:7
**expenses** 47:18
  87:11 179:17
**experience** 11:15
  122:8 204:23
  206:5,6 207:20
  210:1 217:3
**expert** 119:18
  150:24
**expertise** 211:16
**experts** 89:17
**expires** 231:25
  234:25
**explain** 31:24
  212:12
**explains** 192:1
**explanation**
  117:21 157:23
  166:24 167:6,9,14
  209:5 213:1 221:2
  223:5
**explanations**
  157:14
**exposed** 32:14
**exposure** 32:23

**extended** 220:5
**extent** 15:13,20
  16:6 20:22 42:25
  44:13 65:10 69:22
  78:4 88:19 98:22
  100:15 101:18
  115:2 116:2 125:1
  135:5 151:12
  155:14 170:16
  172:9,21 173:20
  176:21 177:25
  184:10,23 186:13
  188:7 193:14
  194:1,24 199:4
  205:21 207:12
  211:13 212:16
  213:7,21 222:25
  224:6 225:7 227:7
**extra** 162:3

**f**

**faced** 222:14
**facility** 43:25,25
  44:3,5,8,12 45:2
  48:1,16 49:11,18
  49:20,24,25 50:10
  50:20,22 51:3,5,11
  51:15,16,19,23
  52:6,13,17,19 53:9
  56:25 57:1,21
  58:23 59:18,20
  60:3 64:7 66:2
  67:13,15 77:9,16
  78:3 79:8 80:2,11
  80:22 81:24 84:1
  84:13 85:1,11,23
  86:9 87:6 90:14
  90:17 91:2,3,18,22
  91:24 92:1,7,9,16
  92:25 93:15,17,20
  98:13 100:4,6,11
  100:21 101:3,4,6,9

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[facility - foundation]**                                    Page 15

112:21,24 113:4
113:14 114:21
124:4 129:7
132:13,20,22
133:3,8,13 134:7,8
134:15 135:14
136:2 150:13,21
151:9,18 153:18
153:25 154:13
155:25 156:8,14
156:23 160:8
165:24 166:5
168:11,12,14,24
170:12,15 171:4
171:13 172:7
195:11 216:14
217:4 219:9,18
220:1,4,11,20
227:6 229:21
232:21
**fact** 62:25 86:23
115:5 147:22
187:1 206:22,23
211:2 212:2
**factor** 61:14,19,19
62:1,2 206:7
207:10
**facts** 50:14 80:13
82:1 83:2 86:18
113:16 136:4
156:16 189:9
192:8 210:9
211:14,25 214:13
217:7 219:1
**fails** 114:23 117:3
118:19,20 174:3
**fair** 25:5 35:23
48:19 50:4,11,20
51:8,9,10,18,23
52:5,12,16 53:10
58:14 59:24 93:13

93:14,19 98:14
100:3,18 119:8,8
132:17 133:11
134:21 135:1
146:23 164:25
179:23,24 180:4
219:8
**fairly** 52:22 177:9
**fall** 39:8 91:2
**familiar** 32:3,5
35:7 36:1 43:24
55:2,19 60:8 61:6
61:9 68:16 71:24
79:4 91:6 108:2
120:11,13 123:25
128:4 161:25
163:19 166:6
182:14 188:8
189:16,25 190:4
210:15 211:17
218:10
**familiarity** 38:2
**family** 141:4,14
**far** 48:24 77:13
78:20 79:2 94:3
94:23 135:25
136:13,14 147:2
172:4 197:20
**fashion** 31:15
**fee** 56:2 58:16
108:6,9,16 153:15
153:23 154:12,18
154:21 155:7,12
155:18 184:6,15
184:19 214:22,24
214:25
**feel** 56:1 85:9
150:9 166:15
209:22,25
**feels** 201:2,7

**fees** 107:18,22
108:25 109:5
184:5,9,16 214:11
**figure** 141:4
**file** 18:6 52:5
120:12 142:23
143:1
**filed** 5:6 9:21
232:17
**files** 142:16
**filing** 232:13
**fill** 106:24
**filled** 207:20
**fills** 107:5
**final** 84:17,21,23
99:10 101:14
113:23
**finally** 158:2
**financial** 38:10
**financially** 10:5
231:14
**find** 57:3 123:10
134:3 158:9
199:21 209:12
**fine** 12:15 103:13
136:24 137:18
145:18 152:12
**finish** 11:20
**finished** 166:17
**finishing** 123:15
**first** 11:4 13:3
24:19 25:22 45:2
54:6 65:19 77:11
79:21 96:7 97:7
97:12 109:17,22
123:11 132:17
134:2 138:10
141:2 164:6
172:18 186:7
189:1 194:19
204:12 206:25

231:6
**five** 13:2,17,23
14:1 18:2,3,7 21:1
43:19 44:21 74:1
74:23 166:22
195:22 230:1,9,10
**fixed** 108:12 154:6
**flexibility** 210:5
**flip** 97:6,16 208:1
208:12
**flow** 56:13
**flowchart** 56:3
57:11 58:1 87:3
**focus** 139:18
185:10 188:16
**focused** 108:14
**folks** 98:21 129:15
132:4 206:22
**follow** 97:4
**following** 107:5
126:21 233:6
**follows** 11:5
**form** 162:5,6
163:19 202:24
233:8,10
**formal** 14:22,24
24:4 25:12 31:23
32:2 203:10
**format** 68:16
69:18 182:25
**formatting** 161:24
**formatting's** 162:2
**forms** 157:23
**forward** 71:2
127:1 232:12
**found** 145:25
**foundation** 39:18
41:6 50:15 52:2
60:20 65:23 71:12
81:17 82:2 83:14
84:15 85:16 86:1

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[foundation - governed]**

Page 16

86:18 91:16 93:11
93:23 95:6 107:21
108:19 110:2
120:1 122:3,12
125:15,25 127:9
135:6,16 141:9
142:12 143:11
145:10 149:23
150:23 154:15,24
156:3 171:6
178:23 183:21
192:17 193:15
199:5 205:3
214:14 216:16
**four** 13:16 16:21
72:20 74:23 75:7
**fourth** 109:16,18
186:9 187:24
**frame** 16:18 99:25
139:19 177:9
**francisco** 2:16
**franklin** 2:15
**free** 166:16
**frequently** 168:17
**friction** 207:20
**front** 44:22,24
104:3 138:7
**fruition** 189:7,11
**full** 42:22 130:25
164:12 201:14
**fully** 38:3,6,9 39:5
47:9 84:5,7
109:18 110:4
111:13,25 112:5,8
112:23 113:6,24
114:6,15 194:19
194:22 195:5
**function** 20:14,16
104:16 105:1
**fund** 38:13

**funded** 38:4,7,12
38:16 39:6 49:15
111:5,9,10 194:16
**furnish** 233:10
**further** 89:6
114:17 123:17
165:18

**g**

**ga** 232:23,24
**gain** 187:25
**gathers** 119:9
**gelbach** 189:14
**general** 49:17
56:16 61:1 66:6,7
78:3 95:10 112:5
121:3 122:7
123:25 125:10
126:15 130:11
146:14,20 171:1,7
173:10,13,14
**generally** 24:9,14
30:25 36:17 57:12
57:15 61:10,13
86:19 94:11
108:10 171:10
184:22 195:15
**generate** 25:1 60:4
60:17 61:11 63:18
100:1 176:14
**generated** 141:3,6
142:1,17,24 143:4
147:10 156:1
176:5 177:20
**generates** 156:5
**generating** 62:25
**generic** 198:14
**geo** 48:10 61:14,18
62:1
**geographic** 36:18
48:19

**getting** 86:7 99:3,9
206:3
**gibson** 3:16 4:7
10:18
**gibsondunn.com**
3:20 4:11
**give** 11:10,22 12:3
12:5 130:10
137:11
**given** 13:18
212:14 233:9
**gives** 164:3,10
168:4
**giving** 11:15 12:5
31:17
**go** 9:16 11:11
24:20 29:14 43:2
46:18 57:18,23,24
60:22 70:9 71:2
72:5 73:1 82:25
84:12 89:5 97:4
97:15 103:12
106:4 115:7
118:22 123:6,13
123:17,17 126:13
128:25 132:6,9
134:11 137:15
147:19 162:16
163:2 167:10
175:5,7 176:23
178:6 194:6 195:9
196:15,19,21
197:2,22 206:3
207:3,22,24 208:7
208:14,15 211:1,7
212:20 214:10
215:14 224:23
227:16 229:4,25
**goal** 33:25 87:20
144:7,25 145:6
188:5 206:8,16

207:5
**goals** 144:4 145:5
207:18
**goes** 55:15 56:25
60:16 62:10 88:24
119:20 157:14,22
176:7 203:19
214:5 215:8,23
**going** 9:8 29:15
46:5 47:21 48:7
53:18 54:12 74:6
74:18 82:24,25
86:15 87:11 99:18
102:19 103:3,14
113:5 121:25
122:16 124:13
127:1 133:5
134:16,20 135:13
137:20 149:10
152:17 158:8
161:5 174:10,20
174:21 177:2
180:8,11 195:25
198:7 205:8
208:10 209:21
213:6,20 215:9,12
215:13,17 225:12
225:12,14 226:22
227:17 230:8
**golden** 3:6
**good** 9:7 10:13,17
11:8 74:3 152:25
**goodness** 13:5
**governance** 69:2,6
69:10,20 70:15,18
70:19 71:7 74:17
138:20 139:2,9,10
139:17 140:18
142:22
**governed** 109:21

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[governing - hypothetical]**                                    Page 17

**governing** 233:7
**grand** 3:17
**gray** 118:24
**great** 94:3,21
**greater** 113:13
222:20
**green** 29:17 186:8
188:17
**greetings** 232:5
**gregory** 3:6
**grew** 22:22
**gross** 141:3,13
142:1
**ground** 11:12
193:12
**group** 2:14 5:7
22:2 34:13 37:16
38:12 46:1,8,22
47:7 52:25 53:1
70:3 87:22 106:10
112:13 131:21,25
133:23 162:10,24
172:12 185:3
186:4 191:16
193:18 195:16
208:20 225:18
**group's** 40:15
41:17 208:17
**groups** 49:15
109:20 112:9
168:21 179:5
194:14,16 203:22
219:25 220:1,10
**grove** 231:6
**guess** 17:2 64:20
81:7 90:21 105:7
106:20 108:1
109:22 139:16
197:17 219:16
220:23

**guessing** 65:16
**guice** 4:5
**guys** 152:14

**h**

**h** 26:21
**h0015** 91:6 198:22
199:1
**h0018** 91:9 164:9
165:2,6
**h2036** 197:18
199:1
**haben** 139:22
140:1,2,4,15
189:18,19,22
**half** 12:17 20:14
20:15 28:12
**hallow** 217:23
**hand** 55:11,13
170:13 183:5
185:5 197:21
231:19
**handle** 200:21
**handled** 24:9,15
204:2
**handling** 30:2
220:19
**happen** 19:1 26:12
42:12 96:7 210:23
221:4 225:12
**happened** 20:13
27:20 199:8,16
**happening** 25:1
**happens** 43:6 96:5
118:18 204:18
226:5
**happy** 12:9,13,18
94:15 95:3,12,14
**hard** 180:21
181:22
**harmless** 224:16

**hcpc** 90:22 100:11
100:13
**hcpcs** 50:8 90:25
91:20,23 100:4,7,9
100:20 101:6
119:10 124:21,24
164:9 165:1,3,6
**head** 12:4 37:25
38:23 39:20 91:8
91:11 126:18
139:25 142:7
159:20 184:20
190:10 224:11
**heading** 190:14
219:17
**headset** 146:3
226:17
**health** 1:11 3:14
4:4 36:12 50:4,11
50:20 51:8,9,10,18
51:23 52:5,16
53:10 58:14 59:24
93:13,14,19 98:14
100:3,18 119:8,8
122:1 132:17
133:11 134:21
135:1 148:16
179:23,24 219:8
**health's** 52:12
180:4
**healthcare** 1:9
9:21 32:4,6,14
41:3 85:5 179:1
**hear** 35:11 134:12
144:12
**heard** 9:13 120:14
120:16,21 121:1
130:8 189:15
205:12
**held** 22:6 27:20

**help** 88:3 90:9
100:10 106:2
204:21 214:6
217:18 226:23
**helpful** 161:16
180:17 226:10,22
**helping** 214:3
**helps** 94:9
**hennepin** 231:3,24
**hi** 229:19
**hierarchy** 20:2
56:4
**high** 106:4 186:10
186:19 204:25
205:12
**higher** 147:22
157:5,9 186:24
187:5,11 211:5,6
**highest** 29:9
**hiring** 232:13
**hit** 69:12 137:10
**hmm** 12:5
**hold** 69:3 109:24
204:19 205:18
224:15
**holding** 69:25
**honest** 69:25
**hour** 12:17,17
**hours** 16:23 43:20
44:21 140:20
**house** 23:13,17
66:19,20,23 99:24
179:16
**hr** 187:2,15 197:21
197:23 198:9
**huh** 19:22 37:7
155:11 163:25
170:2
**hypothetical**
216:3

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[ibaag - introduced]**                                Page 18

| i | | | |
|---|---|---|---|

**ibaag**  129:10,14 129:15 130:6,8,19 130:24,25 131:2,3 131:4,9,16,24 132:4 134:20 153:1,2,5,7
**ibaags**  134:5
**idea**  147:1 151:7
**identification**  42:3 43:5 54:20 68:9 96:13 102:9 122:22 128:18 137:2 158:12 161:8 166:12 174:25 180:14 196:9 201:20
**identified**  41:9,22
**imagine**  112:25
**immediately**  43:8 132:19
**impact**  33:22 214:7
**impartiality**  231:16
**implement**  34:8 80:18 204:14
**implementation**  203:22
**implemented**  23:6 79:15 184:6
**important**  11:18 12:3 62:24 63:4,9 217:18
**improve**  216:19
**improved**  133:25 217:2
**inaccurate**  100:5
**incentive**  187:25 188:4,9

**incentivize**  207:21
**inception**  28:5 64:18 221:19
**include**  107:16 129:20 150:10
**included**  18:3 91:23 109:1
**including**  85:4
**incomplete**  216:3
**increase**  110:25
**independent**  81:22 190:20
**index**  6:1,13 7:1 8:1
**indicate**  8:10 21:6 46:22
**indicated**  165:23
**indicates**  89:3 168:5 169:4
**indicating**  98:11 162:8 170:10 221:4
**indirect**  189:21
**individual**  14:18 24:12,18,23 26:3 64:3 72:13 124:18 193:23 229:3
**individuals**  18:12 18:15 21:1 31:10 189:16
**industry**  94:13 110:23
**information**  17:24 18:1,5,14 20:25 46:13 70:22 88:14 90:5 99:3,19 125:4 129:17,18 130:3 132:19,23 132:25 150:10 160:11,12 161:23 162:1,4,10,11,11

162:15,17,19,24 182:14 197:8 199:22 226:24 227:2
**informed**  148:23
**initial**  114:19 137:9 160:17
**initially**  47:3 147:11
**initiative**  77:11,14 189:2,6 218:22 219:3,12
**initiatives**  71:10 77:6,7,8 79:1 189:18 207:18
**inn**  206:5
**innovative**  144:7
**inpatient**  90:17 91:4 92:6,9 168:1
**input**  85:23 86:7 158:1
**inquiries**  129:21
**instance**  114:15
**instances**  88:11 115:6 153:15 169:20 224:9
**instantaneously**  43:7
**instruct**  209:6
**instructions**  6:9
**insurance**  1:9 3:13 4:3 9:21 13:10 14:13,14 18:20 24:5 25:19 30:24 36:13 38:4,7 148:16
**insured**  38:3,7,9 39:5 47:9 84:5,8 109:18 110:4 111:13,25 112:5,9 112:23 113:6,24

114:6,16 194:19 194:23 195:5
**integrity**  32:17,19 33:16,21 34:11
**intensive**  62:3 92:20 119:23 120:6 125:21 170:9 172:2,5
**interact**  192:20,23
**interacting**  208:22
**interaction**  76:1
**interchange**  42:8
**interchangeable**  45:10
**interchangeably**  45:12
**interest**  87:17 225:18 231:15
**interested**  10:5 71:1 231:14
**internal**  24:22 25:4,16 179:11,20 191:19
**internally**  24:22 26:10 66:13 113:7 179:10 216:23 223:19
**internet**  9:11
**interpose**  11:23
**interpret**  164:15 164:17
**intervene**  118:1,6 118:6,15 226:23
**intervened**  200:1 200:3
**introduce**  53:19 68:5 174:21 180:9 180:11,22
**introduced**  180:19 196:11

**invoice** 223:3
**involved** 21:8 25:4
  32:10 65:8 69:8,9
  71:17 75:9,19
  82:9 84:11,25
  117:14 118:9
  139:11 174:7
  178:3,14 182:21
  205:5 221:20
**involvement**
  157:13
**involves** 33:17
**ish** 69:13
**isight** 66:12 67:6,9
  67:16 111:22,24
  112:10,15
**issue** 24:3 25:11
  26:12 103:24
**issued** 116:10
**issues** 70:11 95:23
  96:2 105:4 124:1
  187:16 203:21
**it'd** 77:16
**items** 70:23
**ix** 169:4,7

**j**

**j** 2:12 4:14,15
  159:17
**jacqueline** 76:9,10
  124:3 126:20
  139:21
**joanne** 17:18
**job** 1:25 22:3,4,17
  25:8 28:1 70:2
  94:3,15 95:3,13,15
  192:21
**john** 139:22 140:1
  140:2,4,5 159:17
  189:19,22
**johnson** 72:16,17

**joined** 10:15 80:3
**jolene** 1:19 2:2 6:3
  9:18 11:3 16:9
  231:5 232:1,2
**jr** 4:15
**july** 1:20 2:2 9:8
  167:15 231:6,20

**k**

**k** 28:21
**katie** 2:12,18
  10:14 11:9 30:15
  33:14 35:11 42:2
  44:16 88:23 109:9
  145:15 155:2
  170:19 191:8,11
  206:15 228:5
**keep** 109:21
  142:16 148:23
**kelly** 74:20,21
**kept** 20:11 46:13
**key** 37:14,14,22
  39:4,15 73:16
  85:7 140:22 188:1
  188:16 202:4
  220:9
**kicked** 45:2
**kienzie** 124:3
  126:21 127:13,23
  139:22
**kienzle** 76:9
**kim** 76:14,15,17
**kind** 12:6 20:14
  34:12 54:6 90:22
  102:10 106:15
  119:1 121:18
  129:1 131:4 193:5
  213:17 226:12
**kinds** 71:9
**king** 4:15
**klinger** 18:17,19
  20:1,20 21:10

27:2
**klinger's** 18:18
  20:3
**knorr** 189:18,24
  189:25
**know** 11:18 12:11
  14:22 15:4 17:2
  20:16,17 21:7,25
  29:19 31:14,24
  32:9 33:2 34:1,14
  35:10,11,16,22
  36:12,17,18 37:24
  38:22,22 39:8,14
  39:25 43:21 44:20
  46:4 47:17 48:3
  51:10 55:21 57:20
  60:23 61:1,9,15,18
  61:20,24 62:1,15
  62:17,18 64:25
  65:17 71:1,9,15,16
  73:5,18,23 75:8,21
  75:23 76:11,25
  77:14 78:18,25
  79:7,12,21,23,24
  80:15,16,18,19,21
  81:1,7,24 82:14,15
  82:19 83:6 84:2
  84:11 85:3 86:3,6
  86:25 87:21 89:14
  90:7,9 91:11,12,18
  93:8,20 94:1,3,9
  94:11,20 96:6
  97:3 98:8,10 99:7
  99:19 103:5 105:7
  108:1,24 109:23
  110:22 111:11
  112:13 113:3,20
  118:12 119:3,15
  119:19,22 121:8
  121:14 124:1,23
  125:4,5,6,16 126:1

126:4,16,22
  127:10,13,18
  128:12 129:2
  131:14 132:22
  133:15,25 134:1
  135:8,17,22
  136:13,14 138:22
  140:7 142:25
  143:19 144:1,9,22
  144:23 147:3,9,10
  149:4 150:8,19,25
  153:1,4,21 154:11
  155:23,25 157:8
  159:18 160:14
  163:20 166:4,17
  168:6 171:23
  173:4,24 174:13
  174:16 175:3,25
  178:10 179:3,6
  180:6 181:16
  182:16,23 184:7
  184:12,13,18,20
  185:25 186:11,15
  186:18 187:3,4,14
  188:3,21 189:4,6
  189:10,13 190:11
  192:2,14 194:16
  195:7 196:16
  197:7 199:9,15,24
  201:2,9 203:20,23
  204:1 205:12,19
  206:21,23 207:16
  208:1,4,11 209:14
  209:16,20 210:1
  210:17,23 211:1,3
  212:5,20,22 213:2
  213:13 214:3,5,15
  214:17,23,24,25
  215:16 216:6,24
  217:9 219:5,11,22
  220:3,8 221:21

223:15,25 224:10
225:11,16,20
226:3,6,7,11,12,22
229:1,24
**knowledge** 51:19
53:7 69:15 78:13
**knowledgeable**
75:12
**known** 94:12
110:23
**knows** 42:5
**kumar** 189:14

**l**

**la** 4:18
**lab** 56:24
**lack** 65:22
**lacks** 39:18 41:5
50:15 52:2 60:19
71:11 81:17 82:2
83:13 84:15 85:15
85:25 86:18 91:16
93:11,23 95:5
107:20 108:18
110:1 119:25
122:3,11 125:14
125:25 127:9
135:6,16 141:8
143:11 145:9
149:23 150:22
154:14,24 156:2
171:6 178:22
183:20 192:17
193:15 199:5
205:2 214:14
216:15
**laid** 212:23
**lamaster** 73:13
**language** 47:22
48:8,17,24 49:12
49:16 149:16,20
150:4,7,9 157:14

157:19,22 174:12
174:14 177:23
178:15
**larger** 37:20
161:16 184:22
**lauren** 3:15 10:17
15:15 17:17,18
134:10,13 152:9
194:9
**lavin** 3:4 10:16
**law** 2:14 5:7
**lawyer** 11:13
**lawyers** 17:20
**layperson** 25:7
**lblas** 3:20
**ld** 1:5 9:20
**lead** 135:8
**leader** 26:21,23
**leaders** 144:3
**leadership** 19:7
22:24 52:25 53:1
85:8 144:2 192:25
202:25 203:1,2
**leave** 73:20 89:17
**left** 55:11 73:23
74:1 118:25 183:5
**legacy** 37:10
101:24 121:15
**legal** 10:3 15:14
18:20 158:3 178:7
178:10
**letter** 175:13,21
176:3,18 177:12
177:16 178:15
221:3
**letters** 159:16
177:15,24
**level** 29:9 55:10,11
55:12,15 56:9,18
57:6,13,16 58:2
61:10 62:15 106:4

144:1 167:22
171:3 178:9 192:2
204:25 205:1,1
213:2
**levels** 55:9 172:6
**liability** 192:3,3
223:9
**life** 13:7,7
**liked** 187:13
**lilienstein** 2:13
10:15
**limit** 146:16
**line** 37:22 188:12
193:19,22 197:12
198:22 204:19
205:18 233:12,15
233:18,21,24
234:2,5,8,11,14,17
**lines** 48:18 126:25
162:3 163:23
**linnell** 1:24 2:4
231:24
**lisa** 73:13,14,18
204:4
**list** 73:9 219:21,23
**listened** 89:8
**lit** 25:20
**litigation** 24:6,6
25:20 30:24,24
**litsup** 232:24
**little** 11:14 22:7
25:21 30:4 45:5
55:17 94:5 101:20
123:5,14,16
140:16 146:3
161:16 163:3,10
166:19 167:11,11
180:16,21
**live** 79:3 80:15,23
84:12 194:7,14
195:9 203:19

**lives** 204:17
**llp** 3:6,16 4:7,16
**loading** 137:4
**loads** 50:5
**lob** 188:11
**lobs** 188:2
**located** 17:3,4,8
19:11 28:22
**location** 193:5
**logic** 42:16
**long** 16:22 22:6
28:11 42:19 43:10
43:24 44:10 51:18
51:20 65:15 73:20
75:6,8 79:2 93:4
94:2 110:6 123:24
136:12 140:11,18
145:20 172:11
210:15
**longer** 73:15 93:6
102:11 110:8
136:17,21 140:5
177:6
**look** 39:20 47:3,6
48:25 55:2 77:3
82:10 137:8 158:7
160:2,10,13
161:24 163:9
170:18 182:18
188:16 196:15
199:7,14,21
200:12,14 204:20
212:8 227:15
**looking** 55:6 74:15
77:16 87:3 95:13
112:20 126:20
127:21 138:25
144:23 159:2
160:23 164:23
165:7,9 169:15
171:22 178:20

179:2 182:13
197:6,11 198:3
216:19 217:16
**looks** 68:16,17,22
68:25 98:6 101:25
105:8 124:10,19
130:23 159:10
160:1 161:11
162:2,5,25 163:7
164:1,7,10 166:14
167:7,15 169:19
182:14 188:12
219:19
**lopez** 53:2 73:8,9
73:10 132:2
139:23
**los** 3:18
**lot** 38:24 76:1 94:6
187:9 219:4,4
**love** 217:11
**low** 186:10 205:1
**lower** 82:12
147:16 148:2,21
149:6,7,17 150:20
151:19 152:2
157:6,9 161:1
186:18 197:24
**lunch** 136:23
152:15 153:1

**m**

**m** 2:13 3:4,15
26:21 204:15
**ma'am** 26:14
**maasch** 26:21,23
27:5,16
**maasch's** 27:9
**magic** 223:12,16
**maiken** 4:11
**mail** 232:11
**main** 72:8,11,18
206:24

**maintain** 222:2
**major** 183:13
213:4
**majority** 95:17
111:9 150:11
169:11 177:7
230:5,10
**making** 31:9 84:11
87:22 146:21
147:7,25 211:2
233:9,9
**manage** 29:6 33:1
37:9 63:13 144:8
179:3 187:2
215:19
**managed** 75:24
**management**
22:21,24 23:8
25:10 28:7 66:11
67:6,15 72:6
76:23 111:22
112:9,12,16 208:3
**manager** 18:19
22:9 28:25 72:3
73:12 76:19
**managers** 158:1
202:22 203:2
**managing** 33:5
39:24 70:3 186:2
**manner** 8:9 50:12
86:22 87:25
**mansell** 232:22
**manual** 25:11,22
25:25 26:11 162:8
**manually** 26:8
199:25 200:2
**manufacturing**
131:15,17
**map** 121:18
**maple** 231:6

**march** 139:13,18
152:5
**mark** 53:17 71:24
71:25 72:3,8,13,19
74:16 76:19 102:5
102:13 136:16
139:21 161:5
201:17
**marked** 54:19,23
68:8,11 96:12,16
102:8 104:2
122:21,25 123:22
128:17 137:1
138:4 158:11
161:7,17 166:11
174:22,24 180:13
182:5,8 196:8,12
197:6 201:19,23
**market** 147:23
**markets** 32:12
**markup** 66:15,16
119:12
**material** 86:13
**matt** 10:16
**matt.lavin** 3:10
**matter** 9:20 14:7
92:3
**matthew** 3:4 4:5
10:19 17:17,18
**mean** 24:15 33:14
37:15 44:25 59:2
59:8 84:16 90:17
95:10 96:2 106:5
107:24 109:9
114:3 115:19
118:6 120:3
121:11 150:1
155:2 157:5 171:9
183:10 193:22
213:25 215:7
220:15 223:16

225:10
**meaning** 40:22,23
41:12 104:19
141:14 148:16
186:3
**meaningful**
225:15
**means** 24:25 35:21
71:8 106:7 127:19
159:15,19 184:13
185:16,23 186:4,6
207:16 213:12
**meant** 127:13
185:25 186:12,16
197:9
**media** 9:17 74:1
74:11 103:19
137:25 196:5
**medicaid** 35:3
**medical** 29:11,16
35:20 36:13 107:4
107:8,12,13,16
109:1 167:16,21
167:24 170:8
190:6
**medically** 13:11
**medicare** 35:3
66:15,17 124:15
125:6,12 127:2,4,6
127:7,15 128:2
**meet** 16:11,15
17:16 127:1,5
128:1
**meeting** 19:17
31:5 34:12 35:12
68:22 69:2,5
71:23 74:17,19
77:4 127:14
138:21 139:12,15
146:13 202:3,20
203:19

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**meetings** 16:21,22
16:24 17:14,19
30:11,14 31:2,6
69:1,3,7,10,14,20
69:25 70:9,14,15
70:18 71:7,15,18
138:20 139:2,9,18
140:19 202:9,13
202:15 203:7,8
204:5,7
**meets** 178:10
**mel** 99:17
**member** 25:14
30:20 40:6,11,14
41:17 43:17 44:16
45:25 46:6 56:20
56:25 57:7,17
58:3,17 86:25
87:1,24 88:9
114:22 115:6,11
117:1,9,16 118:13
118:20 129:19
130:2,9 131:20,21
131:25 144:9
158:24 162:10,10
172:11,25 176:9
187:8 191:25
198:5 201:10
208:4,6,14 209:3,8
210:13 213:11
214:3,6 215:13
217:20 220:23,24
221:4,7 222:14,23
223:2,16,22
224:15,22,22
225:18,24 226:4,8
226:11,21
**member's** 35:24
114:10 131:20
168:7 174:3
191:22 212:23

**members** 18:2,3,4
18:7 41:3 63:6,14
87:5 94:9 113:24
116:22 173:15,25
178:10 179:6
186:4 203:23
206:3,8,17,21,25
208:22,24 210:20
211:7 212:3 213:5
213:19 216:22
217:3 221:2 225:5
225:15 227:6,11
**mention** 49:11
**mentioned** 19:17
25:18 42:13 49:20
62:17 67:5 80:15
114:7 121:11
144:11 187:6
189:19 215:10
222:13 223:23
230:2
**message** 71:23
**met** 16:18
**method** 50:24 59:8
**methodologies**
119:6
**methodology**
119:11 122:10
191:18 212:13,21
228:14
**methods** 32:24
115:24
**metrics** 143:15,17
217:18 218:5,11
218:14
**michael** 140:10
**middle** 137:9
214:4 221:7
**might've** 163:3
184:18

**million** 204:14,15
204:17
**mind** 145:15
**mine** 73:11,14
74:21 76:5 105:17
143:18
**minneapolis** 193:8
**minnesota** 2:6
231:2,6
**minor** 176:11
**minute** 129:1
195:22 227:14
**minutes** 74:1,4
103:12 137:13
**mischaracterizes**
48:22
**missed** 25:21
**misstates** 63:21
70:6 71:12 72:24
98:23 100:16
115:3 116:2
144:18 151:12,24
172:10,22 213:8
222:18 226:2
**mm** 12:5
**mn** 231:24
**mnrp** 66:13,18
67:16 112:24
113:5,7,8,11,13,18
118:24 120:10
179:11,15 186:25
191:18 195:17
**model** 185:8
188:18,21 189:2,3
**module** 52:8 180:6
180:7,7 219:8,10
**modules** 51:3
**moment** 164:24
166:16 175:2
**momentarily**
103:4 161:6

**money** 172:20
214:9,17 215:2,25
**month** 19:2,4
26:24 27:4,20
215:23,23,25
**months** 75:7
**morning** 9:7 10:13
10:17 11:8
**move** 36:16 37:1
54:4 79:25 81:15
112:4 178:21
217:19 218:6,15
219:12
**moved** 37:11
76:25 81:19
133:16
**moves** 110:24
**moving** 36:24
51:22 53:1 78:20
110:17,21 188:14
218:19
**multiplan** 1:12
4:13 10:23 21:16
44:7 50:1,18 53:4
53:8 65:2 66:6,8
66:25 67:3,6 69:2
69:7,11 70:4,9,12
70:23 71:4,4,8
72:4,9,12,22 75:13
76:8,24 90:11
93:16 109:6 124:3
136:8 138:11,21
138:22 139:1
140:24 141:7,17
142:2 146:9,14,21
146:25 147:13
148:19,23 151:3,6
151:14 153:19
178:4 179:7
190:14,19,25
211:23 213:17

Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 258 of 279
Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[multiplan - nj]                                           Page 23

214:9,16,17 215:2
215:18,21,24
218:24 219:4,5,13
228:9,13
**multiplan's**
178:21 190:21
**multiple** 124:10
142:25
**mutually** 195:13

**n**

**n** 28:21 159:16
**n.w.** 4:8
**name** 9:25 11:8
14:22 23:9 47:24
49:9 53:23 68:20
72:15 180:4
182:19 189:25
190:4 203:8,10
**named** 18:7
**names** 14:20,24
189:15
**nancy** 159:16
**national** 37:18,21
37:23 39:4,15
73:17 85:7 188:1
202:4,6,21,23
203:1,16 204:11
219:22,25,25
220:6
**native** 180:12,20
180:22 182:6
**nature** 13:9 14:9
52:11 187:20
**naviguard** 191:7
191:13,14,15,17
191:20,21,24
192:6,10,12,14,20
192:23,25 193:4
193:10,17,24
194:6,22 195:4,12
195:16,18 204:14

204:22,24 205:6
206:22 208:3,6,20
209:4,6 211:21
212:2,12 213:5,10
214:5,16 216:13
216:21,22 217:4
217:17 218:4,20
**nearing** 195:23
**necessarily** 8:10
24:18 184:25
185:4
**necessary** 13:11
90:11 233:10
**necessitated** 34:12
**need** 12:12,18
31:11 136:18
144:24 160:14
161:13 170:23
180:10 197:8
199:7
**needed** 149:19
202:18
**needs** 150:9
**negotiate** 117:10
221:25 222:5
**negotiated** 169:5
229:22
**negotiating** 221:10
221:11 226:7
**negotiation** 58:16
89:6 117:12 118:2
118:7,14,16,18,20
169:2 209:23
217:21 221:12,14
221:23 222:1,8
224:3 225:6,24
230:9,12
**negotiations** 192:4
221:9
**negotiators** 193:1

**neither** 83:19
**network** 21:4,8
22:5,9,21 23:7,11
23:14,18,21 25:15
25:17 27:10,13,17
27:24,25 28:6,25
33:9,22 34:6,13,16
34:24 37:4,5
39:24 40:1,2,6,7
40:10,12,13,14,18
40:19,23,23 41:3
41:18 42:3,6 43:6
44:17 45:21,23
46:2,9,12,23 47:1
47:18 48:12,13
49:5,13 55:7,9,10
55:12 56:5,17,18
56:25 57:1,3,5,6,9
57:12,14,15,24
58:2 59:10 63:19
66:4 67:11,18,25
70:3 73:12 75:9
75:13,17,19 76:7
80:3 85:5 86:14
90:14,23 99:18
104:11,18,20
105:3,19 106:3,25
107:14,19,23
115:7,8 118:22
120:17,19,23
131:11 133:20
141:7 142:18
143:5 150:21
151:9 157:16,24
160:15,16,21,22
161:3,3 168:1,1
169:21 170:6
171:14 172:13,14
178:25 179:1,18
180:1 183:16,19
184:1 185:19,23

186:2,5 188:3
191:25 192:2
198:11,12,14,15
198:17,18 199:13
199:17 202:5,7,17
202:21 203:2,3,15
204:11 206:3,4,9
206:17 207:3,11
207:21,22 208:8
208:10,14,15
209:11,12 210:3,6
210:7,12,14,17,21
210:25,25 211:1,4
211:8,12 212:5,7,9
212:10 213:6,14
213:15,20 214:10
214:12 215:3,8,12
215:14,18,22,24
216:5,9,9 217:14
224:23
**never** 120:14
157:7 200:10
215:18
**new** 1:13 19:12,13
23:6 26:21 28:23
31:8,12,18 36:6
52:22 70:24,25
74:4 77:5 106:10
144:7 169:6
179:25 180:4
203:17 207:6
208:5
**nicole** 3:5
**nicole.wemhoff**
3:11
**nj** 159:16,18
165:22 166:2,5
170:1 197:9,21,24
198:3,8,9 199:7
200:20

Jolene Bradley                                July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

nodding   12:4
noise   94:5 187:1,9
  187:18 204:18,23
  204:25 205:13
  206:6 207:10
non   220:6
nonoperational
  95:2,8
nonpar   40:22
  41:13 183:12,14
  183:18
nonparticipating
  40:24 41:13,14,23
  190:7
nope   163:4
normally   34:23
northeast   29:17
  36:21
northern   1:2 9:22
notarized   232:10
notary   2:5 231:24
  234:24
notation   159:13
  159:15,18 167:21
  170:15 198:8
notations   55:17
note   5:6 8:8 9:9
  159:12,13 166:2
  168:4
noted   43:5 55:25
  56:11 68:18 77:13
  166:3 233:6
notes   57:19 138:19
  159:22 161:1
  168:2,4 169:25
  174:8 197:20,23
  202:3 204:7
  227:15
noticed   231:10
noticing   10:12

notifying   34:3
noting   232:8
november   219:19
null   124:15,21,24
  125:8
number   9:23
  41:22 54:19 68:8
  74:12 79:19 96:12
  102:8 103:20
  104:4 122:21
  128:17,24 137:1
  138:1,5 139:1
  146:1 158:11
  161:7 166:11
  174:24 182:7
  190:11,13 196:6,8
  201:19 215:22
  222:7
numbered   54:23
  106:19
numbers   100:12
  180:13
nw   3:7

**o**

oakland   1:3 9:23
object   15:13,20
  16:6 20:21 125:1
  152:7 211:9,13
objection   21:14
  23:19 28:2 33:11
  33:24 35:18 39:10
  39:17 40:3 41:5
  41:25 42:20,25
  43:13 44:13 46:17
  47:4,19 48:6,21
  49:23 50:14 51:12
  52:1,14 53:12
  56:7 58:5,10 59:4
  59:15 60:6,18
  61:4,12,22 62:5,12
  63:2,20 64:22

65:10,22 69:22
70:5 71:11 72:24
75:14 78:4,16
79:10 80:5,12,24
81:5,10,16 82:1,17
83:1,13 84:14
85:15,25 86:17
87:13 88:19 89:13
90:1,15 91:15
92:13,22 93:10,22
94:18 95:5,16,25
98:22 99:13
100:15 101:18
107:9,20 108:4,18
110:1,14 111:6
112:6 113:15
115:2,25 116:11
117:18 118:4
119:17,25 121:5
122:2,11 124:25
125:14,24 126:11
127:8,16 130:16
130:17 131:7
134:13,14 135:5
135:15 136:4
141:8,19 142:4,12
142:19 143:10
144:18 145:9
147:4,17 148:10
149:1,22 150:22
151:11,23 152:11
153:3 154:2,14,23
155:14 156:2,15
157:1,17 170:16
171:5,16 172:9,21
173:6,20 176:21
177:13,25 178:22
179:19 183:20
184:10,23 185:13
186:13,20 188:6
189:8 190:8 191:9

192:7,16 193:14
194:1,24 195:6
199:4 200:23
202:24 205:2,21
206:11 207:12,23
209:1 210:8
211:24 212:16
213:7,21 214:13
215:4 216:2,15
217:6 218:8,16,25
220:13 221:16
222:17,25 223:14
224:6,18 225:7
226:1,15 227:7
objections   10:7
  11:23 118:10
  194:8,12
objective   186:1
objectives   143:20
  143:24,25 144:4
  206:24
obligated   225:2
obtain   98:15
obviously   189:21
  205:7 225:16
occasional   30:14
occasionally   30:10
  139:22 143:8
occasions   16:12
  34:1
occur   26:14
  176:25 202:3,9
  229:9
occurred   35:1
  79:5,13,19 170:23
  201:8 224:13
occurs   26:14 42:4
  88:12,23 169:2
  176:8 201:6
ocm   204:22

Jolene Bradley                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[october - originally]**                              Page 25

**october** 194:14
**offer** 51:15 124:8
**offered** 51:18
  135:20
**offering** 36:13
  185:10 217:8
**offerings** 217:12
**office** 17:8 19:13
  193:4
**offices** 232:3
**oh** 13:5,15 29:14
  47:5 72:19 97:6
  128:25 138:13
  140:7 146:4 163:8
  194:13
**okay** 12:6,14,16
  12:22 13:12,25
  14:4,9,20 15:1,8
  16:2,10 17:5,11,14
  17:19 18:10,25
  19:3,6,11,13,17,25
  20:19 21:10 22:3
  22:17 24:24 26:11
  26:17 27:18 28:10
  29:19 30:1,17
  31:16 35:2,16
  36:1,22 37:2 38:2
  39:14,23 43:15
  44:24 45:5,15
  47:15 48:15 49:3
  49:20 53:25 54:7
  54:18 55:21 56:3
  56:16 57:10 61:18
  67:14 68:4 72:17
  73:8 74:2,15 75:6
  75:8,12,21 76:3,8
  76:14,21 77:3
  79:7 80:2,21
  81:14 82:7,23
  86:6,12 89:22
  91:9,12 96:22

97:1,15,16,17,21
97:23 99:15
101:12,12 102:3
102:13,15,25
103:11,22 104:22
106:15,18,23,24
108:24 109:7,16
111:4,17 112:19
112:22 113:23
115:14 116:21
117:14 118:23
119:15,22 120:11
121:23 122:7
123:13,17,18,18
123:21,25 124:9
125:10 126:9,20
127:21 128:7,14
128:20 129:14,20
129:23 130:5
131:13,23 132:1
135:12 136:12,15
136:25 137:10,19
138:14 139:8,12
139:16 140:9,11
140:18,21 142:1
144:14 145:12,23
146:8,21,25 148:7
148:19 149:9,14
150:15 151:17
152:8 153:9,24
156:12 157:12
158:6,9,21 159:9
159:24 160:12,20
161:4,10 162:6,13
162:18 164:4,19
164:22 165:21
166:7,14,19,23
167:3,4,12 169:7
169:11 171:1
172:4,17 173:4
174:16,19 175:7,9

176:16 177:23
181:19,23 182:2,2
182:3 183:1 184:3
185:2,21 187:22
188:11,13,20,23
188:25 189:13,17
189:23 190:2,5,25
191:3,4 193:10,24
194:13,22 195:20
196:21 197:19,22
198:2,20 200:18
201:15,22 203:12
211:21 219:20
223:24 226:19
228:9,10,18,24
229:6,14
**oldest** 13:12
**olson** 19:10,11
  20:4,8 74:19
**onboarding**
  106:15
**once** 42:2 43:4
  88:13 203:19
  232:10
**ones** 68:1 139:25
  179:21
**ongoing** 77:6,8,10
  78:25
**oon** 185:10 187:23
  206:5,7
**open** 181:20,21
**opened** 182:2
**opening** 77:4
**operation** 86:6
**operational** 94:23
  95:11,18 143:18
**operationally**
  94:21 203:25
**operations** 22:5,9
  22:21 23:11,21,23
  23:25 24:8 25:3

25:10 27:11,17
28:7,8 29:1,6 31:1
37:5 63:25 70:7
70:10 86:4 89:1
90:6 120:23
143:19 179:1
192:22 202:18
203:4 204:2 205:5
**opportunities**
  70:24,25 179:12
  216:19,21
**opportunity** 11:22
  86:3 148:1 149:6
  217:11,13 219:24
  220:3
**opr** 146:15 147:16
  148:5
**opt** 134:18 219:21
  219:23 220:1,4
**optics** 184:5,8
**option** 65:1 134:25
  136:2
**options** 53:24
  135:3,8
**order** 197:8 199:9
  207:21 221:12
  222:1,15
**ordered** 231:11
**ordering** 232:14
**organization** 41:8
  74:22 90:8 140:6
  192:24 216:25
**organizational**
  193:3
**original** 5:6 8:5,5
  114:2,4 115:15,20
  115:22 116:7,16
  222:3,7 224:5
  231:10 232:17
**originally** 115:9
  198:6

Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 261 of 279
Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[orleans - paying]                                                    Page 26

**orleans** 19:12,14
**ors** 199:23
**otp** 77:9,21 78:3
**outcome** 10:6
 15:16,25 227:1
**outlier** 23:7 66:11
 67:5,15 111:22
 112:9,12,15 208:2
**outlined** 212:25
**outpatient** 62:3
 90:18 91:4,18
 92:7,9,20 119:23
 120:6 125:21
 146:17 148:6,25
 159:6,7 165:4
 170:9 171:24
 172:2,6
**outreach** 88:3,6,8
 118:14 191:21,24
**outside** 23:13,17
 147:9 201:8
 215:14 224:9
**overall** 94:19
 113:18 131:2,3
 133:19 145:5
 146:18 217:25
**override** 199:15
**oversee** 33:10,23
**oversight** 25:9
 73:16 76:6,18
 83:16
**overview** 106:14
**overviews** 156:18
**owe** 172:25
**owed** 223:7
**owes** 172:20
**owners** 189:13,17
**oxford** 15:4 36:6,8
 36:9,11,17,19,20
 37:9 46:21 76:16
 98:4,7,21 99:25

101:24

**p**

**p.m.** 230:20,21
**package** 111:23
**page** 2:21 3:22
 4:23 6:1 7:1 8:1
 55:12,13 77:5
 96:25 97:2,3,5,8
 97:13,17 99:10,10
 101:14 105:13
 106:18,22,24
 107:5 109:8,14
 112:20 113:2
 118:23 126:22
 134:3 138:10,11
 140:21 145:12,13
 145:25 146:10
 162:18,23,24
 163:24 166:21,22
 172:18 174:10
 175:6 183:2,3,4
 188:13 189:5
 196:25 197:3,12
 198:1,21,21
 219:17 233:12,15
 233:18,21,24
 234:2,5,8,11,14,17
**pages** 102:12
 137:5 145:21
 233:10
**paid** 56:17 57:12
 57:15 58:1 107:17
 108:25 127:3,7
 160:1 164:11
 167:18 214:11
 215:21 226:14
**par** 40:23 41:12
 183:15,18 213:11
 215:14 216:8,8
**paradise** 27:8,15
 28:11 53:2 139:23

**paradise's** 27:12
 27:18
**paragraph** 127:22
 175:6
**paragraphs**
 123:16
**parameter** 225:6
 225:24
**parameters**
 221:11,14,23
 224:4,10 226:13
**part** 25:22 26:25
 27:25 28:4 31:16
 40:12 52:24 53:4
 63:13,24 70:2
 86:4 87:19 114:12
 123:14 132:25
 133:4 144:15,17
 173:16 192:20
 206:3 208:5 210:3
 210:24 213:10,18
 213:24 215:15
 220:7 225:1
 229:10
**partial** 3:5
**participants** 9:12
**participate** 202:13
 206:4
**participating**
 13:13 40:8,9,24
 41:12 56:22
 156:24 184:1
 207:1
**particular** 36:18
 37:2 43:17 45:25
 46:6 47:2,7 57:18
 59:20 124:20
 128:9 129:5
 133:24 134:16
 158:19,24 168:2

170:3 177:1 200:4
 201:9
**parties** 9:15
 231:11,13,15
 232:15
**partner** 51:5
**partners** 30:6,9,12
 30:19,25 31:22
**partnership**
 140:23,24
**parts** 15:6
**party** 10:4 23:13
 23:17 231:10
**pass** 24:19 96:7
**passed** 144:4
**pathologists** 56:24
**patient** 158:24
 162:17,18 175:13
 175:14,20,22
 176:3,17 177:11
 177:14,24 178:5
 178:14 197:1
 199:2 221:3
**patricia** 19:10
 20:4,8 74:19
**patty** 20:8,9,10
**paul** 28:19
**pay** 41:2 55:8 57:5
 57:8 115:12
 124:15 125:12
 209:8,18 221:1
 222:20 224:4
**payer** 64:14
**payers** 15:3
 147:23 148:8,9,15
 148:20,24 149:4
 150:16 183:24
**paying** 35:22 57:8
 87:17,20,22
 150:20 179:4
 225:19

Case 4:20-cv-02254-YGR  Document 323-13  Filed 07/16/23  Page 262 of 279
Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[payment - point]                                                                          Page 27

**payment** 27:13,15
32:17,19,25 33:16
33:21 34:11 85:6
86:10 90:8 153:19
223:7 224:1
229:13
**payments** 228:22
**pays** 108:6 109:5
153:12,25
**pdf** 180:21,21
181:24,25 182:7
**peek** 96:20
**peer** 73:11,14
74:21,25 75:1
76:5,19 105:17
**peers** 18:24 53:3
**pending** 12:20
**pennsylvania** 3:7
**people** 29:4 62:9
71:22 74:18
142:25 144:5
187:14 207:22
210:2 214:10
215:10
**percent** 34:18,19
34:20 55:22 66:15
66:16 108:10,12
110:20,22 127:2,6
127:15,25 128:1
154:6 156:20
157:11 183:12,13
183:15,15,16,25
190:19 191:1
222:3,7 224:5
225:6 230:1,8,9,10
230:11
**percentage** 190:6
212:15,22
**percentile** 64:8,11
64:12,13,13,15,17
64:19,21 65:3,5,9

77:17,18 78:9,11
78:15,21 79:20
80:3,8,10,23 81:14
81:24 82:11,14,16
82:19,24 83:4,10
83:11,21 84:1,12
85:2,11,18,24 86:9
87:10 129:7 133:2
133:8,9,12,13
134:6,16,24 135:1
135:3,9,13,20
136:2,9,9 146:16
146:19 147:16
148:2,21 149:9,13
149:16,17,18,20
150:1,12,17,20
151:19 152:2
219:18 220:2,4
**percentiles** 77:19
78:2,7 79:7
148:24 149:4
**perform** 214:1
**performance**
143:13,16,19
144:25 145:4
217:17 218:5,11
218:14
**performed** 151:2
216:24
**performing**
187:11
**performs** 19:24
**period** 23:1 71:16
163:21
**person** 16:24
105:12 139:14
153:7 189:24
204:6 226:6
**person's** 72:15
**personal** 13:7 14:2
14:3,5,7 82:4

**personally** 23:16
29:20 30:1 35:20
85:3 87:15 89:10
**personnel** 144:16
**persons** 231:15
**perspective** 72:7
86:13 87:9 183:25
210:11 211:19
**peterson's** 97:21
**phase** 216:13
**phelps** 4:16 10:22
**phelps.com** 4:20
4:21
**phone** 2:17 3:9,19
4:10,19 139:15
**physical** 193:4
**physician** 50:3
51:6 52:8 112:20
132:12,16,21
133:1,7 134:7,24
219:9
**picked** 42:7 57:1
**piece** 62:18 205:11
**pitch** 71:9
**place** 9:15 41:21
69:14,17 79:18
127:25 207:8
220:18 221:11
**plaintiffs** 1:7 2:11
3:3 9:19 10:14
18:8 21:12 29:20
159:1
**plan** 34:19 36:12
40:15 46:12 47:8
47:14,15,17,20
129:17 130:20,20
131:4,9 149:16,19
149:21 150:4,6,7,9
160:1,14 164:18
191:16 195:4,8
198:11 201:10

210:24 211:18
215:15 225:2,21
**plan's** 198:14
**plans** 38:16 48:15
63:11 109:20
111:5,9,10 112:5
116:22 149:25
150:11 186:18
194:23 195:5
210:2,2 211:7,11
212:23 215:11
**platform** 36:14,15
36:23,24,25
101:24 121:14,15
121:16
**platforms** 37:2
66:3 120:25
121:21
**play** 93:5 195:19
**pld** 174:23 196:15
**pld0000808** 7:20
**pld0001511** 7:14
**please** 9:9 10:8
11:1 12:10 68:6
101:14 102:6,16
102:25 103:1
109:8 123:9
128:16 145:12
158:22 232:7,11
232:20 233:10,10
**plus** 13:5 43:22
190:19
**pocket** 207:4
208:9 211:5 214:7
**point** 30:2 46:10
77:11 88:13
113:23 114:13
117:15 121:24
133:22 135:18,23
149:11 150:15
151:14 176:7

Jolene Bradley                                           July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[point - processes]**                                    Page 28

178:20 183:11
184:3 185:7 186:9
190:17
**points** 204:21
**polaris** 36:2,4,5,15
36:25 37:11 42:14
42:18 46:21
121:16
**policies** 31:18
32:24 33:6,9,13,18
33:20 34:8,15
35:24 45:17
**policy** 31:8,12
33:13 34:4,11
38:9
**portion** 20:11 69:5
130:25 161:1
173:1
**portions** 15:5
**position** 22:6,8,12
**possibility** 58:3
**possible** 101:20
**post** 203:21
**potential** 34:4
**powerpoint** 7:18
138:5,24 180:20
181:6,8,21 182:4
182:11,17 183:3
**ppo** 210:2 211:7
**pra** 158:23 159:3
160:21
**pre** 24:6 25:20
30:24
**preference** 136:22
**premise** 205:10
**premium** 211:19
**premiums** 211:6
211:15
**preparation** 16:12
**prepare** 16:3
17:15,21 21:17,20

**prepared** 182:16
182:25
**preparing** 182:21
**present** 5:3 20:22
**presentation**
54:13 106:9 138:6
145:14 182:11,17
**presentations**
138:25
**presented** 139:1,5
**presenters** 105:9
**president** 27:10,13
**pretty** 17:25 86:13
86:19 87:1 114:8
**previously** 25:18
216:20 230:3
**price** 24:21 25:1
44:7 50:6,22
60:11 61:7 67:10
67:19,20 68:2
78:14 92:6,11,15
92:17,20 93:1
98:9,15 100:3,20
100:23 115:18
116:9 121:25
126:15,23 149:17
149:20 151:8
171:20,20 199:17
200:9 223:21
228:15,18,19
**priced** 24:11,17
25:16 26:2 43:19
44:19 60:10 82:20
91:5,13,19 92:2,5
92:10 98:5 99:4
101:8 113:7
114:20 116:4
120:9 126:5
157:15 175:14,25
176:8,12 177:2,16
177:17 191:17

199:3 200:19
201:4,11,12
216:23 229:12
230:2
**prices** 62:16,24
63:18 228:13
229:7
**pricing** 24:9,12,13
24:14,19,20 25:11
25:13,23,25 26:4,8
26:9,11 34:5,21,23
41:16 44:8,9,22,25
50:2,24 51:4,16,19
52:13 56:6 62:11
62:18,20 63:18,24
66:5,12,20 67:18
83:7 91:23 93:15
94:4 96:6 98:6,8
98:12,14,16,20
99:20,22 100:1,18
115:18,19,22,22
116:17 119:5,7,8
119:20 120:18,20
121:2 122:9 124:4
127:25 128:2,3,4,5
133:4 150:18
157:25 160:17,17
165:23,25 170:22
170:22 171:4
172:8,15 179:11
183:19 191:19,20
195:17 199:9,13
200:6,7,9 201:3,7
212:21,21 214:1
220:20 224:17
228:23 229:4,12
229:13
**primarily** 17:11
17:18 32:13 36:20
37:6 46:25 52:15
135:9

**prior** 22:8 27:6,7
28:16 53:1 70:6
70:22 72:13 75:9
96:21 138:23
169:18 176:9
221:19
**privileged** 15:21
20:23
**priya** 4:6 10:20
**probably** 12:16
13:5,15 65:16
69:12 72:20 74:23
93:6 180:10
**problems** 95:23
96:2
**procedure** 5:8
31:12 233:7
**procedures** 31:19
**proceed** 11:2
**proceeding** 2:4
10:8
**process** 24:9,25
26:12 33:5 41:1,7
42:10,19,22 43:4
43:10 44:10 63:14
83:7 96:9 114:12
115:17 116:21
121:25 178:7
199:15 201:6,8
205:6,6 208:25
212:4 213:10
214:25 220:9,22
223:13 228:11
229:21
**processed** 21:2,5
36:14 40:9,14
116:6 160:7 177:4
198:10 199:7
212:8
**processes** 31:25
32:1 118:2 177:21

Jolene Bradley                                                    July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[processes - provider]                                              Page 29

199:25
**processing** 21:3
50:5 114:2,5,19
115:15,15,20
116:7,17 117:5
221:6
**processor** 199:25
200:8
**product** 217:4
**production** 6:11
79:3 232:21
**professional** 13:7
13:8 14:1,3,6,8,11
14:12,15 49:19,21
50:7,8,12 51:24
58:23 59:18,24
67:10,11,12 91:1
91:21 98:17
100:13,22,24
101:3 129:7
132:11 135:1
**professionally**
100:8
**program** 21:4
22:5,9,21 23:6,7
23:11 27:11,17
31:8 42:13 43:21
43:25 44:1,4,6,12
44:21 45:1,2,19,24
46:23 47:24 48:2
48:3,16 49:7,9,25
50:2,3,10,12,19
51:23,25 56:6
58:13,16 59:8,20
60:12,16 61:16,21
62:11 64:19 66:3
66:12,22 67:9
71:3 73:12 79:9
80:11 84:13 85:14
86:22 87:6,24,25
91:2 93:17 94:1,6

94:12,20,24 96:9
99:18 105:10,24
106:16 108:14
110:6,18 111:18
111:19,20,23
112:10,17 114:8,8
117:7 124:4
125:21 134:2
144:24 150:3
153:14,17,18
154:1,5,13 156:1,5
156:8,14,19,23
157:16,24 158:1
160:8 168:24
169:9 170:12
171:19 172:8
174:2 179:25
180:5 184:6
186:24 187:10
188:3 191:14
195:11,16 198:15
199:13,18,19
202:7,8 203:17,19
203:21 207:7
213:25 214:2
216:14 217:12,14
220:12,21 221:19
221:20 222:15
227:6
**programs** 21:7
23:14,18,21 24:22
25:5,15 28:6
31:13 33:9,23
34:24 39:24 44:17
44:18 46:5,11,14
47:2,17 49:22
51:4 55:14,16
56:2,10,13 58:13
59:18 66:3 67:17
67:20,22 68:1
70:25 71:5 73:12

75:13,17,19 76:7
104:12 105:20
106:3,5 107:14,19
107:23 108:7,11
113:7,8 119:23
120:6 133:20,23
134:3,7 135:19
141:7,18,23 142:2
142:18 143:5
144:22 148:25
154:19 155:5,7
160:15,16 172:13
173:17,25 178:25
179:6,11,21 186:2
186:10,19 187:11
187:25 188:4,9
202:5,17,21 203:2
203:3,15 206:7
207:11 208:2
215:7 216:4,5,7
219:5,7
**project** 75:18,21
75:24
**promoted** 20:9,10
22:12,18,24
**prompt** 106:21
**pronouncing**
129:12
**proof** 204:21
**proper** 178:9
**proposals** 71:10
**proposed** 82:10
122:9
**proposing** 132:2,3
**proprietary** 44:8
50:2,24 115:23
**provide** 89:23
111:1 132:19
149:13 171:20
208:20,21 213:2
213:17

**provided** 18:5
20:25 88:7 116:5
116:18 125:5
133:11 162:1
211:23
**provider** 25:14
30:20 32:12 40:8
40:10,12 41:9,13
41:14,15,23 42:3,6
43:6 45:21 46:2
56:22 57:2,4,9,24
58:4,7,16 59:10
86:23 87:21 88:4
88:7,9,12,25
104:15,22 105:2,3
105:4 114:1,4,9,11
114:11,21,23
115:8 117:3,8,15
117:20,24 118:13
118:22 119:13
124:6 129:19
130:2,9 131:13
133:7 144:9
150:17 156:24
158:25 161:3
162:11,15 164:20
169:4,19,22 170:5
172:14,20 173:1,9
174:4 175:15,18
175:24 190:7
191:22,25 196:22
197:24 198:13,17
198:23 199:2,11
207:3 208:8,10,14
208:16 209:11,13
209:19,20 210:5
210:14,15,16,17
211:4 212:5,10
213:12 216:8,8
217:20 222:1
223:4 224:23

225:9,15 226:12
230:5
**providers** 40:19
41:4 48:13 56:23
104:17,19 107:17
110:24 118:3
119:9 162:7 173:5
173:10,14,24
179:4 206:4 207:1
208:23,23,24
210:22 211:12
213:20 225:5
227:4,10
**provides** 211:22
212:2 213:5
**providing** 129:18
133:21
**public** 2:5 130:11
231:24 234:24
**publish** 126:2
**published** 120:5
**pull** 96:10 122:16
128:15 131:16
166:8
**pulse** 37:10 42:14
42:17 46:21 98:7
98:7 101:23,25
121:15
**purchased** 93:13
117:7
**purchases** 50:4
**purpose** 105:23
175:20
**purposes** 108:13
**pursuant** 5:7
233:7
**pursuing** 117:4
**push** 136:25
**put** 53:23 54:13
55:24 102:16
133:20 182:1

**putting** 164:24

**q**

**qr** 168:15,18 169:7
**quadrant** 183:5
185:5
**quality** 9:10,11
29:8
**quarter** 70:20,21
70:22 138:23
139:5
**quarterly** 69:3,6
69:17,20 139:8,10
139:17
**question** 12:13,19
12:20 17:23 25:13
26:1,15 95:20
106:21 107:7
109:16,17,22
127:4 171:13
198:25 211:17
218:1 226:21
228:3 229:19
**questions** 11:23
12:4,8 24:10
70:10 71:3,3,4
72:5 90:10 94:10
94:22 96:3,8
152:14 167:1
184:14 187:14
205:9 227:25
**quick** 94:4 97:5
195:22
**quickly** 96:6 177:9
**quiet** 94:12 96:9
114:8
**quite** 57:22 65:13
74:23 77:1 79:22
229:24
**quotations** 8:8
**quote** 8:11

**quoted** 133:7
**quotes** 99:10

**r**

**r** 26:20
**r&c** 21:5 43:25
44:8,12,19 45:2
48:16 49:18,19,20
49:21,24 50:3,3,10
50:12,17 51:23,24
58:14,14,22,23,24
59:18,20 60:3,10
61:15 63:24 64:7
66:2,10 67:2,15
77:9,16 78:3 79:8
80:2,11,22 81:14
81:24 84:1,13
85:2,11,13,23 86:9
87:6,23 91:2
93:13,17,25 98:5
112:21,24 113:4
113:10,14,20,25
114:8,21 121:13
129:7,7 132:13,17
132:20 133:1,3,7,8
133:11 134:2,7,15
134:21,24 135:2
136:2 146:19
150:13 151:19
153:18,23,25
154:5,13 155:25
156:8,14,19,23
160:8 166:5 168:5
168:6,12,14,24,25
169:9 170:12,15
171:4,9,10,13,19
172:8 174:2
195:11,18 199:10
199:18 201:11,12
201:13 204:13
207:7 208:2
216:14 217:5,19

218:7,15 219:18
220:1,4,12,20,22
227:6 228:14
229:5,21,23,25
**rachel** 17:17,18
**radiologists** 56:23
**railroad** 168:20
**range** 23:3 222:11
**rarely** 229:23
**rate** 60:13 99:9
108:12 124:15,21
124:23 125:6,13
125:19,23 126:2,3
126:10,16 147:23
154:6 156:13,24
169:5,6 224:24,25
230:1 231:11
**rates** 99:4 119:22
120:2,3,8,10
204:19,23,25
217:21
**rationale** 147:15
149:15
**ray** 53:2 73:8,9,10
132:2,3 139:23
**reach** 26:5
**read** 8:9 124:5
163:17 169:18
180:22 181:22
231:17 232:6
233:2
**reading** 98:1,3
147:21 183:22
**realize** 210:13
**really** 58:22 98:16
108:13 145:21
181:22 211:16
226:21 228:1
**reason** 20:6 23:4
36:22 82:23
110:13,17 113:3

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[reason - reimbursement]**                                    Page 31

125:7 170:20
173:16 199:14
210:4 224:10
225:23 233:14,17
233:20,23 234:1,4
234:7,10,13,16,19
**reasonable** 35:23
44:1,3,5 48:2,10
48:18 49:11 58:25
59:1,7,9,12,22
60:4,13,17,24 61:3
61:11 62:2,21
63:1,7,12,18 87:18
87:21,23 114:18
115:10 116:18
132:11 151:7
165:24 179:5
209:23,25 225:19
225:20
**reasoning** 113:1
**reasons** 69:20
187:12 229:10
233:9
**rebecca** 27:7
**recall** 15:24 75:3
75:11 78:24 79:13
79:17,20 97:25
99:21 100:2 106:8
121:23 122:14
123:24 129:4
139:14 142:3,6,9
142:14 146:8,11
146:12,14,18
148:22 149:3
152:6 154:5,7
156:17 182:22,24
228:15
**recalling** 128:12
**receive** 31:21
101:2 126:23
127:3 143:7,8,13

**received** 41:8
88:13 159:4
170:11,13 175:14
175:25 223:3,23
**receiving** 176:9
206:9
**recipient** 68:21
73:9
**recognize** 97:23
123:23 129:2
138:16 161:21
167:5 168:11
175:9 196:16,22
202:1,2 210:13
**recognizes** 43:7
**recollection** 29:24
128:8,10
**recommendation**
84:18 132:2,4,8
133:16 146:9,22
147:8,12,16,25
149:5 150:3
228:19,21,24
229:1,2
**recommendations**
203:18 229:3
**recommended**
146:1 174:14
178:5
**recommending**
146:15 149:12
**record** 8:10 9:8,16
10:11 74:7,9,11
103:12,15,17,19
137:16,21,23,25
152:18,20,22
182:1 196:1,3,5
227:16,18,20,22
231:8
**recorded** 1:18 2:1
9:14,18

**recording** 9:10,14
**records** 142:16
**redefine** 187:25
**redefined** 188:5
**reduce** 146:15
149:13
**reduced** 82:11
83:4,5 187:4
207:4
**reduces** 208:8,17
208:17
**reducing** 146:19
**reduction** 79:12
84:12,19 113:19
113:21 186:24
219:18 220:2,5
**reductions** 110:19
113:13
**refer** 24:2 26:3,7
40:18 42:7 52:20
58:24 66:11 76:16
77:21 105:5
118:13 130:23
177:3 191:18
205:17 221:5
**reference** 35:11
36:5 47:24 49:7
56:1 99:16 132:10
159:21,23 191:19
219:21
**referenced** 40:25
130:8 189:14
**referencing**
148:14
**referred** 69:2
112:16 121:8
222:15
**referring** 51:2,7
59:17 64:12 90:19
95:8 99:22 121:19
140:24 142:20

170:1 184:8
185:12 186:22
187:19 205:20,24
207:15 220:16
229:2
**refers** 35:17
219:23
**reflect** 47:16
**reflected** 8:9 48:4
66:13
**refresh** 103:1
**regarding** 16:12
24:11 25:14 46:14
53:8 74:17 78:19
79:20 83:21 85:10
86:8,21 89:23
124:2,4 127:14
142:17 151:15
167:1 184:8,15
187:15 202:8
205:12,18 220:19
**regardless** 210:6
**regular** 30:7,10
31:6 70:4 72:22
**regularly** 37:3
105:21
**regulations** 109:22
**regulatory** 18:21
24:4 25:19
**reimburse** 60:14
172:13 213:14,15
**reimbursed** 63:11
64:16 65:4 124:7
**reimbursement**
14:14 32:24 33:6
33:8,13,18,20
34:11,15,16 35:21
46:9 48:13 59:9
59:13,23 66:14
78:8 86:21,24
119:11 135:2

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[reimbursing - revenue]**                                              Page 32

**reimbursing**  34:17
  63:5 64:14 147:22
**reject**  229:7
**relate**  195:12
**related**  10:4 15:7
  23:23 24:1 112:4
  165:5 166:5 184:5
  202:17
**relationship**
  218:23 219:3
**relative**  231:12,13
**relevance**  112:6
**relevant**  133:24
**rely**  60:13
**remain**  207:7
**remainder**  14:8
  20:12 166:24
**remained**  80:7
**remaining**  204:13
  217:19 218:15
**remark**  21:6
  117:21 120:24,25
  121:10,13,16,19
  159:22 160:19,25
  165:21 166:4,5
  168:4,7,10,12,13
  168:23 169:3,8,12
  170:10 197:9,20
  198:3,25 200:20
  201:1,5 205:17
**remarks**  209:5
**remember**  13:13
  30:1 72:15 152:4
  154:8
**remembering**
  151:20
**reminder**  11:16
**remittance**  196:22
  197:24
**remote**  1:18 2:1,3
  231:5

**remotely**  10:10
  17:11 19:16
**removal**  100:25
**remove**  101:1
  224:24,25
**rendered**  162:9
  165:16 169:17
  170:4
**renewal**  109:19
**reorg**  27:23 28:16
**reorganization**
  20:7 26:25 27:19
**rep**  131:16
**repeat**  206:15
**repeatedly**  193:19
**repetitive**  119:4
**rephrase**  12:10
  209:3
**replace**  189:4
**report**  18:22 19:8
  26:17,20 27:5
  28:14,15,18 29:2,5
  74:24 140:4,9
  189:22
**reported**  1:24 20:9
  27:7 28:10 140:3
  189:20,21 231:5
**reporter**  2:5 9:1
  10:1 11:1,17 12:1
  130:15 134:12
  152:9
**reporter's**  8:8
  231:1
**reporting**  18:25
  20:2 27:5 140:11
**reports**  18:23 20:1
  28:17 29:3
**represent**  100:7
  170:9 190:19
  228:9

**representative**
  14:17
**represented**
  106:25 107:11
**representing**  10:2
**represents**  190:22
**repricing**  148:6,25
**reputable**  94:1
**request**  130:2
**requested**  8:6
**requests**  6:11
**required**  149:20
  158:4
**requirement**
  220:24
**requirements**
  178:11
**requires**  149:16
**res**  7:7,9
**reserved**  231:18
  232:6
**residential**  92:11
  92:18 164:8 165:2
  171:2,14,23,24
  172:5
**resolution**  15:18
  96:5
**resolve**  15:9,11
  94:9 96:5 117:10
  185:8 188:18
**resolved**  89:4
  128:10,11 230:10
**respect**  14:13
  15:24 17:23 21:1
  23:20 25:12 26:1
  26:15 33:1 48:24
  71:5 78:21 94:10
  95:20 121:1 128:3
  143:20 144:25
  177:15 187:3
  204:5 205:9,23

  215:6 221:9
**respective**  105:5
**respectively**  107:6
**response**  12:6
  160:25
**responses**  12:3
**responsibilities**
  22:20 28:5 32:22
  70:2
**responsibility**
  23:16 37:6 38:11
  38:13 63:10,25
  64:4,6 76:15
  83:16,25 84:3,7,9
  86:4 89:18 157:7
  157:19 192:25
**responsible**  23:22
  25:9 34:23 39:24
  86:7 115:12
  118:21 145:1
  173:2 174:3,11,14
  175:18
**rest**  13:22
**restricted**  211:12
**result**  27:23
  113:13 207:6
**retire**  140:15
**retired**  140:8
**return**  43:22
  60:12 115:18
  201:3 229:4
**returned**  43:19
  44:20 160:18
  200:6,9 228:23
  232:12,16
**returns**  177:2
  228:14,18
**revenue**  156:1,5
  185:8,9,12 186:11
  188:18,19,21
  189:1,3,4 190:20

Jolene Bradley

July 6, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

**[revenue - screens]**

Page 33

190:22 191:1
review 18:1,4 21:2
24:6,12,19 33:3
70:19,21,23
104:11 105:3
106:5 123:22
132:17 138:22,23
139:7 140:22
142:22 150:4
158:4 160:4 207:6
232:7
reviewed 17:22
18:13 20:24 98:25
106:1 113:2
150:11 158:2
reviewing 129:8
141:12 142:21
146:12 160:6
174:13
reviews 19:24 29:7
139:11
revolves 95:19
rh 1:5 9:20
rich 210:3
rid 54:1
right 13:19 22:13
31:10 54:3 55:13
57:2,11 58:1,17
77:7 98:21 102:23
104:4 127:23
132:5 137:6 138:4
146:5,6 153:14
155:8 163:4,13,13
167:5,12 185:5
187:7 196:11
197:21 198:5
204:15 214:10
227:13 228:20,25
229:6 231:17
232:6

roadmap 185:19
robb 76:21,22
77:1
robust 188:2
208:5 212:2
role 18:18 19:3,5
20:9 39:23 72:19
73:15 74:25 75:18
75:21 76:23 77:1
77:5 89:17 106:11
157:7 204:5 208:6
roles 29:4 32:22
roll 194:6,19
rolled 193:19
rolling 204:24
rollouts 31:18
roswell 232:23
rouge 4:18
route 30:25 42:8,9
42:21,24 118:12
170:21 199:9
200:5,5 201:3
routed 41:24
57:25 160:16
199:12,15 200:3
200:10 228:12
routes 41:15 42:17
43:8
routing 26:8 31:14
41:20 44:10
199:23
row 97:7 187:24
189:1
rule 92:3 221:7
222:13 223:13
225:11
rules 5:7 11:12
171:23 172:1
220:11,15,18
233:7

run 82:16 133:6
running 95:12
runs 153:2

**s**

s 1:24 2:4 26:20,21
28:21 158:24
159:1 162:19
165:1 167:7
169:14 172:20
197:1 198:8
200:19 231:24
sack 5:3 53:21
54:1,5,8,12,18
96:24 97:2,8,12,19
102:13,16,21,25
122:18,20 123:6
123:10,19 136:19
137:3,6,10,14
166:22 181:1,5,10
181:12
sale 46:10 135:18
sales 187:25 188:3
188:9 218:19
san 2:16
sarah 97:20 98:10
98:19 99:1
satisfaction
144:10
satisfied 94:25
95:14,21
save 142:23 145:1
saves 143:1
savings 58:15 66:9
66:22 67:14
108:10,12,16,17
108:20,25 109:3
110:6,9,11,18,19
111:2,11,15,18,18
111:20,23 112:11
112:14,17 141:3,6
141:13 142:1,9,17

143:4 144:7,17,21
145:6 153:13,20
154:6,13 156:7
184:6,16 185:9,11
187:5,6,10 188:19
214:12 222:4,7
224:5
saw 70:25 169:16
saying 11:21
100:11 121:24
194:10 198:16
says 64:8 78:25
109:19 112:23
113:24 118:25
119:1 126:22
127:24 138:11
140:22 141:2
149:15 150:16
164:1 183:5,12
184:4 185:8 186:8
186:9 187:24
188:17 189:1,2
190:18 204:13
217:17
scan 129:1 166:16
175:2
scenario 199:16
scenarios 215:13
scenes 42:5 226:5
scheduled 1:21
schedules 204:7
schultheis 7:7,9,12
scoring 144:10
screen 9:13 54:11
68:12 96:16 103:4
122:25 124:22
128:21,25 158:15
161:11 166:15
196:14 201:24
screens 46:16,19

Jolene Bradley
LD, DB, BW, RH v. United Healthcare Insurance Comp

July 6, 2022

**[screenshot - similar]**

Page 34

screenshot 101:16
101:25
scroll 96:23
101:13 132:18
163:10 166:20
196:25 197:25
scrolled 96:24
scrolling 198:20
seal 231:19 232:12
seamless 86:20
87:1
second 54:14 97:5
105:13 137:11
140:21 150:15
159:11 183:2,3,11
188:17 190:17
219:16
section 49:5
109:18 130:24
132:9 133:21
168:3 174:8
197:23 219:20
secure 222:3
see 44:19 54:15,16
54:17 55:17 58:21
64:9 68:11,20
77:13 89:1 96:15
99:16 105:12
106:6 122:24
123:2 124:17,18
124:21 128:20,24
130:21 132:18
159:16 160:24
161:12,17 162:15
162:18,19 164:10
169:25 170:1,19
180:24 181:1,1
182:20 189:5
197:8,15 199:14
200:3,5,7 201:23
204:18 208:9

210:5,16,21
219:20 223:5
229:23
seeing 132:20
134:1 190:23
seek 206:25
209:12 211:3
seen 9:12 32:10,14
37:13 41:3 54:24
55:1,4,20 68:14,16
91:22 96:19 104:6
158:17,19 182:10
210:11 217:2
select 64:15
134:23 184:7
selecting 136:1
self 38:4,7,12,16
39:6 49:15 111:5
111:9,10 194:16
sell 215:11
send 60:10 89:2
137:10 177:16
229:11 232:14,20
sends 177:11,19
sense 11:24 32:2
61:1
sent 42:9 71:24
100:11 176:4,9,18
176:18 177:15,21
219:19
sentence 127:14
separate 81:23
134:6
september 18:17
19:19
service 32:13
61:20 89:16 90:21
93:1 98:17 100:14
100:18,23 108:15
119:12,14 130:3
156:25 159:3,5,7,9

159:10 162:20,22
163:4,7 164:5,6
165:12,14 167:8,8
167:16,16,21,22
167:24 170:4,7
171:8,11,21
197:12,18 198:4,6
198:22 199:11
200:18 211:21,22
212:1 213:4 217:3
223:8
services 30:20
35:4 39:1 59:25
62:3 63:19 90:24
99:5 100:6 101:4
101:5,7 109:6
120:9 125:11,18
126:3 130:10
147:25 153:11
159:6 162:9
165:16 167:15,21
169:17 170:8,13
171:20 178:21
179:18 198:13
set 33:4 34:20
106:11 131:22,24
145:6 146:2
160:14 221:15
sets 33:21
setting 33:17
202:6
settle 192:5 222:6
222:10
setup 39:21 41:10
41:17 43:17 44:16
47:6 131:9
setups 112:11
share 54:11 88:24
99:18 102:20
103:2 151:6

shared 58:15 66:9
66:22 67:14 90:5
110:5,9,10,18,19
111:2,11,14,18,18
111:20,23 112:11
112:14,16 151:14
184:5,15 185:9,11
187:5,6,9 188:19
sharing 103:4
132:24 133:1
shavings 112:4
shifted 20:3
short 74:22 75:5
75:25
shorthand 2:5
shortly 140:14
145:22
showed 164:24
showing 165:5
shows 130:24
shut 109:19
sic 101:2
side 22:21 23:21
38:12 55:11,13
57:10,11 58:1
76:6,9,13 88:25
120:24 128:6
178:7 208:1,12
sides 139:24
sign 231:17 232:6
signature 231:22
232:2,18 234:21
signed 232:10,11
232:16
significance 55:22
significantly
133:25
similar 21:4 22:20
37:19 50:19,21
51:1 55:1,4
112:25 119:7

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[similar - spelled]**

Page 35

138:19 142:2
147:24 148:8,9,15
148:16 158:20
199:10,11 220:9
**similarly** 1:6 57:8
209:20
**simply** 186:25
200:25
**simultaneous**
194:20
**siri** 26:20 53:1
**sitting** 99:7
**situated** 1:6
**situation** 31:7
34:25 58:4 95:19
117:15 134:21
209:21 214:4
215:10,17
**situations** 56:20
57:17 90:4 100:2
125:17 133:6,10
206:18 224:12,16
224:17,21 229:9
**six** 13:2,18 14:1
22:7,10,18 28:12
28:12 72:20 75:7
106:23
**size** 20:18 22:23
23:2,4 37:17,24
148:17 185:3
**slide** 182:13
185:18 187:22
188:23 190:13
**small** 188:1
**smaller** 54:9
**smith** 72:23 73:2
76:3,4,5 99:17
**smith's** 73:6
**smoothly** 95:12
**snapshot** 124:19

**snippet** 131:1,2
**software** 54:13
**solution** 24:21
26:5 66:24 67:7
154:19
**solutions** 10:3
25:16 66:8,18,19
66:21 179:16
204:12 214:23
219:14
**solved** 230:6
**somebody** 142:23
**someone's** 26:8
**soon** 96:11
**sooner** 12:18
**sorry** 15:15 29:14
29:15 30:15,17
43:14 47:5,14
53:14,15 73:1
81:7 97:11 123:15
124:25 128:23
134:10 138:13
146:2 147:5 163:8
191:8,10 194:9
196:20 202:25
206:15 217:24
226:17
**sort** 24:24 37:12
45:9 51:24 56:4
61:20 95:10 98:19
117:23 124:12
130:21 132:14
157:8 158:5
159:22 161:22
172:6 183:1
193:12 197:8
210:2 212:12
213:1
**sought** 40:6,11
161:2 212:9

**sound** 12:14,21
39:2,3
**sounds** 12:15
98:18 128:7
219:24
**source** 125:4
**south** 3:17
**span** 37:20
**spd** 47:9,12 48:4
48:16 49:1,3,6,10
212:24
**speak** 11:19 18:10
18:16 21:16,19
**special** 171:23
172:1
**specialist** 57:18
**specialists** 158:4
**specialties** 32:12
**specific** 21:25
32:12 49:9 70:11
82:20 92:4 95:7
95:19 96:3 124:20
125:17 126:6,9
128:8 130:3
131:19,24 162:9
**specifically** 15:23
41:23 47:24 75:16
75:23 89:16 90:4
90:5 97:25 122:13
144:20 146:11
147:12 148:14,20
149:3,25 150:12
153:19,21 154:4
156:5 168:19
178:3 184:13
192:23
**specifics** 162:12
199:8 212:6
**speculation** 15:14
39:18 43:1 44:14
50:15 51:13 52:2

53:13 58:11 59:5
60:7,19 61:23
62:13 63:3,21
65:11 69:23 71:12
78:5 83:2 84:15
86:18 87:14 88:20
91:16 92:14,23
93:11,23 99:14
101:19 107:21
108:19 110:15
111:7 112:7
119:18 120:1
122:12 125:1,15
125:25 127:9,17
135:6 141:9,20
142:5,13 143:11
147:5,18 148:11
149:23 150:23
154:15,24 155:15
156:16 157:2
170:17 171:6,17
172:23 173:7,21
176:22 178:1,23
183:21 184:11,24
185:14 186:14,21
188:7 189:9
192:17 193:15
194:2,25 199:5
200:24 205:22
206:12 207:13
210:9 211:14
212:17 213:22
214:14 215:5
216:3,17 217:7
218:9,17 219:1
221:17 223:1
224:7,19 225:8
226:2,16 227:8
**spell** 28:20 134:16
**spelled** 134:6,20

Jolene Bradley
LD, DB, BW, RH v. United Healthcare Insurance Comp
July 6, 2022

**spend** 32:11 107:4
107:8,12,13,16
109:1 190:6
**spielman** 2:12 6:5
9:4 10:13,14 11:7
11:9 15:17 16:1
16:14 21:9,15
23:24 28:9 33:15
34:9 35:25 39:13
39:22 40:16 41:19
42:11,23 43:9,23
44:23 46:24 47:11
47:25 48:14 49:2
50:9,25 51:17
52:10,23 53:17,25
54:3,7,10,16,21
56:15 58:8,20
59:11 60:2,15,25
61:8,17,25 62:8,23
63:8 64:1 65:7,14
66:1 68:5,10 70:1
70:13 71:21 73:4
74:2,14 75:20
78:12 79:6,16
80:9,20 81:3,8,13
81:21 82:6,22
83:9,18 84:20
85:21 86:5 87:2
88:5 89:7,21
90:12,20 91:25
92:19 93:3,18
94:14 95:1,9,22
96:10,14 97:1,22
99:6,23 101:11,13
101:15 102:2,5,10
102:15 103:8,22
103:25 107:15,25
108:8,23 109:10
109:12,15 110:12
111:3,16 112:18
113:22 115:13

116:8,12,20
117:25 118:8,17
119:21 120:4
121:9 122:6,16,19
122:23 123:20
125:9,20 126:8,19
127:12,20 128:15
128:19 130:18
131:12 134:22
135:11,24 136:11
136:16,20 137:4
137:15,19 138:3
141:16,25 142:8
142:15 143:2,14
145:3,11,18,20,24
147:14 148:3,18
149:8 150:14
151:5,16 152:3,8
152:13,24 153:6
154:10,20 155:3
155:20 156:6,21
157:4,20 158:7,13
161:5,9,18 162:21
163:6,10,12 166:8
166:13 167:2,19
170:25 171:12,25
172:16 173:3,12
174:5,20 175:1,8
177:10,18 178:12
178:17,19 179:14
180:3,8,18,24
181:3,7,11,14,15
182:4,9 184:2,17
185:1,17 186:17
187:17 188:10
189:12 190:12
191:4,6,12 192:13
192:19 193:21
194:5,18 195:3,10
195:21 196:10,24
197:2,4,25 198:19

199:20 201:15,21
203:5 205:16
206:1,13 207:17
208:19 209:2
210:19 211:10,20
212:11 213:3,16
214:8,20 215:20
216:10 217:1,15
218:3,12,21
219:15 220:17
221:22 222:22
223:11,17 224:14
225:4,22 226:9,19
227:3,12,14,24
230:17
**split** 20:10,13
**ss** 231:3
**ssp** 109:19,21
113:1 186:11
189:4
**staff** 28:8 193:9
**stamp** 54:4,4
**stamped** 158:10
161:19 174:23
196:14
**stand** 35:3 38:21
54:14 114:17
115:8,14,21 116:9
116:16 117:5
130:6 148:5
181:10 188:11
**standard** 112:10
113:8 120:12
135:8 201:5
**standpoint** 24:8
24:13 25:3,17
32:15,25 35:12,20
42:15 46:23 61:16
66:9 70:8 75:24
77:15 95:3,11
111:13,14 178:11

202:18 204:3
207:2 212:9
**stands** 47:13 77:23
77:24 82:23 114:2
114:4 130:7 183:7
204:15
**start** 74:11 103:19
104:3 106:20
137:25 178:20
193:24 196:5
**started** 74:5 80:7
93:8
**starting** 138:9
**starts** 31:13
127:23
**startup** 193:17
**state** 2:6 10:8,10
109:22 110:10
113:9,12 231:2
**stated** 214:18
**statement** 109:23
163:21 185:16
186:12,16 207:16
223:3 233:9
**states** 1:1 9:22
36:21 48:17
109:20 110:6
**stating** 172:19,24
**status** 210:7
**stenographic** 2:5
**step** 214:5
**steps** 63:16,23
**sticks** 114:25
**stipulate** 9:2
**stood** 166:2
**stop** 69:9 72:17
110:5 177:4
**stopped** 69:25
71:8,15
**stopping** 69:21

Veritext Legal Solutions

**[stops - tell]**                                                      Page 37

stops  88:12
strategic  77:6,6,8
  77:10,14 79:1
strategy  27:14,15
  27:24,25 28:3
  85:6 86:11 90:9
  178:25 188:14
street  2:15 4:17
stretch  144:6
string  97:24 132:1
structure  18:25
  153:16 155:18
  193:3 214:16
  215:1
subject  44:11 87:5
  171:3 172:7,15
submit  162:7
submitted  162:14
subscribed  234:22
subsidiary  67:3
substance  62:3
  119:24 120:6
  125:22 233:8
substantial  231:16
success  217:21
successful  169:2
  221:13 222:2,8
suffix  42:4
suggest  132:14
suggesting  133:18
  149:10
suite  3:7 4:17
  232:22
summary  47:14
  47:15,20 172:19
  172:19 183:4,17
summit  158:25
  165:17,19 169:17
  169:20,21 170:5
  170:14 175:15
  197:10

support  47:22
  88:3 89:19 90:9
  94:22 151:3 188:1
supporting  88:14
  214:2
supports  150:19
  151:1
sure  11:13 14:24
  25:9 31:9,25 32:8
  39:21 40:4 49:6
  62:6 65:12,17
  68:18 69:24 71:18
  77:22 80:14 84:23
  87:22 88:23 130:7
  135:7 136:19
  148:13 149:12
  150:7 155:2 166:2
  178:2 185:15,24
  190:9 195:24
  205:24 207:14
  212:19 224:12
surgeon  101:1
surgeon's  100:24
  101:7,8
surgery  57:19
  77:24 78:10,14
  101:5
surgical  77:17
swear  9:2 11:1
sworn  11:4 231:6
  234:22
system  7:10 24:17
  24:23 26:2 36:5,6
  37:11 41:11 42:2
  42:5,12,16,18
  46:20 47:7 50:5
  64:24 76:6 98:7
  101:16,17,24,24
  102:1 129:16
  177:4

systematic  41:20
  43:4 170:21 201:6
systematically
  24:10,15,16,24
  41:15 50:6 96:7
systems  37:3

**t**

table  126:24
  127:22,23 147:1
tagged  42:2
take  9:15 12:16,21
  41:20 42:19 43:11
  43:21 44:11 69:14
  69:16 74:2 79:18
  79:25 96:20 102:6
  103:11 114:16
  129:1 152:15
  158:7 166:16
  175:2 177:6
  178:17 191:4
  195:21 196:15
  201:15 227:14
taken  1:20 2:2
  9:19 63:17 152:2
takes  204:7
talk  30:4 37:12
  79:24 133:22
  135:19 147:11
  187:18 203:20
talked  11:14 49:9
  74:20 79:2 151:17
  174:1 179:23
  214:23 216:20
  219:7 228:11
talking  31:9
  135:23 153:1,9
  156:7 173:18
  197:1 228:15
talks  148:7
tammy  18:17,18
  18:19

tax  41:9,22 42:3
  43:5
taylor  4:14 10:21
  228:8
taylor.crousillac
  4:20
tcoc  183:7,7
  185:20,23,25
  187:24 189:3
team  18:12,13,15
  18:21 19:24 20:10
  20:11 22:22 23:22
  25:4,11,12 26:3
  29:6 30:20,22,23
  30:24 31:1,2
  32:23 33:21 34:12
  34:22 65:25 70:8
  75:9,25 79:21
  80:4 83:20 84:6
  85:5,7 86:7,11
  88:8 89:1,18 90:7
  90:9 93:6 94:22
  94:24 98:4 99:18
  142:24,25 143:19
  145:5,6 157:21
  158:3 174:7 178:8
  178:13,25 191:15
  192:22 193:1
  198:16 200:17
  202:7 205:5
team's  86:4
teamhealth  14:23
  15:2,4,6,8,19
teams  20:18 96:4
technical  29:18
  103:23
telecommuting
  193:9
tell  98:2 126:17
  131:17 135:18
  148:20 159:2,7,14

Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 273 of 279
Jolene Bradley                                      July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[tell - total]                                              Page 38

160:9,11,20,24
161:2 162:13
164:4 167:20,25
190:25 200:8,22
200:25 225:23
231:6
**telling** 27:1
**template** 178:5
**ten** 43:22
**tendency** 231:16
**term** 35:16 36:2
38:3 120:14,16,21
**terminology** 38:15
48:25 52:21
**terms** 16:2 25:7
37:13 38:3 40:17
45:9 82:15 88:17
108:14 121:10,12
208:21 224:3
**terry** 76:3,4,5
**testified** 11:5
82:13 87:4 174:6
183:7
**testifying** 14:10,12
14:16,18
**testimony** 11:11
13:19 63:21 70:6
71:13 72:25
100:16 115:3
119:18 144:19
150:24 151:24
172:10 213:8
222:18 226:2
231:8,8 233:3,8
**thank** 11:9 101:21
102:24 112:19
180:17 181:14
201:16 227:25
228:5 229:15
230:13

**thanks** 101:22
103:22 109:11
145:19 181:11
**thereabouts** 152:5
**thereon** 115:19
**thing** 136:19 221:8
**things** 32:8,9,10
106:6 144:10
178:4 179:9 187:1
187:20 204:2
**think** 17:17,25
25:21 34:10,18
40:24 54:10 72:19
74:19 75:17 82:13
83:3 86:10 87:8
87:16 104:1 131:6
133:19 139:25
140:13 145:13
146:7 151:17
153:12 155:5
163:3 165:3
166:23 168:15,19
174:6 177:6 180:9
181:7 185:3
194:15 197:3
198:6 202:10
203:10 207:25
208:5,11 215:9
221:9 224:11
226:10 228:2
229:24 230:7
**thinking** 131:8
163:16 226:11
**third** 23:13,17
124:14 149:14
185:7 217:16,22
217:25
**thoroughly** 212:4
**three** 13:16,23
16:20,23 28:17
43:19 73:21 81:9

81:12 97:2 106:13
137:13 140:20
**threshold** 204:20
205:19,20 224:5
225:13,24
**thresholds** 205:25
**thumb** 225:11
**tick** 32:1
**tie** 32:1
**tied** 143:3 182:19
**time** 10:8 13:3
16:18 21:12 23:1
23:5 27:21 33:22
33:22 57:22 65:13
65:18 67:24 68:19
69:21 71:17 74:3
74:8,13,22 75:5
76:1 79:2 80:19
94:2,4 98:18
99:25 103:16,21
106:10 122:7
137:22 138:2
139:19 141:24
150:2 152:19,23
154:8 164:3
169:23 170:4
176:12,17 177:8
192:1 195:2 196:2
196:7 206:20
207:3 210:12,16
211:3 225:13
227:19,23 228:1
230:7,20
**timely** 31:15
**times** 13:1,2 94:21
106:13 144:15
204:1
**timing** 176:5
188:24
**tina** 72:23 73:2

**title** 22:3,4 27:9,12
27:18,21,22 28:24
75:2 76:12 105:18
183:3 204:8
**titled** 188:14
**titles** 73:6
**today** 10:22 11:10
11:11 16:13 17:3
17:4 99:7 179:7
179:22 186:8
219:10 227:25
**today's** 11:12 16:2
16:4 17:15,21
18:11 21:17,20
230:19
**told** 135:12
**tool** 36:15 44:8
52:16 62:21 63:18
63:24 93:13 98:20
99:2,20 100:19
129:15 130:9
131:9,10
**tools** 99:24 209:12
**top** 37:25 38:22
39:20 77:7,7 91:8
91:11 97:18
126:18 139:25
142:7 159:20
165:18 184:20
190:10 224:11
225:12
**topic** 129:6 146:13
**topics** 70:17
202:16 203:6,12
**tos** 72:5
**total** 63:13 87:19
144:8,11,13,14
165:10 179:3
183:7 186:2,5
190:6 216:19

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[totally - unet]**

Page 39

| | | | |
|---|---|---|---|
| **totally** 100:8,13 | **two** 40:25 49:22 | 223:25 224:24 | **undersigned** 233:2 |
| **touch** 24:18 209:4 | 55:8 59:17 73:21 | 229:8 | **understand** 12:9 |
| **training** 29:8 | 78:7 123:15 | **u** | 31:11 42:1 45:13 |
| 31:21,23 32:2 | 163:23 164:25 | | 61:14 62:16 64:20 |
| 104:10,14 105:9 | 169:23 179:20 | **ucr** 99:9 100:1 | 78:1,9 85:3 |
| 105:24 106:2,12 | 180:12,19 199:1 | **uh** 19:22 37:7 | 100:10 106:3,7 |
| **trainings** 31:17 | 228:3 229:19 | 155:11 163:25 | 114:13 147:2 |
| **transcribed** 231:8 | 230:7,8,11 | 170:2 | 155:2 170:23 |
| **transcript** 5:6 8:5 | **type** 24:5,6 25:20 | **uhc** 38:10 41:12 | 172:4 183:9 |
| 231:18 232:8,17 | 37:16 48:24 51:15 | 54:24 104:4 123:1 | 193:16 204:16 |
| 233:3 | 53:9 61:19,20 | 128:23 158:10 | 205:7 206:7 211:3 |
| **treat** 131:14 | 75:18 88:6 142:21 | 161:19 182:7 | 214:6 |
| **treatment** 40:7,11 | 150:17 159:3 | 183:12,15 184:4 | **understanding** |
| 92:11,18 125:22 | 161:23 163:8 | 185:10 188:2 | 38:6 40:5 43:4 |
| 161:2 163:8 164:8 | 167:16,20 171:8 | 190:15 | 45:6 47:13 50:17 |
| 165:2,4 171:2,3,14 | 171:11,21 184:22 | **uhc's** 183:18 | 51:14 59:2,7 67:2 |
| 171:24 172:2,5,6 | 196:17 | **uhc000005105** 7:9 | 78:8 80:6 81:23 |
| 206:9,18,25 211:4 | **types** 32:13 38:1 | **uhc000005268** | 82:4,7 85:17 91:3 |
| 212:9 | 38:16 56:16 57:4 | 7:12 | 92:8,17,25 93:12 |
| **trended** 142:10 | 57:11,13 78:21,24 | **uhc000005289** 7:7 | 105:2 107:10 |
| **trends** 32:11 | 90:13,16,18,21,24 | **uhc000008828** | 110:16 121:3 |
| **tried** 20:17 | 91:13 92:1,5 93:2 | 6:17 | 125:10 127:5 |
| **trigger** 223:12 | 120:9 122:5,14 | **uhc000016531** | 129:25 132:16 |
| **true** 109:24 216:6 | 125:11 126:3,24 | 6:21 | 136:7 141:5 148:6 |
| 231:8 | 138:24 211:18 | **uhc000016759** | 153:24 157:12 |
| **truly** 98:13 | 220:5 | 6:23 | 163:20 171:2,8,19 |
| **truth** 231:7 | **typically** 17:5 | **uhc000017073** | 178:9 183:18,23 |
| **try** 12:16 53:18 | 26:12 30:21 34:22 | 7:16,18 | 185:22 190:5,21 |
| 123:10 218:14 | 37:19 44:19 45:17 | **uhc000019807** | 192:10 193:7 |
| **trying** 64:20 | 49:7,14,17 55:14 | 6:19 | 206:16 207:9 |
| **turn** 47:1 106:18 | 56:9,20 70:19 | **uhc000030972** 7:3 | 208:7 210:10 |
| 109:7 145:12 | 90:25 91:19 94:7 | **uhc000035816** | 216:1,11,12 |
| 183:1 190:13 | 110:20 114:9 | 6:15 | **understood** |
| **turnaround** 94:4 | 117:19 126:4 | **uhc000155831** 8:3 | 110:23 |
| 94:21 204:1 | 131:19 134:5 | **uhc000187828** 7:5 | **underway** 71:6 |
| **turning** 77:5 | 142:24 147:24 | **ultimately** 227:1,5 | **underwriting** 85:7 |
| 112:19 118:23 | 150:18 159:21 | **uncertain** 39:19 | 202:7,21 203:1 |
| 139:16 140:21 | 160:24 166:3 | 71:14 | 211:17 |
| 172:18 185:18 | 168:21 176:8,16 | **unclear** 12:9 | **unet** 37:6 42:13,15 |
| 187:22 188:13,23 | 198:15 199:12 | **undergoing** 130:4 | 42:16 46:20 |
| 219:16 | 203:6,12,14 | **underneath** 164:2 | 121:14 129:16 |
| | | 168:3 | |

Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[unintelligible - vended]**                                      Page 40

**unintelligible**
130:14 134:9
214:19,21
**unit** 9:17
**united** 1:1,9,11
3:14 4:4 7:10 9:20
9:22 10:19 14:17
14:23 15:4 17:8
19:13 21:25 30:5
30:7,13 32:4,20
35:8,17 37:15
38:17 40:17 41:1
44:6 50:4 53:7
59:3 62:9,24 63:5
63:9,17 64:3,16
65:4,8,18,24 66:4
67:17,23 69:1
71:1 72:4 73:20
76:17 82:10 83:11
83:24 84:10,18
85:13 86:8 87:8
89:15,22 90:13,23
93:4,8,21 104:17
108:3,6 109:5
114:24 116:9
117:4,14,19 118:1
118:1,11 130:12
130:13 134:18
135:13 136:1,13
138:21 139:2
140:25 141:14,14
146:15,22 147:2
147:11,22 149:5
149:15,19 150:9
151:4,15 153:10
153:12,25 154:11
154:12,16 155:5,8
156:1 169:22
176:14 177:21,22
178:7,11,20,24
179:9,15 191:1

192:6,10,11 193:8
193:11,13,20
194:22 195:4
206:8 207:19
211:6 213:19,20
216:12,18 217:2
220:18,19 224:4
224:15 228:12,15
228:19 229:6
**united's** 65:19
83:20 89:24
156:24 206:16
218:23 227:5
**unitedhealth** 22:2
40:13 104:18
193:18
**unitedhealthcare**
3:13 4:3 21:23
36:10 37:8 38:10
40:8 56:22 58:18
73:10,15 85:19
107:2 116:6
138:12 141:4
144:1 148:9
190:18,22
**unpriced** 126:5
**unsure** 98:19 99:1
**update** 138:11
**updates** 15:18
139:4 142:17
**updating** 129:9
**uploaded** 137:3
161:10
**uploading** 68:7
181:4
**upwards** 81:15
142:10
**urgency** 185:6
**urgent** 57:21
**use** 37:3 38:23
40:18 60:23 61:11

62:3 90:13,24
93:21 98:8 100:20
101:7 116:15
119:24 120:7
121:25 125:22
129:16 141:23
164:17 179:7,22
186:24 194:22
195:4 200:9
204:21 216:9
217:3 229:7
233:10
**uses** 61:2 66:12
164:20
**usual** 186:9
**usually** 45:19
70:20 114:11
162:7 203:20
**utilization** 64:18
205:15
**utilize** 50:23 66:9
215:7 228:22
**utilized** 68:2
100:19
**utilizing** 229:12

| v |
| --- |

**v** 1:8
**vague** 21:14 23:19
28:2 33:11,24
35:18 39:10 40:3
41:5,25 42:20
43:13 46:17 47:4
47:19 48:6,21
49:23 52:1,14
56:7 58:5 59:4,15
61:22 63:2,20
64:22 70:5 75:14
79:10 80:5,12
82:17 83:1 84:14
85:15 86:17 87:13
89:13 90:15 92:14

92:22 94:18 95:5
95:25 107:9,20
108:4 110:1
113:15 117:18
118:4 119:25
121:5 122:11
127:8 130:17
131:7 134:14
136:5 141:8,19
142:19 148:10
149:1 151:11,23
153:3 154:14
156:2,15 157:1,17
177:13 178:22
179:19 183:20
184:24 186:20
188:6 189:8 190:8
191:9 192:7 194:2
200:23 205:2
206:11 207:23
209:1 210:8
211:24 215:4
216:2,15 217:6
218:8,16 220:13
223:1,14 224:18
226:1,15
**valentine** 74:20,21
**validate** 26:9
209:16
**value** 126:6
185:10 210:4
226:4
**varied** 150:17
**various** 30:8 85:4
143:17 229:10
**vary** 43:18 108:11
176:24
**vended** 24:21 25:5
25:16 26:5 66:8
66:18,23,24
154:19 155:4,6

[vended - witness]                                                                              Page 41

214:22 219:13
**vendor**   24:20 26:6
26:10 41:16,24
42:9,17 43:8
114:1,3 200:4,6
**venue**   71:20
**verbal**   12:3,6
**verification**
129:20,23 130:1
**verify**   21:2 26:4,6
39:21 63:23
**veritext**   10:3
232:21
**veritext.com**
232:24
**version**   55:20
180:23 181:8
182:6,7 196:20
**versions**   180:12
**versus**   9:20 14:23
15:4 38:7 49:21
113:1 119:1,5
180:2,7 219:8,9
**viant**   21:5,19 44:6
44:8,19 49:4 50:3
50:17,23 58:14
59:21 60:10,11
61:2,15,21 62:4,16
62:25 63:23 64:8
64:19 65:2,19
66:2,10 67:2,3
75:13 77:16 78:13
79:8 80:11,22
81:14,24 82:9
83:7 84:1,18
85:11,13,23 87:23
88:8,15 89:3,11,18
89:22 90:11,13,17
90:24 91:2,5,14
92:2,5,6,10,11,15
92:20 93:4,5,9,16

93:21,25 94:16,20
94:21 95:4,13,15
95:24 98:5,8
108:2,7,14,15,25
112:24 113:4,10
113:20 114:8,10
114:20,22,25
115:16,17 116:5
116:10,13,17,23
117:13,20,24
118:3,14 121:13
121:19,23 122:8
127:5,24 128:4,6
136:8 141:17
146:19 147:13
150:13 151:18
153:11,12,18,20
153:23,25 154:5
155:25 156:19
160:8 165:23,24
166:5 168:5,6,9,12
168:13,24,25
169:9 170:12,15
170:22,22 171:4,9
171:10,13,19
172:7,12 174:2
175:23,24 176:8
176:13 177:16,16
178:4 199:10,18
200:21,21 201:3,4
201:11,12,13
208:2 218:23
220:19 221:5,25
223:21 224:17
225:17 228:14,14
228:18,21 229:5,7
229:12,21,23,25
230:1,3
**viant's**   60:16
62:11 63:17 85:19
115:23

**vice**   27:10,13
**video**   1:18 2:1
9:14,18
**videoconference**
1:18 2:1 9:3
**videographer**   5:4
9:7 10:1,25 73:25
74:6,10 103:14,18
137:20,24 152:17
152:21 180:15
195:25 196:4
227:17,21 230:16
230:18
**view**   158:14
**views**   55:1 68:13
96:18,20 97:14,15
97:17 104:5 123:3
128:22 129:4
138:8 158:16
161:14 166:19
175:4,7 182:12
196:18,21 201:25
**virtual**   16:25 17:1
**virtually**   9:10
**volumes**   205:13
229:11
**vote**   85:22

**w**

**w**   28:21
**wait**   11:20 137:16
**wanscki**   28:19,20
28:22 29:5
**want**   11:9,11
16:16 30:4 37:12
46:11 64:16 68:5
71:22 102:5,11
106:18 109:7
111:10 123:6
128:15 137:15
152:15 158:7
166:8 190:13

195:21 201:17
225:11,12
**wanted**   65:3
180:22
**wanting**   98:8
**washington**   3:8
4:9
**way**   12:10 53:23
118:9,15 143:3
177:5
**ways**   144:8,22
178:21 179:3
**we've**   16:20 73:25
133:10
**wednesday**   1:20
2:2 202:11,12,14
231:5
**wednesdays**
202:10
**week**   70:9,14
**weeks**   16:20,21
**welcome**   229:16
230:15
**wemhoff**   3:5
**went**   79:3,3 80:15
80:23 81:25
170:11 194:14,17
198:17 200:19
215:3
**wentzien**   140:10
**white**   139:22
**who've**   85:13
204:22
**widget**   131:15,17
**wisconsin**   17:4,6
29:17,18
**wish**   111:15
**wishes**   11:24
**witness**   6:3 9:2,13
11:1,4 15:12,15,23
16:10 20:24 23:20

Case 4:20-cv-02254-YGR   Document 323-13   Filed 07/16/23   Page 277 of 279
Jolene Bradley
July 6, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[witness - zoomed]                                                    Page 42

28:3 33:12,25
35:19 39:11,19
40:4 41:7 42:1,21
43:3,15 44:15
46:19 47:5,20
48:7,23 49:24
50:16 51:14 52:3
52:15 53:15 54:17
56:8 58:6,12 59:6
59:16 60:8,21
61:6,13,24 62:6,14
63:4,22 64:23
65:12,24 69:24
70:7 71:14 73:2
75:15 78:6,18
79:11 80:6,14
81:1,6,11,18 82:3
82:18 83:3,15
84:16 85:17 86:2
86:19 87:15 88:22
89:14 90:3,16
91:17 92:15,24
93:12,25 94:19
95:7,17 96:1 97:6
97:10,14,20 98:24
99:15 100:17
101:22 102:23
103:7,13 107:10
107:22 108:5,20
109:13 110:4,16
111:8 112:8
113:17 115:5
116:1,4,14 117:19
118:5,11 119:19
120:2 121:7 122:4
122:13 123:4,9,13
125:3,16 126:1,14
127:10,18 131:8
134:10,15 135:7
135:17 136:6
137:8,12,18

141:11,21 142:6
142:14,20 143:12
144:20 147:6,20
148:13 149:2,24
150:25 151:13,25
153:4 154:4,16
155:1,16 156:4,17
157:3,18 161:15
162:16 163:2
166:18,23 167:10
170:18 171:7,18
172:11,24 173:8
173:23 175:5
176:24 177:14
178:2,24 179:20
183:22 184:12,25
185:15 186:15,22
188:8 189:10
190:9 191:10
192:9,18 193:16
194:3,9,13 195:1,7
195:24 196:19
198:2 199:6
200:25 202:25
205:4,23 207:14
207:25 210:10
211:15 212:1,19
213:9,23 214:15
215:6 216:4,18
217:8 218:10,18
219:2 220:14
221:18 222:19
223:2,15 224:8,21
225:9 226:3,17,20
227:9 228:5
229:16 230:15
231:6,9,18,19
**word** 49:3 223:16
**words** 223:12
**work** 17:6,11
21:11 23:10 30:7

30:9,22 31:1,13,16
33:17 75:4 96:4
104:24 105:21
175:24 208:25
221:24
**worked** 77:1 79:1
136:1,13 137:7
**working** 34:3
62:19 65:18
103:23 122:8
225:17,17
**works** 19:14,15,15
64:24 65:5 73:11
73:11 86:22 88:1
192:11 212:5
**world** 38:24
**worse** 206:5
**wrapping** 227:16
**write** 127:21
**writer** 99:8
**writes** 206:2
**written** 24:4 25:12
30:23 77:15 164:7
178:8

**y**

**yeah** 15:15 30:16
30:18 35:19 39:11
56:8 68:20,20
78:18 81:1 84:21
84:21 93:25 95:17
97:9,10 101:22
102:25 122:4
123:3 127:18
137:14 141:21
145:18 148:13
153:4 155:16
161:14 163:17
173:19 181:3
192:9 205:23
**year** 79:24 81:4
106:13 138:23

139:7,11 140:14
140:16,17 141:13
142:22 143:18,22
143:22 144:4
145:2,7
**years** 13:5,16,16
13:21,23 14:1
22:7,10,18 28:12
50:19 65:16 72:20
73:21 74:23 79:19
79:22,24 81:9,12
93:7 142:10
229:25
**yep** 10:24 128:25
161:20 174:11
**ygr** 9:24
**york** 1:13 28:23
**young** 5:4 9:25

**z**

**zero** 164:11,15
215:23
**zeros** 53:22 54:2
**zip** 48:10,19 61:14
61:18 62:1
**zoom** 1:18 2:1,4
11:19 101:20
**zoomed** 161:13

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.