# EXHIBIT 10
# Filed Redacted/Under Seal

Page 1

```
 1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2                    OAKLAND DIVISION
 3                        Case No. 4:20-cv-02254-YGR
 4   LD, DB, BW, RH, and CJ, on behalf of
     themselves and all others similarly
 5   situated,
 6           Plaintiffs,
 7   vs.
 8   UNITED HEALTHCARE INSURANCE COMPANY,
     a Connecticut Corporation, UNITED
 9   BEHAVIORAL HEALTH, a California
     Corporation, and MULTIPLAN, INC.,
10   a New York Corporation,
11           Defendants.
     _____/
12
13
14
       Deposition of:   RADAMES LOPEZ
15
       Date Taken:      July 18, 2022
16
       Time:            10:15 a.m. - 7:30 p.m.
17
       Taken By:        The Plaintiffs
18
       Location:        Via Videoconference
19
       Reported By:     Emily W. Andersen, RMR CRR FPR-C
20                      Stenograph Shorthand Reporter
                        and Notary Public, State of
21                      Florida at Large
22
23
24
25
```

Page 2

```
 1              A P P E A R A N C E S:
 2    Matthew M. Lavin, Esquire (Via Videoconference)
      Aaron R. Modiano, Esquire (Via Videoconference)
 3    Nicole Wemhoff, Esquire (Via Videoconference)
      Arnall Golden Gregory LLP
 4    1775 Pennsylvania Avenue NW, Suite 1000
      Washington, DC 20006
 5    (202) 677-4030
      matt.lavin@agg.com
 6    aaron.modiano@agg.com
      nicole.wemhoff@agg.com
 7
      David M. Lilienstein, Esquire (Via Videoconference)
 8    Katie J. Spielman, Esquire (Via Videoconference)
      DL Law Group
 9    345 Franklin Street
      San Francisco, California 94102
10    (415) 678-5050
      david@dllawgroup.com
11
          On behalf of the Plaintiffs,
12
13    Lauren Blas, Esquire (Via Videoconference)
      Nicole Matthews, Esquire (Via Videoconference)
14    Gibson Dunn
      333 South Grand Avenue
15    Los Angeles, California 90071
      (213) 229-7503
16    lblas@gibsondunn.com
      Nmatthews@gibsondunn.com
17
      Matthew Aiken, Esquire (Via Videoconference)
18    Gibson Dunn
      1050 Connecticut Avenue NW
19    Washington, DC 20036
      (202) 887-3688
20    Maiken@gibsondunn.com
21        On behalf of the Defendant United Healthcare
      Insurance Company,
22
23
24
25
```

Page 3

1   Craig Caesar, Esquire (Via Videoconference)

    365 Canal Street, Suite 2000

2   New Orleans, Louisiana 70130

    (504) 584-9272

3   Craig.caesar@phelps.com

4        On behalf of the Defendant MultiPlan, Inc.

5

6   Also Present:

7        David Crump, Esquire

         Deputy General Counsel, UnitedHealth Group

8

         Dylan Gillespie, Veritext Concierge

9

         Alejandro Montalvo, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 4

1                       I N D E X

2                                              Page

   Deposition of RADAMES LOPEZ

3    Direct Examination By Mr. Lavin          10

     Cross-Examination By Ms. Blas           295

4    Redirect Examination By Mr. Lavin       298

     Certificate of Oath                     300

5    Certificate of Reporter                 301

     Errata Sheet                            302

6    Notification Letter to Witness          303

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Radames Lopez                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

```
                                                    Page 5

 1                    E X H I B I T S
 2                                              Page
      Plaintiffs'
 3    Marked For Identification
        Exhibit 1          Notice of Deposition of   104
 4                         Radames Lopez
        Exhibit 2          Composite; E-mail         106
 5                         Correspondence, Bates
                           UHC000020854 - 20866
 6      Exhibit 3          Process Flow Charts,      113
                           Bates UHC000128986 -
 7                         128990
        Exhibit 4          E-mail Correspondence     117
 8                         from Bradley to Fox, et
                           al., dated January 19,
 9                         2018, Bates UHC000016665
                           - 016667
10      Exhibit 5          E-mail Correspondence     122
                           from/to Bradley dated
11                         January 22, 2018, Bates
                           UHC000016659 - 16664
12      Exhibit 6          E-mail Correspondence     129
                           from Peterson to Wold,
13                         et al., dated May 22,
                           2018, Bates UHC000016837
14                         - 016842
        Exhibit 7          E-mail Correspondence     136
15                         from Lopez to Bradley
                           dated August 14, 2018,
16                         Bates UHC000030972 -
                           030973
17      Exhibit 8          E-mail Correspondence     149
                           from Larson to Bradley,
18                         et al., dated August 20,
                           2018, Bates UHC000016879
19      Exhibit 9          E-mail Correspondence     158
                           from Bradley to Paradise
20                         dated August 22, 2018,
                           Bates UHC000008592 -
21                         08593
        Exhibit 10         Viant Facility U&C        163
22                         Review, Outpatient
                           Review (OPR) Module
23                         dated September 2018,
                           Bates UHC000187983 -
24                         187991
25
```

Radames Lopez                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 6

```
 1     Exhibit 11          E-mail Correspondence        176
                           from Lopez to Larson
 2                         dated September 7, 2018,
                           Bates UHC000013708 -
 3                         13710
       Exhibit 12          E-mail Correspondence        177
 4                         from Lopez to Edwards
                           dated February 17, 2019,
 5                         Bates UHC000014017 -
                           14019
 6     Exhibit 13          E-mail Correspondence        181
                           from Bradley to Lopez
 7                         dated June 5, 2019,
                           Bates UHC000011445 -
 8                         11450
       Exhibit 14          E-mail Correspondence        191
 9                         from Bradley to Olson
                           dated November 20, 2019,
10                         Bates UHC000008910 -
                           08915
11     Exhibit 15          E-mail Correspondence        195
                           from Valentine to
12                         Berman, et al., dated
                           July 24, 2019, Bates
13                         UHC000013256 - 13258
       Exhibit 16          E-mail Correspondence        197
14                         from Jacobson to
                           Bradley, et al., dated
15                         June 10, 2019, Bates
                           UHC000037934 - 37937
16     Exhibit 17          E-mail Correspondence        198
                           from Bradley to Olson
17                         dated November 20, 2019,
                           Bates UHC000008910 -
18                         08915 (Duplicate of
                           Exhibit 14)
19     Exhibit 18          E-mail Correspondence        199
                           from Lopez to Bradley
20                         and Olson dated December
                           5, 2019, Bates
21                         UHC000025612 - 25614
       Exhibit 19          E-mail Correspondence        211
22                         from Moore to Burkhart,
                           et al., dated July 8,
23                         2020, Bates UHC000022261
                           - 22271
24

25
```

Radames Lopez                                       July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 7

| | | | |
|---|---|---|---|
| 1 | Exhibit 20 | E-mail Correspondence from Dunn to Bozzi, et al., dated November 18, 2020, Bates UHC000155831 - 155833 | 223 |
| 3 | Exhibit 21 | E-mail Correspondence from Lopez to Rogers dated January 14, 2021, Bates UHC000033768 - 33772 | 231 |
| 6 | Exhibit 22 | E-mail Correspondence from Bradley to Olson dated May 4, 2018, Bates UHC000204544 - 204546 | 234 |
| 8 | Exhibit 23 | E-mail Correspondence from Edwards to Bradley dated August 6, 2019, Bates UHC00038413 - 38420 | 237 |
| 10 | Exhibit 24 | E-mail Correspondence from Bradley to Lopez, et al., dated March 31, 2020, Bates UHC000023549 - 23551 | 239 |
| 13 | Exhibit 25 | E-mail Correspondence from Edwards to Lopez and Bradley dated August 10, 2019, Bates UHC000038459 - 38463 | 250 |
| 15 | Exhibit 26 | E-mail Correspondence from Lopez to Bradley, et al., dated December 1, 2020, Bates UHC000016222 - 16225 | 253 |
| 18 | Exhibit 27 | Oracle America, Inc. Flexible Benefit Plan, Plan Document and Summary Plan Description (SPD) 2017, Bates UHC000251451 - 251602 | 263 |
| 21 | Exhibit 28 | Apple Benefits Book Effective January 2019, Bates UBH000601 - 000951 | 278 |
| 22 | Exhibit 29 | Audio Recording, Bates CS-VOB-225 (Not attached.) | 283 |

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 8

1                          S T I P U L A T I O N S

2          It is hereby stipulated by and between counsel for

   the respective parties that the reading and signing of

3   the deposition be reserved.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 9

1          THE VIDEOGRAPHER:  All right.  Good morning.

2     We are now on the video record.  This is the

3     videotaped deposition of Radames Lopez in the matter

4     of LD, et al., versus United Healthcare Insurance

5     Company.  Today is Monday, July the 18th of 2022.

6     The time is 10:15 a.m.

7          At this time, Counsel will please state their

8     appearances for the record.  After this, the court

9     reporter will swear in the witness.

10          MR. LAVIN:  This is Matt Lavin of Arnall,

11     Golden & Gregory for the plaintiffs.  I am joined by

12     my colleagues, Aaron Modiano, also of Arnall, Golden

13     & Gregory, and Nicole Wemhoff, also of Arnall,

14     Golden & Gregory.

15          MS. BLAS:  Good morning.  Lauren Blas, Gibson,

16     Dunn & Crutcher, representing the United defendants.

17     I am joined by my colleague, Nicole Matthews.  My

18     other colleague, Matthew Aikin, may be joining later

19     on in the proceeding, and we are also joined by

20     David Crump, in-house counsel at United.

21          MR. CAESAR:  And this is Craig Caesar of Phelps

22     Dunbar representing MultiPlan and other defendants.

23          THE CERTIFIED STENOGRAPHER:  Sir, raise your

24     right hand, please.

25          THE WITNESS:  (The witness complies.)

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                    Page 10

1          THE CERTIFIED STENOGRAPHER:  Do you solemnly

2      swear that the testimony you are about to give will

3      be the truth, the whole truth, and nothing but the

4      truth so help you God?

5          THE WITNESS:  Yes.

6                      RADAMES LOPEZ,

7  having first been duly sworn, testified under oath as

8  follows:

9                  DIRECT EXAMINATION

10  BY MR. LAVIN:

11      Q.   Good morning, sir.  Would you state your name

12  for the record?

13      A.   My name is Radames Lopez.

14      Q.   And, Mr. Lopez, where do you currently reside?

15      A.   I reside in Land O' Lakes, Florida, in the

16  Tampa Bay area.

17      Q.   What's the address there?

18      ███    ████████████████████████████████████████

███   ███████████████████████████████

20      Q.   Mr. Lopez, my name is Matt Lavin and I

21  represent the plaintiffs in this case.

22          Do you have a general idea about what this case

23  involves?

24      A.   Yes.

25      Q.   And what is your general idea?

Radames Lopez                                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 11

1      A.   My idea is it's about reimbursement changes

2   with our facility R&C program.

3      Q.   And have you ever had your deposition taken

4   before?

5      A.   No, I have not.

6      Q.   So before we go ahead, just kind of the little

7   ground -- you know, the ground rules for this, there is

8   a court reporter, and she can only take down one person

9   at a time, so we need to be careful not to talk over

10   each other.

11           You've got an attorney here, Ms. Blas, and she

12   may object occasionally to questions, and she's doing

13   that to put her objections on the record.  But unless

14   she specifically, you know, instructs you not to answer

15   something, you need to answer the question, and, you

16   know, but maybe also give her a second to object.

17           And if there's any questions that I ask that

18   are not clear or you don't understand them, just please

19   let me know.  I can rephrase them or ask them a

20   different way.

21           Also, the court reporter can't take down like

22   head nods.  We all do it, right, and things like that,

23   or uh-huh; I do that a lot.  But so it's important to

24   say like yes and no so that they can write it down.

25           And again, if you have any other questions or

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 12

1   if there's anything I say or show you something, you

2   know, just let me know and I can clarify it.

3          And if you need to take a break or do anything

4   like that, just mention that and we can take a break.

5   You know, I like to take a break like every hour and a

6   half, but if you need a break before that, please, you

7   know, don't be afraid to say, hey, can we take a break.

8   Just try not to do it if there's a question like

9   actually pending, like I've asked a question and --

10  answer the question and then we can take a break.

11         And remember, you're under oath today, so you

12  got sworn in, just like if you're in a courtroom or if

13  there's a judge and a jury there and all that kind of

14  stuff.

15         And do you have a phone in front of you or is

16  there anything like that right now?

17     A.   Yeah, I do have a mobile phone, but it's

18  currently off.

19     Q.   Okay, yeah.  Take any distractions like that,

20  you know, computer stuff, and put that away.

21         And do you have access to look at the exhibits,

22  if there's any exhibit sharing today?

23     A.   Yes, I do.

24     Q.   Okay, you're in, good with that.  Let me see.

25  Did you do anything to prepare for your deposition

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 13

```
 1    today?
 2        A.   Yes.
 3        Q.   And what did you do to prepare for your
 4    deposition?
 5        A.   I met with our legal counsel a few times to
 6    discuss the case.
 7        Q.   Okay.  And what attorneys did you --
 8        A.   I worked with Lauren.
 9        Q.   And how many times did you meet with Lauren?
10        A.   I can't recall, maybe three or four times, if
11    that.
12        Q.   And do you remember when the first time was?
13        A.   No, I don't recall.
14        Q.   Okay.  Do you remember when the last time was?
15        A.   Oh, the last time we discussed?  This morning.
16        Q.   And do you remember about for how long, total,
17    you met with your attorneys?
18        A.   Maybe roughly about four hours, yes.
19        Q.   And did your attorneys give you any documents
20    to look at, to remember things about the case?
21        A.   Yes.
22        Q.   Do you remember what they gave you?
23        A.   They gave me various documents.  There was many
24    different documents there.  It was all over the
25    spectrum.
```

Page 14

1       Q.    Okay.  Do you remember any of those documents

2    specifically?

3       A.    Yes.

4       Q.    Okay.  What were some of the ones you remember

5    specifically?

6       A.    Some e-mails and about -- like presentations.

Radames Lopez                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 15



19      Q.    Okay.  Was it a one-page document?

20      A.    I believe it was two pages.

23      Q.    Do you remember what the date of that document

24   was?

25      A.    Oh, I can't recall.

Page 16

11   BY MR. LAVIN:

12      Q.   As part of your -- well, let's talk about your

13   job, first.

14           Where are you currently employed?

15      A.   I'm currently employed in the Oldsmar office.

16      Q.   And for who do you work?

17      A.   United Healthcare.

18      Q.   And you said -- where did you say your office

19   was?

20      A.   I'm a telecommuter, but my main -- my closest

21   office is the Oldsmar, Florida office.

22           I apologize.  The lights went out in the --

23   give me one moment, if you guys don't mind.  It's one of

24   those sensors.  Give me one second.

25           MR. LAVIN:  We'll go off the record for a

Radames Lopez                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 17

 1     second.

 2         THE VIDEOGRAPHER:  Going off the record, the

 3     time is 10:25.

 4         (Discussion off the record.)

 5         THE VIDEOGRAPHER:  We are now back on the video

 6     record.  The time is 10:26.

 7  BY MR. LAVIN:

 8     Q.   Okay.  Mr. Lopez, you were saying you were a

 9  telecommuter; correct?

10     A.   Yes.

11     Q.   And where is your physical office?  I think you

12  mentioned the location, and I couldn't make it --

13     A.   Like my physical office is at home, but the

14  closest office that I leverage, if I need to go into the

15  office for any -- any reason is the Oldsmar location.

16     Q.   Altamonte; is that correct?

17     A.   No, Oldsmar.

18     Q.   Can you spell that, please?

19     A.   Yes, O-L-D-S-M-A-R, Oldsmar.

20     Q.   And where are you today, physically?

21     A.   In the Oldsmar office.

22     Q.   Is there anyone there with you?

23     A.   No.

24     Q.   In preparing for your deposition today, did you

25  discuss anything with Rebecca Paradise?

Page 18

```
 1       A.   No.
 2            MS. BLAS:  I'll just object to the extent it
 3       calls for attorney-client communications.
 4  BY MR. LAVIN:
 5       Q.   Have you spoken to Rebecca Paradise since last
 6  Thursday --
 7            MS. BLAS:  Same objection.
 8  BY MR. LAVIN:
 9       Q.   -- about this case?
10       A.   No.
11       Q.   Okay.  So you work for United Healthcare and
12  you're based in Oldsmar, but work from home.  What is
13  your current title at United Healthcare?
14       A.   My current title is associate director.
15       Q.   And what are you associate director of?
16       A.   Out-of-network programs.
17       Q.   And who do you report to in that position?
18       A.   Rebecca Paradise.
19       Q.   And do you have anybody that reports to you in
20  that position?
21       A.   Yes.
22       Q.   And who reports to you?
23       A.   Antoinette Vault-Williams (phonetic).
24       Q.   And what does Ms. Vault-Williams do?
25       A.   She is a program manager.
```

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 19

1        Q.    And for how long has she reported to you?

2        A.    I believe it's been about a little over a year,

3    almost two years.

4        Q.    Is there anybody else that reports to you?

5        A.    No, sir.

6        Q.    And for how long have you reported to Rebecca

7    Paradise?

8        A.    I would say it's about six years now.

9        Q.    So since approximately 2016; is that fair to

10   say?

11       A.    Yes.

12       Q.    And before you were an associate director, did

13   you have a previous title at United Healthcare?

14       A.    Yes.

15       Q.    And what was that title?

16       A.    Out-of-network program manager.

17       Q.    And when were you promoted from out-of-network

18   program manager to associate director?

19       A.    I believe it's in '20, I believe, a couple of

20   years ago.

21       Q.    All right.  And for how long were you

22   out-of-network program manager?

23       A.    For about four years.

24       Q.    So going back to about 2016; is that fair to

25   say?

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 20

1      A.    Yes.

2      Q.    Okay.  And before 2016, did you have another

3  role at United Healthcare?

4      A.    Yes.

5      Q.    And what was that role?

6      ███    ████████████████████████████████████

███  ████████████████████████████

███    ███    ██████████████████████████

███    ███    ████████

███    ███    ████████████████████████

███    ███    ███████████████████████████████

███  █████████████████████████████████████████

███  ████████████

14     Q.    And was that specifically for out-of-network

15  programs at United Healthcare?

16     A.    No.

17     ███    ████████████████████████████████████

███  ████████████████████████████████

███    ███    ██████████████████████████████

███  ████████████████████████████████████

███  ████████

███    ███    ███████████████

███    ███    ████████████████████

24     Q.    And are you familiar with the terms ASO and FI?

25     A.    Yes.

Radames Lopez                                       July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 21

1       Q.    And what do those terms mean to you?

2       A.    Those mean funding arrangements.

3       Q.    Okay.  What does ASO mean?

4       A.    Self-funded.

5       Q.    All right.  And what does FI mean?

6       A.    Fully-insured.

7       Q.    And does the employer and individual -- is that

8   a division?  How would you characterize the E&I?

9       A.    Excuse me.  Could you restate that one more

10  time for me.

11      Q.    Yes.  So E&I, you said you worked within E&I.

12  Is that a division of United Healthcare or --

13      A.    Yes.

14      Q.    Okay.  Does that include both ASO and FI

15  customers of United Healthcare?

16      A.    Yes.

17      Q.    How long have you worked for United Healthcare?

18      A.    Going on about 16 years.

19      Q.    Did you work anywhere else before United

20  Healthcare?

21      A.    Yes.

22      Q.    And where did you work?

23      A.    Oh, I can't recall.  In 16 years with the

24  company, I tend to not think about the past, you know.

25      Q.    Okay.  Kind of a blur before the 16 years?

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 22

1       A.    Exactly.

2       Q.    And did you go to college?

3       A.    Yes.

4       Q.    Where did you go to college?

5       A.    Hillsborough Community College.

6       Q.    And did you get a degree from Hillsborough?

7       A.    No.

8       Q.    Did you do any other education after

9    Hillsborough College?

10      A.    Yes.

11      Q.    Where did you receive education after

12   Hillsborough?

13      A.    With -- where did I -- I could say Erwin Tech

14   or Learey, Learey Technical.

15      Q.    And what degree did you receive from Learey

16   Technical?

17      A.    Actually, I received a certification for

18   emergency medical technician.

19      Q.    Okay.  Did you work as an emergency medical

20   technician?

21      A.    No.

22      Q.    Did you receive any other certification or

23   degrees after nearly -- excuse me -- Learey Technical?

24      A.    No.

25      Q.    In your current role as an associate director,

Radames Lopez                                                  July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                                  Page 23

1    what are your duties?

2        A.   Oh, there's various duties.  My main duty is to

3    support the MultiPlan relationship and the programs that

4    are aligned.

5        Q.   So are you able to list for me the MultiPlan

6    programs that you have responsibility for?

7        A.   Yes.

8    ███   ██████████████

     ███   █████████████████████

     ████████████████████████████████████████

     ██████████████████

     ███   █████████████████████

     ███   ██████████████████████

     ████████████████████████████████████████████

     ████████████████████████

     ███   ████████████████████

     ███   ██████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████

     █████████████████████████████████

     ███   ██████████████████████

     █████████

     ███   ███████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████

Radames Lopez                                             July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 24

15    A.    I'm unable to hear you.

16    Q.    What is the purpose of the -- can you hear me?

17    A.    I can't hear.

18         MR. LAVIN:  Is anybody else having trouble

19    hearing me?

20         MS. BLAS:  I can hear you.

21         THE WITNESS:  Okay.  If you can please restate

22    that?  Now I can hear you.

23         MR. LAVIN:  Can I ask the court reporter to

24    read it back.

25         (Read back.)

1    ████████████████████████████████████

██   ████████████████████████████████████

██   ████████████████████████████████████

██   ██████████████

5    BY MR. LAVIN:

6    ██  ██████████████████████████████████

██   ████████████████████████████

8           MS. BLAS:  Objection to the extent it calls for

9    speculation and lack of foundation.

10          MR. LAVIN:  Sir, you can answer.

11   ████████████████████████████████████

██   ████████████████████████████████████

██   ██████████████████████████████

██   ████████████████████████████████████

██   ██████████████████

16   BY MR. LAVIN:

17       Q.   In the course of your duties, do you sometimes

18   review instances of members being billed in the facility

19   R&C -- balanced billed, excuse me, in the facility R&C

20   program?

21          MS. BLAS:  Objection; vague.

22          MR. LAVIN:  Sir, you can answer.

23          THE WITNESS:  Yeah, I can't recall any specific

24   time.  It would be like few and far between where

25   that were -- where anything gets escalated my way

Radames Lopez                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 26

1        regarding balance billing.

2    BY MR. LAVIN:

3        Q.    Okay.  So you mentioned escalation.  How would

4    -- how would something get escalated to you?  What is

5    the process?

6            MS. BLAS:  Objection; vague.

7    BY MR. LAVIN:

8        Q.    Did you hear my question?

9        A.    Yes, I heard your question.

10       Q.    Okay.

11       A.    Yes.

12       Q.    Let me just -- so your attorney will state

13   objections.  That's what happens in depositions, all of

14   them.

15       A.    Okay.

16       Q.    They'll state some objections to get them on

17   the record, but then you can still answer the question.

18       A.    Gotcha.

19           MR. CAESAR:  Excuse me, Mr. Lopez.

20           Matt, too, we didn't actually talk about this,

21       but the same rules apply in terms of one objection

22       for all?

23           MR. LAVIN:  That's fine.

24           (David Lilienstein, Esq. joins the Zoom

25       conference.)

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 27

1    BY MR. LAVIN:

2         Q.    What Mr. Caesar was saying is that your

3    attorney may object, and they're going to join the

4    objections, but you would still answer the question.

5    It's just a formality, they're getting that on the

6    record.  Do you understand?

7         A.    Yes, I do.

8    ▮   ████████████████████████████████████████

▮  ██████████████████████████████████████████████████

▮  ██████████████████████

▮   ▮   ████████████████████████████████

▮  ████████████████████████████████████████

▮  ██████████████████████████████████████████

▮  ████████████████████████████████████████

▮  ████████████████████████████████████████

▮  ██████████████████████████████████

▮  ██████████████████████████████████████████

▮  ██████████████████████████████████

▮  ██████████████████████████████

▮   ▮   ████████████████████████████████████████

▮  ████████████████████████████████████

▮  ████████

▮   ▮   ████████████████████████████████████

▮  ██████████████████████████████████████████

▮  ██████████████████████

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 28

1      ██      ████████████████████████████

██     ██      ██████████████████████████████████

██     ██      ████████████████████████████████████████

██     ██████████████████████████

██     ██      ████████████████████████████████████

██     ██████████████████████████████████

██     ██      ██████████████████████████████

██     ████████████████████████████████████████

██     ████████████████

10         MS. BLAS:  Objection; vague.

11         ████████████████████████████

██     ██████████████████████████████████████████

██     ████s.

14     BY MR. LAVIN:

15         ██      ██████████████████████████████████████

██     ████████████████████████████████████████████████

██     ██      ████

18         Q.   And do you have an understanding of the

19     difference between a professional claim and a facility

20     claim?

21         A.   Yes.

22         Q.   And what is the difference between those two

23     types of claims?

24         ██      ██████████████████████████████

██     ██████████████████████████████████████

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 29

1    ████████████████████████████████████

     ██████████████

     ██   ████████████████████████████████

     ██   ████

     ██   ██████████████████████

     ██   ████████████████████████████████

     ████████████████████████████████

     ████████████████████████

9       Q.   Have you ever heard of per diem claims?

10      A.   Yes.

11      Q.   What's a per diem claim?

12      A.   That, I don't recall the details, but I've

13   heard the term before.

14   ██   ████████████████████████████████

     ████████████████████████████████████

16           MR. CAESAR:   Objection; lack of foundation.

17           THE WITNESS:   My understanding --

18   BY MR. LAVIN:

19      Q.   You can answer.

20   ██   ████████████████████████████████

     ██████

22      Q.   And in your role working with the facility R&C

23   program, what are your responsibilities, generally?

24      A.   Supporting the MultiPlan relationship and

25   ensuring the day-to-day activities of the program are

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 30

1    functioning as -- as designed.

2         Q.   Do you -- who do you -- do you have a

3    counterpart in MultiPlan?

4         A.   Yes.

5              MS. BLAS:   Objection; vague.

6    BY MR. LAVIN:

7         Q.   Who is your counterpart?

8         A.   Mark Edwards.

9         Q.   How often do you correspond with Mark Edwards?

10             MS. BLAS:   Same objection.

11             THE WITNESS:   It could vary, depending on -- at

12        least weekly, if not a few times a week.

13   BY MR. LAVIN:

14        Q.   Have you spoken with Mark Edwards about this

15   case?

16        A.   No.

17        Q.   Is there anybody else at MultiPlan that you

18   communicate with regularly?

19             MS. BLAS:   Objection; vague.

20             THE WITNESS:   Yes.

21   BY MR. LAVIN:

22        Q.   Who are the other individuals?

23        A.   It varies.  It can be Jacqueline, Marcel.

24   There's different folks at MultiPlan that I interact

25    with.

Page 31

1      Q.   Did you speak with Jacqueline Kinsley about

2   this case prior to your deposition?

3      A.   No.

4      Q.   And you mentioned Marcel.  What's Marcel's last

5   name?

6      A.   Mujica.  It's M-U-J-I-C-A.

7      Q.   Do you know what Marcel's position is at

8   MultiPlan?

9      A.   Yes.

10     Q.   What is Marcel's position?

11     A.   Account manager.

12     Q.   Are you aware that MultiPlan has a healthcare

13  economics team?

14     A.   Yes.

15     Q.   Do you ever speak with anybody from the

16  healthcare economics team at MultiPlan?

17     A.   Yes.

18     Q.   And who do you speak with on the healthcare

19  economics team at MultiPlan?

20          MR. CAESAR:  Objection; vague.

21          THE WITNESS:  Oh, I can't recall the name.

22     It's -- I don't interact with them often, but I have

23     in the past.

24  BY MR. LAVIN:

25     Q.   Do you know the name Sean Crandell?

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 32

1      A.    Not -- doesn't ring a bell.

2      ████    ████████████████████

████    ████    ████

████    ████    ██████████████

████    ████    ████████████████████████

████    ████████████████████

████    ████    ████████████████████████

████    ████████

████    ████    ██████████████████████████

█████    ██████████████████

█████    ████    ██████████████████████████████

█████    ████████

█████    ████    █████████████████████████████

█████    ████████████████████████████████

15     Q.    At United Healthcare, do you have the primary

16     responsibility of the relationship with Viant OPR?

17            MS. BLAS:   Objection; vague, lacks foundation.

18     Can you hear us, Ray?

19            THE WITNESS:   No.   I couldn't hear the last

20     question.   I'm sorry.

21            MR. LAVIN:   Are you able to read the question,

22     court reporter?

23            (Read back.)

24            THE WITNESS:   No.

25     BY MR. LAVIN:

Radames Lopez
July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 33

1    Q.    Who has that primary responsibility?

2    A.    There's no single primary responsibility.  I

3    would say it's -- we all -- we all support each other in

4    the program.  I'd say there isn't any one line.

5    Q.    Do you know how many claims a year are priced

6    by Viant OPR for United Healthcare?

7          MR. CAESAR:  Objection; lack of foundation.

8          THE WITNESS:  No.

9    BY MR. LAVIN:

Page 34



5        MS. BLAS:  Objection; vague, assumes facts.

6    BY MR. LAVIN:

11       MS. BLAS:  Objection; vague.

12   BY MR. LAVIN:

22       MS. BLAS:  Objection; calls for speculation,

23   lacks foundation.

Page 35



2    BY MR. LAVIN:

6            MS. BLAS:  Objection; misstates testimony.

11           THE VIDEOGRAPHER:  Take you off?

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 36

1    BY MR. LAVIN:

2    ███ ████████████████████████████████████████

█████████████████████████████████████████████████

███ ███████████████████████████████████████

███ ███████████████████████████████████████

████████████████████

███ ███████████

███ ████████████████████████████████████

███████████████████████████████████████

██████████

███ ████

███ █████████████████████████████

███████████████████████████████████████████████

████████████████████████████████

15       A.   I lost the -- the question.  It cut off the

16   last part of the question.

17           MR. LAVIN:  Can you read it, Emily?

18           (Read back.)

19   ██████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███ ████

23   BY MR. LAVIN:

24   ███ ██████████████████████████████████████████

████████████



Veritext Legal Solutions
800.808.4958                                    770.343.9696

Page 37



     1
     2
     3
     4          MR. CAESAR:  Objection; calls for speculation,
     5     foundation.
     6          MS. BLAS:  Join.
     7
     8
     9
    10
    11
    12     BY MR. LAVIN:
    13
    14
    15
    16
    17
    18
    19
    20
    21
    22          MS. BLAS:  Objection; asked and answered.
    23
    24
    25

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 38

1           MS. BLAS:  Objection; vague.

2           MR. CAESAR:  Objection.

3     ████████████████████████████████████

■     ███████████████████████████████

■     ████████████████████████████████

■     ████████████████

7     BY MR. LAVIN:

8     ██  ███████████████████████████

■     █████████

10          MS. BLAS:  Objection; vague, asked and

11      answered.

12          █████████████████████████

■     ██████████████████████

14    BY MR. LAVIN:

15    ██  ████████████████████

■     ██  █████████████

■     ██  ████████████████████████

■     █████████████

19          MS. BLAS:  Objection; calls for speculation,

20      lacks foundation.

21          █████████████████████████████

■     ████████████████████████.

23    BY MR. LAVIN:

24    ██  █████████████████████████

■     ██████████████████████████████

Radames Lopez                                                  July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 39



1        MS. BLAS:  Objection; misstates testimony.

9        MS. BLAS:  Objection; vague.

16

Radames Lopez                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 40

13          MS. BLAS:  Objection; vague.

14          MR. CAESAR:  Objection; asked and answered.

19          MS. BLAS:  Objection; vague.

21      requested any sampling.

22   BY MR. LAVIN:

23      Q.  Do you think there's any question that you

24   could ask about the data supporting Viant OPR that

25   United Healthcare -- excuse me -- that MultiPlan would

Page 41

1   not answer?

2          MR. CAESAR:  Objection; calls for speculation.

3          MS. BLAS:  Join.

4          THE WITNESS:  I have no reason for MultiPlan

5      not to share any or provide answers to any questions

6      that we have asked.

7   BY MR. LAVIN:

8      Q.  So you think that they would answer any

9   question you ask; right?

10     A.  Any question specific to the program, yes.

11     ██   ████████████████████████████████████

██  █████████████████████████████████████████████

13         MS. BLAS:  Objection; asked and answered.

14     ████████████████████████████████████████

██      ████████████

██   ██████████████████

██     ██   █████████████████████████████████████████

██     ██   ████████████████████████████████████

██   ████████████████████████████

██      ██████████████████████████████████

██   ██████████████████████████████████████

██   ██████████████████████████████████

██     ██   ████████████████

██     ██   ██████████████████

██     ██   ████████████████████████████████

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 42



8          MS. BLAS:   Objection; lacks foundation, calls

9     for speculation.

16          MS. BLAS:   Objection; calls for speculation,

17     lacks foundation.

Page 43



1

2          MS. BLAS:  Objection; asked and answered, calls

3     for speculation.

4

16    BY MR. LAVIN:

17

19          MR. CAESAR:  Objection as to form.

20

Page 44

1              MS. BLAS:  Calls for speculation.

2              MR. CAESAR:  Objection; form, relevance.

3    ████████████████████████████████

█    ████████████████████████████████████

█    ████████████████████████████

█    █████████████████

█    ████  █████████████████████████████

█    ██████████████████████████████████

9              MS. BLAS:  Objection; vague, calls for

10        speculation, lacks foundation.

11             MR. CAESAR:  Join.

12   ████████████████████████████████████

█    ████████████████████████████████████

█    ████████████████████████████████████

█    ████████████████

16   BY MR. LAVIN:

17        Q.   Are you familiar with what an APC is?

18             MS. BLAS:  Objection; lack of foundation.

19             THE WITNESS:  Yes.

20   BY MR. LAVIN:

21   ████  ███████████████

█    ████  ███████████████████████████████

█    ██████████████████████████████

█    ████  █████████████████████████████

█    █████████████████████████

Case 4:20-cv-02254-YGR   Document 323-14   Filed 07/16/23   Page 46 of 374
Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 45



15              (Tom Kelly, Esq. joins the Zoom conference.)

16      BY MR. LAVIN:

17

18              MS. BLAS:  Objection; calls for speculation,

19      lack of foundation.

20

Radames Lopez                                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 46

1        MS. BLAS:  Objection; misstates testimony.  You

2     can answer.

3     ████████████████████████████████████████

█  ████████████████████████████████████████████

█  ████████████████████████████████████████████

█     ████████████

█  ████████████████████

█     ████   ████████████████████████████

█     ████   ████████████████████████████████████

█  ████████████████████████████

11        Q.   Did you review the white paper in preparation

12     for today's deposition?

13        A.   Yes.

14        Q.   Do you know when the last time MultiPlan sent a

15     white paper to you was?

16        MS. BLAS:  Objection to the extent it assumes

17     facts.

18        THE WITNESS:  I can't recall the last time.

19     BY MR. LAVIN:

20        Q.   Have you had meetings with MultiPlan about the

21     white paper?

22        MR. CAESAR:  Objection; form, vague.

23        MS. BLAS:  Join.

24        THE WITNESS:  No.

25     BY MR. LAVIN:

Page 47



1

2

3          MS. BLAS:   Objection; calls for speculation.

4

5

6

7

8

9

10

11

12

13         MS. BLAS:   Objection; vague, harassing the

14    witness.

15

16

17

18

19

20

21

22

23

24

25

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 48

1　██　████████████████████████████

██　████████████████████████

██　██　██████

4　　　　MS. BLAS:  Misstates testimony; asked and

5　　　answered.

6　BY MR. LAVIN:

7　　　Q.　So if you didn't understand it, why didn't you

8　ask MultiPlan questions about it?

9　　　　MR. CAESAR:  Objection as to form;

10　　　argumentative.

11　　　　MS. BLAS:  And misstates testimony.

12　　　　THE WITNESS:  I have no -- go ahead.

13　BY MR. LAVIN:

14　　　Q.　No, I'm listening.

15　██　████████████████████████████

██　████████████████████████████████

██　████████████████████████████████

██　████████████

██　██　██████████████████████████

██　████████████████████████████████

██　██████████████

██　████████████████████████

██　██████████████████████████

██　██████████████

██　██　████████████████████████

Radames Lopez                                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 49

1    ████████████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████████████

     ██████████████████████████

5        Q.    Okay.  So are you saying the only time you've

6    seen the white paper is preparing for the deposition; is

7    that right?

8        A.    No.

9            MS. BLAS:  Objection; misstates testimony.

10   BY MR. LAVIN:

11      ████     ████████████████████████████████████

     ██████

     ████     ████

     ████     ████████████████████████████████

     █████████████████████████████████████████████

16           MS. BLAS:  Objection; misstates testimony,

17      asked and answered.

18           ████████████████████████████████████████

     ████████████████████████████████

20   BY MR. LAVIN:

21      Q.    Do you trust that MultiPlan, they know what

22   they're doing and you let them -- let them do it?

23           MS. BLAS:  Object to form.

24           THE WITNESS:  Yes, we trust that Multi -- when

25      we elect to have MultiPlan services, that they're

Radames Lopez                                                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                              Page 50

1          doing -- they're doing their job that we've elected

2          and leveraging their solution.

3     BY MR. LAVIN:

4          ███      ███████████████████████████████

       ███      ███      ████

       ███      ████████████████████████████████████

       ███   ██████████████████████████████

       ███      ███   █████████████████████████████

       ███      ███   ██████████████████████████████

       ███   ███████████████████████████

11          MS. BLAS:  Objection; asked and answered.

12          ████████████████████████████████████

13    BY MR. LAVIN:

14         Q.   Did you review any e-mail correspondence

15    related to H0015 in preparation for today's deposition?

16          MS. BLAS:  Same objection.

17          THE WITNESS:  Yeah, I can't recall.

18    BY MR. LAVIN:

19         Q.   Have you ever -- strike that.

20          ███████████████████████████████████████████

       ███   █████████████████████████████████████

22          MS. BLAS:  Objection; misstates testimony,

23          argumentative.

24          ███████████████████████████████████

       ███   ███████████████████████████████████████

Radames Lopez                                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                              Page 51

1       ███████████████████████████████

██      ████████████████

██      ██   ██████████████████████████████████████

██      █████████

5               MS. BLAS:  Objection; asked and answered, calls

6       for speculation, lacks foundation.

7               THE WITNESS:  I believe that's my

8       understanding.  It's a grouping of services.

9    BY MR. LAVIN:

10       Q.   Do you know if those are professional service

11   groupings or are those groupings of facility services?

12               MS. BLAS:  Same objections.

13               THE WITNESS:  My understanding would be

14       facility services.

15   BY MR. LAVIN:

16       Q.   Do you believe that a facility claim could be

17   priced by referring to professional?

18               MS. BLAS:  Objection; vague, lacks foundation,

19       calls for speculation.

20               MR. CAESAR:  Objection to the form.

21               THE WITNESS:  Could you please restate that?

22               MR. LAVIN:  Sure.  Can you read the question?

23               (Read back.)

24               THE WITNESS:  Oh, I don't know.

25   BY MR. LAVIN:



Page 52

1

2

3          MS. BLAS:   Objection; vague, assumes facts,

4     incomplete hypothetical.

5

6

7

8

9

10         MS. BLAS:   Objection; lacks foundation, vague.

11     T

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 53

1    for speculation.

2    

8           MS. BLAS:   Objection; assumes facts, calls for

9    speculation.

10

20           MS. BLAS:   Same objection.

21   BY MR. LAVIN:

22

24           MS. BLAS:   Same objections.

25

Radames Lopez                                         July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 54

1    BY MR. LAVIN:

2        Q.    In the course of your duties at United

3    Healthcare, do you ever refer to or review ASO summary

4    plan descriptions?

5        A.    Yes.

6        Q.    And in the course of your duties at United

7    Healthcare, have you ever had an opportunity to review

8    administrative service agreements with ASO clients?

9        A.    No, I haven't reviewed any with any ASO

10   clients.

11       Q.    Okay.  Can you give me an example of a time

12   that you might review a summary plan description with an

13   ASO client?

14           MS. BLAS:  Objection; vague.

15           THE WITNESS:  Yeah, I don't -- that's out of my

16       scope.  I don't review the ASA plan language with

17       them, with clients.

18   BY MR. LAVIN:

19   ██     ███████████████████████

     ██████████████████████████

     ████████████████████████████

     ██████████████████

     ██     ████

     ██     ███████████████████████████

     ██   ██████████████████████

Radames Lopez                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 55



19          MS. BLAS:  Objection to form.

20   BY MR. LAVIN:

Page 56



11          MS. BLAS:  Objection to the extent it calls for

12      speculation or assumes facts.

13

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 57



3      Q.   Who drafts the -- I'm sorry.  I didn't mean to

4   cut you off.

5      A.   No, no worries.

6      Q.   What were you saying?

20          MS. BLAS:  Objection to the extent it calls for

21      speculation.

22          MR. LAVIN:  If you know.

Page 58



```
 3         MS. BLAS:  Objection; lacks foundation, calls
 4    for speculation.
```

Page 59



7      Q.    Do ASO clients select certain packages of

8    benefits from United Healthcare?

9      A.    Yes, I believe that ASO clients do select

10   various packages.

18           MS. BLAS:  Objection to the extent it assumes

19     facts.

20   BY MR. LAVIN:

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 60

1  ████████████████████████████████████████

2  ███████████

3          THE WITNESS:  Sorry about that again.  Let's

4      continue.  My apologies.

5          MR. LAVIN:  You should get a fan or something.

6          THE WITNESS:  I know or do something here.

7  BY MR. LAVIN:

8      ██  ███████████████████████████████████

Radames Lopez                               July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 61

1

13          MS. BLAS:  Objection to the extent it calls for

14     speculation; lacks foundation.

15          T

16  BY MR. LAVIN:

17     Q.   Do you know who has responsibility for doing

18  that?

19          MS. BLAS:  Objection; calls for speculation.

20          THE WITNESS:  That I'm not sure.

21  BY MR. LAVIN:

22     Q.   Who accesses that?

23          MS. BLAS:  Objection; calls for speculation,

24     vague.

25          THE WITNESS:  My understanding would be, again,

Page 62

1         our service teams, whether it's a provider service

2         call, member service.

3    BY MR. LAVIN:

4         █   ████████████████████████████████

     █  ████████████████████████████████████████████

     █  ████████████████████

7              MS. BLAS:  Objection; calls for speculation,

8         lacks foundation.

9              ████████████████████████████████████████

     █  ████████████████████████████████████████

     █  ██████████████████████████████████████████████

     █  ████████████████████████████████████████

     █  ███████████████████████████

14   BY MR. LAVIN:

15        Q.   Do you know what any of the other service

16   solutions are?

17        A.   No, not that I'm aware of.

18        █   █████████████████████████████████████

     █  ███████████████████████████████

20             MS. BLAS:  Objection; lacks foundation, calls

21        for speculation.

22             ████████████████████████████████████████

     █  ████████████████████████████████████

     █  ██████████████████████████

25   BY MR. LAVIN:

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 63

1       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2  ▮▮▮▮▮▮

3  ▮  ▮▮  ▮▮▮▮▮▮▮▮▮▮▮

4  ▮  ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5  ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6  ▮  ▮▮▮▮▮▮

7          MS. BLAS:  Objection; lacks foundation, calls

8       for speculation.

9       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10         MS. BLAS:  Matt, can we take a break in a few?

11      We're coming up on 90 minutes.

12         MR. CAESAR:  Take a break.

13         MR. LAVIN:  Let's go off the record.

14         THE VIDEOGRAPHER:  All right.  Let's go off the

15      video record.  The time is 11:29.

16         (Brief recess.)

17         THE VIDEOGRAPHER:  All right.  We are now back

18      on the record.  This is media number two.  The time

19      is 11:44 a.m.

20  BY MR. LAVIN:

21      Q.   Mr. Lopez, just a piece of housekeeping.  We

22  were talking with the court reporter.  We keep using the

23  term SPD.  Do you know what SPD is short for or an

24  acronym for, rather?

25      A.   Yes, I believe so.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 64

1        Q.    And what is it?

2        A.    Summary Plan Descriptions or, in other words,

3    Summary Plan Document.

4        ▮    ████████████████████████████████

▮    ██████████████████

▮    ▮    ████

▮    ▮    █████████████████████████████

▮    ███████████████████

9            MS. BLAS:   Objection; lacks foundation, calls

10       for speculation, vague.

11       ███████████████████████████████████████

▮    ████████████████████████

▮    ███████████████

▮    ▮    █████████████████████████████

▮    ██████████████████████

16           MS. BLAS:   Same objection.

17       ███████████████████████████████████████

▮    ███████████████████████████████████

19   BY MR. LAVIN:

20       Q.    It's a big company.

21       A.    Yes.   Yes, we are big.

22       ▮    ████████████████████████

▮    █████████████

▮    ▮    ████

▮    ▮    ████████████████████████████

Page 65



2          MS. BLAS:   Objection; vague.

9          MS. BLAS:   Objection; vague.

11  BY MR. LAVIN:

Page 66



1

2

3

4

5

6

7

8

9          MS. BLAS:  Objection; vague, calls for

10     speculation, lacks foundation.

11

12

13

14

15

16  BY MR. LAVIN:

17

18

19

20          MS. BLAS:  Objection; lacks foundation, calls

21     for speculation, vague.

22

23

24

25

Radames Lopez                                            July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 67

1    ███████████████████████████████████

2    BY MR. LAVIN:

3    ███   ██████████████████████████████████████████

█    ██████████████████████████████████████

5          MS. BLAS:  Objection; vague.

6         ████████████████████

7    BY MR. LAVIN:

8    ███   ██████████████████████████████████████████

█    ██████████████████████████████████████████████████

█    █████████████████

█    ███   ██████████████████████████████████████████

█    ██████████████████████████████

13        Q.   Do you know where those service teams are

14   physically located?

15        A.   No.

16          MS. BLAS:  Objection; calls for speculation.

17   BY MR. LAVIN:

18        Q.   Do you know if United Healthcare uses offshore

19   service teams?

20        A.   No.

21          MS. BLAS:  Objection; vague, calls for

22       speculation.

23          THE WITNESS:  Yeah, not sure if we're

24       offshoring any service -- service teams.

25   BY MR. LAVIN:

Page 68

1        Q.    Do you ever, as part of your duties at United

2    Healthcare, listen to phone calls made to the service

3    teams?

4              MS. BLAS:   Objection; vague.

5              THE WITNESS:   Yes, I have listened to phone

6        calls.

7    BY MR. LAVIN:

Radames Lopez                     July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 69

1

2

3

4

5

6

7

8

9          MS. BLAS:  Object to form.

10

11

12

13

14

15

16

17

18          MS. BLAS:  Objection to form.

19

20

21

22    BY MR. LAVIN:

23          Q.   Do you know what an eligibility call is?

24          MS. BLAS:  Objection; lacks foundation.

25          THE WITNESS:  Not in totality in details.

Case 4:20-cv-02254-YGR   Document 323-14   Filed 07/16/23   Page 71 of 374
Radames Lopez                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 70

1    BY MR. LAVIN:

2        Q.   Okay.  But I'm talking about when a member or

3    provider calls up and says, hey, you know, what are my

4    benefits, am I covered for this?  Is that the kind of

5    phone calls you're talking about?

6            MS. BLAS:  Objection to the extent it misstates

7        testimony.

8            THE WITNESS:  Yeah, I'm not -- not full

9        benefits, but yeah, customers -- members can call in

10       to check on their benefits, yes.

11   BY MR. LAVIN:

12       Q.   For like a certain service, perhaps?

13       A.   It could be, yeah, for various services

14   potentially or various providers in and out of network.

15       Q.   Sure.  But you focus only on out-of-network

16   strategies; correct?

17           MS. BLAS:  Objection, vague.

18   ████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████

23   BY MR. LAVIN:

24   ██  ████████████████████████████████████████

     ████████████████████████████████████████████

Page 71



1          MS. BLAS:  Objection; vague.

2

9          THE CERTIFIED STENOGRAPHER:  I'm sorry.  There

10    was over speaking.  That was not clear.

11    BY MR. LAVIN:

12

24          MS. BLAS:  Objection; vague.

25    BY MR. LAVIN:

Page 72



7           MS. BLAS:  Objection; lacks foundation, calls

8     for speculation.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 73

1    ████████████████████████████████████

2    ███████████████████

3         MS. BLAS:  Objection to the extent it calls for

4    speculation; lacks foundation.

5    ████████████████████████████████

██   ██████████████████████████████

██   ████████████████████████████████████

██   ████████████████████████████████████

██   ███

██   ███████████

██   ███  ███████████████████████████████████

██   █████████████

13        MS. BLAS:  Objection; calls for speculation,

14   lacks foundation, misstates testimony.  You can

15   answer.

16   ████████████████████████████████████

██   ████████████████████

18   BY MR. LAVIN:

19   ███  ███████████████████████████████

██   █████████████████████

21        MS. BLAS:  Objection; vague, calls for

22   speculation, lacks foundation.

23   ███████████████████████████████

██   ██████████████████████████████████████

██   ██████████████████████████████████████

Page  74



20          MS. BLAS:   Objection; lacks foundation, calls

21      for speculation, calls for legal conclusion.

22

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 75

1          MS. BLAS:  Objection; asked and answered, calls

2     for speculation.

3          T██████████████████████████████████████████████████

4  BY MR. LAVIN:

5     Q.   But it may have happened?

6          MS. BLAS:  Objection; misstates testimony,

7     asked and answered.

8  BY MR. LAVIN:

9     ██  ███████████████████████████████

██ ██  ███████████████████████

██ ██  █████████████

██ ██  ██████████████████████████████

██ ██████████████████████

██ ██  ██████████████████████████████████

██ ███████████████████████████████████

██ ███████████████████

17         MS. BLAS:  Objection; foundation, calls for

18    speculation.

19    █████████████████████████████████

██ ████████████████████████████████

21 BY MR. LAVIN:

22    ██  █████████████████████████████

██ ██  █████████████████████

██ ██  ██████████████████████████████

██ ████████████

Radames Lopez                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 76



1

8          MS. BLAS:  Objection; vague.  Go ahead.

9

17    BY MR. LAVIN:

18

23          MS. BLAS:  Objection; lacks foundation, calls

24    for speculation.

25

Page 77

1  ████████████████████████████████████

█  ███████████████████████████████████████

█  ██████████████████████████████████

█  █████████.

5  BY MR. LAVIN:

6  ██  █████████████████████████████████

█  █████████████████████████████████████

█  ██████████

9       MS. BLAS:  Objection to the extent it misstates

10      testimony or assumes facts.

11            ███████████████████████████

█       █████████████████

█       ██████████████

█       ██  ████████████████████████████

█       ████████████████████████████████████████

█       ██████████████

█       ██  ████████.

18       MS. BLAS:  Objection; misstates testimony.  You

19      can answer.

20            █████████████████████████████████

█       ████████████████████████████████████████

█       ███████████████████████████████

█       ███████████████████████████████

█       ███████████████████████████████

█       ███████████████████████████████

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 78

1

2

3

4

5

6

7

8

9

10

11          MS. BLAS:  Objection to the extent it lacks

12     foundation, calls for speculation, calls for a legal

13     conclusion.  You can answer.

14

15

16

17

18          But there could be other controls that are in

19     place and confirm what's in the SPD, what's in IBAAG

20     and all that, some quality checks.

21     BY MR. LAVIN:

22

23

24

25

Page 79



6          MS. BLAS:  Same objection.  It's also vague and

7     asked and answered.

16    BY MR. LAVIN:

21          MS. BLAS:  Objection; vague, asked and

22     answered, lacks foundation.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 80

5    BY MR. LAVIN:

8           MS. BLAS:   Objection; calls for speculation,
9    lacks foundation.

17          MS. BLAS:   Objection; calls for speculation,
18   vague.

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 81

1

6        MS. BLAS:  Objection to the extent it calls for
7    speculation.

8

14       MS. BLAS:  Objection; lacks foundation, calls
15   for speculation, vague.

16

23       MS. BLAS:  Objection; vague, lacks foundation,
24   calls for speculation.

25

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 82

8    BY MR. LAVIN:

9        Q.   Do you know what those SOPs are?  Have you ever

10   reviewed them for member or provider services?

11            MS. BLAS:  Objection to form.

12            THE WITNESS:  Yeah, in the past I have seen the

13       SOPs and know where they're located for our provider

14       service and member service.

15   BY MR. LAVIN:

Radames Lopez                                         July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 83

19        MS. BLAS:  Objection; vague, calls for

20    speculation, lacks foundation.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 84



12          MS. BLAS:  Objection to the extent it lacks

13     foundation and calls for speculation, but you can

14     answer.   And vague.

23          MS. BLAS:   Objection to the extent it calls for

24     speculation and lacks foundation.

Case 4:20-cv-02254-YGR   Document 323-14   Filed 07/16/23   Page 86 of 374
Radames Lopez                                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 85

1    ███████████████████████████████████████

     ████████████████████████████████████████████

     █████████████████████

4    BY MR. LAVIN:

5         Q.    Is there an underwriting department at United

6    Healthcare?

7         A.    Yes.

8         Q.    And what is the underwriting department

9    responsible for, if you know?

10        A.    Yeah.  I'm not sure of all the tasks they're

11   responsible for.

12        Q.    Are they responsible for drafting plan

13   language?

14        A.    That I'm not sure.

15             MS. BLAS:  Objection; speculation.

16   BY MR. LAVIN:

17        ██    ██████████████████████████████████

     ██████████████████████████████████████████████████

     ███████████████████████████████████████████

     ████████████████████████████████

21             MS. BLAS:  Object to form.

22             THE WITNESS:  Yes.

23   BY MR. LAVIN:

24        ██    ██████████████████████████████████

     ██    ████████████████████████████████████████.



Page 86

3          MS. BLAS:  Objection; assumes facts, vague.

4

21          MS. BLAS:  Objection to the extent it calls for

22     speculation and lacks foundation.

23          MR. CAESAR:  Object to form.

24

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                       Page 87

1    BY MR. LAVIN:

2         Q.    Do you know what an explanation of benefits is?

3         A.    Yes.

4         Q.    Do you have any involvement in the language

5    that goes on an explanation of benefits?

6              MS. BLAS:  Objection; vague.

7              THE WITNESS:  Yes.

8    BY MR. LAVIN:

9         Q.    How about specifically for the facility R&C

10   program?

11        A.    Yes.

12        Q.    Are you familiar with the code -- the reason

13   Code CY?

14        A.    Yes.

15        ██    ████████████████████████████████████████

██   ████████████████████████████████████████████████

██   ███████████████

██        ██    ████████████████████████████████████

██   ████████████████████████████████████████████

██   ██████████████████████

██        ██    ███████████████████████████████████████

██   ██████████████████████████

23             MS. BLAS:  Objection to the extent it misstates

24        testimony.

25             T███████████████████████████████████

Page 88



8        MR. CAESAR:   Objection as to form.

9        MS. BLAS:  And calls for speculation.

14       MS. BLAS:  Objection; calls for speculation,

15   lack of foundation.

23       MR. CAESAR:   Objection as to form.

24       MS. BLAS:  Objection; asked and answered.

BY MR. LAVIN:

    Q.  Do all United members have membership ID cards?

    A.  Yeah, it's my understanding.

        MS. BLAS:  Go ahead.

        THE WITNESS:  Yeah, it's my understanding.  If you have a service with United, you have an ID card that represents that.

BY MR. LAVIN:

        MS. BLAS:  Objection to the extent it lacks foundation and calls for speculation.

        MS. BLAS:  Vague, calls for speculation.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 90

1        ██       ████████████████████████

2        Q.   So do members sometimes choose providers based

3   on whether or not that provider has a contract with

4   MultiPlan, if you know?

5        MR. CAESAR:  Objection; vague.

6        MS. BLAS:  Calls for speculation.

7        THE WITNESS:  I don't know what's in the

8        member's head, were they going to select a provider

9        based on that or not, but -- yeah, I'm not sure.

10  BY MR. LAVIN:

11       ██       ███████████████████████████████

    ██           ███████████████████████████████████

    ██   █████████████████████████████████████████

14       MR. CAESAR:  Objection as to form; calls for a

15       legal conclusion, speculation, lacks foundation.

16       MS. BLAS:  Join.

17       ███████████████████████████████████████████

    ██       ███████████████████████████████████

    ██       ██████████████████████████

    ██   ████████████████

    ██       ██       ███████████████████████████████

    ██   █████████████████████████████

    ██       ██   ██████████████████████

    ██       ██   ███████████████████████████████

    ██   ██████████████████████████████

Radames Lopez                                         July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 91

1    ▮▮▮▮▮▮▮▮▮▮

2          MS. BLAS:  Objection; foundation, speculation,

3    relevance.

4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮

▮    ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮  ▮

▮    ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮  ▮▮▮▮▮▮▮

▮    ▮  ▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19         MS. BLAS:  Objection to form; calls for

20   speculation, lacks foundation.

21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮

Radames Lopez                                     July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 93



1

2       MS. BLAS:  Objection; form, misstates

3   testimony, but you can answer.

4

22      MS. BLAS:  Objection to the extent it misstates

23  testimony.

24      THE WITNESS:  I'm sorry.  Could you please

25  restate that?

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 94

1          MR. LAVIN:  Sure.  Can you read the question?

2          (Read back.)

3          MS. BLAS:  Same objection; also, incomplete

4     hypothetical.  You can answer.

5



18          MS. BLAS:  Objection to the extent it misstates

19     testimony.

20

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 95



1

12          MS. BLAS:  Objection to the extent it calls for

13      speculation.

14

22          MS. BLAS:  Object to form.

23

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 96



    5        MR. CAESAR:  Objection as to form.  You can

    6    answer.

    7        MS. BLAS:  Join.

    8

    20        MS. BLAS:  Objection; misstates testimony.  Go

    21    ahead.

    22



Page 97

1        Q.

2            MS. BLAS:  Object to form.

3

14           MS. BLAS:  Objection to the extent it misstates

15       testimony, asked and answered, calls for

16       speculation, lacks foundation.

17           MR. CAESAR:  Join.

18

24           (Katie Spielman, Esq. joins the Zoom

25       conference.)

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 98

1        ███████████████████████████████████████.

2    BY MR. LAVIN:

3        ██   ████████████████████████████████████

██   █████████████████████████████████████████████████

██   █████████████████████████████████████████████████

6            MS. BLAS:   Object to form.

7        ████████████████████

██   ████████████████

██   ██   ████████████████████████████████

██   ██   ████████████████████████████████████

██   ███████████████████████████████████████████████████

██   ██   █████████████████████████████████

██   ██   ████████████

██   ██   █████████████████

██   ██   ████████████████████████████████

██   ████████████████████

██   ██   ████████████████████████████████████████

██   ████████████████████

██   ██   ██████████

██   ██   ███████████████████████████████████████████

██   █████████████████████████████████

██   ██   ██████████████████████████

██   ██   ███████████████████████████████████

██   █████████████████████████████████████████████████

██   ██████████████████

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 99

1          MS. BLAS:  Objection; lacks foundation, calls

2       for speculation, vague.

3

25          MS. BLAS:  Objection to the extent it calls for

Radames Lopez                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 100



1      speculation.

2

8            MS. BLAS:  Objection to the extent it calls for

9      speculation, lacks foundation.

10           THE WITNESS:  Yeah.

11           MR. CAESAR:  Objection.

12

20           MS. BLAS:  Objection; foundation and

21     speculation.

22

23     BY MR. LAVIN:

24

1   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2        MS. BLAS:  Objection; vague, foundation, calls

3   for speculation.

4        MR. CAESAR:  Objection, also to the time of the

5   transmittal, vague.

6   BY MR. LAVIN:

7        ▮▮   ▮▮▮▮▮▮▮▮▮▮▮

8   ▮  ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9   ▮  ▮▮▮▮▮▮▮▮▮?

10       ▮▮   ▮▮▮▮▮▮▮▮▮▮▮

11  ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12  ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13  ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14  ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15  ▮  ▮▮▮

16       MS. BLAS:  Objection; misstates the testimony,

17  foundation, calls for speculation.

18       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19  ▮  ▮▮▮▮▮▮▮▮▮▮▮▮

20  ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21  ▮  ▮▮▮▮▮▮▮▮

22  ▮  ▮▮▮▮

23  ▮  ▮▮   ▮▮▮▮▮▮▮▮▮▮

24  ▮  ▮▮▮▮▮▮▮

25       MS. BLAS:  Objection; vague, calls for

Radames Lopez                                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 102



1      speculation.

7              MS. BLAS:  Objection; incomplete hypothetical,

8      calls for speculation, lacks foundation.

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 103



1

2

3

4

5          MS. BLAS:  Object to form; foundation,

6      speculation.

7

8

9

10

11

12

13

14          MS. BLAS:  Objection; vague.

15

16                              .

17   BY MR. LAVIN:

18

19

20

21          MS. BLAS:  Objection; misstates testimony.

22          MR. CAESAR:  Objection; misstates the

23      testimony.

24

25

Page 104

1    ████████████████

██    ████    ██████████████████████████████

██    ██████████████

4          MS. BLAS:  Objection; calls for speculation,

5     lacks foundation.

6              ████████████████████████████████████████

██      ██████████████████████████████████

8    BY MR. LAVIN:

9       Q.   Have you ever heard of a group called ATAC,

10   A-T-A-C?

11      A.   No, no, I haven't.

12      Q.   I want to show you a couple of documents, start

13   going through some.

14          Let's go through the documents at tab one.  So,

15   Ray, this is where you may have to look over onto this

16   Exhibit Share.

17          MR. CAESAR:  Have you posted yet?  I can't see

18     it.

19          THE WITNESS:  Yeah, yeah.  I'm not seeing any

20     documents in it.  Are we looking at the marked

21     exhibits folder?

22          (Plaintiffs' Exhibit No. 1 was marked for

23     identification.)

24   BY MR. LAVIN:

25      Q.   Well, here is the deposition notice.  Let's

Radames Lopez                    July 18, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 105

```
 1   talk about that.  Have you ever seen this deposition
 2   notice before?
 3        A.   I can't see the object.  Oh, okay.  Here we go.
 4        Q.   That's not the one I was looking for, but since
 5   it's there we can discuss it.
 6        A.   Oh, let me just clarify.  We were looking at
 7   Exhibit 0001, 1.1 document?
 8        Q.   Yes, let's look at that one first because it's
 9   the first one up.
10        A.   Okay.  Just give me one moment to take a look
11   at it here.
12        Q.   Sure.  We're in no rush.  We've got a bunch of
13   documents we're going to look at.
14        A.   Okay.  Yes, I've seen this before.
15        Q.   Are you appearing here today pursuant to this
16   deposition notice, if you know?
17        A.   Yes, I believe so.
18        Q.   Let's look at the next document.  You know
19   what, let's go to this one.  Take a look, just kind of
20   scroll through it.  I just want to ask you a couple of
21   things here just to better understand some of the
22   processes in your department.
23        A.   And we're looking at -- this is Exhibit 2;
24   right?
25        Q.   This is marked as Exhibit 2, and Exhibit 2
```

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 106

1    bears Bates -- every one of these documents, Mr. Lopez,

2    read the numbers that are on the lower right-hand

3    corner.  Those are called Bates numbers, and I'm just

4    going to read them into the record.

5            So Exhibit 2 is Bates numbers UHC20854 through

6    UHC20866.

7            THE CERTIFIED STENOGRAPHER:  208 six what?

8            MR. LAVIN:  66.

9            (Plaintiffs' Exhibit No. 2 was marked for

10       identification.)

11   BY MR. LAVIN:

12       Q.   All right.  Do you see that?

13       A.   Yes, yes.  Give me one moment to take a look at

14   this, this large document here.

15            I'm still working on the document.

16       Q.   Sure.  I've got all day.

17       A.   Okay.  I'm familiar with this document.  Thank

18   you.

19       Q.   So do you remember this document?

20       A.   Yes.

21       Q.   And why do you remember it?  It was a while

22   ago.

23       A.   Yeah, no, after reviewing it, it refreshed my

24   memory.

25       Q.   Okay.  And why does it stick out to you?

Case 4:20-cv-02254-YGR   Document 323-14   Filed 07/16/23   Page 108 of 374
Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 107

1          MS. BLAS:  Objection; misstates testimony.

2          THE WITNESS:  No, it doesn't stick out to me.

3      It's just that I'm reviewing it now and it refreshes

4      my memory of the situation.

5  BY MR. LAVIN:

6      Q.   So let me start by the top.  It says -- on the

7  first page, it says from Marie Rickmyer to Carolyn

8  Larson, and it's dated November 3, 2016.  Who is Marie

9  Rickmyer?

10     A.   She was a previous project manager in the

11 out-of-network team.

12     Q.   And is she still on the out-of-network team?

13     A.   No.

14     Q.   Do you know, is she still with United

15 Healthcare?

16     A.   I believe so.

17     Q.   If you go down to the second page, so I'm going

18 to refer a lot during this deposition to documents to

19 that -- that Bates number down at the bottom.  That's

20 what they call that thing.  So it's like the first page

21 ends in 54.  Do you see that?

22     A.   Uh-huh.

23     Q.   So we go to the next page, it ends in 55, and

24 there's an e-mail at the bottom from Sarah Peterson to

25 you and also to Carolyn Larson.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 108

1          Who is Carolyn Larson here?

2     A.   She was one of the out-of-network program

3  directors.

4     Q.   Is she still in out-of-network programs at

5  United?

6     A.   No.

7     ■    ████████████████████████████████

■  ████████████████████████████████████████

■  ███████████████████████████████

10    A.   In which -- what was the Bates number on this?

11    Q.   This is page -- the one ending in 855.

12    ■    ████████████████████████████████

■  ████████████████

■         ████████████████████████████████

■  ████████████████████████████████

■    ■    ████████████████████████████████

■  ████████████████████

■    ■    ████

■    ■    ████████████████████████

■    ■    █████████████

■    ■    ██████████████████████████████████

■  ████████████████████████████

23         MS. BLAS:  Objection to the extent it misstates

24     the document.  You can answer.

25         MR. CAESAR:  Objection.

Page 109



1

13          MS. BLAS:  Objection to the extent it calls for

14      speculation.  You can answer.

15

Radames Lopez                                         July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 110

1       ■       ■■■■■■

■       ■       ■■■■■■■■■■■■■■

■       ■■■■■■■■■■■■■■■■■■■■■■■■

■       ■■■■■■■■■■■■■■■■■■■■■■■■■

■       ■■■■■■■■■■■■■■■

■       ■       ■■■■■■■■■■■■■■■■

■       ■■■■■■■■■■■■■■■■■■

■       ■       ■■■■■■

9            Q.    Okay.

10               MR. CAESAR:  Objection to form.

11       BY MR. LAVIN:

12            Q.    If we go down to the bottom of 56, and you see

13       there's a little like, kind of screenshot there?

14            A.    Yes.

15            Q.    What is that a screenshot of, if you know?

16       ■       ■■■■■■■■■■■■■■■■■

■       ■■■■■■■■■■■■

■       ■       ■■■■■■■■■■■■■■■■■

■       ■■■■■■■■■■■■■■■■■

■       ■       ■■■■■■■■■■■■

■       ■       ■■■■■■■■■■■■■■■■■

■       ■■■■■■■■■■■■■■■■

■       ■■■■■■■■■■■■■■■■■

■       ■■■■■■■■■■■■■■■■

■       ■       ■■■■■■■■■

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 111

1      ███                ████████████████████████

███    ███                ████████████████████████

███    ██████████████████████████████████████████

███    ███████

5      Q.   Okay.  And for a lot of these, I'm just trying

6   to understand terms, right.  It's very, very

7   complicated.  I am not that bright.  I am just trying to

8   -- don't read too much into these questions.  I'm just

9   trying to get some clarity.  It's like I said, we have a

10  lot of documents that we're looking at and we don't

11  recognize all the documents always.

12          Let's go to the next page, so this is the one

13  ending in 57.  Do you see that page?

14      A.   Yes.

15      Q.   And at the top of it, there is -- well, it

16  appears to me three screenshots.  Do you see that?

17      A.   On 57, yes, the top of the page.

18      Q.   What is the top screenshot?  What system is

19  that?

20     ███                ██████████████████████

███    ███                ██████████████████

███                       ████████████████████████

███    ████████████████████████

███    ███                ██████████████████████

███    ██████████████████

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 112



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14          MS. BLAS:  Objection; vague.
15    BY MR. LAVIN:
16
17
18
19
20
21
22
23          A.   Yes.
24          MR. LAVIN:  Let's go to tab 3.  Tab 3 would be
25    Exhibit 3.
```

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                      Page 113

1            (Plaintiffs' Exhibit No. 3 was marked for

2        identification.)

3    BY MR. LAVIN:

4        Q.    Exhibit 3 bears Bates number UHC128986 through

5    UHC128990.

6        A.    Yes, I have it up.

7        Q.    Do you recognize this document?

8        A.    If you'll give me one moment to take a look at

9    it here?

10       Q.    Sure.

11       A.    Yes, I'm familiar with this document.

12       Q.    And what is this document, can you describe it?

13       █    ███████████████████████

██       █    ████████████████████████

██       █    █████████████████████████████

██      ██████████████████████

██       █    ███████████████████████████████

██      █████████████████████████

██       █    ████

██       █    ████████████████████████████████████

██       █    ████

22       Q.    I know that -- you did prepare this?

23       A.    Let me just double check.  I believe so.  Give

24   me one more second to review it.

25             I believe I have -- I can see the author on the

Page 114

1    -- yes, I believe I did.



17          MS. BLAS:  Objection; misstates testimony.

23          MS. BLAS:  Objection; vague.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 115

1

2

3

4          MR. CAESAR:  Objection to form.

5

6

7

8

9          MS. BLAS:  Objection.

10

11

12

13

14

15

16

17

18

19

20          MS. BLAS:  Vague.

21

22

23

24

25

Page 116



19          MS. BLAS:  Objection; incomplete hypothetical,

20     foundation, calls for speculation.  But you can

21     answer.

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 117

13    BY MR. LAVIN:

14        Q.   I understand.  That was my impression.

15             MR. LAVIN:  Let's go to tab 4.  We're going to

16        look at another document.

17             MS. BLAS:  Matt, do you think we could break

18        for lunch after this one?

19             MR. LAVIN:  Sure.

20             (Plaintiffs' Exhibit No. 4 was marked for

21        identification.)

22    BY MR. LAVIN:

23        Q.   Exhibit 4 has Bates numbers UHC16665 through

24        UHC16667.

25        A.   Yes, I have it up.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 118

1       Q.    Do you want to look through it?

2       A.    Yes, give me one moment to --

3       Q.    Absolutely.

4       A.    -- read through it.

5             Okay.  I've reviewed it.

6       Q.    This is an e-mail, the top e-mail is from

7   Jolene Bradley to Dyane Goldstein, Corey Fox.  You were

8   cc'd on it.

9             Do you remember this particular e-mail?  Also,

10  it's dated January of 2018.  It's a while ago.  Do you

11  remember this e-mail?

12      A.    Yeah.  This one I don't recall.

13      ███   █████████████████████████████████████████████

█   ███████████████████████████████████████████████████

█   ██████████████████████

█   ███   █████

█   ███   ████████████████████████████████████████████

█   ██████████████████

19            MS. BLAS:  Objection to form.

20            ████████████████████████

█   ████████████████

█   ███   ██████████████████████████████████████████████

█   ███   ███████████████████████████████████

█   ███   ██████████████████████████████████████████████

█   █████████████████████████████





Page 121

2          MS. BLAS:  Objection -- facts --

3          THE CERTIFIED STENOGRAPHER:  What was your

4     objection?

5          MS. BLAS:  Objection to the extent it assumes

6     facts, but he can answer.

7

25          MS. BLAS:  Objection to the extent it misstates

Radames Lopez                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 122

1       testimony.

2              MR. CAESAR:  Objection.

3       ██████████████████████████████████████████

        ████████████████████████████████████████

        █████████████████████████████.

6    BY MR. LAVIN:

7       Q.   All right.  We're going to look at some more

8    documents that might refresh your recollection.

9       A.   Okay.

10             MR. LAVIN:  Let's take a -- let's go off the

11      record.

12             THE CERTIFIED STENOGRAPHER:  Mr. Montalvo, we

13      can go off the record.

14             THE VIDEOGRAPHER:  Sure, yes.  Let's go off the

15      video record.  The time is 1:05 p.m.

16             (A luncheon recess was taken from 1:05 p.m.

17      until 1:55 p.m.)

18             THE VIDEOGRAPHER:  Good afternoon.  We are now

19      back on the video record.  The time is 1:55.  Media

20      number three.

21             (Plaintiffs' Exhibit No. 5 was marked for

22      identification.)

23   BY MR. LAVIN:

24      Q.   Mr. Lopez, we're back from lunch and we're

25   going to put up Exhibit No. 5, which is tab 5.

Page 123

```
 1      A.    Okay.

 2      Q.    And I will move quickly through documents.

 3   It's kind of what I do.  So if you can look at them, you

 4   know, I'll direct you to places in documents, if I want

 5   you to go to that place, but otherwise if you'd just

 6   look through them to get an idea -- you don't have to

 7   read every word necessarily, but you know what I'm

 8   saying.

 9      A.    Gotcha.  I'm just waiting for it to load here,

10   guys.  Appreciate it.

11          Okay.  I'm pulling up the Exhibit 5.  Just

12   allow me a minute to look at it real quick here.

13      Q.    Oh, yes.

14      A.    Okay.  I'm ready.

15      Q.    All right.  I believe this document -- it seems

16   to be a longer version or an earlier version of an

17   e-mail we had seen previously; correct?

18      A.    Yes, it appears that way.

19   █  █████████████████████████████████████

     █  ███████████████████

     █      █████████████████████████████████

     █  ████████████████████████

23   █  ████████████████████████████████████████

     █  ████████████████████████████████████████████

     █  ████████████████████████████████████████████
```

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 124

5          MS. BLAS:   Objection; misstates the document.

Page 125



1

3          MS. BLAS:  Objection to the extent it calls for

4      speculation.

5          T

11         MS. BLAS:  Objection; vague.

12

Page 126

9           MS. BLAS:  Objection; asked and answered, calls

10      for speculation.

11

14  BY MR. LAVIN:

15      Q.    Okay.  Let's go to the page ending in 61, and

16  you see there's an e-mail from Jolene Bradley to Mr. Fox

17  and you're on there.  There are some other individuals

18  on there.

19          Do you know who Susan Sheedy is?

20      A.    Yes.

21      Q.    Who is Susan Sheedy?

22

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 127

14    Q.   Sir, your answer was cut off.  We're not

15  getting good audio for some reason.

16         Would you just repeat your answer, sorry,

17  because nobody could hear it.

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 128



1

2

3

4

5

6

7          MS. BLAS:  Objection to the extent it calls for

8      speculation.

9

10

11

12

13

14  BY MR. LAVIN:

15

16

17

18          MS. BLAS:  Objection; foundation, calls for

19      speculation.

20

21

22

23

24

25

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 129

1    o███████████████████████████████████████████

█    ██████████████████████████████████████████████

█    ████████████████████████████████

4          MS. BLAS:  Objection.

5          MR. CAESAR:  Objection as to form.

6          MS. BLAS:  And foundation and speculation.

7    Thanks.

8          ███████████████████████████████████████

█    ███████████████████████████████████████████████

█    ██████████████████████████████████████████████

█    █████████████████████████████████████████████

█    ████████████████████████████████████████

█    ███████████████████

█    ████   █████████████████████████████████████

█    ████████████████████████████████████████████

█    ████   ██████████████████████████████████████

█    ████████████████

█    ████   █████████████████████████████████████

█    ██████████████████████████

20         MS. BLAS:  Objection; calls for speculation,

21   lacks foundation.

22         MR. CAESAR:  Objection to form.

23         ███████████████████████

24         (Plaintiffs' Exhibit No. 6 was marked for

25   identification.)

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 130

1   BY MR. LAVIN:

2       Q.   Let's go to the next exhibit.   Exhibit 6 is

3   Bates numbers UHC16837 through UHC16842.

4       A.   Okay.   I have it up.   Give me one moment to

5   take a look at it here.

6       Q.   Sure.

7       A.   Okay.   I'm ready.

8       Q.   At the top of this is an e-mail from Sarah

9   Peterson and to a number of individuals who are on that

10  list, and the first individual is to Janice Wold.   Do

11  you know who Janice Wold is?

12      A.   Yes.

13      ██   █████████████

██      ██   ██████████████████████████

██      ████████████████████████████████████████

██      ██████████████████████████

██      ██   ███████████████████████████████

██      ████████████████████████████████████

██      ████████████████████████

██      ██   ████████████████████████████

██      ██████████████████████████████

██      ████████████████████████████████

██      ███████████████████████████

██      ██████████████████████

██      ██   █████████████████████████

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 131

1   ██████████████████████████████████████████

2        MS. BLAS:  Objection; calls for speculation.

3        ████████████████████████████████████████████

█   ███████████████████████████████████████████████████

█   █████████████████████████████████

6   BY MR. LAVIN:

7        Q.   Okay.  Are you able to tell me what they are

8   discussing in this e-mail thread?

9        MS. BLAS:  Objection; vague.

10        THE WITNESS:  Yeah, I'm not sure exactly what

11      they're discussing here.

12        Again, I'm reading towards the end of this, I'm

13      not seeing -- yeah, I can't recall all the details

14      of why they're discussing this beyond what's listed.

15   BY MR. LAVIN:

16      ██   ████████████████████████████████████

█   ███████████████████████████████████████████

█   ██████████

█   ██   █████████████████████████████

█   ██   ████████████████████████████████████████████

█   ██   ██████████████████████

█   ██   ███████████████████████████████████

█   █████████████████████████

█   ██   █████████████

█   ██   █████████████████████████████

Radames Lopez                                July 18, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 132



10          MS. BLAS:   Objection; misstates the document.

25          MS. BLAS:   Objection to the extent it calls for

Page 133

1       speculation.

2             THE WITNESS:  Yeah, I'm not sure exactly what

3       she's referring to.

4  BY MR. LAVIN:

5

7             MS. BLAS:  Same objection.

8

13            MS. BLAS:  Objection; misstates the testimony.

14



Page 134

1   ████████████████████████████████████████████████

█   ████████████████████████████████████████████

█   ████████████████████████████████████████████████

█   █████████████████████████████████████

5       A.    Is that on Exhibit 16837?

6       Q.    Yes.

7       A.    That page?  Okay.

8       Q.    It's the last e-mail thread there.  Do you

9   know --

10      A.    Yes, I do see it.

11      ██    █████████████████████████

█       ██    █████

█       ██    ████████████

█       ██    ███████████████████████████

█   █████████

█       ██    █████████████████████████████

█   ██████████████

18            MS. BLAS:  Objection; foundation, calls for

19      speculation.

20      █████████████████████████████████████████

█   ██████████████████████████████████████████

█   ████████████████████████████████████

█   ████████████████████████████████████

█   ███████████████████████████████

█   █████████████

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 135

1        ██        ████████████████████████████████

██   ████████████████████████████████████████████

██        ██        ████████████████████████████

██        ██        ██████████████████████

5              MR. KELLY:  Remind me on August 7th to cancel

6        class pass.

7    BY MR. LAVIN:

8        Q.    Let me go to -- go a little further down on

9    this.  Let's go to page 16839.  Do you see those tables

10   there?

11       A.    Yes.

12       Q.    Okay.  Do you have an understanding of what

13   that's a printout from or a screenshot from?

14       A.    No, I'm not sure where that came from.

15       Q.    You've never seen those tables before?

16       A.    Not that I could recall, seeing these.

17       ██        ██████████████████████████████████

██   ████████████████████████████████████████████

██   ██████████████████████████████████████

██   ████████████████████████████████████

21             MS. BLAS:  Objection to the extent it calls for

22       speculation.

23             ████████████████████████████████████████

██        ████████████████████████████████████

██        ██████████████████

3          MS. BLAS:  Objection; asked and answered.

4

7    BY MR. LAVIN:

8         Q.   Okay.  And then I want to go down to the last

9    page, and it says Andrea Fisun or Fisun.  You can see

10   her signature on the very -- actually, it's on page 41

11   at the bottom.

12        A.   Yes, I see that.

13        Q.   Do you know who Andrea is?

14        A.   No, other than what is listed there in the

15   exhibit.

16

22          (Plaintiffs' Exhibit No. 7 was marked for

23     identification.)

24   BY MR. LAVIN:

25        Q.   All right.  Let's go to the next document.

Radames Lopez                                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 137

1    Exhibit 7 bears Bates numbers 30972 -- excuse me --

2    UHC30972 through UHC30973.

3        A.   Okay.  I have it up.  Let me get a moment to

4    review the document, if you don't mind.

5        Q.   Sure.

6        A.   Okay.  I reviewed it.

7        Q.   This is an e-mail.  At the top, it is from you,

8    ██████████████████████████████████████████████

█    ████████████████████████████████████████████████████

█    ███████████████████████████████████

█      ████    ██████

█      ████    ████████████████████████████████████

█      ████    ██████████████████████████████████████████

█    ███████████████████████████████████████████

█      ████    ██████████████████████████████████████████

█    ████████████████

█      ████    ██████

█      ████    ██████████████████████████

█      ████    ██████████████████████████████████████

█    █████████████████████████████████████████████████████████

█    █████████████████████████████████████████████████████████

█    █████████████████████████████████████████████████████████

█    ██████████████████████████████████████████████

█      ████    ████████████████████████████████████████

█    ███████████████████████████████████████

Page 138

1         MS. BLAS:  Objection; vague.

2



16        MS. BLAS:  Objection.

17

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



 3          MS. BLAS:  Objection to the extent it calls for

 4     speculation.

16     BY MR. LAVIN:

20          MR. CAESAR:  Objection to form.

21          MS. BLAS:  Objection; calls for speculation.

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 140



1

14          MS. BLAS:  Objection.

15

21          MS. BLAS:  Objection; vague and to the extent

22     it misstates the document.

23

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 141

18        MS. BLAS:  Objection; calls for speculation.

19        MR. CAESAR:  Objection.

20

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 142

1

3          MR. CAESAR:   Objection as to form.

4

11          MS. BLAS:   Objection; speculation, asked and

12     answered.

13          MR. CAESAR:   Form.

14

25          MS. BLAS:   Objection; foundation, calls for

Radames Lopez                                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 143

1     speculation.



19          MS. BLAS:  Objection; foundation, calls for

20     speculation.

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 144



7          MS. BLAS:  Objection; vague.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp





Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 147



1

2

3

4

5

6

7        MS. BLAS:  Objection to the extent it calls for

8    speculation.

9

10

11

12

13

14        MS. BLAS:  Objection; misstates the document.

15

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 148



15          MS. BLAS:   Objection; vague.

16

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 149



```
 8          MR. LAVIN:  Let's go to the next exhibit.
 9          (Plaintiffs' Exhibit No. 8 was marked for
10       identification.)
11   BY MR. LAVIN:
12
```

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 150

```
 1
 
 
 4        MS. BLAS:  Objection to the extent it calls for
 5    speculation.
 6
 
 
 
 
 
 
 
 
14        MS. BLAS:  Objection; foundation, vague.
15
```

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 151



```
 1  ▆▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 ▆  ▆▆▆▆▆▆▆▆▆▆
 3        MS. BLAS:  Objection to form.
 4        ▆▆▆▆▆▆▆▆▆▆
 ▆  ▆▆▆▆▆▆▆▆▆
 ▆  ▆▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 7        MS. BLAS:  Objection; foundation, calls for
 8     speculation.
 9        ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 ▆     ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 ▆     ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 ▆     ▆▆▆▆▆▆▆▆▆▆▆
 ▆  ▆▆▆▆▆▆▆
 ▆  ▆▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 ▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
16        MS. BLAS:  Objection; vague, foundation.
17        ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 ▆     ▆▆▆▆▆▆▆▆▆▆▆▆
 ▆  ▆▆▆▆▆▆▆
 ▆  ▆▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 ▆  ▆▆
 ▆  ▆▆    ▆▆
 ▆  ▆▆    ▆▆▆▆▆▆▆▆▆
 ▆  ▆▆    ▆▆▆▆▆▆▆▆▆▆▆▆
 ▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
```

Page 152



9        MS. BLAS:  Objection; vague, foundation.

Page 153



1      ███

       ███████████████████████████████

       ██████████████████████████████

4          MS. BLAS:  Objection; vague.

5          ████████████████

       ████████████

       ███  ██████████████████████

       ████████████████████████████████████

       ██████████████████████████████████

       ██████████

11         MR. CAESAR:  Objection to the form.

12         MS. BLAS:  Objection; assumes facts.

13     ████████████████████████████████████

       █████████████████████

       █████████████

       ███  █████████████████████████

       █████████████████████████████████████

18         MS. BLAS:  Objection; foundation, calls for

19     speculation.

20     ████████████████████████████████████

       ████████████████████████████

       ███████████████████

       █████████████

       ███  █████████████████████

       ███  ██████████████████████████

Page 154



1 ██  ████████████████████████████

2      MS. BLAS:  Objection; foundation, calls for

3 speculation.

22      MS. BLAS:  Objection; vague.

Page 155



1   █  ████████████████████████████

█  █████████████████████████████████?

3        MS. BLAS:  Vague.

4        ██████████████████████████████

█  █████████████████████████████████████

█  ████████████████

█  ███████████

█  █  ████████████████████████

█  ██████████████████████████████

█  ████████████████████

█  █  ██████████████████████████████

█  ████████████████████████████

█  █  ██████████████████████████████

█  █  ██████████████████████████

█  ████████████████████████████

█  █████████████████████████████████

█  █████████████████████████████████

█  █  ██████████████████████████████

█  ██████████████████████████████

█  ████████████████

21       MS. BLAS:  Objection; misstates testimony.

22       ███████████████████

█  ████████████

█  █  ████████

█  █  █████████████████████████

Page 156

14          MS. BLAS:  I'm having a little trouble hearing

15     you, Matt.  I'm sorry.

16          MR. LAVIN:  Can everybody hear me?

17          MS. BLAS:  That's better.  You've just been

18     trailing off a bit at the end.

19          MR. LAVIN:  All right.  I don't have the best

20     speaker in the world -- the best microphone, excuse

21     me.  My son's got a really good one.  He does the

22     gaming and stuff.  I'll borrow it from him.

23     BY MR. LAVIN:

24

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 157

1

2

3          MS. BLAS:   Objection; vague.

4

5

6

7

8

9

10

11          MS. BLAS:   Objection; misstates foundation.

12

13

14

15

16          MS. BLAS:   Objection; calls for speculation.

17

18

19

20

21

22

23          MS. BLAS:   Objection; vague.

24    BY MR. LAVIN:

25

Radames Lopez                                       July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 158

```
 1
 
 
 
 
 
 
 
 
 
11
12        MS. BLAS:  Objection; vague.
13
14
15
16
17
18
19        MR. LAVIN:  All right.  Let's go to the next

20   document.

21        (Plaintiffs' Exhibit No. 9 was marked for

22   identification.)

23   BY MR. LAVIN:

24
```

Case 4:20-cv-02254-YGR   Document 323-14   Filed 07/16/23   Page 160 of 374
Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 159



16        MS. BLAS:  Objection to the extent it

17   mischaracterizes testimony.  You can answer.

18

22        MS. BLAS:  Objection.

23

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 160



1    ████████████████████████████?

2            MS. BLAS:  Objection; vague.

3

Radames Lopez                                   July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 161



1

11          MS. BLAS:  Vague; calls for speculation, lacks

12      foundation.

13

25      foundation, misstates testimony.

            MR. CAESAR:  Objection to form; lacks

Page 162

1          MS. BLAS:  Join.

2

18          MS. BLAS:  Objection to the extent it was asked

19    and answered and vague.

20



Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                        Page 163

1  ████████████████████

██  ██  ████████████████████████

3           MR. LAVIN:  Let's go to the next document.

4           (Plaintiffs' Exhibit No. 10 was marked for

5      identification.)

6  BY MR. LAVIN:

7      Q.   So Exhibit 10 is Bates numbers UHC187983 to

8  UHC187991.

9           Do you need a minute to look at this document?

10     A.   Give me one moment to take a look at it here.

11     Q.   Oh, sure.

12     A.   Yes.

13     Q.   Okay.  What is this document?  Do you recognize

14  it?

15     ██  ████████████████████████████████████

██  ███████████████████████████████

17     Q.   We discussed this earlier, generally; right?

18     A.   Yes, this was brought up earlier.

19     Q.   Let's go to the page ending in 84.  And I

20  believe you testified earlier you understand it at a

21  high level, but maybe not at all the details contained;

22  is that right?

23          MS. BLAS:  Objection; misstates prior

24     testimony.

25          THE WITNESS:  Yes.

Page 164

1    BY MR. LAVIN:

2        Q.    Is that a fair characterization?

3        A.    Just at a basic high level, yeah.



9              MS. BLAS:   Objection to the extent it misstates

10       testimony.

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 165

1       ████████████████████████████████████

2       ████████████████████

3              MS. BLAS:  Objection --

4              ████████████████████████████████████

5              MS. BLAS:  -- speculation.  Sorry.  Go ahead.

6              THE CERTIFIED STENOGRAPHER:  Your objection was

7       completely gone.

8              MS. BLAS:  Foundation, calls for speculation.

9       BY MR. LAVIN:

10         ███   ████████████████████████████

           ███   █████████████████████████████

       ████████████████████████████████████

       ██████████████████████████████████████

       ██████

          ███   ███████████████████████████████?

16             MR. CAESAR:  Objection as to form,

17      argumentative.

18             MS. BLAS:  Misstates testimony.

19      ██████████████

          ███   ███████████████████████████████

          ███   ████████████████████████████

          ███   ███████████████████████████████

       ███████████████████████

24             MR. CAESAR:  Objection to form; argumentative.

25             ████████████████████████████████

Radames Lopez                                         July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 166

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15          MS. BLAS:  Objection; foundation, calls for
16      speculation, vague.
17
18
19
20
21
22
23
24
25
```

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 167

```
 1
 ▪
 ▪
 ▪
 ▪
 6          MS. BLAS:  Vague; incomplete hypothetical,
 7     calls for speculation.
 8
 ▪
 ▪
 ▪
 ▪
 ▪
14          MS. BLAS:  Objection; foundation.
15
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
23          MS. BLAS:  Objection; vague, foundation.
24
 ▪
```

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 168



1

speculation.

        MS. BLAS:  Objection; foundation, calls for
speculation.

        MS. BLAS:  Same objections.

        MS. BLAS:  Objection; foundation, vague.

        THE WITNESS:  No, I can't tell -- or could you
please restate that?

BY MR. LAVIN:

        MS. BLAS:  Objection.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 169



6           MS. BLAS:   Objection; vague, calls for
7    speculation.

11          MS. BLAS:   Objection, misstates testimony.

15          MS. BLAS:   Objection; calls for speculation.

20          MS. BLAS:   Objection; vague as to you.

Radames Lopez                                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 170

1      ████?

2              MS. BLAS:  Objection; foundation.

3              T████████████████████████████████

████    ██████████████████████████████████

████    ███████████████████████

████    ███████████████

████    ██  █████████████████████████████

████    ██████████████

9              MS. BLAS:  Objection; vague, asked and

10     answered.

11             ███████████████████████████████

████    ██████████████████

████    ███████████████

████    ██  ██████████████████████████████

████    █████████████████

████    ██  ████████████████

████    ██  ████████████████████████████████

████    ████████████████████████████████

████    ██████████████████████████████

████    █████████████████████████████████

████    ████████████████████████████████

████    ███████████████████████████████

████    █████████████████████████████████

████    ██████████████

25             MS. BLAS:  Objection; foundation, calls for

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 171

1        speculation.



2

3

4

5

6

7

8

9

10

11

12

13

14          MS. BLAS:  Objection; foundation, calls for

15      speculation.

16

17

18

19

20          MS. BLAS:  Objection; vague.

21

22

23

24

25

Radames Lopez                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 172

1    ████████████

     █    ██    ███

     ██   ██████████████████████████████

     █████████████████████████████████████

     █████████████████████████████████████

     █████████████████████████████████

     ██████████████████████████████████████

     ████████████████████████████████

     ██████████████████████████████████████

     ██████████████████████████████████████

     ██████████████████████████████████

     ██████████████████████████████████████

     █    ███████████

     █    ██   ███

     █    ██   ████████████████████████

16              MS. BLAS:  Objection; vague.

17   ████████████████████████████████████

     █         ██████████████████████

     █    ███████████

     █    ██   ████████████████████████

21              MS. BLAS:  Objection.

22              MR. CAESAR:  Objection to form; repetitive.

23              T███████████████████████████

     █         ████████████████████████████

     █         ███████████████████████████

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 173

1

4          MS. BLAS:  Objection; argumentative, misstates

5      testimony.

6

Radames Lopez                                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 174



```
1    ███████████████████████████████████████████

2         MS. BLAS:  Objection to the extent it assumes

3    facts.

4         THE WITNESS:  I don't recall receiving this,

5    this item in September '18.

6    BY MR. LAVIN:

7    ███  ██████████████████████████████████████

█    ████████████████████████████████████

9         MS. BLAS:  Same objection.

10   ██████████████████████████
```

Radames Lopez                                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 175



 1

 8          MS. BLAS:  Objection; vague.

 9

16          MR. CAESAR:  Objection to form; lack of

17     foundation, calls for speculation.

18          MS. BLAS:  Join.

19

24     A.    Yeah.  No, no, I don't.

25          MR. LAVIN:  Let's go to the next document.

Case 4:20-cv-02254-YGR   Document 323-14   Filed 07/16/23   Page 177 of 374
Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 176

1        (Plaintiffs' Exhibit No. 11 was marked for

2     identification.)

3   BY MR. LAVIN:



Radames Lopez                                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 177



22          MR. LAVIN:  And let's go to the next document.

23          (Plaintiffs' Exhibit No. 12 was marked for

24       identification.)

25       BY MR. LAVIN:

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Radames Lopez                                   July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 179





1

2

3

4

5

6

7

8

9          MS. BLAS:  Objection to the extent it misstates

10      the document.

11          THE WITNESS:  Could you restate that question?

12      I'm sorry.

13   BY MR. LAVIN:

14

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                        Page 181

1    ████████████████████████████████████████

2    ████████████████████████████

3              MR. LAVIN:  Let's move on to the next document.

4              (Plaintiffs' Exhibit No. 13 was marked for

5         identification.)

6    BY MR. LAVIN:

7         Q.   Exhibit 13 has Bates numbers UHC11445 through

8    UHC11450.

9         A.   Allow me one moment to review this.

10        Q.   Sure.

11        A.   Okay.  I've had a chance to review it.

12        Q.   All right.  Do you have an idea what they're

13   talking about in this e-mail thread?

14             MS. BLAS:  Objection to the extent it calls for

15        speculation.  You can answer.

16             THE WITNESS:  Yeah, yes, I believe they -- I

17        believe I do.

18   BY MR. LAVIN:

19        Q.   And what are they talking about?

20   ███ ████████████████████████████████

███  ████████████████████████████████████

███  ██████████████████████████████████████████

███  ████████████████████████████████████

███  ██████████████████████████████████

███  ███ ██████████████████████████████████

Radames Lopez                                             July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 182

1     ██████

2          If you look under here, it says from Deann

3     Wolfe to Lisa Bryant.  Do you know either of those

4     people?

5          A.   Yes.

6          Q.   Okay.  Do you know them both?

7          A.   The Deann sounds familiar, but I definitely

8     know who Lisa Bryant is.

9          Q.   Who is Lisa Bryant?

10    ██  ████████████████████████████████

██   ███████████████████████████████

██   ██  ██████████████████████████████████

██   ████████████████████████████████████████

██   ████████████████████████████████████████

██   █████████████████████████

██   ██  ██████████████████████████████

██   ██  ██████████████████████████████████

██   ████████████████████████████

██   ██  ██████████████████████████████████

██   █████████

██   ██  ██████████████████████████████████

██   ██████████████████████

██   ██  █████████████████

██   ██  ██████████████████████████████████

██   ████████████████████████████████

Page 183



13          MR. CAESAR:  Objection to form.

14          MS. BLAS:  Also misstates the document.

Page 184



1

2        MS. BLAS:  Objection.

3

4

5

6

7

8        MS. BLAS:  Objection; misstates testimony.

9

10

11

12

13

14

15

16

17

18

19

20       MS. BLAS:  Objection.

21

22

23

24

25

Radames Lopez                                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 185

16            MS. BLAS:  Objection; calls for speculation.

23            MS. BLAS:  Objection; vague.

re.

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 186



13              MS. BLAS:   Objection; calls for speculation.

14

Page 187



1

9          MR. CAESAR:  Objection to form.

10

23          MR. CAESAR:  Objection to form.

24          Objection; form, lacks foundation, speculation.

25          MS. BLAS:  And to the extent it misstates the

Page 188

1      document.

2                    ████████████████████████████

       ██████████████████████████████████████████████

       ████████████████████

       ██      ██    ████████████████████████████████████

       ██      ██    ██████████████

       ██      ██    █████████████████████████████

       ██    ████████?

9                    MS. BLAS:  Objection.

10                   MR. CAESAR:  Objection to form; argumentative.

11                   ████████████████████████████████

       ██           ███████████████████████████████

       ██           ████████████████████████████████

       ██           ███████████████████

       ██           ████████████████

       ██      ██    ██████████████████████████████████

       ██           ████████████████████████████████

       ██      ██    ████████████████████████████████████

       ██           ████████████████████████████████████

       ██           ████████████████████████

       ██      ██    ████████████████████████████████████

       ██           ██████████████

23                   MS. BLAS:  Objection; asked and answered.

24                   MR. CAESAR:  Objection.

25                   MS. BLAS:  Go ahead.

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 189

1    ████████████████████████████████████

     ███████████████████████████

     ████████████

     ██  ████████████████████████████████

5         MS. BLAS:  Objection.  Can you please wait for

6    us to lodge an objection?  Thank you.

7    ████████████

     ██  █████████████

9         MR. CAESAR:  Objection; asked and answered,

10   argumentative.  Let's move on.

11   BY MR. LAVIN:

12   ██  ████████████████████████

13        MS. BLAS:  Same objections.

14   █████████████████████████████████

     ██████████████████████

     ████████████

     ██  ██████████████████████████████

     ██████████████████████

19        MS. BLAS:  Objection; calls for speculation.

20   ████████████████████████████████████████

     ████████████████████████████████████████

     ██████████████████████████████████

     ████████████

     ██  ████████████████████████████████████████

     █████████████████████████████████████

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 190

1   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2           MS. BLAS:  Objection; vague, calls for

3   speculation, lacks foundation.

4   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇▇▇▇▇▇▇▇

▇   ▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇▇▇▇

▇   ▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇   ▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇

19          MR. CAESAR:  Are we going to have a break at

20  some point?  We've been going for like an hour and a

21  half.

22          MR. LAVIN:  All right.

23          MR. CAESAR:  We can do it after this exhibit.

24  I don't care.

25          MR. LAVIN:  Let's go -- let's just do this

Radames Lopez                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 191

1      exhibit and then we'll take a break.  Sound good?

2      Does that work?

3              THE WITNESS:  Yes.

4              (Plaintiffs' Exhibit No. 14 was marked for

5      identification.)

6  BY MR. LAVIN:

7      Q.    So Exhibit 14 is Bates numbers UHC8910 through

8  UHC8915.

9      A.    Okay.  I'm reviewing the document.

10     Q.    Sure.

11     A.    Okay.  I've had a chance to review.

12     Q.    Do you remember this e-mail exchange?

13     A.    Yes, I do.

14     Q.    Can you describe to me what you were discussing

15  in this e-mail exchange?

16     A.    What I was discussing here was looking at --

17  let me see.  Give me one moment here.

18     ███████████████████████████████

   ███████████████████████████████

   ████████████████████████████████████

   ███████████████████████████████

   ████████████████████████████████████

   ████████████████████████████████████

   ██████████████████████████████████

   ████████████████████████████

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 192



    MS. BLAS:   Objection; misstates the document.

Page 193



21      A.    Could you --

22            MS. BLAS:  Objection --

23            THE WITNESS:  Yeah, could you please clarify?

24   BY MR. LAVIN:

25

Radames Lopez                                            July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 194

1    ████████████████████████████████████████████████

██   ████████████████████████████████████████

██   ████████████████████████████████████████████████

██   ████████████████████████████████████

██      ██      ████████████.

6            MS. BLAS:  Hang on, hang on.  Objection;

7    misstates testimony, calls for speculation.

8         ████████████████████████████████████████

██   ████████████████████████████████████████████████

██   ████████████████████████████████████████████

██   ████████████████████████████████████████

██   ████████████████████████████████████

██   ██████████████

██      ██   ████████████████████████████████████

██   ██████████████

██      ██   ████████████████████

██      ██   ████████████████████████████

18           MS. BLAS:  Objection; asked and answered.

19           THE WITNESS:  Yeah, I can't recall.

20           MR. LAVIN:  All right.  We can take a break.

21   That's fine.

22           THE VIDEOGRAPHER:  All right.  Going off the

23   video record, the time is 3:38.

24           (Brief recess.)

25           THE VIDEOGRAPHER:  We're now back on the video

Page 195

1          record.  The time is 4:03, media number four.

2     BY MR. LAVIN:

3          Q.   Mr. Lopez, welcome back.  Let's go to the next

4     exhibit.

5               (Plaintiffs' Exhibit No. 15 was marked for

6          identification.)

7               THE WITNESS:  I am getting a load error and now

8          the site has dropped for me.

9               THE CERTIFIED STENOGRAPHER:  If the witness has

10         an issue with the Exhibit Share site, we can also do

11         a share screen.

12              THE WITNESS:  Let's do that, because I can't

13         get into the Exhibit Share.

14              MR. LAVIN:  Can't log into the site?

15              THE WITNESS:  Yeah.  I tried to select launch

16         Exhibit Share and it's not on.

17              MR. LAVIN:  Let's go off the record for a

18         minute if we can.

19              THE VIDEOGRAPHER:  Going off the video record,

20         the time is 4:05.

21              (Discussion off the record.)

22              THE VIDEOGRAPHER:  We're back on the record.

23         The time is 4:06.

24     BY MR. LAVIN:

25         Q.   Okay.  So this next exhibit, Exhibit 15, is

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 196

1    Bates number UHC13256 through UHC13259, if you could

2    take a minute to review that.

3        A.    Okay.  Give me just one moment to take a look

4    at it.

5              I've had a chance to review it.

6        Q.    Okay.  And it says this is an e-mail from Kelly

7    Valentine to Brandon Berman, Wendy Bond, Lisa LaMaster,

8    yourself, and Jolene Bradley.  And first of all, who is

9    Kelly Valentine?

10       A.    So at the time, I think she was, I believe,

11   like a project manager.

12   ████   ████████████████████████████████████

     ████  █████████

     ████   ████   ███████████████████████████████

     ████   ████   ██████████████████████████████

     ████  ████████████████

     ████   ████   ███████████████████████████████

     ████  ████████████████████████████████████

     ████  ██████████████████████████████████████████

     ████  ███████████████████

     ████   ████   ████████████████████████

     ████   ████   ██████████████████████████████

     ████  ██████████████████████████████████████████

     ████  ████████████

     ████   ████   ██████████████████████

Page 197

11    MS. BLAS:  Objection to the extent it misstates

12    the document; vague.

13    [redacted]

18    MR. LAVIN:  Move on to the next exhibit.

19    And, hey, let's do tab 15 for the next exhibit.

20    We're going to skip a bunch of exhibits, Nicole.  So

21    tab 15, next.

22    (Plaintiffs' Exhibit No. 16 was marked for

23    identification.)

24    MR. LAVIN:  Exhibit 16 bears Bates numbers

25    UHC37934 through UHC37937.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 198

1          THE WITNESS:  I'm just reviewing the document

2      at this time.

3          Okay.  I've reviewed it.

4  BY MR. LAVIN:

5      ████   ████████████████████████████

   █   ██████████████████

   █   ████   ██████████████████████████████

   █   █████████████████████████████

   █   ████   ██████████████████████████████

   █   ███████

11         MS. BLAS:  Objection; vague.

12             ███████████████████████████

   █   ██████████████████████.

14         MR. LAVIN:  Let's go to the next document.

15     And, Nicole, we're going to a document that is, on

16     my copy, tab 15.

17         (Plaintiffs' Exhibit No. 16 was marked for

18     identification.)

19         MR. LAVIN:  This is a document that we've seen

20     before.  We might be having a little bit of a

21     technical error here.

22         MR. CAESAR:  Yeah, that one we've seen.

23         MR. LAVIN:  Let me cure it.

24         Let's go off the record for 15 seconds.  I have

25     to get things in order.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 199

1          THE VIDEOGRAPHER:  End the video?

2          MR. LAVIN:  Yes.

3          THE VIDEOGRAPHER:  Off the record, the time is

4     4:13.

5          (Discussion off the record.)

6          (Matthew Aiken, Esq. joins the Zoom

7     conference.)

8          THE VIDEOGRAPHER:  Now back on the record, the

9     time is 4:16.

10          MR. LAVIN:  So I'm going to put up Exhibit 18.

11          (Plaintiffs' Exhibit No. 18 was marked for

12       identification.)

13   BY MR. LAVIN:

14      Q.   Exhibit 18 is Bates numbers UHC25612 through

15   UHC25614.  If you would take a second to look at that,

16   Mr. Lopez.

17      A.   Yes, thank you.

18      Q.   Let me know when you're ready.

19      A.   Okay.  I've had a moment to review it.

20      Q.   All right.  And do you recognize this document,

21   Mr. Lopez?

22      A.   Yes, I do.

23      Q.   Do you remember sending this e-mail?

24      A.   Yes, I do remember sending this e-mail.

25      ██      ████████████████████████████████████

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



LD, DB, BW, RH v. United Healthcare Insurance Comp



Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 202



8          MS. BLAS:   Objection; speculation.

Page 203

1

2          MS. BLAS:  Objection; foundation, calls for

3      speculation.

4

11          MS. BLAS:  Objection; foundation, vague, calls

12      for speculation.

13

17          MS. BLAS:  Objection; vague, asked and

18      answered.

19          T

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 204



17          MS. BLAS:  Objection; assumes facts, calls for

18      speculation.  You can answer.

19

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 205



1

BY MR. LAVIN:

6      Q.    We can't hear you.

7      A.    -- program, there's various types -- oh, hello?

8  Can you hear me?

9      Q.    We couldn't hear the last half of your answer.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 206

 1 

 9          MS. BLAS:  Objection; vague, misstates the

10     document.

11 

22     speculation.

on; foundation, calls for

Page 207



1

20          MS. BLAS:  Objection; foundation, calls for

21      speculation.

22

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 208

1

4          MS. BLAS:  Objection; assumes facts, vague,

5     calls for speculation.

Radames Lopez                                             July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 209



15        MS. BLAS:  Objection to the extent it misstates

16    testimony.  You can answer.



19          MR. CAESAR:  Objection to form; misstates his

20      testimony.

21          MS. BLAS:  Join.

22          T

Page 211

1   ████████████████

█   ██   ████████████████████████

█   ████████████████████████████████

█   ██   ████████████████

5          MS. BLAS:  I stated an objection.  Thanks.

6          MR. LAVIN:  Let's go to the next exhibit.  So

7     this is under tab 18 that I have.

8          (Plaintiffs' Exhibit No. 19 was marked for

9     identification.)

10   BY MR. LAVIN:

11        Q.   If you could take a minute to review this

12   document, so tab -- excuse me -- Exhibit 19 is UHC22261

13   through UHC22271.

14        A.   Give me just one moment to go through --

15        Q.   Oh, sure, yeah.

16        A.   Okay.  I've had a chance to review.

17        Q.   This is -- the top e-mail is from Lisa Moore,

18   excuse me, to Kimberly Burkhart, you, Mr. Lopez, and

19   some others.  It's dated July 8th of 2020.  Do you

20   remember this e-mail exchange?

21        A.   Yes, I do.  Looking at the exhibit refreshed my

22   memory.

23        Q.   Okay.  Can you tell me what's being discussed

24   in this e-mail chain?

25   ██   ████████████████████████████████

Page 212

Page 213



```
 1  ████████████████████████████████████████
 2  ████████████████████████████████████████
 3  ██████████████████████████████████████
 4  ████████████████████████████████████████
 5  ██████
 6       ██  ██████████████████████████████████
 7  ███████████████████████████████████
 8  █████████████████████████████████████
 9  ████████████████████████████████████
10  ██████████████████████████████
11       MS. BLAS:  Objection; calls for speculation,
12       foundation.
13             █████████████████
14  █████████████
15       ██  █████████████████████
16       ██  ████████████████████████████████
17  █████████████████████████████████
18  ███████████████████████████████████
19  ████████████
20       ██  ████████████████████████████████
21  ███████████████████
22       ██  ████████████████████████████████
23  ████████████████████████████████████████
24  ██████████████
25       MS. BLAS:  Objection; calls for speculation.
```



Page 215



1

24          MS. BLAS:  Objection; vague.

25

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 216



25          MR. CAESAR:  Can we -- the exhibit sticker went

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 217

1        over part of the document.  Can we either move that

2        or read into the record what the rest of that line

3        reads?

Radames Lopez                                         July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 218

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 219



3          MS. BLAS:   Objection; vague.



Page 220

14          MS. BLAS:  Objection; calls for speculation.

21          MS. BLAS:  It's been asked and answered; calls

22      for speculation.

23  BY MR. LAVIN:



14          MS. BLAS:  Objection; vague.

15

Case 4:20-cv-02254-YGR   Document 323-14   Filed 07/16/23   Page 224 of 374
Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 223



```
 1          ████████
 █    ████████████
 █    ██████████████████
 █    ████████████████

 5          MS. BLAS:  Objection; vague, calls for
 6    speculation.
 7          MR. CAESAR:  Objection; speculation.
 8          ████████████████
 █    ██████████████████████
 █    ████████████████████
 █      █████
 █    ███████
 █      █ ████████████████
 █    ████████████
 █      ██  ████
16          MS. BLAS:  Same objections.
17          MR. LAVIN:  Let's go on to the next document.
18    Can I have tab 19?
19          ████████████████
 █    █████████████████
 █      ██████f████████████
 █      ████████
 █    ███████
 █      ██ █████████████
 █      ██ █████████
```

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 224



1        Okay.  I've read the document.

20        MS. BLAS:  Objection; calls for speculation.

21        MR. CAESAR:  Objection to form; speculation.

22   He didn't even attend this meeting.  He's not an

23   attendee.

Page 225



1

?

4        MS. BLAS:  Objection; asked and answered.

5

?

11       MS. BLAS:  Objection; calls for speculation,

12    vague, foundation.

13

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 226



```
1
7         MS. BLAS:  Objection, calls for speculation,
8    lacks foundation.
9
```

Radames Lopez
July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 227

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 228



1

7          MS. BLAS:  Objection; vague.

8

14         MS. BLAS:  Objection to the extent it misstates

15    testimony.

16

Page 229

1          MS. BLAS:  Objection.

2     BY MR. LAVIN:

3          ██     ████████████████████████████

██  ██████████████████████████████████

██  ████████████████

██     ████████████████████████

7          MS. BLAS:  Objection; speculation.

8     BY MR. LAVIN:

9          ██     ██████████████████████████████

██  ████████████████████████████████

██     ██     ██████████████████████████████████

██  ████████████

13         MS. BLAS:  Objection; calls for speculation.

14    ████████████████

██     ██     ████████████████████████████████████

██     ████████████████████████████████

██     ████████████████████████████████████

██  ████████████████████████████████

██  ████████████████

██     ██     ████████████████████████████████████

██  ██████████████████████████████████

22         MS. BLAS:  Objection; speculation, lacks

23    foundation, vague.

24         ████████████████████████████████

██  ████████████████████████████████

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 230



    6        MS. BLAS:  Objection; misstates testimony.

   19        MS. BLAS:  Objection; foundation, calls for
   20    speculation.
   21    BY MR. LAVIN:

Page 231



10          MS. BLAS:   Objection; foundation, calls for

11     speculation.

14     BY MR. LAVIN:

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 232



1

          MS. BLAS:  Objection.

          MS. BLAS:  Objection; misstates the document.

Page 233



15          MS. BLAS:  Objection to the extent it calls for
16      privileged information.

17

25          MS. BLAS:  Objection; vague.

Page 234



1          MR. LAVIN:  We can't hear you.

2          MS. BLAS:  Objection; vague.

3          THE WITNESS:  No, I do not.  No, I don't

4     recall.

5     BY MR. LAVIN:

14         MS. BLAS:  Objection; misstates testimony.

15    BY MR. LAVIN:

Page 235



Page 236



8          MS. BLAS:  Objection; calls for speculation,

9     foundation.  You can answer.

10

11

12

13

14

15          MR. CAESAR:  Objection; asked and answered.

16          MS. BLAS:  Objection; asked and answered.

17

18

19

20

21

22          MS. BLAS:  Objection; calls for speculation.

23

Radames Lopez                                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 237

1     ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮    ▮▮

3           MR. LAVIN:  The next document, it's under tab

4     23, Nicole.

5           So Exhibit 23 is Bates numbers UHC3413 [sic]

6     through UHC3420 [sic].

7           (Plaintiffs' Exhibit No. 23 was marked for

8     identification.)

9           THE WITNESS:  Give me just one moment to take a

10    look at it.

11    BY MR. LAVIN:

12    Q.   Sure.

13    ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮▮

▮     ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮     ▮▮▮▮▮▮▮

▮     ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 238

1    ████████████████████████████████████████

2    ████████████████████████████████████████

3         MS. BLAS:  Objection; foundation, speculation,

4    calls for --

5         MR. CAESAR:  Where are we looking, at what

6    page?

7         MR. LAVIN:  We're looking at the entire

8    document.

9         MR. CAESAR:  Oh, there's not -- I thought you

10   were quoting something.  I'm sorry.

11        MS. BLAS:  And the rest of my objection was

12   just "calls for a legal conclusion."

13        ██████████████████████████████

     ████████████████████████████████████

     ██████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████

18   BY MR. LAVIN:

19        Q.   Let's go to page ending 415.  Can you see that?

20        A.   Yes.

21        ██   █████████████████████████████████

     █████████████████████████████████████

     █████████████████████████████████████

     ████████████████████████████████

     ██     ██   ████

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 239

1          ████      ███████████████████████████████

█     ███████████████████████

█      ███      █████

█     ███      ████████████████████████████

█     ██████████████

6          MS. BLAS:  Objection; asked and answered.

7          MR. CAESAR:  Objection.

8          ████████████████████████████████████

█     ██████████████████████████████████████

█     ████████████████████████████████

█     ████████████████████████████████

█     ██████████████

█      ███      ███████████████████████████████

█     █████

15         MS. BLAS:  Same objection; misstates

16    foundation, speculation.

17         T████████████████████████████████████

█     ████████████████████████████

19         MR. LAVIN:  Let's take a look at the next

20    exhibit, 24.

21         (Plaintiffs' Exhibit No. 24 was marked for

22    identification.)

23    BY MR. LAVIN:

24     Q.   Exhibit 24 has Bates numbers UHC23549 through

25    UHC23551.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 240

1      A.    Okay.   Allow me one moment to review that

2   exhibit.

3            Okay.   I've read the document.

4      Q.    And can you describe for me a little bit of

5   what you're discussing in this e-mail or what the

6   purpose of this e-mail is?

7            MS. BLAS:   Too vague.

8   ████████████████████████████

  ████████████████████████████████

  ████████████████████████████████

  ██████████████████████████

  ██████████████████████████████████

  ███████████████████████████

  ██████████████████████████████████

  ████████████

  ███████████████

  █  ████████████████████

  ██████████████████████████

  ███████████████████████████████████

  ████████████████████████████████████

  ███████████████████████████

  █████████████████████████████

  ████████████████████████████████████

  █████

  █  ███

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 241

1

2

3          MS. BLAS:   Objection; calls for speculation.

4

15         MS. BLAS:   Objection; calls for speculation.

16

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 242

1    ██████████████████████████████████████████

2    ████████████████

     ██      ██   ████████████████████████████████

     ██   ████████████████████████████████████████████

     ██   ██████████████████████████████████

6            MS. BLAS:  Objection; speculation.

7            T██████████████████████████████████████

     ██   ██████████████████████████████████

     ██   ████████████████████████████████████

     ██   ████████████████████████████████████████████

     ██   ██████████████

     ██      ██   ██████████████████████████████████████

     ██      ██   ████████████████████████████████

     ██   ██████████████████████████████████████████

     ██   ████████████████████████████████████████

     ██   ██████████████████████████████████████

     ██      ██   ██████████████████████████████████████

     ██   ██████████████████████████████████

19           MS. BLAS:  Objection.

20           MR. CAESAR:  Objection to form, speculative.

21           MS. BLAS:  Join.

22           MR. LAVIN:  Can you answer?  Are you there?

23           Let's go off the record for a minute.

24           THE VIDEOGRAPHER:  Off the record.  The time is

25       5:25.

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 243

1          (Discussion off the record.)

2          THE VIDEOGRAPHER:  We are now back on the video

3      record.  The time is 5:27.  Media number five.

4  BY MR. LAVIN:

5      Q.   Okeydokey.  We are back here on Exhibit 24, and

6  the question is -- and what were we talking about?

7          So I think you mentioned previously that Jolene

8  and you have different roles in United Healthcare; is

9  that right?

10     A.   Yes.

11     Q.   And what does Jolene Bradley do?

12          MS. BLAS:  Form.

13          T█████████████████████████████████████████████

██    ████████████████████████████

██    ██  ████████████████████████████████████████████████

██    ██  █████

██    ██  ███████████████████████████████

██        ██████████████████████████████████████████

██    ██  █████████████████████████████████████████████████

██    ██████████████████████████████████

██    ██  ████████████████████████████████████████

██        █████████████████████████████

██    ██  ███████████████████████████████████████████

██        ██████████████████████████████████████████████

██        ████████████████████████████████████████

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Radames Lopez                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 245

9          MS. BLAS:  Objection; misstates testimony.

15          MS. BLAS:  Objection; calls for speculation.

24          MS. BLAS:  Objection; vague.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 246

9          MS. BLAS:  Objection.

16          MR. CAESAR:  Objection; calls for speculation.

17      Might hear?

18  BY MR. LAVIN:

23          MS. BLAS:  Objection; misstates testimony.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 247



1

9

12          MS. BLAS:  Objection; asked and answered, calls

13     for speculation.

14          MR. CAESAR:  Join.

15

Radames Lopez                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 248

1        MS. BLAS:  Objection; calls for speculation.

2        THE WITNESS:  Where in the document are we

3    looking at?  Still in Exhibit 24?

4  BY MR. LAVIN:

5        Q.   Yes, the same document.

6        A.   Okay.

7  ████  ████████████████████████████████████████

  █  ████████████

  █  ████  ████████████

  █  ████  ████████████████████████████████████████

  █  ████████████████████████

  █  ████  █████████████████████████

  █  ████████████████████████████████████████

  █  ████████████████████████████████████████

  █  ████████████████████████████████████

  █  ██████████████████████████████████████████

  █  ████████████████████████████████████████

  █  ██████████████████████████████████

  █  ████████████████████████████████

  █  ████  ████████████████████████████████████████

  █  ████

22        MS. BLAS:  Objection; calls for speculation,

23    asked and answered.

24  ████████████████████████████

  █  ████████████████████████████████████████

Page 249

1   

9        MS. BLAS:  Objection; misstates testimony.

10

15       MS. BLAS:  Objection; calls for speculation.

16

22       MR. LAVIN:  Let's go to the next exhibit.

23   Exhibit 25, Bates numbers UHC38459 through UHC38463.

24       THE WITNESS:  Give me one moment to take a look

25   at it here.

Page 250

1          MR. LAVIN:  Sure.

2          (Plaintiffs' Exhibit No. 25 was marked for

3      identification.)

4          THE WITNESS:  Okay.  I've had a chance to

5      review it.

6    BY MR. LAVIN:



Radames Lopez                                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 251

1

2

3           MS. BLAS:  Objection; misstates testimony.

4

5

6

7

8    BY MR. LAVIN:

9

10

11

12

13

14

15

16

17

18

19

20

21

22           MS. BLAS:  Objection to the extent it calls for

23      speculation.

24           MR. CAESAR:  Also mischaracterizes the exhibit.

25           THE CERTIFIED STENOGRAPHER:  I don't have an

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 252

1       answer to the pending question.

2            MR. LAVIN:  There was a question.  Can you read

3       it back for him?

4            THE WITNESS:  Yes, please.

5            (Read back.)

6            

11      BY MR. LAVIN:

12

15            MS. BLAS:  Objection; vague.

16

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 253

1   ███████████████████████████████

2        MS. BLAS:  Objection; foundation, calls for

3   speculation.

4        █████████████████████████████████

5   ██████████████████████████████████████████████

6   ███████████████████████████████████████████████

7   ██████████████████████████████████████

8   ████████████████████

9   █   ██  █████████████████████████████████████████

10  █████████████████

11       MS. BLAS:  Objection; argumentative, misstates

12  testimony.

13       ██████████████████████████████████████

14  ███████████████████████████████████████

15  █████████████████████████████████████████████

16  ████████████████████████

17       MR. LAVIN:  Okay.  And let's go to the next

18  document.

19       MS. BLAS:  Can we take a break after this one,

20  like five or ten minutes?

21       MR. LAVIN:  Okay, sure.

22       Exhibit 26 is UHC16222 through UHC16225.

23       (Plaintiffs' Exhibit No. 26 was marked for

24  identification.)

25       THE WITNESS:  Allow me one moment to review the

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 254

1       exhibit.

2    BY MR. LAVIN:

3       Q.    Sure.

4       A.    Okay.  I had a moment to review.

Page 255



12          MS. BLAS:  Objection; vague, misstates the

13      document.

Page 256



1

9          MS. BLAS:  Objection; foundation, calls for a

10      legal conclusion.

11

19          MS. BLAS:  Objection; misstates testimony.

20

25      BY MR. LAVIN:

Page 257



1

3          MS. BLAS:  Objection; foundation, calls for
4       speculation.

5

9          MS. BLAS:  I also object that it's vague.
10      BY MR. LAVIN:

11

Page 258



1

2

3

4          MS. BLAS:  Objection; misstates testimony in

5       the document, calls for a legal conclusion.

6

19          MS. BLAS:  Objection; calls for speculation,

20       lacks foundation.

21

Page 259



1

            MS. BLAS:  Objection; foundation, calls for

6       speculation.

7

15          MS. BLAS:  Objection.

16

23          MS. BLAS:  Objection; misstates testimony.

24

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 260



7          MS. BLAS:  Objection; asked and answered, calls

8     for speculation.

17         MS. BLAS:  Objection; calls for speculation,

18    argumentative.

Case 4:20-cv-02254-YGR   Document 323-14   Filed 07/16/23   Page 262 of 374
Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 261





4          MS. BLAS:  Objection.

5     BY MR. LAVIN:

22          MS. BLAS:  Objection; vague, asked and

23     answered, foundation, speculation.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 263

1 ████████

█ ████████████

█    █    ████████████████████████████████

█ ███████

█    █    ████████████████████

6            MS. BLAS:  Objection; misstates testimony.

7            MR. LAVIN:  All right.  We can take a break.

8            THE VIDEOGRAPHER:  All right.  Going off the

9       record, the time is 5:55.

10           (Brief recess.)

11           THE VIDEOGRAPHER:  We are now back on the video

12      record.  The time is 6:12 p.m.

13           MR. LAVIN:  Okay.  Can we upload the next

14      exhibit, please?

15           So Exhibit 27 is Bates numbers UHC251451

16      through UHC251602.

17           (Plaintiffs' Exhibit No. 27 was marked for

18      identification.)

19  BY MR. LAVIN:

20      Q.   It's a long document, and I think we're going

21  to focus on page ending in 1499, but if you want to take

22  a minute, you can look through it, Mr. Lopez.

23      A.   Yes, definitely.  Let me get down to that page.

24      Q.   Right.  And if you want to flip through it, you

25  can do that.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 264

1          And this document on the front says Oracle

2     America, Incorporated Flexible Benefit Plan, Plan

3     Document and Summary Plan Description (SPD) for 2017.

4          If you go to page 1499 -- actually, let's go to

5     the page right before it.

6     A.   I'm still navigating here.

7     Q.   Oh, sure.  I think we're going to go to 1498

8     and 1499.  Take your time.

9     A.   It's not loading for me or I can't see the --

10    Q.   Do you want to go in and out of Exhibit Share?

11    A.   Yeah, let me try that.  1499 to 98?

12    Q.   Right.

13    A.   Okay.  I'm there.

14

Radames Lopez                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 265

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 266

1

12          MS. BLAS:  Objection; lack of foundation and

13     calls for a legal conclusion.

14          T

Radames Lopez                               July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 267



1

2

3          MS. BLAS:   Objection; foundation, calls for a

4     legal conclusion.

5

16          MS. BLAS:   Objection; form, misstates

17    testimony.

18

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 268



7        MS. BLAS:  Objection to foundation; calls for a

8    legal conclusion.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 269

```
 1  ████████████████████████████████████████

    ██████████████████████████████████████

    ███████████████████████████████████

    ████████████████████████████████████████

    ███████████████████

    ████      ██████

    ████  ████████████████████████████

    ██████████████████████

 9       MS. BLAS:  Objection; speculation, calls for a

10  legal conclusion.

11       T██████████████████████████████

    █████████████████

    ██████████████████

    ████  ████████████████████████████████

    ██████████

16       MS. BLAS:  Objection; vague.

17  █████████████████████████████████

    ██████████████████████████████

    ███████████████████████████████

    ████████████████████████████████

    █████████████████████

    ██████████████████

    ████  ████████████████████

    ████  ███████████████████████████

    ████  █████████████████████████████
```

Radames Lopez                                     July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 270



```
 1
         MS. BLAS:  Objection; vague, lacks foundation,
 7   calls for speculation.
 8
18         MS. BLAS:  Objection; vague.
19
```

Page 271



5          MS. BLAS:  Objection; vague.

14          MS. BLAS:  Objection; calls for a legal

15     conclusion, lacks foundation.

22          MS. BLAS:  Same objection.

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 272



1

2

3

4

5

6          MS. BLAS:  Objection; vague, legal conclusion,

7      incomplete hypothetical, calls for speculation.

8

9

10

11

12

13

14

15

16

17

18          MS. BLAS:  Objection; vague, foundation,

19      speculation.

20

21

22

23

24

25

Page 273



1

2          MS. BLAS:  Objection to the extent it assumes

3      facts.

4

13         MS. BLAS:  Objection; calls for a legal

14     conclusion.

15

20         MS. BLAS:  Objection; asked and answered.

21

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 274



1

 

 

 

 

 

 

 

9       MS. BLAS:  Objection; foundation, calls for a

10   legal conclusion.

11

 

 

 

 

 

 

 

 

20       MS. BLAS:  Objection; calls for speculation,

21   incomplete hypothetical.

22

Page 275



7        MS. BLAS:  Objection; calls for speculation,

8    lacks foundation.

Radames Lopez                                      July 18, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 276

1          MS. BLAS:  Objection; calls for speculation,

2      lacks foundation, incomplete hypothetical.

3   BY MR. LAVIN:

4      ██    ████████████████████████████

  ██   ██    ██████████████████████████████████████

  ██   ████████████████████████████████████████

  ██   ███████████████████

  ██   ██    ███████████████████████████████

  ██   ███████████████████████████████████████

  ██   █████████████████████████████████████████████

11         MS. BLAS:  Same objection; misstates testimony.

12     ███████████████████████████████

  ██   ████████████████████████████

  ██   ██████████████████████

  ██   ██████████████

  ██   ██    ██████████████████████████████████████

  ██   ██████████████████████████████████████████

  ██   ██████████████████

19         MR. CAESAR:  Objection; lack of foundation,

20     argumentative.

21         MS. BLAS:  Join.

22     ██████████████████████████████

  ██   ███████████████████████████

  ██   ████████████

  ██   ██    ██████████████████████████████████████

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 277



15          MS. BLAS:  Objection; misstates testimony.

16

Page 278

1        MS. BLAS:  Objection; argumentative, misstates

2     the document, misstates testimony.

3     ████████████████████████████████████████

      ████████████████████████████████████████████████

      ████████████████████████████████████████████

      ████████████████████████████

7        MR. LAVIN:  Let us go to the next exhibit.

8        This exhibit was used in another deposition,

9     but it is here, Exhibit 28, and it bears Bates

10    numbers UBH000601 through UBH000951.

11       I think we're going to jump ahead to page 31

12    and 32.

13       (Plaintiffs' Exhibit No. 28 was marked for

14    identification.)

15       MS. BLAS:  Matt, you're referring to the

16    internal page numbering?

17       MR. LAVIN:  Yes, I'm sorry.  That's right,

18    because they're kind of similar.  So let's do 634

19    through 635.

20    BY MR. LAVIN:

21    ██    ████████████████████████████████████████████

      ██████████████████████████████████████████████████

      ██    ████████████████████████████████

      ██      ████████████████████████████████████████

      ██    ████████████████████████████████████████████

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 279

1

11       MS. BLAS:  Objection; calls for a legal

12   conclusion, lacks foundation, vague.

13

21       MS. BLAS:  Objection.

22       MR. CAESAR:  Objection; form, misstates his

23   testimony.

24   BY MR. LAVIN:

25

Radames Lopez                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 280



Page 281

1    ██████████████████████████?

2         MS. BLAS:  Objection; vague, calls for

3    speculation, asked and answered.

4         MR. CAESAR:  -- conclusion as well.

5         THE CERTIFIED STENOGRAPHER:  I'm sorry, Mr.

6    Caesar?

7         MR. CAESAR:  Objection; calls for a legal

8    conclusion as well.

9         ████████████████████████████████████

██   ██████████████████████████████████████████

██   ███████████████████████████████████████

██   ██████████████████████████████████████████

██   ████████████████

██   ████  ██████████████████████████████████

██   ██████████████████████████████████████

██   ██████████████████████████████████████

17        MS. BLAS:  Objection; asked and answered,

18   misstates testimony.

19   BY MR. LAVIN:

20        ████   ██████████

██   ████   ████████████████████████████████████

██   ███████████████████████████████████████

██   █████████████████████████████████████████

██   █████████████████████████████████████████

██   █████████████████████████████████████

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 282



1

10          MS. BLAS:  Objection; misstates testimony.

11          THE WITNESS:  I'm sorry.  Could you please

12      restate that?  I didn't get it all.

13  BY MR. LAVIN:

14

16          MS. BLAS:  Same objection.

17

24          MS. BLAS:  Objection --

25          T

Radames Lopez                               July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 283

1    ████████████████████████████████████

2    BY MR. LAVIN:

3        Q.   So the next exhibit I'm going to ask Nicole to

4    introduce, and it's going to be a recording.

5             I think you mentioned that sometimes in the

6    course of your employment you listen to recordings,

7    right, from member services and provider services?

8        A.   Yes.

9             MR. LAVIN:  So my -- now, Nicole, what is the

10       Bates number for this?

11            MS. WEMHOFF:  The Bates number for this is

12       CS-VOB-225.

13            MR. LAVIN:  Okay.  And I'll represent that this

14       was produced to us by United, and so it's going to

15       be Exhibit 29.

16            (Plaintiffs' Exhibit No. 29 was marked for

17       identification.)

18            MR. LAVIN:  And can you, Nicole, when you play

19       this, just -- the court reporter is going to have to

20       take it down, so can you also mention where you are

21       in the recording?  Because it's a long recording;

22       right?

23            MS. WEMHOFF:  Yes, it's about 25 minutes.

24            MR. LAVIN:  Okay.  Does it cover multiple

25       patients or just one patient?

Page 284

1         MS. WEMHOFF:  Just one patient.

2         MR. LAVIN:  But she's going to move around.  We

3    can play the whole thing, but I think she's just

4    going to just play the salient portions of it.

5         MS. BLAS:  I'll just object that CS-VOB-225

6    does not appear to be a United Bates number, so I'm

7    not sure.

8         MR. LAVIN:  So I believe this is something

9    United has produced to us that it received from a

10   provider, possibly.

11        MS. BLAS:  Okay.

12        MR. LAVIN:  So it may be a Bates number

13   assigned to it by a provider.

14        MS. BLAS:  Thanks.

15        MR. LAVIN:  And where are you starting?

16        MS. WEMHOFF:  I am going to start at 30 seconds

17   in.

18        MR. LAVIN:  And I'll just ask that every time

19   you move it, that you announce where you are.

20        MS. WEMHOFF:  Sure.  Actually, I think we're

21   going to start from the very beginning so that we

22   understand who the facility is and who is calling.

23        (The following is transcribed from an audio

24   recording shared over the Zoom conference.)

25        (Recording playing.)

Page 285

18        (Recording paused.)

19        MS. WEMHOFF:  Okay.  Stop time is 56 seconds

20    in.  We are going to move ahead to 12 minutes and

21    45 seconds into the recording.

22        MR. LAVIN:  Well, do they discuss the employer

23    at the beginning of that recording?

24        MS. WEMHOFF:  They do not.  This was one of the

25    sample patients.

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 286

1          (Recording playing.)

2          ████████████████████████████████

█          ██████████████████

█          █████████████████████████████████

█          █████████████████████████

█          ██████████████████

█          ██████████████████████████

█          █████████████████████████████████

█          ████████████████████████████

█          ██████████████████

11         (Recording paused.)

12         MS. WEMHOFF:  We are now going to move ahead to

13     16 minutes and 50 seconds into the recording.

14         (Recording playing.)

15         ██████████████████████████████

█          ████████████████████

█          ██████████████████████████

█          ████████████

█          ██████████████████████████████

█          █████████████████████████████

█          ████████████████████

█          █████████████████████████████

█          ████████████████████████████

█          ███████████████████

█          █████████████████████████████

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 287



1

7          (Recording paused.)

8          MS. WEMHOFF:  We're now going to move ahead to

9     18 minutes and 40 seconds in.

10         (Recording playing.)

11

Radames Lopez                                               July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 288

1     ████████████████████████████████

      ████████████████

      █████████████████████████████████████

      ██████████████████████████████████

      ███████████████████████

      ██████████████████████████

      ███████████

8             (Recording paused.)

9             MS. WEMHOFF:  And that's the end of the

10     recording.

11             MR. LAVIN:  Well, that's not the end of the

12     recording.  That's just the --

13             MS. WEMHOFF:  That's just the end of where we

14     are going to be playing.  That ended -- we're at

15     19 minutes and 58 seconds of the 24 minutes and 24

16     -- 27 second recording.

17             MR. CAESAR:  All right.  So as I appreciate it,

18     we don't have any information about anything

19     involved with this particular claim?  I mean, is

20     this tied to a claim?  This is the first time I've

21     heard it.  So what are we talking about?

22             ███████████████████████████

       ██████████████████████████████

       ███████████████████████████████

       ██████████████████████████████████

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 289

1   ███████████████████████████████████████

 ██  ████████████████████████████████

 ██  ██████████████

 ██  ██   █████████████████████████████████

 ██  ███████████████████████████████████████████

 ██  ██████████████████████

7            MS. BLAS:  Objection; lacks foundation, calls

8       for speculation.  I'll just lodge an objection to

9       this whole line of questioning because we didn't

10      listen to the whole recording, but you can continue.

11           MR. LAVIN:  How much time -- we could find how

12      much time is left.  I will listen to the whole

13      recording.  We can play it.

14           Do we know how much time is left on the record?

15           THE VIDEOGRAPHER:  Give me one second, please.

16           MR. CAESAR:  I was going to mention that,

17      because I've just been following in real-time, and I

18      appreciate the difficulty you're having, Ms. Court

19      Reporter.

20           MR. LAVIN:  Well, we can listen to it

21      separately and we don't have to do the whole one

22      right now.  Ms. Blas can listen to it in its

23      entirety and let us know afterwards what her

24      objections are.

25      BY MR. LAVIN:

Radames Lopez                              July 18, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 290

1      Q.   But are you familiar with what PHP and IOP

2   services are, Mr. Lopez?

3          MS. BLAS:  Objection; foundation.

4          THE WITNESS:  No.

5   BY MR. LAVIN:

6   ▮▮     ████████████████████████████████████████

▮   ████████████████████████████

▮   ▮▮     ███████████████████████████████████

▮   ▮▮     █████████████████████████████████████████

▮   ████████████████████████████████████████████████

▮   ███████████████████████████

12         MS. BLAS:  I'll just lodge an objection that we

13   didn't hear the whole recording.

14         MR. LAVIN:  Sure.

15   ████████████████████████████████████████

▮   █████████████████████████████████████████

▮   █████████████████████████████████████████

▮   ██████████████████████████████████████

▮   ██████████████████████████████████████

▮   ████████████████████████████████

▮   █████████████

▮   ▮▮     █████████████████████████████████████

▮   ██████████████████████████████████████

▮   ██████████████████

25         MS. BLAS:  Objection; calls for speculation,

Veritext Legal Solutions

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 291

1        vague.

2



19            MS. BLAS:  Objection based on it misstates

20       testimony.

21

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 292

1

6          MS. BLAS:  Objection; foundation, speculation.

7      We don't have the whole recording to listen to it.

8

17         MS. BLAS:  Same objection.

18

25         MS. BLAS:  Objection; foundation, calls for

Radames Lopez                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 293



1     speculation, vague.

2

8          MR. CAESAR:  Form.

9          T

10    BY MR. LAVIN:

11

23          MS. BLAS:  Objection; vague, speculation.

24

Page 294



1   BY MR. LAVIN:

2

4        MS. BLAS:  Objection; vague, speculation.

5

20        MS. BLAS:  Objection.

21

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 295

1

2

3

4

5

6

7          MS. BLAS:  Objection; misstates testimony.

8   BY MR. LAVIN:

9

10

11          MS. BLAS:  Same objection.

12

13

14

15

16

17          MR. LAVIN:  I don't have any further questions.

18          MS. BLAS:  Can we take ten minutes?

19          MR. LAVIN:  Yes.

20          THE VIDEOGRAPHER:  All right.  Going off the

21   record, the time is 6:59.

22          (Brief recess.)

23          THE VIDEOGRAPHER:  All right.  We are now back

24   on the record.  The time is 7:25.

25                    CROSS-EXAMINATION

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                    Page 296

 1   BY MS. BLAS:

 2       Q.   Hello, Mr. Lopez.  Just a couple of quick

 3   questions for you.

 4   ████████████████████████████████████

 ▋   ████████████████████████████████

 ▋     ███   ████████████████

 ▋     ███   ██████████████████████

 ▋   ████████████████████████████████████████████

 ▋   ███████████████

10       MR. LAVIN:  No.  Objection, outside the scope.

11   I never asked about that.

12   ██████████████████████████████████

▋   ███████████████████████████████████

▋   █████████████████████████████████████████

▋   ████████████████████████

16       MR. LAVIN:  Object -- ask your question.

17   BY MS. BLAS:

18     ███   █████████████████████████████████████

▋   ████████████████████████████████████████

▋   ███████████████████████████

21       MR. LAVIN:  I'm going to object to this

22   question.  First of all, it's leading.  Second of

23   all, I didn't ask or show the witness any EOBs or

24   ask about provider charges.

25       MS. BLAS:  I believe you did.  I'm happy to

Radames Lopez                                         July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 297

1      point you to where in the transcript it occurred,

2      but there was some questioning on this with respect

3      to balance billing.

4          MR. LAVIN:  Objection; again, outside the

5      scope.  I never had this line of questioning, but go

6      ahead.

7  BY MS. BLAS:

8      Q.   Mr. Lopez, do you need the question read back?

9      A.   Yes, please.

10         (Read back.)

11         T███████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████

███████  █████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████

███████  █████████████████████████

███████  █████████████████████████████████████████████

███████████████████████████████

21         MR. LAVIN:  Objection; leading.

22         █████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████

███████  ████████████████████████████████████

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 298

1 ████████████████████████████████████████

2 ████████████████████████

3          MR. LAVIN:  Objection; leading.

4              ████████████████████████████

5 ████████████

6     ██    ██████████████████████████

7 ████████████████████████████████████████████

8 ████████████████████████████████████

9          MR. LAVIN:  Objection; foundation, leading.

10         T████████████████████████████████

11        ████████████████████████████████

12        ████████████████████████████████████

13        ████████████████████████████████████

14        ██████████████.

15          MS. BLAS:  Nothing further.

16                  REDIRECT EXAMINATION

17 BY MR. LAVIN:

18     Q.  Just one question for you, Mr. Lopez.  Some

19 providers do balance bill; correct?

20          MS. BLAS:  Objection; calls for speculation.

21          THE WITNESS:  Yes, there's providers that do

22     balance bill, but not all.

23          MR. LAVIN:  No further questions.

24          MR. CAESAR:  And I have no questions at this

25     time.

Radames Lopez                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 299

1          MR. LAVIN:  Thank you, Mr. Lopez.  Can we go

2     off the record?

3          THE VIDEOGRAPHER:  Going off record, the --

4          MR. CAESAR:  On the record, I want to make it

5     clear this is subject to the protective order in the

6     case and is being designated temporarily as

7     confidential, attorneys eyes only, until further

8     steps pursuant to the protective order can be taken.

9          MR. LAVIN:  Plaintiffs are fine with that.

10          Can we go off?

11          THE VIDEOGRAPHER:  All right.  Going off the

12     video record, the time is 7:29 p.m.

13          MR. LAVIN:  Thanks, Mr. Lopez.

14          THE CERTIFIED STENOGRAPHER:  Mr. Lavin, do you

15     want this transcribed regular delivery?

16          MR. LAVIN:  Sure, but can we get a rough, too?

17          THE CERTIFIED STENOGRAPHER:  Yes.  And

18     Ms. Blas?

19          MS. BLAS:  We'll also take a rough, please.

20     Regular delivery is fine otherwise.

21          MR. CAESAR:  We'll also take a rough and

22     regular delivery.

23          (The deposition was concluded at 7:30 p.m.)

24

25

Page 300

1                        CERTIFICATE OF OATH
2
3    STATE OF FLORIDA:
     COUNTY OF SEMINOLE:
4
5        I, Emily W. Andersen, RMR CRR FPR, Stenograph
     Shorthand Reporter, certify that RADAMES LOPEZ appeared
6    before me via videoconference on July 18, 2022 and was
     duly sworn.
7        WITNESS my hand and official seal this 31st day of
     July, 2022.
8
9    Identification:
         Produced Identification
10       Florida Driver's License
11
12

13       _____
         EMILY W. ANDERSEN,
14       Notary Public State of Florida
         Commission No. GG 258112
15       Expires October 14, 2022
16
17
18
19
20
21
22
23
24
25

Page 301

1                      CERTIFICATE OF REPORTER
2     STATE OF FLORIDA:
      COUNTY OF SEMINOLE:
3
4         I, Emily W. Andersen, RMR CRR FPR, Stenograph
      Shorthand Reporter, certify that I was authorized to and
5     did stenographically report the foregoing deposition of
      RADAMES LOPEZ; that the review of the transcript was
6     requested; and that the foregoing Pages, 4 through 299,
      inclusive, are a true and complete record of my
7     stenograph notes.
8         I further certify that I am not a relative or
      employee of any of the parties, nor am I a relative or
9     counsel connected with the parties' attorneys or counsel
      connected with the action, nor am I financially
10    interested in the outcome of the action.
11        DATED this 31st day of July, 2022.
12
13
14
15
16
                                  _Emily W. Andersen_
17    _____
                                  Emily W. Andersen, RMR CRR FPR
18                                Stenograph Shorthand Reporter
19
20
21
22
23
24
25

Page 302

1                        ERRATA SHEET

2

   CASE NO.:          4:20-cv-02254-YGR
3  CASE STYLE:        LD, DB, BW, RH and CJ, on
                      behalf of themselves and all
4                     others similarly situated vs.
                      United Healthcare Insurance
5                     Company, et al.
   DEPOSITION OF:     RADAMES LOPEZ
6                     July 18, 2022
7       At the time of the reading and signing of the
   deposition, the following changes were noted.

8
9  PAGE #   LINE #     CORRECTION        REASON
10 ---------------------------------------------------------
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 Under penalties of perjury, I have read my deposition in
   this matter and that it is true and correct, subject to
23 any changes in form or substance as reflected above.
24 Dated:_____   Signed:_____
25

Page 303

1                         August 1, 2022
2
        MR. RADAMES LOPEZ
3   c/o  Lauren Blas, Esquire
        Gibson Dunn
4       333 South Grand Avenue
        Los Angeles, California 90071
5       lblas@gibsondunn.com
6   Re:  July 18, 2022 Deposition of RADAMES LOPEZ
        LD, DB, BW, RH and CJ, on behalf of themselves and
7   all others similarly situated vs. United Healthcare
    Insurance Company, et al.
8
    Dear Sir:
9
          This above-referenced transcript is available for
10  review.  The witness should read the testimony to verify
    its accuracy.  If there are any changes, the witness
11  should note those with the reason on the attached Errata
    Sheet.  The witness should, please, date and sign the
12  Errata Sheet and e-mail to the deposing attorney as well
    as to Veritext at Transcripts-fl@veritext.com and copies
13  will be e-mailed to all ordering parties.
          It is suggested that the completed errata be
14  returned 30 days from receipt of testimony, as
    considered reasonable under Federal rules; however,
15  there is no Florida statute to this regard.
          If the witness fails to do so, the transcript may
16  be used as if signed.
17
                        Sincerely,
18
                        _____
19                      Emily Andersen, RMR CRR FPR
                        Veritext
20
    cc:  Matthew M. Lavin, Esquire; Craig Caesar, Esquire
21
    *Federal Civil Procedure Rule 30(e)/Florida Civil
22  Procedure Rule 1.310(e)
23
24
25

Radames Lopez                                        July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[& - 2019]**                                        Page 1

| & |
| --- |
| **&**   9:11,13,14,16 |

| 0 |
| --- |
| **0001**   105:7 |
| **000951**   7:22 |
| **016667**   5:9 |
| **016842**   5:14 |
| **02254**   1:3 302:2 |
| **030973**   5:16 |
| **08593**   5:21 |
| **08915**   6:10,18 |

| 1 |
| --- |
| **1**   5:3 7:17 |
| 104:22 149:22 |
| 232:2 254:6 |
| 303:1 |
| **1,000**   41:21 |
| **1,200**   103:19 |
| **1,333**   186:3 |
| **1,420**   236:6 |
| **1,500**   41:21,25 |
| **1.1**   105:7 |
| **1.310**   303:22 |
| **1/1/21**   146:15 |
| 224:15 225:3 |
| 227:19 |
| **10**   4:3 5:21 6:15 |
| 7:14 163:4,7 |
| **10/30/2018** |
| 183:3 |
| **10/4/2017**   114:2 |
| **100**   164:20 |
| **1000**   2:4 |
| **104**   5:3 |
| **1050**   2:18 |
| **106**   5:4 |

**10:00**   224:10
**10:15**   1:16 9:6
**10:25**   17:3
**10:26**   17:6
**10:52**   35:18
**10:54**   35:21
**11**   6:1 176:1,4
**11/4/20**   226:3
**1121229003**
   182:13
**113**   5:6
**11450**   6:8
**117**   5:7
**11:29**   63:15
**11:44**   63:19
**12**   6:3 177:23
   178:1 285:20
**122**   5:10
**128990**   5:7
**129**   5:12
**13**   6:6 181:4,7
   193:8
**13258**   6:13
**136**   5:14
**13710**   6:3
**14**   5:15 6:8,18
   7:4 137:9 191:4
   191:7 300:15
**14019**   6:5
**149**   5:17
**1497**   265:7
**1498**   264:7
**1499**   263:21
   264:4,8,11
   265:25
**15**   6:11 195:5,25
   197:19,21
   198:16,24

**1536**   268:11,14
   268:17
**155833**   7:3
**158**   5:19
**16**   6:13 21:18,23
   21:25 197:22,24
   198:17 286:13
**16225**   7:17
**163**   5:21
**16664**   5:11
**16837**   134:5
**16839**   135:9
**17**   6:4,16 160:14
   219:12
**170**   164:23 166:2
**176**   6:1
**177**   6:3
**1775**   2:4
**17th**   178:8
**18**   1:15 6:19 7:2
   144:6 174:5
   199:10,11,14
   211:7 224:9
   287:9 300:6
   302:6 303:6
**181**   6:6
**187991**   5:24
**18th**   9:5
**19**   5:8 6:21
   211:8,12 223:18
   288:15
**191**   6:8
**195**   6:11
**197**   6:13
**198**   6:16
**199**   6:19
**19th**   201:13,14

**1:05**   122:15,16
**1:55**   122:17,19
**1st**   150:11

| 2 |
| --- |
| **2**   5:4 105:23,25 |
| 105:25 106:5,9 |
| 224:14 225:2 |
| **20**   5:18 6:9,17 |
| 7:1 19:19 43:21 |
| 43:23 223:19,19 |
| 223:21 |
| **2000**   3:1 |
| **20006**   2:4 |
| **20036**   2:19 |
| **2015**   288:2 |
| **2016**   19:9,24 |
| 20:2 107:8 |
| **2017**   7:20 115:18 |
| 264:3 267:1 |
| 268:5 271:1 |
| 274:4 289:1 |
| **2018**   5:9,11,13 |
| 5:15,18,20,23 |
| 6:2 7:7 118:10 |
| 126:7,8,12 137:9 |
| 144:6 145:4 |
| 148:14,25 |
| 149:19,22 |
| 150:11 159:5,21 |
| 160:15 173:25 |
| 174:1,8,17,25 |
| 177:8,18 188:22 |
| 226:20 |
| **2019**   6:4,7,9,12 |
| 6:15,17,20 7:9 |
| 7:14,21 175:14 |
| 178:8 189:18 |

Radames Lopez
July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[2019 - 50]**

Page 2

200:18 201:24
201:25 202:1
205:23 207:15
210:7 213:10
237:16 250:9
268:4 278:23
**202**   2:5,19
**2020**   6:23 7:2,12
7:17 42:25
211:19 219:12
220:10 224:10
240:19 254:7
**2021**   7:4 254:7
**2022**   1:15 9:5
103:19 300:6,7
300:15 301:11
302:6 303:1,6
**204546**   7:7
**208**   106:7
**20866**   5:5
**20th**   144:6
**21**   7:3 194:15
206:1,7 210:11
231:17,19,22
**211**   6:21
**213**   2:15
**216**   252:21 253:1
**22**   5:11,13,20 7:6
159:5 234:22,25
235:2
**22271**   6:23
**223**   7:1 261:3
262:6
**225**   7:23 262:7
283:12 284:5
**22707**   300:12
301:16

**229-7503**   2:15
**23**   7:8 200:21,25
200:25 201:2,6
201:13,14,25
237:4,5,7
**231**   7:3
**234**   7:6
**23551**   7:12
**237**   7:8
**239**   7:10
**24**   6:12 7:10
172:12 239:20
239:21,24 243:5
248:3 288:15,15
**25**   7:13 206:1,7
208:18 210:11
249:23 250:2
283:23 288:22
288:24
**250**   7:13
**251602**   7:20
**253**   7:15
**25614**   6:21
**258112**   300:14
**26**   7:15 253:22
253:23
**262**   218:11
**263**   7:18 219:11
**267**   220:25,25
221:20,21
**269**   221:25
**27**   7:18 263:15
263:17 288:16
**278**   7:21
**28**   7:21 278:9,13
**283**   7:22
**29**   7:22 283:15
283:16

**295**   4:3
**298**   4:4
**299**   301:6

**3**

**3**   5:6 107:8
112:24,24,25
113:1,4
**30**   284:16 303:14
303:21
**30,000**   166:7
**300**   4:4
**301**   4:5
**302**   4:5
**303**   4:6
**30972**   137:1
**31**   7:11 240:18
278:11
**31st**   300:7
301:11
**32**   278:12
**333**   2:14 303:4
**33772**   7:5
**345**   2:9
**3458**   10:18
**34638**   10:19
**3549**   241:18
**360**   59:5 84:2
**365**   3:1
**37937**   6:15
**38420**   7:10
**38460**   250:21
**38463**   7:15
**39**   135:18
**3:38**   194:23
**3rd**   110:21

**4**

**4**   5:7 7:7 117:15
117:20,23
205:23 288:2
301:6
**40**   145:15 183:7
226:24 287:9
**400**   116:6,16
**40th**   16:4 145:9
146:10,12
149:24 150:11
150:23 151:1
177:19 187:1,6
187:17 226:14
226:16,22
228:12,24 255:7
**41**   136:10
**415**   2:10 238:19
**45**   285:21
**460**   252:18
**49**   181:25
**4:03**   195:1
**4:05**   195:20
**4:06**   195:23
**4:13**   199:4
**4:16**   199:9
**4:20**   1:3 302:2

**5**

**5**   5:10 6:7,20
122:21,25,25
123:11,19
**5,000**   142:21
143:11,13
**5,800**   166:7
**50**   102:20,25
286:13

**[500 - actual]**

Page 3

**500**  115:24 116:2
  142:21 143:9,13
  236:6
**504**  3:2
**50th**  145:8
  176:13
**5114**  239:2
**54**  107:21
**545**  235:25
**55**  107:23
**56**  110:12 285:19
**57**  111:13,17
**58**  288:15
**584-9272**  3:2
**5:25**  242:25
**5:27**  243:3
**5:55**  263:9

**6**

**6**  5:12 7:9
  129:24 130:2
**60**  226:24
**60th**  16:4 145:15
  146:4,11 150:23
  151:1 176:12,13
  177:14,19
  226:14,16,22
  227:16,20
  228:11,24 255:7
**61**  126:15
**613**  203:23 204:9
**614**  209:6
**63**  124:16
**63030**  239:1
**634**  278:18
**635**  278:19
**66**  106:8

**677-4030**  2:5
**678-5050**  2:10
**6:12**  263:12
**6:59**  295:21
**6th**  237:15

**7**

**7**  5:14 6:2
  136:22 137:1
**7/10**  216:11
  217:7
**70130**  3:2
**7:25**  295:24
**7:29**  299:12
**7:30**  1:16 299:23
**7th**  135:5

**8**

**8**  5:17 6:22
  149:9,12
**80**  170:19 286:8
**800**  101:13
**80th**  146:25
  148:5
**832**  225:23
**84**  163:19 164:15
**855**  108:11
**87**  173:14
**887-3688**  2:19
**8th**  211:19

**9**

**9**  5:19 158:21,24
  201:24
**9/19/19**  251:13
**90**  63:11 141:13
  286:23
**90071**  2:15 303:4
**90th**  148:6 183:5
  183:5 292:22

**94102**  2:9
**973**  141:1
**98**  264:11
**986**  171:25

**a**

**a.m.**  1:16 9:6
  63:19 224:10
**aaron**  2:2 9:12
**aaron.modiano**
  2:6
**abe**  285:1,1,8,11
  285:15 286:2,5
  286:10,15,19,24
  287:2,6,11,17,20
  287:23 288:3,7
**ability**  224:16
**able**  23:5 32:21
  45:6 68:21
  72:12 123:21
  131:7 166:21
  213:1 235:8
  247:22 264:21
  266:25 267:6
  268:3 279:9
  280:2,10,20
  281:9 292:9
  294:6
**absolutely**  118:3
  231:24
**abuse**  206:2,7
  210:11 235:20
  235:22 285:4
**accepting**  210:16
**access**  12:21
  58:14,18,22 59:6
  60:10,12 77:3
  90:19,21,22

**156:7,9 185:20
  185:22 200:21
**accessed**  111:25
**accesses**  61:22
**accessing**  90:25
  268:5
**account**  27:16
  27:17 31:11
  56:25 60:13
  76:10 77:15,21
  78:17 83:17,22
  85:2 119:2,6
  120:25 121:8
  124:9,12,19,20
  127:21,25
  128:11,24
  184:17 185:2
  218:16,20 228:4
  232:15,15
  240:11 244:18
  244:23 245:8
**accuracy**  303:10
**accurate**  68:13
  68:25 74:18
  125:20
**accurately**  75:15
  139:19,24
**accustomed**
  222:17
**acquired**  135:2
**acronym**  63:24
  208:16
**acronyms**  59:25
  119:25
**action**  301:9,10
**activities**  29:25
**actual**  93:5,12
  109:25 145:7

148:5 166:4
170:18,23 200:3
205:1 214:16
215:6 264:20,24
268:12

**acupuncture**
266:23

**adams** 222:7,9

**add** 55:25
137:20,22 139:7
139:13 159:7
162:20 214:14

**added** 159:15
161:3 217:23
240:11

**adding** 145:16

**addition** 159:10

**additional** 27:16
46:9 56:1 69:12
145:17 165:13
172:18 180:19
183:20 203:25
206:25 207:2
209:13 210:15
225:16 230:13
240:11 248:14
254:24

**address** 10:17,18
82:6 130:17,18
178:12 217:8
218:3

**addresses** 131:1
213:23 221:2
224:4

**addressing**
244:3

**adjusted** 193:11
205:17 207:12

**adjustment**
191:25 205:1

**adjustments**
191:18,20,21
192:2,4 204:22
205:3,12,15

**administrative**
54:8,21

**adopted** 161:1,3
224:19

**advance** 266:7

**advice** 100:19
101:13 207:3

**advised** 161:14

**advocacy** 24:6
24:10,13 91:12
91:14,18 92:20
95:7,19 96:4
98:11 100:14
191:23,24
202:22

**afraid** 12:7

**afternoon**
122:18

**agenda** 178:9

**agg.com** 2:5,6,6

**aggregated**
192:18

**ago** 19:20 42:24
43:18 106:22
118:10 125:16
156:12 210:7
232:10 235:11

**agree** 124:3
129:14 142:4
147:12 183:10
206:6 245:20,21
245:25 247:9

255:14 273:17
281:14 292:8

**agreed** 207:13
209:20,21,25
210:2,4,4 275:12
275:13,15,18

**agreement** 54:21
90:19 114:11
116:15

**agreements** 54:8

**agrees** 210:24

**ah** 285:1

**ahead** 11:6
44:14 48:12
76:8 89:5 96:21
98:14 151:17
165:5 188:25
217:19 220:24
258:14 278:11
285:20 286:12
287:8 297:6

**aids** 266:24

**aiken** 2:17 199:6

**aikin** 9:18

**al** 5:8,13,18 6:12
6:14,22 7:2,11
7:16 9:4 302:5
303:7

**alejandro** 3:9

**aligned** 23:4
56:14

**aligns** 45:1

**allow** 123:12
178:3 181:9
231:23 240:1
253:25

**allowable**
268:19 286:20

**allowance**
268:19

**allowed** 96:17
141:10 153:9

**alpha** 172:8
261:18,18

**altamonte** 17:16

**altered** 92:1

**alternate** 23:25
258:23 265:12
265:14

**ambulance**
266:24

**ambulatory** 42:5
45:12

**america** 7:18
264:2

**amount** 92:12,13
96:15,17 97:11
97:12 100:25
101:23 103:1
109:9 141:10
153:9 192:6
207:13 268:19
268:20 286:20
296:18,19

**amounts** 93:11
93:15,15 97:10
224:17 296:15

**ampersand**
219:25

**anaka** 221:1,5
222:7

**analisa** 222:7,9

**analysis** 138:15

**analytical**
164:19 165:1
167:21 228:12

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[andersen - argumentative]**                          Page 5

**andersen** 1:19
300:5,13 301:4
301:17 303:19
**andrea** 136:9,13
**angeles** 2:15
303:4
**ann** 134:1
**announce**
284:19
**answer** 11:14,15
12:10 14:24
25:10,22 26:17
27:4 29:19 41:1
41:8 46:2 68:20
71:12 73:15
77:19 78:13
80:22 84:14
93:3 94:4 96:6
101:7 108:24
109:14 116:21
121:6 127:14,16
155:17 159:17
181:15 204:18
205:9 209:16
233:8 236:9
242:22 252:1
287:11 288:3
**answered** 37:22
38:11 40:14
41:13 43:2 48:5
49:17 50:11
51:5 75:1,7 79:7
79:22 88:24
97:15 126:9
136:3 142:12
162:19 170:10
188:23 189:9
194:18 203:18

220:21 225:4
236:15,16 239:6
247:12 248:23
260:7 262:23
273:20 281:3,17
**answering** 14:24
**answers** 41:5
62:5
**antoinette** 18:23
**anybody** 18:19
19:4 24:18
30:17 31:15
65:7 84:20
**anyway** 65:14
**apc** 44:17,21
50:25 172:4
173:18 174:24
239:1,14
**apcs** 47:23 50:20
50:21 51:3
**apologies** 60:4
226:25 275:20
**apologize** 16:22
**appeal** 119:10
119:13 124:10
182:19,21 183:3
201:20 202:3,14
203:16,21
204:24 209:19
224:16
**appealing**
205:25 206:13
207:19,24
208:18 210:10
**appeals** 119:22
126:24 183:6
200:3,6,7,9
202:6,12,15

203:8,9,10
205:25 208:11
210:9 246:3,6,8
246:11,15,20,20
246:22
**appear** 183:19
210:22 242:17
261:11 262:2
284:6
**appearances** 9:8
**appeared** 213:9
300:5
**appearing** 66:7
105:15
**appears** 111:16
114:24 123:18
124:11,22
132:18 133:11
137:13 140:12
140:15 181:22
182:19 183:7
185:8,18 186:9
207:16 216:9
217:5 232:22
237:18 247:17
252:19 267:7
**apple** 7:21 212:2
212:5,9,10,13,25
213:2 220:2,10
220:16 221:17
222:5 234:17,19
278:22 280:5,7
**applicable** 134:3
225:18 272:1,3
**applied** 92:19
292:11,23
**applies** 114:7
212:4 279:1

**apply** 26:21
92:16,17 115:17
272:12 298:11
**appreciate**
123:10 288:17
289:18
**appropriate**
83:23
**appropriately**
205:18
**approval** 84:10
84:17 99:5
266:7
**approve** 98:23
**approximate**
41:17 103:24
**approximately**
19:9 41:24
157:8 252:21
**archive** 58:7
**area** 10:16 20:19
62:12 65:19
92:14,15,25
93:13,20 94:9,11
94:12 141:12
185:10 186:10
269:4 271:12,20
272:5,17 274:7
275:6,12,13,25
276:10,17 279:6
**areas** 82:20
252:21 253:1
**argument**
293:19
**argumentative**
48:10 50:23
165:17,24 173:4
188:10 189:10

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[argumentative - aware]**                                    Page 6

253:11 260:18
276:20 278:1
**arizona**   185:10
186:10
**army**   119:24
**arnall**   2:3 9:10
9:12,13
**arrangement**
90:18 114:9
**arrangements**
21:2 114:9,10
**article**   124:24
**asa**   54:16
**asc**   104:2 145:8
145:15 146:9
176:15 177:8
**ascs**   176:14,21
177:19
**ase**   151:1
**ases**   150:23
**asked**   12:9 37:22
38:10 39:6
40:14 41:6,13
43:2 48:4 49:17
50:11 51:5 75:1
75:7 79:7,21
88:24 97:15
124:2 126:9
136:3 142:11
144:15 159:14
162:18 170:9
188:23 189:9
194:18 203:17
220:21 225:4
236:15,16 239:6
247:12 248:23
260:7 262:22
273:20 281:3,17

296:11 297:15
**asking**   39:3
124:8 132:9,12
132:15 139:1,5,6
141:6 180:14,19
183:23 201:12
204:12 233:6
255:10 296:8
**asks**   146:22
174:18
**aso**   20:24 21:3
21:14 33:10,14
34:1,7,18 36:8
37:2 42:14
43:24 54:3,8,9
54:13,25 55:16
55:22 58:18
59:7,9,14 75:15
77:7,16 84:10
92:1 109:7
115:12 116:7,9
120:25 121:12
131:25 146:15
149:23 150:11
151:14 152:1,3
152:13 153:16
154:9 155:2
170:19 176:12
176:12 184:14
188:17 189:18
250:25 251:20
252:12 262:8
**aspects**   281:22
**assigned**   74:5
172:8 284:13
**assistance**
131:16 132:9
182:13

**associate**   18:14
18:15 19:12,18
22:25
**associated**   261:9
296:4
**assume**   130:19
167:4 182:14
225:5
**assumes**   34:5
46:16 52:3 53:8
56:12 59:18
77:10 86:3
121:5 153:12
174:2 204:17
208:4 273:2
**assuming**   293:18
**assumption**
182:15 246:25
276:8
**atac**   104:9
**attached**   7:23
147:17 303:11
**attempting**   44:8
**attend**   224:22
225:6
**attendee**   224:23
224:25
**attendees**   224:10
**attention**   137:25
198:9
**attorney**   11:11
14:23 18:3
26:12 27:3
303:12
**attorneys**   13:7
13:17,19 299:7
301:9

**audio**   7:22 68:14
68:20 127:15
284:23
**audit**   40:17
**august**   5:15,18
5:20 7:9,14
135:5 137:9
144:6,6 145:4
148:14,25 159:5
159:21 160:14
237:15 250:9
303:1
**author**   113:25
**authority**   101:1
101:23 102:6
**authorized**
301:4
**automatic**
212:16
**available**   55:8
141:11 156:6
279:5 295:4,13
295:16 303:9
**avenue**   2:4,14,18
303:4
**avenues**   295:13
**aware**   31:12
42:13 45:24
46:3 62:17 63:9
78:14 86:24
95:2,15 128:1,12
128:15,21 165:4
165:25 166:13
166:17 167:12
169:4,5,8 171:21
180:25 214:5
224:24 229:11
258:12,15

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[aware - believe]**                                          Page 7

272:15 273:15
276:22 280:7
**awareness**
214:23

**b**

**b** 5:1 61:1 64:4
158:8 173:15
285:11
**back** 17:5 19:24
24:24,25 32:23
35:20 36:18
40:5,7 43:20
48:20 51:23
60:8 63:17 78:1
92:15,23 94:2
97:7 121:8
122:19,24
146:17 179:10
179:25 194:25
195:3,22 196:17
199:8 210:5
211:2 218:1,9
232:22 243:2,5
252:3,5 254:14
263:11 267:22
267:23 275:2
295:23 297:8,10
**backlog** 193:10
**balance** 25:6
26:1 27:9 94:16
94:21 95:10,20
96:1,3 97:21
99:16,17,19
202:7,20,21,25
203:6 233:7,9,14
296:20 297:3,12
298:19,22

**balanced** 25:2
25:11,19
**bar** 222:2 223:4
**barely** 259:9
**base** 169:22
270:14,14
**based** 18:12
37:13,17,19 38:6
38:8,13,17 60:22
73:11 90:2,9,18
92:24 93:8,9
94:7 118:17
137:21 183:4
203:19 204:24
261:15 266:22
267:5 269:1
270:9,13,14
271:2,11,20
273:22,25 274:6
274:17,18 275:5
275:15 276:8,10
276:13 277:1
279:5,13 291:12
291:19 292:16
**basic** 116:22
164:3
**basis** 78:7 155:9
196:16 246:15
246:22 264:16
265:2,12,13,18
265:22
**bates** 5:5,6,9,11
5:13,16,18,20,23
6:2,5,7,10,12,15
6:17,20,23 7:2,5
7:7,9,12,14,17
7:20,22,22 106:1
106:3,5 107:19

108:10 113:4
117:23 123:19
130:3 137:1
158:24 163:7
176:4 178:1
181:7 191:7
196:1 197:24
199:14 204:9
223:20 235:2
237:5 239:24
249:23 263:15
278:9 283:10,11
284:6,12
**battles** 247:20
**bay** 10:16
**bears** 106:1
113:4 123:19
137:1 158:24
176:4 197:24
278:9
**beat** 115:6
**beats** 115:2
**becky** 158:11
224:11
**beginning** 95:2
96:10 284:21
285:23
**behalf** 1:4 2:11
2:21 3:4 230:8
302:3 303:6
**behavior** 214:2
**behavioral** 1:9
27:20 28:5 39:7
39:11 42:7 63:5
71:15 99:13
102:4 130:25
131:4 205:13,19
207:17,18,23

208:2 213:23
214:5,8 216:10
216:12,15 217:6
229:9 235:14,18
**believe** 15:20
19:2,19,19 43:20
44:3 45:13 51:7
51:16 52:1,5
53:5 56:13
57:13,13,23 59:9
59:22 60:17
61:15 63:25
66:4 69:10
76:25 77:11
80:4,10 81:19
84:1,2,5 86:4
88:20 90:17
98:10 100:22
105:17 107:16
108:12 113:23
113:25 114:1
118:23 121:14
123:15 124:2,20
126:24 127:2,5,8
127:12,13,18,21
127:25 128:24
129:8 130:16,20
130:22 131:21
131:24 132:6,11
133:8 139:6
141:5 143:22
145:7,13,16,25
146:5 147:3,9
149:14 150:6,25
151:24 156:6
158:5,6 159:13
160:16 161:3,13
162:6 163:15,20

Radames Lopez

July 18, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

[believe - blas]

Page 8

165:11 167:8
169:21 174:7
175:3 176:13
177:6,13,21
181:16,17,20,22
182:16,23
185:13 196:10
197:1,4 198:7,8
200:2 205:21
207:11 211:4
212:1,7,23
215:12 217:16
227:22 228:16
228:23,25
233:11 241:4,16
241:25 250:16
252:16 255:9
257:17 262:24
269:7,14 278:3,4
278:5 284:8
291:6 296:12,25
297:11,18
**believes** 247:10
**bell** 32:1
**belt** 20:7,7,8,10
20:18
**benchmark**
114:3,4 115:2,19
116:3 124:25
129:12 170:5
270:12,12
**benchmarking**
116:25 117:3
**benchmarks**
33:25 169:18,22
169:22 170:8,14
273:6

**beneficiaries**
164:22 165:2
**benefit** 7:18 55:9
61:9 68:17
91:24 111:3
112:19 214:14
230:14 259:9
260:1,2,11,19
264:2 267:2
268:4 281:10,11
281:12 282:1,4
292:23
**benefits** 7:21
15:18 55:8,12
59:8 61:8 62:5
69:6,7,17 70:4,9
70:10 78:9,23
80:22 86:5 87:2
87:5 88:7 92:17
92:18 94:15
95:1,1,3,6,15
96:9 112:18
139:19,24
140:20 146:23
147:5 153:2
213:6 220:2,10
223:3 263:1
265:16,21
278:23 281:21
286:3,6 291:23
292:4,4,15 293:6
293:22 294:18
295:15
**berman** 6:12
196:7,21
**best** 156:19,20
204:13 291:4
294:13

**better** 61:3
105:21 156:17
186:23
**beyond** 56:25
131:14 185:25
208:8 216:20
226:9 292:19
**bh** 219:13
**bifurcate** 139:13
205:16
**big** 64:20,21
206:7
**bill** 27:9 94:21
97:21 99:16,19
102:19 103:2,3
153:8 202:20,21
233:9,14 297:12
298:19,22
**billable** 173:10
**billed** 25:2,6,12
25:18,19 28:24
28:24 95:10,20
96:1,16 97:11,22
99:17 176:25
177:5 236:5
266:22 296:20
**billing** 26:1 29:1
29:1 60:13
155:16 203:6
233:7 297:3
**bills** 94:16 96:3
202:7,25
**birth** 285:14
**bit** 91:8,15 93:1
156:18 159:8
172:3 176:17
198:20 240:4

**black** 20:6,7,8
20:10,18
**blas** 2:13 4:3
9:15,15 11:11
14:22 16:9 18:2
18:7 24:20 25:8
25:21 26:6
28:10 30:5,10,19
32:17 34:5,11,22
35:6 37:6,22
38:1,10,19 39:1
39:9,16,18,25
40:3,13,19 41:3
41:13 42:8,16
43:2,8 44:1,9,18
45:18 46:1,16,23
47:3,13 48:4,11
49:9,16,23 50:11
50:16,22 51:5,12
51:18 52:3,10,25
53:8,20,24 54:14
55:19,23 56:11
57:20 58:3
59:18 61:13,19
61:23 62:7,20
63:7,10 64:9,16
65:2,9 66:9,20
67:5,16,21 68:4
69:9,18,24 70:6
70:17 71:1,24
72:7 73:3,13,21
74:20 75:1,6,17
76:8,23 77:9,18
78:11 79:6,21
80:3,8,17 81:6
81:14,23 82:11
83:12,19 84:12
84:23 85:15,21

| | | | |
|---|---|---|---|
| 86:3,21 87:6,23 | 161:11 162:1,18 | 239:15 240:7 | **board** 217:24 |
| 88:9,14,24 89:5 | 163:23 164:9 | 241:3,15 242:6 | **bob** 289:1,2 |
| 89:12,19 90:6,16 | 165:3,5,8,18 | 242:19,21 | **bond** 196:7 |
| 91:2,19 93:2,22 | 166:15 167:6,14 | 243:12 245:9,15 | 197:2 |
| 94:3,18 95:12,22 | 167:23 168:6,11 | 245:24 246:9,23 | **book** 7:21 |
| 96:7,20 97:2,14 | 168:16,23 169:6 | 247:12 248:1,22 | 278:23 |
| 98:6 99:1,25 | 169:11,15,20 | 249:9,15 251:3 | **borrow** 156:22 |
| 100:8,20 101:2 | 170:2,9,25 | 251:22 252:15 | **bottom** 107:19 |
| 101:16,25 102:7 | 171:14,20 | 253:2,11,19 | 107:24 110:12 |
| 103:5,14,21 | 172:16,21 173:4 | 255:12 256:9,19 | 136:11 141:2 |
| 104:4 107:1 | 174:2,9,18 175:8 | 257:3,9 258:4,19 | 172:3 235:17 |
| 108:23 109:13 | 175:18 177:1,11 | 259:5,15,23 | **bought** 230:10 |
| 112:14 114:17 | 180:9 181:14 | 260:7,17 262:4 | **box** 112:7,12 |
| 114:23 115:9,20 | 183:14 184:2,8 | 262:22 263:6 | **boy** 158:8 |
| 116:19 117:17 | 184:20 185:16 | 266:12 267:3,16 | **bozzi** 7:1 224:3 |
| 118:19 121:2,5 | 185:23 186:13 | 268:7 269:9,16 | **bradley** 5:8,10 |
| 121:13,25 124:5 | 187:25 188:9,23 | 270:6,18 271:5 | 5:15,17,19 6:6,9 |
| 125:3,11 126:9 | 188:25 189:5,13 | 271:14,22 272:6 | 6:14,16,19 7:6,8 |
| 128:7,18 129:4,6 | 189:19 190:2 | 272:18 273:2,13 | 7:11,14,16 118:7 |
| 129:20 131:2,9 | 192:7 193:22 | 273:20 274:9,20 | 126:16 127:1,2 |
| 132:10,25 133:7 | 194:6,18 197:11 | 275:7 276:1,11 | 137:8 138:21 |
| 133:13 134:18 | 198:11 202:8 | 276:21 277:15 | 146:18 148:13 |
| 135:21 136:3 | 203:2,11,17 | 278:1,15 279:11 | 148:23 149:17 |
| 138:1,16 139:3 | 204:17 206:9,21 | 279:21 281:2,17 | 159:4 176:11 |
| 139:21 140:14 | 207:20 208:4 | 282:10,16,24 | 178:7 186:17 |
| 140:21 141:18 | 209:15 210:21 | 284:5,11,14 | 196:8 203:24 |
| 142:11,25 | 211:5 213:11,25 | 289:7,22 290:3 | 205:23 210:8 |
| 143:19 144:7 | 215:24 219:3 | 290:12,25 | 237:15 243:11 |
| 147:7,14 148:15 | 220:14,21 | 291:19 292:6,17 | 243:13 250:8 |
| 150:4,14 151:3,7 | 222:14 223:5,16 | 292:25 293:23 | 254:6 |
| 151:16 152:9 | 224:20 225:4,11 | 294:4,20 295:7 | **bradley's** 127:3 |
| 153:4,12,18 | 226:7 228:7,14 | 295:11,18 296:1 | 240:17 243:21 |
| 154:2,22 155:3 | 229:1,7,13,16,22 | 296:17,25 297:7 | **brandon** 196:7 |
| 155:21 156:14 | 230:6,19 231:10 | 297:14,24 298:5 | 196:21 |
| 156:17 157:3,11 | 232:7,18 233:15 | 298:15,20 | **break** 12:3,4,5,6 |
| 157:16,23 | 233:25 234:2,14 | 299:18,19 303:3 | 12:7,10 63:10,12 |
| 158:12 159:16 | 236:8,16,22 | **blur** 21:25 | 117:17 120:4 |
| 159:22 160:2 | 238:3,11 239:6 | | 143:16 190:19 |

**[break - calls]**                                                    Page 10

191:1 194:20
253:19 263:7
**breaking** 144:1
**brian** 224:10,11
**brief** 63:16
194:24 263:10
295:22
**bright** 111:7
**bring** 65:18
78:17 83:21
139:12 202:22
247:5,6 254:13
**bringing** 139:8,9
**broad** 91:21
277:24
**broadcast** 91:6
**broader** 109:8
215:3,4,9,21
**broken** 155:1
**broker** 120:6,11
**brokers** 120:13
**brought** 71:5
137:25 163:18
**bryant** 182:3,8,9
**bulk** 104:2
**bullet** 141:11
**bullets** 265:19
**bunch** 61:4
105:12 197:20
265:19
**burgers** 131:17
131:18,20,25
132:9
**burkhart** 6:22
211:18 213:18
213:19 215:1
219:11

**business** 49:1
73:24 84:8 91:5
130:15,16,22,22
134:15 144:18
144:22 181:23
183:19,23
184:22,25 185:5
192:11 212:8
215:13,15,18
216:1,17 218:7
219:6 244:1,6,9
244:10,12
246:12 254:19
254:21,25
**businesses**
134:22
**bw** 1:4 302:3
303:6

**c**

**c** 1:19 2:1 31:6
104:10 134:4
219:25 303:3
**caesar** 3:1 9:21
9:21 26:19 27:2
29:16 31:20
33:7 37:4 38:2
39:17,19 40:14
41:2 43:19 44:2
44:11 46:22
48:9 51:20
63:12 86:23
88:8,23 90:5,14
96:5 97:17
100:11 101:4
103:22 104:17
108:25 110:10
115:4 122:2

129:5,22 139:20
141:19 142:3,13
153:11 154:11
161:24 165:16
165:24 167:1
172:22 175:16
183:13 187:9,23
188:10,24 189:9
190:19,23
198:22 201:9,14
201:16 210:19
216:25 217:9
223:7 224:21
236:15 238:5,9
239:7 242:20
246:16 247:14
251:24 276:19
279:22 281:4,6,7
288:17 289:16
293:8 298:24
299:4,21 303:20
**caesar's** 40:2,3
201:23
**calculate** 211:3
259:2 273:11
**calculated** 53:18
96:17 153:9
154:1
**calculates**
174:15 252:22
253:9
**calculating**
171:19 187:21
**calendar** 164:22
**california** 1:1,9
2:9,15 303:4
**call** 20:6 62:2,9
62:18,22 69:16

69:17,23 70:9
72:4,16,19,20,24
73:1,2 74:7
80:19 82:5,18
95:11,20 97:22
99:15 100:5,6
107:20 120:3
153:24,25 185:3
187:3 214:25
216:11 217:7
259:13,14,16
280:17,22 282:3
282:20 291:17
293:5,16,24
295:5
**called** 33:11 55:2
59:5,21,22 60:23
60:24 61:8
82:19 104:9
106:3 154:14
156:7 157:25
158:5 176:21,24
291:25 292:1
**caller** 146:23
**callers** 141:17
161:8,13,18
**calling** 140:19
202:25 203:1,5,6
284:22 285:2
**calls** 18:3 25:8
34:22 37:4
38:19 41:2 42:8
42:16 43:2,8
44:1,9 45:18
47:3 51:5,19
52:25 53:8
56:11 57:20
58:3 61:13,19,23

Radames Lopez                                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[calls - chance]**                                                        Page 11

| | | | |
|---|---|---|---|
| 62:4,7,20 63:7 | 186:13 189:19 | **care** 42:2 190:24 | **centers** 42:5 |
| 64:9 66:9,20 | 190:2 194:7 | **careful** 11:9 | 235:20 |
| 67:16,21 68:2,6 | 203:2,11 204:17 | **carepoint** 198:5 | **central** 82:19,21 |
| 68:9,10,12,23,24 | 206:21 207:20 | 198:8,9,13 | **certain** 40:11 |
| 69:5,11,15 70:3 | 208:5 213:11,25 | **carolyn** 107:7,25 | 42:2 45:4 56:13 |
| 70:5 71:15,22 | 220:14,21 223:5 | 108:1 110:22 | 59:7 70:12 |
| 72:6,7,10,13 | 224:20 225:11 | 176:10 | 74:12 85:18 |
| 73:3,11,13,16,21 | 226:7 229:13,16 | **case** 1:3 10:21 | 100:25 101:23 |
| 74:20,21 75:1,17 | 230:19 231:10 | 10:22 13:6,20 | 102:16 103:1,1,3 |
| 76:23 78:12,12 | 233:15 236:8,22 | 18:9 30:15 31:2 | 114:20,21 152:3 |
| 80:8,17 81:5,6 | 238:4,12 241:3 | 71:7,7,8,8,12,12 | 214:17 216:2 |
| 81:14,24 83:19 | 241:15 244:17 | 78:7,7 79:11,11 | 217:15 238:24 |
| 84:13,23 86:21 | 245:15 246:16 | 83:8 97:20 | 244:10 272:17 |
| 88:9,14 89:13,19 | 247:12 248:1,22 | 99:18 136:6 | 297:16 |
| 90:6,14 91:19 | 249:15 251:22 | 141:21 147:16 | **certificate** 4:4,5 |
| 95:12 97:15 | 253:2 256:9 | 154:23 183:21 | 300:1 301:1 |
| 99:1,22,25 100:8 | 257:3 258:5,19 | 183:21 188:11 | **certification** |
| 100:17,24 101:2 | 259:5 260:7,17 | 188:11 189:14 | 22:17,22 |
| 101:13,17,25 | 263:3 266:13 | 190:10 198:8 | **certified** 9:23 |
| 102:8 104:4 | 267:3 268:7 | 212:25 217:12 | 10:1 15:10 |
| 109:13 116:20 | 269:9 270:7 | 250:14,16 265:2 | 39:25 68:14 |
| 125:3 126:9 | 271:14 272:7 | 265:2 288:23 | 71:9 83:13 |
| 128:7,18 129:20 | 273:13 274:9,20 | 299:6 302:2,3 | 106:7 117:9 |
| 131:2 132:25 | 275:7 276:1 | **cases** 188:14 | 121:3 122:12 |
| 134:18 135:21 | 279:11 281:2,7 | **categories** 45:2,2 | 152:6 162:8 |
| 138:14 139:3,21 | 289:7 290:25 | 45:4 176:18 | 165:6 195:9 |
| 141:18 142:25 | 292:25 294:3,3 | **categorization** | 251:25 281:5 |
| 143:19 144:1 | 294:16 298:20 | 45:22 | 299:14,17 |
| 146:22 147:7 | **canal** 3:1 | **categorized** | **certify** 300:5 |
| 150:4 151:7 | **cancel** 135:5 | 73:17 173:18 | 301:4,8 |
| 153:18 154:2 | **cap** 135:19 | **category** 45:5 | **cetera** 64:15 |
| 157:16 161:11 | **capability** 71:21 | **caution** 14:22 | **chain** 211:24 |
| 161:17 165:8 | **capacity** 71:3 | **cc** 303:20 | **challenge** 147:5 |
| 166:15 167:7 | **capital** 134:3,3,4 | **cc'd** 118:8 | **chance** 149:15 |
| 168:6 169:6,15 | 134:4 | 237:15 | 176:8 181:11 |
| 170:25 171:14 | **card** 89:7,18,21 | **cc'ing** 149:17 | 191:11 196:5 |
| 175:17 177:11 | **cards** 89:3,10,15 | **cc's** 250:8 | 211:16 235:7 |
| 181:14 185:16 | | | 237:13 250:4 |

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[chanel - claims]**                                      Page 12

**chanel**  224:10,11
**change**  138:7,7
   144:12,20 159:9
   175:4 177:18
   212:1,15 214:14
   220:17 226:15
   226:19,20,22,23
   226:24,24,25
   227:14,15,18
   228:3,18,24
   229:5,10,12,15
   251:9 252:18
   254:23,24 255:1
   255:7,11,21
   256:7,12 258:2
   260:2
**changed**  146:11
   214:17,22
   226:13 250:24
**changes**  11:1
   14:11,12,14,17
   14:20 15:6,18,21
   16:1,2,5 66:2
   83:10,17 125:17
   144:5,9,10
   145:23 149:18
   159:6 175:5,10
   212:17 214:11
   216:17 217:24
   226:11,13
   240:10,14 256:2
   256:14,16 258:7
   302:7,23 303:10
**changing**  141:4
**character**  172:8
**characterization**
   164:2

**characterize**
   21:8 176:22
**characters**
   261:18
**charge**  23:19
   38:6,13,17 64:7
   64:14 92:14
   93:9,20 94:7
   96:17 103:2,3
   152:1 153:9
   166:4,6 167:21
   168:20,25 169:1
   169:22 177:4
   186:7,8 236:6
   270:14,14,21
   271:2 276:13
   296:13
**charged**  93:12
   102:19 152:4
   153:16,20 154:9
   275:16,17,19,21
**charges**  38:5
   92:24 94:8
   143:11 166:4
   183:3 266:4,18
   266:20,20,22
   270:2,4 275:10
   296:8,14,24
**charging**  168:21
**chart**  201:18
   209:5
**charts**  5:6
   192:10,11 193:7
**check**  70:10 92:7
   113:23 140:20
   155:19 213:9
**checkboxes**
   60:19

**checked**  159:20
   159:20
**checking**  125:16
   255:21
**checks**  78:20
   91:25
**chime**  39:23
**choice**  94:25
**choices**  34:7
**choose**  25:14
   79:5 90:2
**chooses**  277:25
**chosen**  152:13
   170:19 262:9
**christopher**
   285:16
**circle**  218:1,9
**civil**  303:21,21
**cj**  1:4 302:3
   303:6
**claim**  28:19,20
   28:25 29:2,6,8
   29:11,15,15,15
   29:21 51:16
   53:17 78:7 79:5
   79:9,12 91:16,23
   91:24 92:2,6,10
   92:24 93:1,17
   96:24,24 97:13
   98:4,11 99:10,13
   100:18 101:1,15
   101:24 102:4,18
   109:23 112:4,5
   112:21 114:15
   114:22 116:14
   116:16,17,23,23
   117:4,7 128:3
   130:15 143:3,5,9

**143**:11 147:1,17
   148:1 150:18
   152:5,8,16,18,21
   153:3,7,17
   154:24 156:13
   167:4,10 168:4
   170:20 176:25
   184:6 185:2
   187:16 191:21
   193:14,15 198:6
   205:13,14 212:4
   212:8,11,21
   230:25 242:8
   252:10,13
   260:15,22
   270:25 271:19
   271:23 272:4,10
   272:16 273:7
   274:4,12 288:19
   288:20 292:11
**claims**  27:21
   28:8,12,13,15,23
   29:9 33:5 36:9
   40:12 41:11,25
   42:6,6,7,10,11
   42:11 43:7 52:2
   52:2,2,6,6,24
   61:10 63:5,6
   91:25 92:11
   93:9,11 103:20
   104:2,3,7 110:16
   110:17 111:3,4
   111:20,21 112:3
   112:19 120:23
   134:14,16 143:9
   143:17,18 146:9
   150:13,19,23
   151:1 156:3

164:18,21,23
166:3 167:5,9,22
177:9,14 183:6
192:5 193:11,17
193:17 194:3,9
194:14,17
198:10 201:2,21
204:2,25 205:3
205:16,16,17
207:12,19 208:3
216:2 227:17
229:3 230:17,24
231:3,8 235:20
244:1 255:8
261:21 270:13
273:1,18,19
276:17 277:12
277:14,25
287:24 288:4,23
290:10,11,23,24
292:24
**clarification**
221:17,23 282:5
**clarify**   12:2
52:11 76:11
105:6 150:16
160:6 193:23
213:1 214:25
230:22
**clarifying**   212:9
**clarity**   56:1
69:12 111:9
137:20,22
139:13 161:4
162:21 181:2
183:20,24
290:18 293:16

**class**   135:6
288:24
**classification**
44:23 45:10
**classifications**
45:12
**clause**   287:20
**clear**   11:18
71:10 148:14
159:8 161:5
162:7,12,14
209:11 249:8
299:5
**clearer**   65:15
**clearly**   65:1
188:7 282:19
**client**   14:23 15:5
15:8,17 18:3
27:14 34:1
36:21 44:13
54:13 55:25
57:1,2,9 58:2,18
59:25 60:2,15
75:16 76:1,1,13
76:15 77:16
78:1 79:24
80:20 83:23
86:13 92:2,4
115:12,14 116:7
116:9,12 119:3,4
119:6 120:25
123:25 131:25
139:11 143:13
150:20,21
152:13 153:14
153:16,20 154:5
155:2,5,5,8,16
156:4 157:1

170:19 181:23
183:10,19
184:14 189:21
190:6 209:2
211:25 212:1
222:18,23
225:19 226:25
228:3,16,19,21
241:19,20
245:22 250:14
250:22,24 251:1
251:4,18 252:8
252:12 258:23
261:20,25 262:8
264:21,22 267:7
267:10 268:16
272:12 277:8,8
279:14 294:22
296:5
**client's**   55:9
58:21 77:23
78:8 79:13 86:7
265:3 295:10
**clients**   33:10,14
34:18,24 36:8
42:14,19,21
43:10,24,25 44:4
44:5,8 54:8,10
54:17,25 55:17
55:22,24 59:7,9
59:15 60:9 76:2
77:7 84:10
120:19 121:12
141:22 143:14
146:15 151:15
152:1,3 154:9
155:16,18 156:6
156:7 157:2

186:22 188:17
188:20 189:25
190:17 212:2
214:11 217:15
225:14,17 227:1
227:5,7,13 230:8
245:14 248:15
248:25 249:3,11
249:13,16,20
251:21 255:18
258:7 261:13
**clinical**   45:2,2,4
45:5
**close**   218:1
224:16
**closest**   16:20
17:14
**cms**   45:9,11,14
114:22 116:6,17
129:1,10 164:18
164:19,21 166:5
168:5 172:8,10
173:17 236:5,6
237:1
**coast**   131:23
134:17
**coc**   254:7
**code**   10:19 87:12
87:13,16,21
172:8 186:9
207:6,9,10
239:13 272:21
275:25 276:6
**codes**   45:17 51:4
173:17 238:24
**colleague**   9:17
9:18

Radames Lopez
July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**colleagues**  9:12
**collected**  164:18
**college**  22:2,4,5
  22:9
**come**  38:18
  66:14 74:4
  91:16 125:1
  155:1 184:11
  185:15,18
  188:20 209:3
  218:8 245:7,10
  265:3 279:19
  294:9
**comes**  78:6,16
  80:19 82:3 83:8
  152:21 155:8,13
  166:6 169:25
  183:22,25 184:3
  185:17,21 246:7
  274:1
**coming**  63:11
  109:9 112:12,16
  112:17 175:14
  218:6
**commercial**
  167:13,17,19,22
  168:2,5,22
  254:20
**commission**
  300:14
**communicate**
  30:18 73:24
  216:16
**communicated**
  216:21 228:3,5
  228:11 229:25
**communication**
  200:16 294:23

**communications**
  14:23 15:17
  18:3 110:24
**community**  22:5
**company**  1:8
  2:21 9:5 21:24
  33:24 64:20
  118:22,23 127:5
  127:10 221:12
  287:23 288:4
  302:5 303:7
**compare**  74:15
  76:14 187:1
**compared**  209:8
  245:3
**compares**  115:1
  187:7
**comparing**
  167:4
**compensated**
  52:17,23 53:4
**competent**
  262:20,25
**competitive**
  141:12 175:15
  269:3 270:9,17
  270:19 271:2,11
  271:20 272:4,16
  272:24,25 273:5
  273:12,22 274:1
  274:6,17,19
  275:5 276:10,14
  276:18 277:19
  279:6
**complaints**
  185:4
**complete**  301:6

**completed**
  303:13
**completely**
  129:15 165:7
  226:9 282:8,14
**completing**  86:6
**complex**  259:8
  260:3 281:22
**complicated**
  111:7
**complies**  9:25
**comply**  271:21
**component**
  24:11,13 45:13
  68:16 90:1
  91:12,14 92:21
  100:14 206:15
**components**
  34:3 36:3 68:16
**composite**  5:4
**computer**  12:20
  81:22 157:20
**concepts**  54:20
**concern**  40:10
  77:21 128:10
  139:17,23
  141:16 147:12
  147:15 188:12
  188:17 212:17
  212:23
**concerns**  65:7
  184:4 209:2
  218:3 250:12
  281:24,25
**concierge**  3:8
**concluded**
  299:23

**conclusion**  74:21
  78:13 90:15
  238:12 256:10
  258:5 266:13
  267:4 268:8
  269:10 271:15
  272:6 273:14
  274:10 279:12
  281:4,8
**conference**
  26:25 45:15
  97:25 199:7
  284:24
**confident**  128:12
  128:15
**confidential**
  299:7
**confirm**  78:19
  97:9
**confirmation**
  124:8
**confirmed**
  179:23,24
**conflict**  79:4
**conflicts**  78:23
**confused**  183:11
**confusing**  128:6
  142:2,9 172:20
**confusion**  37:2
  124:4,7 142:18
  187:20 212:8,25
  229:20,24 242:3
  242:9,16,18
  247:10,17
**connect**  218:12
  218:14,15,24
  240:13

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[connected - course]**                                    Page 15

**connected**
244:19 301:9,9
**connecticut** 1:8
2:18
**connection**
109:22
**connects** 244:1
**consider** 23:14
210:23
**considered**
303:14
**consolidate**
141:24
**constant** 66:15
144:10,11
**constantly**
125:18 138:5
144:10 250:15
**contact** 100:13
244:5 280:18
**contacted** 145:3
**contacts** 280:18
**contain** 24:10
213:6
**contained** 78:24
81:13 157:14
163:21 166:10
**contains** 164:20
165:1 167:21
**content** 125:21
**context** 65:12
68:8
**contexts** 65:14
**continue** 60:4
225:13,15
248:15,16
289:10

**continued**
134:24 202:2
**contract** 54:24
90:3,12,13
116:18
**contracted** 231:6
266:6
**contractually**
114:8
**contradicts**
286:20
**control** 79:18
80:20 193:7
**controls** 78:9,15
78:18 79:9,14
80:2
**conversation**
140:5 149:2,5
175:21 208:1
**cook** 232:23
234:7
**copays** 214:13
**copies** 58:1
303:12
**copy** 198:16
**corey** 118:7
124:16,17
**corner** 106:3
**corporation** 1:8
1:9,10
**correct** 17:9,16
28:16 36:3,6,7
36:10,14,25
37:17 38:15,16
41:14 45:11
47:10 49:15
50:21 53:7
54:25 57:16

59:12 70:16
74:9,12 77:8,17
80:2 81:3 89:25
90:21 94:12,17
96:18 102:21
108:13 110:8
112:2 116:18
120:16 121:18
123:17 130:19
133:11 140:20
145:19,20 148:7
148:8 151:2
152:23 153:10
153:14 159:18
160:10,11 161:2
161:6,7,23 164:4
164:5 169:19
177:5 184:16
188:5,6 193:16
197:17 202:16
202:18 205:20
205:21 208:15
215:20 219:17
221:15 224:24
227:9 230:5
246:15 251:2,4
255:9 256:11
257:24,25
258:18,22
259:13,22 260:6
260:16 261:1
264:15 275:23
276:10 277:16
280:6 282:4,25
285:8 287:15,21
291:18 296:6,20
297:11,13,20
298:19 302:22

**correction**
145:14 302:9
**correctly** 69:7,7
**correspond** 30:9
**correspondence**
5:5,7,10,12,14
5:17,19 6:1,3,6,8
6:11,13,16,19,21
7:1,3,6,8,10,13
7:15 50:10,14
98:4,9 232:9
294:25
**corresponding**
172:4
**cost** 23:10,21,25
23:25 92:17
95:5,24 116:11
153:13 183:4
217:12,15,17
218:4
**costs** 23:18,18
248:19
**counsel** 3:7 8:2
9:7,20 13:5
301:9,9
**counterpart**
30:3,7
**country** 252:22
**county** 300:3
301:2
**couple** 19:19
41:21,22 49:3
104:12 105:20
184:24 296:2
298:7
**course** 25:17
49:1,11 54:2,6
55:14 56:5 91:4

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[course - day]                                                    Page 16

98:20 192:11
218:7 236:25
239:9,18 283:6
**court** 1:1 9:8
10:18 11:8,21
24:23 32:22
63:22 283:19
289:18
**courtroom** 12:12
**cover** 278:22
283:24
**coverage** 59:15
266:22 268:21
**covered** 70:4
265:8 266:4,8,9
268:21,24 279:3
296:14
**cpt** 239:1
**craig** 3:1 9:21
303:20
**craig.caesar** 3:3
**crandell** 31:25
**create** 193:1
**created** 76:1
192:23
**crisis** 235:22
**cross** 4:3 295:25
**crosswalk** 172:9
**crosswalking**
52:9,14
**crosswalks**
239:1,5
**crr** 1:19 300:5
301:4,17 303:19
**crt** 193:10,13
206:3 210:13
**crump** 3:7 9:20

**crutcher** 9:16
**cs** 7:23 283:12
284:5
**cure** 198:23
**curious** 210:5
**current** 10:18
18:13,14 22:25
202:3 204:1
**currently** 10:14
12:18 16:14,15
87:15 133:16
172:11 243:13
243:19 261:4
**custodian** 64:8
64:12
**customary** 27:21
28:2,9,16 33:11
33:13 34:2 35:5
128:5 141:9
161:21 169:19
170:20,22
171:19 257:12
266:19 268:15
269:4 270:2
274:2 286:15,18
286:21,23 287:1
287:19 292:22
**customer** 34:7
69:13 77:25
186:25 190:15
221:6,10
**customer's**
76:11
**customers** 21:15
70:9 187:18,21
189:18
**customized** 76:2
267:7,10

**cut** 36:15 57:4
127:14
**cutout** 124:23
**cv** 1:3 302:2
**cy** 87:13,16,21

**d**

**d** 4:1 17:19
224:12
**data** 23:24 38:8
38:13,17,22,25
39:6,15 40:11,18
40:24 73:1
128:25 129:2,14
129:19 141:11
149:22 150:2,7
160:5 164:17
165:1 166:4,6,6
166:8,9,9,9,9,13
167:21 169:25
171:12 173:16
186:10 187:16
189:25 192:18
192:18,20 193:2
193:4,6,11 201:5
202:24 203:5
223:14 252:21
253:1 257:23
259:3 269:2
271:11 272:16
272:23,25 273:5
274:18 275:15
275:16,17,24
276:18,23 279:5
**database** 60:18
166:11,14
169:14

**databases** 60:15
**dataisight**
116:12 117:8,11
194:2
**dataset** 166:23
167:3
**date** 1:15 15:23
64:15 212:19,22
224:9 285:14
303:11
**dated** 5:8,10,13
5:15,18,20,23
6:2,4,7,9,12,14
6:17,20,22 7:2,4
7:7,9,11,14,16
107:8 114:2
115:18 118:10
137:9 159:5
173:24 178:8
183:3 211:19
219:12 237:15
250:9 254:6
288:2 301:11
302:24
**dates** 146:15
**david** 2:7,10 3:7
9:20 26:24
**davis** 221:1,5
222:7
**day** 29:25,25
96:11 106:16
116:24 142:7
239:9,18,18
244:5,5 246:15
246:15,21,21
253:6,6,16,16
255:4,4 264:16
264:16 265:2,2

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[day - differ]**                                           Page 17

267:11 269:20
274:25,25
292:12 300:7
301:11
**days** 103:18
303:14
**db** 1:4 302:3
303:6
**dc** 2:4,19
**deal** 246:3
**deann** 182:2,7
**dear** 303:8
**december** 6:20
7:16 200:18
205:23 207:15
210:7 254:6
**decided** 212:5
**decisions** 297:25
**decline** 202:2
**deductible** 286:9
**deductibles**
214:13
**deductions** 95:4
**default** 179:25
180:8,14,17,24
197:8,9
**defects** 20:12
**defendant** 2:21
3:4
**defendants** 1:11
9:16,22 39:24
**definitely** 27:18
76:10 81:25
121:8 182:7
196:17 219:21
259:10 263:23
**degree** 22:6,15

**degrees** 22:23
**delett** 160:14,15
**delivery** 299:15
299:20,22
**department** 56:9
56:23 57:9,12,18
66:19 85:5,8
105:22 170:23
185:4 221:8
**department's**
171:9
**departments**
20:17 56:16,19
56:21,24 215:19
**depend** 179:16
**depending** 30:11
53:11 194:10
262:7
**depicted** 181:24
201:3
**deployment**
217:5
**deposing** 303:12
**deposition** 1:14
4:2 5:3 8:3 9:3
11:3 12:25 13:4
17:24 31:2
46:12 48:21
49:6 50:15
82:23 104:25
105:1,16 107:18
233:4 278:8
299:23 301:5
302:5,7,22 303:6
**depositions**
26:13
**deputy** 3:7

**describe** 85:18
86:20 113:12
191:14 235:8
240:4
**described**
268:23
**describes** 269:14
**describing** 67:4
67:9
**description** 7:19
54:12 55:3,6
74:14 264:3
**descriptions**
54:4 55:16,22
58:2 64:2
297:16
**descriptive** 67:9
**design** 261:15
**designated** 299:6
**designed** 30:1
**desk** 58:17
**detail** 38:3,22
47:19 79:15
93:5 109:15
119:21 154:16
154:16 155:17
156:10,25
157:15 170:4
172:18 173:2
240:11 260:22
290:8
**detailed** 164:4
**details** 29:12
45:21 46:9
55:10 59:24
60:21 69:25
72:4 73:6
100:13 101:19

131:13 145:17
154:19 163:21
165:13 172:25
173:7 187:11
190:12 208:15
230:12 238:16
238:23 240:9
242:16 250:19
254:18,24
256:22 259:11
260:24 273:23
274:23,24 276:5
282:1 291:6
293:25 294:22
294:24,25
**determination**
190:1
**determine** 83:23
117:3 166:23
204:2 267:6,12
268:3 279:10
292:9
**determined**
141:10 268:22
279:5
**determines**
269:19
**determining**
259:2
**development**
216:10
**dialysis** 42:6
146:9 176:21
177:9
**diamond** 115:24
**diem** 29:9,11,15
**differ** 243:21

Radames Lopez
July 18, 2022

LD, DB, BW, RH v. United Healthcare Insurance Comp

**[difference - distributed]**

Page 18

**difference** 28:19
28:22 29:3
96:16 97:11,23
99:19 127:23
128:1,12 139:13
143:23 144:2
151:6 153:8
161:9,15 167:12
168:14 183:11
230:4 242:4,13
257:15 258:22
277:17 290:10
296:14
**differences** 29:5
128:16 143:16
**different** 11:20
13:24 20:20
25:13 27:11
28:25 30:24
33:16 36:4
42:19 43:11,12
43:15 44:12
47:1 53:11 55:8
62:23 63:4
65:17 68:11,16
73:25 78:15
86:4,10,12,15
101:9 102:24
109:22 111:22
111:24 114:13
114:14 115:15
115:15,23 116:3
116:4 119:20,24
120:19 122:4
126:8 129:15,17
130:15 133:10
134:16,21,22
139:11,14

143:13 145:19
145:21,22 147:4
154:5 168:21,25
174:16 176:17
184:10,11 185:5
185:6 205:2
209:10 210:6
212:5,9,19 213:3
214:10,11,19
217:20 218:16
218:21 219:22
219:22 220:19
222:19 225:15
225:17 240:14
242:17 243:8
244:10 245:14
245:18 248:16
248:18 249:3,3
249:11,17,19
254:19,20 255:4
255:19,19
257:22,23
258:17 260:2
261:8,9,9,13,14
261:17 270:4
277:8,9,13
281:22 282:6
298:11
**differentiate**
138:24 257:2,7
257:12 273:18
**differentiation**
292:3
**differently** 169:2
220:8 277:12
**difficulty** 175:14
289:18

**direct** 4:3 10:9
123:4
**direction** 68:13
68:25
**directly** 120:24
121:12 184:15
246:4
**director** 18:14
18:15 19:12,18
22:25 149:20
**directors** 108:3
**dis** 109:9
**disclosure**
237:22
**disclosures**
238:14
**discount** 182:25
**discounts** 141:15
262:15
**discovered** 76:7
**discrepancy**
83:3,7
**discuss** 13:6
14:10 15:21
16:1,4 17:25
49:15 105:5
121:11 158:10
159:10 174:23
187:3 256:21
258:2 285:22
**discussed** 13:15
37:16 86:9 91:8
97:23 99:19
120:21 121:15
163:17 174:17
176:16 211:23
211:25 217:16
254:16 256:17

**discusses** 118:24
**discussing** 14:8
38:25 64:4
109:21 124:3
131:8,11,14
137:12,13,14,15
137:18 148:24
153:2 176:11
191:14,16 197:9
199:25 217:14
224:7 235:9
240:5 250:13
**discussion** 17:4
35:19 118:14
119:2,6 137:23
145:4 148:18
175:5 195:21
199:5 208:6
243:1 296:13
**disorder** 265:8
265:10,17
**displayed** 65:8
**displaying** 65:1
**dispute** 184:14
201:1,6 203:20
209:22 235:15
235:16
**disputed** 201:3
**disputes** 102:15
**distinct** 128:2
**distinction**
161:18 162:25
292:3 293:15
**distractions**
12:19
**distributed**
226:2

Radames Lopez                                              July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[distribution - earlier]                                        Page 19

distribution
  186:7,8
district   1:1,1
division   1:2 21:8
  21:12
dl   2:8
dllawgroup.com
  2:10
doc   59:5 84:2
docs   258:7
doctor   29:7
document   7:19
  15:7,14,19,23
  16:7 56:10 64:3
  67:9,12 76:16
  105:7,18 106:14
  106:15,17,19
  108:24 109:17
  113:7,11,12,13
  117:16 123:15
  123:22 124:5
  132:10 136:25
  137:4 140:22
  147:14 158:20
  159:2 163:3,9,13
  171:25 174:12
  175:25 176:10
  177:22 178:3,5
  180:10 181:3
  183:14 188:1
  191:9 192:7
  197:12 198:1,14
  198:15,19
  199:20 206:10
  211:12 217:1
  223:17 224:1
  232:1,18 234:21
  235:5 237:3

238:8 240:3
  248:2,5 253:18
  255:13 258:5
  263:20 264:1,3
  278:2
documents
  13:19,23,24 14:1
  14:20 15:4,5
  49:1 56:3,7,14
  61:4,5 65:21
  67:3 69:1 70:22
  77:2 79:24 80:1
  80:12 84:18
  104:12,14,20
  105:13 106:1
  107:18 111:10
  111:11 122:8
  123:2,4 233:3
  264:17 277:6
doing   11:12
  49:22 50:1,1
  61:17 285:15,16
dollar   103:1
  143:3,5
double   113:23
doubt   165:20
downloaded
  193:3
draft   56:6,8 57:2
  82:25 218:25
drafted   87:16,18
  146:3 162:16,24
  297:22
drafting   16:8
  56:15 85:12
  125:23 269:19
  297:19

drafts   56:10
  57:3,19 125:25
  218:24
drive   158:5
driver   43:14
driver's   300:10
driving   192:1
drop   247:21
dropped   195:8
  267:19
duly   10:7 300:6
dunbar   9:22
dunn   2:14,18 7:1
  9:16 224:2
  303:3
duplicate   6:18
duties   23:1,2
  25:17 49:11
  54:2,6 55:15
  56:6 68:1 70:25
  71:2 113:18
  236:25 264:15
duty   23:2
dyane   118:7
dylan   3:8
dynamic   109:8
dynamics   58:19

e

e   2:1,1 4:1 5:1,4
  5:7,10,12,14,17
  5:19 6:1,3,6,8,11
  6:13,16,19,21
  7:1,3,6,8,10,13
  7:15 14:6,7,16
  38:24 50:9,14
  107:24 110:21
  110:21 118:6,6,9

118:11 119:11
  120:15 123:17
  126:6,6,16 130:8
  130:17,18 131:1
  131:5,8 132:7,20
  134:4,8 137:7,10
  137:12 138:20
  144:6 145:12
  146:3,17 148:4
  148:19 160:13
  160:17 173:15
  178:6 179:20,21
  180:4,5 181:13
  189:20 191:12
  191:15 196:6
  199:23,24
  200:12,18
  205:22 210:8
  211:17,20,24
  212:12 213:16
  213:23 214:4
  215:1 219:11
  220:5,25 221:2
  224:4,5,5 232:5
  232:9 233:10
  234:8 235:9
  237:14,18
  238:22 240:5,6,9
  248:11 250:7,13
  254:5,11,16,17
  285:11 303:12
  303:13,21,22
e&i   20:19,22
  21:8,11,11
  254:20
earlier   103:18
  123:16 159:13
  163:17,18,20

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[earlier - essentially]**                                    Page 20

264:14 296:7
**earn** 151:14
**earns** 157:9
**easily** 192:19
**easy** 97:8
**ecg** 200:13,14
**economics** 31:13
   31:16,19
**ecr** 156:7
**education** 22:8
   22:11 210:3
**edwards** 6:4 7:8
   7:13 30:8,9,14
   178:7 179:22
   180:5 237:14
   250:8,10,13
**effect** 268:22
**effective** 7:21
   278:23
**effort** 45:5
**eileen** 224:3
**either** 81:12
   127:19 144:2
   162:17 182:3
   209:18 217:1
   256:21 259:2
   265:18 268:5,9
**elect** 34:24 35:1
   35:3 43:11,13,13
   43:14 49:25
   86:13,13 120:19
   123:25 194:11
   194:11 212:5
   222:24 225:17
   249:4 251:6
   258:10,10,11
**elected** 50:1
   52:20 79:24

92:4 143:8
   146:16 150:21
   153:21 164:12
   212:9 230:8,13
   258:9 272:13
   280:21 281:10
   281:11 282:7
**election** 258:8
   261:20
**elections** 60:1,16
   77:4 84:22
   85:18 152:2
   277:9
**electronic** 59:6
   109:22 200:13
   200:15
**electronically**
   58:13,14
**elects** 225:19
   241:13,14,20
   261:25
**element** 109:25
   109:25 172:7
**elements** 109:23
   109:23 112:4,5
**eligibility** 69:23
   92:7 140:20
**eligible** 92:2,5,9
   93:6 115:10,12
   115:16 116:25
   117:3,5,7,10
   143:10,12
   152:18 170:21
   266:9,10,14,18
   268:17,18,22
   269:1 271:8,25
   272:10 274:4,12
   277:1 279:4

286:8,10 298:6
   298:10
**eliminating**
   20:11
**emergencies**
   266:23,24
**emergency**
   22:18,19 266:23
**emily** 1:19 36:17
   300:5,13 301:4
   301:17 303:19
**employed** 16:14
   16:15 289:1
**employee** 136:1
   301:8
**employees**
   130:24 131:1,4
**employer** 20:23
   21:7 27:15,15
   83:5 259:17,18
   281:11 285:22
**employment**
   98:21 283:6
**ended** 197:9
   288:14
**ends** 107:21,23
   124:16 147:1
   219:10 235:25
**engage** 76:10
   144:18 202:23
   291:22
**enhance** 137:19
   139:7
**enhancement**
   138:9
**enrolled** 224:15
   225:3

**enrp** 109:11
**ensure** 70:19
   215:14
**ensuring** 20:12
   29:25
**entire** 48:1
   201:17 230:14
   238:7 293:5
**entirety** 289:23
**entities** 134:21
   134:22
**eob** 99:15,23
   100:6 296:13,15
   296:19
**eobs** 296:9,23
**eom** 241:7 250:9
**equals** 220:3
**equate** 161:22
**erika** 232:3,3,13
   232:14
**errata** 4:5 302:1
   303:11,12,13
**error** 145:15
   195:7 198:21
**erwin** 22:13
**escalated** 25:25
   26:4 27:10 28:6
   74:6 103:13,16
   184:6,11,17
**escalation** 26:3
   27:12 198:5
**esq** 26:24 45:15
   97:24 199:6
**esquire** 2:2,2,3,7
   2:8,13,13,17 3:1
   3:7 303:3,20,20
**essentially** 36:4

**established**
94:16 101:11
**estate** 232:23,24
233:4
**et** 5:8,13,18 6:12
6:14,22 7:1,11
7:16 9:4 64:15
302:5 303:7
**evening** 159:6
**everybody**
156:16 212:18
**exact** 41:14
100:2 102:23
103:25 148:10
208:15 260:22
**exactly** 22:1 61:7
64:17 74:7
109:1 131:10
133:2 135:23
171:7 220:15
225:7 236:10
**examination** 4:3
4:3,4 10:9
295:25 298:16
**example** 45:6
54:11 75:24
91:16 128:24
140:2 146:19
147:1 148:5
213:7 274:17
**examples** 28:3
**excel** 60:22
**excellent** 69:4
**excess** 38:5
266:18
**excessive** 23:18
92:11 93:10

**exchange** 191:12
191:15 211:20
250:10
**excluded** 173:17
**excuse** 21:9
22:23 25:19
26:19 40:25
86:19 90:11
108:21 137:1
144:6 156:20
179:5 204:4
211:12,18
227:24 268:5
**executing** 70:19
**exercise** 238:15
**exhibit** 5:3,4,6,7
5:10,12,14,17,19
5:21 6:1,3,6,8,11
6:13,16,18,19,21
7:1,3,6,8,10,13
7:15,18,21,22
12:22 104:16,22
105:7,23,25,25
106:5,9 112:25
113:1,4 117:20
117:23 122:21
122:25 123:11
123:19 129:24
130:2,2 134:5
136:15,22 137:1
149:8,9,12
158:21,24 163:4
163:7 176:1,4
177:23 178:1
181:4,7 190:18
190:23 191:1,4,7
192:21 195:4,5
195:10,13,16,25

195:25 197:18
197:19,22,24
198:17 199:10
199:11,14 204:4
204:6 211:6,8,12
211:21 216:25
223:19,19,19,21
231:15,17,17,19
231:22,25
234:22,25 235:2
237:5,7 239:20
239:21,24 240:2
241:17,18 243:5
248:3 249:22,23
250:2,11 251:24
253:22,23 254:1
263:14,15,17
264:10 278:7,8,9
278:13 283:3,15
283:16 291:13
**exhibits** 12:21
104:21 197:20
**exist** 43:17
**existing** 224:17
**expand** 226:1
**expense** 266:9
266:11,15,18
268:17,18,22
298:6
**expenses** 266:9
269:1 277:1
279:5 286:8
298:10
**experience** 81:20
82:1,20 118:17
143:15 203:19
257:7 292:16,24
295:14 298:14

**expert** 62:12
93:4 94:5
143:21 277:5
**expires** 300:15
**explain** 92:18
93:1 98:11
102:13 142:15
143:23 145:18
145:20 183:8
213:3,4 259:10
262:20 290:22
**explaining**
163:16 250:19
250:21 260:22
**explains** 128:2
268:11
**explanation** 76:3
76:4 87:2,5 88:7
92:18 94:15
95:3,6,15 101:21
153:1 181:21
241:8,23 242:1
250:18 251:15
252:9
**expressed** 40:10
188:17
**extension** 285:5
**extent** 18:2 25:8
46:16 56:11
57:20 59:18
61:13 70:6 73:3
77:9 78:11 81:6
84:12,23 86:21
87:23 89:12
93:22 94:18
95:12 97:14
99:25 100:8
108:23 109:13

**[extent - fee]**                                          Page 22

121:5,25 125:3
128:7 132:25
135:21 139:3
140:21 147:7
150:4 159:16
162:18 164:9
174:2 177:11
180:9 181:14
187:25 197:11
209:15 228:14
233:15 251:22
273:2
**eyes** 299:7

**f**

**f** 173:15
**facilitated**
237:23
**facilities** 93:20
145:19
**facility** 5:21 11:2
23:10,16 24:10
24:14 25:7,18,19
27:9 28:8,12,16
28:19,25 29:6,15
29:20,22 32:6
33:17 34:19
36:6,12,24 37:19
37:20 42:11,22
44:22,25 46:4
47:7 51:11,14,16
52:2,6,18 81:17
86:14,20,25 87:9
88:1,11,21 89:22
91:8 92:12 93:6
93:17 97:3,13
108:21 110:3
119:9 121:20

122:4 127:24
128:13,25 129:9
132:19,23
138:24 139:14
142:20 143:9,10
143:17,17
145:10 146:9,24
147:2 149:23
150:10,18,22
154:15,19
155:20 156:10
156:25 157:9,15
159:9,11,15
160:1,4,9 161:6
161:9 162:25
163:15 164:18
164:21 166:8
175:10 177:4,9
180:18 183:3,7
183:12 184:4
186:10,21
187:22 188:3
189:25 191:19
191:22 197:8,9
201:20 202:4
205:4 207:12
208:13,19,24
212:10 217:13
217:14 222:24
225:14,18,22
226:21 227:17
228:13,24 229:4
230:1,4 235:21
237:20 240:10
240:13 241:19
242:14 249:13
251:1,5 254:7,18
255:6,8,17,20

256:1,17,24
257:2 258:11,18
259:3 260:15
261:5 262:15,16
265:12,14 266:6
268:5 270:4
271:2 272:25
273:19 274:4
277:13,25
279:15,18 280:6
280:8,14 281:15
284:22 290:6,10
290:19,23 292:4
292:10,24 293:6
293:6,20 296:5
297:23 298:8
**facing** 245:22,22
**fact** 250:25
**factors** 117:2
**facts** 34:5 46:17
52:3 53:8 56:12
59:19 77:10
86:3 121:2,6
153:12 174:3
204:17 208:4
273:3
**failed** 217:25
**fails** 303:15
**fair** 19:9,24
33:22,23,24
34:16 35:4 36:9
37:17 38:15
110:2,7 124:23
124:24 129:2
133:5 164:2
166:10 169:14
169:18,21 170:7
170:14 171:12

176:22 182:15
187:1,7 189:4
242:4 247:10
**faith** 80:21,25
206:17
**fall** 179:25
193:18 271:12
**familiar** 20:24
24:2 32:2 44:17
50:4,25 52:9
54:22 66:14
87:12 100:12
106:17 113:11
118:22 119:19
120:2 136:18
142:5 165:13
172:17,23 173:6
180:18 182:7
185:24 203:4
213:20 217:17
232:12,24 268:1
269:12 289:5
290:1
**family** 29:8
**fan** 60:5
**faq** 67:8,11
**faqs** 226:1
240:13
**far** 25:24 57:15
60:11 99:20
152:19,24 161:1
162:24 247:22
**february** 6:4
178:8
**federal** 94:22
303:14,21
**fee** 23:15 53:7,16
53:22 141:15

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[fee - foundation]**                                                      Page 23

151:23 152:3
153:17,21,24,25
154:1,5,15,16
173:18 183:3,7
223:13 262:15
287:14
**feed** 212:16
**feel** 180:1
**fees** 135:19
141:12 151:14
151:21,25 154:8
154:9 155:19
156:3 157:9
158:10 175:15
269:3 270:9
271:3,3,11,20
272:4,17,24,25
273:5,12,23
274:1,6,17,19
275:5 276:10,18
276:23 277:19
279:6 287:14
296:4
**female** 285:6,9
285:12 286:4,7
286:17,22,25
287:4,16,18,22
288:1,6
**fhg** 132:23
133:10,12,14,16
**fi** 20:24 21:5,14
108:8,16 149:23
176:12,12
**field** 109:9
120:12
**fields** 109:21
**file** 82:17 157:21
157:25 164:20

165:1 167:21
228:12
**fill** 59:15 60:9
180:21
**filter** 192:19
**final** 84:10,17
98:24 99:5
269:18
**financial** 226:1
**financially** 301:9
**find** 65:21 84:3
289:11
**finding** 146:21
**fine** 26:23
194:21 299:9,20
**first** 10:7 13:12
16:13 105:8,9
107:7,20 114:3
119:9,11 130:10
133:19,24
185:11 196:8
200:17 216:9
235:18 251:12
258:3 288:20
296:4,22
**fisun** 136:9,9
**five** 243:3
253:20 261:23
**fl** 303:12
**flavors** 143:7
**flexible** 7:18
264:2 267:2
268:4
**flip** 263:24
**florida** 1:21
10:15 16:21
131:22 300:3,10
300:14 301:2

303:15,21
**flow** 5:6 92:6
113:13,20
**flows** 113:14,16
113:17
**fluctuate** 201:20
201:22
**focus** 24:6 70:15
70:18 263:21
**focused** 196:23
**focuses** 277:6
**folder** 104:21
**folks** 30:24
65:19 66:13,17
138:22 144:16
218:8 219:7,22
247:23
**follow** 82:6 83:9
83:16 234:8,9
287:25 288:5
**following** 52:12
265:17,21 269:2
276:6 277:1
279:1 284:23
289:17 302:7
**follows** 10:8 45:9
**footprints** 209:7
235:13,15,16,19
**foregoing** 301:5
301:6
**forever** 245:4
**form** 29:2,3
39:16,17 43:19
44:2 46:22 48:9
49:23 51:20
55:19 59:14,21
59:22 60:1,8,8,9
60:12,14,20,22

61:11 69:9,18
78:25 79:1
82:11 85:21
86:23 88:8,23
90:14 91:19
93:2 95:22 96:5
97:2 98:6 103:5
110:10 115:4
118:19 129:5,22
139:20 142:3,13
151:3 153:11
161:24 165:16
165:24 172:22
175:16 176:24
177:4 183:13
187:9,23,24
188:10 201:9
210:19 224:21
230:12 242:20
243:12 267:16
279:22 293:8
302:23
**formal** 200:3
**formality** 27:5
**format** 112:11
185:12
**forms** 28:25
184:10
**forth** 179:10
**forward** 151:12
215:8 232:5
245:22
**found** 261:21
**foundation** 25:9
29:16 32:17
33:7 34:23 37:5
38:20 39:19
42:8,17 43:9

Case 4:20-cv-02254-YGR   Document 323-14   Filed 07/16/23   Page 328 of 374
Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[foundation - gillespie]                                    Page 24

44:10,18 45:19
51:6,18 52:10,25
58:3 61:14 62:8
62:20 63:7 64:9
66:10,20 69:24
72:7 73:4,14,22
74:20 75:17
76:23 78:12
79:22 80:9
81:14,23 83:20
84:13,24 86:22
88:15 89:13
90:15 91:2,20
97:16 99:1
100:9,20 101:2
101:17 102:8
103:5 104:5
116:20 128:18
129:6,21 134:18
142:25 143:19
150:14 151:7,16
152:9 153:18
154:2 157:11
161:12,25 165:8
166:15 167:1,14
167:23 168:6,16
170:2,25 171:14
174:18 175:17
187:24 190:3
203:2,11 206:21
207:20 213:12
225:12 226:8
229:23 230:19
231:10 236:9
238:3 239:16
253:2 256:9
257:3 258:20
259:5 262:23

266:12 267:3
268:7 270:6
271:15 272:18
274:9 275:8
276:2,19 279:12
289:7 290:3
292:6,25 298:9
**four** 13:10,18
19:23 195:1
235:10,11
261:23
**fox** 5:8 118:7
124:16,17
126:16
**fpr** 1:19 300:5
301:4,17 303:19
**fr&c** 179:24
**fraction** 200:24
**frame** 179:18
**francisco** 2:9
**franklin** 2:9
**frc** 145:8 146:3
147:2 201:1
206:3 210:12
**friday** 214:25
216:11 217:7
**front** 12:15
81:22 173:25
186:16 264:1
**fulfill** 237:21
**full** 70:8 109:16
230:14 262:11
293:25 294:24
295:12
**fully** 21:6 81:21
95:3,4 108:9,21
109:3 150:13,18
150:22 180:18

230:11
**functionality**
193:6
**functioning** 30:1
**functions** 20:20
**funded** 21:4
**funding** 21:2
149:25
**furnish** 266:8
**further** 47:20
49:4 135:8
137:22 140:8
141:24 145:20
150:16,16
159:10 171:24
179:20 180:1
181:1 183:24
209:22 210:3
242:1 260:12,24
268:11 280:13
280:15 282:5
295:17 298:15
298:23 299:7
301:8
**future** 225:16
**fyfield** 10:18

### g

**g** 61:1 64:4
**gaming** 156:22
**gamut** 294:24
**gap** 180:21
217:8 218:1
**garcia** 221:1
**gateway** 200:16
**gather** 27:16
291:22

**general** 3:7
10:22,25 16:2
42:3 58:19
65:19 120:22
**generally** 29:23
123:22 147:21
147:25 163:17
164:22 166:2
168:20 203:16
280:25
**generated**
154:18 155:12
182:21 207:11
**generates** 187:2
**generically**
146:22 147:25
**geographic**
23:20 92:15,25
93:13,20 94:13
141:12 167:10
252:21 253:1
269:4 270:10,13
270:15,22 271:4
271:12,20 272:5
272:17 274:7
275:6,13,25
276:10,17 279:6
286:16
**getting** 27:5
127:15 195:7
272:9
**gg** 300:14
**gibson** 2:14,18
9:15 303:3
**gibsondunn.com**
2:16,16,20 303:5
**gillespie** 3:8

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[give - gregory]**                                    Page 25

**give** 10:2 11:16
13:19 16:23,24
45:6 54:11
59:24 72:18
91:15 105:10
106:13 113:8,23
118:2 130:4
132:16 163:10
176:6 191:17
196:3 211:14
226:10 235:4
237:9 249:24
289:15 291:5
**given** 147:5
149:25 166:24
167:10 193:20
198:9 226:18
230:16 231:7,7
**gives** 47:19
**glance** 61:9
112:19
**glitch** 220:4
**go** 11:6 16:25
17:14 22:2,4
27:14,15,16 35:9
35:15,16 44:13
45:21 48:12
49:4 58:24
63:13,14 74:16
76:8 79:19 89:5
91:24 96:20
98:14 104:14
105:3,19 107:17
107:23 109:6
110:12 111:12
112:7,20,24
117:15 120:2
122:10,13,14

123:5 124:15
126:15 130:2
132:20 135:4,8,8
135:9 136:8,25
140:7,7 141:1
145:20 149:8
150:11,15
151:17 155:19
157:20 158:19
159:8 160:13
162:20 163:3,19
164:15 165:5
166:2 171:24,25
173:13 175:25
177:19,22
179:20 181:25
188:18,25
190:18,25 194:9
195:3,17 198:14
198:24 203:23
205:22 209:20
209:25 210:5,16
210:25 211:6,14
213:8 218:21
219:10 220:24
220:24 221:25
223:17 231:15
235:17,25
237:25 238:19
242:23 246:6,6
249:22 252:19
253:17 256:21
258:14 259:17
261:3 264:4,4,7
264:10 265:7,25
268:14,17,24
272:11 273:23
274:24 278:7,24

280:13 282:1
297:5 299:1,10
**goal** 77:24
139:11 205:15
217:24 218:2,9
254:21
**god** 10:4
**goes** 45:5 81:4
87:5 92:6 115:7
132:22 133:24
152:21,22
185:25 187:17
248:7 251:20
262:11 265:19
267:12 286:20
**going** 17:2 19:24
21:18 27:3,13,19
52:22 82:2,3
90:8 91:23
104:13 105:13
106:4 107:17
117:15 122:7,25
136:16 164:15
178:25 179:16
184:14 187:10
188:18 190:19
190:20 194:22
195:19 197:20
198:15 199:10
206:3 209:5
210:12 217:22
218:6 225:15
228:11 245:13
248:17 263:8,20
264:7 266:4
273:24 278:11
283:3,4,14,19
284:2,4,16,21

285:20 286:12
287:8 288:14,25
289:16 290:16
293:4 295:20
296:21 299:3,11
**golden** 2:3 9:11
9:12,14
**goldstein** 118:7
**good** 9:1,15
10:11 12:24
39:24 80:21,24
122:18 127:15
127:22 156:21
159:6 191:1
206:17 255:25
294:9
**gotcha** 26:18
123:9 204:11
**governance**
178:9,9
**goya** 118:13,22
118:25 119:2,6
124:20
**grand** 2:14
41:18 303:4
**graph** 186:22
189:17,25
200:17 201:3,10
240:21,22 241:2
**graphs** 192:22
192:22 193:1,4,5
**great** 39:21
**greater** 53:6,6
53:17,17,22,22
**greenlight**
149:25
**gregory** 2:3 9:11
9:13,14

**ground** 11:7,7
**group** 2:8 3:7
 104:9 133:19
 182:18,25 197:7
 235:21 241:12
 241:14
**grouping** 45:17
 51:8 65:15
 174:24
**groupings** 51:3
 51:11,11
**groups** 37:3
**growth** 136:17
 215:5 216:6
**guess** 79:17
 124:10 187:15
 194:10 261:9
**guidance** 70:20
**guidelines**
 142:15 143:23
 268:23
**guy** 245:5
**guys** 16:23
 123:10

**h**

**h** 5:1
**h0015** 50:4,10
 50:15 166:14,23
 174:16,24
 175:15 235:23
 236:4,14,21
 272:16
**half** 12:6 179:14
 179:19 190:21
 205:9 232:10
**halfway** 120:5

**hamilton** 235:14
 235:19
**hand** 9:24 106:2
 164:16 200:19
 300:7
**handle** 205:1,2
 205:12 216:2
**handled** 77:1
**handles** 57:14
 77:1
**handling** 124:10
 173:3 185:4
 204:21
**hang** 194:6,6
**happen** 76:6
 91:6 197:15
 276:4 291:10
**happened** 75:5
 75:25 84:5
 233:23 274:5
**happening** 78:4
 190:9
**happens** 26:13
 100:6 101:14
 120:24 146:21
 224:15
**happy** 296:25
**harassing** 47:13
**hard** 259:21
**hate** 68:19
**hce** 237:19
 238:15 239:10
 239:11
**hcfa** 290:7
**hcpcs** 50:4,6
 166:14 172:4,10
 173:16

**head** 11:22
 58:20 90:8
 187:11 259:8
**health** 1:9 27:21
 33:22,23,24
 34:16 35:4 36:9
 37:17 38:15
 39:7,11 42:7
 63:5 71:15
 99:13 102:4
 110:3,7 119:23
 120:13 124:23
 124:25 129:2
 130:25 131:4
 133:6,19 166:10
 167:22 168:5,22
 169:14,18,22
 170:7,14 171:12
 185:8 187:1,7
 205:13,19 206:2
 206:7 207:17,18
 207:23 208:2
 210:11 213:24
 216:10,13,15
 217:6 229:9
 235:14,18 242:4
 247:10 265:8
 268:21,24 279:3
 285:3
**healthcare** 1:8
 2:21 9:4 16:17
 18:11,13 19:13
 20:3,15,18 21:12
 21:15,17,20
 31:12,16,18
 32:15 33:6,10,14
 33:15 34:1,9
 36:14,20,24

 39:14 40:25
 41:12 42:14
 44:7 47:2 52:15
 52:17,20 54:3,7
 54:25 55:15
 56:6,10 57:12,19
 58:1 59:8,16
 60:15 61:5
 67:18 68:2
 70:25 73:11
 83:5 84:20 85:6
 86:19 87:17
 90:13,25 96:22
 97:13 98:21,23
 99:4,14 107:15
 113:18 115:19
 124:24 127:22
 128:6 130:23
 132:1 134:21
 147:13 151:14
 153:17 157:9
 169:4 185:25
 189:24 215:19
 218:19 225:9
 230:17,25 231:8
 238:1 243:8,22
 244:7 259:8
 266:6,7 267:15
 269:8 272:24
 276:9 277:24
 302:4 303:7
**healthcare's**
 125:8 269:2
 272:23 295:3
**hear** 24:15,16,17
 24:20,22 26:8
 32:18,19 37:9
 40:1 68:24

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

127:17 156:16
178:22 205:6,8,9
220:4 234:1
246:14,17,19
247:3,5,5 276:16
290:9,13,15
293:24,25

**heard** 26:9 29:9
29:13 50:6
52:14 60:23
69:16 98:12,17
104:9 119:16,17
119:19,20
131:20 144:1
151:21 233:1
288:21 289:5
292:2

**hearing** 24:19
66:5 156:14
234:6 266:24

**hears** 246:21

**held** 155:14

**hello** 205:7
296:2

**help** 10:4 25:3
66:24,24 82:25
83:1 95:7,21
137:20 190:6
213:3 215:16
224:18 247:7
267:12 281:12

**helpful** 73:1

**hey** 12:7 35:12
39:20 69:6 70:3
97:21 197:19

**hi** 149:21 182:24
215:7 221:16,22
238:22

**hierarchy**
114:16,18,20
115:7 272:12

**high** 38:4 45:8
47:16,19 48:16
61:9 66:23
91:23 92:9 93:5
121:15 163:21
164:3

**higher** 43:1
151:1 192:5
206:19

**highlighting**
240:14

**hillsborough**
22:5,6,9,12

**historical** 88:1

**historically**
93:12 160:11
178:15 200:12
212:24 244:25
275:11

**history** 155:4

**hmm** 288:6

**hold** 39:20
224:16

**holds** 82:17

**home** 17:13
18:12

**hopefully** 80:21

**hopps** 172:11

**hospital** 172:10
265:12

**hospitals** 166:7

**hour** 12:5
179:14,14,19,19
190:20

**hours** 13:18

**house** 9:20 156:9
171:3

**housekeeping**
63:21

**huh** 11:23 20:9
107:22 221:24
250:23

**human** 81:9
294:8

**hundred** 61:4
227:5

**hypothetical**
52:4 94:4 102:7
116:19 167:6
272:7 274:21
276:2

**hypothetically**
71:5

**i**

**ibaag** 60:24 61:7
61:12 62:6,10
63:1 64:4,8,12
64:18,22,25 65:1
65:7,17 66:7,12
66:24 74:11,11
74:15,17,18,25
78:19,23 79:4,19
80:2,16 81:13
112:17 137:9,14
137:19 138:12
138:22 139:7,15
140:10,12,16
144:13,16,21
145:1,3,17,18
146:19,25 148:5
148:14 159:7,15

159:20 160:16
160:17 212:13
212:14,15,15
213:6,9,10 222:1
222:5,11,25
223:4 261:22,25
262:3,10,14,18
280:19

**idea** 10:22,25
11:1 41:17
123:6 181:12
230:16 242:17
249:7

**identification**
5:3 104:23
106:10 113:2
117:21 122:22
129:25 136:23
149:10 158:22
163:5 176:2
177:24 181:5
191:5 195:6
197:23 198:18
199:12 211:9
223:22 231:20
234:23 237:8
239:22 250:3
253:24 263:18
278:14 283:17
300:9,9

**identified** 228:23

**identifies** 45:3

**identify** 172:9

**imagine** 81:5
99:17

**impact** 226:2
255:16

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[impacted - interested]**                                 Page 28

**impacted** 109:4
  229:21
**implement**
  151:12 224:14
**implemented**
  66:3 145:24
  151:11
**important** 11:23
  172:6
**impression**
  117:14
**improve** 69:8
  204:1
**improvement**
  20:11 65:18
  138:11 247:7
**improvements**
  138:10 250:16
**include** 15:5
  21:14 34:2 42:5
  55:11 59:11
  166:3 202:13
  265:11,17,21
  266:22
**included** 126:3
  197:5 227:18
  265:11
**includes** 166:4
**inclusive** 301:6
**incomplete** 52:4
  94:3 102:7
  116:19 167:6
  272:7 274:21
  276:2
**incorporated**
  234:17 264:2
**incorrect** 145:14

**increase** 192:1
**increasing**
  191:20
**incurred** 266:20
**indexed** 73:11
**indicate** 118:17
  212:12 236:7
**indicated** 79:4
  251:11 288:23
**indicates** 207:6
  236:13 273:11
**indicating** 262:8
**indicator** 109:11
  110:5 158:17
  173:9
**indicators** 172:6
  172:9,12 173:15
**individual** 20:23
  21:7 130:10
  144:21 155:2
  172:9 266:17
**individuals**
  30:22 126:17
  130:9 143:16
  213:24 221:3
**infinity** 173:14
**influx** 208:2
**inform** 175:7
  218:9
**information**
  27:13,17 61:11
  65:1,8 66:7,23
  67:1 72:18,20,25
  76:22,25 80:25
  81:13 96:23
  110:19 132:12
  132:18 141:17
  157:5,14 187:14

190:5 203:6,25
  204:23 213:6
  216:21 227:12
  233:12,16
  237:20,21,24
  238:1,15 239:11
  240:21 246:14
  252:12 254:25
  262:2,9,11,12,17
  262:25 272:20
  277:21 280:23
  288:18 291:5,16
  291:22 292:1,19
  294:7
**informed** 134:1
  258:8 294:13
**initial** 102:16,17
  102:18,19
  209:20 210:25
  226:20
**initiated** 100:15
**initiatives**
  120:19
**injections** 185:9
**inpatient** 142:21
  143:11 265:11
  265:18
**input** 57:23 83:1
  219:2,4
**inquired** 202:19
**inquiries** 74:12
  184:10 246:3
**inquiring** 180:8
  180:16,22
**inquiry** 82:6,7
  181:20 182:25
  184:15

**instance** 143:6
  192:4
**instances** 25:18
**instigated** 140:4
**institutional**
  29:6
**instruct** 233:9
  233:13
**instructing**
  99:15
**instructs** 11:14
**insurance** 1:8
  2:21 9:4 119:23
  120:13 185:4
  302:4 303:7
**insured** 21:6
  108:9,21 109:3
  150:13,19,22
**integrated**
  134:23
**intelligible** 285:7
  285:10 286:4,9
  287:22 288:1
**intensive** 236:4
  265:22 270:24
  270:25 285:3
**intent** 76:11
  77:23,25 79:13
  214:25
**interact** 30:24
  31:22 244:9,13
  244:15,17
**interacts** 244:10
**interchangeably**
  219:24
**interested**
  301:10

Radames Lopez                                     July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[internal - know]**                                          Page 29

**internal** 73:23
110:18 112:1,21
184:21 226:2
278:16
**internally** 69:16
182:21
**internet** 61:8
112:18
**interventions**
235:22
**introduce** 283:4
**inure** 193:18
**inventory** 44:23
**invoked** 191:24
**involved** 68:23
124:10 126:2
288:19
**involvement**
87:4
**involves** 10:23
**involving** 214:5
218:4
**iop** 285:7 286:2
286:5 289:5
290:1
**ipr** 116:12
176:12
**isight** 223:14
**issue** 71:4 74:2,4
77:14,20 137:25
148:24 193:10
195:10 207:4
222:12 244:19
247:3,4,21
**issues** 35:8 64:25
68:9 178:12
179:9 188:3,5,7
209:3 214:5,8,21

246:7
**item** 28:6 72:22
73:25 74:1
166:4 174:5
188:19
**items** 62:13
**ix** 207:11

**j**

**j** 2:8 31:6
**jacobson** 6:14
**jacqueline** 30:23
31:1
**janice** 130:10,11
130:13,14
132:21
**january** 5:8,11
7:4,21 118:10
201:24 278:23
**jennifer** 222:8
**jessica** 221:1,16
221:22
**job** 16:13 50:1
84:20 164:8
215:14 264:15
294:9
**join** 27:3 37:6
40:3 41:3 44:11
46:23 90:16
96:7 97:17
162:1 175:18
210:21 242:21
247:14 276:21
**joined** 9:11,17
9:19
**joining** 9:18
**joins** 26:24
45:15 97:24

199:6
**jolene** 118:7
126:16 127:1,2,3
127:11,12,18
137:8 138:21
140:5 144:15
146:18 147:23
148:2,13,23
149:16 159:4
176:11 178:7
182:11 186:17
186:19 196:8
205:23 210:8
224:11 237:14
237:22 238:22
243:7,11,13
245:1,3 254:6
**jolene's** 127:19
184:22,25
187:11 243:23
**jose** 221:1
**judge** 12:13
**july** 1:15 6:12,22
9:5 42:25
211:19 300:6,7
301:11 302:6
303:6
**jump** 28:5 192:4
278:11
**june** 6:7,15
201:13,14,25
202:1 219:12
220:10
**jury** 12:13

**k**

**k** 182:13,17

**katie** 2:8 97:24
**keep** 58:1,5,12
63:22 74:1
**keeping** 58:9,10
64:14
**kelly** 45:15
135:5 196:6,9
**kept** 58:13 76:22
85:20,24
**key** 158:16
173:14
**kick** 91:18
**kim** 215:7,8
**kimberly** 211:18
213:18,18 215:1
219:11
**kind** 11:6 12:13
21:25 65:18
67:8 70:4 72:25
73:1 105:19
110:13 123:3
128:3 139:25
176:18 178:17
194:4 210:6
262:17 278:18
**kinsley** 31:1
**klinger** 127:9,10
**know** 11:7,14,16
11:19 12:2,2,5,7
12:20 21:24
31:7,25 33:5
40:8 42:19,25
43:6,13 44:7
45:21,25 46:14
49:21 51:3,10,24
52:23 55:3
56:18 57:22
58:6,12,14,16

**[know - language]**                                        Page 30

59:14,21,25 60:6
60:14,19 61:5,11
61:17 62:11,15
62:19 63:1,4,23
64:7 67:13,18
69:15,23 70:3
72:22 74:10
75:9 76:2 77:3
78:15 80:20
82:9,13 85:9,18
85:18,19 87:2,15
88:6 90:4,7,24
94:7 95:10,16
96:11 97:21
98:3 100:7
101:10,18 102:5
104:2,6 105:16
105:18 107:14
109:12 110:15
112:11 113:20
113:22 118:24
121:21 123:4,7
124:17 125:1,5
125:18,19,25
126:7,19 127:3,7
128:4,25 129:18
130:11,18,25
132:1,3,23 134:9
134:11 136:1,13
137:15 138:4
140:4 142:8
144:9 145:3,23
146:11 147:24
147:24 149:22
150:1 151:6
154:1,5 157:8
158:16 159:14
160:19 161:1,8

165:21 166:20
167:24 168:2,4,8
168:12,14
169:12,25 170:4
170:21 171:12
174:15,20,21
175:9 177:7
180:23 182:3,6,8
182:14 186:5,11
187:10 189:2
190:8 193:17
194:3 198:6
199:18 200:21
202:3,11 203:8
203:15,15 205:3
206:6 207:9
208:12,17,17,18
210:6 212:18
213:2,18 215:22
216:19 217:23
221:2,13 222:9
223:1 224:13
225:2,7,9 228:1
228:2,4,5 231:1
231:8 234:16
236:13,20
238:14,16 239:9
239:13 240:9
242:5,10 244:3
245:1,17 247:15
247:20 251:9
253:4,9 255:2
257:1 261:8,10
264:18 267:24
270:1 272:16
277:3,7,11,17
280:15 281:15
287:11 289:14

289:23 290:6
292:5 294:16
295:13
**knowledge**  82:19
82:21 204:13
230:12
**kosher**  76:13
**kristen**  160:14
160:15

---

**l**

**l**  8:1 17:19
173:15 224:10
**lack**  25:9 29:16
33:7 39:19 43:9
44:18 45:19
88:15 175:16
266:12 276:19
276:23,23
**lacks**  32:17
34:23 38:20
42:8,17 44:10
51:6,18 52:10,25
58:3 61:14 62:8
62:20 63:7 64:9
66:10,20 69:24
72:7 73:4,14,22
74:20 76:23
78:11 79:22
80:9 81:14,23
83:20 84:12,24
86:22 89:12
90:15 91:20
97:16 99:1
100:9 102:8
104:5 129:21
161:11,24 167:1
187:24 190:3

226:8 229:22
258:20 270:6
271:15 275:8
276:2 279:12
289:7
**lag**  212:13
**lakes**  10:15,19
**lamaster**  140:8
149:17 196:7
224:4
**land**  10:15,18
**language**  54:16
56:1,7,8,10
57:19,24 76:5,15
76:19,19 77:6
80:6,11 83:24
84:11 85:13,19
86:2,6,19 87:4
87:15,16,21,25
88:1,6,13,21
89:1 98:24
114:12 125:1,9
125:23,25 126:3
126:7 160:24
172:15 255:11
256:2,7,12,13,23
257:14,17,19
258:2,15,17,22
258:24 260:20
266:25 267:13
267:14,25 269:7
269:11,14,20,24
271:13,21,21,25
272:3,9,10
273:10,17
276:25 277:2,4
277:18,23 278:4
279:9,14 280:2

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[language - lavin]**                                    Page 31

| | | | |
|---|---|---|---|
| 280:10,11 281:1 | 50:18 51:2,9,15 | 117:11,13,15,19 | 174:6,11,22 |
| 282:18 283:1 | 51:22,25 52:8,13 | 117:22 118:21 | 175:12,20,25 |
| 291:13 297:16 | 53:3,12,21 54:1 | 121:10,16 122:6 | 176:3 177:3,15 |
| 297:20,23 298:1 | 54:18 55:20 | 122:10,23 | 177:22,25 |
| 298:6 | 56:4,17 57:22,25 | 124:14 125:7,13 | 180:13 181:3,6 |
| **large** 1:21 | 58:11 59:20 | 126:14 128:14 | 181:18 183:16 |
| 106:14 | 60:5,7 61:16,21 | 128:23 129:13 | 184:5,13,23 |
| **larson** 5:17 6:1 | 62:3,14,25 63:13 | 130:1 131:6,15 | 185:19 186:1,15 |
| 107:8,25 108:1 | 63:20 64:13,19 | 132:14 133:4,9 | 187:13 188:4,15 |
| 110:22 149:16 | 65:5,11 66:16 | 133:18 134:25 | 189:3,7,11,16,23 |
| 176:11 | 67:2,7,17,25 | 135:7,25 136:7 | 190:7,22,25 |
| **larson's** 149:19 | 68:7,18 69:14,22 | 136:24 138:13 | 191:6 192:9 |
| **late** 247:20 | 70:1,11,23 71:6 | 138:19 139:16 | 193:24 194:13 |
| **launch** 195:15 | 71:11,25 72:11 | 140:3,17,25 | 194:20 195:2,14 |
| **lauren** 2:13 9:15 | 73:10,18 74:3,23 | 142:1,6,19 143:4 | 195:17,24 |
| 13:8,9 303:3 | 75:4,8,21 76:17 | 143:25 144:14 | 197:14,18,24 |
| **lavin** 2:2 4:3,4 | 77:5,13 78:2,21 | 147:11,19 | 198:4,14,19,23 |
| 9:10,10 10:10,20 | 79:16,25 80:5,13 | 148:21 149:8,11 | 199:2,10,13 |
| 15:2,12 16:11,25 | 81:1,10,18 82:8 | 150:9,17 151:5 | 201:11,15,19 |
| 17:7 18:4,8 | 82:15 83:15,25 | 151:13,19 152:8 | 202:10 203:7,14 |
| 24:18,23 25:5,10 | 84:19 85:4,16,23 | 152:12 153:6,15 | 203:22 205:5 |
| 25:16,22 26:2,7 | 86:8 87:1,8 88:5 | 153:23 154:7,12 | 206:18 207:1,25 |
| 26:23 27:1 | 88:12,17 89:2,9 | 154:13,25 155:7 | 208:9 209:23 |
| 28:14 29:18 | 89:16,23 90:10 | 155:23 156:16 | 211:1,6,10 |
| 30:6,13,21 31:24 | 90:20 91:7 | 156:19,23 157:7 | 213:14 214:3 |
| 32:21,25 33:9 | 92:22 93:16 | 157:13,18,24 | 216:4 217:4,10 |
| 34:6,12 35:2,9 | 94:1,10 95:9,17 | 158:15,19,23 | 219:9 220:18,23 |
| 35:12,16,24 36:1 | 95:25 96:13,25 | 159:19,24 160:8 | 222:21 223:12 |
| 36:17,23 37:12 | 97:6,19 98:2,8 | 161:16 162:5,10 | 223:17,23 225:1 |
| 37:24 38:7,14,23 | 99:7 100:4,16,23 | 162:22 163:3,6 | 225:8,20 226:12 |
| 39:5,13,20 40:5 | 101:6,22 102:3 | 164:1,14 165:9 | 228:9,20 229:2,8 |
| 40:9,16,22 41:7 | 102:10 103:9,17 | 165:19 166:1,19 | 229:14,19 230:2 |
| 41:16 42:12,23 | 104:1,8,24 106:8 | 167:2,11,16 | 230:15,21 |
| 43:5,16,22 44:6 | 106:11 107:5 | 168:1,9,13,19 | 231:14,21 232:8 |
| 44:16,20 45:16 | 109:5,18 110:11 | 169:3,9,13,17,24 | 232:21 233:19 |
| 45:23 46:7,19,25 | 112:15,24 113:3 | 170:6,13 171:4 | 234:1,5,15,20 |
| 47:5,22 48:6,13 | 114:19,25 115:5 | 171:17,23 | 235:1 236:12,19 |
| 49:10,20 50:3,13 | 115:11,22 117:1 | 172:19 173:1,8 | 236:24 237:3,11 |

Radames Lopez                                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[lavin - listed]**                                    Page 32

238:7,18 239:12
239:19,23
240:16 241:6
242:2,11,22
243:4 245:12,19
246:2,13,18
247:1,18 248:4
249:6,12,22
250:1,6 251:8
252:2,11,17
253:8,17,21
254:2 255:24
256:15,25 257:6
257:10 258:13
258:25 259:12
259:19 260:4,13
260:25 262:5
263:2,7,13,19
266:16 267:9,21
268:2,13 269:13
269:22 270:16
270:23 271:9,18
272:2,14,22
273:9,16 274:3
274:15 275:3,14
276:3,15,24
277:22 278:7,17
278:20 279:17
279:24 281:13
281:19 282:13
282:22 283:2,9
283:13,18,24
284:2,8,12,15,18
285:22 288:11
288:22 289:3,11
289:20,25 290:5
290:14,21 291:9
291:24 292:13

292:21 293:3,10
294:1,14 295:2,8
295:17,19 296:7
296:10,16,21
297:4,15,21
298:3,7,9,17,23
299:1,9,13,14,16
303:20
**law**   2:8 94:22,23
**layman's**   173:22
**lays**   55:7
**lblas**   2:16 303:5
**ld**   1:4 9:4 302:3
  303:6
**lead**   127:19
  187:3
**leader**   197:3
**leading**   205:10
  296:22 297:21
  298:3,9
**learey**   22:14,14
  22:15,23
**learn**   27:18
  218:17
**learned**   219:15
**left**   39:22 200:19
  209:11 289:12
  289:14
**legacy**   87:19
  135:1
**legal**   13:5 56:22
  57:8,18 74:21
  78:12 90:15
  238:12 256:10
  258:5 266:13
  267:4 268:8
  269:10 271:14
  272:6 273:13

274:10 279:11
281:7
**lessen**   95:8
  247:21
**letter**   4:6 98:11
  98:15,17,18 99:6
  99:24 100:3
  228:22 232:23
  233:21,22 234:7
  250:9,19 251:10
  251:14,20
  252:14
**letters**   98:3,20
  98:24 228:17,21
  261:8,11 262:8
**level**   38:4 45:8
  47:16,19 48:16
  61:9 66:23
  91:23 92:9 93:6
  119:10,13
  121:15 155:5,8
  163:21 164:3,4
  173:16 183:25
  250:22 251:2
  260:22
**levels**   252:22
  275:11
**leverage**   17:14
  59:5 62:10
  114:12,13
  134:24 219:21
**leveraged**   62:13
  193:3 269:21,24
  278:6
**leverages**   23:24
**leveraging**   23:13
  50:2 129:9
  200:5

**liability**   25:4
  95:8,24
**liable**   95:4
**license**   300:10
**lights**   16:22
  35:22
**lilienstein**   2:7
  26:24
**limit**   135:19
**limited**   262:12
**line**   23:9,19 33:4
  74:25 75:12,13
  84:21 118:13
  119:9,11 131:16
  137:8 166:3
  182:12 197:7
  216:8 217:2
  224:16 235:13
  254:7 289:9
  297:5 302:9
**link**   287:13
**linked**   287:13,14
**links**   216:23
**linn**   232:17,19
  232:20
**lisa**   140:8 149:17
  182:3,8,9,24
  196:7 211:17
  214:4 215:8
  224:2,4,10,11,11
**list**   23:5 130:10
  132:22 160:9
  207:16 227:10
  227:10
**listed**   131:14
  136:14 160:6,11
  162:7,12 196:20
  208:8 222:22

223:9 224:25
232:14 253:7
282:5 296:8,15
296:18
**listen**   68:2,10
69:5 70:21 72:1
138:14 283:6
289:2,10,12,20
289:22 292:7,9
**listened**   68:5,8
68:24 69:11
161:17 263:3
293:5
**listening**   48:14
68:23 69:3
71:14
**listing**   76:19
208:11
**lists**   261:7
**little**   11:6 19:2
91:8,15 93:1
108:8,16 109:3
110:13 128:5
135:8 142:2,9
156:14 172:3,20
173:14 176:16
198:20 240:4
241:2 245:14,21
268:11
**lives**   224:14
225:3
**llp**   2:3
**load**   123:9 195:7
273:6
**loaded**   60:14,17
61:12 171:3
**loading**   171:5
264:9

**local**   175:14
**locate**   254:25
**located**   56:2
58:15,16 66:24
67:14 82:13,16
**location**   1:18
17:12,15 85:25
158:1,2,9 286:16
**locations**   65:17
**lodge**   189:6
289:8 290:12
**log**   195:14
**logic**   114:7
144:19
**logo**   89:10,14,17
136:16,20
240:23
**long**   13:16 19:1
19:6,21 21:17
58:9,10 87:20
114:7 142:7
179:13 248:15
263:20 283:21
**longer**   123:16
127:6 176:9
212:10 219:16
222:24
**look**   12:21 13:20
15:16 47:17
58:20,22 60:20
64:22 84:1
104:15 105:8,10
105:13,18,19
106:13 109:9
112:19 113:8
117:16 118:1
119:9 122:7
123:3,6,12 130:5

132:16 135:17
138:3,8 141:21
141:22,23
146:17 148:22
156:2,25 157:1
157:19 163:9,10
179:21 182:2,24
185:7 186:2,16
193:8 196:3
199:15 200:17
200:20 203:23
209:5,6 213:16
214:24 216:8
221:5 222:4,11
223:24 224:17
231:16 232:11
232:22 234:20
235:4,12,17
236:1,4,25
237:10 239:19
240:17,19 242:1
249:24 252:18
260:12 263:22
264:20,25,25
265:3 267:25
269:1 278:21
295:5
**looked**   14:20
15:8,14 74:11
111:23 156:11
156:24 157:6
208:10 240:21
264:15,17,18
291:12,13
**looking**   46:4
74:10 80:15
104:20 105:4,6
105:23 111:10

114:21 123:21
132:18 138:5,20
139:7,9 148:11
172:5 180:1,6
191:16,18,20
204:9 211:21
215:1 223:4
238:5,7 248:3
250:15 254:12
254:13 259:1
260:14 262:6
266:25 268:3
277:11 279:9
280:10 282:2,9
282:14 294:16
**looks**   62:6
123:23,24 124:1
124:9 140:10
148:22 160:5
181:22 212:19
222:4 232:14
233:21 237:18
**lopez**   1:14 4:2
5:4,15 6:1,4,6,19
7:4,11,13,16 9:3
10:6,13,14,20
17:8 26:19
35:12 63:21
106:1 121:11
122:24 137:8
149:16 176:10
178:7 195:3
199:16,21
205:23 211:18
213:17 232:3
263:22 289:4
290:2 296:2
297:8 298:18

**[lopez - matter]**                                                    Page 34

299:1,13 300:5
301:5 302:5
303:2,6
**los** 2:15 303:4
**lost** 36:15 68:14
**lot** 11:23 107:18
111:5,10 119:24
122:4 191:23
192:18 207:16
218:16 244:16
259:25 261:7
298:11
**louisiana** 3:2
**low** 169:10
**lower** 106:2
133:24 169:5
**lucky** 127:6
**lunch** 117:18
122:24
**luncheon** 122:16

**m**

**m** 2:2,7 17:19
31:6 173:9,15
224:11 303:20
**mac** 173:10,11
**maiken** 2:20
**mail** 5:4,7,10,12
5:14,17,19 6:1,3
6:6,8,11,13,16
6:19,21 7:1,3,6,8
7:10,13,15 14:16
50:14 107:24
110:21,21 118:6
118:6,9,11
119:11 120:15
123:17 126:6,6
126:16 130:8,17

130:18 131:1,5,8
132:7,20 134:8
137:7,10,12
138:20 144:6
145:12 146:3,17
148:4,19 160:13
160:17 178:6
179:20,21 180:4
180:5 181:13
189:20 191:12
191:15 196:6
199:23,24
200:12,18
205:22 210:8
211:17,20,24
212:12 213:16
213:23 214:4
215:1 219:11
220:5,25 221:2
224:4,5,5 232:5
232:9 233:10
234:8 235:9
237:14,18
238:22 240:5,6,9
248:11 250:7,13
254:5,11,16,17
303:12
**mailed** 303:13
**mails** 14:6,7
38:24 50:9
**main** 16:20 23:2
262:13
**maintain** 72:5
272:25
**maintaining**
64:15,18
**making** 14:11,13
148:14 161:18

162:24 293:11
293:13 297:25
**manage** 170:3,4
194:12 246:5,11
**management**
23:11,21 56:25
77:15 83:18
85:2 116:11
185:2 217:12,15
217:17 218:4,16
232:15,16
240:12 244:18
244:23 245:8
**manager** 18:25
19:16,18,22
31:11 107:10
124:10,12,19,20
128:24 196:11
**managers**
127:21 184:18
218:21
**manages** 79:14
126:23 130:14
144:19 243:24
**managing**
243:24
**manipulate**
192:19
**map** 239:13
**marcel** 30:23
31:4
**marcel's** 31:4,7
31:10
**march** 7:11
240:18
**marie** 107:7,8
**mark** 30:8,9,14
178:7 179:22

237:14 282:19
**marked** 5:3
104:20,22
105:25 106:9
113:1 117:20
122:21 129:24
136:22 149:9
158:21 163:4
176:1 177:23
181:4 191:4
195:5 197:22
198:17 199:11
211:8 223:21
231:19 234:22
237:7 239:21
250:2 253:23
263:17 278:13
283:16
**market** 218:12
218:14,15,24
240:13 276:14
**marketing**
218:25
**markup** 179:25
180:15,24
**match** 148:7
193:13
**matches** 187:2
**materials** 218:24
219:1,2
**matt** 9:10 10:20
26:20 63:10
117:17 156:15
278:15
**matt.lavin** 2:5
**matter** 9:3
281:23 302:22

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**matthew** 2:2,17
9:18 199:6
303:20
**matthews** 2:13
9:17
**maximum**
268:20 286:19
**mean** 21:1,2,3,5
49:1,18 57:3
64:11 70:24
73:20 76:18
83:9 89:17 96:3
99:4 102:14
136:5 142:24
172:24 187:15
191:21 193:13
201:2 207:15
209:1 215:18
220:6,12 221:8
231:1 240:23
241:13 247:24
248:20 256:6
257:16,25
267:10 270:17
282:6 287:13
288:19
**meaning** 65:4
108:13 257:17
**means** 115:12
135:20,24 136:1
147:2 173:11
182:14 198:7
205:19 209:12
209:24 236:11
236:18 239:4,13
242:12 249:7
266:15 270:20
279:25

**media** 63:18
122:19 195:1
243:3
**median** 187:15
240:23
**medical** 22:18
22:19 23:24
63:6 153:13
183:6 205:14
248:19
**medicare** 164:21
165:1 166:5
167:13,17
168:15,20 169:5
179:25 180:8,15
180:23 236:5,6
236:14,20
287:14
**meet** 13:9 115:6
**meeting** 48:18
49:14 118:24
133:25 178:9,10
178:21,23 179:8
179:9,11 197:6
215:10,13 224:6
224:22 225:7
**meetings** 46:20
148:12,17,19
178:11,14,16,20
179:2,3,7,13,15
196:12 248:13
**meets** 115:2
**member** 24:5
27:15 62:2,4,5
66:6 70:2 73:8,8
73:8,12 80:10,15
80:15,19 81:12
81:19 82:10,14

90:11 95:1,24
96:8 97:10,20,21
98:4 99:8,14,18
99:22 126:23
139:18 140:18
141:16 142:8
143:15 144:2
152:16 161:20
162:17,23 168:5
170:21 191:23
191:24 202:14
202:22 209:2,3
213:10 221:14
223:2 259:1,20
259:25 260:22
260:23 262:19
270:1 277:10,17
280:15,17,17,18
280:20 281:15
281:21,24 283:7
291:17 292:2
294:3,17 295:6
**member's** 68:17
78:9 80:22 82:6
90:8 92:17
252:13 259:7
**members** 24:6
25:2,6,11,18
55:10 66:18
70:9 72:13 80:6
80:14 89:3 90:2
90:24 91:5
94:16,21,24 95:8
186:25 187:19
187:20 196:19
196:19 202:6,13
202:15,17,20,25
203:1,5,10,16

214:18 229:15
229:18 233:7
260:5,9,10
262:21 280:25
281:9 288:25
294:10,23 295:1
295:4 296:9
297:12
**membership**
89:3 225:6
**memory** 106:24
107:4 211:22
**mental** 206:1,7
210:11 285:2
**mention** 12:4
16:2 262:15
268:15 282:18
283:20 289:16
290:17 293:5,14
**mentioned** 17:12
26:3 31:4 47:23
85:17 243:7
280:19 283:1,5
**mentioning**
148:8 226:10
241:22 255:15
**mentions** 147:24
193:8 270:8
273:21
**merged** 135:2
**messaging** 219:5
**met** 13:5,17
**method** 200:11
**methodologies**
37:14 86:10,16
128:16 282:20
**methodology**
23:17,24 32:5

Radames Lopez                                   July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

34:15,16,19
37:20,23,25 38:6
39:4 47:18 93:8
93:9 94:6,7
128:21 145:21
163:16 164:5,7
165:12 172:7,25
175:4,10 180:19
181:21 190:12
213:3,4 241:9,24
250:18 251:16
252:9 253:5,14
259:4 270:3,11
270:12 276:13
277:13,25
**metrics** 193:12
**microphone**
156:20
**middle** 146:18
193:9 203:24
215:1 222:1
238:21
**migrate** 44:8,14
**million** 164:23
166:3 224:14
225:3
**millions** 194:17
231:7
**mind** 16:23
137:4
**mine** 79:11
253:6
**minimal** 41:19
41:20
**minimum**
143:11
**minute** 123:12
163:9 195:18

196:2 211:11
242:23 263:22
**minutes** 63:11
210:7 253:20
283:23 285:20
286:13 287:9
288:15,15
295:18
**mirrors** 261:22
**mischaracterizes**
159:17 251:24
**missed** 32:10
216:11,13,16
217:6
**misstates** 35:6
39:1 46:1 48:4
48:11 49:9,16
50:22 70:6
73:14 75:6 77:9
77:18 87:23
93:2,22 94:18
96:20 97:14
101:16 103:21
103:22 107:1
108:23 114:17
121:25 124:5
132:10 133:13
140:22 147:14
155:21 157:11
161:25 163:23
164:9 165:18
169:11 173:4
180:9 183:14
184:8 187:25
192:7 194:7
197:11 206:9
209:15 210:19
228:14 230:6

232:18 234:14
239:15 245:9
246:23 249:9
251:3 253:11
255:12 256:19
258:4 259:23
263:6 267:16
276:11 277:15
278:1,2 279:22
281:18 282:10
291:19 295:7
**mistake** 292:5
293:21 294:11
**mistakes** 81:2
212:18 294:8
**misunderstand...**
77:24
**mnrp** 109:11
287:18
**mobile** 12:17
**mode** 187:15
240:24
**modiano** 2:2
9:12
**module** 5:22
**moment** 16:23
105:10 106:13
113:8 118:2
130:4 132:16
137:3 163:10
176:6 178:3
181:9 191:17
196:3 199:19
211:14 231:23
235:4 237:9
240:1 249:24
253:25 254:4

**monday** 9:5
**montalvo** 3:9
122:12
**month** 41:22,25
43:1 103:20
155:10,12,13
156:4,12 157:2,8
192:2,2 200:6,8
200:20 208:11
**monthly** 205:24
210:9
**months** 125:16
193:12
**moore** 6:22
211:17
**morning** 9:1,15
10:11 13:15
197:5 255:25
**move** 65:20
123:2 176:13
181:3 189:10
197:18 217:1
247:19 249:20
249:20 284:2,19
285:20 286:12
287:8
**moved** 151:12
181:1
**moving** 14:17
149:23 217:14
247:20,24 248:7
248:20 249:2,8
249:13,17
**mp** 109:9
**mujica** 31:6
**multi** 49:24
**multiplan** 1:9
3:4 9:22 23:3,5

29:24 30:3,17,24
31:8,12,16,19
32:14 33:18
38:13,24 40:10
40:25 41:4 46:4
46:9,14,20 47:2
47:17,21 48:8,15
48:23,24,25
49:21,25 51:1
52:17,21,23 53:7
53:16,18 86:18
88:6,21 89:10,14
89:17 90:4,12,18
91:1,17 92:1,3,6
92:8,9 93:5 97:5
98:10,15,25 99:3
100:13,13 101:1
101:24 103:4
109:21 110:6,19
112:2,6 114:6,14
116:15 152:22
164:12 165:22
166:22 167:9
174:23 175:6,13
178:12,17
181:21 185:18
190:6,11 194:1
200:5,7 201:5
202:23 206:14
206:17 209:20
227:11,13 233:8
233:13,18
237:19,20
239:11 244:3
251:9,19 253:9
253:13 273:7,8
274:18,23 275:2
275:5,24 276:9

276:16
**multiplan's**
23:14,17,23
37:23 38:22
114:8,9,10 164:5
165:12 172:25
252:7 253:5
**multiple**  114:6
139:11 219:7
221:11 227:7
283:24

**n**

**n**  2:1 4:1 8:1
131:17,17,20,25
132:8 134:3,3
173:15
**name**  10:11,13
10:20 31:5,21,25
57:12 59:2,4
73:8 84:2
118:23 128:2
144:24,25 158:2
158:4 209:7
213:20 283:1
285:1,10,13,15
285:16
**names**  56:18,21
**navigate**  24:7
66:25
**navigating**  264:6
**naviguard**  24:2
24:4,5,8 43:6,12
43:14,17,25 44:5
44:8,14 224:14
224:19 225:3
**naviguard.com**
224:5

**nearly**  22:23
**necessarily**  96:8
123:7 155:11,25
244:8 296:19
**necessary**
155:15
**need**  11:9,15
12:3,6 17:14
57:10 67:1 69:2
72:18,25 82:3
96:4 109:9
110:23 116:13
138:6,6,9 144:20
145:7 163:9
204:1,24 215:4
221:17,22
255:22 282:3,5
287:12 297:8
**needed**  46:6
58:15 131:16
155:17 182:13
185:6 190:12
204:23 256:2
264:17 265:2
**needing**  292:1
**needs**  214:22
**negotiate**  101:24
103:4
**negotiated**  166:8
207:13 209:13
268:19 278:25
**negotiating**
206:13,16,24,24
**negotiation**
100:25 101:14
101:20 102:5
206:15 209:19
223:13 262:16

**negotiations**
23:15 103:12
141:15 206:3,20
210:10,12,23
**neither**  186:24
187:18
**nerve**  185:9
**network**  18:16
19:16,17,22
20:14 23:14,15
23:18 24:7
25:14 42:20
55:11 56:2 65:8
65:21 66:8,18
67:4 68:15
70:14,15 86:5
89:25 91:23,24
92:2,5,8,10,11
93:10 94:20,25
94:25 95:5 96:9
107:11,12 108:2
108:4 112:8
114:9 115:15
116:13,15
120:20 124:25
125:9 126:22,23
134:2 139:10
141:2 146:23
149:20 152:1
153:25 154:9
166:9 171:8
196:19,22 212:3
212:6 214:13,16
217:20 218:17
218:18 221:17
222:17 223:3,10
230:18 231:4,5
237:22 238:2

243:25 245:2
261:14 266:1,5,8
266:21 268:12
268:25 269:3
270:25 277:9
280:21 285:5,7
286:3,5 298:2,12
**never** 38:24
49:14 50:6,9
135:15 161:1
162:7 187:2,6
256:17 258:2
293:19 296:11
297:5
**new** 1:10 3:2
66:13 80:24
82:3 207:3
211:3 217:22,22
217:23 218:8,8
237:21,22
238:16,24 245:5
**newbie** 245:3
**nice** 134:3,11,13
**nicole** 2:3,13
9:13,17 197:20
198:15 237:4
283:3,9,18
**nicole.wemhoff**
2:6
**nine** 286:25
**nmatthews** 2:16
**nods** 11:22
**noise** 208:25
209:1 224:16
**non** 146:9,9
218:18 231:1,3,9
266:1,1,5,8,21
268:25 269:3

**normally** 184:10
264:20 290:22
**northern** 1:1
**notary** 1:20
300:14
**note** 173:24
240:18 303:11
**noted** 302:7
**notes** 196:12
197:5 301:7
**notice** 5:3 69:6
83:3 104:25
105:2,16
**noticed** 77:14
**notification** 4:6
15:5,8
**notified** 228:18
229:4,10,11,15
**notify** 91:5
229:18
**november** 6:9,17
7:2 107:8
110:21 224:9
**nuance** 129:3
**nuances** 51:1
128:21 241:25
**null** 236:5
**number** 58:21
63:18 73:7 74:5
92:20 94:14
95:6,11 97:20,22
99:22,24 100:2,5
100:19 101:12
101:12,13
103:25 107:19
108:10 113:4
122:20 123:19
130:9 132:21

155:2 158:24
182:17,17,18,20
182:22 185:10
186:3 195:1
196:1 200:22
204:9 209:6
213:17,22
221:19 223:20
224:3 235:2
243:3 283:10,11
284:6,12
**numbering**
278:16
**numbers** 102:23
106:2,3,5 117:23
130:3 137:1
163:7 176:4
178:1 181:7
188:18 191:7
193:11 197:24
199:14 237:5
239:24 249:23
261:8,10,17,19
262:7 263:15
278:10
**numerical**
261:18
**nw** 2:4,18

**o**

**o** 8:1 10:15,19
17:19 303:3
**oakland** 1:2
**oath** 4:4 10:7
12:11 300:1
**object** 11:12,16
18:2 27:3 39:21
49:23 69:9

85:21 86:23
95:22 97:2 98:6
103:5 105:3
257:9 284:5
296:16,21
**objection** 16:9
18:7 25:8,21
26:6,21 28:10
29:16 30:5,10,19
31:20 32:17
33:7 34:5,11,22
35:6 37:4,22
38:1,2,10,19
39:1,9,16,17,22
40:1,13,14,19
41:2,13 42:8,16
43:2,8,19 44:2,9
44:18 45:18
46:1,16,22 47:3
47:13 48:9 49:9
49:16 50:11,16
50:22 51:5,18,20
52:3,10,25 53:8
53:20 54:14
55:19,23 56:11
57:20 58:3
59:18 61:13,19
61:23 62:7,20
63:7 64:9,16
65:2,9 66:9,20
67:5,16,21 68:4
69:18,24 70:6,17
71:1,24 72:7
73:3,13,21 74:20
75:1,6,17 76:8
76:23 77:9,18
78:11 79:6,21
80:3,8,17 81:6

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

| | | | |
|---|---|---|---|
| 81:14,23 82:11 | 157:3,11,16,23 | 232:7,18 233:15 | 168:11 189:13 |
| 83:12,19 84:12 | 158:12 159:16 | 233:25 234:2,14 | 223:16 289:24 |
| 84:23 85:15 | 159:22 160:2 | 236:8,15,16,22 | **obtain**   58:21 |
| 86:3,21 87:6,23 | 161:24 162:18 | 238:3,11 239:6,7 | 66:25 190:5 |
| 88:8,14,23,24 | 163:23 164:9 | 239:15 241:3,15 | **obtained**   129:1,2 |
| 89:12 90:5,14 | 165:3,6,16,24 | 242:6,19,20 | **obviously** |
| 91:2,19 93:2,22 | 166:15 167:1,14 | 245:9,15,24 | 146:19 |
| 94:3,18 95:12 | 167:23 168:6,16 | 246:9,16,23 | **occasionally** |
| 96:5,20 97:14 | 168:23 169:6,11 | 247:12 248:1,22 | 11:12 46:5 |
| 99:1,25 100:8,11 | 169:15,20 170:2 | 249:9,15 251:3 | 234:12 |
| 100:20 101:2,4 | 170:9,25 171:14 | 251:22 252:15 | **occur**   166:24 |
| 101:16,25 102:7 | 171:20 172:16 | 253:2,11 255:12 | 168:10 |
| 103:14,21,22 | 172:21,22 173:4 | 256:9,19 257:3 | **occurred**   78:6 |
| 104:4 107:1 | 174:2,9,18 175:8 | 258:4,19 259:5 | 297:1 |
| 108:23,25 | 175:16 177:1,11 | 259:15,23 260:7 | **occurrences** |
| 109:13 110:10 | 180:9 181:14 | 260:17 262:4,22 | 166:23 185:10 |
| 112:14 114:17 | 183:13 184:2,8 | 263:6 266:12 | 186:3 |
| 114:23 115:4,9 | 184:20 185:16 | 267:3,16 268:7 | **ocm**   88:18 117:5 |
| 116:19 118:19 | 185:23 186:13 | 269:9,16 270:6 | 141:15 214:5 |
| 121:2,4,5,13,25 | 187:9,23,24 | 270:18 271:5,14 | 219:16 223:14 |
| 122:2 124:5 | 188:9,10,23,24 | 271:22 272:6,18 | 224:19 |
| 125:3,11 126:9 | 189:5,6,9,19 | 273:2,13,20 | **october**   43:21,23 |
| 128:7,18 129:4,5 | 190:2 192:7 | 274:9,20 275:7 | 149:22 150:11 |
| 129:20,22 131:2 | 193:22 194:6,18 | 276:1,11,19 | 177:8,18 300:15 |
| 131:9 132:10,25 | 197:11 198:11 | 277:15 278:1 | **offer**   33:10 |
| 133:7,13 134:18 | 201:9 202:8 | 279:11,21,22 | 44:13,14 143:7 |
| 135:21 136:3 | 203:2,11,17 | 281:2,7,17 | 191:23 225:13 |
| 138:1,16 139:3 | 204:17 206:9,21 | 282:10,16,24 | 225:14,16 |
| 139:20,21 | 207:20 208:4 | 289:7,8 290:3,12 | 248:15 249:3 |
| 140:14,21 | 209:15 210:19 | 290:25 291:19 | **offered**   33:14 |
| 141:18,19 142:3 | 211:5 213:11,25 | 292:6,17,25 | 219:16 226:25 |
| 142:11,25 | 215:24 219:3 | 293:23 294:4,20 | 228:2 249:19 |
| 143:19 144:7 | 220:14 222:14 | 295:7,11 296:10 | 255:18 |
| 147:7,14 148:15 | 223:5,7 224:20 | 297:4,21 298:3,9 | **offering**   212:6 |
| 150:4,14 151:3,7 | 224:21 225:4,11 | 298:20 | 248:13 249:11 |
| 151:16 152:9 | 226:7 228:7,14 | **objections**   11:13 | **offers**   33:15 |
| 153:4,11,12,18 | 229:1,7,13,16,22 | 26:13,16 27:4 | 44:12 206:15 |
| 154:2,22 155:21 | 230:6,19 231:10 | 51:12 53:24 | |

Case 4:20-cv-02254-YGR   Document 323-14   Filed 07/16/23   Page 344 of 374
Radames Lopez                                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[offhand - opr]                                                          Page 40

**offhand** 15:6
  194:5,16 202:5
  207:10 231:12
**office** 16:15,18
  16:21,21 17:11
  17:13,14,15,21
  265:13
**official** 233:20
  300:7
**offshore** 67:18
**offshoring** 67:24
**oh** 13:15 15:25
  21:23 23:2
  31:21 51:24
  78:5 105:3,6
  114:5 119:19
  123:13 127:18
  137:19 138:17
  155:14 156:2
  163:11 184:9
  193:2 200:5
  204:11 205:7,10
  211:15,25
  212:14 213:2
  218:15 226:24
  229:11 238:9
  248:9 249:16
  250:11 252:6
  254:17 264:7
  280:17
**okay** 12:19,24
  13:7,14 14:1,4
  14:19 15:19
  17:8 18:11 20:2
  21:3,14,25 22:19
  23:21 24:21
  26:3,10,15 28:7
  33:20 35:3,24

36:2 38:8 39:6
  42:13,24 43:17
  45:6,24 47:6
  49:5 54:11
  55:11 56:5,9
  57:11 60:8 70:2
  70:24 74:4
  76:18 77:14
  78:3,8,22 81:19
  82:16 89:17
  92:23 99:8,18
  100:5 102:13
  105:3,10,14
  106:17,25 109:6
  109:20 110:9
  111:5 112:7
  118:5 120:10
  121:17 122:9
  123:1,11,14
  124:15 125:14
  125:22 126:15
  130:4,7,17 131:7
  131:19 132:15
  132:20 133:5,22
  134:7 135:12
  136:8,16 137:3,6
  139:17 144:15
  149:14 152:3
  155:8,18,24
  160:23 163:13
  171:5 173:13
  176:8 177:16
  178:5,20 181:11
  182:6,12 191:9
  191:11 192:1,3
  192:25 195:25
  196:3,6 198:3
  199:19 204:7

205:10,19 207:2
  211:16,23
  214:21 219:10
  221:21 224:1
  225:25 226:23
  230:24 231:18
  232:5,17 235:4,8
  237:13,25 240:1
  240:3 241:10
  242:12 243:15
  244:12 247:9
  248:6 250:4,25
  253:17,21 254:4
  254:15 260:5
  263:3,13 264:13
  270:24 271:10
  272:23 275:4
  276:25 279:18
  280:22 282:2,8
  283:13,24
  284:11 285:9,12
  285:19 286:10
  286:19 287:2,11
  287:17 288:7
  290:22 292:14
  296:7
**okeydokey** 243:5
**old** 58:6 212:20
**oldsmar** 16:15
  16:21 17:15,17
  17:19,21 18:12
**olson** 6:9,16,20
  7:6 186:17,18,19
  203:25 205:24
  210:8 240:18
**once** 60:15 92:6
  96:1,23 109:17
  155:10 212:14

**one's** 28:25 29:1
**ones** 14:4 27:24
  57:1 75:22
  93:14 194:1
  227:15 237:23
  244:14,17
**online** 72:21
  73:7
**oon** 138:22
  219:13,17
**open** 180:1
**operating** 82:5
  162:15
**operation**
  131:23
**operational** 20:6
  127:19 179:9
  216:1 243:24,25
  244:14 246:5,11
**operations** 20:19
  20:20 111:3
  136:17 179:11
  182:11 185:3
  190:16 200:3
  235:14,19 247:7
**opportunities**
  69:2 141:24
**opportunity**
  54:7 55:15
  101:19 137:19
  137:21 138:11
  226:18 241:23
**opr** 5:22 32:2,4,8
  32:12,16 33:6
  36:14 38:25
  39:7,15 40:11,18
  40:24 41:12
  43:1,7 45:25

47:7 48:23
52:22,24 53:13
53:23 91:9,11
99:13 102:4
103:19 116:12
121:18,24
149:17 151:15
164:17,19
166:10 172:7
173:16 176:12
176:14,14,15,18
177:10
**ops** 215:5,21,22
244:1
**opt** 226:2,14,18
226:25 227:25
228:2,4
**opted** 226:17
227:1,6,13,15
**option** 34:25
261:24
**options** 25:13
143:14 225:17
248:16,17,18
249:1,18,19
255:19,20,23
261:13,14
279:16
**opts** 36:21
**optum** 130:19,23
131:3,5 213:18
214:2 215:3,9,11
232:17
**optum.com**
130:17,18 131:1
131:4 213:23
221:2

**ora** 232:17
**oracle** 7:18
264:1 267:1
268:4 269:8
289:1 291:12,14
**order** 198:25
299:5,8
**ordering** 303:13
**original** 197:6
209:25
**originally** 192:6
**orleans** 3:2
**outcome** 233:20
301:10
**outlier** 23:10,21
116:11 217:12
217:15,17 218:4
**outpatient** 5:22
28:12 39:7 42:6
42:11 47:7
142:21 143:10
150:22 152:5,8
152:17 164:18
164:20,21 166:7
172:10 176:22
177:14 235:22
236:4 265:13,18
265:22,23
270:24,25 285:3
286:6
**output** 208:7
**outs** 226:25
**outside** 79:8
119:21 185:25
271:12 296:10
297:4
**overall** 42:3
43:10 104:7

138:3 176:14
194:9 200:3
201:7,8 202:13
202:14 281:12
281:24
**oversees** 246:8
246:10,20
**oversight** 244:2
291:3,7 294:12
**overview** 67:12
217:8 218:2
**owe** 96:10,11,14
96:15,16

**p**

**p** 2:1,1 8:1 158:8
173:15
**p.m.** 1:16 122:15
122:16,17
263:12 299:12
299:23
**pack** 261:18
**package** 230:14
255:23 261:13
261:14,19,23,24
262:8 279:10,16
**packages** 59:7
59:10,11,15
**pad** 98:18,20,24
99:24 100:3
**page** 4:2 5:2
15:19 107:7,17
107:20,23
108:11 111:12
111:13,17,23
114:3 120:3
124:15 126:15
133:25 134:7

135:9,18 136:9
136:10,17 140:8
141:1 149:12
163:19 164:15
171:25 173:13
173:25 181:25
193:8 200:17
203:23 204:8,9
208:10 209:6
216:9,23 218:11
219:10 220:25
221:20,25
225:21 232:2
235:18,25 238:6
238:19 241:18
251:12 252:18
261:3 263:21,23
264:4,5 265:20
265:25 278:11
278:16 302:9
**pages** 15:20
204:8 262:6
301:6
**paid** 97:12 98:5
99:14 166:8
172:10,10
173:17 252:13
266:5 270:2,4
271:11,19,19,23
272:4 273:19,19
275:15 286:23
290:10,11,23,24
**paper** 46:5,8,11
46:15,21 48:1,20
48:22,25 49:2,6
49:15,19 163:16
173:24 174:1,17

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[papers - percentile]**                                    Page 42

papers 47:1,6,24
253:15
par 193:12
230:25 231:1,3,9
paradise 5:19
17:25 18:5,18
19:7 140:9
148:23,24 149:5
158:11 159:5
243:15
paragraph
164:16 217:4
240:19
parameters
102:5,11,16,24
parenthesis
266:19
part 16:12 32:13
36:16 45:25
56:5 68:1 70:25
71:2 86:6 95:5
109:21 112:5
113:17 119:1,5
134:21 141:17
148:20 160:16
160:22 171:8
178:22 191:22
196:22 206:14
215:14 216:16
217:1 231:16
240:9 255:21
256:12 264:15
278:21 281:16
292:5 293:21
particular 42:1
53:17 91:9
115:1,13 116:16
118:9 120:15

137:10 143:6,8
157:2,20 161:21
192:4 227:16
270:3 288:19
298:1
parties 8:2
216:22 301:8,9
303:13
partner 56:15
84:8 99:5
144:18,22
181:23 183:20
183:23 190:11
213:1
partnered
196:18
partners 73:24
184:22,25 185:5
212:8 215:14,15
215:18 216:1,17
219:6 244:1,6,9
244:11,12
246:12 254:19
254:25
partnership 85:1
party 33:19,20
33:24 129:11,12
133:16 170:5
273:11 287:23
288:4
pass 135:6
237:23 239:10
path 215:8
pathways 27:12
patient 91:12,14
91:18 98:10
283:25 284:1
286:2

patient's 285:13
285:15
patients 229:3
283:25 285:25
288:23
patricia 186:19
203:24 205:23
210:8 240:18
patty 186:19
paul 158:8
paused 285:18
286:11 287:7
288:8
pay 36:9 52:21
79:5 96:23
183:4 236:5
261:21 268:20
payer 96:23
250:21,24
paying 78:22
266:18
payment 44:23
45:12 79:9
172:11 185:9
211:3 268:19
287:12
payments
125:10 169:19
pays 153:2
peer 127:20
243:14
peers 270:20
penalties 302:22
pending 12:9
252:1
pennsylvania
2:4

people 66:6 69:6
81:19 113:15
132:21 135:1
139:17 140:19
162:17 182:4
185:5 213:17,22
217:22 218:5,6
247:11 254:20
255:4 262:19
pepm 135:19
percent 102:20
102:25 115:24
116:2,6,16
164:20 200:25
201:2,6,24,25
236:6 286:8,23
286:25
percentage
42:14,21 53:5
102:12,17
114:21,22
115:23 203:8
206:7 230:17
231:9,13
percentages
254:8
percentile 14:18
14:20 15:21
16:1,4 34:15,18
35:4 36:9,13
145:8,10,14,15
145:19 146:10
146:25 147:4
148:5 149:23,24
150:10,11,20
159:9,10,15
160:1,4,6,9
161:21,22

[percentile - plan]                                    Page 43

170:19 177:10
177:14 183:5,5
186:21 187:1,2,6
187:7,17 222:22
225:22 226:11
226:13,14
227:16,20 228:6
228:12,24 229:5
229:10,15
241:12,13,19,20
251:6 252:22
254:18 255:7
256:1,8,17,22
258:10 259:2
270:3 292:23
**percentiles**
36:21 145:17
176:17 229:21
251:6 256:3
257:23 258:3
277:13
**perception**
216:15
**perfectly** 74:25
**performance**
158:16 178:12
**performed**
268:25
**period** 201:3,17
214:20
**perjury** 302:22
**permitted** 114:8
**person** 11:8
144:25 212:24
219:7 232:15
291:8 293:17
**personally** 40:20

**personnel** 291:8
**perspective** 24:1
245:13,18 295:9
**peterson** 5:12
107:24 130:9
**pharmaceutical**
279:4
**phase** 225:10
**phelps** 9:21
**phelps.com** 3:3
**phoenix** 185:10
186:10
**phone** 12:15,17
62:5 68:2,5,9,10
68:23,24 69:5,17
70:5 71:15,22
72:4,6,12,16,19
72:24 73:1,2
94:14 95:6,11
100:6,19 101:11
101:12 138:14
259:13,14,16,20
295:5
**phonetic** 18:23
285:17
**php** 286:2,5,7
289:5 290:1
**phys** 145:9
**physical** 17:11
17:13
**physically** 17:20
67:14
**physician** 29:1,8
33:18,21,25
34:14 35:4 52:6
86:13 108:20
110:2,4,7 124:4
127:23 128:13

129:1,11 138:24
139:14 146:24
159:7 160:7,24
161:4,5,9,22
162:3 163:1
169:19,23
170:19,22
171:19 183:11
222:24 229:21
230:4 242:14
256:24 257:2
258:9,18 259:3
268:6 270:1,13
273:6,18 277:12
279:16,18 280:6
280:8,14 281:16
290:7,11,23
292:14,15 293:7
298:8
**pick** 42:19 212:2
261:14
**picking** 247:19
**picks** 258:23
**piece** 63:21
79:15
**place** 78:15,19
123:5 258:3
**places** 123:4
193:9
**plain** 282:8,14
**plaintiffs** 1:6,17
2:11 5:2 9:11
10:21 104:22
106:9 113:1
117:20 122:21
129:24 136:22
149:9 158:21
163:4 176:1

177:23 181:4
191:4 195:5
197:22 198:17
199:11 211:8
223:21 231:19
234:22 237:7
239:21 250:2
253:23 263:17
278:13 283:16
299:9
**plan** 7:18,19,19
54:4,12,16 55:3
55:6,9,9,16,21
56:3,7,10,14,23
57:8,11,15,19
58:2 64:2,3
74:14 79:3,24
80:1,11 84:16,18
84:21 85:12
86:2,18 92:4
112:9 140:11
141:8 143:6
150:19 152:16
167:13,13 168:5
170:21 182:14
183:4 194:11
202:4 212:1,15
212:17,20,21
213:7,9 214:10
215:2 220:17
223:3 225:9
226:14,17,18
227:24 229:18
230:3 233:22
234:12 248:18
255:10 256:2,12
256:13,21,23
258:2,7,15,17,22

259:9,25 260:2
260:11,19,20
261:15 262:21
264:2,2,3,17
267:2,11 268:4
268:20,21 271:1
272:9,9,13 274:8
274:12 277:6,20
278:22,24
279:10 280:3,5,9
281:11,11,16,25
282:3 291:12,14
291:17 292:1
294:10,17 295:1
295:5,14 297:16
297:19,23 298:1

**plans**   39:8 84:10
108:21 167:17
167:18,22
168:22 249:1
255:11 256:6,17
257:1,7 259:21
259:24,24 277:2
277:3,7 281:1,10
298:7

**platform**   60:24
84:2 130:15
134:14,16

**platforms**
134:23,24 135:1

**play**   86:10
213:21 283:18
284:3,4 289:13

**playing**   284:25
286:1,14 287:10
288:14

**please**   9:7,24
11:18 12:6

15:11 17:18
24:21 32:9 35:7
35:10 40:6
51:21 52:11
65:4 83:14
93:24 101:8
108:14,15 146:7
151:18 168:18
169:16 170:12
176:7 183:1
189:5 193:23
200:1 230:23
252:4 257:5
263:14 267:19
271:16 282:11
285:13 289:15
297:9 299:19
303:11

**point**   144:11
190:20 201:4,23
202:1 206:12
207:22 208:2
254:22 297:1

**points**   219:15
224:18 262:13

**policies**   162:12
227:5,7

**policy**   58:21
112:9 141:8
182:17

**population**
188:13 200:19
200:21

**portal**   58:24
59:2,4 156:8

**portion**   244:20
286:23

**portions**   284:4

**position**   18:17
18:20 31:7,10
158:17 293:20

**possible**   213:8

**possibly**   284:10

**posted**   104:17

**potential**   137:14
154:5 202:20

**potentially**
25:12 70:14
81:8 98:1
101:20 128:9
137:21 138:7
147:15 245:16

**practice**   29:8

**preexisting**
287:20

**prefer**   258:24

**preferred**   266:1

**preparation**
46:11 48:17,19
50:15 82:22

**prepare**   12:25
13:3 67:3
113:15,17,22

**prepared**   113:20

**prepares**   113:14

**preparing**   17:24
48:20 49:6
233:4

**present**   3:6
186:23

**presentations**
14:6

**pretend**   42:25

**previous**   19:13
107:10 111:23

262:14

**previously**
112:18 123:17
133:15 220:12
243:7 253:15

**price**   92:10,10
92:15,24 93:7
98:5 110:7
128:16 129:9
152:4,7 153:1,21
167:4 169:18
180:17 274:14
274:14,16,18
275:1,2,5 276:9
277:25

**priced**   28:8,15
33:5 51:17
93:18,19 97:1,4
97:12 98:5,11
99:10,13 116:16
116:18 128:25
129:1 150:13,19
152:22 153:3
192:6 260:15
271:2 274:6,16
277:12 288:24

**prices**   41:12
275:18,19

**pricing**   45:25
52:18,23,24
92:16 114:3,4,18
114:20 115:2,13
115:19 129:10
129:11 151:15
152:18 153:17
161:10 170:18
170:23 171:2,19
171:22 174:16

190:1,6 235:20
273:8 274:7,23
276:17
**primarily**
148:18 243:23
265:1
**primary**   24:6
32:15 33:1,2
43:14 245:1
**printout**   135:13
185:12
**prior**   31:2 144:4
163:23 175:13
177:7
**private**   168:15
168:21
**privileged**
233:16
**probably**   41:18
65:25 78:5
149:2 188:21
208:23 216:15
244:23 264:23
**problem**   109:7
222:12,15
**problems**   66:5
**procedure**   45:17
51:3 303:21,22
**procedures**   82:5
162:15
**proceeding**   9:19
**process**   5:6
20:11,12 26:5
27:8 65:17 69:1
91:21 96:24
113:13,14,16,17
113:20 137:21
138:9,11 142:15

143:22 147:1
149:22 150:2,8
204:2 217:8
218:4 226:2
242:15 247:7
**processed**   194:3
212:22 230:17
271:24
**processes**   82:4
105:22 111:3
162:14 191:22
231:8
**processing**
103:19 110:17
193:19
**produced**   283:14
284:9 300:9
**products**   214:12
218:19 279:4
**prof**   145:9
**professional**
28:15,19 29:1,15
36:5,8 37:16
51:10,17 52:2
108:8,16,22
109:4,8,10 110:2
112:10 138:23
141:9 143:18
290:20 292:4
**program**   11:2
14:11,18 16:2
18:25 19:16,18
19:22 23:10,10
23:11,12,13,16
23:22 25:7,12,20
27:22 28:2,9,16
29:23,25 32:6
33:4,11,13,17,18

33:25 34:2,8,9
34:14,25 36:3,21
37:10 41:10,19
42:4,15 44:22,25
46:4 52:19,24
53:14 56:1
59:12 60:23
70:19,20 76:3
81:21 82:1
85:18 86:1,10,20
86:25 87:10,19
87:19 88:2,11,18
88:22 89:22,24
91:18 92:12,19
93:7 95:19 96:4
97:4 104:7
108:2 116:10,10
116:11 117:6
120:22 121:7,15
121:20 126:22
126:23 127:23
127:24 132:15
132:19 133:17
138:5,8 143:8,12
145:22 146:16
150:22 151:25
152:1,14 153:21
153:22,25 154:9
154:15,16,19
156:10,25
157:10,15
158:10 160:4,7
164:11 170:3,17
171:8 175:11
183:12,12 188:3
189:15 191:19
191:22,23 192:2
201:8 205:7

206:14,15
207:12 208:13
208:25 209:4
212:3,4,10,11
213:4 214:17
217:7,11,18
218:3 221:18
223:10 225:10
225:18 226:11
237:20 240:15
241:21 244:2
246:7 248:14,17
249:21 251:7
255:16,18,20
256:1 258:11,12
260:21 267:1
269:15 271:24
271:24,25
273:24 274:5
275:10 279:19
282:23,25 285:3
**programs**   15:18
18:16 20:15
23:3,6,8 33:17
36:4 37:3,8,11
37:13 43:11
46:10 62:10
65:8,16,22 66:8
66:19,23 67:4,9
67:12 69:3
75:15 77:3,7
86:5,12,15 88:13
92:5 108:4
120:18 122:4
123:25 124:13
128:1,10,13,17
129:15,18
132:13 138:4

Radames Lopez                           July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[programs - q2]**                                        Page 46

139:8,10,11,12
140:1 141:3,23
142:7 143:24
149:20 161:7,14
193:18,25 194:9
194:12,12
215:15 217:20
218:17,18,18,22
230:9 243:25
257:8,13,18,20
257:22 258:16
271:8 277:18
278:5 280:21
291:5 293:15
298:2,8,12
**project** 107:10
159:8,11 178:21
178:23 179:7,15
193:11 196:11
216:10,16 217:5
240:10 254:23
256:2
**projects** 178:13
178:24 179:16
244:4 254:21
**promoted** 19:17
**pronounce** 222:8
**proof** 224:18
**properly** 65:1
**proportion**
200:24,24
**proposal** 131:16
132:6,8
**proprietary**
23:17
**prospective**
172:11

**protective** 299:5
299:8
**proven** 165:23
**proves** 204:1
**provide** 41:5
66:23 72:23
80:25 83:1 84:9
93:14 144:19
189:24 190:5,12
190:14,15,16,17
200:9,10 217:7
218:2 219:4
227:10,12
235:21 248:18
252:13 254:24
259:10 262:25
291:6 294:7
295:1
**provided** 67:11
68:25 69:1,4,12
77:7 89:1
189:18,21,22
250:19 265:18
293:16 294:23
**provider** 25:3
62:1,23 63:1,4
66:6 70:3 81:4
81:12,20 82:10
82:13 90:3,8,12
92:13,25 93:12
97:11 99:18,20
100:17,18,19,24
101:11,13
102:15 116:15
139:18 140:19
141:16 142:8
143:15 144:2
146:22 152:17

153:3 161:20
162:17,23 168:4
198:7,8 202:13
202:18 203:20
207:3,14 209:3
209:13,19,21,24
210:2,3,24
221:14 223:1
231:6 232:23
233:22,22
235:14,19 236:5
251:16 261:1
262:19 266:2,5
266:21 268:25
275:11 280:22
283:7 284:10,13
291:18,25 294:2
294:3,6,16,17
295:6 296:8,24
**provider's** 82:7
153:8 265:13
269:3
**providers** 23:19
25:14 62:18,18
62:24 70:14
90:2 91:1 92:14
92:24 93:13
94:8,9,17,20
103:12 114:11
124:25 166:5,8
167:5,22 168:15
168:15,20,21,25
186:25 187:19
187:21 202:12
202:15,21 203:9
203:16 205:25
206:2,8,12,16,23
207:17,18,23

208:18 210:10
210:11 227:23
229:3,9,11 231:6
233:9,13 251:14
262:21 270:20
270:21 271:3
275:12,21,25
295:4 297:12
298:19,21
**provides** 33:25
46:9 61:9
**providing** 68:13
**public** 1:20
185:20 300:14
**pull** 58:24 71:22
72:23,25 74:7,14
155:16 218:21
264:21
**pulling** 73:2
123:11
**purchase** 164:12
**purchased**
230:10
**purpose** 24:13
24:16 95:19
240:6
**pursuant** 105:15
299:8
**put** 11:13 12:20
122:25 135:18
145:7,9 173:22
199:10
**puts** 153:1

| q |
|---|
| **q1** 173:15 |
| **q2** 173:15 |

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

| | | | |
|---|---|---|---|
| **q4** 173:15 | **questions** 11:12 | 33:21,25 34:8,14 | 183:4,11,12 |
| **quality** 78:20 | 11:17,25 39:3 | 34:19 36:2,5,6,8 | 184:4 186:10,21 |
| **quarterly** 178:15 | 41:5 47:20 48:8 | 36:12,24 37:9,19 | 187:22 188:3 |
| **question** 11:15 | 48:17,24 49:3 | 37:20 42:15,22 | 190:1 191:19,22 |
| 12:8,9,10 14:24 | 56:2 66:12 | 43:24 44:4,8,22 | 197:8,9 201:20 |
| 15:11,13 26:8,9 | 92:20 111:8 | 44:25 46:4 | 202:4 205:4 |
| 26:17 27:4,8 | 118:14 120:6,11 | 52:18 59:11 | 207:12 208:13 |
| 32:20,21 36:15 | 120:13,18 121:8 | 67:9 81:17,21 | 208:19,24 |
| 36:16 40:5,23 | 121:17 122:3,5 | 86:1,10,12,13,14 | 212:10 217:13 |
| 41:9,10 47:17 | 123:24 124:13 | 86:14,20,25 87:9 | 217:14 220:13 |
| 51:22 65:6 | 155:17 180:19 | 88:1,11,21 89:22 | 220:19 222:24 |
| 68:20,23 78:7,16 | 213:15 215:16 | 91:8 92:12 93:6 | 222:24 225:10 |
| 79:17,18 83:14 | 215:17 222:20 | 97:4,13 108:8,17 | 225:14,18,22 |
| 94:1 95:18 | 244:4 245:7,11 | 108:20,22 109:4 | 226:11,13 |
| 108:15,15 119:8 | 251:16,18,18 | 109:9,10 110:2,2 | 227:17 228:24 |
| 119:22 121:20 | 254:22 259:17 | 110:3,4,7,7 | 229:4,21 230:1,5 |
| 121:22 131:19 | 260:12 277:20 | 112:10 116:10 | 235:21 237:20 |
| 141:6 145:6 | 295:17 296:3 | 119:9 121:20 | 240:10,13 |
| 149:13 151:18 | 297:15 298:23 | 122:4 124:4,4 | 241:19 242:4,14 |
| 154:24 156:13 | 298:24 | 127:23,24 | 242:14 247:11 |
| 160:5 162:9,21 | **quick** 120:3 | 128:13,25 129:1 | 249:14,17 251:1 |
| 170:17 175:2 | 123:12 149:13 | 129:12 132:19 | 254:7,18 255:6 |
| 176:16 180:11 | 296:2 | 138:23,25 | 255:18,20 256:1 |
| 181:24 183:2 | **quickly** 123:2 | 139:14,14 | 256:18,24,24 |
| 186:20,21 187:3 | **quote** 220:12 | 141:11,13 | 257:2,2,8 258:9 |
| 189:15 212:11 | **quoted** 161:20 | 142:20 143:10 | 258:11,18,18 |
| 213:8 214:20 | 220:12,16 | 146:25 147:2 | 259:3 260:15 |
| 220:9 233:8 | **quoting** 223:8,9 | 149:23,23 | 261:5 262:16 |
| 243:6 250:20 | 238:10 | 150:10,13,18,22 | 268:5,6 269:14 |
| 252:1,2 259:10 | **r** | 152:14 154:15 | 270:4 273:1,6,18 |
| 264:21 267:19 | | 154:19 155:20 | 273:19 274:5 |
| 267:21 276:7 | **r** 2:1,2 17:19 | 156:25 157:9,15 | 277:12,13,25 |
| 289:4 296:16,18 | 219:25 | 159:7,9,11,15 | 279:15,16,18,18 |
| 296:22 297:8 | **r&c** 11:2 23:10 | 160:1,4,7,10,24 | 279:19 280:6,6,8 |
| 298:18 | 23:16 24:10,14 | 160:24 161:4,5,6 | 280:8,12,14,14 |
| **questioning** | 25:7,19,19 27:9 | 161:9,9 162:4 | 281:16,16 292:4 |
| 192:1 250:17 | 29:22 32:6 | 163:1,15 169:23 | 292:4,11,15,24 |
| 289:9 297:2,5 | 33:16,16,17,18 | 175:10 180:18 | 293:7,20 296:5 |

| | | | |
|---|---|---|---|
| 297:23 298:8,8 | 118:4 123:7 | 259:20 274:5 | 139:22 140:6 |
| **r&c's** 129:9 | 140:19 146:24 | 302:9 303:11 | 144:8,24 145:2,5 |
| **radames** 1:14 | 164:16 217:2,4 | **reasonable** | 145:25 148:16 |
| 4:2 5:4 9:3 10:6 | 220:3,8,11 224:1 | 27:21 28:2,8,16 | 149:1,7 150:12 |
| 10:13 300:5 | 240:3 252:2,5 | 33:11,13 34:2 | 156:12 157:4,5 |
| 301:5 302:5 | 259:9 266:4 | 35:4 141:8 | 158:14 160:21 |
| 303:2,6 | 267:21,23 297:8 | 161:21 169:19 | 161:19 166:18 |
| **raise** 9:23 | 297:10 302:22 | 170:20,22 | 166:25 167:25 |
| **rarely** 60:12 | 303:10 | 171:19 257:12 | 170:16 171:10 |
| **rate** 114:22 | **reading** 8:2 66:7 | 266:20 269:4 | 171:16 174:4,10 |
| 116:17 149:17 | 69:6 81:12,22 | 270:2 274:1 | 174:12 175:1,4,9 |
| 179:25 180:8,15 | 131:12 139:18 | 286:15 303:14 | 175:19 188:2,5 |
| 180:17,20,21,24 | 139:24 141:16 | **reasons** 227:23 | 189:1,20,21 |
| 201:1,6 202:3 | 237:18 292:19 | 228:1 | 190:10 194:8,16 |
| 209:20,21,25 | 292:20 302:7 | **rebecca** 17:25 | 194:19 198:12 |
| 210:16,25 236:5 | **readjudicated** | 18:5,18 19:6 | 202:5 208:23 |
| 236:6,14,20 | 192:5 207:7 | 148:23,24 159:5 | 209:17 215:12 |
| 237:1 266:5 | **reads** 217:3 | 243:15 | 226:16,20 |
| 268:20 | **ready** 123:14 | **recall** 13:10,13 | 228:25 229:24 |
| **rates** 161:22 | 130:7 199:18 | 15:25 21:23 | 232:6 233:2,5,17 |
| 168:21 169:5,5 | **real** 120:3 | 25:23 27:23 | 233:18 234:4,9 |
| 201:20 224:16 | 123:12 289:17 | 29:12 31:21 | 234:18 235:10 |
| 238:2 253:10 | **really** 27:12 37:7 | 39:2,10 40:15 | 235:16 255:3,5 |
| 278:25 | 37:10 45:9 | 43:4 44:3 46:18 | 264:19 265:6 |
| **rationale** 193:10 | 50:21 79:17 | 49:18 50:8,12,17 | 273:5 290:8 |
| **ray** 14:25 32:18 | 104:7 108:22 | 52:16 60:21 | 296:7 297:17 |
| 104:15 138:21 | 139:7 151:25 | 64:25 65:6,25 | **receipt** 303:14 |
| 149:16 159:6 | 156:21 176:18 | 66:11 69:20 | **receive** 22:11,15 |
| 179:24 213:17 | 180:18 191:19 | 71:14,19 74:16 | 22:22 48:25 |
| **reach** 27:18 | 193:4 214:21 | 75:3,10 78:5 | 66:17 91:22 |
| 77:15,21 84:8 | 218:18 231:15 | 81:16 87:18 | 100:18 174:8 |
| 259:18 260:23 | 256:20 273:25 | 88:4,10 100:2 | 230:25 |
| 277:21 | **realm** 79:8 | 102:23 103:7,11 | **received** 22:17 |
| **read** 24:24,25 | **reason** 17:15 | 103:15 118:12 | 48:22 99:8,15,18 |
| 32:21,23 36:17 | 41:4 74:5 87:12 | 121:19,23 | 182:24 202:6 |
| 36:18 40:5,7 | 87:16,21 88:20 | 125:15 126:11 | 207:3 265:11,13 |
| 51:22,23 94:1,2 | 127:15 165:20 | 131:13 135:16 | 266:7 284:9 |
| 106:2,4 111:8 | 174:7 246:21 | 136:21 138:2,18 | |

Radames Lopez                                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[receiving - reimbursement]**                                      Page 49

**receiving** 49:15
174:1,4 206:19
206:25 214:18
**recess** 63:16
122:16 194:24
263:10 295:22
**recite** 293:21
**recited** 293:20
**reciting** 292:15
**recognize** 111:11
112:11 113:7
137:9 146:24
159:2,3 163:13
185:12 199:20
209:7
**recollection**
122:8 254:11,14
**recommendation**
138:22 144:16
144:17,20
151:10
**recommendati...**
151:11 287:24
288:5
**record** 9:2,8
10:12 11:13
16:25 17:2,4,6
26:17 27:6 35:9
35:13,15,17,19
35:21 40:2
63:13,15,18
72:21 106:4
122:11,13,15,19
194:23 195:1,17
195:19,21,22
198:24 199:3,5,8
217:2 242:23,24
243:1,3 263:9,12

289:14 295:21
295:24 299:2,3,4
299:12 301:6
**recorded** 72:10
**recording** 7:22
72:2 283:4,21,21
284:24,25
285:18,21,23
286:1,11,13,14
287:7,10 288:8
288:10,12,16
289:10,13 290:9
290:13,16 292:2
292:7,10
**recordings** 71:22
72:5,12 283:6
**recovery** 209:7
**redirect** 4:4
298:16
**reduce** 23:18
92:11 95:23
248:19 275:10
**reduced** 93:10
93:11 96:15
**reduces** 38:4
**reducing** 25:3
176:14
**reduction** 43:7
53:5 102:18,19
102:21 225:22
228:6 256:2,8
**reductions**
254:18
**refer** 52:22 54:3
107:18 114:15
257:19
**reference** 52:15
74:12 128:4

135:24 159:7
182:19,21
241:11
**referenced** 256:3
303:9
**referencing**
255:6
**referred** 98:17
268:18 298:7
**referring** 51:17
108:9,19 109:12
111:1 132:23
133:3,5 145:12
145:13 150:2
173:22 186:5
200:22 204:15
214:8 215:22
216:12 217:11
225:2 226:6
241:1,5 242:5
278:15 280:3
**refers** 208:12
**refine** 141:25
**refinements**
57:10 99:6
**reflect** 75:15
250:25
**reflected** 262:10
302:23
**reflection** 74:18
**reflects** 201:17
**refresh** 122:8
254:10
**refreshed** 106:23
211:21 212:14
**refresher** 48:16
217:20

**refreshes** 107:3
**regard** 303:15
**regarding** 26:1
110:4 125:9
182:25 215:10
233:3 235:23
**regards** 46:10
205:11
**region** 23:20
94:13 167:10
270:10,13,15,22
271:4
**regular** 70:25
155:9 179:2
196:16 205:13
299:15,20,22
**regularly** 30:18
178:16 179:3
**reimburse**
273:24
**reimbursed**
143:17,18
**reimbursement**
11:1 14:14
52:15 101:21
112:8,9 114:13
114:14 138:23
141:3,7 166:6
202:19 206:19
206:25 207:2
209:14 210:3,4
210:16 214:19
214:22 219:13
221:18 223:3,10
229:10 238:2
240:10 250:22
251:1,17,19
254:8 255:7

Radames Lopez                                          July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[reimbursement - responsibilities]**                          Page 50

260:23 268:12
270:9 273:25
**reimbursements**
162:25
**relate** 44:25
**related** 50:10,15
71:15 89:22
131:17 166:14
167:21 214:5,8
**relates** 50:25
81:17
**relating** 48:23
183:2
**relation** 44:22
**relationship**
23:3 29:24
32:16 244:3
**relative** 166:9
301:8,8
**release** 251:12
**relevance** 44:2
91:3
**reliability** 294:6
**rely** 80:6,11,14
280:25 294:2,7
294:17
**remain** 42:22
176:13 227:16
**remark** 207:10
**remember** 12:11
13:12,14,16,20
13:22 14:1,4,7
15:7,13,23 28:1
28:3 57:16 64:5
65:12,23 66:2,5
68:8 75:22 78:4
78:25 91:9,12
106:19,21 118:9

118:11 120:15
120:17 121:21
126:12 144:5,25
148:12,24 149:2
149:6 156:24
159:25 173:25
175:21 180:4,7
187:20 190:9
191:12 194:14
199:23,24
207:17 208:1,21
211:20 213:20
215:10 224:6
227:1,23 229:20
232:9 233:10,11
233:12,20,23
234:6 235:15
240:20,22
250:10 254:11
254:15 291:13
**remind** 135:5
**remittance**
100:19 101:12
207:3
**remove** 241:11
**rep** 290:18,22
292:2
**repeat** 15:10
35:8 108:15
127:16 286:24
**repetitive** 172:22
**rephrase** 11:19
**report** 18:17
154:15,17,18,21
154:24 155:1,9
155:11 156:6,8
156:10,11,25
157:6,15,19

208:7,22 301:5
**reported** 1:19
19:1,6 186:19
**reporter** 1:20
4:5 9:9 11:8,21
24:23 32:22
63:22 283:19
289:19 300:5
301:1,4,18
**reporting** 193:13
196:23,24 197:3
200:6,9,10
208:20
**reports** 18:19,22
19:4 126:22
127:18,19 154:8
154:14 200:7
208:18 243:19
**repository** 59:6
59:6 155:14,15
155:19,25
218:15
**represent** 10:21
283:13 288:25
293:4
**representation**
293:11,12,14
**representative**
223:2
**representatives**
234:17
**representing**
9:16,22
**represents** 89:8
**request** 72:4,12
72:15,19,21,22
73:6,7 74:6
132:6 159:6

182:13 189:24
237:19 239:10
241:25 250:9
251:17,19 258:9
**requested** 40:17
40:21 72:15
76:13 190:13
238:23 301:6
**requesting** 27:12
160:17 237:19
**requests** 252:12
**require** 237:25
**required** 90:13
238:14 256:14
256:16
**requirement**
252:7
**research** 193:14
193:15
**reserved** 8:3
**reside** 10:14,15
**resolve** 215:17
**resource** 295:4
**resources** 141:11
269:2 271:11
272:24,25 279:6
295:15
**respect** 34:8
119:10 216:5
297:2
**respective** 8:2
**respond** 120:24
120:25 121:8
**response** 24:5
124:11 233:6,7
**responsibilities**
29:23 171:9,11

**responsibility**
23:6 24:8 32:16
33:1,2 61:17
95:2 125:22
193:19
**responsible**
64:18 85:9,11,12
97:10 171:5,18
193:19 266:17
297:19,25 298:4
**responsiveness**
201:10
**rest** 209:8 217:2
238:11
**restate** 21:9
24:21 32:9
51:21 65:4
93:25 101:8
108:14 151:18
152:10 168:18
169:16 170:12
180:11 220:9
229:6 257:5
267:19 271:16
276:7 282:12
**result** 25:7
151:15 160:5
206:20 233:23
**retired** 127:6,7
**return** 92:15
**returned** 152:23
303:14
**reveal** 14:23
**review** 5:22,22
25:18 46:11
50:14 54:3,7,12
54:16 55:16,21
79:11 82:22

95:15 98:20
109:17 113:24
137:4 138:6
139:25 144:11
144:19 149:15
166:22 176:6,8
178:3,12 179:9
181:9,11 191:11
192:17 196:2,5
199:19 211:11
211:16 219:15
228:21 231:23
233:3 235:7
237:13 240:1
250:5 253:6,7,25
254:4 280:13,15
301:5 303:10
**reviewed** 47:9
47:16 54:9
82:10 98:22
118:5 125:8
137:6 170:7,14
173:16 178:5
198:3 232:1
256:13
**reviewing** 46:5
49:1 57:24
92:16 106:23
107:3 147:17
191:9 198:1
234:24 250:11
291:25
**reviews** 287:24
288:4
**revised** 252:19
**revisit** 241:23
**rfp** 131:17 132:3
132:5

**rh** 1:4 302:3
303:6
**rickmyer** 107:7
107:9
**right** 9:1,24
11:22 12:16
19:21 21:5
38:25 41:9,12
42:20 47:23
49:7,12 53:23
54:21 58:17
61:1 63:14,17
70:21 74:8
76:12 80:25
81:5 83:6 86:11
86:16 87:22
93:17,21 94:11
95:11,19,21 96:1
96:4,10 97:1,12
97:13,23 101:12
102:20 103:20
105:24 106:2,12
108:22 110:7,23
111:6 114:22
115:2,7,13 116:8
116:13 119:8
120:2 121:24
122:7 123:15
128:4 129:15
131:23 135:17
136:25 140:5,7
141:4 142:9
145:6 146:4,19
148:4,6,9,12
152:18 153:3,7
155:20 156:3,19
158:19 162:13
162:16 163:17

163:22 164:8,16
165:10 166:20
169:10 171:24
172:20 173:3
174:13 176:25
177:7,20 181:12
182:22 184:1,7
184:15,18 185:7
186:2 188:8,21
189:12 190:15
190:22 192:6
193:9,12 194:2
194:20,22
197:16 199:20
201:12,25 205:1
205:16,17 206:8
209:5,14,24
210:13,16,17
211:3 215:19
216:8 218:6
219:25 220:3
221:18 222:22
223:14 227:8,21
230:25 231:4
232:13 234:12
235:12,23
238:21 243:9
244:24 245:8,14
246:8 247:11
248:11 249:8
252:20 253:10
255:8,25 256:16
256:18 257:20
257:23 258:3
263:4,7,8,24
264:5,12 265:7
270:25 275:22
277:14 278:17

**[right - screen]**                                              Page 52

279:3,19 281:16
281:20 282:3,9
282:15,23 283:7
283:22 285:5,7
286:16,21
287:16 288:3,17
289:22 291:6,10
291:11 293:7
295:6,20,23
296:5 299:11
**ring**  32:1
**rmr**  1:19 300:5
301:4,17 303:19
**rnc**  219:16,19,23
220:3,11,12
251:5,5
**rogers**  7:4 232:3
232:3,13,14
**role**  16:7 20:3,5
22:25 29:22
120:12 149:19
213:21 232:4
243:23 244:2
245:23
**roles**  243:8,21
**roll**  216:17
**room**  266:23
**rough**  299:16,19
299:21
**roughly**  13:18
**round**  40:4
**route**  92:8
274:13
**routed**  91:17
**routing**  72:21
73:7
**rule**  303:21,22

**rules**  11:7 26:21
303:14
**run**  68:17 74:24
75:14,20 81:11
208:18,20,22
**rush**  105:12

**s**

**s**  2:1 5:1 8:1,1
17:19
**safe**  176:19
258:1
**sake**  293:18
**salas**  285:16
**sales**  218:16
240:12
**salient**  284:4
**sample**  40:17
285:25 288:22
288:24
**sampling**  40:21
**san**  2:9
**sarah**  107:24
130:8
**saved**  72:10
**savings**  23:9,12
23:13,25 53:6,17
53:22 89:21,24
102:12,17,17
103:4 116:10
118:14 133:17
134:2 141:14
151:20,23,25
153:7,8,14
154:16 158:10
182:14 223:13
262:21

**saw**  47:12 49:2
49:11 262:14
**saying**  17:8 27:2
49:5 57:6,7
70:21 78:22
101:10 108:7
109:2 110:5
116:23 119:5
123:8 147:6,10
186:20 219:22
241:10 242:9
252:14 255:25
258:1 267:14
293:19
**says**  70:3 92:23
107:6,7 108:7,16
109:6 110:22
112:8,9 114:2
115:24 118:13
119:9 120:5,11
124:16,16,23
132:21 133:25
135:18 136:9
138:20,21
140:10 141:7,8
141:10,11,13,14
141:14 142:20
142:21 145:7,8
146:21 149:21
159:6 160:14
161:4 164:15,17
166:2 172:3,6
173:10,14,14
178:8 179:22,22
182:2,12,24
183:2 186:2,24
187:18 193:9
196:6 197:5,7

200:20,21 201:1
201:10,18
203:24 208:11
209:6,12 213:17
213:17 214:4,24
215:4,7,21 216:9
217:4 218:11
219:16,19 220:2
220:10 221:5,16
221:22 222:1,7
224:9,14 235:13
235:18 236:5
238:22 240:20
242:3 247:19
250:8 252:20
261:4 264:1
265:8,10,16,20
265:22 266:4,17
268:17,18,24
269:1,25 272:23
278:21,25 279:3
**scenario**  27:9
39:4 76:9 153:2
153:16 276:4
**schedule**  173:18
178:17 287:15
**scheduled**  179:3
251:12
**schedules**  171:3
171:6
**scheme**  41:18
**scope**  54:16
109:2 128:3
296:10 297:5
**scott**  224:11
**screen**  111:25
195:11

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[screenshot - september]**                                Page 53

**screenshot**
110:13,15,16,20
111:18 112:21
135:13 140:11
140:11 148:6,10
148:22 185:8
222:4,5,11,25
**screenshots**
111:16 262:14
**scroll** 105:20
241:17 268:10
**se** 86:12 109:25
**seal** 300:7
**sean** 31:25
**second** 11:16
16:24 17:1
35:10 107:17
113:24 119:10
119:13 132:20
138:20 179:21
181:25 186:20
199:15 204:8
213:16 216:23
218:11 223:24
240:19 261:3
288:16 289:15
296:22
**seconds** 198:24
284:16 285:19
285:21 286:13
287:9 288:15
**section** 138:23
141:3,5,25 142:5
144:12 223:11
266:2 267:5
281:23 282:21
**secure** 200:16,16

**see** 12:24 27:20
69:2,4 104:17
105:3 106:12
107:21 108:17
110:12,22,24,25
111:13,16 112:8
113:25 115:24
116:7 118:13,15
119:10,21 120:5
120:6,10 124:23
125:17 126:16
134:4,10 135:9
136:9,12 138:5,6
138:8,8 140:9
141:23 142:16
142:17,22
145:10 147:22
154:8,21 158:25
159:11 160:24
164:23 166:11
172:1,13 173:9
173:19 180:2
183:1,5,8 186:3
186:25 187:4
189:4,8,12
191:17,20 200:4
206:4 209:9
212:20 214:6
218:12 219:13
219:17 221:6,16
221:24 222:1,2
222:12,15,19
224:15 225:22
225:25 226:3
232:11 236:2
238:19,24 239:2
241:17 248:8
252:23 254:8

256:4 261:5,17
262:14 264:9
265:7,14,20,23
266:1,2 269:4,5
276:25 279:7
286:22
**seeing** 104:19
131:13 135:16
159:25 174:12
212:2 222:17
246:20 247:6
**seen** 47:11 49:6
69:11 82:12
105:1,14 123:17
135:15 136:20
155:4,6 176:9
184:4 185:13
198:19,22
228:22 249:20
253:14,15
257:15 265:5
277:2 298:13
**select** 34:8,14,18
36:9 59:7,9,15
77:7 90:8
115:14 143:13
195:15 214:11
241:19,20
248:16,25
249:18 251:1,5
255:20
**selected** 36:13
75:16 86:6
115:13 174:24
213:2 267:1
279:10,25
**selecting** 36:20

**selection** 34:13
36:13,19
**selections** 79:3,4
**selects** 34:1
36:24 250:22
261:23
**self** 21:4
**seminole** 300:3
301:2
**send** 72:3 98:15
184:14 200:12
205:16 273:7
**sending** 180:4
199:23,24
204:25 211:2
233:10 254:11
**sends** 47:2 72:2
98:10
**sense** 65:24
**sensors** 16:24
**sent** 38:24 43:7
46:14 50:9 98:4
98:24 109:24
146:3 148:23
200:2 233:22
248:10 251:14
254:15,17
**sentence** 248:10
250:21 253:7
**separate** 37:8,10
37:13 161:7,14
293:6
**separately** 74:17
279:25 289:21
**september** 5:23
6:2 173:25
174:1,5,8,17,25
177:8

service   27:25
  39:12 45:1
  51:10 54:8
  61:10 62:1,1,2,5
  62:11,15,24
  65:20 66:13,17
  66:25 67:3,10,13
  67:19,24,24 68:2
  68:12,25 69:4,4
  69:13 70:12,20
  71:19 72:3,5,13
  72:16,21,23 73:6
  82:14,14 89:7
  93:21 112:19
  116:17 117:5
  140:24 142:17
  146:8,15 170:15
  173:10 185:3,3
  186:9 212:19,22
  221:6,11,11
  262:24 270:21
  271:7,10 275:1
  276:6 280:19
  290:18,22 291:3
  291:4,8,22
  293:16 294:7
  295:14
services   23:20
  42:1,1,2,3 49:25
  51:8,11,14 52:20
  52:21 53:11
  54:21 62:23
  63:1,5 66:6
  70:13 71:16
  80:15,15 81:5,12
  81:20,20 82:10
  93:14 94:9
  139:18,18

140:18,19
  141:16 142:9
  143:16 144:2
  162:17,23 167:9
  168:22 177:8
  183:6 214:18
  221:14,14 223:2
  238:2 259:21
  262:19,20 265:8
  265:10,17,17,21
  266:8,21,22,24
  268:21,25 271:1
  271:7 279:4
  283:7,7 289:5
  290:2,6,7,17,20
  290:20 291:18
  294:3,3,16 295:6
session   215:6
set   60:1 178:17
  216:11 217:7
  255:17 259:4
sets   45:11
  257:23
seven   209:6
share   41:5 92:17
  95:5,24 104:16
  109:22 195:10
  195:11,13,16
  200:2,16 238:14
  252:8 254:17
  264:10
shared   23:9,12
  23:13 60:12
  89:21,24 110:19
  116:10 118:14
  133:17 141:14
  151:20,23,25
  154:16 158:10

181:22 182:14
  223:13 262:20
  284:24
sharedrive   158:1
  158:9
sharepoint   85:25
  86:2
shares   181:21
sharing   12:22
  186:22
she'll   244:20
  247:5
sheedy   126:19
  126:21
sheet   4:5 302:1
  303:11,12
short   63:23
shorthand   1:20
  300:5 301:4,18
show   12:1
  104:12 130:22
  131:1 206:1
  207:11 210:1
  296:23
showed   15:4
  210:9
showing   146:19
  154:8 201:5
shown   172:12
shows   170:20
  201:13 210:10
sic   237:5,6
side   164:16
  200:19
sight   23:9
sigma   20:7,8,10
  20:18

sign   303:11
signature   136:10
  300:12 301:16
signed   116:9
  302:24 303:16
signing   8:2
  302:7
similar   23:20
  38:5 52:1 93:11
  93:14 94:7,8
  129:11,19
  140:15 156:1,5,8
  167:5,5,9 257:17
  257:19 262:11
  271:3,3 275:21
  275:24 278:18
similarly   1:4
  302:4 303:7
simplify   137:20
  137:22
sincerely   303:17
single   29:7 33:2
  79:12 164:4
  172:4,7 200:8
  291:8
sir   9:23 10:11
  19:5 25:10,22
  127:14 303:8
sit   28:4
site   195:8,10,14
sites   125:18
situated   1:5
  302:4 303:7
situation   27:13
  27:17,19,25
  74:24 75:14,20
  76:6 78:8 81:11
  84:3,7 94:24

Radames Lopez                                      July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[situation - speculation]**                                Page 55

100:24 107:4
109:3 124:1
137:24 147:17
147:21 148:1,11
148:13 183:23
202:21 234:7
242:8 252:10
276:23
**situations**
272:15
**six**  19:8 20:7,8
20:10,18 32:13
106:7 245:1
261:24
**sixty**  227:5,5
**skip**  197:20
**slash**  219:19
**slight**  212:7
**slightly**  176:9
245:18
**smoothly**  20:13
**socialize**  217:24
**solely**  171:18
196:23
**solemnly**  10:1
**solution**  23:23
50:2 114:14
115:2,7,13,16,17
164:12 222:18
272:11,12 273:7
274:12,13
**solutions**  32:14
42:20 43:12,15
44:12,15 62:11
62:16 92:3 93:5
114:6,6 115:16
120:20 185:9
225:15,16

248:14 249:4,5
249:11
**somebody**  72:1
80:24 81:11
82:2 128:6
142:8 160:18
212:18
**son's**  156:21
**sops**  82:5,9,13
82:22,25 162:15
162:16,24
**sorry**  32:9,20
35:7,22 57:3
60:3 71:9 83:13
93:24 98:12,13
117:9 127:16
156:15 162:8
165:5 180:12
197:7 220:9
221:19 229:6
238:10 245:20
258:14 267:18
267:18 269:23
278:17 281:5
282:11 287:3,13
**sort**  61:6 62:23
**sorts**  28:7
193:25 252:20
253:1
**sound**  39:23
103:20 191:1
**sounds**  182:7
213:20
**source**  164:17
**sources**  129:14
132:22
**south**  2:14 303:4

**space**  24:7
262:12
**spd**  7:20 58:18
63:23,23 74:15
74:17,19,25
75:14 76:2,2,4
76:12 77:1,1,22
78:10,19,23 79:3
79:19 83:4,10,17
84:4,9,11 85:2
85:19 86:7
254:7 257:14
259:1 260:14
264:3,24,25
265:1,4 266:15
267:8,12,25
279:14 282:5,9
282:15,17 283:1
**spds**  57:2,10,14
58:9 80:7 83:2
84:1,21 256:4
257:11,11 258:3
264:15 277:5
298:11
**speak**  31:1,15,18
142:16,17 148:2
230:7,11 234:12
247:22 277:3
280:20 291:2
**speaker**  156:20
**speaking**  71:10
193:17 234:18
**special**  198:9,13
**specific**  14:15
16:1,3 25:23
27:24 28:3
34:15 39:4,11,11
41:10 55:9 57:1

59:14 66:12
75:12,22,24
81:16 85:1
99:12 109:25
124:1,11,12
137:24 140:1
146:7 147:16,20
157:1 160:4
162:3 171:22
175:10 188:5
198:7 203:5
206:11 208:7
213:10 214:2
222:17 228:1,5
228:18 237:21
240:14 250:20
251:6 252:9
253:6 256:3
258:3,8,10,23
260:20 261:24
264:22 265:4
271:6 272:21
273:23,24
275:25 281:23
290:17
**specifically**
11:14 14:2,5,15
16:5 20:14
49:19 71:18,20
75:11 87:9
128:11 139:2
164:19 228:23
230:1 262:6
280:4,7 282:20
**specifics**  160:3
**spectrum**  13:25
**speculation**  25:9
34:22 37:4

**[speculation - stenographer]**                                    Page 56

38:19 39:18,19
41:2 42:9,16
43:3,8 44:1,10
45:18 47:3 51:6
51:19 53:1,9
56:12 57:21
58:4 61:14,19,23
62:7,21 63:8
64:10 66:10,21
67:16,22 72:8
73:4,13,22 74:21
75:2,18 76:24
78:12 80:8,17
81:7,15,24 83:12
83:20 84:13,24
85:15 86:22
88:9,14 89:13,19
90:6,15 91:2,20
95:13 97:16
99:2 100:1,9,21
101:3,17 102:1,8
103:6 104:4
109:14 116:20
125:4 126:10
128:8,19 129:6
129:20 131:2
133:1 134:19
135:22 139:4,21
141:18 142:11
143:1,20 147:8
150:5 151:8
153:19 154:3
157:16 161:11
165:5,8 166:16
167:7 168:7
169:7,15 171:1
171:15 174:19
175:17 177:12

181:15 185:16
186:13 187:24
189:19 190:3
194:7 202:8
203:3,12 204:18
206:22 207:21
208:5 213:11,25
220:14,22 223:6
223:7 224:20,21
225:11 226:7
229:7,13,16,22
230:20 231:11
236:8,22 238:3
239:16 241:3,15
242:6 245:15
246:16 247:13
248:1,22 249:15
251:23 253:3
257:4 258:19
259:6 260:8,17
262:23 269:9
270:7 272:7,19
274:20 275:7
276:1 281:3
289:8 290:25
292:6 293:1,23
294:4 298:20
**speculative**
242:20
**speed** 204:3
**spell** 17:18
**spielman** 2:8
97:24
**split** 244:19,20
**spoke** 112:18
160:21 292:1
**spoken** 18:5
30:14 160:18,20

234:16
**sponsor** 92:4
143:7,8 233:23
261:16 267:11
272:13
**sponsor's** 84:22
**sponsors** 84:16
194:11 226:14
226:17,18
227:24 229:18
230:3 234:12
248:19 255:11
282:1 294:10
295:1
**spot** 218:20
**spreadsheet**
204:1
**spurred** 148:1
**ssp** 141:15
182:13,14,25
193:11 262:15
**sspv** 158:7
**sspvbp** 158:5
**staff** 243:24,25
**stand** 59:23
200:14 204:24
246:21
**standard** 15:17
76:4,4,15,18,19
77:6 82:5
162:15 164:19
164:25 167:20
205:14 228:12
267:25 277:4
298:13
**standardly**
27:14 92:13
256:23 257:14

275:11 291:21
**start** 104:12
107:6 284:16,21
**starting** 284:15
**starts** 146:25
**state** 1:20 9:7
10:11 26:12,16
94:23 223:2
241:18 278:22
300:3,14 301:2
**stated** 38:12
64:22 160:1
189:21 211:5
221:10 224:25
227:24 247:16
**statement**
165:20 219:17
252:20
**states** 1:1 165:10
165:11 183:4
200:23 220:5
237:25
**stating** 69:7
271:1
**station** 71:22
**status** 172:6,9,12
173:9,15
**statute** 303:15
**stayed** 177:19
227:20
**stejskal** 222:8
**stenograph** 1:20
300:5 301:4,7,18
**stenographer**
9:23 10:1 15:10
39:25 68:14
71:9 83:13
106:7 117:9

121:3 122:12
152:6 162:8
165:6 195:9
251:25 281:5
299:14,17
**stenographically**
301:5
**step** 254:23
**stephen** 134:1
**steps** 299:8
**stevens** 255:2
**stick** 106:25
107:2
**sticker** 216:25
**stipulated** 8:2
**stop** 94:22
186:22 285:19
**stopping** 94:22
**strategic** 136:17
**strategies** 70:16
**strategize** 215:2
215:8
**street** 2:9 3:1
**strictly** 278:4
**strike** 50:19
90:11 99:9,10
103:2 144:4
168:3
**structure** 125:19
125:20 281:12
**structured**
140:16
**structures** 154:6
**stuff** 12:14,20
156:22 294:25
**style** 302:3
**subject** 118:13
131:16 137:8

149:17 182:12
197:7 219:12
229:4 235:13
254:7 299:5
302:22
**submit** 166:5
168:4 238:1
**submitted** 91:16
152:17 164:17
164:21
**submitting**
92:25 167:22
**subsequently**
202:2
**substance** 206:2
206:7 210:11
235:19,22 265:8
265:10,16 285:2
285:4,4 302:23
**successful** 206:2
209:12,12,19
210:2,12,23,24
**successfully**
152:22 206:13
206:16 209:13
**suggest** 86:18
88:13 126:3
160:23
**suggested** 86:2
88:21 267:15
269:8 303:13
**suggestions**
85:19
**suggests** 88:6
202:24
**suite** 2:4 3:1
**summaries**
218:21

**summary** 7:19
54:3,12 55:3,6
55:16,21 56:3,7
56:10,14,23 57:7
57:11,15 58:2
61:9 64:2,3
74:14 79:24
80:1,11 84:17
154:15 258:7
264:3,17 277:6
297:16
**summit** 232:23
232:24 233:3
**super** 58:6
**supervision**
194:4
**supervisor** 221:6
221:11 243:17
243:18
**supplemental**
134:2
**supplied** 201:5
**supplies** 266:8
**support** 20:11
20:20 23:3,24
24:5,6 25:1,3
33:3 56:15 82:4
89:21 190:6
219:8 247:7
254:24 267:12
281:12 298:7
**supporting**
29:24 39:7,15
40:11,24 70:18
189:25 244:4
**supports** 255:1
258:16 260:21
269:19 277:19

282:18 298:1
**sure** 32:11 45:20
51:22 58:5,9
61:20 63:3
64:11,14,17 65:3
67:23 68:12
69:19 70:15
72:9 73:5,16
74:7 76:12
77:22,25 79:13
83:10,16,21
84:21,25 85:10
85:14 88:3,25
90:9 91:4,6 94:1
99:3 103:25
105:12 106:16
109:1,19 113:10
117:19 118:25
119:1 122:14
124:6,21 125:18
125:20 126:2
128:20 130:6,20
131:3,10 132:2
132:11 133:2,12
135:14,23 136:4
137:5 140:1
141:20 144:12
144:23 147:23
147:25 148:3,19
149:21 150:18
151:9,20 152:13
157:17 160:21
163:11 165:15
169:1,18 171:7
181:10 186:6
187:12 191:10
204:20,25
205:15 207:22

208:15 211:15
214:1 216:7
218:1 220:15
225:7 226:9
229:9 231:7
232:4,13,19
235:6 236:10,17
236:23 237:12
238:13 240:8
241:24 242:7,12
242:15 250:1
253:21 254:3
255:3 264:7
266:14 267:21
271:19 272:8
274:22 276:5
284:7,20 290:14
292:10,18
293:15 294:13
294:21,24
295:12 299:16
**surgery** 42:5
**surprise** 86:19
96:12
**surprised** 276:16
**susan** 126:19,21
**swear** 9:9 10:2
**switch** 212:5
**sworn** 10:7
12:12 300:6
**synonymous**
219:20
**system** 58:7,22
58:23 59:5 73:7
73:19,24 78:10
82:19 83:5
110:16,17,18,20
111:18,20,21,22

111:22,24 112:4
112:5,21 115:1
172:11 255:22
261:21
**systematically**
155:12,13
**systems** 262:1

**t**

**t** 5:1 8:1,1
104:10
**tab** 104:14
112:24,24
117:15 122:25
197:19,21
198:16 211:7,12
223:18 237:3
**table** 135:17
141:2 172:12
236:1 238:21
**tableau** 192:14
192:16,17,22,23
193:1,2,2,4,5,6
**tables** 135:9,15
237:1
**take** 11:8,21
12:3,4,5,7,10,19
35:11 63:10,12
78:1 97:7
105:10,19
106:13 113:8
120:4 122:10
130:5 132:16
163:10 179:13
191:1 194:20
196:2,3,12
199:15 204:24
211:11 223:24

234:20 235:4
237:9 239:19
244:20 249:24
253:19 263:7,21
264:8 283:20
295:18 299:19
299:21
**taken** 1:15,17
11:3 122:16
299:8
**takes** 45:3
192:18
**talk** 11:9 16:12
26:20 62:19
105:1 176:13
215:13
**talked** 99:23
109:7 120:21
164:8 194:2
**talking** 14:16
36:2 48:19
50:20 53:13
54:19 63:22
70:2,5 75:9
78:25 83:2
124:22 141:4
146:8 147:20,21
172:5 175:3
178:8 179:21
181:13,19
184:25 185:9
186:7,8 187:14
187:16 192:3
205:24 210:7,8
210:15 211:2
214:24 216:5
222:12 224:13
226:21 235:13

237:16 240:20
240:23 241:2
243:6 247:11
248:10 288:21
290:19 295:9
**talks** 114:2
148:4,6 172:4
176:15 218:11
225:21 226:1
238:23 239:1
244:23
**tammy** 127:9,10
**tampa** 10:16
**tasks** 85:10
**tat** 204:3,3,13
**team** 27:16,17
31:13,16,19
56:25 57:11,14
60:13,13 62:5,24
63:5 76:10 77:1
77:21,22 78:17
83:18,22 85:1,2
85:2 107:11,12
111:3 119:2,7
120:25 121:9
126:23,24,24
127:4 144:23
145:1,3 159:11
160:16,22
171:18,22
181:23 182:11
182:11 184:3,22
185:1,2 193:14
193:15 196:19
196:23 197:4
215:3,5,5,9,11
215:22,23 216:6
222:16 227:12

228:4 232:16
240:12 244:15
244:18,23 245:2
245:8 247:8
262:25 277:6
**team's** 171:11
**teams** 20:21
55:25 56:14,23
57:2,8,9,15
61:10,10 62:1
65:20 66:25
67:4,10,13,19,24
68:3,12,25 70:20
72:3,5,13,16
73:25 111:3
127:25 128:11
140:24 155:16
190:16,17 200:3
205:1,2,12,14,17
216:1,2,10,13,15
217:6,22,23
218:6,8,16,17,25
219:7 221:11
228:19 240:12
246:5,11 291:3,4
291:22 294:7
295:14
**tech** 22:13
**technical** 22:14
22:16,23 35:8
198:21
**technician** 22:18
22:20
**telecommuter**
16:20 17:9
**tell** 42:20 77:15
91:15 123:21
131:7 132:22

168:17 175:13
199:25 211:23
237:16 255:10
267:1 268:9
280:2,5,11,12
281:15 282:2
290:16,17 294:5
**tells** 156:3 294:2
**template** 76:5
**templates** 77:2
85:17,20,24 86:1
264:20,23 265:1
265:1
**temporarily**
299:6
**ten** 253:20
295:18
**tend** 21:24
**term** 29:13 52:9
52:14 63:23
69:16 119:16,20
136:18 239:4
275:5 298:10
**terminology**
252:20
**terms** 20:24 21:1
26:21 111:6
119:21,24
173:22 204:12
219:19 276:9
289:6 298:13
**testified** 10:7
163:20 234:11
277:10
**testimony** 10:2
35:6 39:1 46:1
48:4,11 49:9,16
50:7,22 70:7

73:14 75:6
77:10,18 87:24
93:3,23 94:19
96:20 97:15
101:16 103:21
103:23 107:1
114:17 122:1
133:13 155:21
159:13,17
161:25 163:24
164:10 165:18
169:11 173:5
184:8 194:7
201:16 209:16
210:20 228:10
228:15 230:3,6
234:14 245:9
246:23 249:9
251:3 253:12
256:19 258:4
259:23 263:6
267:17 276:11
277:15 278:2
279:23 281:18
282:10 291:20
295:7 297:17
303:10,14
**text** 261:9
**thank** 106:17
133:25 189:6
199:17 203:25
223:25 285:12
287:2,11 299:1
**thanks** 129:7
211:5 217:9
284:14 299:13
**therapy** 235:21

**thing** 37:9
107:20 225:5
231:3 284:3
291:17
**things** 11:22
13:20 20:12
41:18 68:11
70:21 105:21
121:11 198:25
244:6 282:6
**think** 15:6 17:11
21:24 36:2
37:10,16 40:23
41:8,25 52:12
53:10 56:24
60:21 64:22
65:15 68:11
69:20 75:23
81:4 83:2 85:1
91:11 94:15
103:18 117:17
124:11 126:24
127:6,8,19 128:5
129:2 131:22
133:5 138:3
139:5,8 141:21
142:14 146:2
147:20 148:17
149:4,5 150:7
168:10 169:10
180:25 183:17
183:18 185:13
188:16 196:10
222:16 231:12
234:11 241:1,4
241:22 243:7
244:22 245:3
254:17 255:15

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[think - transactions]**                                    Page 60

| | | | |
|---|---|---|---|
| 263:20 264:7,14 | 17:3,6 21:10 | 245:10,11 | **tom** 45:15 |
| 270:1 277:10 | 25:24 35:17,21 | 247:22 248:15 | **tomorrow** |
| 278:11 283:5 | 40:1 42:13,18 | 254:22 263:5,9 | 118:14 225:19 |
| 284:3,20 291:16 | 45:3 46:14,18 | 263:12 264:8 | **tool** 112:19 |
| **thinking** 124:9 | 48:22 49:5 | 284:18 285:19 | 192:17,19 222:2 |
| 147:23 148:3 | 54:11 63:15,18 | 288:20 289:11 | 223:4 |
| 216:19 242:9,10 | 65:16 66:12 | 289:12,14,17 | **top** 58:19 107:6 |
| 245:17 247:15 | 75:3,24 78:3 | 291:10 295:21 | 111:15,17,18 |
| **third** 33:19,20 | 81:17 87:20 | 295:24 298:25 | 115:25 118:6 |
| 33:24 120:6 | 88:3 101:4 | 299:12 302:7 | 130:8 135:17 |
| 129:11,12 | 120:18 121:19 | **timely** 204:22 | 137:7 145:7 |
| 133:16 170:5 | 122:15,19 | **times** 13:5,9,10 | 159:4 178:6 |
| 273:11 287:23 | 125:14 126:12 | 30:12 66:13,22 | 200:20 205:25 |
| 288:4 | 126:24 127:12 | 69:10 82:2 | 206:1,12 208:18 |
| **thought** 138:10 | 127:20 137:16 | 184:24 185:6 | 210:10 211:17 |
| 145:16 238:9 | 137:24 139:9 | 186:9 188:16 | 221:16 224:2 |
| 242:15 248:24 | 144:11,24 146:2 | 191:24 210:1 | 230:13 232:2 |
| **thousand** 41:22 | 147:13,24 148:3 | 244:16 294:11 | 236:1 238:22 |
| 61:4 | 155:18 156:11 | **title** 18:13,14 | 240:17,22 250:7 |
| **thread** 126:6 | 156:24 157:5 | 19:13,15 | 254:5 265:20 |
| 131:8 134:8 | 160:21 174:13 | **today** 9:5 12:11 | **topics** 14:19 15:3 |
| 180:5 181:13 | 174:23 175:13 | 12:22 13:1 | **tops** 111:20 |
| **three** 13:10 | 177:17,20 | 17:20,24 28:4 | **total** 13:16 186:2 |
| 111:16 116:12 | 178:25 179:18 | 43:24 44:5 | 194:3 |
| 116:13 122:20 | 180:7 187:11 | 48:21 50:7 | **totality** 50:25 |
| 176:18 188:21 | 189:4,4,12,12,22 | 82:23 105:15 | 69:25 |
| 194:1 204:8 | 193:5,7 194:23 | 126:13 146:6 | **totally** 130:15 |
| **threshold** 102:16 | 195:1,20,23 | 150:13,18,24 | 145:21,21 |
| 103:8 143:5 | 196:10,14,14,23 | 151:2 174:16 | **tracked** 74:1 |
| 224:17 | 198:2 199:3,9 | 176:17 208:17 | **tracking** 72:22 |
| **thresholds** 143:3 | 201:4 202:1 | 214:19 225:18 | 73:7,19,23 74:5 |
| 262:17 | 204:14,16 | 233:1,4 | **trailing** 156:18 |
| **throwing** 58:19 | 205:11 206:12 | **today's** 46:12 | **training** 66:15 |
| **thursday** 18:6 | 207:15,23 | 50:15 | 66:17 67:12 |
| **tied** 288:20 | 208:21 209:17 | **told** 35:3 80:14 | 69:2,3,12 215:2 |
| **tim** 232:23 234:7 | 212:21 214:19 | 90:24 161:8 | 215:5,6,21 |
| **time** 1:16 9:6,7 | 214:20 224:9 | 165:22 | **transactions** |
| 11:9 13:12,14,15 | 242:24 243:3 | | 110:24 111:1,2 |

**[transcribed - uhc000037934]**                                Page 61

**transcribed**
  284:23 299:15
**transcript**  297:1
  301:5 303:9,15
**transcripts**
  303:12
**transition**
  243:20
**translate**  261:25
**translated**
  262:18
**translates**
  261:24
**transmit**  109:21
  110:4 200:11
**transmittal**
  101:5
**transmitted**
  112:2,5,6
**treating**  229:3
**treatment**
  235:20 265:23
  285:4
**trick**  95:18
**tried**  195:15
**trigger**  191:25
**trouble**  24:18
  156:14
**true**  109:15
  124:7 200:3
  266:23 293:19
  301:6 302:22
**truly**  77:25
**trust**  49:21,24
  164:7 281:10
**truth**  10:3,3,4
**try**  12:8 65:15
  264:11 291:4

**294:12**
**trying**  48:2 61:3
  61:6 80:22
  111:5,7,9 132:8
  201:15 255:16
**turn**  35:25
  225:21
**turnaround**
  204:14,15
  205:11
**turning**  204:20
**tweak**  110:23
  255:22
**two**  15:20 19:3
  28:22 33:15,16
  36:3,4 37:3,8,10
  37:13 42:24
  43:17 54:20
  63:18 86:9,12,15
  114:6 128:1
  129:15 143:24
  161:7,14 178:17
  188:13,16,21
  219:19,21 227:4
  230:24 257:8,12
  258:16 271:8
  277:17 278:5
**type**  27:24,25
  28:4 29:8 60:17
  72:22 76:9
  112:9 129:10
  141:7 146:8
  167:9 180:20,21
  212:3,3 221:10
  237:21 242:8
  279:14 285:9
**types**  28:23
  40:11 47:1 52:1

**86:4 128:3**
  185:5 205:2,7
  216:2 230:24
  244:10,12 293:6
**typically**  175:6
  203:9,10
**typo**  150:2,7

**u**

**u**  8:1 31:6
**u&c**  5:21 44:12
  166:9 173:16
  219:16,19,23
**uac**  231:6
**uaf**  59:22,23
  60:8 61:11
  78:24 79:1,20
**ub**  146:9 152:17
  176:22,24,24,25
  177:9 226:21
  228:13 255:8
**ub04**  177:5
**ubh**  204:2
  205:19 206:3
  210:13 211:3
**ubh000601**  7:22
  278:10
**ubh000951**
  278:10
**uh**  11:23 20:9
  107:22 221:24
  250:23
**uhc**  71:22
  120:12 130:16
  130:22 134:14
  232:3
**uhc's**  24:5

**uhc.com**  224:3
**uhc000008592**
  5:20
**uhc000008910**
  6:10,17
**uhc000011445**
  6:7
**uhc000013256**
  6:13
**uhc000013708**
  6:2
**uhc000014017**
  6:5
**uhc000016222**
  7:17
**uhc000016659**
  5:11
**uhc000016665**
  5:9
**uhc000016837**
  5:13
**uhc000016879**
  5:18
**uhc000020854**
  5:5
**uhc000022261**
  6:23
**uhc000023549**
  7:12
**uhc000025612**
  6:21
**uhc000030972**
  5:16
**uhc000033768**
  7:5
**uhc000037934**
  6:15

**[uhc000038459 - understanding]**                                         Page 62

| | | | |
|---|---|---|---|
| uhc000038459 | uhc16664 | uhc30973   137:2 | 41:21 47:12 |
| 7:15 | 123:20 | uhc33768 | 48:1,7 50:21 |
| uhc000128986 | uhc16665 | 231:22 | 61:3 66:25 69:1 |
| 5:6 | 117:23 | uhc33772 | 76:14 79:12 |
| uhc000155831 | uhc16667 | 231:22 | 81:21 82:1 93:8 |
| 7:2 | 117:24 | uhc3413   237:5 | 101:7 105:21 |
| uhc00016666 | uhc16837   130:3 | uhc3420   237:6 | 108:12 111:6 |
| 120:8 | uhc16842   130:3 | uhc37934 | 114:5 117:14 |
| uhc000187983 | uhc16879 | 197:25 | 119:13 129:3,9 |
| 5:23 | 149:12 | uhc37937 | 129:10 147:2,6,9 |
| uhc000204544 | uhc187983 | 197:25 | 163:20 165:21 |
| 7:7 | 163:7 | uhc38459 | 172:15 173:11 |
| uhc000251451 | uhc187991 | 249:23 | 173:23 175:2 |
| 7:20 | 163:8 | uhc38463 | 185:11 186:24 |
| uhc00038413 | uhc204544 | 249:23 | 187:18 201:15 |
| 7:9 | 235:2 | uhc592   158:24 | 212:16 213:8 |
| uhc11445   181:7 | uhc204546 | uhc593   158:25 | 214:10 215:15 |
| uhc11450   181:8 | 235:3 | uhc8910   191:7 | 215:16 216:14 |
| uhc128986 | uhc20854   106:5 | uhc8915   191:8 | 217:21 221:13 |
| 113:4 | uhc20866   106:6 | um   288:6 | 227:4 230:4,9,11 |
| uhc128990 | uhc22261 | unable   24:15 | 231:5 239:4 |
| 113:5 | 211:12 | unaware   41:11 | 247:23 255:16 |
| uhc13256   196:1 | uhc22271 | underlying   38:8 | 259:21 260:5,10 |
| uhc13259   196:1 | 211:13 | 38:25 40:18 | 260:11,15 |
| uhc13708   176:4 | uhc23549 | 129:19 186:10 | 280:13 284:22 |
| uhc13710   176:5 | 239:24 | 257:23 259:3 | 293:12,13 |
| uhc14017   178:1 | uhc23551 | underneath | 294:15,18 |
| uhc14019   178:2 | 239:25 | 112:20 124:19 | understanding |
| uhc155831 | uhc251451 | 126:25,25 | 25:1 28:12,18 |
| 223:20 | 263:15 | 136:16 141:13 | 29:14,17,20 38:4 |
| uhc155833 | uhc251602 | 160:23 172:5 | 45:1,9 51:8,13 |
| 223:20 | 263:16 | 176:15 194:1 | 53:16 55:5,7 |
| uhc16222 | uhc25612 | 200:19 207:17 | 56:22 58:8 61:8 |
| 253:22 | 199:14 | 208:10,11 220:2 | 61:25 62:9,22 |
| uhc16225 | uhc25614 | 271:24 | 74:22 75:19 |
| 253:22 | 199:15 | understand | 77:12 79:23 |
| uhc16659 | uhc30972   137:2 | 11:18 27:6,19 | 82:18 84:15 |
| 123:19 | | 32:5 37:25 | 85:25 89:4,6,20 |

90:23 91:22
93:19 94:6
95:14,23 96:2
97:18 98:16
102:25 108:8
109:16,16,20
111:2 112:17
114:10 115:8
116:6 123:23
124:7 127:22
129:16 130:21
130:24 132:7
133:14,23
134:20 135:3,12
135:20 140:23
143:2 146:10
150:25 151:24
162:2,6,11
164:25 167:20
173:21 182:16
188:3 190:4
193:16 200:15
204:19 216:3
220:16 223:9
226:5 228:17
229:17 241:8
243:23 248:12
248:13,25
251:11,15 252:6
252:25 256:11
257:21 258:21
266:10 269:17
269:20 270:19
274:25 275:4,9
276:12 277:23
279:13
**understands**
45:3

**understood**
68:12 290:18
**underwriting**
85:3,5,8
**uneducated**
128:6
**unidentified**
285:6,9,12 286:4
286:7,17,22,25
287:4,16,18,22
288:1,6
**unintelligible**
287:3
**unique** 116:24
**unit** 110:16
**united** 1:1,8,8
2:21 9:4,16,20
16:17 18:11,13
19:13 20:3,15,18
21:12,15,17,19
32:15 33:6,10,14
33:15 34:1,9
36:3,13,20,24
39:14 40:25
41:12 42:14
44:7 47:2 52:17
52:20 54:2,6,24
55:15 56:6,9
57:12,19 58:1
59:8,16 60:10,15
60:24 61:5
67:18 68:1
70:25 73:11
78:10 83:5
84:20 85:5
86:19 87:16
89:3,7 90:13,25
91:17 96:22

97:13 98:5,21,23
99:4,14 103:19
107:14 108:5
110:18,20 112:1
112:22 113:18
115:18 124:24
125:8 127:22
130:23,25
131:25 134:21
135:2 147:13
151:14 152:4,17
152:21,23 153:1
153:17 154:11
154:12 156:2,5
157:9 170:23
180:7 185:25
189:24 192:12
194:1 196:25
197:4 205:19
208:2 213:23
215:19 218:19
225:9 230:17,24
231:8 238:1
243:8,22 244:6
266:6,7 267:15
269:2,7 272:23
272:24 276:8
277:24 283:14
284:6,9 291:4
294:2 295:3
302:4 303:7
**united's** 292:5
293:21 295:9
**unitedhealth** 3:7
**untrue** 165:15
165:23
**update** 125:19
138:22 160:17

217:25 226:11
250:9
**updated** 88:2,3
171:13 218:6
220:3,11
**updates** 57:14
64:18 137:14
**updating** 212:13
**upload** 263:13
**use** 59:15 60:1
86:15 90:13
94:25 108:22
115:19 132:22
133:16 140:24
169:18 192:25
200:11 219:23
224:18 225:10
226:2 239:8,17
253:5,15 257:19
265:1,8,10,16
277:24
**uses** 37:21 63:1
67:18 124:24
152:4,6 164:19
167:3,9
**usual** 128:4
192:11 266:19
268:15 269:4
286:17,21,23
287:1,19 292:22
**usually** 60:12
74:16 179:13
212:15
**utilize** 42:14
**utilized** 116:3
**utilizing** 43:25
197:10

**[v - videographer]**                                                     Page 64

| v | | | |
|---|---|---|---|
| **v**  158:8 | 198:11 203:11 | 255:23 261:18 | 53:23 91:9,11,17 |
| **vague**  16:9 25:21 | 203:17 206:9 | 262:1,16 298:12 | 95:21 96:17,19 |
| 26:6 28:10 30:5 | 208:4 215:24 | **vary**  27:11 30:11 | 97:1,4 98:5 |
| 30:19 31:20 | 219:3 222:14 | 52:7 53:10 | 99:13,15 101:12 |
| 32:17 34:5,11 | 223:5 225:12 | 55:24 80:23 | 101:14 102:4 |
| 38:1,10 39:9 | 228:7 229:23 | 102:21,22 | 103:4,12,19 |
| 40:13,19 44:9 | 233:25 234:2 | 143:12 154:4 | 121:18,24 124:4 |
| 46:22 47:13 | 240:7 245:24 | 194:10 212:4 | 149:24 151:15 |
| 51:18 52:3,10 | 252:15 255:12 | 259:25 296:5 | 152:4,6,19,22,23 |
| 54:14 55:23 | 257:9 262:22 | 297:13 | 153:3,9 159:9 |
| 61:24 64:10 | 269:16 270:6,18 | **vault**  18:23,24 | 164:17,19 |
| 65:2,9 66:9,21 | 271:5 272:6,18 | **vendor**  129:11 | 166:10 167:3 |
| 67:5,21 68:4 | 279:12 281:2 | 133:15,16 | 172:7 173:16 |
| 70:17 71:1,24 | 291:1 293:1,23 | **verification** | 174:15,23 |
| 73:21 76:8 79:6 | 294:4 | 69:17 | 176:18 177:10 |
| 79:21 80:18 | **valentine**  6:11 | **verify**  303:10 | 185:8 186:23 |
| 81:15,23 83:19 | 196:7,9 | **veritext**  3:8 | 187:15,21 194:3 |
| 84:14 86:3 87:6 | **value**  166:9 | 303:12,19 | 198:5 208:14 |
| 89:19 90:5 99:2 | 203:13 | **veritext.com** | 233:8,13 240:22 |
| 101:2,5,25 | **values**  168:25 | 303:12 | 240:23 242:4 |
| 103:14 112:14 | 181:24 255:17 | **version**  123:16 | 247:11 250:9 |
| 114:23 115:20 | 261:4,9 | 123:16 156:5 | 252:20,25 |
| 121:13 125:11 | **varied**  27:23 | 176:9 212:20 | 288:24 |
| 131:9 138:1 | 144:24 | 264:22 267:7 | **victor**  158:8 |
| 140:21 144:7 | **varies**  30:23 | **versions**  33:16 | **video**  9:2 17:5 |
| 148:15 150:14 | **various**  13:23 | **versus**  9:4 | 35:20 63:15 |
| 151:16 152:9 | 23:2 42:10,11 | 126:12 162:25 | 122:15,19 |
| 153:4 154:22 | 45:17 55:16 | 176:14 203:6 | 194:23,25 |
| 155:3 157:3,23 | 59:10 62:11 | 209:10 212:20 | 195:19 199:1 |
| 158:12 160:2 | 65:14 66:13 | 293:7 | 243:2 263:11 |
| 161:11 162:19 | 68:11 70:13,14 | **viant**  5:21 32:2,4 | 299:12 |
| 166:16 167:6,23 | 77:3 112:4 | 32:8,12,16 33:6 | **videoconference** |
| 168:16 169:6,20 | 113:15,16 | 36:14 38:25 | 1:18 2:2,2,3,7,8 |
| 170:9 171:20 | 120:18,18 | 39:7,15 40:11,18 | 2:13,13,17 3:1 |
| 172:16 175:8 | 123:24 128:10 | 40:24 41:12 | 300:6 |
| 177:1 185:23 | 141:22 143:7 | 43:1,7 45:25 | **videographer** |
| 190:2 197:12 | 205:2,7,11,14 | 47:6 48:23 | 3:9 9:1 17:2,5 |
| | 216:21 218:17 | 52:22,24 53:13 | 35:11,14,17,20 |

Radames Lopez                                    July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[videographer - witness]**                              Page 65

63:14,17 122:14
122:18 194:22
194:25 195:19
195:22 199:1,3,8
242:24 243:2
263:8,11 289:15
295:20,23 299:3
299:11
**videotaped**  9:3
**view**  138:3
188:12 192:20
**views**  192:20
**violated**  274:7
274:11
**vital**  42:1
**vob**  7:23 283:12
284:5
**voice**  285:6,9,12
286:4,7,17,22,25
287:4,16,18,22
288:1,6
**voicing**  65:7
**volume**  41:15,17
42:25 43:7
**volumes**  189:1
205:24 210:9
**vrl**  208:11,12
**vs**  1:7 302:4
303:7

**w**

**w**  1:19 300:5,13
301:4,17
**wait**  35:14,14
189:5
**waiting**  123:9
**want**  35:15
55:25,25 97:7,9

104:12 105:20
116:7 118:1
123:4 125:19
136:8 145:10
155:18 168:25
171:25 209:11
212:3 214:14,14
220:24 230:22
231:16 249:8
263:21,24
264:10 299:4,15
**wanted**  58:18
72:1 145:18
149:21 183:20
218:1 227:24
**wants**  39:21
**warranted**  180:2
**washington**  2:4
2:19
**way**  11:20 25:25
39:22 65:7
77:24 83:4
101:9 120:6
123:18 129:18
133:11 150:24
155:6 166:20
174:15 176:22
186:23 220:25
250:17 259:1
260:14 277:11
285:1 290:10
**ways**  184:11
219:22
**we've**  50:1 94:15
99:23 101:10
105:12 146:2
164:7 176:9
190:20 198:19

198:22 216:11
217:6 249:19
**web**  193:11
**website**  124:24
125:9,16,23
126:1,4,7
**websites**  291:23
**wednesday**
224:9
**week**  30:12
109:7
**weekly**  30:12
178:21,23 179:6
179:8,15
**weeks**  178:18
**welcome**  195:3
287:4,5
**wemhoff**  2:3
9:13 283:11,23
284:1,16,20
285:19,24
286:12 287:8
288:9,13
**wendy**  196:7
197:2
**went**  16:22
35:22 68:20
209:21 216:25
217:19 220:19
228:17,18
290:18
**west**  130:16,22
131:23 134:14
134:17
**white**  46:5,8,11
46:15,21 47:1,6
47:23 48:1,20,22
49:2,6,15,19

163:16 173:24
174:1,17 253:15
**who've**  224:18
**williams**  18:23
18:24
**willing**  135:18
**witness**  4:6 9:9
9:25,25 10:5
14:22 15:1
16:10 24:21
25:1,11,23 28:11
29:17 30:11,20
31:21 32:19,24
33:8 34:24 35:7
35:22,25 36:19
37:7,23 38:3,12
38:21 39:2,10
40:8,15,20 41:4
41:14 42:10,18
43:4,10,20 44:3
44:12,19 45:20
46:3,18,24 47:4
47:14,15 48:12
49:18,24 50:12
50:17,24 51:7,13
51:21,24 52:5,11
53:2,10,25 54:15
55:24 56:13
57:23 58:5 60:3
60:6 61:15,20,25
62:9,22 63:9
64:11,17 65:3,10
66:11,22 67:6,23
68:5,15 69:10,19
69:25 70:8,18
71:2 72:9 73:5
73:16,23 74:22
75:3,19 76:9,25

Radames Lopez                                July 18, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

**[witness - worried]**                                     Page 66

| | | | |
|---|---|---|---|
| 77:11,20 78:14 | 157:17 158:13 | 236:10,17,23 | 132:21 |
| 79:8,23 80:4,10 | 159:18,23 160:3 | 237:9 238:13 | **wolfe** 182:3 |
| 80:19 81:8,16,25 | 161:13 162:2,20 | 239:8,17 240:8 | **wondered** 39:14 |
| 82:12 83:21 | 163:25 164:11 | 241:4,16 242:7 | **wondering** |
| 84:15,25 85:22 | 165:4,25 166:17 | 243:13 245:10 | 240:20 241:10 |
| 86:4,24 87:7,25 | 167:8,15,24 | 245:16,25 | **word** 123:7 |
| 88:10,16,25 89:6 | 168:8,12,17,24 | 246:10,24 | **words** 64:2 |
| 89:14,20 90:7,17 | 169:8,12,16,21 | 247:15 248:2,24 | 192:5 |
| 91:4,21 93:4,24 | 170:3,11 171:2 | 249:10,16,24 | **work** 16:16 |
| 94:5,20 95:14,23 | 171:16,21 | 250:4 251:4 | 18:11,12 20:17 |
| 96:8,22 97:3,18 | 172:17,23 173:6 | 252:4,6,16 253:4 | 21:19,22 22:19 |
| 98:1,7 99:3 | 174:4,10,20 | 253:13,25 | 57:1,2,8,9 58:17 |
| 100:2,10,12,22 | 175:9,19 177:2 | 255:14 256:11 | 71:21 83:22 |
| 101:18 102:2,9 | 177:13 180:11 | 256:20 257:5 | 126:25 127:11 |
| 103:7,15,24 | 181:16 183:15 | 258:6,21 259:7 | 142:7 144:17 |
| 104:6,19 107:2 | 184:3,9,21 | 259:16,24 260:9 | 167:17 185:6,6 |
| 109:1,15 114:18 | 185:17,24 | 260:19 262:24 | 191:2 243:15 |
| 114:24 115:10 | 186:14 187:10 | 266:14 267:5,18 | 244:16 247:4 |
| 115:21 116:22 | 188:2,11 189:1 | 267:24 268:9 | 254:19 255:4 |
| 117:12 118:20 | 189:14,20 190:4 | 269:11,17 270:8 | **worked** 13:8 |
| 121:7,14 122:3 | 191:3 192:8 | 270:19 271:6,16 | 21:11,17 32:7,11 |
| 124:6 125:5,12 | 193:23 194:8,19 | 271:23 272:8,20 | 130:14 182:10 |
| 126:11 128:9,20 | 195:7,9,12,15 | 273:4,15,21 | 196:15,18 |
| 129:8,23 131:3 | 197:13 198:1,12 | 274:11,22 275:9 | **working** 20:12 |
| 131:10 132:11 | 202:9 203:4,13 | 276:12,22 | 29:22 74:1 |
| 133:2,8,14 | 203:19 204:19 | 277:16 278:3 | 80:21 106:15 |
| 134:20 135:23 | 206:11,23 | 279:13 281:9 | 119:23 142:8 |
| 136:4 138:2,17 | 207:22 208:6 | 282:11,17,25 | **workings** 239:9 |
| 139:5,22 140:15 | 209:17 210:22 | 290:4,15 291:2 | **works** 45:7 |
| 140:23 141:20 | 213:13 214:1 | 291:21 292:8,18 | 56:23 91:15 |
| 142:4,14 143:2 | 215:25 219:4 | 293:2,9,24 294:5 | 102:13 127:10 |
| 143:21 144:8 | 220:15 222:15 | 294:21 295:12 | 130:19,20 |
| 147:9,15 148:16 | 223:8 224:24 | 296:12,23 | 182:10 212:24 |
| 150:6,15 151:4,9 | 225:5,13 226:9 | 297:11,22 298:4 | 213:5 278:22,24 |
| 151:17 152:10 | 228:8,16 229:17 | 298:10,21 300:7 | **workspace** 60:10 |
| 153:5,13,20 | 229:24 230:7 | 303:10,10,11,15 | **world** 156:20 |
| 154:4,23 155:4 | 231:12 232:19 | **wold** 5:12 | **worried** 39:14 |
| 155:22 157:4,12 | 233:17 234:3,24 | 130:10,11,13 | |

**[worries - zoom]**                                                           Page 67

| | | | |
|---|---|---|---|
| **worries** 57:5 | 94:20 99:3 | 196:14,22 197:3 | 194:15 200:20 |
| **wrap** 23:14,14 | 100:10,12 101:8 | 198:12,22 | 214:12 230:16 |
| 89:24 114:11 | 101:10,18 | 200:23 201:8 | 231:7 232:10 |
| 116:13,18 134:2 | 103:11,15,24 | 202:1 203:4 | 260:1,1 |
| 194:2 | 104:19,19 | 204:19 206:11 | **years** 19:3,8,20 |
| **write** 11:24 | 106:23 109:1 | 209:17 210:1,18 | 19:23 21:18,23 |
| **writing** 186:17 | 112:3,3 116:22 | 210:22 211:15 | 21:25 32:7,11,13 |
| **written** 83:4 | 118:12 119:1 | 214:1 218:7 | 42:24 43:17 |
| 262:9 278:4 | 121:7 122:3 | 219:24 220:15 | 66:1 196:17 |
| **wrong** 257:25 | 123:23 124:6 | 224:24 230:7 | 235:11 245:2 |
| | 126:11 127:25 | 231:6 232:6,11 | 249:17 |
| **x** | 128:20 129:16 | 232:14,19 | **yep** 235:12 |
| | 130:20 131:10 | 233:11 235:11 | **yesterday** 134:1 |
| **x** 4:1 5:1 | 131:13,20,21 | 236:10,17 | **ygr** 1:3 302:2 |
| | 132:11 133:2 | 238:13 239:8 | **york** 1:10 237:21 |
| **y** | 135:23 138:2,17 | 240:8 241:4 | 237:22 238:16 |
| | 139:22 140:6,13 | 245:6 246:12 | 238:24 |
| **y** 173:16 | 140:15 141:20 | 247:16 248:12 | **yvonne** 255:2,5 |
| **yeah** 12:17,19 | 142:10 144:8,23 | 249:11 253:4 | 256:1 |
| 25:11,23 28:5 | 145:2 147:23 | 255:3,14 256:20 | |
| 29:20 37:7 | 148:10,16 149:7 | 259:7,14 260:19 | **z** |
| 39:10 40:8 43:4 | 150:15 151:9 | 261:2,12 264:11 | |
| 45:20 47:11 | 152:10 155:4,11 | 264:16,16,19 | **zach** 221:1 |
| 50:8,12,17 52:11 | 157:4,4,17 | 267:24 271:6 | **zero** 286:25 |
| 54:15,19 57:13 | 158:13 162:20 | 272:8 276:12,22 | **zip** 10:19 238:24 |
| 57:23 58:5 | 162:23 164:3,6 | 279:13 280:17 | **zoom** 26:24 |
| 60:17,21 63:3,9 | 164:13 165:4 | 281:9 282:17 | 45:15 97:24 |
| 64:11,17 65:3 | 166:17,21 167:8 | 286:5 287:6 | 199:6 284:24 |
| 66:11,22 67:23 | 168:24 169:8,12 | 290:8 291:2,11 | |
| 69:20 70:8,9,13 | 170:11 171:16 | 292:8,9,18 | |
| 71:19 72:9 73:5 | 173:6 174:20 | 293:24 294:19 | |
| 73:16 74:9 75:3 | 175:4,22,24 | 294:21 296:12 | |
| 75:19,23 76:9 | 179:18 180:14 | 297:11,13 | |
| 77:20 78:14 | 181:16 182:16 | **year** 19:2 33:5 | |
| 79:8,17 80:10 | 182:23 185:13 | 41:11 78:6 | |
| 81:8,9,16,25 | 185:24 187:12 | 127:8 164:22 | |
| 82:12,18 83:7,21 | 189:20 193:23 | 166:24 193:18 | |
| 84:15,25 85:10 | 194:8,19 195:15 | 193:20 194:4,10 | |
| 87:25 88:10,25 | | | |
| 89:4,6 90:9 91:4 | | | |
| 91:21 93:4 | | | |

Georgia Code

Title 9, Chapter 11

Article 5, Section 9-11-30

(e) Review by witness; changes; signing.
If requested by the deponent or a party before
completion of the deposition, the deponent shall
have 30 days after being notified by the officer
that the transcript or recording is available in
which to review the transcript or recording and, if
there are changes in form or substance, to sign a
statement reciting such changes and the reasons
given by the deponent for making them. The officer
shall indicate in the certificate prescribed by
paragraph (1) of subsection (f) of this Code
section whether any review was requested and, if
so, shall append any changes made by the deponent
during the period allowed. If the deposition is not
reviewed and signed by the witness within 30 days
of its submission to him or her, the officer shall
sign it and state on the record that the deposition
was not reviewed and signed by the deponent within
30 days. The deposition may then be used as fully
as though signed unless, on a motion to suppress
under paragraph (4) of subsection (d) of Code

Section 9-11-32, the court holds that the reasons
given for the refusal to sign require rejection of
the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.