# EXHIBIT 12
# Filed Redacted/Under Seal

Page 1

1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2                   OAKLAND DIVISION

3

4    LD, DB, BW, RH, and CJ, ON BEHALF OF
     THEMSELVES AND ALL OTHER SIMILARLY
5    SITUATED,

6                 Plaintiffs,

7         vs.   CASE NO. 4:20-CV-02254-YGR

8    UNITED HEALTHCARE INSURANCE COMPANY, A
     CONNECTICUT CORPORATION, UNITED
9    BEHAVIORAL HEALTH, A CALIFORNIA
     CORPORATION, AND MULTIPLAN INC., A NEW
10   YORK CORPORATION,

11                Defendants.

12

13   CONFIDENTIAL/ATTORNEYS EYES ONLY
     VTC VIDEOTAPED
14   30(b)(6)
     DEPOSITION OF:   UNITED BEHAVIORAL HEALTH
15                    BY: DENISE C. STRAIT
                      (Appearing by VTC)
16

     DATE:            July 20, 2022
17

     TIME:            12:11 p.m.
18

     LOCATION:        4362 Sportsman Club Road
19                    Johnstown, Ohio
20   TAKEN BY:        Counsel for the Plaintiffs
21   REPORTED BY:     Susan M. Valsecchi, Registered
                      Professional Reporter, CRR
22                    (Appearing by VTC)
     _____
23

24

25

Page 2

```
  1      APPEARANCES OF COUNSEL:
  2          ATTORNEYS FOR PLAINTIFFS
                 LD, DB, BW, RH, and CJ, ON BEHALF OF
  3              THEMSELVES AND ALL OTHER SIMILARLY
                 SITUATED:
  4
                 ARNALL GOLDEN GREGORY LLP
  5              BY:  MATTHEW M. LAVIN
                      (Appearing by VTC)
  6              1775 Pennsylvania Avenue NW
                 Suite 1000
  7              Washington, DC 20006
                 (202) 677-4048
  8              matt.lavin@agg.com
  9              - and -
 10              ARNALL GOLDEN GREGORY LLP
                 BY:  AARON R. MODIANO
 11                   (Appearing by VTC)
                 171 17th Street NW
 12              Suite 2100
                 Atlanta, GA 30363
 13              (202) 677-4048
                 aaron.modiano@agg.com
 14
                 - and -
 15
                 ARNALL GOLDEN GREGORY LLP
 16              BY:  NATALIE L. CASCARIO
                      (Appearing by VTC)
 17              1775 Pennsylvania Avenue NW
                 Suite 1000
 18              Washington, DC 20006
                 (202) 677-4048
 19              natalie.cascario@agg.com
 20              - and -
 21              ARNALL GOLDEN GREGORY LLP
                 BY:  NICOLE WEMHOFF
 22                   (Appearing by VTC)
                 1775 Pennsylvania Avenue NW
 23              Suite 1000
                 Washington, DC 20006
 24              nicole.wemhoff@agg.com
 25
```

Page 3

```
 1          ATTORNEYS FOR DEFENDANT
                 MULTIPLAN INC.:
 2
                 PHELPS DUNBAR LLP
 3               BY:  TAYLOR CROUSILLAC
                     (Appearing by VTC)
 4               II City Plaza - 400 Convention Street
                 Suite 1100
 5               Baton Rouge, LA 70802
                 (225) 344-4803
 6               taylor.crousillac@phelps.com
 7
            ATTORNEYS FOR THE UNITED DEFENDANTS:
 8
                 GIBSON DUNN & CRUTCHER LLP
 9               BY:  GEOFFREY SIGLER
                     (Appearing by VTC)
10               1050 Connecticut Avenue NW,
                 Washington, DC 20036
11               (202) 955-8500
                 gsigler@gibsondunn.com
12
                 - and -
13
                 GIBSON DUNN & CRUTCHER LLP
14               BY:  MATTHEW G. AIKEN
                     (Appearing by VTC)
15               555 Mission Street
                 Suite 3000
16               San Francisco, CA 94105
                 (202) 887-3688
17               maiken@gibsondunn.com
18
            ALSO PRESENT VIA VTC:
19               Sam Francis, Videographer
                 Dewey Nelson, Concierge
20               Joann Lee, Optum
21
            (INDEX AT REAR OF TRANSCRIPT)
22
23
24
25
```

Page 4

1                    THE VIDEOGRAPHER:  Good afternoon,

2            everyone.  We're going on the record at

3            12:11 p.m. on July 20th, 2022.

4                    Please note that this deposition is

5            being conducted virtually.  Quality of

6            recording depends on quality of the camera

7            and internet connection of participants.

8            What is seen from the witness and heard on

9            screen is what will be recorded.

10                    Audio and video recording will continue

11            to take place unless all parties agree to go

12            off the record.

13                    This is Media Unit 1 of the

14            video-recorded deposition of Ms. Denise

15            Strait, who is a 30(b)(6), taken in the

16            matter of LD, et al., versus United, et al.,

17            filed in the United States District Court

18            for the Northern District of California,

19            Oakland Division, Case Number

20            4:20-cv-02-254-YGR.

21                    This deposition is being conducted

22            remotely using virtual technology.  My name

23            is Sam Francis, representing Veritext Legal

24            Solutions, and I'm the videographer.

25                    The court reporter today is Ms. Susan

Page 5

1          Valsecchi from the firm Veritext Legal

2          Solutions as well.

3               I am not authorized to administer an

4          oath.  I'm not related to any party in this

5          action, nor am I financially interested in

6          the outcome.

7               If there are any -- if there are any

8          objections to proceeding, please state them

9          at the time of your appearance.

10              At this time, will counsel please state

11         their appearances and affiliations for the

12         record, beginning with the noticing

13         attorney.

14              MR. LAVIN:  This is Matt Lavin from

15         Arnall, Golden, Gregory, for the Plaintiffs,

16         and I'm joined by my colleagues Nicole

17         Wemhoff, also of Arnall, Golden, Gregory,

18         and Aaron Modiano also of Arnall, Golden,

19         Gregory, and Natalie Cascario, also of

20         Arnall, Golden, Gregory.

21              MR. CROUSILLIAC:  This is Taylor

22         Crousilliac from Phelps Dunbar on behalf of

23         Defendant MultiPlan, Inc.

24              MR. SIGLER:  This is Geoff Sigler on

25         behalf of the United defendants.  I'm joined

Page 6

1       by my colleague from Gibson Dunn, Matt

2       Aiken, and an in-house lawyer representing

3       Optum, Joann Lee.

4            THE COURT REPORTER:  All right.  I'm

5       going to read a quick stipulation for the

6       record and then swear the witness in.

7            The attorneys participating in this

8       deposition acknowledge that I am not

9       physically present in the deposition room

10      and that I will be reporting this deposition

11      remotely.

12           They further acknowledge that in lieu

13      of an oath administered in person, I will

14      administer the oath remotely.

15           The parties further agree that if the

16      witness is testifying from a state where I

17      am not a Notary that the witness may be

18      sworn in by an out-of-state Notary.

19           If any party has an objection to this

20      manner of reporting, please state it now.

21                [NO RESPONSE]

22           THE COURT REPORTER:  Hearing none, I

23      will proceed.

24           Ms. Strait, would you please raise your

25      right hand to be sworn.

Page 7

1              Do you solemnly swear to tell the

2         truth, the whole truth, and nothing but the

3         truth so help you God?

4              THE WITNESS:  I do.

5              THE COURT REPORTER:  Thank you.

6              THE VIDEOGRAPHER:  Please proceed,

7         Counsel.

8                   DENISE C. STRAIT

9    being first duly sworn, testified as follows:

10                  EXAMINATION

11   BY MR. LAVIN:

12         Q.   Good morning, ma'am.  State your name

13   for the record, please.

14         A.   Denise Strait.

15         Q.   And Ms. Strait, have you ever been

16   deposed before?

17         A.   Yes.

18         Q.   Do you know approximately how many

19   times?

20         A.   Five or six.

21         Q.   Do you remember when the first time you

22   were deposed was?

23         A.   With another organization I

24   represented.  It would have been back in 1994 or

25   '95.

Page 8

1          Q.   Those five or six times that you've

2     been deposed, were those in a professional capacity

3     or were those personal capacity?

4          A.   All professional.

5          Q.   When was the last time you were

6     deposed?

7          A.   Approximately November of 2021.

8          Q.   Do you remember what the nature of that

9     case was?

10         A.   If I recall properly, it was with

11    regard to appeal outcomes.

12         Q.   And do you remember if you were a

13    30(b)(6) witness or were you testifying in an

14    individual capacity?

15         A.   I was testifying for the organization.

16         Q.   And was that organization United

17    Behavioral Health?

18         A.   Yes.

19         Q.   Do you remember what the name of the

20    Plaintiff was in that case?

21         A.   I do not.

22         Q.   Do you remember -- sorry, there's a

23    little bit of lag.  I don't know if anyone else is

24    experiencing it on the video or not.

25              THE COURT REPORTER:  Honestly, I think

                                              Page 9

1      we probably should go off the record.

2                    MR. LAVIN:  Let's go off the record.

3                    THE VIDEOGRAPHER:  Ending Media 1.  The

4            time now is 12:17 p.m.  We're going off the

5            record.

6                    (A brief recess was held.)

7                    THE VIDEOGRAPHER:  The time now is

8            12:22 p.m.  We're going back on the record.

9            Please proceed, Counsel.

10     BY MR. LAVIN:

11           Q.   Okay, Ms. Strait, I think you mentioned

12     we were talking about the last time you were

13     deposed in November of '21, and I was asking if you

14     remembered the name of the Plaintiff in that case.

15           A.   I don't recall.

16           Q.   Do you remember if those involved -- if

17     that case involved behavioral health claims or not?

18           A.   Yes, it did.

19           Q.   Do you remember the name of the

20     attorney who took your deposition in that case?

21           A.   No.

22           Q.   And the time before that, when was the

23     time previous to that that you were deposed?

24           A.   Perhaps June or July of 2021.

25           Q.   Okay.  And do you remember if in that

Page 10

1    case you were testifying as a corporate

2    representative of United Behavioral Health, or was

3    it as an individual who works for United Behavioral

4    Health?

5            A.   As a corporate representative for

6    United Behavioral Health.

7            Q.   And do you remember the name of that

8    case?

9            A.   No.

10           Q.   Do you remember what types of claims

11   were at issue?  Were they behavioral health claims?

12           A.   Yes, they were.

13           Q.   Do you remember the name of the

14   attorney who took your deposition in that case?

15           A.   No.

16           Q.   Okay.  What about the time before June

17   '21?

18           A.   I don't recall specifically.

19           Q.   Do you remember specifically any of the

20   depositions taken of you before June of '21?

21           A.   I remember that there were depositions

22   taken before June of '21, yes.

23           Q.   Do you know if you were serving as a

24   corporate representative in all of those

25   depositions?

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 12 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 11

1          A.    I was, in all the cases.

2          Q.    Have you ever testified at trial?

3          A.    No.

4          Q.    Have you ever prepared something

5     called, or signed something called, a declaration

6     that was filed in a case, if you know?

7          A.    I don't recall.

8          Q.    And who is your current employer?

9          A.    Optum Behavioral Health, or Optum

10    Health, more specifically.

11         Q.    What is your title at Optum Health?

12         A.    Vice president behavioral health claims

13    and appeals.

14         Q.    And for how long have you been in that

15    position?

16         A.    Nine years.

17         Q.    Did you have a position prior to that

18    at Optum?

19         A.    No, my prior position was with

20    UnitedHealthcare.

21         Q.    What did you do at UnitedHealthcare

22    nine years ago?

23         A.    I was the senior director of provider

24    loading operations.

25         Q.    And did you have any position prior to

Page 12

1     that at UnitedHealthcare?

2          A.   Yes.

3          Q.   And what was that position?

4          A.   As director -- director of

5     credentialing operations.

6          Q.   How many years did you work at

7     UnitedHealthcare?

8          A.   25.

9          Q.   Until nine years ago when you came over

10    to Optum, correct?

11         A.   No, that's all encompassing, 25 years

12    with UnitedHealthcare and Optum.

13         Q.   What is United Behavioral Health?  Is

14    that a subsidiary of Optum?  Is that a DBA of

15    Optum?

16         A.   It's -- United Behavioral Health is a

17    business entity under Optum Health that specializes

18    operations around behavioral health care.

19         Q.   And what operations around behavioral

20    health care is United Behavioral Health responsible

21    for?

22         A.   Claims and appeals that are overseen by

23    me, as well as clinical operations, call center

24    operations, payment integrity, and provider

25    operations.

Page 13

1          Q.   So claims processing of behavioral

2     health, claims submitted to UnitedHealthcare, or

3     UBH, that would be the first role of UBH, correct?

4          A.   One of the -- one of the roles, yes.

5          Q.   And then I think you said the second

6     one was call center.  Can you elaborate a little

7     bit on that?  What is the call center?

8          A.   That would be more often probably known

9     as customer service, or a contact center for

10    members and providers.

11         Q.   Got it.  And what about -- what is

12    payment integrity?

13         A.   Payment integrity is the arm of the

14    organization that analyzes for fraud, waste, abuse,

15    and error.

16         Q.   And what about provider operations?

17         A.   Provider operations loads all of the

18    provider contracts and fee schedules and provider

19    demographics for in-network contracted providers.

20         Q.   In your current position at Optum, who

21    do you report to?

22         A.   I report to chief operating officer of

23    Optum Behavioral Health, Chad Burkholder.

24         Q.   Do you know how long -- for how long

25    you've reported to Chad Burkholder?

Page 14

```
 1              A.    Approximately four years.
 2              Q.    And who did you report to before Chad
 3      Burkholder?
 4              A.    Richard Larmand.
 5              Q.    And did you report to anybody else at
 6      Optum before Richard Larmand?
 7              A.    No.
 8              Q.    Ms. Strait, how many people report to
 9      you directly right now at Optum?
10              A.    Direct reports, five.
11              Q.    Can you give me their names?
12              A.    Lisa Barr, David Campbell, Jennifer
13      Virro, Jillian Wheck, and Brenda Augustine.
14              Q.    In your current role at Optum, how many
15      employees do you oversee in total?
16              A.    883.
17              Q.    Precise number.
18                    Okay.  As your counsel has probably
19      explained to you, I represent the Plaintiff in this
20      case.  And do you have an understanding of what
21      this case is about?
22              A.    I do.
23              Q.    What is your understanding?
24              A.    My understanding is the case is a
25      challenge on out-of-network reimbursement.
```

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 16 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 15

1          Q.   Do you know if it's a challenge to any
2     particular services related to out-of-network
3     reimbursement?
4          A.   In terms of outpatient services.
5          Q.   Did you do anything to prepare for
6     today's deposition?
7          A.   Yes.
8          Q.   Okay.  What did you do to prepare?
9          A.   I prepared with counsel, reviewing the
10    deposition notice, some elements within the
11    deposition notice that I would be called to witness
12    on.
13         Q.   About how many times did you meet with
14    counsel?
15         A.   I believe four.
16         Q.   Do you remember how many total hours
17    you met with counsel during those four times?
18         A.   Between eight and ten.
19         Q.   Do you remember who the attorneys were
20    that you met with?
21         A.   Represented here today, Geoffrey
22    Sigler, Matthew Aiken, and Joanne Lee from Optum
23    legal.
24         Q.   Were there any other attorneys in any
25    of those four meetings?

Page 16

```
 1            A.   Not that I recall.

 2            Q.   Were there any other individuals from

 3    Optum or UnitedHealthcare at any of those meetings?

 4            A.   One additional Optum representative,

 5    Han Nguyen.

 6                 THE COURT REPORTER:  Say the name

 7            again.

 8                 THE WITNESS:  Han, H-A-N, Nguyen,

 9            N-G-U-Y-E-N.

10    BY MR. LAVIN:

11            Q.   What is Han Nguyen's role at Optum?

12            A.   Also our corporate legal

13    representative.

14            Q.   So is Han Nguyen a he or a she?

15            A.   A she.

16            Q.   Is Ms. Nguyen an attorney or a

17    paralegal, if you know?

18            A.   I don't know the answer to that

19    question.

20            Q.   Did you discuss -- in preparing for

21    this deposition, did you discuss this deposition or

22    this case with anybody at UnitedHealthcare?

23            A.   No.

24            Q.   In preparing for this deposition, did

25    you discuss this case or this deposition with
```

Page 17

```
 1    anybody at MultiPlan?
 2            A.    No.
 3            Q.    In your current role at Optum, do you
 4    ever interact with individuals from MultiPlan?
 5            A.    No.
 6            Q.    Do you interact with individuals from
 7    UnitedHealthcare?
 8            A.    Yes.
 9            Q.    Are there many individuals or are there
10    a few in particular that you interact with at
11    UnitedHealthcare?
12            A.    Many.
13            Q.    Are you familiar with Rebecca Paradise?
14            A.    I am familiar with Rebecca's name, yes.
15            Q.    Is she somebody who you personally
16    interact with at UnitedHealthcare?
17            A.    No.
18            Q.    Are you familiar with Jolene Bradley at
19    UnitedHealthcare?
20            A.    I'm familiar with the name, yes.
21            Q.    Is she somebody that you personally
22    interact with at UnitedHealthcare?
23            A.    No.
24            Q.    Do you know if your team interacts with
25    her?
```

Page 18

```
 1            A.    I don't.

 2            Q.    What about Ray Lopez; are you familiar

 3    with him at UnitedHealthcare?

 4            A.    No.

 5            Q.    Did you review any documents besides

 6    the deposition notice to get ready for your

 7    testimony today?

 8            A.    A handful of documents, yes.

 9            Q.    Do you remember what those documents

10    were?

11            A.    Provider remittance advice, summary

12    plan documents, and appeal letters.

13            Q.    Do you remember -- you know, talking

14    about the provider remittance advices, do you

15    remember what providers those provider remittance

16    advices related to?

17            A.    No.

18            Q.    Do you remember who the members were

19    whose claims were reflected in those PRAs?

20            A.    No.

21            Q.    All right.  I think you said you looked

22    at some summary plan documents also, correct?

23            A.    Correct.

24            Q.    Do you remember who the ASO clients

25    were related to those summary plan descriptions?
```

Page 19

1           A.   I recall Apple.

2           Q.   Do you recall --

3           A.   I'm not sure that I reviewed anything

4      other than an Apple SPD.

5           Q.   And you said you looked at some appeal

6      letters.  Can you describe those for me?

7           A.   It's just a common outcome of an

8      appeal, is to send a letter to the claimants,

9      whether it be a provider or a member, indicating

10     what the outcome of that appeal was, and that's

11     what was reviewed.

12          Q.   Did those appeal letters relate to the

13     Plaintiffs in this case?

14          A.   Yes.

15          Q.   Do you remember which Plaintiffs they

16     related to?

17          A.   Not specifically.

18          Q.   Were those just kind of template

19     letters that went out, or were they custom letters,

20     or do you recall?

21               MR. SIGLER:  Objection to form.

22               THE WITNESS:  All of the appeal letters

23          are -- are a combination of template letters

24          with customized text, so it would be both.

25     BY MR. LAVIN:

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 21 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 20

1          Q.   How is an appeal letter generated at

2     Optum?  Is it -- does somebody choose a couple

3     different options of template language for an

4     appeal letter?  Does somebody write one by hand

5     occasionally?

6          A.   A good bit of the appeal letter process

7     is a letter-generation system where those details

8     of the member and provider are entered into the

9     appeals system, and then it delivers the

10    appropriate templates to an appeals coordinator to

11    complete the customized text.

12               Once they have completed that, then

13    they send the letter back to the letter generation

14    system, which then puts that on to a vendor for

15    mailing.

16          Q.   So does an individual review every

17    appeal letter response from Optum?

18          A.   The individual creates every appeal

19    letter from Optum.

20          Q.   So every per claim appeal, say, is

21    created by an individual for that particular claim;

22    is that what your testimony is?

23          A.   For that particular appeal.

24          Q.   Okay.  So we -- there's some documents.

25    I think you mentioned you may have looked at some

Page 21

1    of these in preparation for today, but do you have

2    access to the Exhibit Share?

3              A.   I do.

4              MR. LAVIN:   Okay.   Can we look at

5         Exhibit 1?

6              THE WITNESS:   And for reference, you

7         will see me looking to my left.   I have a

8         second screen where the exhibits will be

9         brought up on.

10             MR. LAVIN:   That's fine.

11             (EXHIBIT 1, July 18, 2022, 30(b)(6)

12        Notice of Denise Strait, was marked for

13        identification.)

14   BY MR. LAVIN:

15             Q.   So within that document -- first of

16   all, do you recognize that document at all?

17             A.   This is the Gibson Dunn letter dated

18   July 6th of 2022.

19             Q.   I think I have --

20             A.   I'm sorry, that's Number 2.   There we

21   go.   Northern District of California, Oakland

22   Division, Notice of Taking Deposition.

23             Are we referring to the same document?

24             Q.   We are, Exhibit 1.   So Exhibit 1 is --

25   it's entitled Notice of Taking Deposition Pursuant

Page 22

1    to Federal Rule of Civil Procedure 30(b)(6),

2    Corporate Representative for United Behavioral

3    Health:  Denise Strait.  And it is dated July 18th,

4    2022.

5              And my question for you is, Have you

6    ever seen this document before?

7              A.   Yes.

8              Q.   And are you appearing here today

9    pursuant to this deposition notice?

10             A.   Yes.

11             MR. SIGLER:  And at this point, I

12             just -- Matt, just briefly, I'd like to note

13             for the record that Ms. Strait is appearing

14             and has been designated by United Behavioral

15             Health subject to the objections and

16             clarifications in our written

17             correspondence, our letters of March 23rd,

18             2022, and March -- excuse me -- July 6th of

19             2022.  But subject to those letters,

20             Ms. Strait is the designee.

21   BY MR. LAVIN:

22             Q.   All right.  And do you know which

23   categories in this deposition notice you have been

24   designated to testify on?

25             A.   I remember there were 38 of them, but I

Page 23

```
 1    don't remember specifically which ones --
 2            Q.    Okay.  Well, let's go to --
 3            A.    -- pertain to me.
 4            MR. LAVIN:  Sure, let's go to the next
 5            letter -- the next exhibit, Exhibit 2, which
 6            is that letter you referenced.
 7            THE WITNESS:  Okay.
 8            (EXHIBIT 2, July 6, 2022, Letter to
 9            Plaintiffs' Counsel, was marked for
10            identification.)
11    BY MR. LAVIN:
12            Q.    And have you ever seen this letter
13    before?
14            A.    No.
15            Q.    Okay.  If we take a look at this, this
16    is a letter from your attorneys to us.  And if we
17    look on the next -- the second page -- do you see
18    where it says "Third"?
19                  And then if we read down, it says,
20    "There are, however, a handful of topics" -- it
21    says Topics 8, 10, 13, 14, 13 -- excuse me --
22    "Topics 8, 10, 13, 14, 15, 31..."
23                  Do you see that in there?
24            A.    I do.
25            Q.    "...that we anticipate UBH's designee
```

Page 24

1    will be better-positioned to address."

2            And then if we look down, it says,

3    "There are also two broadly-worded topics," 9 and

4    38, "on which both designees may have information."

5            Is it your understanding that those are

6    the topics you will be testifying on today?

7        A.    As -- as UBH designee, yes.

8        Q.    And did you do anything specifically to

9    prepare for those particular topics as they are

10   referenced in Exhibit 1?

11       A.    Only a review of the topics with

12   counsel.

13       Q.    They're -- they're topics that you feel

14   confident to testify to today, correct?

15       A.    That's correct.

16            MR. LAVIN:  Would you go to Exhibit 3.

17            (EXHIBIT 3, September 10, 2021, Third

18            Amended Complaint, was marked for

19            identification.)

20   BY MR. LAVIN:

21       Q.    Exhibit 3 is entitled Plaintiffs' Third

22   Amended Class Action Complaint.  It's lengthy.  You

23   do not have to read every page, but maybe if you'd

24   scroll through it to the end.

25            My question for you is going to be if

Page 25

1    you're -- if you've ever seen this document before.

2             A.   Not to my knowledge.  Not to my

3    recollection, no.

4                  MR. LAVIN:  Then let's move ahead to

5             the next exhibit, which is Exhibit 4.  And

6             if you can just look at it quickly, I'm also

7             going to ask you if you've ever seen this

8             before, but I'm also going to make a side

9             note.  I don't know if Veritext -- if it

10            needs to be set up a certain way for exhibit

11            stickers to, you know, populate on to the

12            exhibits.

13                 THE COURT REPORTER:  Mr. Lavin, I can

14            take care of the exhibit stickers when I

15            upload them.  That's not a problem.

16                 MR. LAVIN:  Okay.

17                 (EXHIBIT 4, July 7, 2022, United

18            Defendants' Response to Plaintiffs' First

19            Set of Interrogatories, was marked for

20            identification.)

21   BY MR. LAVIN:

22            Q.   All right.  Have you ever had a chance

23   to see Exhibit 4 before?  It's entitled Defendant

24   United Behavioral Health's and UnitedHealthcare

25   Insurance Company's Responses and Objections to

Page 26

1    Plaintiffs' First Set of Interrogatories.

2           A.   No.

3                MR. LAVIN:  I will come back to that

4           one.  Move on to Exhibit 5.

5                (EXHIBIT 5, July 7, 2022, United

6           Defendants' R&Os to Plaintiffs' Seventh Set

7           of RFPs, was marked for identification.)

8    BY MR. LAVIN:

9           Q.   So Exhibit 5 is entitled Defendants

10   United Behavioral Health's and UnitedHealthcare

11   Insurance Company's Responses and Objections to

12   Plaintiffs' Seventh Set of Requests for Production

13   of Documents.

14                Do you see that?

15          A.   I see that.

16          Q.   Is this a document you've ever seen

17   before?

18          A.   No.

19          Q.   Do you recall if you assisted in any

20   way in gathering or collecting documents to produce

21   in this litigation?

22          A.   I did not participate in gathering

23   documents.

24                MR. LAVIN:  We're going to go to the

25          next exhibit.  It should be coming up here

Page 27

1          in a minute.

2                   (EXHIBIT 6, February 26, 2021,

3          Defendant UBH Amended Answer, was marked for

4          identification.)

5                   MR. LAVIN:  So I will note for the

6          record that I don't know what's going on

7          with Exhibit Share, but it marked the next

8          one Exhibit 1, it put a sticker on it, and

9          this is actually Exhibit 6.

10                  (Off-the-record discussion regarding

11         exhibit marking.)

12  BY MR. LAVIN:

13          Q.   So Exhibit 6 is entitled Defendant

14  United Behavioral Health's Amended Answer to

15  Plaintiffs' Second Amended Class Action Complaint.

16  Do you see that?

17          A.   I do.

18          Q.   And have you ever seen this document

19  before?

20          A.   No.

21          Q.   Have you ever heard the term

22  affirmative defense before?

23          A.   Not that I recall.

24          Q.   All right.  So one of the topics,

25  Topic 8, that you've been designated to testify on

Page 28

1    today is claims processing.

2              Is that your understanding?

3         A.   Yes.

4         Q.   I'm going to ask you some questions

5    about claims processing.  You understand that your

6    answers are the answers of United Behavioral

7    Health, correct?

8         A.   Correct.

9         Q.   Can you describe for me what the

10   relationship is between UnitedHealthcare, UHC, and

11   United Behavioral Health in processing claims, and

12   also where Optum Behavioral Health fits into that.

13             MR. SIGLER:  Objection to form and to

14        the extent it's outside the scope of the

15        notice for Ms. Strait; go ahead.

16             THE WITNESS:  United Behavioral Health

17        is a delegate of UnitedHealthcare for the

18        clients that they serve, ASO clients in

19        particular, that have behavioral health

20        benefits as part of their summary plan

21        document.

22             They defer or delegate management of

23        the behavioral health aspect of those

24        benefits to United Behavioral Health.

25   BY MR. LAVIN:

Page 29

1          Q.   So if a provider submits a claim for

2     behavioral health services to UnitedHealthcare --

3     are you with me?

4          A.   I'm sorry, the second half of your

5     question cut off.

6          Q.   I was asking, do you follow what I'm

7     saying?  So if a healthcare provider submits a

8     behavioral health -- a claim for behavioral health

9     services to UnitedHealthcare -- and just let me

10    back up.

11          All claims, when they're submitted for

12    UnitedHealthcare members, are submitted to

13    UnitedHealthcare, correct, not to United Behavioral

14    Health?

15          MR. SIGLER:  Objection to form and

16          outside the scope of the notice.

17          THE WITNESS:  All claims for

18          UnitedHealthcare and United Behavioral

19          Health are submitted to a regional mail

20          operation, and from there the claims are

21          date stamped and entered into a system,

22          that, based on claims coding, will tell them

23          if that claim should be delivered to

24          UnitedHealthcare for medical-surgical

25          processing or to UBH for behavioral -- yeah,

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 31 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 30

1           mental health, behavioral health, substance

2           abuse processing.

3     BY MR. LAVIN:

4           Q.   And that system, what does it read?

5     What information from a claim does it read to

6     determine where it will be routed?

7           A.   It takes a look at the member's

8     eligibility, the provider's eligibility of whether

9     they have a status of in-network or out-of-network.

10          And the claims coding, particularly the

11    diagnosis codes and the provider's specialty type,

12    would be those that would -- most frequently the

13    claims should be delivered to either med-surg or

14    behavioral health.

15          Q.   Is there a -- are you familiar with

16    UNET?

17          A.   Yes.

18          Q.   What is UNET?

19          A.   UNET is the claims-processing system

20    that we utilize for both med-surg and Behavioral

21    Health for UnitedHealthcare commercial clients.

22          Q.   Are there separate teams of individuals

23    between UnitedHealthcare and UBH who process claims

24    for those two entities, meaning are they distinct

25    claims-processing teams?

Page 31

1              MR. SIGLER:  Objection to form.

2              THE WITNESS:  Yes.

3    BY MR. LAVIN:

4         Q.   Are they in physically different

5    locations?

6         A.   Yes.

7         Q.   But they both utilize the UNET system,

8    correct?

9         A.   Yes.

10        Q.   Are there policy and procedure manuals

11   that relate to the processing of behavioral health

12   claims?

13             MR. SIGLER:  Objection to form.

14             THE WITNESS:  Not manuals per se, but,

15        yes, there are policies and procedures for

16        behavioral health claim processing.

17   BY MR. LAVIN:

18        Q.   Are there separate sets of policies and

19   procedures for behavioral health than for med-surg?

20             MR. SIGLER:  Same objection.

21             THE WITNESS:  There are some global

22        policies that is both med-surg and

23        behavioral.  Those typically are around

24        eligibility status, how we coordinate

25        benefits when there's multiple carriers,

Page 32

1          things like that.

2               But for the specific variations of

3          medical-surgical claims processing versus

4          behavioral health claims processing and how

5          we handle the coding, the authorizations, et

6          cetera, there are two different sets of

7          codes -- of policies and procedures.

8     BY MR. LAVIN:

9          Q.   Do you know if UBH has produced copies

10    of the policies and procedures for behavioral

11    health codes in this case?

12         A.   I don't know.

13         Q.   And where are those -- is there a name

14    for those policies and procedures?  Are they called

15    SOPs or just policies and procedures?  Is there a

16    title for them?

17         A.   They're typically --

18              MR. SIGLER:  Objection to form.

19              THE WITNESS:  -- just called

20          policies --

21              THE COURT REPORTER:  I didn't hear the

22          answer.

23              THE WITNESS:  They're generally just

24          called policies and procedures.

25    BY MR. LAVIN:

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 34 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 33

1          Q.   And where are those stored at UBH?

2          A.   Generally, there is a intranet site

3     called the Knowledge Library, or Knowledge Central,

4     where those are stored.

5          Q.   And are they -- they're a bunch of

6     different sets of policies and procedures; there

7     isn't just one big one, right?

8          A.   There's many hundreds, in some cases,

9     policies and procedures.

10         Q.   Do you know if there are any that apply

11    specifically to the processing of out-of-network

12    intensive outpatient claims?

13         A.   I know there is a policy for

14    out-of-network claims processing.

15         Q.   And that -- and, you know, that's a --

16    you bring up a good point.  So those claims

17    processing teams, obviously they process claims for

18    participating providers and for nonparticipating,

19    correct?

20         A.   That's correct.

21         Q.   Are you able to tell me -- say, let's

22    take 2021 -- for United Behavioral Health, what

23    percentage of claims processed were for

24    participating providers and what percentage were

25    for nonparticipating providers?

Page 34

1              MR. SIGLER:  Objection.  Outside the
2         scope of the notice.  Do the best you can,
3         Ms. Strait.
4              THE WITNESS:  And I don't know that
5         detail.
6    BY MR. LAVIN:
7         Q.  You said that there's a claims manual
8    for processing out-of-network behavioral health
9    claims, correct?
10             MR. SIGLER:  Objection to form.
11             THE WITNESS:  Yes.
12   BY MR. LAVIN:
13        Q.  Is that just one single document?
14        A.  I don't know if it's just a single
15   document.
16        Q.  Do you know if that was produced in
17   this case?
18        A.  I don't know.
19        Q.  Do you have any role in the development
20   of those policies and procedures guidelines?
21        A.  No, I don't.
22        Q.  Is there a department at UBH that is
23   responsible for developing those?
24        A.  Yes.
25        Q.  And what is the name of that

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 36 of 265
CONF AEO 30(B)(6)Denise Strait         July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 35

1    department?

2              A.   I don't recall specifically.  We call

3    them the documentation team, so I'm sure they have

4    a more formal name than that.

5              Q.   I won't tell them you said that, but...

6                   Documentation team.  And they come up

7    with the policies and procedures.  Are they the

8    ones who were responsible for loading those into

9    the Knowledge Center?

10             A.   Yes.

11             Q.   Can anybody on the claims processing

12   team for UBH access the Knowledge Center?

13             A.   Yes, anyone can.

14             Q.   Can anybody at UBH at all access the

15   Knowledge Center?

16             A.   My understanding is it would be open

17   to -- to anyone who asks or -- or requests access

18   to Knowledge Central on the internet -- or

19   intranet.

20             Q.   Do you know if individuals in the call

21   center that you mentioned have access to the

22   Knowledge Center?

23             A.   Yes, they do.

24             Q.   Are you familiar with the term IBAGG?

25             A.   Yes.

Page 36

1          Q.   And what is IBAGG?

2          A.   It's a customer service tool that the

3     customer service call agents use to verify a

4     member's benefits while they're on a call.

5          Q.   Is that for calls from both members and

6     providers?

7          A.   That is my understanding, yes.

8          Q.   So there's no different system that the

9     call center utilized for, say, a provider call

10    rather than a member call, just one single system?

11         A.   It's my understanding that they don't

12    report to me.

13         Q.   Who do they report to?

14         A.   My peer Mike O'Malley.

15         Q.   Is Mike O'Malley in charge of IBAGG?

16         A.   No.

17         Q.   What is Mike O'Malley in charge of?

18         A.   He is in charge of the UBH call centers

19    for the customer service team.

20         Q.   Okay.  When a provider calls in to

21    check a member's benefits, is there a different

22    number they would call to check behavioral health

23    benefits than medical-surgical benefits?

24         A.   I don't know.

25         Q.   Is Mike O'Malley an employee of UHC or

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 38 of 265
CONF AEO 30(B)(6)Denise Strait      July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 37

1    Optum Health?

2            A.    Mike O'Malley is an employee of Optum

3    Health.

4            Q.    The call center, does that fall under

5    Optum or UBH?

6            A.    The call center is an Optum operations

7    organization under the Optum Behavioral Health line

8    of business.

9            Q.    Okay.  So Mike O'Malley, the call

10   center that he oversees, would that only take calls

11   related to behavioral health claims?

12           A.    Yes.

13           Q.    Do you know who at Optum or

14   UnitedHealthcare is responsible for the IBAGG

15   system?

16           A.    It's a UHC-developed tool.  They own

17   it.  They populate it.  They maintain it.  I don't

18   know who is in charge of that.

19           Q.    Are you personally able to access

20   IBAGG?

21           A.    No.

22           Q.    Have you ever looked at IBAGG or

23   screenshots from IBAGG?

24           A.    I have seen it in demonstrations and

25   also screenshots.

Page 38

1          Q.    Are you familiar with the R&C program

2     as applied to out-of-network claims at

3     UnitedHealthcare?

4          A.    I'm familiar with reasonable and

5     customary, or R&C, as a method of pricing

6     out-of-network claims.

7          Q.    Can you -- how does that method work?

8               MR. SIGLER:  Objection to form.

9               THE WITNESS:  Generally that is not

10              something that the behavioral health claims

11              teams manage.

12              When we receive out-of-network claims

13              that need an R&C application, claim for

14              payment, those are referred to the team that

15              you formerly referred to under Becky

16              Paradise, or claim pricing.

17    BY MR. LAVIN:

18    ███  ██████████████████████████

██   ███████████████████████████

██   ██████████████

██        ████████████████

██   ████████████████████

██   █████████████████████████

██   ██████████████████████

██        ███   █████



CONF AEO 30(B)(6)Denise Strait            July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 40

Page 41





Page 43



15   BY MR. LAVIN:

16         Q.   And you mentioned authorizations for --

17   being one of the things that the system looks at,

18   right, when a behavioral health claim comes in.

19              Is it checking authorization numbers on

20   a claim?

21         A.   It's checking for a service match.  Not

22   all providers will bill with the authorization

23   number they're given.  So we're looking for, if

24   there's an authorization number provided, does the

25   auth number match?  But if no number is provided or

Case 4:20-cv-02254-YGR  Document 323-16  Filed 07/16/23  Page 45 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 44

1    the number doesn't match, what we're looking for is

2    a service at the same level of care for the same

3    time span to apply to a claim.

4          Q.   And some services are no auth services;

5    is that right?

6          A.   Some services are no authorization,

7    correct.

8          Q.   Do you know if the services at issue in

9    this case were no auth services?

10               MR. SIGLER:  Objection, form,

11          foundation.

12               THE WITNESS:  The ones that we looked

13          at, I believe at least one of them had an

14          authorization on it, but I don't know for

15          each of the Defendants in the case if

16          that's -- if that's the case -- or each of

17          the Plaintiffs -- I'm sorry.

18    BY MR. LAVIN:

19          Q.   Sure.

20               Do providers sometimes call up and get

21    authorizations for no auth services?

22          A.   I don't know.

23          Q.   If a provider calls up and seeks an

24    authorization on a no auth service and is told it's

25    a no auth service, do they still get an

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 46 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 45

1      authorization number?

2              A.    If it doesn't require an authorization,

3      no.

4              Q.    Does -- how are authorization numbers

5      generated?

6                    THE COURT REPORTER:  Say that again.

7      BY MR. LAVIN:

8              Q.    I was asking how are authorization

9      numbers generated?

10             A.    That falls in the scope of clinical

11     operations, and I don't have any oversight or

12     knowledge of how they generate such things.

13             Q.    So I think you testified earlier you're

14     familiar with the reasonable and customary program,

15     right?

16             A.    Yes.

17             Q.    Are you -- you know, are you able to

18     describe that program in any detail to me?

19             A.    I know that as a delegate of

20     United -- UnitedHealthcare -- we intake the claims,

21     we process it for behavioral, and then we refer it

22     to the out-of-network pricing team, but that's an

23     electronic transfer, that they have engaged in an

24     out-of-network pricing program.  I understand there

25     are some vendor arrangements in there for pricing,

Page 46

1     but I am not fully aware of how that process works

2     or how the claims are priced.

3              After UHC completes their activity on

4     the out-of-network pricing, they return the price

5     to us to finalize administration or adjudication of

6     that claim.  So we are passing through to UHC

7     for -- us saying we are in-taking that price from

8     UHC and then releasing the claim.

9         Q.    Okay.  So you don't know anything about

10    the details of how that price is arrived at,

11    correct?

12              MR. SIGLER:  Objection to form --

13              THE WITNESS:  I do not.

14              MR. SIGLER:  -- outside the scope of

15         the notice to the extent this is delving

16         into UHC-designated topics.

17    BY MR. LAVIN:

18         Q.    Can you repeat your answer?  I'm sorry.

19         A.    I don't know.

20         Q.    Do you know if there are two programs

21    within the reasonable and customary program?

22              MR. SIGLER:  Same objections.

23              THE WITNESS:  I don't know how many

24         programs are within the reasonable and

25         customary pricing process.

Page 47

1    BY MR. LAVIN:

2          Q.    Have you ever heard of physician

3    reasonable and customary, that phrase, that

4    particular phrase?

5          A.    I'm sorry, did you say the word

6    physician?

7          Q.    Yes.

8          A.    No, I have not heard it referred to as

9    physician reasonable and customary.

10          Q.    Have you ever heard of fair health

11    reasonable and customary?

12          A.    I have, yes.

13          Q.    What is fair health reasonable and

14    customary?

15                MR. SIGLER:  Same objections.

16                THE WITNESS:  As I understand -- I

17          understand it to be a pricing methodology

18          and that's about the extent of my knowledge

19          on that, on fair health.

20    BY MR. LAVIN:

21          Q.    Do you know what fair health is?

22                MR. SIGLER:  Same objections.

23                THE WITNESS:  I would have to pull it,

24          look it up.

25    BY MR. LAVIN:

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 49 of 265
CONF AEO 30(B)(6)Denise Strait        July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 48

1          Q.   Do you know if United Behavioral Health

2     has access to fair health or fair health data?

3          A.   It doesn't fall in the scope of claims

4     processing or claims operations, so I don't know.

5          Q.   And when you say that, you mean it

6     doesn't fall within the scope of UBH's claim

7     processing, correct?

8          A.   Correct.

9          Q.   Have you ever heard of facility

10    reasonable and customary?

11         A.   My response would be the same.  I've

12    never heard of it referred to as facility

13    reasonable and customary, just reasonable and

14    customary is typically what we hear.

15         Q.   Got it.

16              Have you ever seen -- I think you said

17    you've looked at or seen some screenshots of IBAGG

18    before, right?

19         A.   Yes.

20         Q.   Have you ever seen a differentiation

21    made in IBAGG between facility reasonable and

22    customary and physician reasonable and customary?

23         A.   I don't recall.

24         Q.   You can't remember seeing that, though,

25    right?

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 50 of 265
CONF AEO 30(B)(6)Denise Strait        July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 49

1              MR. SIGLER:  Objection to form.

2         Mischaracterizes her testimony.

3              THE WITNESS:  I don't -- I don't recall

4         seeing that.

5    BY MR. LAVIN:

6         Q.   Are you familiar with a -- what the

7    wrap network is?

8         A.   No.

9         Q.   Are you familiar with whether the

10   reasonable and customary program pays percentiles

11   of any particular databases?

12             MR. SIGLER:  Objection, form,

13        foundation.  Outside the scope of the

14        notice.

15             THE WITNESS:  No.

16   BY MR. LAVIN:

17        Q.   Do individuals, in your estimation, at

18   United Behavioral Health, or people on your team,

19   have a good understanding of the reasonable and

20   customary program?

21             MR. SIGLER:  Same objections.

22             THE WITNESS:  Their only knowledge is

23        that the claim is being referred for

24        out-of-network pricing and that a price will

25        be returned to them.  They don't participate

Page 50

```
 1              in the pricing or know that when that

 2              pricing comes back from UHC, if that is

 3              priced appropriately according to reasonable

 4              and customary.  They are taking the

 5              out-of-network pricing team at -- you know,

 6              their -- that they've done the quality work

 7              to produce the right price for us.  But

 8              that's the extent of their knowledge.

 9    BY MR. LAVIN:

10         Q.   What about the call center, the

11    provider services and the member services, do you

12    know if they have a good understanding of the

13    intricacies of the reasonable and customary

14    program?

15              MR. SIGLER:  Same objections.

16              THE WITNESS:  That operations doesn't

17              report to me.  I know that they are aware

18              that there is an out-of-network pricing

19              policy, but I don't know how much depth they

20              have around what all that program entails.

21    BY MR. LAVIN:

22         Q.   Okay.  So you've been designated to

23    testify on the verification of benefits process.

24    Are you familiar with what that is?

25         A.   Yes.
```

Page 51

1          Q.   What is the verification of benefits

2     process?

3          A.   That would be when either a provider or

4     a member contacts the UBH call center to confirm

5     that they have benefits for a service that they are

6     interested in pursuing under their coverage.

7          Q.   Is there another term that United or

8     UBH uses to refer to that, that call?

9          A.   I've only heard it referred to as

10    verification of benefits.

11         Q.   Okay.

12              MR. SIGLER:  Hey, Matt if you're at a

13              logical break point, we've been going over

14              an hour.  Can we take a five-, ten-minute

15              break?

16              MR. LAVIN:  Sure.  Can we go off the

17              record?

18              MR. SIGLER:  Sounds good.

19              THE VIDEOGRAPHER:  All right.  Ending

20              Media 2.  The time now is 1:27 p.m.  We're

21              going off the record.

22              (A brief recess was held.)

23              THE VIDEOGRAPHER:  The time now is

24              1:43 p.m.  We're going back on the record.

25              Please proceed, counsel.

Page 52

1          MR. SIGLER:  Counsel, just before we

2          proceed, Ms. Strait wanted to clarify

3          something about her preparation in the case.

4          She -- she wanted to add a few things

5          that she did to prepare, if that's okay with

6          you, Matt.

7          MR. LAVIN:  Sure.

8          MR. SIGLER:  Go ahead, Ms. Strait.

9          THE WITNESS:  Sure.  There were four

10         subject matter experts that I had questions

11         of in prep on -- for this case, and so I can

12         share names and the areas that they

13         represent.

14    BY MR. LAVIN:

15         Q.   Okay.

16         A.   The first would be Lisa Schmidt.  She's

17    the senior director of the call centers.

18         The second person is Brenda Poling,

19    P-O-L-I-N-G, and she is the director of the help

20    line operation.

21         Also -- I also talked to Katie

22    Gallagher in our payment and network integrity

23    team.  And Robbie Zibilski --

24         Q.   Can you say --

25         A.   I'm sorry, go ahead.

Page 53

1           Q.   Did you say payment integrity or

2      payment and networking?

3           A.   Payment and network integrity; the

4      acronym for the team is PNI.

5           Q.   Okay.  And who was the next one?

6           A.   And then finally Robbie -- Robbie

7      Zibilski, Z-I-B-I-L-S-K-I, just around contact for

8      provider authorization, or prior authorization.

9           Q.   Okay.  Do you know how long you spoke

10     to Lisa Schmidt for and how -- how much prep you

11     did with her?

12          A.   It was maybe 15, 20 minutes.

13          Q.   Is she somebody that you work with

14     periodically or regularly?

15          A.   Fairly regularly, fairly regularly,

16     yes.

17          Q.   Now, you said you spoke with Brenda

18     Poling.  I was going to ask you about the

19     behavioral health help line.  Are you familiar with

20     that?

21          A.   I am.

22          Q.   What is the behavioral health help

23     line?

24          A.   It's a second tier call system.  So the

25     first tier, the caller would come in to Lisa's

Page 54

1    team, Lisa Schmidt's team.

2              If they were unable to resolve that

3    caller's inquiry and the caller were asking for

4    escalation -- like, when you call in to any call

5    center, you say, hey, I want to talk to a

6    supervisor or a higher-level agent, that's the help

7    line.  So they get referred to the help line for

8    the next tier.  These are considered subject matter

9    experts in the call area, and they have a deeper

10   knowledge of some of the areas that contribute to

11   phone calls like claims and -- and benefits and --

12   and things like that than the first call agent.

13         Q.   Okay.  And how long did you meet with

14   Brenda Poling for?

15         A.   Maybe another 20 minutes.  Brenda's

16   another person who I work with very regularly.

17         Q.   Okay.  And let me ask you about the

18   behavioral health help line.  Is that something

19   that, you know, out-of-network pricing people at

20   UnitedHealthcare could also call in to with

21   questions about a particular claim?

22              MR. SIGLER:  Objection to form.

23              THE WITNESS:  Generally, no.

24              UnitedHealthcare, if they had a question

25              around a claim, they would reach

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 56 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 55

1          integrations.  We would have claim-to-claim

2          conversation about those claims.  So it

3          would be one of their subject matter experts

4          dealing with one of my senior processors or

5          a subject matter expert.

6    BY MR. LAVIN:

7          Q.   Okay.  But there isn't -- and this --

8    this is just a question I had from a previous

9    deposition.  So there isn't like a hotline number

10   or something that if -- somebody at

11   UnitedHealthcare could call over to UBH about

12   processing a behavioral health claim, right?

13              MR. SIGLER:  Objection to form.

14              THE WITNESS:  In the operations in --

15          at UHC, whether it was a health plan

16          representative or a member of the claims

17          team, if they had a question about

18          behavioral health claims and they wanted to

19          have that -- have a discussion around that,

20          they could reach me or Lisa Barr, who I

21          mentioned previously, as their escalated

22          point of contact to work through those.

23              If the contact or the inquiry doesn't

24          require escalation but it's a subject matter

25          expert to subject matter expert conversation

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 57 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 56

1          that needs to occur, then we would just

2          engage the right people to have that

3          conversation, but they would not go through

4          the help line.

5     BY MR. LAVIN:

6          Q.    Understood.   Then you said you met with

7     Katie Gallagher also from PNI.   What --

8          A.    Right.

9          Q.    How long did you meet with Katie

10    Gallagher?

11         A.    I think that was a half an hour.

12         Q.    And do you remember what you discussed

13    with her?

14         A.    Some of the more common fraud, waste,

15    abuse, and error activities that payment network

16    integrity review and how they might address those

17    through the use of medical case reviews and things

18    like that.

19    ████    ██████████████████████████

██    ██████████████████████████

██    ████    ██████████████████████

██    ████████████████████████████████

██    ███████████████████████████

██    █████████████████████████

██    ███████████████████████████

Page 57

1

CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 58

1     ████████████████████████████

█     ███   ██████████████████████████████████

█     █████████████████████████████████

█     ███████████████████████████████

█     ████████████████████████████████████

█     █████████████████████████████████

█     ██████████████████████████████████████

█     ████████████

█     ███████████████████████████████

█     ███████████████████████████████████████████

█     ████████████████████████

12            Q.   Okay.  So if they're using a

13    different -- you know what a revenue center code

14    is?

15            A.   Yes.

16            Q.   So if they're using a different revenue

17    center code to modify certain HCPCS -- do you know

18    what a HCPC is?

19            A.   Yes.

20            Q.   So if they're using a different

21    modifier for a particular HCPC than other people in

22    that geographic area, that's something that might

23    pop up, for example?

24                 MR. SIGLER:  Object to the form.

25                 THE WITNESS:  It may.

CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 59

1        BY MR. LAVIN:

2                Q.   Did you discuss any of the claims with

3        any of the Plaintiffs or any of the putative class

4        members -- do you understand what I mean when I say

5        putative class members?

6                A.   Yes.

7                Q.   Okay.  Did you review any particular

8        claims relative to this case with PNI?

9                A.   No, no.

Page 60



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 61





Page 63



Page 64



```
23          Q.   And then you said you also spoke with

24     Robbie -- is it Zedelsky [sic]?

25          A.   Zibilski.   Z-I-B-I-L-S-K-I.
```

Page 65

1          Q.    And for about twenty minutes?

2          A.    Probably, yeah.  Not more than that for

3     sure.

4          Q.    Can you tell me the substance of your

5     conversation with Robbie?

6          A.    Understanding the prior authorization

7     phone call process.

8          Q.    Can you give me any more detail on --

9     how was the process described to you?

10         A.    That there is an intake team that a

11    provider will call in to to confirm -- they would

12    start with the benefit team, but if they needed

13    prior authorization after benefits were confirmed,

14    then they could be warm transferred to our prior

15    authorizations.  The prior auth team would review

16    the benefits again for their own edification so

17    that they could apply the appropriate detail to

18    that -- that request.  And then they would explain

19    to the member or provider what they were eligible

20    for from the prior authorization standpoint based

21    on our level of care guidelines.

22         Q.    Okay.  So the auth -- I'm sorry, I

23    didn't mean to cut you off.  I apologize.

24         A.    No.  In every phone call that we have

25    with a member or a provider, there is always a

Page 66

1    disclaimer that an authorization of service is

2    never a guarantee of payment for service, because

3    we don't know, at the time that they call in for

4    that authorization, that the services that will be

5    rendered are going to be exactly the same as what

6    was authorized or that the member won't terminate

7    coverage in between that verification of

8    authorization to the point at which they receive

9    services.  So all of those authorizations are

10   disclaimed and given as a guideline for the

11   provider to follow.

12            Q.   Okay.  But if a provider has rendered,

13   you know, the authorized services and coverage is

14   still active, would a claim generally be payable?

15            MR. SIGLER:  Objection to form.

16            THE WITNESS:  If the service matched,

17            if the timeline matched, if the units

18            matched.  I mean, there's so many variables

19            that it may or may not be paid, but we're on

20            the right track if we start with the service

21            and the timeline matching.

22   BY MR. LAVIN:

23            Q.   Okay.  So is it safe to say that the

24   authorizations department is kind of doing an

25   initial determination of medical necessity for

Page 67

1    services?  Is that a good way to describe it?

2          A.    It may be administrative or medical

3    necessity.  It depends.

4          Q.    Okay.  What's the difference between

5    administrative and medical necessity?

6          A.    An administrative authorization is

7    based off of policy, and a medical necessity review

8    includes a review by a medical director or an MD

9    that will either review records or speak directly

10   with the care provider to make a determination on

11   that case.

12         Q.    So would an example of an

13   administrative necessity determination be, for

14   example, for a no auth service or a service where

15   the plan did not require prior authorization for

16   that service?

17         A.    Perhaps.  I'm -- I'm not sure what all

18   falls into an administrative authorization.

19         Q.    Can you give me an example of one?

20         A.    I -- I don't work in a clinical team,

21   so I know they have two types of authorizations,

22   but I couldn't tell you absolutely what's in an

23   administrative auth.

24         Q.    Got it.

25               You were talking -- so the

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 69 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 68

1    authorizations team, do you know if they maintain

2    recordings of their phone calls with providers?

3           A.   I know that they have call recordings,

4    but I don't know if it's a hundred percent of the

5    phone calls.

6           Q.   Okay.  And for the call center, am I

7    correct the call center would take the

8    verification -- would receive the verification of

9    benefits calls from providers, correct?

10          A.   Correct.

11          Q.   And do you know if they record the

12   phone calls and keep copies or maintain those

13   recordings --

14               MR. SIGLER:  Objection.

15   BY MR. LAVIN:

16          Q.   -- in the normal course of business?

17               MR. SIGLER:  Objection to form.

18               THE WITNESS:  I know that they do

19          record calls.  I don't know, again, if it's

20          a hundred percent of the calls or not.

21   BY MR. LAVIN:

22          Q.   Do you know how long they keep copies

23   of recordings for?

24          A.   No.

25          Q.   Have you ever had to request a

Page 69

1   recording from a verification of benefits call?

2           A.    I don't recall.

3           Q.    Have you ever listened to a recording

4   of a verification of benefits call?

5           A.    Yes.

6           Q.    About how many times have you done

7   that?  Many times?

8           A.    A handful of times, probably fewer than

9   20.

10          Q.    Okay.  What sort of situation would

11  necessitate you, at your level, having to listen to

12  a verification of benefits call?

13          A.    It's actually a standard practice that

14  we follow across operations that we all listen to

15  calls on a scheduled basis to determine if there

16  are means to improve our service to our members and

17  providers.

18          Q.    Okay.  And do you have that same

19  process for authorization calls?

20          A.    Yes.

21          Q.    All right.  Let's look at a couple

22  documents.  I don't have a ton of documents today.

23  We do have some, and if we can move through them.

24                So I will show you documents -- let me

25  ask you one more question before I get to that.

Page 70

1           Have you ever heard of the Parity Act?

2       A.   Yes.

3       Q.   What is the Parity Act?

4           MR. SIGLER:  Objection, outside the

5       scope of the notice.

6           THE WITNESS:  Parity is something that

7       we manage across medical and behavioral to

8       assure that the benefits that we're

9       providing on the behavioral side are at

10      least on par, if not better, than what's

11      being offered at med-surg to assure parity

12      according to the Federal Parity Act.

13  BY MR. LAVIN:

14      Q.   Do you ever attend training classes?

15  Does UnitedHealthcare have training classes or --

16  excuse me -- does UBH have training classes on

17  compliance with the Parity Act?

18          MR. SIGLER:  Same objection.

19          THE WITNESS:  We do have what we call

20      learn source courses around various acts

21      that pertain to claims processing, depending

22      on regulatory requirements for those

23      trainings.

24          We also have, for parity purposes, a

25      team who is dedicated to management of

Page 71

1              parity activities that oversees the

2              activities between United and UBH to assure

3              that we are compliant.

4    BY MR. LAVIN:

5              Q.    That was my next question.

6                    What is the team -- the name of the

7    team, if you know?

8              A.    Benefits integrity.

9              Q.    And is their sole job to see if plans

10   are in compliance with the Parity Act or are there

11   other regulatory functions and compliance things

12   that they're dealing with?

13                   MR. SIGLER:  Objection to form.

14                   THE WITNESS:  They have a number of --

15              they have a number of functions they're

16              accountable for.

17   BY MR. LAVIN:

18             Q.    Do you know if benefits integrity ever

19   looks at ASO client plan language to determine if

20   it complies with the Parity Act?

21             A.    I don't know.

22             Q.    Do you know if benefits integrity ever

23   looks at out-of-network pro -- excuse me --

24   out-of-network pricing programs and the impact of

25   out-of-network pricing programs to determine if

CONF AEO 30(B)(6)Denise Strait        July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 72

1      it -- those programs comply with the Parity Act?

2                  MR. SIGLER:  Objection, outside the

3            scope of the notice.

4                  THE WITNESS:  I don't know.

5      BY MR. LAVIN:

6      ██        ████████████████████████████████

       ██ ████████████████████████████████████████

       ██ ██████████████████████████████████████

       ██        ████████████████████████████

       ██        ██████████████████████████████

11     BY MR. LAVIN:

12            Q.   Do you know what NQTL is?

13            A.   No.

14            Q.   Okay.  Do you know if the benefits

15     integrity department or anybody at United

16     Behavioral Health or UnitedHealthcare has

17     undertaken an analysis of the pricing of

18     out-of-network intensive outpatient claims for

19     Behavioral Health and whether or not United

20     Behavioral Health, UnitedHealthcare's practices

21     with regards to that pricing complied with the

22     Parity Act?

23                  MR. SIGLER:  Same objection.

24                  THE WITNESS:  I don't know.

25     BY MR. LAVIN:

Page 73

1          Q.   Do you remember there ever being any

2    issues related to pricing of claims for HCPC H0015

3    and compliance with the Parity Act?

4               MR. SIGLER:  Same objection.

5               THE WITNESS:  Not to my knowledge.

6    BY MR. LAVIN:

7          Q.   Are you familiar with HCPC H0015?

8          A.   I am familiar with HCPCS in general.  I

9    do have crosswalks that tell me what each of them

10   are.

11         Q.   What's a crosswalk?

12         A.   It's a document that says that H0015 is

13   a treatment for substance use disorder, as an

14   example; and that may not be actually what it is,

15   but those are all published by Medicare & Medicaid

16   Services and generally used across the industry.

17         Q.   Do you know what an APC is?

18         A.   There are multiple acronyms for APC.

19         Q.   Okay.  Do you know what it is in

20   reference to CMS?

21         A.   Perhaps the ambulatory payment

22   classifications.

23         Q.   When you talk about crosswalks, are you

24   talking about crosswalks between HCPCS and CMS

25   ATCs?

Page 74

1          A.   No, I'm talking about literal

2     crosswalks that indicate that code H0015 equates to

3     X definition and should be billed with X.

4          Q.   I couldn't hear the last part of your

5     answer, actually.  Should be billed with?

6          A.   Specific modifiers.

7          Q.   Okay.  So like a revenue center code

8     modifier for HCPC, you mean?

9          A.   Correct.

10          Q.   Oh, so it's like a key, maybe a table,

11     that says H0015 modifier is 906.  So I'm just using

12     that as an example.

13          MR. SIGLER:  Objection to form.

14     BY MR. LAVIN:

15          Q.   Okay.  I'm just trying to better

16     understand your -- your answer.

17          A.   Yeah.

18          MR. LAVIN:  All right.  Let's go to the

19          next exhibit.  It is Exhibit 7, and

20          Exhibit 7 bears Bates numbers 19777 through

21          19782.  And I just want you to look at

22          something on here.

23          THE WITNESS:  I'm still waiting for it

24          to load.

25          MR. LAVIN:  Oh, I'm sorry.  Sometimes

Page 75

1          you have to refresh that little wheel thing?

2              THE WITNESS:  Okay.

3              (E



Page 76



1

25              MR. LAVIN:  Okay.  Let's go to -- I

CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 77

1          want to go to Tab 9, Nicole.  Tab 9 is going

2          to be Exhibit 8.  And Exhibit 8 bears Bates

3          numbers UHC 33374 through UHC 33378.

4                  (EXHIBIT 8, June 2017 e-mails between

5          Laura Hanson, Annie Tse, Denise Strait, and

6          Others; Bates UHC000033374, was marked for

7          identification.)

8    BY MR. LAVIN:

9          Q.   If you can take a minute to just kind

10    of scroll through that.

11         A.   Okay.  I have reviewed the document.

12

Page 78

1

17    BY MR. LAVIN:

18         Q.   Do you know what the Shared Savings

19    Program is?

20         A.   It is a pricing program, and it's

21    UHC-administered to behavioral health claims.

22         Q.   And do you know any -- how that program

23    works?

24         A.   No.

25              MR. SIGLER:   Objection, form, outside

Page 79

1          the scope of the notice.

2     BY MR. LAVIN:

3



Page 80



15    BY MR. LAVIN:

16         Q.   So we talked about the check write

17    program.  That is a UHC program, not -- nothing at

18    UBH, correct?

19         A.   Correct.

20         Q.   I'm kind of looking through some things

21    here to -- based on your topics and what you've

22    stated you're prepared to testify on.

23              Have you ever heard of something called

24    the Shared Savings Program Enhanced?

25              MR. SIGLER:  Objection, outside the

Page 81

1          scope of the notice.

2                 THE WITNESS:  I -- I have, but the --

3          the details behind that don't easily come to

4          mind.

5     BY MR. LAVIN:

6          Q.   Okay.  Do you ever have the opportunity

7     to review SPDs as part of your duties at UBH?

8          A.   As part of the claims adjudication

9     process?  No.

10         Q.   I think you said you did review some

11    SPDs in preparation for today's testimony; do you

12    remember that?

13         A.   Yes.

14         Q.   Do you remember what particular

15    language you looked at in an SPD?

16         A.   Reference to out-of-network services.

17         Q.   Does UBH ever reference actual plans or

18    actual SPDs when it's processing a behavioral

19    health claim?

20                MR. SIGLER:  Objection to form.

21                THE WITNESS:  Can you restate the

22         question, please?

23    BY MR. LAVIN:

24         Q.   Sure.  When UBH processes a behavioral

25    health claim, does it ever reference an ASO

Page 82

1    client's SPD?

2              MR. SIGLER:  Same objection.

3              THE WITNESS:  Not that I'm aware of.

4    BY MR. LAVIN:

5         Q.   Can you remember any instances when UBH

6    may have expressed concern to UHC that a particular

7    ASO's client's plan language did not support

8    pricing of behavioral health claims?

9         A.   I'm not aware of any, no.

10        Q.   Is there anybody at United Behavioral

11   Health who reviews ASO client SPDs, you know, as a

12   part of their duties at United Behavioral Health to

13   make sure that those ASO client SPDs support

14   out-of-network behavioral health claim pricing?

15              MR. SIGLER:  Objection, form,

16        foundation.  Outside the scope of the notice

17        for this witness.

18              THE WITNESS:  The only group that I'm

19        aware of that reviews SPDs is the group that

20        we call case installation that would

21        actually set up the account.

22              In this case, you referenced UNET.

23        They would be putting the details behind

24        that summary plan into platform

25        configuration for claims adjudication.

Page 83

1    BY MR. LAVIN:

2            Q.    Is case installation a UHC department?

3            A.    Yes.

4            Q.    Okay.  And do you know what other

5    information or documents besides the summary plan

6    document that case installation uses to input

7    information into UnitedHealthcare's systems?

8                 MR. SIGLER:  Objection, outside the

9            scope of the notice.

10                THE WITNESS:  I don't.

11   BY MR. LAVIN:

12           Q.    Do you have any involvement with ASO

13   clients' drafting of language to be used in summary

14   plan descriptions?

15                MR. SIGLER:  Same objection.

16                THE WITNESS:  No.

17   BY MR. LAVIN:

18           Q.    Are you aware of any instance, with

19   regards to behavioral health claims, of somebody in

20   claims processing at UBH saying, hey, the summary

21   plan description describes pricing in a different

22   way, we need to change how we pay this particular

23   claim?

24                MR. SIGLER:  Objection to form.

25                THE WITNESS:  If my team were to

Page 84

1           receive an inquiry, either on appeal or an

2           adjustment request, where we determined --

3           where they did pull up the image of the SPD

4           and they found that there was a misalignment

5           of the SPD to the system configuration, they

6           would submit a ticket to that case

7           installation team to review the benefits

8           setup and determine if there's an error

9           that's been made there.

10              And they'll follow it until a response

11          is received so that they know if we need to

12          do anything differently with the claim, or

13          claims, that may have been impacted by that.

14  BY MR. LAVIN:

15          Q.   So how would a member of your

16  processing team pull up an SPD?

17          A.   They can reach out to the client

18  services team and get that SPD from the client

19  service executive.

20          Q.   Are you saying there's been instances

21  where they've noticed, hey, the language in this

22  SPD doesn't match exactly what we have in our

23  system here, can you take a look at that?

24              MR. SIGLER:  Objection to form.

25              THE WITNESS:  It's definitely a

Page 85

1          possibility that they would want to look at

2          that.

3     BY MR. LAVIN:

4          Q.   Can you think of a specific example

5     where that's happened?

6          A.   I -- one doesn't immediately come to

7     mind.

8               MR. LAVIN:  Let's go under Tab 11.

9               And Tab 11 is going to be Exhibit 9.

10         And Exhibit 9 bears Bates numbers UHC 30972

11         through UHC 30973.  And it's an e-mail from

12         Ray Lopez to Jolene Bradley.  It's dated

13         August of 2018.

14              And what I'd like to direct your

15         attention to is the last kind of, you know,

16         page and a half there where it's got a

17         printout of something.

18              THE WITNESS:  It's still loading.

19              MR. LAVIN:  Sure.

20              THE WITNESS:  I don't know if anyone

21         else is having the same experience, but

22         Veritext is just continuously refreshing but

23         not bringing me new documents.

24              MR. LAVIN:  It may be your connection.

25         We can discuss kind of pre-loading a whole

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 87 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 86

1      bunch of documents in there, but then

2      they'll all get exhibit numbers and we're

3      probably not going to use them all, so...

4          THE WITNESS:  Okay.  Finally loading.

5      Okay, e-mails from Mr. Lopez, yes.

Page 87



Page 88



Page 89



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 90



Page 91



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 93

1   ███████████████████████████████████

2   ██  ████████████████

3            MR. LAVIN:  If we could look at the

4   next document, it would be Exhibit 10.  I

5   have it under Tab 12.

6            THE WITNESS:  Exhibit 10?

7            MR. LAVIN:  Uh-huh.

8            THE WITNESS:  Got it.

9            (EXHIBIT 10, Claims document; Bates

10   UHC000033821, was marked for

11   identification.)

12   BY MR. LAVIN:

13        Q.  So Exhibit 10 is Bates numbers --

14   there's -- it's Bates numbers beginning with

15   UHC 33821.  It appears to be a native document,

16   meaning it's not going to have Bates numbers on it.

17   UHC 33821.  If you could take a second to flip

18   through that.

19        A.  Okay.

20   ██  ████████████████████████

██  ██  ████████████████

██  ██  ████████████████████████████

██  ████████████

██  ██  ██████████████████████████

██  ████████████████████████████████

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 95 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 94



Page 95





Page 97

1    ███████████████████████

██        ████████████████

3            MR. SIGLER:  Objection to form,

4       foundation.

5            So, Matt, if we're at a logical break

6       point, let's take another one.  It's been

7       over an hour.

8            MR. LAVIN:  Sure.  Let's go off the

9       record.

10           THE VIDEOGRAPHER:  All rightee.  Ending

11      Media 2.  The time now is 2:53 p.m.  We're

12      going off the record.

13           (A brief recess was held.)

14           THE VIDEOGRAPHER:  The time now is

15      3:09 p.m.  We're going back on the record.

16           Please proceed, Counsel.

17           MR. LAVIN:  All right.  Can we put up

18      the next exhibit?  So I'm under Tab 13.

19           THE WITNESS:  I can see Exhibit 11.

20           MR. LAVIN:  Yeah.  Exhibit 11 is

21      UHC 71826 through UHC 71837.

22           (EXHIBIT 11, February 14, 2019, IRU SSP

23      Reconsideration ORS P&P; Bates UHC000071826, was

24      marked for identification.)

25      BY MR. LAVIN:

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 99 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 98



CONF AEO 30(B)(6)Denise Strait      July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 99





Page 101



Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 103 of 265
CONF AEO 30(B)(6)Denise Strait        July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 102



CONF AEO 30(B)(6)Denise Strait        July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 103



Page 104



Page 105



Page 106



Page 107



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 108

Page 109

1

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 111 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 110



Page 111



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 112



Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 114 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 113



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 114

1     ██████████████████████

      ███████████████████████████████████

      ██████████████████████

      ██████████████████████████

      ███████████████████████████████

      ████████████████████████████.

7           MR. LAVIN:  All right.  We're going to

8     move on to another exhibit.  Let's go to --

9     under Tab 15.  Go to Exhibit 12.  It has

10    Bates numbers UHC 15188 --

11          THE WITNESS:  Okay.

12          MR. LAVIN:  -- through UHC 15201.

13          (EXHIBIT 12, November 2019 e-mails

14    between Audrey Stevens, Jolene Bradley,

15    Monica Pool, and Others; Bates UHC000015188,

16    was marked for identification.)

17  BY MR. LAVIN:

18          Q.  I have a question for you beginning

19    on -- if you can look at the page ending in 191.

20          MR. SIGLER:  Well, hold on.  This is a

21    14-page e-mail that -- is she copied on this

22    somewhere, Matt?

23          MR. LAVIN:  No, but it discusses Optum

24    Behavioral Health team, so let's take a look

25    at Page 191.

Page 115

1          MR. SIGLER:  Well, sorry, I just -- if

2     you're going to ask her about it, she's got

3     to have a chance to look at it.

4          So, Ms. Strait, please review the

5     document.

6          Matt, if you want to direct her to

7     something, that's fine, but I just don't

8     want her reviewing the middle page of a

9     14-page e-mail without context.

10          MR. LAVIN:  Sure.

11          You can flip through it.

12     BY MR. LAVIN:

13     Q.   And, again, the part that I'm going to

14     ask you about is on Page 191.

15     A.   Okay.

16          Okay.

17     Q.   Okay.  Do you understand generally what

18     they're discussing in this e-mail?

19

Page 116



Page 117

1   █████████████████████████████████

    █████████████████████████████████████

    ████████████████████████████

    ███   ██████████████████████████

    █████████████████████████████████████████████

    ████████████████████████████████████

    ███████

8        Q.   Okay.  I'm going to skip over a couple

9   documents here so -- I'm going to look through some

10  things.

11            Are you familiar with the term MNRP?

12       A.   Yes.

13       Q.   What is MNRP?

14       A.   A maximum non-network reimbursement

15  policy.

16       Q.   Are you aware of any -- by United

17  Behavioral Health -- of any difference in the way

18  Behavioral Health type claims are paid rather than

19  other provider types with MNRP?

20            MR. SIGLER:  Objection, form,

21            foundation.  Outside the scope of the

22            notice.

23            THE WITNESS:  The MNRP rates are

24            determined by CMS, and we follow those

25            rates.  They're loaded in our systems.  The

CONF AEO 30(B)(6)Denise Strait                     July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

                                                    Page 118

1              files are delivered directly to us by CMS

2              and they're -- we don't deviate from the

3              file that's provided.

4        BY MR. LAVIN:

5              Q.    Okay.  And does UBH price those

6        behavioral health claims on its own for MNRP?  Do

7        you know what I'm saying?  Is that pricing done

8        in-house at UBH?

9                    MR. SIGLER:  Same objections.

10                   THE WITNESS:  I don't know.  I'm not

11             sure about that.

12       BY MR. LAVIN:

13

CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 119



21          MR. LAVIN:  Can we go off the record

22     for one second?

23          MR. SIGLER:  Sure.

24          THE VIDEOGRAPHER:  Ending Media 3.  The

25     time now is 3:47 p.m.  We're going off the

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 121 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 120

1        record.

2                (A brief recess was held.)

3                THE VIDEOGRAPHER:  The time now is

4        3:57 p.m.  We're going back on the record.

5        Please proceed, Counsel.

6                M█████████████████████████████

█        ███████████████████████████████████████

█        █████████████████████████████

█        ████████████████████████████████████

█        █████████████████████████████████████

█        ████████████████████████████████████

█        █████████████████████

█        ██████████████:

14               █      ████████████████████████

█        ███████████████████████████████████████

█        ███████████████████████████████████████

█        ██████████████████████

█        █      ████

█        █      ██████████████████

█        █      ██

█        █      ████████████████████████

█        ████████████████████████████

█        ████████████████████

█        █████████████████████████

█        █████████████████████████

CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 122



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 123



Page 124



Page 125



Page 126



Page 127



Page 128



17          MR. LAVIN:  Let's bring up -- under

18     Tab 29.  So if we could bring up Tab 29,

19     which is a document produced by United.

20          (EXHIBIT 14, May 29, 2020,

21     Administrative Record of Paul Millea; Bates

22     UHC000006711, was marked for identification.)

23     BY MR. LAVIN:

24          Q.   Are you familiar with what an

25     administrative record is?

Page 129

1           A.    This is taking a moment to load.  Hold

2      on, please.

3                MR. SIGLER:  Yeah, I haven't -- I

4           didn't -- I haven't seen it yet either.

5                MR. LAVIN:  This is the -- this is a

6           big document that was produced to us as one

7           document, as the administrative record for a

8           patient in this case.

9                And I'm going to -- just to direct you,

10          there was no quicker way to upload it.  So

11          this is Bates numbers UHC 6711 through UHC

12          7121.  And I just wanted to direct you to a

13          couple of documents within this larger

14          document.  Is that okay?

15                THE WITNESS:  And it still hasn't

16          loaded.

17                MR. SIGLER:  So Matt, while this

18          document is loading, I will just note for

19          the record that we'll designate this

20          transcript attorneys' eyes only under the

21          protective order and refine the designations

22          later.  Several of the exhibits were

23          attorneys' eyes only.  This one is obviously

24          confidential, and that's consistent with our

25          practice in the case.

Page 130

```
 1              THE WITNESS:  The document has now
 2         loaded.
 3    BY MR. LAVIN:
 4         Q.   We've also -- I've just been
 5    informed -- broken this document down in some
 6    easier-to-digest pieces, but if you can take a look
 7    at it.
 8              This exhibit was produced as one
 9    document, the administrative record for an
10    individual who is one of the class representatives
11    in this case.
12              Are you familiar with what a --
13              MR. SIGLER:  You can ask your
14         questions, Matt, but I was just going to
15         say, I mean, if you have a smaller piece you
16         want to show her, because, obviously, she's
17         not going to be able to read 411 pages.
18              MR. LAVIN:  Yeah, it's being uploaded
19         right now --
20              MR. SIGLER:  Okay.
21              MR. LAVIN:  -- in a couple little
22         pieces.  But --
23              MR. SIGLER:  Right.
24              MR. LAVIN:  -- I can direct you to
25         pages within this, but it might be easier
```

Page 131

1           just to go to the following -- the next

2           exhibits, which are just snippets of this

3           exhibit.

4                (EXHIBIT 15, August 13, 2019,

5           Explanation of Benefits Statement for Paul

6           Millea; Bates UHC000006726, was marked for

7           identification.)

8                (EXHIBIT 16, June 16, 2020, Letter from

9           UHC to Paul Millea; Re: Appeal; Bates

10          UHC000006754, was marked for

11          identification.)

12               (EXHIBIT 17, January 2019, Apple

13          Benefits Book; Bates UHC000006772, was

14          marked for identification.)

15     BY MR. LAVIN:

16          Q.   Do you know what an administrative

17     record is?  Is that a term you've heard before?

18          A.   I have, and in my appeals space, I know

19     that it contains all the appeals data for a

20     particular member and it is considered an

21     administrative record.

22          Q.   Do you know what the UnitedHealthcare

23     Central Escalation Unit is?

24          A.   Yes.

25          Q.   What is that?

Page 132

1          A.   Where a member would make contact with

2     the customer service team and ask for an escalation

3     around a specific activity.

4               They would -- they could be directed to

5     the Central Escalations Unit.  We will give them

6     guidance.  Central Escalations on the UHC side is

7     similar to our help line on the UBH side.

8               MR. LAVIN:  Okay.  So if we go to the

9          exhibit marked Exhibit 15 -- well, let's go

10         back to Exhibit 14.  I'm sorry.

11    BY MR. LAVIN:

12    ███      ████████████████████████████████

███   ████████████████████████████████

███   ████████████████████████████████

███   ██████

███      ███   ████████████

███      ███   ██████████████████████████

███   ████████████████████████████

███      ███   ███

███      ███   ████████████████████

███   ████████████████████████████████

███   ███████████████████

███      ███   ██████████████████████

███   ███████████████████████████

███   ██████████████████████████████

Page 133



1

10          MR. LAVIN:  Okay.  Now I'd like to go

11      to what's been marked as Exhibit 16.  It

12      should be uploaded.

13          THE WITNESS:  Okay.

14  BY MR. LAVIN:

15

Page 134



Page 135



Page 136



Page 137



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 138

Page 139



Page 140



Page 141



Page 142



20        MR. LAVIN:  All right.  We have a

21    recording to mark as the next exhibit, and I

22    would like -- Nicole, if you can play that.

23    Give us the Bates number.  So Bates

24    number --

25        MS. WEMHOFF:  Is 3448, UBH 3448.

Page 143

1           MR. LAVIN:  Right.  So Exhibit 18 is

2     UBH 3448.

3           (EXHIBIT 18, Verification of Benefits

4     Call; Bates UBH000003448, was marked for

5     identification.)

6           (EXHIBIT 19, Verification of Benefits

7     Call; Bates UBH000003449, was marked for

8     identification.)

9           (EXHIBIT 20, September 1, 2019, Rite

10    Aid Master Welfare Benefit Plan Summary Plan

11    Description; Bates UHC000301506, was marked

12    for identification.)

13          (EXHIBIT 21, Verification of Benefits

14    Call; Bates UBH000003462, was marked for

15    identification.)

16          MS. WEMHOFF:  I'm going to share my

17    screen as well.  One moment.  Can I please

18    get participant screen sharing enabled.

19          THE CONCIERGE:  That has been enabled.

20          MS. WEMHOFF:  Thank you.

21          MR. LAVIN:  And this is a recording

22    from the call center produced to us related

23    to this particular member in a verification

24    of benefits call regarding these claims.

25          (Video playing partially inaudibly.)

Page 144

1               (Off-the-record discussion.)

2               MR. LAVIN:  Let's go off the record and

3          see if we can turn it up real quick.  All

4          right?  Just for one second.

5               (Off-the-record discussion.)

6               THE VIDEOGRAPHER:  Ending Media 4.  The

7          time is 4:32 p.m.  We're going off the

8          record.

9               (A brief recess was held.)

10              THE VIDEOGRAPHER:  The time now is

11         4:46 p.m.  We're going back on the record.

12         Please proceed, Counsel.

13              MR. LAVIN:  I want to -- we're going to

14         play a different recording while we wait for

15         that recording.  And let's see, we've got

16         Nicole here.

17              Nicole, are you able to play the next

18         recording?

19              Nicole, can you bring up that next

20         recording?  What is the Bates number on this

21         one?

22              I think you're muted.  Nicole?

23              MS. WEMHOFF:  Can you hear me?

24              (Off-the-record discussion.)

25              MR. LAVIN:  Nicole, are you able to

Page 145

1        play that?

2              MS. WEMHOFF:  Can you hear me?

3              THE COURT REPORTER:  Yes, we can hear

4        you.

5              MS. WEMHOFF:  Okay.  I will share my

6        screen.

7              MR. LAVIN:  Can you read off the Bates

8        number and the exhibit number?

9              MS. WEMHOFF:  The Bates number is

10       UBH 3462.

11             (Video playing partially inaudibly.)

12             (Off-the-record discussion.)

13             MR. LAVIN:  I can't hear the recording.

14             MR. SIGLER:  Yeah, can't hear it.

15             MR. LAVIN:  I don't think it's coming

16       through.

17             (Video playing inaudibly.)

18             THE COURT REPORTER:  So I'm not going

19       to be able to take this down, I can't hear

20       it.

21             MR. LAVIN:  Yeah, I can't hear a thing

22       either.

23             MS. WEMHOFF:  We are working to get

24       that fixed.

25             THE VIDEOGRAPHER:  Would you like to go

Page 146

1          on -- would you like to stay on the record?

2                    MR. LAVIN:  We can go off the record.

3                    MR. SIGLER:  Is there something else

4          you want to cover while this is being worked

5          out, Matt?

6                    MR. LAVIN:  These are the last couple

7          things I was going to do.  Yeah, we can

8          stay on the -- why don't we just stay on the

9          record for a second.  Technology, you know.

10                   MR. SIGLER:  Okay, no problem.

11   BY MR. LAVIN:

12         Q.   If we go back to -- if we go to -- back

13   to Exhibit 15, because we kind of skipped over that

14   one, and do you see that exhibit?

15         A.   It's opening.  Okay.

16         Q.   And Exhibit 15, we see the name -- do

17   you see that name on the upper left-hand corner?

18   So Exhibit 15 is Bates numbers UHC 6726 through

19   UHC 6735.

20   ████████████████████████████████████████

█    ██████████████████████████████████████████████

█    ████████████████████████████████████████

█    ████████████████████████████████

█    ██████        ██████

█    ██████        ████████████████████████████

Page 147





Page 148

Page 149



Page 150





Page 152



Page 153



Page 154



Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 156 of 265
CONF AEO 30(B)(6)Denise Strait        July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 155



Page 156



Page 157



Page 158



14          MR. LAVIN:  Okay.  Let's bring up --

15    all right, let's bring up as the next

16    exhibit -- I think we got that recording

17    figured out.  Nicole, if you can put it on.

18    So keep in mind this -- the recording we

19    couldn't hear before.  The IT wizards at AGG

20    have figured it out.

21          Nicole, if you can give us the Bates

22    number and play that again.

23          MS. WEMHOFF:  Hello?

24          MR. LAVIN:  Yeah, we can faintly hear

25    you.

Page 159

1          MS. WEMHOFF:  Great.  I'm going to be

2     uploading -- not uploading -- I'm going to

3     be playing Exhibit 3448 -- UBH 3448.

4          (Video is playing and was later

5     transcribed with the assistance of enhanced

6     audio; reporter cannot certify accuracy.)

Page 160



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 161



Page 162



Page 163



Page 164



Page 165



Page 166



1

15          MS. WEMHOFF:  Okay, can you hear me?

16          MR. LAVIN:  Yes.

17          MS. WEMHOFF:  Okay, so now we're going

18     to move to UBH 3449.

19          One moment.

20          (Video is playing and was later

21     transcribed with the assistance of enhanced

22

Page 167



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 168



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 169



Page 170



Page 171

Page 172



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 174



Page 175



Page 176



Page 177



Page 178



Page 179



CONF AEO 30(B)(6)Denise Strait                    July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 180



11    BY MR. LAVIN:

12           Q.   Okay.  All right.  That was pretty

13    choppy.  We'll have to get that enhanced or

14    something somehow.

15                Were you able listen to that?  Did you

16    recognize that verification of benefits call?

17           A.   I could -- I could hear quite a bit of

18    it, yes.

19                MR. SIGLER:  And could I just ask, did

20           you play the whole recording and was that

21           the whole call?

22                MR. LAVIN:  That was the whole call.

23           There was a couple of seconds at the end

24           there.  Do you want us to play that through?

25                MR. SIGLER:  Was it relevant?  I

CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 181

1          just -- you know --

2                 MR. LAVIN:  I don't believe it's

3          relevant, but we can play it for sure, yeah.

4                 MR. SIGLER:  Well, let's go ahead.  I

5          mean, you can represent that you've played

6          the part that you've played and --

7                 MR. LAVIN:  I think they're talking

8          about where to mail in claims, so we can

9          play that for sure.

10                And we do have one other much shorter

11          recording to play here that is cleaner.

12    BY MR. LAVIN:

13    ██    ███████████████████████

██    ████████████████████

██    ██    ████

██    ██    █████████████████████████

██    ███████████████████████████

██    ██████████████████

██    ██    ████████████████

██    ██    ████████████████

██    ████████████████████████

██          ██████████████████

██    ████████████████████████

██    ██████████████████

██    ██    ████████████████████████

CONF AEO 30(B)(6)Denise Strait        July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 182



Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 184 of 265
CONF AEO 30(B)(6)Denise Strait        July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 183



Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 185 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 184



Page 185



Page 186



22    BY MR. LAVIN:

23          Q.   Let's look at Exhibit 18 [sic] real

24    quick, and we're just going to be here probably for

25    another ten minutes.   I appreciate your time today.

CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 187



CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 188



Page 189





Page 190

Page 191



Page 192



Page 193

1

2

3

4           MR. LAVIN:  Okay.  Oh, you're referring

5      to the Bates number.  Yes, okay.  Let's play

6      that next recording, and then I think we're

7      done.

8           MS. WEMHOFF:  UBH 3462.

9           MR. LAVIN:  What was that Bates number?

10          MS. WEMHOFF:  UBH 3462.

11          MR. LAVIN:  Okay.

12          (Video is playing and was later

13     transcribed with the assistance of enhanced

14     audio; Reporter cannot certify

15     accuracy.)

16

17

18

19

20

21

22

23

24

25

CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp



Page 194

Page 195



Page 196



Page 197



Page 198



Page 199





Page 201



Page 202



1    i

4         MR. SIGLER:  I'm just going to lodge an

5    objection that that was extremely difficult

6    to hear for large parts.

7         MR. LAVIN:  It was produced by United.

8    We will do what we can to enhance that, but

9    that is the way it came over from United.

10   BY MR. LAVIN:

11

Page  203



Page 204

1

7          MR. LAVIN:  I have no further

8      questions.

9          MR. SIGLER:  All right.  We're going to

10     take a few minutes.

11         THE WITNESS:  All right.

12         MR. SIGLER:  Let's go off the record.

13         MR. LAVIN:  Yeah.  Thank you for your

14     time today.

15         MR. SIGLER:  Let's go off the record

16     and talk for a minute.

17         THE VIDEOGRAPHER:  Ending Media 5.  The

18     time now is 6:04 p.m.  We're going off the

19     record.

20         (A brief recess was held.)

21         THE VIDEOGRAPHER:  The time now is

22     6:13 p.m.  We're going back on the record.

23     Please proceed, Counsel.

24         MR. SIGLER:  No questions for the

25     United defendants.

Page 205

1          And I believe MultiPlan has no

2     questions, right, Taylor?

3          MR. CROUSILLIAC:  That's correct, no

4     questions from me.

5          MR. SIGLER:  I think that means we're

6     done.  And we will read and sign.

7          THE VIDEOGRAPHER:  All rightee.  The

8     time now is 6:13 p.m.  We're going off the

9     record, and this concludes today's testimony

10     given by Ms. Denise Strait.  Thank you,

11     ma'am.  Thank you, everyone.

12          MR. LAVIN:  I think probably everybody

13     wants a rough.  I mean, we want a rough.

14          THE COURT REPORTER:  How about you,

15     Taylor?

16          MR. CROUSILLIAC:  Susan, I actually

17     don't need a rough for this one, just a

18     regular transcript is good.

19          MR. AIKEN:  I will take a rough.

20          THE COURT REPORTER:  And that's Matt

21     Aiken for the rough?

22          MR. AIKEN:  Oh, yes, please.

23          (The witness, after having been advised

24     of her right to read and sign this

25     transcript, does not waive that right.)

Page 206

1          (The deposition was concluded at 6:14

2      p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 207

1                    CERTIFICATE OF REPORTER

2

3          I, Susan M. Valsecchi, Registered

4     Professional Reporter and Notary Public for

5     the State of South Carolina at Large, do

6     hereby certify that the foregoing transcript

7     is a true, accurate, and complete record.

8          I further certify that I am neither

9     related to nor counsel for any party to the

10    cause pending or interested in the events

11    thereof.

12          Witness my hand, I have hereunto

13    affixed my official seal this 28th day of

14    July, 2022 at Columbia, Richland County,

15    South Carolina.

16

17

18

19

20

21

22    _____

       Susan M. Valsecchi, RPR, CRR

23    My Commission expires

       December 4, 2024

24

25

Page 208

1                    I N D E X

2

3                              Page        Line

4

5     DENISE C. STRAIT               7          8

6     EXAMINATION                    7          10

7     BY MR. LAVIN

8     CERTIFICATE OF REPORTER       207         1

9

10

11                  E X H I B I T S

12                             Page        Line

13    EXHIBIT 1, July 18, 2022,      21         11

14    30(b)(6) Notice of Denise

15    Strait

16    EXHIBIT 2, July 6, 2022,       23         8

17    Letter to Plaintiffs' Counsel

18    EXHIBIT 3, September 10, 2021,  24        17

19    Third Amended Complaint

20    EXHIBIT 4, July 7, 2022,       25         17

21    United Defendants' Response to

22    Plaintiffs' First Set of

23    Interrogatories

24    EXHIBIT 5, July 7, 2022,       26         5

25    United Defendants' R&Os to

Page 209

1      Plaintiffs' Seventh Set of

2      RFPs

3      EXHIBIT 6, February 26, 2021,    27        2

4      Defendant UBH Amended Answer

5      EXHIBIT 7, October and           75        3

6      December 2015 and January 2016

7      e-mails between Jacqueline

8      Kienzle, Carolyn Larson, Sean

9      Crandell, and Others; Bates

10     UHC000019777

11     EXHIBIT 8, June 2017 e-mails     77        4

12     between Laura Hanson, Annie

13     Tse, Denise Strait, and

14     Others; Bates UHC000033374

15     EXHIBIT 9, August 2018 e-mails   86        6

16     between Ray Lopez, Jolene

17     Bradley, Rebecca Paradise, and

18     Others; Bates UHC000030972

19     EXHIBIT 10, Claims document;     93        9

20     Bates UHC000033821

21     EXHIBIT 11, February 14, 2019,   97       22

22     IRU SSP Reconsideration ORS

23     P&P; Bates UHC000071826

24     EXHIBIT 12, November 2019       114       13

25     e-mails between Audrey

Page 210

1      Stevens, Jolene Bradley,

2      Monica Pool, and Others; Bates

3      UHC000015188

4      EXHIBIT 13, July 2020 e-mails    120      9

5      between Jolene Bradley, Scott

6      Simms, Mary Faiman and others;

7      Bates UHC000079441

8      EXHIBIT 14, May 29, 2020,        128      20

9      Administrative Record of Paul

10     Millea; Bates UHC000006711

11     EXHIBIT 15, August 13, 2019,     131      4

12     Explanation of Benefits

13     Statement for Paul Millea;

14     Bates UHC000006733

15     EXHIBIT 16, June 16, 2020,       131      8

16     Letter from UHC to Paul

17     Millea; Re: Appeal; Bates

18     UHC000006754

19     EXHIBIT 17, January 2019,        131      12

20     Apple Benefits Book; Bates

21     UHC000006772

22     EXHIBIT 18, Verification of      143      3

23     Benefits Call; Bates

24     UBH000003448

25     EXHIBIT 19, Verification of      143      6

Page 211

1       Benefits Call; Bates

2       UBH000003449

3       EXHIBIT 20, September 1, 2019,   143      9

4       Rite Aid Master Welfare

5       Benefit Plan Summary Plan

6       Description; Bates

7       UHC000301506

8       EXHIBIT 21, Verification of     143     13

9       Benefits Call; Bates

10      UBH000003462

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 212

1    Geoffrey Sigler

2    gsigler@gibsondunn.com

3                    August 2nd, 2022

4    RE:    Ld, Et Al v. United Healthcare Insurance Company, Et Al

5          7/20/2022, 30(b)(6)Denise Strait (#5331174)

6          The above-referenced transcript is available for

7    review.

8          Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12         The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-southeast@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

Page 213

1    Ld, Et Al v. United Healthcare Insurance Company, Et Al

2    30(b)(6)Denise Strait (#5331174)

3              E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   30(b)(6)Denise Strait                        Date

25

Page 214

1    Ld, Et Al v. United Healthcare Insurance Company, Et Al

2    30(b)(6)Denise Strait (#5331174)

3              ACKNOWLEDGEMENT OF DEPONENT

4       I, 30(b)(6)Denise Strait, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   30(b)(6)Denise Strait                       Date

13   *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20____.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25

[& - 25]                                                          Page 1

**&**

**&**   3:8,13 73:15

**0**

**02-254**   4:20
**02254**   1:7
**0700406**   174:3

**1**

**1**   4:13 9:3 21:5
  21:11,24,24
  24:10 27:8
  94:11 143:9
  208:8,13 211:3
**1,750**   196:4
**1,800**   170:9
  172:7
**1,865.13**   148:17
**1/10**   194:15
**10**   23:21,22
  24:17 93:4,6,9
  93:13 208:6,18
  209:19
**100**   177:10
**1000**   2:6,17,23
**1050**   3:10
**11**   85:8,9 97:19
  97:20,22 208:13
  209:21
**110**   137:7,10
  153:19
**1100**   3:4
**114**   209:24
**12**   93:5 114:9,13
  172:6 209:24
  210:19
**120**   210:4
**128**   210:8

**12:11**   1:17 4:3
**12:17**   9:4
**12:22**   9:8
**13**   23:21,21,22
  97:18 120:9,14
  131:4 209:24
  210:4,11 211:8
**131**   210:11,15,19
**13th**   79:5
**14**   23:21,22
  97:22 114:21
  115:9 128:20
  132:10,12
  133:20 134:5,6
  151:21 209:21
  210:8
**142**   122:4
**143**   210:22,25
  211:3,8
**14th**   87:16
  120:17
**15**   23:22 53:12
  114:9 131:4
  132:9 146:13,16
  146:18 210:11
**15,000**   122:1
**15188**   114:10
**15201**   114:12
**16**   131:8,8
  133:11,16
  187:17 210:15
  210:15
**16th**   133:17
**17**   131:12 208:18
  208:20 210:19
**171**   2:11
**1775**   2:6,17,22

**17th**   2:11
**18**   21:11 143:1,3
  186:23 187:1
  208:13 210:22
**1865494**   174:1
**18th**   22:3
**19**   143:6 210:25
**191**   114:19,25
  115:14 116:24
**19729**   207:21
**19777**   74:20
**19782**   74:21
**1994**   7:24
**1:27**   51:20
**1:43**   51:24
**1st**   176:22 187:6
  195:6 199:21

**2**

**2**   21:20 23:5,8
  51:20 97:11
  208:16 209:3
**2,156.25**   147:24
**20**   1:16 53:12
  54:15 59:13
  69:9 143:9
  210:8 211:3
  214:15
**20006**   2:7,18,23
**20036**   3:10
**2015**   75:3 209:6
**201512**   75:19
**2016**   75:4 209:6
**2017**   77:4 79:5
  209:11
**2018**   85:13 86:6
  87:16 88:11
  96:20,21 209:15

**2019**   97:22
  114:13 131:4,12
  143:9 176:22,24
  187:6 209:21,24
  210:11,19 211:3
**202**   2:7,13,18
  3:11,16
**2020**   120:9,17
  122:10,14
  128:20 131:8
  133:17,21 195:6
  210:4,8,15
**2021**   8:7 9:24
  24:17 27:2
  33:22 208:18
  209:3
**2022**   1:16 4:3
  21:11,18 22:4,18
  22:19 23:8
  25:17 26:5
  207:14 208:13
  208:16,20,24
  212:3
**2024**   207:23
**207**   208:8
**20th**   4:3
**21**   9:13 10:17,20
  10:22 120:8
  143:13 208:13
  211:8
**2100**   2:12
**22**   209:21
**225**   3:5
**23**   208:16
**23rd**   22:17
**24**   208:18
**25**   12:8,11
  208:20

**26**   27:2 208:24
  209:3
**27**   209:3
**270244111**
  160:11
**28th**   207:13
**29**   128:18,18,20
  210:8
**291.12.**   147:25
  148:4
**2998**   198:9
**29th**   133:21
**2:53**   97:11
**2nd**   212:3

**3**

**3**   24:16,17,21
  119:24 136:4
  165:14 171:22
  208:18 209:5
  210:22
**3,250**   197:7
**3,500**   196:16
**30**   1:14 4:15
  8:13 21:11 22:1
  106:24 112:10
  178:1 208:14
  212:5,17 213:2
  213:24 214:2,4
  214:12
**300**   170:6
**3000**   3:15
**301506**   187:2
**301603**   187:2
**30363**   2:12
**30755**   176:10
  195:13

**30972**   85:10
**30973**   85:11
**31**   23:22
**31st**   199:24
**33374**   77:3
**33378**   77:3
**33821**   93:15,17
**344-4803**   3:5
**3448**   142:25,25
  143:2 159:3,3
**3449**   166:18
**3462**   145:10
  193:8,10
**35**   79:10,13
  113:19
**38**   22:25 24:4
**399**   160:15
  168:10
**3:09**   97:15
**3:47**   119:25
**3:57**   120:4

**4**

**4**   25:5,17,23
  136:15 144:6
  207:23 208:20
  209:11 210:11
**4,000**   172:15
  173:10
**400**   3:4
**411**   130:17
  152:21
**4362**   1:18
**494**   174:2
**4:20**   1:7 4:20
**4:32**   144:7
**4:46**   144:11

**5**

**5**   26:4,5,9 171:22
  204:17 208:24
  208:24
**5331174**   212:5
  213:2 214:2
**555**   3:15
**56**   135:12
**57**   135:1,2
**593**   189:16,20,22
  192:24 193:3

**6**

**6**   1:14 4:15 8:13
  21:11 22:1 23:8
  27:2,9,13 208:14
  208:16 209:3,15
  210:25 212:5
  213:2,24 214:2,4
  214:12
**6,500**   197:10
**6/18/1965**   160:4
  167:24
**60**   196:14
**600**   126:14
  136:13 170:8
  172:3 173:7,9
**62**   152:3,8
**6711**   129:11
**6713**   132:14
**6726**   146:18
**6727**   147:9
**6735**   146:19
**6754**   133:23
**6762**   133:23
**677-4048**   2:7,13
  2:18

**6772**   152:1,4
**6790**   160:7
**6804**   152:18
  156:23
**69,000**   122:1
**6:04**   204:18
**6:13**   204:22
  205:8
**6th**   21:18 22:18

**7**

**7**   25:17 26:5
  74:19,20 75:3
  94:25 208:5,6,20
  208:24 209:5
**7/18**   147:7
**7/20/2022**   212:5
**70**   125:2
**70/30**   173:11
  174:21 177:21
**70802**   3:5
**7121**   129:12
**71826**   97:21
**71835**   113:19
**71837**   97:21
**731**   149:22
**75**   209:5
**77**   209:11
**79441**   120:15
**79443**   120:15

**8**

**8**   23:21,22 27:25
  77:2,2,4 208:5
  208:16 209:11
  210:15
**8,000**   172:15
**80**   177:18 183:7
  196:2 199:10

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 218 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[80 - administrator]                                                   Page 3

204:1
**800**   198:5,7
**80th**   88:1 177:19
186:14 202:21
203:17
**829**   100:8
**84130**   176:10
**84130-0755**
195:14
**86**   156:23 176:12
209:15
**8605**   156:23
**87726**   176:14
**883**   14:16
**886-348-1286**
179:2
**887-3688**   3:16
**888-2998**   198:5
198:8

**9**

**9**   24:3 77:1,1
85:9,10 86:6
209:15,19 210:4
211:3
**90**   136:11,16
170:13,21
**90/10**   170:19
**906**   74:11
**93**   209:19
**94**   152:21 194:15
**94105**   3:16
**95**   7:25
**95020**   160:8
**95033**   160:16
**955-8500**   3:11

**97**   209:21

**a**

**aaron**   2:10 5:18
**aaron.modiano**
2:13
**aberrations**
57:21
**ability**   184:23
**able**   33:21 37:19
45:17 90:18,21
98:7 124:9,18
130:17 135:21
135:24 137:25
138:8 144:17,25
145:19 147:16
150:9 154:17
160:23 174:11
180:15 183:20
185:3 189:15
190:19 196:22
201:3 202:11,14
**absolutely**   67:22
**abuse**   13:14 30:2
56:15 118:14
159:19 167:10
167:12 169:16
194:3 200:11
**accept**   198:23
**access**   21:2
35:12,14,17,21
37:19 48:2
**accidents**   56:25
**account**   77:19
82:21 173:2
174:6,10 195:4
**accountable**
61:9 71:16

137:20
**accumulate**
177:23
**accumulates**
177:4
**accumulation**
197:16
**accumulations**
178:2 197:11,13
198:21 200:17
**accuracy**   159:6
162:1 165:18
166:22 193:15
212:9
**accurate**   61:14
62:7,14 90:8
207:7
**accurately**   88:17
**acknowledge**   6:8
6:12
**acknowledged**
133:4,5
**acknowledge...**
214:3
**acknowledgm...**
134:6 212:12
**acronym**   53:4
**acronyms**   73:18
127:6
**act**   70:1,3,12,17
71:10,20 72:1,22
73:3
**action**   5:5 24:22
27:15
**active**   66:14
195:5
**activities**   56:15
57:23 71:1,2

**activity**   46:3
78:4 109:17
132:3
**acts**   70:20
**actual**   57:11
81:17,18 173:20
175:1
**acuity**   139:20
**add**   52:4
**added**   138:16
**additional**   16:4
109:6,21 192:1
**additions**   121:7
214:6
**address**   24:1
56:16 90:5
98:11 160:6,13
168:7 176:7
195:10
**adjudicated**
40:11
**adjudication**
42:14 46:5 81:8
82:25
**adjustment**   84:2
**administer**   5:3
6:14
**administered**
6:13 78:21
**administration**
46:5
**administrative**
67:2,5,6,13,18
67:23 128:21,25
129:7 130:9
131:16,21 210:9
**administrator**
188:15,16,17,18

Case 4:20-cv-02254-YGR Document 323-16 Filed 07/16/23 Page 219 of 265
CONF AEO 30(B)(6)Denise Strait July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[administrator - applicable] Page 4

188:24 190:3,4
190:11,14
**administrator's**
189:9
**admit** 179:11,24
**admitted** 179:16
179:17,19
**advice** 18:11
**advices** 18:14,16
**advised** 205:23
**advocate** 106:10
162:11,17
164:11,15,18
165:23 178:18
**affiliations** 5:11
**affirmative**
27:22
**affixed** 207:13
**afternoon** 4:1
**agent** 54:6,12
62:2,11
**agents** 36:3
126:3
**agg** 158:19
**agg.com** 2:8,13
2:19,24
**ago** 11:22 12:9
**agree** 4:11 6:15
140:15 157:20
185:11
**agreed** 136:21
139:1 141:23
**agreeing** 188:5
**agreement** 61:16
**ahead** 25:4
28:15 52:8,25
96:11 100:7
102:5 165:10

181:4 182:17
189:16 191:4,10
199:16 200:13
200:19
**aid** 143:10 187:3
211:4
**aiken** 3:14 6:2
15:22 205:19,21
205:22
**al** 4:16,16 212:4
212:4 213:1,1
214:1,1
**alchemy** 121:23
**algorithms** 40:9
**allotted** 212:20
**allowed** 147:25
188:10
**ambulatory**
73:21
**amended** 24:18
24:22 27:3,14,15
208:19 209:4
**amount** 105:22
137:17,18
147:24,25
148:19,22
149:15 150:3,3,5
150:6 188:5,10
188:14 189:4
190:3,6,12,13
197:20,24 204:4
**amounts** 149:8,9
**analysis** 58:9
72:7,17 75:20
76:7,23
**analyzes** 13:14
**annie** 77:5 78:13
79:4 209:12

**annual** 136:12
170:6
**anomalies** 57:24
57:25
**answer** 16:18
27:3,14 32:22
46:18 74:5,16
86:16 96:10
101:13 102:18
103:3,6,7 112:19
123:6 124:2
140:9 141:4
154:11,12 182:3
209:4
**answered** 103:8
**answers** 28:6,6
**anticipate** 23:25
169:5
**anybody** 14:5
16:22 17:1
35:11,14 72:15
82:10
**anymore** 94:23
**apc** 73:17,18
**apologize** 65:23
**appeal** 8:11
18:12 19:5,8,10
19:12,22 20:1,4
20:6,17,18,20,23
42:3,8 84:1
98:14,15 101:24
102:8 103:23
104:16 105:9,12
105:16 108:19
108:20,21,23,25
109:7,9 111:1,6
111:9 112:1
131:9 134:8,9,10

135:4,12 139:17
140:7 146:23
210:17
**appealed** 101:21
104:22
**appealing** 138:4
142:9,15
**appeals** 11:13
12:22 20:9,10
98:13 100:22
102:15 105:3,22
106:13 108:1,4,8
108:14,17,22
111:11,14
131:18,19 133:3
134:2 135:17
136:15 181:18
**appear** 116:20
**appearance** 5:9
**appearances** 2:1
5:11
**appearing** 1:15
1:22 2:5,11,16
2:22 3:3,9,14
22:8,13
**appears** 93:15
115:19 186:14
**appended** 214:7
**apple** 19:1,4
131:12 134:21
136:5,6 152:12
161:4 163:5
172:20,25,25
173:2,3,4,5,7
174:5,10 175:12
210:20
**applicable** 212:8

**[application - b]**                                                    Page 5

**application**
38:13 203:24
**applied** 38:2
39:21 60:25
63:13 110:2
138:7 141:6
183:17 203:3
**applies** 42:20
**apply** 33:10 44:3
65:17 137:10,11
198:21
**appointment**
89:25
**appreciate** 164:8
186:25
**approp** 135:6
**appropriate**
20:10 65:17
109:19 110:3
135:7,10
**appropriately**
50:3
**approval** 163:14
**approximately**
7:18 8:7 14:1
**area** 54:9 57:2
58:3,5,8,22
109:20 137:6
148:9 150:5
153:17 199:25
**areas** 52:12
54:10 106:14
**argue** 103:4
**arm** 13:13
**arnall** 2:4,10,15
2:21 5:15,17,18
5:20

**arranged** 190:10
**arrangement**
116:3
**arrangements**
45:25
**arrived** 46:10
**asked** 102:20,23
133:2
**asking** 9:13 29:6
40:3 45:8 54:3
96:18 100:22
101:23 102:4
109:6 193:24
203:11
**asks** 35:17 87:23
**aso** 18:24 28:18
39:4 71:19 78:3
78:4 79:17
81:25 82:11,13
83:12 98:19
115:23 116:15
116:17,23 117:6
127:11 149:14
**aso's** 82:7
**aspect** 28:23
89:24
**aspects** 126:4
**assignment**
198:23
**assist** 194:1
**assistance** 159:5
161:25 165:17
166:21 193:13
**assisted** 26:19
**assume** 39:4
79:7,9 141:18
153:6

**assuming** 156:7
178:11 203:23
**assure** 70:8,11
71:2
**atcs** 73:25
**atlanta** 2:12
**attached** 212:11
**attachments**
75:18
**attempt** 135:18
**attend** 70:14
**attention** 85:15
**attorney** 5:13
9:20 10:14
16:16 212:13
**attorneys** 1:13
2:2 3:1,7 6:7
15:19,24 23:16
129:20,23
**audio** 4:10 159:6
162:1 165:18
166:22 171:9,13
193:14
**audrey** 114:14
209:25
**august** 85:13
86:6 87:16
88:11 131:4
209:15 210:11
212:3
**augustine** 14:13
**auth** 43:25 44:4
44:9,21,24,25
65:15,22 67:14
67:23 169:2
**authorization**
41:8,8 43:19,22
43:24 44:6,14,24

45:1,2,4,8 53:8,8
65:6,13,20 66:1
66:4,8 67:6,15
67:18 69:19
163:6 167:17
168:25 169:25
178:18 179:14
196:5,17,23
198:2,4
**authorizations**
32:5 43:16
44:21 65:15
66:9,24 67:21
68:1
**authorized** 5:3
66:6,13 104:24
105:8
**automated** 39:18
**automation**
40:19
**available** 90:24
118:15 137:5
157:25 212:6
**avenue** 2:6,17,22
3:10
**aware** 46:1
50:17 60:8 72:6
79:16 82:3,9,19
83:18 106:20
107:24 108:3,8
117:16 122:8,17
123:4,22 203:14

**b**

**b** 1:14 4:15 8:13
21:11 22:1 53:7
57:15 64:25
107:12 208:11

208:14 212:5
213:2,24 214:2,4
214:12
**back**   7:24 9:8
20:13 26:3
29:10 39:7 42:7
42:21,25 43:1
50:2 51:24
59:10 62:3,5,10
87:11 97:15
99:1,18,22
101:22,23
102:10,16
103:19,24 105:4
105:18,19
109:19 110:3,9
110:15 113:13
120:4 122:14
132:10 135:11
144:11 146:12
146:12 151:20
151:23 156:11
156:14 161:22
161:22 172:12
204:22
**backtrack**   59:11
**bad**   166:10
**balance**   59:14,20
59:21,24,25 60:3
60:5,16 61:9,20
63:4 108:1,5,15
**ball**   109:23
**barr**   14:12 55:20
**based**   29:22
65:20 67:7
80:21 98:6
105:23 108:5
124:16 136:20

137:4,6 139:16
141:17 149:15
151:18 153:19
170:4
**bases**   111:16
**basic**   58:9
**basically**   109:18
137:8 192:2
**basis**   69:15
**bates**   74:20 75:6
77:2,6 85:10
86:8 93:9,13,14
93:16 97:23
100:8 114:10,15
120:11,14
128:21 129:11
131:6,9,13
133:22 134:24
142:23,23 143:4
143:7,11,14
144:20 145:7,9
146:18 151:25
152:5,20,20
158:21 165:14
187:1 193:5,9
209:9,14,18,20
209:23 210:2,7
210:10,14,17,20
210:23 211:1,6,9
**baton**   3:5
**bear**   161:14
167:19 200:25
201:17
**bears**   74:20 77:2
85:10
**becky**   38:15
**beginning**   5:12
93:14 114:18

132:13 162:21
**behalf**   1:4 2:2
5:22,25
**behavior**   57:5,5
**behavioral**   1:9
1:14 8:17 9:17
10:2,3,6,11 11:9
11:12 12:13,16
12:18,19,20 13:1
13:23 22:2,14
25:24 26:10
27:14 28:6,11,12
28:16,19,23,24
29:2,8,8,13,18
29:25 30:1,14,20
31:11,16,19,23
32:4,10 33:22
34:8 36:22 37:7
37:11 38:10,23
38:24 39:3 41:3
42:11,19 43:18
45:21 48:1
49:18 53:19,22
54:18 55:12,18
70:7,9 72:16,19
72:20 75:19
76:6,22 77:14,23
78:8,21 80:9
81:18,24 82:8,10
82:12,14 83:19
99:5,20 106:5
107:25 114:24
115:22,23 116:8
116:12 117:2,17
117:18 118:6,13
122:5,8,23
123:15,16
124:10 127:21

128:8 132:22,24
132:25 138:1
139:14,24
148:24 154:10
154:13 166:24
171:11 185:23
**believe**   15:15
40:25 44:13
77:17 91:21
92:4 96:18 98:9
102:19 117:4
118:18,25 127:9
127:23 138:18
141:7,22 142:7
142:14 153:23
163:13 179:6
181:2,23 205:1
**benefit**   57:18
59:18 65:12
92:11,22 93:1
96:20,22 116:3
116:14,16 124:2
124:3,25 143:10
168:21 169:20
175:1 185:19
187:4 190:22
192:22 211:5
**benefits**   28:20
28:24 31:25
36:4,21,23,23
50:23 51:1,5,10
54:11 56:23
59:14,17 62:17
62:20,24 64:9
65:13,16 68:9
69:1,4,12 70:8
71:8,18,22 72:6
72:14 84:7

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 222 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[benefits - call]                                                    Page 7

87:10,24 88:4,10
88:25 89:13,22
89:24 90:9,11,14
91:5,12,17,24
92:10,19 96:13
125:17 126:8,23
131:5,13 136:6
143:3,6,13,24
147:1 151:1,8
152:13 154:22
158:6,9 159:18
160:19 167:9
169:23 175:4
177:22 180:16
181:14,17 184:5
184:12 185:2,13
185:17 186:13
188:16 189:2,5
189:25 190:4,5,7
190:20 191:20
194:3 195:9,21
198:15,24 200:2
200:6,8 202:15
203:13 210:12
210:20,23 211:1
211:9
**best**  34:2
**better**  24:1
70:10 74:15
90:22
**beyond**  154:23
**big**  33:7 129:6
192:12
**bill**  43:22 59:25
60:16 61:21
63:4 116:18
122:2

**billed**  58:4,7
61:9 74:3,5
108:5,15 111:21
137:17,21
147:24 150:5
174:7 190:13
**billing**  59:15,20
59:22 60:3,5
180:1
**bills**  59:24 108:2
189:4 190:7
**birth**  160:3
167:23 194:15
**bit**  8:23 13:7
20:6 77:13
106:23 161:23
180:17
**body**  87:11
**book**  131:13
136:6 152:13
210:20
**boose**  194:14
**bother**  163:21
**bottom**  86:12,25
100:10 113:23
**bounce**  162:16
**bouncing**  109:23
**box**  112:11
176:9 195:13
**bradley**  17:18
85:12 86:7
87:15 88:12
114:14 116:25
120:10,16
209:17 210:1,5
**branded**  133:2
**break**  51:13,15
97:5

**brenda**  14:13
52:18 53:17
54:14
**brenda's**  54:15
**brief**  9:6 51:22
97:13 120:2
144:9 204:20
**briefly**  22:12
192:8
**bring**  33:16
120:6 128:17,18
144:19 151:21
158:14,15
**bringing**  85:23
**broadly**  24:3
**broke**  198:6
**broken**  130:5
185:17
**brought**  21:9
**bullet**  139:3
141:22 142:7,14
**bunch**  33:5 86:1
**burkholder**
13:23,25 14:3
**business**  12:17
37:8 68:16
171:22
**bw**  1:4 2:2

--- c ---

**c**  1:15 7:8 106:11
159:15 162:21
167:6 193:20
201:25 202:1
208:5
**c1**  149:25
**c9173**  161:13
162:8

**ca**  3:16
**calendar**  176:23
176:24,25
199:13
**california**  1:1,9
4:18 21:21
160:8,16 168:11
**call**  12:23 13:6,7
35:2,20 36:3,4,9
36:9,10,18,22
37:4,6,9 39:17
44:20 50:10
51:4,8 52:17
53:24 54:4,4,9
54:12,20 55:11
57:14 59:11,24
60:11,15 61:15
61:22 62:2,11,20
63:11,15,22,22
64:2,10,15 65:7
65:11,24 66:3
68:3,6,7 69:1,4
69:12 70:19
82:20 88:20
89:3,23 90:10,20
91:4,12,16,17,22
91:25 92:9,13,18
98:22 108:19,21
109:1,5,13,15,23
110:21 111:8
112:2,6 123:3,12
123:19,19,21,22
124:18 125:14
125:21 126:2,3
126:10,19 143:4
143:7,14,22,24
150:6 158:8
159:7,13,16,23

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 223 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[call - case]                                                    Page 8

160:2,5,9,12,17
160:21,25 161:1
161:5,8,11,14,18
162:2,10,15,18
162:23 163:7,11
163:25 164:3,9
164:16,18,25
165:7,19,22
166:9,12,23
167:4,7,15,18,22
167:25 168:5,12
168:14,19,23
169:3,7,11,15,18
169:22 170:3,11
170:17,20 171:1
171:10,15 172:4
172:7,11,24
173:1,12,18,23
174:4,13,17,20
174:25 175:13
175:18,24 176:3
176:4,9,12,18,21
177:6,11,14,16
177:24 178:4,9
178:12,14,15,22
179:1,5,12,15,21
179:25 180:4,6,8
180:16,21,22
181:14,17,20,22
182:8,17 183:14
183:16,21 184:5
184:10,11,22
186:4,15,21
193:16,21,25
194:7,11,16,21
194:24 195:3,12
195:18,20,23
196:13 197:2,5

197:12,23 198:3
198:5,8,12,19,22
198:25 199:3,7
199:14,20,23
200:3,7,12,18,23
201:2,9,13,16,19
201:23 202:16
202:22 203:16
210:23 211:1,9
**called**   11:5,5
15:11 32:14,19
32:24 33:3 63:5
76:22 80:23
96:19 116:14
127:8 155:19
163:9,23 165:24
167:16 179:18
**caller**   53:25 54:3
87:24 110:22
159:11,15,18,25
160:4,7,11,14,20
160:25 161:3,10
161:13,17
162:14,20 163:2
163:8,20 164:2,7
164:14,24 165:6
165:21 166:8,11
167:2,6,9,16,21
167:24 168:4,9
168:18,22 169:1
169:5,10,12,17
169:21 170:2,10
170:15,19,25
171:8,14 172:2,5
172:9,17,25
173:3,17,21
174:2,11,15,18
174:21 175:9,14

175:20,25 176:6
176:11,15,19,24
177:7,13,15,19
178:1,7,10,13,19
178:24 179:2,8
179:23 180:1,5,7
180:9 184:13,16
193:19,23 194:2
194:10,14,19,23
195:2,11,19,22
196:12 197:1,4
197:11,22 198:1
198:6,9,17,20,23
199:1,5,13,18,22
199:25 200:4,10
200:16,21 201:1
201:6,11,14,18
201:20
**caller's**   54:3
**calling**   64:8
92:12 159:8
163:22 166:24
171:11 184:6
185:2 193:17
194:2 202:15
203:11
**calls**   36:5,20
37:10 44:23
54:11 61:20
64:16 68:2,5,9
68:12,19,20
69:15,19 87:23
88:25 92:1
124:2 126:23
**camera**   4:6
**campbell**   14:12
**capacity**   8:2,3,14

**cara**   193:20,22
193:25
**card**   156:10,14
156:17,17
**care**   12:18,20
25:14 44:2 57:1
65:21 67:10
122:5 159:9,24
162:10,17
164:10,15,18
165:23 169:24
178:18 194:3
196:14
**cares**   194:19
**carolina**   207:5
207:15
**carolyn**   75:5,13
75:14,16 209:8
**carriers**   31:25
56:23
**carryover**
201:12,15
**cascario**   2:16
5:19
**case**   1:7 4:19 8:9
8:20 9:14,17,20
10:1,8,14 11:6
14:20,21,24
16:22,25 19:13
32:11 34:17
44:9,15,16 52:3
52:11 56:17
59:8 60:3 61:3
63:17 64:5
67:11 77:18
78:13 82:20,22
83:2,6 84:6
100:20 103:25

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 224 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[case - claim]                                                    Page 9

104:5,7,14 129:8
129:25 130:11
146:22 196:20
**cases** 11:1 33:8
180:9 196:8
**cat** 202:2
**categories** 22:23
**cause** 40:18
207:10
**causes** 40:13
**center** 12:23
13:6,7,9 35:9,12
35:15,21,22 36:9
37:4,6,10 50:10
51:4 54:5 58:13
58:17 59:11,25
64:2,15 68:6,7
74:7 89:3,23
91:4,12,16 92:13
109:1 111:8
123:3,12,19,22
124:18 125:14
125:21 126:2,10
143:22 159:7,13
159:16,23 160:2
160:5,9,12,14,17
160:21 161:1,5
161:11,14,18
162:2,15,23
163:7,11,25
164:3,9,16,25
165:7,19,22
166:9,12,23
167:4,7,15,18,22
167:25 168:5,9
168:12,19,23
169:3,7,11,15,18
169:22 170:3,11

170:17,20 171:1
171:10,15 172:4
172:7,11,24
173:1,12,18,23
174:4,13,17,20
174:25 175:13
175:18,24 176:4
176:9,12,18,21
177:6,11,14,16
177:24 178:4,9
178:12,15,22
179:1,5,12,25
180:4,6,8 184:10
184:12,22 186:4
186:15 193:16
193:21,25 194:7
194:11,16,21,24
195:3,12,20,23
196:13 197:2,5
197:12,23 198:3
198:8,12,19,22
198:25 199:3,7
199:14,20,23
200:3,7,12,18,23
201:2,9,13,16,19
201:23
**centers** 36:18
52:17
**central** 33:3
35:18 131:23
132:5,6
**cert** 178:11,25
179:9,10 198:4,4
**certain** 25:10
58:3,17 156:25
165:23
**certainly** 78:1

**certainty** 139:10
**certificate** 90:20
207:1 208:8
**certificates**
92:20
**certify** 159:6
162:1 165:18
166:22 193:14
207:6,8
**cetera** 32:6
188:7
**chad** 13:23,25
14:2
**challenge** 14:25
15:1 62:2 88:4
**challenged**
108:11
**chance** 25:22
76:12 86:17
115:3
**change** 62:9
83:22 105:20
110:20 121:13
122:8 123:25
213:4,7,10,13,16
213:19
**changes** 122:14
122:18,25 123:4
123:17 212:10
214:6
**charge** 36:15,17
36:18 37:18
137:21
**charged** 61:13
**charges** 79:17
116:18 185:14
203:4,4

**check** 36:21,22
43:5,6,9,11
80:16 92:9
161:2,15 162:17
163:16,17
164:12 165:2
171:18 173:19
175:23 177:25
198:13 199:16
200:13,19 201:4
203:12
**checked** 162:4
166:1
**checking** 43:19
43:21 161:6
194:25 196:24
197:16 198:14
200:14,20,24
201:4,16
**checks** 80:7,7,9
80:13
**chemical** 136:9
**chief** 13:22
**choice** 87:3,3
**choose** 20:2
92:21
**choppy** 180:13
**chosen** 158:1,2
**city** 3:4 176:10
195:13
**civil** 22:1
**cj** 1:4 2:2
**claim** 20:20,21
29:1,8,23 30:5
31:16 38:13,16
38:21,23 39:9,10
39:14,18,21
40:11,13,19 41:3

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 225 of 265
CONF AEO 30(B)(6)Denise Strait                    July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

Page 10

**[claim - coinsurances]**

41:5,9,13 42:10
42:18,19,25 43:1
43:3,4,4,18,20
44:3 46:6,8 48:6
49:23 54:21,25
55:1,1,12 57:10
57:22 58:10
62:3 63:1 64:17
66:14 79:23
81:19,25 82:14
83:23 84:12
88:3 90:1,3,3,4
93:24 99:3,6,19
99:23 101:1,19
102:10 103:18
103:21,23,25
104:10,14,23
105:10,16,21
106:6,19 109:7
109:11,25 110:6
110:18 111:23
116:14 124:11
128:13 138:3,6
138:11,15,19
139:5,11,16
140:6,17,24
141:1,8 142:19
148:13,20
150:11,20 151:1
151:9 158:11
192:15 202:15
**claimant**   175:17
**claimants**   19:8
**claims**   9:17
10:10,11 11:12
12:22 13:1,2
18:19 28:1,5,11
29:11,17,20,22

30:10,13,19,23
30:25 31:12
32:3,4 33:12,14
33:16,17,23 34:7
34:9 35:11
37:11 38:2,6,10
38:12 39:13,18
39:22 40:3,8,10
40:15,16,22
41:18 42:4,15
45:20 46:2 48:3
48:4 54:11 55:2
55:16,18 56:22
57:21 59:2,8
60:3 62:3 70:21
72:8,18 73:2
77:14,20,23 78:2
78:3,6,21 79:8
80:6,8 81:8 82:8
82:25 83:19,20
84:13 93:9
94:15,16 98:25
99:25 100:20
101:4 102:16
104:4,7,17,22
105:8 106:4,11
109:19 110:2,2
115:20,21,24
116:12,18,19
117:18 118:6
119:8 124:4
125:18 127:16
127:21 128:3,4
135:20 136:1,5
139:24 141:4,17
143:24 149:2
155:10 156:25
157:17 162:21

162:24 174:7,11
176:7,15 178:5
179:6 180:2
181:8 183:17,22
186:17 188:14
188:15,17,18,24
189:9 190:3,4,10
190:14 192:16
193:2 195:10
199:6 203:19
209:19
**clarifications**
22:16
**clarify**   52:2
**clarity**   89:14,18
158:6
**class**   24:22 27:15
59:3,5 130:10
146:21
**classes**   70:14,15
70:16
**classifications**
73:22
**cleaner**   181:11
**clear**   88:23
102:7 185:9
**clearly**   88:17
**clears**   77:13
**client**   39:4,15
71:19 78:12,14
82:11,13 84:17
84:18 98:19
99:10 116:15,18
116:22,23 117:4
117:7 133:3
154:18 163:5
**client's**   82:1,7

**clients**   18:24
28:18,18 30:21
79:17 83:13
115:23 127:11
154:16
**clinical**   12:23
45:10 67:20
**close**   110:21
112:6 132:13
**closed**   113:1
**club**   1:18
**clunky**   189:21
**cms**   73:20,24
117:24 118:1,19
118:24 119:1,3
125:2 137:7,13
153:20,23
**coach**   94:7,19,21
94:22,23
**cob**   198:10
**cobra**   176:16
**code**   58:13,17
63:18 64:13,17
64:19 74:2,7
100:20,24
195:14
**coded**   57:15
**codes**   30:11 32:7
32:11 58:6
**coding**   29:22
30:10 32:5
**coinsurance**
171:16,20,24
173:10 177:2
204:2
**coinsurances**
188:7

**[colleague - coordinator]**                                    Page 11

colleague   6:1
colleagues   5:16
collecting   26:20
  57:17
columbia   207:14
combination
  19:23
combine   200:16
combined
  200:11,15
come   26:3 35:6
  39:9 41:3 53:25
  81:3 85:6 98:18
  99:8 110:12
  116:7 119:9
comes   43:18
  50:2 98:16
  108:21 109:23
  116:2 152:19
coming   26:25
  106:12 109:16
  141:16 145:15
comment   121:25
comments
  121:18
commercial
  30:21
commission
  207:23
common   19:7
  56:14,20 57:18
communicate
  62:11
communicated
  60:9
communication
  108:18

company   1:8
  166:25 171:12
  180:2 212:4
  213:1 214:1
company's   25:25
  26:11
compare   173:22
competitive
  137:5 153:16
complaint   24:18
  24:22 27:15
  208:19
complaints
  121:12
complete   20:11
  42:14 207:7
  214:8
completed   20:12
  212:17
completes   46:3
compliance
  70:17 71:10,11
  72:8 73:3
compliant   71:3
complied   72:21
complies   71:20
comply   72:1
concern   82:6
  115:20
concerning
  91:12
concerns   100:20
concierge   3:19
  143:19
concluded   165:9
  166:14 206:1
concludes
  180:10 202:3

205:9
conditions   39:10
  41:10 141:10
conducted   4:5
  4:21 72:7
confident   24:14
confidential   1:13
  129:24
configuration
  82:25 84:5
confirm   41:5
  51:4 61:15 62:6
  65:11 172:22
  194:8
confirmation
  166:4
confirmed   62:8
  65:13 195:4
confirming
  194:12
confused   140:21
confusing
  139:15 157:20
connecticut   1:8
  3:10
connection   4:7
  85:24
consent   160:22
  168:15
consider   139:23
  178:20
considered   54:8
  109:11 121:22
  131:20 201:7
considering
  106:4
consistent
  129:24

constructed
  92:24
contact   13:9
  53:7 55:22,23
  59:24 61:1
  99:11,12 132:1
  138:17 198:1
contacts   51:4
contained
  107:22 125:5,15
  126:5
contains   131:19
contents   94:6,12
  187:13
context   77:16,17
  115:9 121:9
  202:19 203:8,25
continue   4:10
continues   110:19
continuously
  85:22
contract   116:4
contracted   13:19
contracts   13:18
contribute   54:10
convention   3:4
conversation
  55:2,25 56:3
  65:5
conversations
  57:19 88:20,22
  202:13
coordinate   31:24
coordination
  56:22 198:14
coordinator
  20:10 135:17

**[copays - cy]**

copays   188:7
copied   76:11
  86:19 89:10
  114:21
copies   32:9
  68:12,22 212:14
copy   203:11
corner   146:17
  146:20
corporate   10:1,5
  10:24 16:12
  22:2
corporation   1:8
  1:9,10 187:3
correct   12:10
  13:3 18:22,23
  24:14,15 28:7,8
  29:13 31:8
  33:19,20 34:9
  38:24 39:23,24
  43:11 44:7
  46:11 48:7,8
  63:7,22,24 64:2
  68:7,9,10 74:9
  80:10,18,19
  91:17 96:1 99:7
  101:6,22 102:11
  102:12,16
  103:19 106:6
  110:10 112:4
  125:6 140:7
  142:15 150:21
  151:3,5,11 153:3
  155:20 168:17
  169:16 171:16
  171:18,23
  173:20 177:12
  182:22 185:14

189:11 203:24
  204:5 205:3
  214:8
corrected   111:23
corrections
  214:6
correctly   136:5
correspondence
  22:17 133:7
cost   57:16,16,16
  77:20 108:12
  148:8
costs   78:4,6
counsel   1:20 2:1
  5:10 7:7 9:9
  14:18 15:9,14,17
  23:9 24:12
  51:25 52:1
  97:16 120:5
  144:12 204:23
  207:9 208:17
  212:14
county   207:14
couple   20:2
  69:21 90:25
  117:8 122:18
  129:13 130:21
  132:14 146:6
  179:20 180:23
course   68:16
courses   70:20
court   1:1 4:17,25
  6:4,22 7:5 8:25
  16:6 25:13
  32:21 39:25
  45:6 112:18
  145:3,18 160:7
  182:2 205:14,20

cover   146:4
  170:13
coverage   51:6
  66:7,13 90:20
  92:21 168:17
  191:16
covered   136:11
  136:17 148:17
  148:22 149:7,15
  175:6 190:8,20
  191:20,24
covering   111:16
crandell   75:5
  209:9
created   20:21
  107:10 113:23
  113:24,25 119:7
  119:10
creates   20:18
credentialing
  12:5
creyna   159:12
  167:3 168:2
cross   177:23
  198:21
crosswalk   73:11
crosswalks   73:9
  73:23,24 74:2
crousillac   3:3
crousilliac   5:21
  5:22 205:3,16
crr   1:21 207:22
crutcher   3:8,13
cs   212:15
current   11:8
  13:20 14:14
  17:3 176:17

currently   126:11
  198:10
custom   19:19
customary   38:5
  39:5 42:20
  45:14 46:21,25
  47:3,9,11,14
  48:10,13,14,22
  48:22 49:10,20
  50:4,13 63:14
  95:4,20 123:18
  135:15 140:25
  141:14 150:11
  150:12,19 151:3
  151:11 154:19
  157:18,19
  170:14 177:13
  177:17 181:24
  182:8,13,22
  183:7,11,22
  186:15 192:5,6
  192:17 193:2
  199:11,12
  202:22 203:18
  204:4
customer   13:9
  36:2,3,19 87:9
  88:21 92:18
  98:16,19,22
  132:2 159:9
customized
  19:24 20:11
cut   29:5 65:23
  184:9
cv   1:7 4:20
cy   64:12,17
  100:11,20,24
  101:19 102:9,15

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 228 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[cy - designated]                                                    Page 13

103:18 106:5,10
106:14 147:21
149:22 150:1

**d**

**d** 100:14,18
102:24 208:1
**dark** 121:23
**data** 48:2 57:5
57:22,23,24 58:9
112:13,21 119:6
124:17 131:19
137:5 141:16
153:15
**database** 107:13
107:16,20
124:17
**databases** 49:11
**date** 1:16 29:21
113:25 147:6
160:3 167:23
176:19,22
194:15 195:5,7
198:11 202:2
213:24 214:12
**dated** 21:17 22:3
85:12 120:17
133:17
**david** 14:12
**day** 78:1 122:4
172:20 178:8
207:13 214:15
**days** 121:8
171:22 179:20
212:17
**db** 1:4 2:2
**dba** 12:14

**dc** 2:7,18,23 3:10
**dcsm** 117:1,3
**dead** 161:21
**deal** 64:8
**dealing** 55:4
71:12
**dear** 172:2
**december** 75:3
207:23 209:6
**decide** 116:18,23
**decided** 104:17
**decision** 93:25
**declaration** 11:5
**declare** 214:4
**dedicated** 70:25
161:3
**deductible**
136:13 148:3,14
170:6,12 171:16
171:21,23
172:19 173:7,9
177:1,3,7 183:8
188:6 196:3,16
197:19,24 204:1
**deemed** 214:6
**deeper** 54:9
157:7
**defendant** 3:1
5:23 25:23 27:3
27:13 209:4
**defendants** 1:11
3:7 5:25 25:18
26:6,9 44:15
204:25 208:21
208:25
**defense** 27:22
**defer** 28:22
118:25

**definitely** 84:25
166:1
**definition** 74:3
**delay** 161:16
**delegate** 28:17
28:22 45:19
**delivered** 29:23
30:13 118:1
**delivers** 20:9
**delving** 46:15
**demographic**
58:3
**demographics**
13:19
**demonstrations**
37:24
**denied** 179:7,8,8
**denise** 1:15 4:14
7:8,14 21:12
22:3 77:5
205:10 208:5,14
209:13 212:5
213:2,24 214:2,4
214:12
**denoting** 106:18
**department**
34:22 35:1 62:4
66:24 72:7,15
83:2 162:22
163:17
**dependency**
136:9
**depending** 70:21
99:10 112:5
**depends** 4:6
60:19 63:18
67:3 104:21
111:7 124:23

**deponent** 212:13
214:3
**deposed** 7:16,22
8:2,6 9:13,23
**deposing** 212:13
**deposition** 1:14
4:4,14,21 6:8,9
6:10 9:20 10:14
15:6,10,11 16:21
16:21,24,25 18:6
21:22,25 22:9,23
55:9 132:18
147:4 152:15
206:1
**depositions**
10:20,21,25
**depth** 50:19
121:3
**describe** 19:6
28:9 40:7 45:18
67:1
**described** 65:9
137:24 189:10
190:15
**describes** 83:21
138:23 141:25
142:14
**describing** 114:2
**description**
83:21 92:12
143:11 187:4
211:6
**descriptions**
18:25 83:14
138:2,23
**designate** 129:19
**designated** 22:14
22:24 27:25

**[designated - document]**                                    Page 14

46:16 50:22
79:21 88:24
100:21 154:22
**designates**
100:25
**designations**
129:21
**designee** 22:20
23:25 24:7
**designees** 24:4
**despite** 116:19
**detail** 34:5 45:18
65:8,17 90:11,19
90:21 92:2
104:11 105:23
108:10 124:22
125:19 126:4
192:1
**details** 20:7 41:5
41:13 43:7
46:10 81:3
82:23 93:1
110:1 124:3
**determination**
66:25 67:10,13
105:12
**determine** 30:6
39:13,20 40:10
58:10 69:15
71:19,25 84:8
92:11 109:20
147:16 158:10
185:4 191:23
**determined**
38:22 42:4,18,19
42:24 84:2
117:24 136:20
137:4,22 139:4

153:19 189:8
**determines** 39:6
137:18 188:15
190:3,14
**detox** 160:1
169:13 185:22
186:13,17 196:1
**developed** 37:16
119:6,7
**developing**
34:23
**development**
34:19
**deviate** 118:2
**deviations** 58:11
**dewey** 3:19
**diagnosis** 30:11
**differ** 111:6
**difference** 67:4
117:17 188:10
189:3 190:6
**differences**
141:19
**different** 20:3
31:4 32:6 33:6
36:8,21 57:9
58:13,16,20
60:21 83:21
88:3 89:5 90:5
93:2 95:21,22
110:7 111:19
125:21 134:3
137:1 141:12,16
144:14 155:19
171:5 174:8
**differential**
105:1

**differentiate**
87:19
**differentiating**
89:5
**differentiation**
48:20
**differently** 84:12
109:11 184:17
**differs** 134:4
**difficult** 140:16
202:5
**difficulty** 89:4
**digest** 130:6
**direct** 14:10
61:22 63:21
85:14 110:5
115:6 129:9,12
130:24 135:24
162:8
**directed** 103:24
109:7 132:4
**directly** 14:9
67:9 111:5
116:2,8 117:6
118:1 150:6
189:6
**director** 11:23
12:4,4 52:17,19
67:8
**directs** 63:19
64:10
**disclaimed** 66:10
**disclaimer** 66:1
**discuss** 16:20,21
16:25 59:2,16,21
60:2,5,11 85:25
89:2 153:4

**discussed** 56:12
59:12 80:9
88:11 89:12
123:10 183:13
183:16
**discusses** 114:23
**discussing**
115:18
**discussion** 27:10
55:19 88:16
89:1 144:1,5,24
145:12 156:21
192:4 203:24
**disorder** 73:13
**display** 125:6
**displayed** 89:6
**distinct** 30:24
**distinction** 203:3
**district** 1:1,1
4:17,18 21:21
**division** 1:2 4:19
21:22
**document** 21:15
21:16,23 22:6
25:1 26:16
27:18 28:21
34:13,15 73:12
75:23 77:11
83:6 86:16,19,20
86:22 93:4,9,15
93:20 94:2,10,14
94:16 98:1,3
100:23 107:10
115:5 128:19
129:6,7,14,18
130:1,5,9 135:22
135:23 136:16
146:25 147:2

**[document - estate]**                                                    Page 15

| | | | |
|---|---|---|---|
| 152:16 187:9 | 85:11 86:5,6 | **elements** 15:10 | **engagement** |
| 189:19 192:9,12 | 87:12 89:9 | **eligibility** 30:8,8 | 108:23 |
| 192:22 209:19 | 114:13,21 115:9 | 31:24 41:6 | **enhance** 202:8 |
| **documentation** | 115:18 116:24 | 162:5 173:19 | **enhanced** 80:24 |
| 35:3,6 111:15 | 120:9,14,16,22 | **eligible** 65:19 | 155:20 159:5 |
| **documentations** | 120:24 159:15 | 135:13 136:12 | 161:25 165:17 |
| 109:10 | 167:6 208:1,11 | 136:17,19 | 166:21 180:13 |
| **documented** | 209:7,11,15,25 | 137:19,22 | 193:13 |
| 193:1 | 210:4 213:3,3,3 | 138:17 139:3 | **ensure** 141:5 |
| **documents** 18:5 | **earlier** 45:13 | 150:3,6 153:18 | **entails** 50:20 |
| 18:8,9,12,22 | 77:12 89:20 | 187:21,24 188:6 | **entered** 20:8 |
| 20:24 26:13,20 | 95:19 | 188:8,14 189:3,7 | 29:21 |
| 26:23 69:22,22 | **early** 40:5 | 189:8,17,24 | **entire** 114:5,6 |
| 69:24 83:5 | **easier** 130:6,25 | 190:2,6,14 196:2 | 152:16 |
| 85:23 86:1 | 152:2,9 | 196:15 | **entities** 30:24 |
| 92:20 94:6,13 | **easily** 81:3 | **emergency** | **entitled** 21:25 |
| 117:9 127:4 | **economics** 119:8 | 190:9 | 24:21 25:23 |
| 129:13 148:22 | 119:13,18 | **employed** | 26:9 27:13 |
| **doing** 66:24 | 137:14 | 126:11 | **entity** 12:17 |
| 193:21,23 | **edification** 65:16 | **employee** 36:25 | **eob** 42:23 43:8 |
| **dollar** 178:8 | **edits** 43:3 | 37:2 75:14 | 63:10,18,22 |
| **double** 161:6 | **effect** 112:3 | **employees** 14:15 | 64:17 99:11 |
| 166:1 175:23 | **effective** 176:19 | 92:21,25 125:14 | 147:17 150:15 |
| 199:16 201:3 | 176:21 187:5 | 125:21 126:15 | **eobs** 63:4 |
| **doubt** 91:15 | 195:5 | 152:12 186:4 | **equates** 74:2 |
| **drafted** 134:11 | **effort** 127:10 | **employer** 11:8 | **errata** 212:11,13 |
| **drafting** 83:13 | **eight** 15:18 | 78:2,3,5,14 99:9 | 212:17 |
| 154:3,14 | **either** 30:13 51:3 | 117:6 127:24 | **error** 13:15 |
| **duly** 7:9 | 67:9 84:1 | 188:23 | 56:15 84:8 |
| **dunbar** 3:2 5:22 | 116:16 129:4 | **enabled** 143:18 | 91:24 |
| **dunn** 3:8,13 6:1 | 139:2 141:24,25 | 143:19 | **escalated** 55:21 |
| 21:17 | 145:22 157:18 | **encompass** 57:6 | **escalation** 54:4 |
| **duties** 81:7 | **elaborate** 13:6 | **encompassing** | 55:24 131:23 |
| 82:12 | **electronic** 45:23 | 12:11 | 132:2 |
| | **electronically** | **ends** 88:2 | **escalations** |
| **e** | 39:19 42:25 | **engage** 56:2 | 132:5,6 133:1 |
| **e** 16:9 75:4,13 | 100:1 | **engaged** 45:23 | **estate** 160:14 |
| 77:4,15,17 79:4 | | | 168:9 |

**[estimation - fair]**                                                                    Page 16

estimation   49:17
   139:6
et   4:16,16 32:5
   188:7 212:4,4
   213:1,1 214:1,1
evaluated
   105:17
event   136:24
events   207:10
everybody
   205:12
exactly   66:5
   84:22 101:25
   140:17 147:10
   147:17 162:9
examination
   7:10 208:6
example   42:17
   58:23 67:12,14
   67:19 73:14
   74:12 85:4
   87:21 88:2
   122:3
exceed   170:9
excel   76:4
exception   40:12
   41:10 116:14,15
excerpt   87:6
excerpts   152:17
exclusion   107:13
   107:16 196:21
   199:4
exclusions   196:9
   199:1
excuse   22:18
   23:21 70:16
   71:23 150:1
   189:7

executive   78:12
   78:14 84:19
exhibit   21:2,5,11
   21:24,24 23:5,5
   23:8 24:10,16,17
   24:21 25:5,5,10
   25:14,17,23 26:4
   26:5,9,25 27:2,7
   27:8,9,11,13
   74:19,19,20 75:3
   77:2,2,4 85:9,10
   86:2,6 93:4,6,9
   93:13 97:18,19
   97:20,22 106:3
   113:19 114:8,9
   114:13 120:7,8,9
   120:14 128:20
   130:8 131:3,4,8
   131:12 132:9,9
   132:10,12
   133:11,16,20,22
   134:4,5,6 142:21
   143:1,3,6,9,13
   145:8 146:13,14
   146:16,18
   151:19,20,21,21
   152:6 158:16
   159:3 186:23
   187:1 208:13,16
   208:18,20,24
   209:3,5,11,15,19
   209:21,24 210:4
   210:8,11,15,19
   210:22,25 211:3
   211:8
exhibits   21:8
   25:12 129:22
   131:2

exist   94:23
expect   186:16,20
   203:18,25
expecting   107:20
expense   137:19
   137:22 150:3
   190:15
expenses   136:12
   136:17,19 137:4
   138:17 139:4
   153:18 187:22
   187:24 188:8,14
   189:4,7,8,17,24
   190:2,6 196:3,15
experience   85:21
   91:11,14 98:7
   186:3
experiencing
   8:24
expert   55:5,25
   55:25 121:6
   139:24
experts   52:10
   54:9 55:3
expires   207:23
explain   65:18
   90:2,22 110:23
   135:18 137:15
explained   14:19
   137:3
explains   135:25
explanation
   62:16,20 64:9
   131:5 147:1
   150:25 151:8
   210:12
explanations
   62:24

expressed   82:6
extent   28:14
   46:15 47:18
   50:8 126:6
   128:11 182:16
extremely   202:5
eyes   1:13 129:20
   129:23

**f**

f   40:4 168:4
facilities   179:18
facility   42:6 48:9
   48:12,21 87:20
   87:25 121:14
   122:9,19 141:3,7
   141:14,20,25
   142:5 151:3
   157:19 159:20
   167:12 168:8
   183:17 184:1,3,6
   184:12,17,19
   185:4,12,14,17
   185:17,19,25
   186:2,4,9,12
   192:5,16,17
   194:6 202:15
   203:4,15
facility's   160:13
fact   41:6 61:7
   62:12 116:19
   182:1
fails   212:19
faiman   120:10
   120:24,25 210:6
faintly   158:24
fair   47:10,13,19
   47:21 48:2,2

Case 4:20-cv-02254-YGR Document 323-16 Filed 07/16/23 Page 232 of 265
CONF AEO 30(B)(6)Denise Strait        July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[fair - foxtrot]                                                    Page 17

**91**:3 **104**:15
**fairly** **53**:15,15
**fall** **37**:4 **40**:13
  **48**:3,6
**falls** **45**:10 **67**:18
**familiar** **17**:13
  **17**:14,18,20 **18**:2
  **30**:15 **35**:24
  **38**:1,4 **45**:14
  **49**:6,9 **50**:24
  **53**:19 **64**:12
  **73**:7,8 **76**:5
  **100**:24 **117**:11
  **127**:18 **128**:24
  **130**:12 **155**:25
  **185**:21
**family** **170**:9
  **172**:8,16
**far** **88**:10 **94**:22
  **106**:2 **175**:5
**february** **27**:2
  **97**:22 **195**:6
  **199**:20 **209**:3,21
**federal** **22**:1
  **70**:12
**fee** **13**:18 **79**:17
  **149**:8,10,14
**feel** **24**:13 **109**:10
**fees** **137**:6
  **153**:16
**fell** **40**:16
**felt** **135**:12
**fewer** **69**:8
  **126**:14
**figured** **158**:17
  **158**:20
**file** **109**:9 **118**:3
  **162**:6,7 **166**:2

**filed** **4**:17 **11**:6
**files** **118**:1
**finalize** **46**:5
**finally** **53**:6 **86**:4
**financially** **5**:5
**find** **89**:25 **152**:2
  **165**:4,12 **172**:23
**finding** **87**:22
**fine** **21**:10 **115**:7
**finish** **191**:2
**finished** **96**:9
**firm** **5**:1
**first** **7**:9,21 **13**:3
  **21**:15 **25**:18
  **26**:1 **52**:16
  **53**:25 **54**:12
  **75**:21,24 **76**:1
  **111**:17 **112**:3
  **121**:13 **135**:11
  **136**:3 **137**:9
  **138**:25 **147**:8
  **153**:13 **175**:11
  **178**:17 **194**:13
  **201**:24 **208**:22
**fits** **28**:12
**five** **7**:20 **8**:1
  **14**:10 **51**:14
  **163**:23
**fixed** **145**:24
**flagged** **100**:14
  **100**:18 **102**:24
**flip** **93**:17 **115**:11
**flow** **39**:22 **40**:3
**folks** **87**:17
**follow** **29**:6
  **66**:11 **69**:14
  **84**:10 **111**:12
  **117**:24

**following** **79**:6
  **88**:8 **109**:23
  **131**:1
**follows** **7**:9
**foregoing** **207**:6
  **214**:5
**form** **19**:21
  **28**:13 **29**:15
  **31**:1,13 **32**:18
  **34**:10 **38**:8 **39**:1
  **41**:21 **42**:12
  **43**:7,13 **44**:10
  **46**:12 **49**:1,12
  **54**:22 **55**:13
  **58**:24 **61**:24
  **62**:22 **63**:8,23
  **66**:15 **68**:17
  **71**:13 **74**:13
  **76**:9 **78**:10,25
  **79**:19 **80**:11
  **81**:20 **82**:15
  **83**:24 **84**:24
  **89**:8 **90**:15 **91**:6
  **91**:18 **92**:14
  **95**:24 **97**:3
  **100**:2 **101**:9
  **104**:8,19 **106**:7
  **107**:6 **112**:10
  **113**:8 **115**:25
  **117**:20 **122**:11
  **122**:20 **123**:5,20
  **124**:13,20 **125**:8
  **126**:18 **127**:12
  **134**:13 **135**:5
  **136**:2 **138**:12
  **139**:7,18 **140**:2,8
  **142**:2 **149**:1,16
  **150**:13 **153**:5

**154**:4 **182**:19
  **183**:3 **184**:14
  **185**:6 **186**:6,18
  **188**:1,20 **190**:23
  **191**:7 **202**:24
  **203**:21
**formal** **35**:4
  **108**:22,25
  **111**:10
**formalize** **112**:1
**formalizing**
  **111**:9
**former** **61**:19
**formerly** **38**:15
**found** **84**:4
**foundation**
  **41**:22 **44**:11
  **49**:13 **60**:18
  **76**:9 **79**:20
  **80**:12 **82**:16
  **89**:8 **90**:16
  **91**:19 **92**:15
  **97**:4 **101**:9
  **104**:20 **106**:8
  **107**:7 **113**:9
  **117**:21 **122**:12
  **122**:21 **127**:13
  **134**:14 **139**:8
  **140**:19 **149**:18
  **153**:6 **154**:5
  **183**:4 **184**:15
  **185**:7 **186**:7,19
  **191**:8 **203**:22
**four** **14**:1 **15**:15
  **15**:17,25 **52**:9
**fourth** **201**:11,14
**foxtrot** **168**:4

CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[francis - going]                                          Page 18

| | | | |
|---|---|---|---|
| **francis** 3:19 4:23 | 66:14 73:16 | 175:2 183:24 | 157:6 161:22,22 |
| **francisco** 3:16 | 87:13 93:23,24 | 197:13 199:8 | 161:23 165:3 |
| **fraud** 13:14 | 111:3,13 112:7,8 | **given** 43:23 | 171:5 172:20 |
| 56:14 | 115:17 186:2 | 66:10 78:6 88:5 | 173:8 179:16 |
| **frc** 88:3 | 187:25 | 91:4,11 99:3,12 | 181:4 182:17 |
| **free** 159:20 | **generate** 43:9 | 123:24 186:14 | 187:12,16,17 |
| 167:11 | 45:12 | 203:8 205:10 | 188:13 189:15 |
| **frequently** 30:12 | **generated** 20:1 | 214:9 | 189:16 191:4,10 |
| **front** 187:2 | 43:3 45:5,9 | **gives** 107:1 | 198:12 199:15 |
| **full** 104:23 | **generation** 20:7 | 150:7 185:3 | 200:12,19 |
| 152:12 192:22 | 20:13 | **glance** 136:7 | 204:12,15 |
| **fully** 40:11 46:1 | **generically** | **glitch** 170:23 | **goal** 103:4 |
| 104:24 | 87:23 | 171:6,9,13 | **god** 7:3 |
| **function** 89:23 | **geoff** 5:24 | **global** 31:21 | **goes** 41:14,17 |
| **functions** 71:11 | **geoffrey** 3:9 | **globally** 77:23 | 42:6 137:15 |
| 71:15 | 15:21 212:1 | **go** 4:11 9:1,2 | 153:10,12 192:1 |
| **funded** 175:14 | **geographic** | 21:21 23:2,4 | **going** 4:2 6:5 9:4 |
| **further** 6:12,15 | 58:22 137:6 | 24:16 26:24 | 9:8 24:25 25:7,8 |
| 136:8 204:7 | 153:17 | 28:15 40:10 | 26:24 27:6 28:4 |
| 207:8 | **getting** 121:3 | 51:16 52:8,25 | 51:13,21,24 |
| | **giant** 151:21 | 56:3 62:5 74:18 | 53:18 59:10 |
| **g** | **gibson** 3:8,13 | 76:25 77:1 85:8 | 66:5 75:11 76:8 |
| **g** 3:14 16:9 | 6:1 21:17 | 87:11 94:24,24 | 76:11,17 77:1 |
| 52:19 | **gibsondunn.com** | 95:3,11 96:11 | 85:9 86:3 93:16 |
| **ga** 2:12 | 3:11,17 212:2 | 97:8 99:6,8,9,12 | 94:25 97:12,15 |
| **gallagher** 52:22 | **gilroy** 160:7 | 102:5 106:17,23 | 100:19 103:3 |
| 56:7,10 | **give** 14:11 63:11 | 107:12 109:19 | 105:6 110:1,5,20 |
| **gap** 122:1 | 65:8 67:19 | 110:9,15 111:10 | 114:7 115:2,13 |
| 137:12,21 | 76:12 90:2 | 112:9,24 113:18 | 117:8,9 119:25 |
| 153:23 | 111:17,24 121:9 | 114:8,9 119:21 | 120:4,7 125:2 |
| **gathering** 26:20 | 124:3,6 127:5 | 120:7 127:3 | 129:9 130:14,17 |
| 26:22 | 132:5 142:23 | 131:1 132:8,9,12 | 132:12 136:1,8 |
| **gatos** 160:15 | 158:21 161:10 | 133:10 137:10 | 136:15 143:16 |
| 168:10 | 162:3,11 164:19 | 144:2 145:25 | 144:7,11,13 |
| **general** 73:8 | 167:17 168:14 | 146:2,12,12 | 145:18 146:7 |
| 90:2 184:18 | 168:20 169:19 | 147:6,7,7 149:21 | 151:21 159:1,2 |
| **generally** 32:23 | 170:23 171:7 | 149:22 151:20 | 164:10,12 165:2 |
| 33:2 38:9 54:23 | 172:12 174:12 | 151:25 152:2,18 | 165:10,14 166:7 |

**[going - held]**                                                    Page 19

166:17 168:24
169:24 170:5
171:25 173:15
173:16 182:15
186:24 189:15
202:4 204:9,18
204:22 205:8
**golden** 2:4,10,15
2:21 5:15,17,18
5:20
**good** 4:1 7:12
20:6 33:16
49:19 50:12
51:18 67:1
193:19,22
205:18
**grayed** 112:11
**great** 159:1
163:20
**greater** 137:18
190:13
**gregory** 2:4,10
2:15,21 5:15,17
5:19,20
**group** 77:18,19
78:5,15 82:18,19
99:9 115:19
116:3 117:6
173:21,22,25
174:2,5,7,9,12
175:15,22,22
188:23
**groups** 78:2,3
127:24
**gsigler** 3:11
212:2
**guarantee** 66:2

**guess** 76:3
**guidance** 132:6
**guideline** 66:10
**guidelines** 34:20
65:21 189:10

**h**

**h** 16:8 208:11
213:3
**h0015** 73:2,7,12
74:2,11
**half** 29:4 56:11
85:16 86:12
**han** 16:5,8,11,14
**hand** 6:25 20:4
146:17,20
207:12
**handful** 18:8
23:20 69:8
**handle** 32:5
56:24
**handled** 42:14
88:14
**handles** 42:7
**hanson** 77:5
79:5 209:12
**happen** 109:13
177:8
**happened** 85:5
162:4
**happens** 59:18
77:22 87:22
162:9
**hcpc** 58:18,21
73:2,7 74:8
147:18
**hcpcs** 58:17 73:8
73:24

**headway** 121:3
**health** 1:9,14
8:17 9:17 10:2,4
10:6,11 11:9,10
11:11,12 12:13
12:16,17,18,20
12:20 13:2,23
22:3,15 28:7,11
28:12,16,19,23
28:24 29:2,8,8
29:14,19 30:1,1
30:14,21 31:11
31:16,19 32:4,11
33:22 34:8
36:22 37:1,3,7
37:11 38:10,23
38:24 39:3 41:3
42:11,19 43:18
47:10,13,19,21
48:1,2,2 49:18
53:19,22 54:18
55:12,15,18
72:16,19,20
75:19 76:6,23
77:23 78:8,21
80:9 81:19,25
82:8,11,12,14
83:19 90:7 95:1
99:5,20 106:6
107:25 114:24
115:22,24
116:12 117:2,17
117:18 118:6,14
122:5,8,23
123:15,16
124:10 127:21
128:8 132:22,25
136:9,18 138:1

139:14,25
148:24 154:10
154:14 166:24
171:11 185:23
190:8,9 191:20
200:10
**health's** 25:24
26:10 27:14
**healthcare** 1:8
29:7 119:7,13,17
119:18 137:14
212:4 213:1
214:1
**hear** 32:21 39:25
48:14 74:4
144:23 145:2,3
145:13,14,19,21
158:19,24
165:15 166:15
180:17 182:2,7
182:21,24 183:2
183:23 202:6,21
203:2,5
**heard** 4:8 27:21
47:2,8,10 48:9
48:12 51:9 70:1
76:5 79:25
80:23 112:16,21
127:7,10,19
131:17 148:19
148:25 156:1
186:21 202:17
203:16,17
**hearing** 6:22
**held** 9:6 51:22
97:13 120:2
144:9 204:20

**[hello - inquire]**                                                   Page 20

**hello**  158:23
197:21
**help**  7:3 52:19
53:19,22 54:6,7
54:18 56:4,22
109:8,8 132:7
159:17 167:8
175:7
**hereto**  214:7
**hereunto**  207:12
**hey**  51:12 54:5
83:20 84:21
**hi**  79:5 121:2
159:11 165:19
167:2
**higher**  54:6 58:4
**hold**  102:25
103:2 114:20
129:1 164:5
165:8 166:13
176:13,13
177:16 196:23
197:5 199:15
200:20
**holding**  39:19
165:20
**holds**  137:20
**home**  113:24
**honestly**  8:25
**honored**  163:24
**hospitalization**
201:7
**hospitalizations**
195:25
**hot**  94:12
**hotline**  55:9
**hour**  51:14
56:11 97:7

**hours**  15:16
**house**  6:2 118:8
**hr**  92:22
**huh**  93:7 172:4
194:23 197:22
200:21 201:5,18
**hundred**  68:4,20
135:14 139:10
**hundreds**  33:8
**hypothetical**
104:20

**i**

**ibagg**  35:24 36:1
36:15 37:14,20
37:22,23 48:17
48:21 59:19
87:7,17,25 88:10
88:19,22 89:6,13
95:6,11 96:7,12
96:15,21,24
124:22,24 125:6
125:15,17 126:5
126:8 184:17
185:18
**ibaggs**  88:16
**idea**  135:9
**identical**  152:25
**identification**
21:13 23:10
24:19 25:20
26:7 27:4 75:7
77:7 86:9 93:11
97:24 114:16
120:12 128:22
131:7,11,14
143:5,8,12,15

**identified**  89:19
185:16 186:12
**identify**  98:7
174:10 185:12
**ii**  3:4
**image**  84:3
**imagine**  41:2
**immediately**
85:6
**impact**  71:24
128:11
**impacted**  84:13
**improve**  69:16
**inaudible**  164:2
179:3 194:20
**inaudibly**
143:25 145:11
145:17
**include**  135:4,18
**included**  138:20
155:4 177:7
**includes**  67:8
157:10
**including**  194:4
**incomplete**
104:20
**increase**  128:2
**index**  3:21
**indicate**  60:22
74:2 148:7
151:1,8 184:2
192:15
**indicated**  113:3
**indicates**  39:16
60:25 136:4
157:16 184:5
**indicating**  19:9
110:21 134:7

150:18
**individual**  8:14
10:3 20:16,18,21
89:19 100:21
104:10 105:3
130:10 136:13
170:7,8,8 172:3
172:15 196:4,17
197:8,10,17,18
**individuals**  16:2
17:4,6,9 30:22
35:20 49:17
**industry**  73:16
119:6
**info**  160:23
162:12
**information**
24:4 30:5 78:7
83:5,7 90:8,14
91:4,11 92:11
96:25 99:12
109:6 124:11,18
125:15 168:1
169:20 172:22
174:16 175:1
185:13 194:17
**informed**  123:17
130:5
**initial**  66:25
110:22 168:2
202:1
**inpatient**  169:9
178:21 194:5
195:24 200:1,5,8
201:7,10 202:18
**input**  83:6
**inquire**  98:23

**[inquired - know]**                                                    Page 21

inquired   96:19
inquiries   126:1
inquiry   54:3
  55:23 84:1
  111:2
installation
  82:20 83:2,6
  84:7 116:4
instance   57:1
  83:18
instances   82:5
  84:20 118:13
instantly   184:23
  185:3
instructing
  62:20
insurance   1:8
  25:25 26:11
  156:8,10 170:13
  212:4 213:1
  214:1
intake   45:20
  65:10 99:15
  108:20,24 116:9
  178:17
integrations
  55:1
integrity   12:24
  13:12,13 52:22
  53:1,3 56:16
  71:8,18,22 72:6
  72:15
intensive   33:12
  72:18 122:4
  195:25
interact   17:4,6
  17:10,16,22

interacts   17:24
interchangeably
  188:12
interested   5:5
  51:6 207:10
internally   109:1
internet   4:7
  35:18
interrogatories
  25:19 26:1
  208:23
intranet   33:2
  35:19
intricacies   50:13
investigation
  56:25
investigations
  57:3,6
involved   9:16,17
  56:24 88:22
involvement
  83:12
iop   160:1 167:13
  169:8,13 185:22
  186:13,16 194:4
  202:17 203:16
  203:20
iru   97:22 113:3
  113:15 209:22
issuance   42:23
issue   10:11 44:8
  80:7,10,13 88:9
  89:3 98:10
  103:25 104:14
  113:1,23,24
  133:7 177:2
issued   132:22

issues   56:20 73:2
  125:13
it'd   104:15
  140:15
it'll   178:15
italics   121:22,24
item   148:9
itemized   148:10

**j**

jacqueline   75:4
  75:13,14 209:7
january   75:4
  131:12 176:22
  199:24 209:6
  210:19
jennifer   14:12
jillian   14:13
joann   3:20 6:3
joanne   15:22
job   71:9
johnstown   1:19
joined   5:16,25
jolene   17:18
  85:12 86:7
  87:15 88:12
  114:14 116:25
  120:10,16
  209:16 210:1,5
july   1:16 4:3
  9:24 21:11,18
  22:3,18 23:8
  25:17 26:5
  120:9,17 122:9
  122:14 207:14
  208:13,16,20,24
  210:4

june   9:24 10:16
  10:20,22 77:4
  79:5 131:8
  133:17 209:11
  210:15

**k**

k   53:7 64:25
  201:25
katie   52:21 56:7
  56:9 57:19
katie's   56:21
keep   68:12,22
  158:18 163:22
keisha   166:25
  167:2 171:12
kevin   159:8,11
key   74:10
kic   193:17
  201:25
kienzle   75:5,13
  75:14 209:8
kind   19:18 66:24
  77:9,13,21 80:20
  85:15,25 93:22
  124:22 128:2
  132:13 146:13
kindly   195:18
kl   94:7,18,20
know   7:18 8:23
  10:23 11:6
  13:24 15:1
  16:17,18 17:24
  18:13 22:22
  25:9,11 27:6
  32:9,12 33:10,13
  33:15 34:4,14,16
  34:18 35:20

36:24 37:13,18
41:18,23 42:1
44:8,14,22 45:17
45:19 46:9,19,20
46:23 47:21
48:1,4 50:1,5,12
50:17,19 53:9
54:19 58:13,17
60:6 62:16 64:4
64:7,11,18,20
66:3,13 67:21
68:1,3,4,11,18
68:19,22 71:7,18
71:21,22 72:4,12
72:14,24 73:17
73:19 75:16
76:16 78:7,18,22
79:8,13,22 82:11
83:4 84:11
85:15,20 90:12
91:2 92:1,17
94:7,18,23 95:15
95:21 96:1,14,23
100:5,15,18
103:11 104:4
107:9,21 112:13
112:22 113:6
116:19 117:3
118:7,10,21
120:19,25 121:5
121:10 122:7,25
123:6,14 125:14
125:16,24,25
126:12,16,17,22
127:1,3,20,24
128:6 131:16,18
131:22 134:3
138:7,22 139:14

139:19 140:23
141:11,11,15,25
142:5 146:9
149:13,17 153:8
154:1,2,13
155:12,18,22
156:6,6,17
157:12 162:2
163:15,21
164:14 170:22
171:25 173:4,20
174:15 175:10
175:11 177:3,8
179:17 181:1,16
181:21 185:8
188:9

**knowledge**   25:2
33:3,3 35:9,12
35:15,18,22
45:12 47:18
49:22 50:8
54:10 72:10
73:5 94:20,20,22
98:5

**known**   13:8

l

**l**   2:16 40:4 52:19
53:7 64:25

**la**   3:5

**lag**   8:23

**laid**   124:21

**lake**   176:10
195:13

**language**   20:3
71:19 81:15
82:7 83:13
84:21 111:7

134:20 135:4,19
138:9,15,20
152:24 153:2
154:1,3,15,18
157:16

**large**   202:6
207:5

**larger**   129:13

**larmand**   14:4,6

**larson**   75:5,13
75:15,16 209:8

**laura**   77:5 79:4
79:5 209:12

**lavin**   2:5 5:14,14
7:11 9:2,10
16:10 19:25
21:4,10,14 22:21
23:4,11 24:16,20
25:4,13,16,21
26:3,8,24 27:5
27:12 28:25
30:3 31:3,17
32:8,25 34:6,12
38:17 39:2 40:2
40:20 42:2,16
43:15 44:18
45:7 46:17 47:1
47:20,25 49:5,16
50:9,21 51:16
52:7,14 55:6
56:5 59:1 61:18
62:15 63:2,20,25
66:22 68:15,21
70:13 71:4,17
72:5,11,25 73:6
74:14,18,25 75:8
76:19,25 77:8
78:17 79:2,24

80:4,15 81:5,23
82:4 83:1,11,17
84:14 85:3,8,19
85:24 86:10,23
89:16 91:1,9
92:6 93:3,7,12
94:17 95:18
96:5 97:8,17,20
97:25 100:6
101:11,18,20,25
102:6,21 103:8
103:11,15,17
104:12 105:5
106:1,16 107:11
107:23 112:23
113:17 114:7,12
114:17,23
115:10,12
116:10 118:4,12
118:20 119:2,12
119:16,21 120:6
120:13 122:16
123:2,8 124:5,15
125:4,11 126:21
127:2,17 128:1,7
128:17,23 129:5
130:3,18,21,24
131:15 132:8,11
133:10,14
134:18 135:8
137:23 138:21
139:12,22 140:3
140:14,22 142:6
142:13,20 143:1
143:21 144:2,13
144:25 145:7,13
145:15,21 146:2
146:6,11 149:12

149:20 150:17
150:24 151:6,15
153:8,25 154:9
155:1,11,17,23
156:5,15,20
157:5,8,13,14
158:3,14,24
161:20 165:15
166:16 180:11
180:22 181:2,7
181:12 182:6,20
182:25 183:9,15
184:20 185:10
185:20 186:10
186:22 188:3
189:1 190:25
191:5,13 192:3
192:11,20 193:4
193:9,11 202:7
202:10 203:1,9
204:3,7,13
205:12 208:7
**lawyer** 6:2
**ld** 1:4 2:2 4:16
212:4 213:1
214:1
**lead** 57:1 138:18
181:23
**learn** 70:20
**lee** 3:20 6:3
15:22
**left** 21:7 146:17
146:20
**legal** 4:23 5:1
15:23 16:12
212:23
**length** 170:3

**lengthy** 24:22
**letter** 19:8 20:1,4
20:6,7,13,13,17
20:19 21:17
23:5,6,8,12,16
112:4 113:3,6,12
131:8 132:15,17
132:20,21
133:16,19 134:1
134:2,6,11,16,21
135:25 138:5,9
138:14 139:17
140:7,12,17
152:25 208:17
210:16
**letters** 18:12
19:6,12,19,19,22
19:23 22:17,19
135:4 146:23
181:18
**level** 44:2 54:6
65:21 69:11
111:17 112:3
139:20
**levels** 159:24
169:24 170:1
194:3 196:14
**leverage** 111:14
122:24
**leveraging** 116:6
142:4
**library** 33:3
94:20,21,22
**licensing** 198:17
**lieu** 6:12
**limit** 178:7 196:7
196:20

**limitations** 199:2
**limited** 202:13
**line** 37:7 52:20
53:19,23 54:7,7
54:18 56:4 87:7
90:11 98:22,23
109:8,8,15,24
132:7 158:9
161:4 195:18
208:3,12 213:4,7
213:10,13,16,19
**lined** 96:15,24
**links** 94:12
**lisa** 14:12 52:16
53:10 54:1
55:20 59:10
89:20,21 97:1
**lisa's** 53:25
**list** 104:7,9
115:21 121:8
**listed** 61:6 89:10
107:13 113:23
149:7
**listen** 69:11,14
180:15
**listened** 69:3
**listening** 181:13
183:21
**listing** 107:4
**literal** 74:1
**litigation** 26:21
**little** 8:23 13:6
75:1 77:13
106:23 130:21
161:23
**llp** 2:4,10,15,21
3:2,8,13

**load** 74:24 129:1
**loaded** 117:25
119:10 124:24
129:16 130:2
**loading** 11:24
35:8 85:18,25
86:4 129:18
189:19
**loads** 13:17
**locate** 113:24
**located** 95:11
**location** 1:18
**locations** 31:5
**lodge** 202:4
**logic** 40:19
153:13,24
**logical** 51:13
97:5
**logo** 133:8,18
155:25,25,25
156:1,11
**long** 11:14 13:24
13:24 53:9
54:13 56:9
68:22 90:3
121:10
**longer** 162:25
**look** 21:4 23:15
23:17 24:2 25:6
30:7 39:4 47:24
69:21 74:21
76:13 79:3
84:23 85:1
86:11,17,18,24
87:12 90:13
93:3 94:4 96:12
99:23,25 103:24
105:2 114:19,24

**[look - med]**  Page 24

115:3 116:24
117:9 120:21
130:6 133:3,15
133:16 134:16
134:20 138:15
141:4,10 148:3
148:16 150:15
152:23 153:7,15
160:23 163:3
184:23 186:23
187:5 191:22
**looked** 18:21
19:5 20:25
37:22 44:12
48:17 81:15
133:20 134:4
139:11 146:23
152:25 156:9
181:18
**looking** 21:7
43:23 44:1
80:20 88:6 98:6
132:23 134:16
138:5,8,9,14
140:6,11,23
142:19 147:16
147:17 149:4
150:9,14,15
154:17 156:16
158:4 162:8
164:22 168:16
171:2 190:19
192:8,13,21,23
**looks** 39:6 43:17
71:19,23 77:17
87:6,8 88:13
93:24 94:15
96:4 110:2

**lopez** 18:2 85:12
86:5,7 87:16
88:12 209:16
**los** 160:15
168:10
**lot** 56:21 127:5

**m**

**m** 1:21 2:5 207:3
207:22
**ma'am** 7:12
174:14 194:10
196:12 205:11
**maiken** 3:17
**mail** 29:19 75:13
77:15,17 79:4
85:11 87:12
89:9 114:21
115:9,18 116:24
120:14,16,22,24
181:8
**mailing** 20:15
**mails** 75:4 77:4
86:5,6 114:13
120:9 209:7,11
209:15,25 210:4
**maintain** 37:17
68:1,12
**maintained**
64:21
**major** 196:9,21
199:4
**majority** 92:4
**making** 111:15
122:25 140:5
**manage** 38:11
70:7

**managed** 43:6
**management**
28:22 70:25
**manner** 6:20
**manual** 34:7
39:11 40:6,13,16
40:17,23 41:1
**manually** 41:19
99:24 134:11
**manuals** 31:10
31:14
**march** 22:17,18
**mark** 142:21
174:19,22
175:25
**marked** 21:12
23:9 24:18
25:19 26:7 27:3
27:7 75:6 77:6
86:8 93:10
97:24 114:16
120:11 128:22
131:6,10,14
132:9 133:11
143:4,7,11,14
**marking** 27:11
**mary** 120:10,24
120:25 210:6
**master** 143:10
187:3 211:4
**match** 43:21,25
44:1 84:22
135:22
**matched** 66:16
66:17,18
**matches** 41:6
**matching** 66:21

**matt** 5:14 6:1
22:12 51:12
52:6 97:5 103:5
114:22 115:6
129:17 130:14
146:5 153:7
191:4 205:20
**matt.lavin** 2:8
**matter** 4:16
52:10 54:8 55:3
55:5,24,25 121:6
**matthew** 2:5
3:14 15:22
**max** 172:10
173:9 177:9
178:8
**maximum**
117:14 172:14
177:4
**md** 67:8
**mean** 48:5 59:4
65:23 66:18
74:8 76:10 79:8
89:9 98:19
111:1 123:18
130:15 140:4,5
148:12 152:20
181:5 183:2
188:4 205:13
**meaning** 30:24
93:16
**means** 60:7
69:16 76:4
112:22 124:7
187:25 205:5
**med** 30:13,20
31:19,22 70:11

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 240 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[media - move]                                                    Page 25

**media** 4:13 9:3
51:20 97:11
119:24 144:6
204:17
**medicaid** 73:15
**medical** 29:24
32:3 36:23
56:17 57:3,7
66:25 67:2,5,7,8
70:7 78:7 80:6,8
147:13,18
163:12 164:13
165:4 166:5
170:4 196:8,20
200:17
**medicare** 73:15
153:20
**meet** 15:13
54:13 56:9
136:12 148:14
**meeting** 121:3
**meetings** 15:25
16:3
**member** 19:9
20:8 36:10 43:8
50:11 51:4
55:16 57:15
60:10,16,22 61:4
61:14,20,22 62:1
62:11,25 63:3,19
63:21 64:16
65:19,25 66:6
84:15 90:14,19
90:19 92:8
108:14,23 109:5
111:5 121:11
122:1 124:19
131:20 132:1

135:21 139:13
139:15 140:16
140:21 142:8,15
143:23 148:8,13
150:19 151:1,8
155:24 157:17
157:21,25 158:4
160:22 161:8
163:9,22 167:23
169:23 170:5
179:22 181:17
192:15 194:13
203:11
**member's** 30:7
36:4,21 57:18
90:8 91:5,12
108:11 135:12
138:3 139:20
160:6 181:23
195:4 203:13
**members** 13:10
18:18 29:12
36:5 59:4,5,23
62:19 64:8
69:16 89:25
108:1,3,4,17
111:13 123:15
**mental** 30:1 95:1
136:8 200:10
**mention** 135:16
153:18
**mentioned** 9:11
20:25 35:21
40:6 43:16
55:21 57:21
**mentions** 108:14
117:1

**met** 15:17,20
41:10 56:6
170:12 177:9
**method** 38:5,7
**methodologies**
95:23 138:2
140:10 141:13
**methodology**
47:17 137:12
138:7 141:5
**middle** 95:1
115:8 189:23
**mike** 36:14,15
36:17,25 37:2,9
**mill** 160:15
168:10
**millea** 128:21
131:6,9 159:21
167:24 210:10
210:13,17
**millenia** 159:21
**millions** 92:1
**mind** 81:4 85:7
158:18 194:12
**mining** 57:23
**minute** 27:1
51:14 77:9
204:16
**minutes** 53:12
54:15 59:13
65:1 164:5
186:25 204:10
**misalignment**
84:4
**mischaracterizes**
49:2 95:25
**mischaracteriz...**
182:16

**misrepresentat...**
57:11
**mission** 3:15
**mm** 162:14,14
163:7,7 170:2,2
170:10,10
174:20,20
177:11,11
178:12,12 179:1
179:1
**mnrp** 117:11,13
117:19,23 118:6
118:16
**modiano** 2:10
5:18
**modifier** 58:21
74:8,11
**modifiers** 58:7
74:6
**modify** 58:17
**moment** 129:1
143:17 161:2,9
166:19 167:19
167:19 168:20
169:19 170:24
171:7 172:12
173:24 176:13
176:14 177:17
194:22 197:13
199:8 200:25
201:17
**moments** 161:15
**monica** 114:15
116:25 210:2
**morning** 7:12
193:19
**move** 25:4 26:4
69:23 103:14

114:8 121:14
127:11 166:18
**moving** 103:16
**msi** 95:11,15
96:2
**multiplan** 1:9
3:1 5:23 17:1,4
61:22 75:14
156:11 205:1
**multiple** 31:25
56:23 73:18
**muted** 144:22
**myriad** 90:4

**n**

**n** 16:8,9,9 52:19
159:15 167:6
208:1
**name** 4:22 7:12
8:19 9:14,19
10:7,13 16:6
17:14,20 32:13
34:25 35:4 71:6
106:24 114:1
146:16,17,21,22
159:10,11
160:13 166:25
167:1,2,23 168:3
168:7 171:12
181:19 183:25
184:1 193:17,18
193:19 194:13
194:18 201:25
202:1
**name's** 159:8
**names** 14:11
52:12

**natalie** 2:16 5:19
**natalie.cascario**
2:19
**native** 93:15
**nature** 8:8 175:7
**naviguard**
127:18,19,20
128:3
**necessary** 214:6
**necessitate** 69:11
**necessity** 66:25
67:3,5,7,13
170:4 196:8,20
**need** 38:13 39:7
41:10 57:1
83:22 84:11
127:4 141:4
167:12,20
168:24 169:1
175:21 179:21
205:17
**needed** 42:5
65:12 110:17
**needs** 25:10 56:1
**negotiated** 60:23
61:3,5,11 79:9
136:20,23 137:3
139:1 141:23
142:4 153:13,15
**neither** 88:12
207:8
**nelson** 3:19
**network** 13:19
14:25 15:2 30:9
30:9 33:11,14
34:8 38:2,6,12
38:23 39:12
40:17,22,23 41:7

41:11,16 42:5
45:22,24 46:4
49:7,24 50:5,18
52:22 53:3
54:19 56:15
62:5 71:23,24,25
72:18 79:17
81:16 82:14
87:3,4 88:17
89:5 90:7 99:1
99:19,21 100:17
101:1,3 103:22
104:1,15 105:17
105:24 107:19
108:9 110:6
111:21 116:6,20
117:14 123:23
124:1 125:21,23
126:2,7,7 127:8
128:9 136:10,13
136:19,21
137:16 138:10
139:1 141:23
149:14 150:4
154:22 155:10
155:13 160:18
160:19 167:11
168:13,17
170:15,16,18
171:4,20 177:23
182:1,5 183:25
184:18 189:2,5,6
189:25 190:5,7,8
190:12,20,22
191:16,19,21,25
192:16 194:5,8,9
194:25 196:10
197:7,9,17,18,19

198:20,24 199:6
199:10 200:5
203:18
**networking** 53:2
**never** 48:12 66:2
79:25 91:23
112:14 163:15
**new** 1:9 43:3
85:23 128:9
194:19
**newly** 126:3
**news** 166:10
**nguyen** 16:5,8
16:14,16
**nguyen's** 16:11
**nicole** 2:21 5:16
77:1 120:7
142:22 144:16
144:17,19,22,25
158:17,21
**nicole.wemhoff**
2:24
**nine** 11:16,22
12:9
**non** 87:4 117:14
148:22 149:7,15
155:25 156:1
190:8,12,20,20
**nonparticipating**
33:18,25
**nonroutine**
196:6,18
**normal** 68:16
**normally** 162:9
**norms** 57:24
58:7
**northern** 1:1
4:18 21:21

**notary** 6:17,18
207:4 214:13,19
**note** 4:4 22:12
25:9 27:5 62:10
129:18 162:6
212:10
**noted** 109:17
148:21 214:7
**notes** 147:22
160:24 162:13
164:20 165:25
**notice** 15:10,11
18:6 21:12,22,25
22:9,23 28:15
29:16 34:2
41:25 46:15
49:14 70:5 72:3
76:10 79:1,20
81:1 82:16 83:9
89:8 90:17
91:20 92:16
94:10 101:10
106:8 107:8
113:10 117:22
122:21 123:24
127:13 149:19
154:7 188:21
191:9 208:14
**noticed** 84:21
128:2
**noticing** 5:12
**notifications**
60:21
**notified** 128:8,12
128:15,16
**november** 8:7
9:13 114:13
209:24

**nqtl** 72:12
**number** 4:19
14:17 21:20
36:22 40:18
43:23,24,25,25
44:1 45:1 55:9
58:4 61:1,15
63:10 71:14,15
93:1 99:15
100:8 106:25
107:1,5 111:22
126:12 134:24
136:25 138:16
142:23,24
144:20 145:8,8,9
150:7 152:3,5
158:22 160:10
161:10 162:8,12
162:25 166:2
173:21,22,25
174:3,5,7,9,12
175:22,22
178:13,16,25
183:24 184:22
184:24 185:3,4,5
193:5,9 201:21
201:24
**numbers** 43:19
45:4,9 74:20
77:3 85:10 86:2
93:13,14,16
114:10 120:15
129:11 133:23
146:18 151:25
163:24 165:14
187:1
**nw** 2:6,11,17,22
3:10

**o**

**o** 40:4 52:19
98:24
**o'malley** 36:14
36:15,17,25 37:2
37:9
**oakland** 1:2 4:19
21:21
**oath** 5:4 6:13,14
**object** 58:24
76:8 100:2
182:15,18,18
190:23
**objection** 6:19
19:21 28:13
29:15 31:1,13,20
32:18 34:1,10
38:8 39:1 41:21
42:12 43:13
44:10 46:12
49:1,12 54:22
55:13 60:18
61:24 62:22
63:8,23 66:15
68:14,17 70:4,18
71:13 72:2,9,23
73:4 74:13
78:10,25 79:19
80:11,25 81:20
82:2,15 83:8,15
83:24 84:24
89:7,11 90:15
91:6,18 92:14
94:9 95:16,24
97:3 101:7
104:8,19 106:7
107:6 113:8
115:25 117:20

119:19 122:11
122:20 123:5,20
124:13,20 125:8
126:18,25
127:12 134:13
135:5 136:2
138:12 139:7,18
140:2,8,18 142:2
142:10,16 149:1
149:16 150:13
150:22 151:4,12
153:5 154:4,20
155:15,21 156:3
156:12,18
182:23 183:3,12
184:14 185:6
186:6,18 188:1
188:20 191:7
202:5,24 203:6
203:21
**objections** 5:8
22:15 25:25
26:11 46:22
47:15,22 49:21
50:15 80:2
101:14 105:14
107:17 112:15
114:4 118:9,17
118:23 119:4,14
127:22 128:5
155:6 157:1,11
157:22 158:7
185:15 191:18
192:7,19
**obscenity** 121:22
**obtain** 196:23
**obviously** 33:17
129:23 130:16

**occasionally**
20:5 57:13
111:4
**occur** 56:1
**ocm** 127:3,8
**october** 75:3
209:5
**offered** 70:11
110:20 122:4
**offering** 203:16
**office** 122:6
**officer** 13:22
**official** 207:13
**offshore** 126:15
126:20,24
**oftentimes** 92:17
**oh** 74:10,25 76:2
134:24 170:22
172:2 178:7,19
193:4 196:23
199:15 205:22
**ohio** 1:19
**okay** 9:11,25
10:16 14:18
15:8 20:24 21:4
23:2,7,15 25:16
36:20 37:9
38:18 39:22
40:5 46:9 50:22
51:11 52:5,15
53:5,9 54:13,17
55:7 57:20
58:12 59:7 60:2
60:14 61:19
62:16 63:3
64:20 65:22
66:12,23 67:4
68:6 69:10,18

72:14 73:19
74:7,15 75:2
76:25 77:11,21
78:5 80:5 81:6
83:4 86:4,5,21
86:24 87:11
88:24 91:2 92:7
93:19 95:2 96:6
96:16,25 99:4,14
99:24 100:9
101:5 102:1,13
102:22 103:10
103:13 104:6
105:6 106:17
109:12 110:9,24
112:2,24 113:18
114:11 115:15
115:16,17 117:8
118:5 120:6,18
121:7 123:14
124:9 127:7
129:14 130:20
132:8,16 133:6
133:10,13,15
134:10 135:9
137:24 138:22
139:5 140:4
145:5 146:10,15
149:21 152:7,14
155:12 156:16
156:21 157:13
158:14 160:20
161:3 164:4,24
166:15,17
167:15 169:3,4,7
169:11,15,18
170:25 172:9,17
172:24 173:4,12

174:11,17,23
175:9,16,20
176:6,15,24,25
177:1,7,8,15,20
178:1,7,10,19,20
178:24,25 179:8
179:9,23 180:12
181:13,16 182:7
182:10,14 183:1
183:10,16,20
184:4,21 185:21
186:11 187:18
188:4 189:22
193:4,5,11 195:2
195:18,19 197:1
198:1,6 199:18
200:10 201:1,6
201:20 202:14
203:10
**old** 160:15
168:10
**once** 20:12 42:22
170:11 177:8
179:17,22
**one's** 103:3
**ones** 23:1 35:8
44:12 164:19
**online** 109:18
**oon** 87:18,23
**op** 160:1 167:14
169:13
**open** 35:16
**opening** 146:15
**operating** 13:22
**operation** 29:20
52:20
**operations** 11:24
12:5,18,19,23,24

12:25 13:16,17
37:6 45:11 48:4
50:16 55:14
69:14 79:23
99:20 108:22
126:19,23
**opportunity**
81:6 158:11
**opr** 60:6,16
61:21 72:8
**option** 63:11,12
63:14 92:25
127:23 153:24
**options** 20:3
137:1 139:21
153:14 157:24
**optum** 3:20 6:3
11:9,9,11,18
12:10,12,14,15
12:17 13:20,23
14:6,9,14 15:22
16:3,4,11 17:3
20:2,17,19 28:12
37:1,2,5,6,7,13
40:9 90:6 102:9
114:23 116:8
117:2 132:24,24
159:8 166:24
171:11 183:5,6
193:17 195:1
**optum.com.**
120:23
**order** 129:21
180:3
**organization**
7:23 8:15,16
13:14 37:7

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 244 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[organizations - party]                                    Page 29

organizations
92:23,23
original 105:21
105:21
originally 99:6
103:21
ors 97:23 98:24
109:17,17,17,22
110:1,5,16,21
209:22
outcome 5:6
19:7,10 98:12
105:12 110:7
134:9
outcomes 8:11
90:1
outlier 43:2
outlined 126:7,8
137:1
outlines 98:10
135:19 184:17
outlining 134:9
outpatient 15:4
33:12 60:8
72:18 122:4
136:8 141:2
178:21,23,24
183:19 194:5
195:24,25 200:1
200:5,9 201:8
202:18
outreach 106:15
outside 28:14
29:16 34:1
41:24 46:14
49:13 70:4 72:2
76:9 77:25
78:25 79:20,23

80:25 82:16
83:8 89:7 90:16
91:19 92:15
94:9 100:3
101:4,10 106:8
107:7 113:9
117:21 122:21
127:13 149:3,18
154:5 181:25
188:20 191:8
outstanding
148:13
override 116:12
116:16
oversee 14:15
overseen 12:22
oversees 37:10
71:1
oversight 45:11
125:17
overturning
105:20
owns 122:23

**p**

p 52:19
p&p 97:23
209:23
p.m. 1:17 4:3 9:4
9:8 51:20,24
97:11,15 119:25
120:4 144:7,11
204:18,22 205:8
206:2
p.o. 195:13
page 23:17 24:23
75:22,23,24 76:1
85:16 86:12

94:25 106:24
112:10 113:18
114:19,21,25
115:8,9,14
116:24 134:20
135:11,12 136:3
136:15 147:8
149:22 151:22
152:2,3,8 153:10
187:12,13,16,17
189:16,24
192:13,13 208:3
208:12 213:4,7
213:10,13,16,19
pages 130:17,25
132:14 192:23
paid 42:7,10,10
42:11 66:19
80:6 90:4
104:23 117:18
122:1 136:1
148:13 150:10
150:11 151:9
157:17 186:16
186:21 204:1
par 70:10
paradise 17:13
38:16 86:7
209:17
paragraph 136:4
187:21
paralegal 16:17
parity 70:1,3,6
70:11,12,17,24
71:1,10,20 72:1
72:7,22 73:3
part 28:20 57:17
74:4 81:7,8

82:12 87:6
88:13 115:13
119:8 125:16,18
163:1 165:11
181:6
partial 160:1
167:13 169:8,13
195:24 201:6
partially 143:25
145:11 179:2
194:20
participant
143:18
participants 4:7
participate
26:22 49:25
participating 6:7
33:18,24 149:9
particular 15:2
17:10 20:21,23
24:9 28:19 47:4
49:11 54:21
58:21 59:7 60:2
81:14 82:6
83:22 88:9 89:3
118:16 121:11
124:10,17 125:6
131:20 133:22
138:3 143:23
150:20 151:22
particularly
30:10 118:14
parties 4:11 6:15
parts 161:21
202:6
party 5:4 6:19
135:16 180:1
207:9

**[pass - play]**                                                                                   Page 30

| | | | |
|---|---|---|---|
| **pass**  110:8 | **pended**  42:25 | **perspective** | **plaintiff**  8:20 |
| 111:24 | **pending**  207:10 | 155:7 194:19 | 9:14 14:19 |
| **passing**  46:6 | **pennsylvania** | **pertain**  23:3 | **plaintiffs**  1:6,20 |
| **patient**  61:6 | 2:6,17,22 | 70:21 | 2:2 5:15 19:13 |
| 129:8 | **people**  14:8 | **pertains**  192:24 | 19:15 23:9 |
| **patient's**  160:3 | 49:18 54:19 | **pharmacy** | 24:21 25:18 |
| **patiently**  197:14 | 56:2 58:21 | 136:24 | 26:1,6,12 27:15 |
| 201:3 | 123:3 179:15 | **phelps**  3:2 5:22 | 44:17 59:3 |
| **paul**  128:21 | **percent**  68:4,20 | **phelps.com**  3:6 | 208:17,22 209:1 |
| 131:5,9 159:20 | 79:10,13 95:10 | **phone**  54:11 | **plan**  18:12,22,25 |
| 167:10,24 | 125:2 135:15 | 61:1 63:10 65:7 | 28:20 55:15 |
| 175:16,18 210:9 | 136:11,16 137:7 | 65:24 68:2,5,12 | 57:18 67:15 |
| 210:13,16 | 137:10 139:10 | 106:25 107:1,5 | 71:19 82:7,24 |
| **pay**  83:22 | 153:19 170:13 | 108:19,21 | 83:5,14,21 92:12 |
| 116:18 122:5 | 170:21 177:10 | 109:13,15 112:2 | 92:20 125:7 |
| 125:2 135:14 | 177:18 183:7 | 112:6 138:16 | 134:20,22,22 |
| 177:9 183:5,6 | 196:2,15 199:10 | 150:7 162:17 | 135:4,14,19,22 |
| 188:16 190:4 | 204:1 | **phonetic**  194:15 | 136:7 138:9 |
| **payable**  66:14 | **percentage** | **php**  178:20 | 139:20 143:10 |
| **payer**  176:11 | 33:23,24 95:7 | 185:22 186:13 | 143:10 150:4,10 |
| **paying**  189:6 | 153:22 | 186:16 194:4 | 152:23 153:3,9 |
| **payment**  12:24 | **percentile**  88:1,3 | 203:16,20 | 156:22,23,25 |
| 13:12,13 38:14 | 122:17 124:16 | **phrase**  47:3,4 | 157:16 176:2,5 |
| 42:13 43:7 | 177:15,18,19 | **physically**  6:9 | 176:23,24 177:9 |
| 52:22 53:1,2,3 | **percentiles** | 31:4 | 181:18,23 187:4 |
| 56:15 66:2 | 49:10 95:23 | **physician**  47:2,6 | 187:4,14,20 |
| 73:21 105:22 | 151:17 153:4 | 47:9 48:22 | 188:5,13,18,23 |
| 110:23 116:14 | **period**  78:6 | 87:25 140:25 | 188:23 191:16 |
| 150:1,2 | 189:7 | 141:13 151:10 | 191:24 199:13 |
| **payments**  42:23 | **periodically** | 183:22 190:12 | 199:17,18 211:5 |
| **pays**  49:10 | 53:14 | 203:3 | 211:5 |
| **pdf**  94:25 152:2 | **permit**  41:8 | **physicians**  87:19 | **plans**  71:9 81:17 |
| 152:2,6,21 | **person**  6:13 | **piece**  108:23 | 156:1,1 |
| **peer**  36:14 | 52:18 54:16 | 130:15 | **platform**  82:24 |
| **penalty**  179:4 | **personal**  8:3 | **pieces**  130:6,22 | **play**  142:22 |
| 196:9 | **personally**  17:15 | **place**  4:11 164:4 | 144:14,17 145:1 |
| **pend**  39:18,18 | 17:21 37:19 | **places**  90:13 | 158:22 180:20 |
| 41:15,17 | | 106:9 | 180:24 181:3,9 |

**[play - pricing]**                                                    Page 31

181:11 193:5
**played** 181:5,6
**playing** 143:25
  145:11,17 159:3
  159:4 161:24
  165:9,16 166:14
  166:20 180:10
  193:12 202:3
**plaza** 3:4
**please** 4:4 5:8,10
  6:20,24 7:6,13
  9:9 51:25 81:22
  86:20 91:7
  97:16 113:2
  115:4 120:5
  129:2 143:17
  144:12 150:6
  159:10,19 160:1
  160:3 165:8
  166:25 167:19
  168:18 193:18
  194:18 195:11
  197:4 200:24
  201:17,22
  204:23 205:22
**plus** 87:3,4
  134:21 136:6
**pmi** 100:14,18
**pni** 53:4 56:7
  58:1 59:8
**po** 176:9
**pocket** 108:12
  172:10,14
  173:10 177:5,9
  197:3,6,19,25
**point** 22:11
  33:16 51:13
  55:22 66:8 97:6

108:20 139:3
  140:5 141:22
  142:8,14 156:22
**points** 99:15
  157:24
**policies** 31:15,18
  31:22 32:7,10,14
  32:15,20,24 33:6
  33:9 34:20 35:7
  128:14 149:3
**policy** 31:10
  33:13 39:12,15
  39:16 50:19
  67:7 94:1 96:4
  98:2,10 100:16
  100:18 101:2
  107:19 114:6
  117:15 172:18
  173:9 176:16
  189:10 195:5
**poling** 52:18
  53:18 54:14
**pond** 160:15
  168:10
**pool** 114:15
  116:25 210:2
**pop** 58:1,23
**populate** 25:11
  37:17
**pos** 176:5,6
**position** 11:15
  11:17,19,25 12:3
  13:20
**positioned** 24:1
**possibility** 85:1
**possible** 96:12
  163:12

**ppo** 134:22
  136:6 176:2
**pra** 42:23 43:8
**practice** 69:13
  129:25
**practices** 72:20
**pras** 18:19
**pre** 85:25 178:11
  178:25 179:9,10
  198:4,4
**precise** 14:17
**predecessor**
  94:21
**preferred**
  154:21
**prep** 52:11 53:10
**preparation**
  21:1 52:3 81:11
  89:2 132:18
  147:3 152:15
**prepare** 15:5,8
  24:9 52:5 101:5
  101:12
**prepared** 11:4
  15:9 80:22
  101:16 102:14
  123:9
**preparing** 16:20
  16:24
**present** 3:18 6:9
  195:6
**president** 11:12
  90:6
**pretty** 112:6
  180:12
**previous** 9:23
  55:8 96:13

**previously** 55:21
  105:17 133:20
  192:14
**price** 41:11 46:4
  46:7,10 49:24
  50:7 63:16 99:3
  101:3 102:10
  111:24 116:16
  118:5 121:14
  124:4,10,16
  127:21 128:3,4
  135:19 138:3,10
  141:8 150:20
  155:9 156:24
**priced** 39:8
  41:15,19 42:7,22
  46:2 50:3 72:8
  103:22 104:1
  106:19 109:25
  115:21 138:19
  139:6,16 140:6
  140:17,24 151:2
  151:2,9,10
  154:25 193:2
**prices** 106:21
**pricing** 38:5,16
  39:14,17,20
  40:22,23 41:12
  41:13 42:5,20,21
  42:24 45:22,24
  45:25 46:4,25
  47:17 49:24
  50:1,2,5,18
  54:19 60:9,17,22
  61:16 62:2,6,9
  62:13 63:1
  71:24,25 72:17
  72:21 73:2

78:20 79:18
82:8,14 83:21
99:1,19 101:1
103:20,24 104:1
104:15 105:1,10
105:16,18,20,25
107:19 108:2,5,9
108:15 109:21
110:1,3,6,18,19
113:14 116:7,12
116:21 118:7,15
121:14,21 122:8
122:18,24 123:4
123:17 126:7
128:9 135:16
137:13 138:7,24
139:21 141:5
142:1,4,8,15
151:13 192:17
**primarily** 57:12
**primary** 89:22
**printout** 85:17
**prior** 11:17,19
11:25 41:7 53:8
65:6,13,14,15,20
67:15 179:24
196:23
**pro** 71:23
**probably** 9:1
13:8 14:18 65:2
69:8 86:3 147:5
152:1 169:1
176:7 186:24
205:12
**problem** 25:15
146:10
**procedure** 22:1
31:10 39:12

94:1
**procedures**
31:15,19 32:7,10
32:14,15,24 33:6
33:9 34:20 35:7
128:14
**proceed** 6:23 7:6
9:9 51:25 52:2
97:16 120:5
144:12 195:8
204:23
**proceeding** 5:8
**process** 20:6
30:23 33:17
40:5 45:21 46:1
46:25 50:23
51:2 65:7,9
69:19 81:9 88:2
90:22 100:5
106:3 111:11,14
114:2,3,6 119:9
125:18
**processed** 33:23
136:4
**processes** 81:24
102:2,5 128:12
149:3
**processing** 13:1
28:1,5,11 29:25
30:2,19,25 31:11
31:16 32:3,4
33:11,14,17 34:8
35:11 42:13
48:4,7 55:12
70:21 81:18
83:20 84:16
104:11 128:13
139:24 149:6

**processor**
106:11
**processors** 39:11
40:15 55:4
**produce** 26:20
50:7
**produced** 32:9
34:16 64:5
128:19 129:6
130:8 143:22
202:7
**product** 75:19
76:6,23
**production**
26:12
**professional**
1:21 8:2,4 87:19
141:20 159:9
184:2 185:5
186:1 207:4
**program** 38:1
39:5 42:6 45:14
45:18,24 46:21
49:10,20 50:14
50:20 78:19,20
78:22 80:17,17
80:24 103:22
122:19,24 123:1
123:4,18 127:8
127:11 128:4
138:10 140:25
141:8,14,14
150:11,12,20
151:3 154:19,23
154:24 155:3,5
155:13,19,19,20
157:4,10,18,19
192:5,18

**programs** 46:20
46:24 71:24,25
72:1 88:18 89:6
95:22 116:7
125:22,23 126:2
128:9 149:15
**properly** 8:10
115:21
**protective**
129:21
**provide** 124:2
**provided** 43:24
43:25 57:14
61:1 99:12
105:24 118:3
136:18 147:18
190:8 191:21
200:8
**provider** 11:23
12:24 13:16,17
13:18,18 18:11
18:14,15 19:9
20:8 29:1,7 36:9
36:20 41:7 43:8
44:23 50:11
51:3 53:8 57:4,5
57:21 58:3 60:1
60:24 61:5,12,17
65:11,19,25
66:11,12 67:10
77:18 87:23
90:2,7,10,13,22
91:3,15 98:21,21
98:23 100:13
106:10 107:13
109:15,16,24,24
110:4 111:1,1,3
111:21 112:12

CONF AEO 30(B)(6)Denise Strait                    July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[provider - reading]                                                    Page 33

113:2,25 117:19
122:6 124:19
136:11,19,22
139:2 141:24
148:11 149:10
154:21 158:4,9
182:1,4 183:2
184:1,4 185:2
186:11 189:4,6,7
190:7,9,12
191:21,25
194:18,25
203:12,12,15
**provider's** 30:8
30:11 57:22
**providerexpre...**
195:16
**providers** 13:10
13:19 18:15
33:18,24,25 36:6
43:22 44:20
57:16 58:5 68:2
68:9 69:17
89:25 91:10
92:7 111:14
123:14,15,23
124:1 137:16
**providing** 70:9
**public** 207:4
214:19
**published** 73:15
137:7,11 153:20
**pull** 47:23 84:3
84:16 96:21
135:22 138:6
168:20 172:12
176:13

**pulled** 168:6
**pulling** 168:1
169:19
**purpose** 94:14
107:4
**purposes** 70:24
**pursuant** 21:25
22:9
**pursuing** 51:6
**put** 27:8 97:17
134:12 158:17
173:16 174:18
175:25 179:23
**putative** 59:3,5
104:7
**puts** 20:14
**putting** 82:23

**q**

**qr** 100:11
**quality** 4:5,6
50:6 92:2
**quarter** 201:11
201:14
**question** 16:19
22:5 24:25 29:5
40:1 54:24 55:8
55:17 64:16
69:25 71:5
76:20 81:22
87:13 91:15
94:18 96:6,17
99:2 102:18
103:3,5 106:10
106:11,14 108:6
114:18 115:20
122:7 123:7
140:10 158:12

174:19,22
175:11,25
182:18 191:3,12
**questioning**
77:13 110:4
**questions** 28:4
52:10 54:21
61:2 62:25
76:17 86:16
121:10,11
130:14 174:23
175:5 204:8,24
205:2,4
**queue** 39:19
41:14 43:6
**quick** 6:5 75:10
144:3 186:24
195:17
**quicker** 129:10
**quickly** 25:6
151:20
**quite** 173:5
180:17
**quote** 87:9 125:3
125:5 173:14
184:19 185:18
**quoted** 135:14
**quoting** 89:13

**r**

**r** 2:10 98:24
159:15 167:6
193:20 213:3,3
**r&c** 38:1,5,13
39:14,17,19 42:6
60:25 87:18,20
88:1 95:7
121:14 122:9,19

123:4 127:11
128:3 141:7,14
141:19,25
**r&os** 26:6
208:25
**raise** 6:24
**raised** 115:19
**rank** 121:22
**rate** 61:3,4,11
99:22 118:24
119:1,3,5,9
125:2 153:15
183:7,11,19
199:6,9
**rates** 117:23,25
118:19 119:10
123:25 135:15
136:20,22 137:4
137:7,11 139:1
141:23 153:14
153:20 158:11
**ray** 18:2 85:12
86:7 87:16
88:12 209:16
**reach** 54:25
55:20 78:9
84:17 110:22
**reaching** 78:15
**read** 6:5 23:19
24:23 30:4,5
76:17 87:25
121:10 130:17
145:7 154:2
188:22 205:6,24
212:9 214:5
**reading** 90:23
125:14

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 249 of 265
CONF AEO 30(B)(6)Denise Strait                    July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[ready - references]                                                Page 34

**ready**  18:6 43:4
  195:21 196:11
**real**  75:10 144:3
  186:23
**realize**  192:12
**really**  88:13
  95:20 149:5
  153:10 163:21
  175:2
**rear**  3:21
**reason**  64:12,17
  64:19 91:14
  94:15 100:20
  105:3,9,10
  212:11 213:6,9
  213:12,15,18,21
**reasonable**  38:4
  39:5 42:20
  45:14 46:21,24
  47:3,9,11,13
  48:10,13,13,21
  48:22 49:10,19
  50:3,13 63:14
  95:4,20 123:17
  135:15 140:25
  141:13 150:10
  150:12,19 151:3
  151:10 154:19
  157:18,19
  177:13 181:24
  182:12 192:5,6
  192:17 193:2
  199:11,12
**reasons**  40:18
**rebecca**  17:13
  86:7 194:14
  209:17

**rebecca's**  17:14
**recall**  8:10 9:15
  10:18 11:7 16:1
  19:1,2,20 26:19
  27:23 35:2
  48:23 49:3 69:2
  122:13 125:12
  156:13
**receipt**  212:18
**receive**  38:12
  62:19 66:8 68:8
  84:1 90:14
  115:22 116:1
**received**  40:8
  59:25 63:3,4
  64:9 84:11 90:3
  108:1,4,8 134:7
  136:10 163:6
**receives**  107:25
  149:14
**receiving**  185:13
**recess**  9:6 51:22
  97:13 120:2
  144:9 204:20
**recite**  184:12
**recognize**  21:16
  76:21 86:14
  87:5,24 93:20
  98:1,2 133:25
  146:22,25
  152:11,24 174:6
  180:16 186:4,8
**recollection**  25:3
**recommend**
  90:25
**recommendation**
  87:17

**reconcile**  78:3
**reconciliation**
  77:15
**reconciling**
  77:19,20 78:6
  89:4
**reconfirmation**
  63:16
**reconsider**  98:11
  111:23
**reconsideration**
  97:23 98:9,14
  99:2,5,17 101:3
  103:15,18,21
  104:16 105:9,13
  107:25 109:12
  109:14 110:24
  110:25 111:4,9
  111:18,25
  113:12 209:22
**reconsiderations**
  98:25 102:15
**reconsidered**
  99:22
**record**  4:2,12
  5:12 6:6 7:13
  9:1,2,5,8 22:13
  27:6,10 51:17,21
  51:24 57:3
  68:11,19 97:9,12
  97:15 119:21
  120:1,4 128:21
  128:25 129:7,19
  130:9 131:17,21
  144:1,2,5,8,11
  144:24 145:12
  146:1,2,9 161:7
  204:12,15,19,22

  205:9 207:7
  210:9
**recorded**  4:9,14
**recording**  4:6,10
  69:1,3 142:21
  143:21 144:14
  144:15,18,20
  145:13 158:16
  158:18 165:11
  165:13 180:20
  181:11 193:6
**recordings**  68:2
  68:3,13,23
**records**  57:8
  67:9 162:18
**recovery**  160:14
  168:9
**reduced**  150:1,2
**refer**  41:11
  45:21 51:8 62:3
  63:17
**reference**  21:6
  73:20 81:16,17
  81:25 112:16,21
  133:19 136:16
  149:6 151:13,16
  153:22 157:3,3
  162:11 164:20
  166:2 182:7,12
  192:9 201:21,24
  202:17
**referenced**  23:6
  24:10 57:19
  82:22 98:24
  149:4 181:19,21
  183:18,24 212:6
**references**  162:3

**[referencing - representative]**                                      Page 35

referencing
  79:14 87:8
  113:7
referred  38:14
  38:15 47:8
  48:12 49:23
  51:9 54:7 62:25
  63:6 105:4
  106:4,6 137:13
  148:20 188:19
referring  21:23
  94:8,12 113:13
  135:11 182:11
  193:4
refers  100:15
  106:3 112:13
  142:8 155:13
  183:22
refine  129:21
reflected  18:19
reflecting  88:17
reflects  64:17
refresh  75:1
refreshing  85:22
regard  8:11
regarding  27:10
  126:1 138:17
  143:24
regards  72:21
  83:19 122:9
regional  29:19
registered  1:21
  207:3
regular  78:4
  205:18
regularly  53:14
  53:15,15 54:16
  125:20

regulatory  70:22
  71:11 111:15
reimbursed
  203:19
reimbursement
  14:25 15:3
  87:18 117:14
  135:13 189:10
  199:5,9
relate  19:12
  31:11
related  5:4 15:2
  18:16,25 19:16
  37:11 60:16
  63:1 73:2 98:13
  104:16 108:9
  122:19 143:22
  181:17 207:9
relates  60:6
  76:14
relationship
  28:10
relative  57:3
  59:8
relay  124:19
release  43:5
  160:23 166:6
released  43:5
releasing  46:8
relevant  180:25
  181:3
rely  91:3,10,22
remark  100:24
remember  7:21
  8:8,12,19,22
  9:16,19,25 10:7
  10:10,13,19,21
  15:16,19 18:9,13

  18:15,18,24
  19:15 22:25
  23:1 48:24
  56:12 59:12
  73:1 81:12,14
  82:5 88:9,15,15
remembered
  9:14
remittance
  18:11,14,15
remotely  4:22
  6:11,14
rendered  57:9
  57:10 66:5,12
  141:18
rep  110:22
repeat  40:1
  46:18
report  13:21,22
  14:2,5,8 36:12
  36:13 50:17
  76:22
reported  1:21
  13:25
reporter  1:21
  4:25 6:4,22 7:5
  8:25 16:6 25:13
  32:21 39:25
  45:6 112:18
  145:3,18 159:6
  162:1 165:18
  166:22 182:2
  193:14 205:14
  205:20 207:1,4
  208:8
reporting  6:10
  6:20

reports  14:10
represent  14:19
  52:13 100:19
  105:7 181:5
representative
  10:2,5,24 16:4
  16:13 22:2
  55:16 138:1
  159:7,13,16,23
  160:2,5,9,12,17
  160:21 161:1,5
  161:11,14,18
  162:2,15,23
  163:7,11,25
  164:3,9,16,25
  165:7,19,22
  166:9,12,23
  167:4,7,15,18,22
  167:25 168:5,12
  168:19,23 169:3
  169:7,11,15,18
  169:22 170:3,11
  170:17,20 171:1
  171:10,15 172:4
  172:7,11,24
  173:1,12,18,23
  174:4,13,17,20
  174:25 175:13
  175:18,24 176:4
  176:9,12,18,21
  177:6,11,14,16
  177:24 178:4,9
  178:12,15,22
  179:1,5,12,25
  180:4,6,8 184:11
  184:12 193:16
  193:21,25 194:7
  194:11,16,21,24

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 251 of 265
CONF AEO 30(B)(6)Denise Strait                    July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[representative - right]                                    Page 36

195:3,12,20,23
196:13 197:2,5
197:12,23 198:3
198:8,12,19,22
198:25 199:3,7
199:14,20,23
200:3,7,12,18,23
201:2,9,13,16,19
201:23
**representatives**
89:4 126:10
130:10 146:21
**represented** 7:24
15:21 104:13
110:16
**representing**
4:23 6:2
**reprice** 115:23
180:2
**reprocess** 110:18
**request** 65:18
68:25 84:2
98:11,14,20 99:2
99:5,6,17 103:20
104:16 105:13
109:13,14
111:25 116:2
117:1 134:8
**requests** 26:12
35:17 107:25
115:23 116:11
**require** 39:11
45:2 55:24
67:15 160:22
**required** 41:8
43:9 62:10
170:1 178:11
196:5,6,17

214:13
**requirement**
39:13
**requirements**
70:22
**requires** 39:17
116:13
**research** 94:7
**residential**
159:25 167:13
169:8,10,12
185:22 186:13
186:16 196:1
202:18
**resolution** 98:10
**resolve** 54:2
**resolved** 163:19
**resource** 92:10
**resources** 90:13
137:5 153:16
**respect** 59:21
**respond** 60:10
60:15 64:8
105:23 126:1
**response** 6:21
20:17 25:18
48:11 84:10
105:15 110:13
134:2,8 135:4,7
135:10 191:6
208:21
**responses** 25:25
26:11
**responsibility**
61:7,8,14 62:13
148:10 154:14
**responsible**
12:20 34:23

35:8 37:14
137:17 154:2
170:5 189:3,5
190:5,11 192:2
**restate** 81:21
191:11
**result** 98:23
104:14 108:2
109:16
**return** 42:22
46:4 212:13,17
**returned** 49:25
**revenue** 58:13
58:16 74:7
**review** 18:5
20:16 24:11
39:11,12,20 40:6
40:14,16,17,24
41:1,2,4 56:16
57:7 59:7 62:4
65:15 67:7,8,9
81:7,10 84:7
86:20 92:19
95:6 105:19
109:20,21 110:6
115:4 147:2
152:16 212:7
**reviewed** 19:3
19:11 39:10
77:11 86:21
104:10 117:2
132:17 152:14
**reviewing** 15:9
115:8
**reviews** 56:17
57:3 82:11,19
**rfps** 26:7 209:2

**rh** 1:4 2:2
**richard** 14:4,6
**richland** 207:14
**right** 6:4,25 14:9
18:21 22:22
25:22 27:24
33:7 40:21
41:20 43:18
44:5 45:15
48:18,25 50:7
51:19 55:12
56:2,8 57:22
66:20 69:21
74:18 75:25
94:2 95:6,8,23
97:17 98:6
100:7 101:12
102:9,15 103:19
104:18 105:13
109:2 110:13
111:22 112:3,7
112:13,24 114:7
124:12,14
130:19,23
133:25 135:3,23
139:3,6 142:9,20
143:1 144:4
148:23 152:2
153:1,8 158:15
161:4 162:6
164:1 167:7,18
167:25 168:5,12
168:20 169:22
173:13,15,25
175:3 180:12
187:17,19
189:13 190:21
194:9,11,16,21

**[right - see]**                                                                Page 37

195:20,23
196:13 197:14
199:7,10 200:18
201:20 203:2,25
204:9,11 205:2
205:24,25
**rightee** 97:10
198:10 205:7
**rights** 112:1
**rite** 143:9 187:3
211:4
**road** 1:18 160:15
168:10
**robbie** 52:23
53:6,6 64:24
65:5
**role** 13:3 14:14
16:11 17:3
34:19
**roles** 13:4
**room** 6:9
**rouge** 3:5
**rough** 205:13,13
205:17,19,21
**route** 99:22
**routed** 30:6
38:24 98:25
99:18 101:21
102:10
**routine** 196:7,19
**routing** 109:18
**rpr** 207:22
**rule** 22:1
**run** 43:1 100:17
163:16 176:22

**s**

**s** 53:7 64:25
98:24 120:23
208:11 213:3
**safe** 66:23
**salt** 176:10
195:13
**sam** 3:19 4:23
**san** 3:16
**satisfied** 197:20
197:24
**satisfying** 196:3
196:16
**savings** 78:18
79:9 80:24
98:12 148:20,23
149:5,7 154:23
154:24 155:3,4,8
155:13,18,20
157:4,10 180:5,7
**saw** 152:24
192:13
**saying** 29:7 46:7
83:20 84:20
118:7 135:14
**says** 23:18,19,21
24:2 63:5 73:12
74:11 75:19
76:3 79:3,5
87:15,16,21 94:5
94:6,25 95:4,6
95:10 100:10,13
106:24 107:12
108:10 109:24
110:2 112:10,12
112:25 113:1,2
113:22 120:21
120:22 121:2,7

121:25 122:3
132:20 134:19
134:21 135:23
136:17 147:12
147:13,21,24
148:3,10,16
149:25 165:11
187:2,5,13,21
189:2,12,24
190:2 192:2
**scenes** 128:16
**schedule** 149:8
149:11
**scheduled** 69:15
90:1
**schedules** 13:18
**schmidt** 52:16
53:10 59:10
60:12 89:20
97:1
**schmidt's** 54:1
**scope** 28:14
29:16 34:2
41:24 45:10
46:14 48:3,6
49:13 70:5 72:3
76:10 77:25
79:1,20,23 81:1
82:16 83:9 89:8
90:16 91:19
92:15 94:10
100:3 101:4,10
106:8 107:7
113:9 117:21
122:21 127:13
149:19 154:5
188:21 191:8

**scott** 120:10,16
120:19,21,23
121:2 210:5
**screen** 4:9 21:8
95:12,15 96:2
113:24 143:17
143:18 145:6
171:5
**screenshots**
37:23,25 48:17
**script** 64:8,15,19
108:13
**scripting** 59:23
**scripts** 64:1,4,20
108:16
**scroll** 24:24 75:9
77:10
**se** 31:14
**seal** 207:13
**sean** 75:5 209:8
**second** 13:5 21:8
23:17 27:15
29:4 52:18
53:24 60:24
62:4 79:4 87:12
93:17 105:19
110:7 119:22
120:22 133:16
134:20 144:4
146:9 187:12
**secondly** 166:4
**seconds** 180:23
**section** 87:18
94:11 134:22
135:25 136:7
153:9
**see** 21:7 23:17
23:23 25:23

26:14,15 27:16
57:4,13 58:2
71:9 75:18,21
78:13 79:11
86:25 87:21
95:4,5,8,13,20
96:21 97:19
100:10 106:18
107:2,14 110:7
110:25 113:4,19
121:16 127:4
132:14 133:4
134:19,23,25
136:14 137:1
140:20 144:3,15
146:14,16,17
147:7,13,21,22
148:1,2,5,17
149:23,25 150:8
151:16,18
152:21 156:21
160:18,23 161:8
162:12,18 165:2
165:4,25 169:12
169:25 170:12
172:2,11,14,17
172:18,23 173:6
174:4,8 175:9,21
175:21 176:15
178:19 179:6
185:9 187:7,13
187:19 189:17
189:23 190:16
192:4,9
**seeing**  48:24
49:4 179:22
**seeking**  123:15
186:12

**seeks**  44:23
**seen**  4:8 22:6
23:12 25:1,7
26:16 27:18
37:24 48:16,17
48:20 62:23,24
98:3 104:9
129:4 156:10,14
187:9
**select**  127:24
**selected**  39:5
154:18
**self**  175:14
**send**  19:8 20:13
39:7 62:10
110:1 111:23
113:2
**senior**  11:23
52:17 55:4
**sent**  39:14 42:21
102:16 103:19
105:18 109:20
112:4 117:1
132:25 133:1
212:14
**separate**  30:22
31:18 166:6
**september**  24:17
143:9 187:6
208:18 211:3
**series**  40:9
**serve**  28:18
**service**  13:9 36:2
36:3,19 43:21
44:2,24,25 51:5
57:8,9,11,14,15
66:1,2,16,20
67:14,14,16

69:16 84:19
87:9 88:21
92:18 98:16,19
98:21,22 109:15
109:24,24
118:16 123:18
125:1 132:2
136:1 147:6,12
153:21 158:12
188:6 191:22,23
**services**  15:2,4
29:2,9 44:4,4,6,8
44:9,21 50:11,11
57:7 58:5 66:4,9
66:13 67:1
73:16 81:16
84:18 99:10
106:20 117:5
118:19 123:16
136:9,18 141:17
141:20 147:14
147:18 150:4
155:25 163:9
185:22,25 186:1
186:2,5,9 190:8
190:9,10,20
191:17,20 194:6
196:6,7,18,19
203:12,16
**serving**  10:23
**set**  25:10,19 26:1
26:6,12 82:21
208:22 209:1
**sets**  31:18 32:6
33:6
**setup**  84:8 116:3
**seventh**  26:6,12
209:1

**share**  21:2 27:7
52:12 57:16
108:12 124:8,10
124:23,25
143:16 145:5
148:8
**shared**  78:18
80:24 98:12
149:5 154:23,24
155:3,4,8,12,18
155:20 157:4,10
**shares**  57:16
**sharing**  126:4
143:18
**sheet**  212:11
**shift**  58:6
**shorter**  181:10
**show**  57:23
69:24 130:16
160:18 168:13
168:14 174:6
**showing**  170:21
171:2,3,19
**shows**  171:5
174:9
**sic**  64:24 186:23
**side**  25:8 70:9
132:6,7 163:13
164:13,17 165:4
165:25 166:5
**sides**  171:3
**sigler**  3:9 5:24
5:24 15:22
19:21 22:11
28:13 29:15
31:1,13,20 32:18
34:1,10 38:8
39:1 41:21,24

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 254 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[sigler - specializes]                                              Page 39

42:12 43:13
44:10 46:12,14
46:22 47:15,22
49:1,12,21 50:15
51:12,18 52:1,8
54:22 55:13
58:24 60:18
61:24 62:22
63:8,23 66:15
68:14,17 70:4,18
71:13 72:2,9,23
73:4 74:13 76:8
78:10,25 79:19
80:2,11,25 81:20
82:2,15 83:8,15
83:24 84:24
86:15 89:7
90:15 91:6,18
92:14 94:9
95:16,24 97:3
100:2 101:7,9,14
101:16,23 102:1
102:17,25 103:2
103:10,13 104:8
104:19 105:14
106:7 107:6,17
112:15 113:8
114:4,20 115:1
115:25 117:20
118:9,17,23
119:4,14,19,23
122:11,20 123:5
123:20 124:13
124:20 125:8
126:18,25
127:12,22 128:5
129:3,17 130:13
130:20,23

134:13 135:5
136:2 138:12
139:7,18 140:2,8
140:18 142:2,10
142:16 145:14
146:3,10 149:1
149:16,18
150:13,22 151:4
151:12 153:5
154:4,7,20 155:6
155:15,21 156:3
156:12,18 157:1
157:11,22 158:7
180:19,25 181:4
182:15,23 183:3
183:12 184:14
185:6,15 186:6
186:18 188:1,20
190:23 191:2,7
191:18 192:7,19
202:4,24 203:6
203:21 204:9,12
204:15,24 205:5
212:1
**sign** 205:6,24
212:12
**signature** 207:21
**signed** 11:5
116:15 181:24
212:20
**significant** 58:6
**silent** 164:4
**similar** 58:10
93:25 132:7
147:3,5 153:21
**similarly** 1:4 2:3
151:7

**simms** 120:10,17
120:19,21,23
210:6
**single** 34:13,14
36:10
**site** 33:2
**situated** 1:5 2:3
**situation** 61:19
61:23 69:10
77:22 87:3
116:17 163:4,23
**situations**
105:11 118:22
**six** 7:20 8:1
**skip** 100:7 117:8
136:23 161:20
165:10 187:20
**skipped** 146:13
**smaller** 130:15
**sme** 121:4,5
**snippets** 131:2
**sod** 112:12
**sole** 71:9
**solely** 189:8
**solemnly** 7:1
**solutions** 4:24
5:2 78:15
212:23
**somebody** 17:15
17:21 20:2,4
53:13 55:10
83:19 89:17
96:19 99:24
109:1
**soon** 179:10
**sop** 95:4 113:3
113:15

**sops** 32:15
**sorry** 8:22 21:20
29:4 44:17
46:18 47:5
52:25 59:11
65:22 74:25
75:25 77:19
112:18 115:1
132:10,25
142:11 154:11
161:15 166:10
170:7 183:6
199:15 200:3
201:13
**sort** 69:10
**sound** 173:14
**sounds** 51:18
173:13
**source** 70:20
124:17
**sources** 90:25
141:17
**south** 207:5,15
**southeast** 212:15
**space** 131:18
**span** 44:3
**spd** 19:4 81:15
82:1 84:3,5,16
84:18,22 90:23
189:11,13
203:11
**spds** 81:7,11,18
82:11,13,19
**speak** 67:9 92:21
**special** 56:24
57:2,6
**specializes** 12:17

[specialty - surg]                                                    Page 40

specialty  30:11
specific  32:2
  64:7,18 74:6
  85:4 108:10
  125:23 126:6,12
  132:3 157:2
  184:16
specifically
  10:18,19 11:10
  19:17 23:1 24:8
  33:11 35:2
  59:12 89:14
  93:21 106:22
  138:13 141:5
  142:18 158:1
  193:1
specified  181:25
specify  111:19
spell  159:14
  167:5
spends  78:8
spoke  53:9,17
  56:20 64:23
  165:22
sponsors  149:14
sportsman  1:18
spreadsheet  76:4
ssp  97:22 113:1
  209:22
staff  126:2
stamped  29:21
stand  112:12,21
standard  58:11
  69:13
standing  159:20
  167:11
standpoint  65:20

stands  110:23
start  65:12 66:20
  137:9 164:10
started  194:12
starting  199:18
starts  41:4 88:1
  195:5
state  5:8,10 6:16
  6:18,20 7:12
  198:17 200:1
  207:5
stated  80:22
  99:11 186:12
statement  131:5
  210:13
states  1:1 4:17
stats  92:3
status  30:9 31:24
  90:3
stay  146:1,8,8
  162:16 170:4
  195:18
stephan  160:7
steps  109:9
  111:11 128:13
stevens  114:14
  210:1
sticker  27:8
stickers  25:11,14
stipulation  6:5
stop  38:19 158:5
stored  33:1,4
strait  1:15 4:15
  6:24 7:8,14,15
  9:11 14:8 21:12
  22:3,13,20 28:15
  34:3 52:2,8
  76:15 77:5

86:19 115:4
  191:10 202:12
  205:10 208:5,15
  209:13 212:5
  213:2,24 214:2,4
  214:12
strategic  78:14
street  2:11 3:4
  3:15
strike  125:12
  181:21
subacute  159:25
  167:13 169:13
subject  22:15,19
  40:22 52:10
  54:8 55:3,5,24
  55:25 87:7
  116:20 121:6
  192:16
submit  84:6
  113:22 171:17
submits  29:1,7
submitted  13:2
  29:11,12,19
  38:21 111:5
  203:20
submitter  134:7
subrogated  57:2
subscribed
  214:14
subscriber
  175:16,19,20
subsidiary  12:14
substance  30:1
  65:4 73:13
  112:5 118:14
  159:19 167:10
  167:12 169:16

194:2 200:11
sufficient  198:18
suggest  90:9
suggests  156:24
suite  2:6,12,17
  2:23 3:4,15
summary  18:11
  18:22,25 28:20
  82:24 83:5,13,20
  92:12,20 135:22
  143:10 187:4
  211:5
summit  160:14
  168:9
supervisor  54:6
  163:3,18 164:12
supplement
  94:14
support  57:8
  82:7,13 109:10
sure  19:3 23:4
  35:3 43:2 44:19
  51:16 52:7,9
  65:3 67:17 76:2
  76:13 81:24
  82:13 85:19
  91:10 95:21
  96:9 97:8
  111:15 115:10
  118:11 119:23
  161:6 162:3,5
  164:3 171:8
  175:3 177:21
  181:3,9 182:17
  191:14 201:1
surg  30:13,20
  31:19,22 70:11

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 256 of 265
CONF AEO 30(B)(6)Denise Strait          July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[surgical - testified]                                          Page 41

**surgical**   29:24
  32:3 36:23 80:6
  80:8
**survey**   195:17
**susan**   1:21 4:25
  205:16 207:3,22
**suspect**   113:11
  141:9
**suspicion**   113:16
**swear**   6:6 7:1
**switch**   165:13
**sworn**   6:18,25
  7:9 214:14
**syncing**   96:9
**synonymous**
  188:9
**system**   20:7,9,14
  29:21 30:4,19
  31:7 36:8,10
  37:15 39:6 40:9
  40:12 41:20
  43:3,10,11,17
  53:24 84:5,23
  109:19 133:4
  134:17 138:6
  140:11 141:4
  142:19 150:16
  163:3 164:22
  167:20 170:23
  171:6,18 173:20
  178:3 198:15
**systems**   83:7
  117:25 119:11
  162:5

**t**

**t**   208:11 213:3,3

**tab**   77:1,1 85:8,9
  93:5 97:18
  114:9 120:8
  128:18,18
**table**   74:10
  86:13,25 87:5
  94:6,11 187:13
**tactics**   121:20
**tagging**   94:15,16
**take**   4:11 23:15
  25:14 33:22
  37:10 51:14
  68:7 77:9,16
  84:23 93:17
  97:6 99:23,24
  110:5 114:24
  130:6 133:15
  145:19 164:7
  171:22 172:21
  174:15 176:8
  195:9 204:10
  205:19
**taken**   1:20 4:15
  10:20,22 79:10
  92:1 188:7
**takes**   30:7
**talk**   40:21 54:5
  73:23 89:17,19
  100:21 102:14
  108:17 121:3
  204:16
**talked**   42:17
  52:21 80:16
  92:7 141:12
  184:21 203:17
**talking**   9:12
  18:13 67:25
  73:24 74:1 88:7

**181**:7
**tax**   113:25
  160:10 183:24
  184:22,23 185:3
  185:4,5 186:14
**taylor**   3:3 5:21
  205:2,15
**taylor.crousillac**
  3:6
**team**   17:24 35:3
  35:6,12 36:19
  38:14 39:20
  41:12 43:1
  45:22 49:18
  50:5 52:23 53:4
  54:1,1 55:17
  56:21 62:6
  65:10,12,15
  67:20 68:1
  70:25 71:6,7
  83:25 84:7,16,18
  87:9 88:13,19
  96:3 98:17,19,25
  99:1,10 100:17
  105:18,22,25
  107:10 108:18
  114:24 117:2
  119:11,18 132:2
  133:1
**team's**   107:19
**teams**   30:22,25
  33:17 38:11
  88:21 92:22,22
  99:21 117:5
**technology**   4:22
  146:9
**tell**   7:1 29:22
  33:21 35:5

**38**:18 61:4
  63:15 65:4
  67:22 73:9
  86:13 92:3
  102:23 106:2
  116:5 132:23
  134:15 137:25
  138:8,13 140:12
  140:12 142:18
  150:9 152:1,19
  154:17 157:25
  159:22 183:20
  183:25 202:14
  202:19 203:7
**telling**   104:3
  116:15 187:17
**template**   19:18
  19:23 20:3
  133:2
**templates**   20:10
  134:12
**ten**   15:18 51:14
  186:25
**term**   27:21
  35:24 51:7 60:6
  110:25 117:11
  131:17 148:23
  148:25 156:2
  187:24 188:9
  202:21
**terminate**   66:6
**termination**
  195:7
**terms**   15:4
  188:11
**testified**   7:9 11:2
  45:13 95:19
  101:18 102:8,13

Case 4:20-cv-02254-YGR   Document 323-16   Filed 07/16/23   Page 257 of 265
CONF AEO 30(B)(6)Denise Strait                    July 20, 2022
LD, DB, BW, RH v. United Healthcare Insurance Comp

[testified - transcribed]                                           Page 42

140:5

**testify**  22:24
24:14 27:25
50:23 80:22
88:25

**testifying**  6:16
8:13,15 10:1
24:6

**testimony**  18:7
20:22 49:2 63:6
77:12 81:11
95:25 141:21
157:9 205:9
212:9,18 214:8

**text**  19:24 20:11

**thank**  7:5 79:6
143:20 159:7,16
160:17 161:17
164:8,24 165:6
165:21 166:23
167:21 168:22
169:21 171:10
177:19 193:16
193:23 194:17
197:14 201:2
204:13 205:10
205:11

**thanks**  164:9
165:8,19

**themes**  90:5

**theoretically**
105:8

**thereof**  207:11

**thing**  75:1 76:18
145:21 153:7
155:8 157:23
171:3

**things**  32:1
43:17 45:12
52:4 54:12
56:17 57:13,13
57:18,20 58:2
71:11 80:20
117:10 128:15
146:7 175:7

**think**  8:25 9:11
13:5 18:21
20:25 21:19
45:13 48:16
56:11 57:12
76:15 80:8
81:10 85:4 91:2
95:19 96:4,25
102:2 103:9
134:11 137:2
141:11 144:22
145:15 157:15
158:16 173:8
181:7 182:10
188:12 190:24
192:14 193:6
205:5,12

**third**  23:18
24:17,21 135:16
153:24 180:1
187:21 208:19

**thought**  102:2
163:8 172:19
191:3

**thousand**  126:13

**three**  136:25
138:2,22

**ticket**  84:6
109:18

**tier**  53:24,25
54:8

**time**  1:17 5:9,10
7:21 8:5 9:4,7
9:12,22,23 10:16
44:3 51:20,23
58:1,1 62:5,7
66:3 77:23 78:7
88:15 96:15,22
96:24 97:11,14
119:25 120:3
144:7,10 148:12
152:12 164:7
179:14,15 185:1
186:25 204:14
204:18,21 205:8
212:19

**timeframe**  212:8

**timeline**  66:17
66:21

**times**  7:19 8:1
15:13,17 69:6,7
69:8 89:25
163:23

**tip**  109:14

**title**  11:11 32:16

**today**  4:25 15:21
18:7 21:1 22:8
24:6,14 28:1
69:22 88:25
89:2 96:19 98:6
101:6 123:10
152:15 157:9
167:8 186:25
194:1 202:2
204:14

**today's**  15:6
81:11 132:18

147:3 205:9

**told**  44:24 59:24
91:16 163:5
171:24

**ton**  69:22

**tool**  36:2 37:16
59:19 60:9 87:8
89:13,15,18
121:21

**tools**  94:6

**top**  75:12,25
87:12 94:4
109:17 120:15
132:21 133:18
133:21 156:23
187:19

**topic**  27:25
87:14 89:10

**topics**  23:20,21
23:22 24:3,6,9
24:11,13 27:24
46:16 59:12
76:14 80:21

**tossed**  202:20

**total**  14:15 15:16

**totally**  166:6

**touching**  40:15

**track**  66:20
164:5 166:3

**trained**  126:3,4
126:9

**training**  70:14
70:15,16 125:20
125:25

**trainings**  70:23

**transcribed**
159:5 161:25
165:17 166:21

193:13

**transcript**   3:21
129:20 205:18
205:25 207:6
212:6,20 214:5,8

**transfer**   45:23

**transferred**
65:14

**treatment**   73:13
141:3 202:18

**treatments**
118:15 196:1

**tree**   93:25

**trial**   11:2

**true**   207:7 214:8

**truth**   7:2,2,3

**try**   103:6,6
164:5

**trying**   74:15
158:5 189:20

**tse**   77:5 78:13
79:4 209:13

**turn**   109:22
144:3

**twenty**   65:1

**two**   24:3 30:24
32:6 46:20
60:20 67:21
121:8 136:25
141:19 188:11

**type**   30:11 58:6
88:21 117:18
121:10 147:12
147:17

**types**   10:10
57:12 58:10
67:21 117:19
141:17,20

**typically**   31:23
32:17 48:14
135:3 148:21

**typo**   171:17

**u**

**u**   16:9

**ub**   42:14

**ubh**   13:3,3 24:7
27:3 29:25
30:23 32:9 33:1
34:22 35:12,14
36:18 37:5 41:2
41:4 42:4,7,18
42:22 43:11
51:4,8 55:11
70:16 71:2
77:24 78:9
80:10,18 81:7,17
81:24 82:5
83:20 88:16
89:18 90:6 94:2
98:25 99:6,8,18
101:4,17,24
102:9 104:18
106:6 108:13
110:15 112:3
114:3 116:11,20
118:5,8 119:17
123:3 126:11
132:7 133:6
135:3 142:25
143:2 145:10
149:13 155:7
159:3 166:18
183:6 185:3
186:3 193:8,10
209:4

**ubh's**   23:25 48:6
102:2

**ubh000003448**
143:4 210:24

**ubh000003449**
143:7 211:2

**ubh000003462**
143:14 211:10

**uh**   93:7 172:4
194:23 197:22
200:21 201:5,18

**uhc**   28:10 36:25
37:16 41:1,12,19
42:11,21,24 43:6
43:14 46:3,6,8
46:16 50:2
55:15 75:15,16
77:3,3 78:21
80:7,7,14,17
82:6 83:2 85:10
85:11 88:14
93:15,17,25 96:4
97:21,21 98:2
99:8,18,23 100:4
100:16 101:22
102:4,10,16
103:19,22,24
104:14,17 105:4
105:18,24 106:3
106:15 110:3,9
110:12 113:19
114:2,6,10,12
116:9,20 120:15
120:15 122:23
128:10 129:11
129:11 131:9
132:6 133:2,23
133:23 137:18

139:2 141:24
142:4 146:18,19
147:9 152:4,18
154:16,22 157:4
187:2 192:24
193:3 210:16

**uhc's**   105:12
121:20 139:2
141:24

**uhc000006711**
128:22 210:10

**uhc000006726**
131:6

**uhc000006733**
210:14

**uhc000006754**
131:10 210:18

**uhc000006772**
131:13 210:21

**uhc000015188**
114:15 210:3

**uhc000019777**
75:6 209:10

**uhc000030972**
86:8 209:18

**uhc000033374**
77:6 209:14

**uhc000033821**
93:10 209:20

**uhc000071826**
97:23 209:23

**uhc000079441**
120:11 210:7

**uhc000301506**
143:11 211:7

**um**   162:23 166:8
177:16

**[unable - verification]**                                          Page 44

unable   54:2
undergo   40:23
underneath
  112:25
understand   28:5
  45:24 47:16,17
  59:4 60:20
  74:16 78:2 88:6
  93:22 96:16,23
  104:1,3 105:3
  115:17 125:10
  139:13,16 140:4
  140:16 184:9
  190:19 192:21
understanding
  14:20,23,24 24:5
  28:2 35:16 36:7
  36:11 49:19
  50:12 62:1 65:6
  94:5 155:3
  179:13 187:24
  190:18 191:15
understood   56:6
  102:3,4
undertaken
  72:17
unet   30:16,18,19
  31:7 82:22
unfortunately
  166:6
unintelligible
  196:25
unit   4:13 90:21
  98:10 106:13
  108:22 110:6
  113:12 131:23
  132:5

united   1:1,8,8,14
  3:7 4:16,17 5:25
  8:16 10:2,3,6
  12:13,16,20 22:2
  22:14 25:17,24
  26:5,10 27:14
  28:6,11,16,24
  29:13,18 33:22
  38:24 39:3 40:8
  42:7,11 45:20
  48:1 49:18 51:7
  60:15 71:2
  72:15,19 75:19
  76:6,22 82:10,12
  107:24 115:22
  117:16 122:8
  128:8,19 132:22
  132:25 138:1
  139:14,24
  148:24 154:10
  154:13 184:22
  188:17 202:7,9
  204:25 208:21
  208:25 212:4
  213:1 214:1
unitedhealthcare
  11:20,21 12:1,7
  12:12 13:2 16:3
  16:22 17:7,11,16
  17:19,22 18:3
  25:24 26:10
  28:10,17 29:2,9
  29:12,13,18,24
  30:21,23 37:14
  38:3,22 39:7
  45:20 54:20,24
  55:11 63:5
  70:15 72:16

79:16 131:22
  132:21 133:8,17
  149:13 156:8,10
  188:25
unitedhealthca...
  72:20 83:7
units   56:25 58:4
  66:17 111:22
unsure   61:13
  140:6
unusual   57:4
upcoding   57:14
update   87:17
  110:17 164:20
updated   198:15
updates   128:13
  128:14
upheld   105:21
upload   25:15
  129:10
uploaded   130:18
  133:12
uploading   159:2
  159:2
upper   146:17,20
use   36:3 56:17
  59:19 73:13
  86:3 88:19
  89:12 94:7
  107:20,21
  121:20 133:2
  137:12 148:24
  155:8 177:17
  201:24
uses   51:8 64:2
  64:16 83:6 87:9
  96:3

usual   170:14
  177:17 182:8,21
  183:7,10,21
  186:14 202:21
  203:17 204:4
usually   162:24
  179:13,16
utah   176:10
  195:14
utilize   30:20
  31:7
utilized   36:9
  128:9

**v**

v   212:4 213:1
  214:1
valid   92:5
valsecchi   1:21
  5:1 207:3,22
variables   66:18
variations   32:2
various   70:20
  134:12
vast   92:4
vendor   20:14
  45:25 106:24,25
  113:13
vendors   139:2
  141:24
verification
  50:23 51:1,10
  59:14,16,18 66:7
  68:8,8 69:1,4,12
  88:25 89:22,24
  91:16,24 92:19
  125:18 126:22
  143:3,6,13,23

[verification - witness]                                    Page 45

158:10 180:16
181:14,16 184:5
185:2 210:22,25
211:8
**verifications**
88:10 92:5
**verify** 36:3
100:13 107:12
212:9
**verifying** 91:5
**veritext** 4:23 5:1
25:9 85:22
212:14,23
**veritext.com**
212:15
**versus** 4:16 32:3
**vetted** 122:22
**viant** 60:6,8,16
60:23 61:1,5,12
61:16,17,21,23
62:21,25 63:5,7
63:11,15,18,22
63:22 64:10
72:8 99:13
101:1 106:19,20
106:25 108:2,5
108:15 113:14
121:14 122:3,9
138:15,17,19,23
150:6 156:24
157:3,10,18
180:7
**viant's** 121:20
**vice** 11:12 90:6
**video** 4:10,14
8:24 96:8
143:25 145:11
145:17 159:4

**161**:24 165:9,16
166:14,20
180:10 193:12
202:3
**videographer**
3:19 4:1,24 7:6
9:3,7 51:19,23
97:10,14 119:24
120:3 144:6,10
145:25 204:17
204:21 205:7
**videotaped** 1:13
**view** 164:23
**viewed** 104:4,6
**viewing** 113:25
**virro** 14:13
**virtual** 4:22
**virtually** 4:5
**virtue** 141:2
**visit** 122:6 178:7
195:15 196:7,19
**vmware** 121:9
**volume** 128:3
**vs** 1:7
**vtc** 1:13,15,22
2:5,11,16,22 3:3
3:9,14,18

**w**

**w** 40:4
**wait** 144:14
177:22 179:19
**waiting** 74:23
164:11 197:15
201:3
**waive** 205:25
**waiving** 57:16

**walk** 90:1 109:8
**want** 54:5 74:21
77:1 79:7 85:1
87:13 95:3
111:10,13 115:6
115:8 130:16
144:13 146:4
153:6 162:16
173:13 180:24
205:13
**wanted** 52:2,4
55:18 86:11,13
89:17 90:8 96:9
99:21 129:12
159:18 167:9
**wants** 62:1
205:13
**warm** 65:14
**washington** 2:7
2:18,23 3:10
**waste** 13:14
56:14
**waterfall** 137:8
137:24 138:23
153:13
**way** 25:10 26:20
67:1 83:22
92:24 109:25
117:17 129:10
151:2,10,25
162:7 166:2
195:8,15 202:9
203:10
**ways** 93:2
**we've** 51:13
108:8 130:4
134:7 144:15
177:1

**web** 113:1
**website** 195:16
**welcome** 161:19
165:1,8 171:14
**welfare** 143:10
187:4 211:4
**wemhoff** 2:21
5:17 142:25
143:16,20
144:23 145:2,5,9
145:23 158:23
159:1 165:10
166:15,17 193:8
193:10
**went** 19:19
**wheck** 14:13
**wheel** 75:1
**witness** 4:8 6:6
6:16,17 7:4 8:13
15:11 16:8
19:22 21:6 23:7
28:16 29:17
31:2,14,21 32:19
32:23 34:4,11
38:9 41:23 42:1
42:13 43:14
44:12 46:13,23
47:16,23 49:3,15
49:22 50:16
52:9 54:23
55:14 58:25
60:19 61:25
62:23 63:9,24
66:16 68:18
70:6,19 71:14
72:4,10,24 73:5
74:23 75:2
78:11 79:21,22

**[witness - zip]**                                                   Page 46

80:3,13 81:2,21
82:3,17,18 83:10
83:16,25 84:25
85:18,20 86:4,21
89:12 90:18
91:7,21 92:17
93:6,8 94:11
95:17 96:1 97:2
97:19 100:4
101:8,15 102:3
102:18,19 103:1
103:6 104:9,21
105:15 106:9
107:9,18 112:16
112:20 113:11
114:5,11 116:1
117:23 118:10
118:18,24 119:5
119:15,20
122:13,22 123:6
123:21 124:14
124:21 125:9
126:19 127:1,14
127:23 128:6
129:15 130:1
133:13 134:15
135:6 136:3
138:13 139:9,19
140:9,20 142:3
142:11,17 149:2
149:17 150:14
150:23 151:5,13
153:12 154:6,8
154:21 155:7,16
155:22 156:4,13
156:19 157:2,6
157:12,23 158:8
182:5,24 183:5

183:13 184:16
185:8,16 186:8
186:20 188:2,22
190:24 191:11
191:19 192:8
202:25 203:7,23
204:11 205:23
207:12 212:8,10
212:12,19
**wizards**  158:19
**wondering**
77:14
**word**  40:1 47:5
**worded**  24:3
**work**  12:6 38:7
38:19 41:12
50:6 53:13
54:16 55:22
56:21 67:20
109:4 113:14
127:15 158:9
**worked**  146:4
**working**  117:5
145:23
**works**  10:3 46:1
78:23 134:22
152:23 153:9
156:23 157:16
158:2 187:14,20
188:14
**wrap**  49:7
155:13
**write**  20:4 43:5,9
43:11 80:16
**written**  22:16
108:18,22,25
109:1

**wrong**  38:20

**x**

**x**  74:3,3 208:1,11
**xlsx**  76:3
**xxx**  113:1

**y**

**y**  16:9 159:15
167:6
**yeah**  29:25 41:4
57:24 65:2
74:17 75:9,25
96:8,23 97:20
102:19 103:1
129:3 130:18
145:14,21 146:7
150:14 153:23
158:24 159:25
164:2,14 166:11
169:6 171:1
173:1,3,17,23
174:13 179:23
181:3 204:13
**year**  162:7
176:23,25
199:13,17,18
**years**  11:16,22
12:6,9,11 14:1
96:13 122:18
**yep**  86:11 189:23
**yesterday**  163:4
**ygr**  1:7 4:20
**york**  1:10

**z**

**z**  53:7 64:25
**zedelsky**  64:24
**zibilski**  52:23
53:7 64:25

**wrong**  38:20   **zip**  195:14

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a) If the deposition testimony is
stenographically recorded, the deposition officer
shall send written notice to the deponent and to
all parties attending the deposition when the
Original transcript of the testimony for each
session of the deposition is available for reading,
correcting, and signing, unless the deponent and
the attending parties agree on the record that the
reading, correcting, and signing of the transcript
of the testimony will be waived or that the
reading, correcting, and signing of a transcript of
the testimony will take place after the entire
deposition has been concluded or at some other
specific time.

(b) For 30 days following each notice under
subdivision (a), unless the attending parties and
the deponent agree on the record or otherwise in
writing to a longer or shorter time period, the
deponent may change the form or the substance of
the answer to a question, and may either approve
the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.