# EXHIBIT 13

# Filed Redacted/Under Seal