# EXHIBIT 39
# Filed Under Seal

Case 4:20-cv-02254-YGR   Document 323-43   Filed 07/16/23   Page 1 of 1