Case 4:20-cv-02254-YGR   Document 323-53   Filed 07/16/23   Page 1 of 1

# EXHIBIT 49
# Filed Under Seal