# EXHIBIT 51



| Facility-Based Behavioral Health Program Reimbursement Policy | | | | | |
|---|---|---|---|---|---|
| Policy Number | 2016RP503A | Annual Approval Date | 03/15/2016 | Approved By | Optum Behavioral Reimbursement Committee |

### *IMPORTANT NOTE ABOUT THIS REIMBURSEMENT POLICY*

*You are responsible for submission of accurate claims. This reimbursement policy is intended to ensure that you are reimbursed based on the procedure code or codes that correctly describe the health care services provided to individuals whose behavioral health benefits are administered by Optum, including but not limited to UnitedHealthcare members. This reimbursement policy is also applicable to behavioral health benefit plans administered by OptumHealth Behavioral Solutions of California.*

*Our behavioral health reimbursement policies may use Current Procedural Terminology (CPT®\*), Centers for Medicare and Medicaid Services (CMS) or other procedure coding guidelines. References to CPT or other sources are for definitional purposes only and do not imply any right to reimbursement. This reimbursement policy applies to all health care services billed on CMS 1500 forms and, when specified, to services billed on the UB-04 claim form and to electronic claim submissions (i.e., 837p and 837i) and for claims submitted online through provider portals. Coding methodology, industry-standard reimbursement logic, regulatory requirements, benefits design and other factors are considered in developing reimbursement policy.*

*This information is intended to serve only as a general reference resource regarding our reimbursement policy for the services described and is not intended to address every aspect of a reimbursement situation. Accordingly, Optum may use reasonable discretion in interpreting and applying this policy to behavioral health care services provided in a particular case. Further, the policy does not address all issues related to reimbursement for behavioral health care services provided to members. Other factors affecting reimbursement may supplement, modify, or, in some cases, supersede this policy. These factors may include, but are not limited to: member's benefit coverage, provider contracts and/or legislative mandates. Finally, this policy may not be implemented exactly the same way on the different electronic claim processing systems used by Optum due to programming or other constraints; however, Optum strives to minimize these variations.*

*Optum may modify this reimbursement policy at any time by publishing a new version of the policy on this website. However, the information presented in this policy is accurate and current as of the date of publication.*

*\*CPT® is a registered trademark of the American Medical Association*

### *Proprietary information of Optum. Copyright 2022 Optum.*

| Applicability |
|---|
| This reimbursement policy applies for services reported using the UB-04 Claim Form (a/k/a CMS-or its electronic equivalent or its successor form and for claims submitted online through provider portals. This policy applies to all products, all network and non-network physicians and other qualified health care professionals, including, but not limited to, non-network authorized and percent of charge contract physicians and other qualified health care professionals. |

| Policy |
|---|
| **Overview** |
| This reimbursement policy describes how Optum aligns with CMS in paying facility-based behavioral health services on a per diem basis. Payment represents the expected daily cost of facility-based behavioral health services. Consistent with CMS policy and reimbursement guidelines, separate payment is not made for certain services which are considered an integral part of the prevailing program.<br><br>For the Purpose of this reimbursement policy "facility-based behavioral health program" refers to the following levels of care: |

United Behavioral Health and United Behavioral Health of New York, I.P.A., Inc. operating under the brand Optum
U.S. Behavioral Health Plan, California doing business as OptumHealth Behavioral Solutions of California



**Mental Health:**

Inpatient Acute,Residential,Partial Hospitalization, Intensive Outpatient Services

**Substance Abuse:**

**ASAM Level of Care: 4.0,3.7,3.5,3.2,3.1,2.5,2.1:**

Inpatient Acute,Residential,Partial Hospitalization, Intensive Outpatient Services

Please note ASAM level of care **3.7 WM** and **3.1** are also listed in this policy however, this only pertains specifically to **CA state Only- Commercial Fully Insured**

See below for further ASAM Level of Care descriptions.

## Reimbursement Guidelines

As defined in our Optum Clinical Criteria, the course of treatment is focused on addressing factors that precipitated admission such as changes in the member's signs and symptoms, psychosocial and environmental factors, or level of functioning.

Treatment consists of clinically recognized therapeutic interventions such as group, individual and family psychotherapies pertinent to the member's behavioral health condition. Medical and psychiatric diagnostic evaluation and medication management are also integral to treatment. If the member is diagnosed as having a Substance-Related Disorder in addition to a mental health condition, the program must be prepared to appropriately treat the co-morbid Substance-Related Disorder.

Consistent with CMS, for treatment to be considered "active" services must be as follows:

- Supervised and evaluated by the attending/rendering provider;

- Provided under an individualized treatment plan that is focused on addressing the factors that precipitated admission, and make use of clinical best practices; and

- Are reasonably expected to improve the member's presenting problems within a reasonable period of time.

Optum has adopted clinical guidelines outlining the type of treatment that should be provided by level of care. Effective March 1, 2016, Optum will reimburse the expected cost of a day of facility-based behavioral health services using a single day rate for all expected components of an active treatment program. The single day rate will incorporate payment for all dependent, ancillary, supportive, and therapeutic services into payment for the primary independent program service. Separate payments are not made for additional ancillary services itemized on a claim when billed with the primary independent program service.

Such payment does not include attending professional charges billed by with cpt code 90792 or single daily E&M code as clinically appropriate.

The following services are considered an integral part of the program services that will be reimbursed under the single day rate paid by Optum and therefore are not separately eligible for reimbursement:

- All supplies

- Ancillary services

- Psychological and neuropsychological testing

- Clinical diagnostic laboratory tests including drug testing

- Treatment planning

- Procedures described by add-on codes

United Behavioral Health and United Behavioral Health of New York, I.P.A., Inc. operating under the brand Optum
U.S. Behavioral Health Plan, California doing business as OptumHealth Behavioral Solutions of California



- Individual therapy
- Group therapy
- Family therapy
- Crisis intervention

| Codes (Note: This list of representative codes and levels of care is not intended as exhaustive of all relevant codes.) | |
|---|---|
| Level of Care | Revenue Code & HCPCS Code |
| **Mental Health** | |
| ○ Inpatient (IP) Acute | 114,124,134, 144,154, 204 |
| ○ Residential | 1001 |
| ○ Partial Hospitalization | 912,913 |
| ○ Intensive Outpatient (IOP) | 905 |
| | |

| Substance Use Disorder (SUD) | |
|---|---|
| Level of Care | Revenue Code |
| **ASAM 4.0**<br>○ Medically Managed Intensive Inpatient Withdrawal Management (WM) | 116,126,136,146,156<br><br>* With required CPT/HCPCS based on State Medicaid plan rules |
| **ASAM 3.7 WM**<br>○ Medically Monitored Inpatient Withdrawal Management (WM) Services | 116,126,136,146,156<br><br>* With required H0010, H0011, H0012, or H0013 |
| **ASAM 3.7**<br>○ Medically Monitored Intensive Inpatient Services | 118, 128, 138, 148, 158<br><br>* With required CPT/HCPCS based on State Medicaid plan rules |
| **ASAM 3.5**<br>○ Clinically Managed High – Intensity Residential Services | 1002<br><br>*H0019 (Use this code for Medicaid only if no other code is specified by the State Medicaid plan)<br><br><br>* With required CPT/HCPCS based on State Medicaid plan rules |

United Behavioral Health and United Behavioral Health of New York, I.P.A., Inc. operating under the brand Optum
U.S. Behavioral Health Plan, California doing business as OptumHealth Behavioral Solutions of California



| | |
|---|---|
| **ASAM 3.2 WM (Medicaid only)**<br><br>○ Clinically Managed Residential withdrawal Management | *H0008, H0010,H0012 (Use this code for Medicaid only if no other code is specified by the State Medicaid plan)<br><br>* With required CPT/HCPCS based on State Medicaid plan rules |
| **ASAM 3.2 WM (CA Commercial Only – Fully Insured)**<br><br>○ Clinically Managed Residential withdrawal management | 1002<br><br>*With required HCPC H0010 |
| **ASAM 3.1 (CA Commercial Only – Fully Insured)**<br><br>○ Clinically Managed Low-intensity Residential Services | 1004<br><br>*With required HCPC H2034 |
| **ASAM 3.1 (Medicaid only)**<br><br>○ Clinically Managed Low-intensity Residential Services | 1003 and/or *H2034<br><br>* With required CPT/HCPCS based on State Medicaid plan rules |
| **ASAM 2.5**<br><br>○ Partial Hospitalization (PHP) | 912 or 913<br><br>*H0035 (Use this code for Medicaid only if no other code is specified by the State Medicaid plan)<br><br>* With required CPT/HCPCS based on State Medicaid plan rules |
| **ASAM 2.1**<br><br>○ Intensive Outpatient Services (IOP) | 906<br><br>*H0015 (Use this code for Medicaid only if no other code is specified by the State Medicaid plan)<br><br>* With required CPT/HCPCS based on State Medicaid plan rules |

| **Reimbursable Professional Services (not subject to bundled services)** | |
|---|---|
| ○ Attending Professional and E&M Codes | 99202 - 99205<br><br>99211 – 99215 |

United Behavioral Health and United Behavioral Health of New York, I.P.A., Inc. operating under the brand Optum
U.S. Behavioral Health Plan, California doing business as OptumHealth Behavioral Solutions of California



| | 99217 – 99226 |
| --- | --- |
| | 99231 – 99236 |
| | 99238 – 99239 |
| | 99281 – 99285 |
| | 99304 – 99310 |
| | 99315 – 99318 |
| | 99408 – 99409 |

| Resources |
| --- |
| American Medical Association, *Current Procedural Terminology (*CPT®) and associated publications and services |
| Healthcare Common Procedure Coding System, HCPCS Release and Code Sets |
| Centers for Medicare and Medicaid Services, CMS Manual System and other CMS publications and services |
| Centers for Medicare and Medicaid Services, National Correct Coding Initiative (NCCI) Edits |

| History / Updates | |
| --- | --- |
| January, 2022 | Anniversary Review; no updates |
| December, 2021 | Updated ASAM Level 3.2 WM Revenue code from 900 to 1002 for CA state Only; Added ASAM Level 3.1 CA only per state requirement |
| September, 2021 | Added ASAM Level 3.2 WM for CA state ONLY |
| August, 2021 | Updated ASAM Level 3.7 WM |
| March, 2021 | Maintenance update for further clarification related to reimbursement guidelines section |
| January, 2021 | Updated Overview section and Level of Care codes and reimbursement guidelines; removed cpt 99201 deleted code |
| June, 2020 | Removed definitions |
| February, 2020 | Annual review |
| March, 2019 | Annual review |
| September, 2018 | Clarifying eligible charges |
| April, 2018 | Annual review |
| March, 2016 | New |

***Proprietary information of Optum. Copyright 2022 Optum.***

United Behavioral Health and United Behavioral Health of New York, I.P.A., Inc. operating under the brand Optum
U.S. Behavioral Health Plan, California doing business as OptumHealth Behavioral Solutions of California