MATTHEW M. LAVIN (*pro hac vice*)
matt.lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
aaron.modiano@agg.com
**ARNALL GOLDEN GREGORY LLP**
2100 Pennsylvania Avenue NW
Suite 350S
Washington, D.C. 20037
Telephone: 202.677.4030
Facsimile: 202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: 415.678.5050
Facsimile: 415.358.8484

*Attorneys for Plaintiffs LD et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254<br><br>Hon. Yvonne Gonzalez Rogerts<br><br>**[~~PROPOSED~~] ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND DEADLINE TO FILE SCHEDULING STATEMENT FOR REMAINDER OF ACTION** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties shall meet and confer regarding a scheduling for the remainder of the action and file a statement as appropriate no later than May 5, 2023.

**IT IS SO ORDERED.**

DATE: July 24, 2023



_____
Hon. Yvonne Gonzalez Rogers

-2-

Case No. 4:20-cv-02254
4856-1767-0239.v1

[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND DEADLINE TO FILE SCHEDULING STATEMENT FOR REMAINDER OF ACTION