| | |
|---|---|
| LAUREN M. BLAS, SBN 296823<br>   lblas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>GEOFFREY SIGLER (*pro hac vice*)<br>   gsigler@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>Attorneys for Defendants UNITED BEHAVIORAL HEALTH and UNITED HEALTHCARE INSURANCE COMPANY | MATTHEW M. LAVIN (*pro hac vice*)<br>   Matt.Lavin@agg.com<br>AARON R. MODIANO (*pro hac vice*)<br>   Aaron.Modiano@agg.com<br>ARNALL GOLDEN GREGORY LLP<br>1775 Pennsylvania Ave NW, Suite 1000<br>Washington, DC 20006<br>Telephone: 202.677.4030<br>Facsimile: 202.677.4031<br><br>DAVID M. LILIENSTEIN, SBN 218923<br>   david@dllawgroup.com<br>KATIE J. SPIELMAN, SBN 252209<br>   katie@dllawgroup.com<br>DL LAW GROUP<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone: 415. 678.5050<br>Facsimile: 415.358.8484<br><br>Attorneys for PLAINTIFFS<br><br>[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH and CJ, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York corporation,<br><br>                Defendants. | CASE NO. 4:20-cv-02254-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PER L.R. 6-2**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: April 2, 2020<br>Third Amended Complaint filed: Sept. 10, 2021 |

Plaintiffs LD, DB, BW, RH and CJ, United Behavioral Health and UnitedHealth Insurance Company ("United Defendants") and MultiPlan, Inc. ("MultiPlan"), collectively the "Parties," to the above-entitled action, regarding the matters set forth herein, jointly submit this stipulation pursuant to Civil Local Rule 6-2. In further support of this Stipulation, the Parties state as follows:

**WHEREAS**, on June 23, 2023, this Court issued its Scheduling and Pretrial Order setting a case management conference for Monday, October 23, 2023 at 2:00 p.m. (Dkt. 319 at 1) via Zoom webinar and ordering the Parties to submit a joint case management conference statement seven days before the case management conference date (Dkt. 320 at 1);

**WHEREAS**, lead counsel for United Defendants has a pre-existing and immovable travel obligation and therefore cannot attend the case management conference currently scheduled for October 23, 2023;

**WHEREAS**, the Parties have met and conferred and neither MultiPlan nor Plaintiffs have any objection to continuing the case management conference to October 30, 2023 and continuing the deadline to submit the case management conference statement to October 23, 2023, or until such later time that is convenient for the Court;

**NOW, THEREFORE**, subject to the approval of the Court, and for good cause shown, the Parties hereby stipulate and agree as follows:

The case management conference currently scheduled for October 23, 2023 at 2:00 p.m. is continued to October 30, 2023 at 2:00 p.m. or until such later time that is convenient for the Court. The Parties' deadline to submit their joint case management conference statement is continued to October 23, 2023, or seven days in advance of the new case management conference date, whichever is later.

**IT IS SO STIPULATED.**

//
//
//
//

DATED: July 11, 2023						GIBSON, DUNN & CRUTCHER LLP


							By:	/s/ Geoffrey Sigler
									Geoffrey Sigler

							Attorneys for Defendants UNITED BEHAVIORAL HEALTH and UNITED HEALTHCARE INSURANCE COMPANY


DATED: July 11, 2023						PHELPS DUNBAR LLP


							By:	/s/ Errol King
									Errol King

							Attorneys for Defendant MULTIPLAN, INC.

							ERROL J. KING, JR. (*admitted pro hac vice*)
							PHELPS DUNBAR LLP
							II City Plaza, 400 Convention Street, Suite 1100
							Baton Rouge, Louisiana 70802
							Telephone: (225) 376-0207
							Facsimile: (225) 381-9197
							Errol.King@phelps.com

Dated: July 11, 2023						ARNALL GOLDEN GREGORY LLP


							By:	/s/ Matthew M. Lavin
									Matthew M. Lavin


Dated: July 11, 2023						DL LAW GROUP


							By:	/s/ David Lilienstein
									David Lilienstein



							Attorneys for PLAINTIFFS

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation and [Proposed] Order, the Court HEREBY ORDERS as follows:

The case management conference currently scheduled for October 23, 2023 at 2:00 p.m. is continued until October 30, 2023 at 2:00 p.m. The Parties' deadline to submit their joint case management conference statement is continued to October 23, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/27/20023

_____
The Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT JUDGE