**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LD, ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**UNITED BEHAVIORAL HEALTH, ET AL.,**<br><br>    Defendants. | **Case No.:** 4:20-cv-2254-YGR<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 323 |

Pending before this Court is plaintiffs' administrative motion for leave to file a renewed motion for class certification. (Dkt. No. 323.) The Court denied plaintiffs' motion for class certification. (Dkt. No. 301.) After that Order and plaintiffs' motion were filed, the Ninth Circuit vacated its previous decision and issued a new opinion in *Wit v. United Behavioral Health*, No. 20-17363, 2023 WL 5356640 (9th Cir. Aug. 22, 2023). Both the parties and the Court had relied on the previous opinion in *Wit*.

Parties may each file briefs of **no more than five (5) pages** addressing what, if any, impact the new *Wit* opinion has on the pending renewed motion for class certification. Parties should file their supplemental briefing no later than **Monday, September 25, 2023.**

**IT IS SO ORDERED**.

Date: **August 29, 2023**

                                                      **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT COURT JUDGE**