| | |
|---|---|
| LAUREN M. BLAS, SBN 296823<br>   LBlas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone:   213.229.7000<br>Facsimile:   213.229.7520<br><br>GEOFFREY SIGLER (*pro hac vice*)<br>   GSigler@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone:   202.995.8500<br>Facsimile:   202.467.0539<br><br>Attorneys for Defendants<br>UNITED BEHAVIORAL HEALTH and<br>UNITED HEALTHCARE INSURANCE COMPANY | MATTHEW M. LAVIN (*pro hac vice*)<br>   Matt.Lavin@agg.com<br>AARON R. MODIANO (*pro hac vice*)<br>   Aaron.Modiano@agg.com<br>ARNALL GOLDEN GREGORY LLP<br>1775 Pennsylvania Ave NW, Suite 1000<br>Washington, DC 20006<br>Telephone: 202.677.4030<br>Facsimile: 202.677.4031<br><br>DAVID M. LILIENSTEIN, SBN 218923<br>   david@dllawgroup.com<br>KATIE J. SPIELMAN, SBN 252209<br>   katie@dllawgroup.com<br>DL LAW GROUP<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone: 415. 678.5050<br>Facsimile: 415.358.8484<br><br>Attorneys for PLAINTIFFS<br><br>[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE] |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, and CJ, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>      Defendants. | CASE NO. 4:20-cv-02254-YGR<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CERTAIN CASE DEADLINES PER L.R. 6-2**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: April 2, 2020<br><br>Third Amended Complaint filed: Sept. 10, 2021 |

Plaintiffs LD, DB, BW, RH and CJ, United Behavioral Health and UnitedHealth Insurance Company ("United Defendants") and MultiPlan, Inc. ("MultiPlan"), collectively the "Parties," to the above-entitled action jointly submit this stipulation pursuant to Civil Local Rule 6-2. In further support of this Stipulation, the Parties state as follows:

**WHEREAS**, on June 23, 2023, this Court issued its Scheduling and Pretrial Order setting a deadline for disclosure of Plaintiffs' Opening Expert Reports for July 31, 2023 (Dkt. 319 at 1); a deadline for disclosure of Defendants' Responsive Expert Reports for September 15, 2023 (Dkt. 319 at 1); a deadline for disclosure of Plaintiffs' Rebuttal Reports, if any, for October 6, 2023 (Dkt. 319 at 1); and an Expert Discovery Cutoff for November 10, 2023 (Dkt. 319 at 1);

**WHEREAS**, Plaintiffs served their Opening Expert Reports on July 31, 2023, and Defendants need the opportunity to depose each of Plaintiffs' experts before serving responsive reports;

**WHEREAS**, some of Plaintiffs' experts have limited availability, and counsel for MultiPlan has significant scheduling conflicts in the months of August and September 2023;

**WHEREAS**, the Parties have met and conferred and agreed to continue the deadlines for Defendants' Responsive Expert Reports from September 15, 2023 to September 26, 2023, to continue the deadline for Plaintiffs' Rebuttal Reports, if any, from October 6, 2023 to October 20, 2023, and to continue the Expert Discovery Cutoff from November 10, 2023 to November 14, 2023;

**WHEREAS**, the continuance of the above deadlines will not in any way affect any of the other deadlines in the case, such as the deadlines for dispositive motions, pre-trial or trial dates;

**NOW, THEREFORE**, subject to the approval of the Court, and for good cause shown, the Parties hereby stipulate and agree as follows:

The deadline for disclosure of Defendants' Responsive Expert Reports currently scheduled for September 15, 2023 is continued to September 26, 2023. The deadline for disclosure of Plaintiffs' Rebuttal Reports, if any, currently scheduled for October 6, 2023 is continued to October 20, 2023. The Expert Discovery Cutoff currently scheduled for November 10, 2023 is continued to November 14, 2023. All other deadlines in the Court's Scheduling and Pretrial Order (Dkt. 319) shall remain unchanged.

1    **IT IS SO STIPULATED.**

2    DATED: August 31, 2023                       Respectfully submitted,

3                                                 GIBSON, DUNN & CRUTCHER LLP

4
5                                                 By: /s/ Geoffrey Sigler
                                                          Geoffrey Sigler

6                                                 Attorneys for Defendants UNITED
7                                                 BEHAVIORAL HEALTH and UNITED
                                                  HEALTHCARE INSURANCE COMPANY
8

9    DATED: August 31, 2023                       PHELPS DUNBAR LLP

10
11                                                By: /s/ Errol King
                                                          Errol King

12                                                Attorneys for Defendant MULTIPLAN, INC.
13
14                                                ERROL J. KING, JR. (*admitted pro hac vice*)
                                                  PHELPS DUNBAR LLP
15                                                II City Plaza, 400 Convention Street, Suite 1100
                                                  Baton Rouge, Louisiana 70802
16                                                Telephone: (225) 376-0207
                                                  Facsimile: (225) 381-9197
17                                                Errol.King@phelps.com

18

19   Dated: August 31, 2023                       ARNALL GOLDEN GREGORY LLP

20
21                                                By: /s/ Matthew Lavin
                                                          Matthew M. Lavin

22

23   Dated: August 31, 2023                       DL LAW GROUP

24
25                                                By: /s/ David Lilienstein
                                                          David Lilienstein

26

27                                                Attorneys for PLAINTIFFS

28

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation and [Proposed] Order, the Court HEREBY ORDERS as follows:

The deadline for disclosure of Defendants' Responsive Expert Reports currently scheduled for September 15, 2023 is continued to September 26, 2023. The deadline for disclosure of Plaintiffs' Rebuttal Reports, if any, currently scheduled for October 6, 2023 is continued to October 20, 2023. The Expert Discovery Cutoff currently scheduled for November 10, 2023 is continued to November 14, 2023. All other deadlines in the Court's Scheduling and Pretrial Order (Dkt. 319) shall remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   September 1, 2023

_____
The Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT JUDGE

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

I, Geoffrey Sigler, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: August 31, 2023

/s/  *Geoffrey Sigler*

Geoffrey Sigler
