LAUREN M. BLAS, SBN 296823
 LBlas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone:    213.229.7000
Facsimile:    213.229.7520

GEOFFREY SIGLER (*pro hac vice*)
 GSigler@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:    202.995.8500
Facsimile:    202.467.0539

Attorneys for Defendants
UNITED BEHAVIORAL HEALTH and
UNITED HEALTHCARE INSURANCE COMPANY

MATTHEW M. LAVIN (*pro hac vice*)
 Matt.Lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
 Aaron.Modiano@agg.com
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

DAVID M. LILIENSTEIN, SBN 218923
 david@dllawgroup.com
KATIE J. SPIELMAN, SBN 252209
 katie@dllawgroup.com
DL LAW GROUP
345 Franklin Street
San Francisco, CA 94102
Telephone: 415. 678.5050
Facsimile: 415.358.8484

Attorneys for PLAINTIFFS

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, and CJ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | CASE NO. 4:20-cv-02254-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PER L.R. 6-2**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: April 2, 2020<br><br>Third Amended Complaint filed: Sept. 10, 2021 |

Plaintiffs LD, DB, BW, RH and CJ, United Behavioral Health and UnitedHealth Insurance Company ("United Defendants") and MultiPlan, Inc. ("MultiPlan"), collectively the "Parties," to the above-entitled action jointly submit this stipulation pursuant to Civil Local Rule 6-2. In further support of this Stipulation, the Parties state as follows:

**WHEREAS**, on June 23, 2023, this Court issued its Scheduling and Pretrial Order setting a case management conference for Monday, October 23, 2023 at 2:00 p.m. (Dkt. 319 at 1) via Zoom webinar and ordering the parties to submit a joint case management conference statement seven days before the case management conference date (Dkt. 320 at 1);

**WHEREAS**, on July 27, 2023, the Court granted the Parties' previous stipulation to continue the case management conference to October 30, 2023 and the joint case management statement deadline to October 23, 2023 (Dkt. 336 at 1);

**WHEREAS**, the Parties previously stipulated to extensions of deadlines for Plaintiffs' Rebuttal Reports and the Expert Discovery Cutoff, which are proposed to be set for November 1, 2023 and November 21, 2023, respectively (Dkt. 357 at 1);

**WHEREAS**, the Parties believe that continuing the case management conference to a date following the Expert Discovery Cutoff will allow for a more productive case management conference and a more detailed and/or complete joint case management conference statement;

**WHEREAS**, the Parties have met and conferred and agreed to continue the case management conference to December 4, 2023, and continuing the deadline to submit the case management conference statement to November 27, 2023, or until such later time that is convenient for the Court;

**WHEREAS**, the continuance of the above deadlines will not in any way affect any of the other deadlines in the case, such as the deadlines for dispositive motions, pre-trial or trial dates;

**NOW, THEREFORE**, subject to the approval of the Court, and for good cause shown, the Parties hereby stipulate and agree as follows:

The case management conference currently scheduled for October 30, 2023 at 2:00 p.m. is continued to December 4, 2023 at 2:00 p.m. or until such later time that is convenient for the Court. The Parties' deadline to submit their joint case management conference statement is continued to

November 27, 2023, or seven days in advance of the new case management conference date, whichever is later.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 20, 2023 | ARNALL GOLDEN GREGORY LLP |
| | By: */s/ Thomas E. Kelly* |
| | Thomas E. Kelly |
| | Attorneys for PLAINTIFFS |
| | |
| DATED: October 20, 2023 | Respectfully submitted, |
| | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Lauren Blas* |
| | Lauren Blas |
| | Attorneys for Defendants UNITED BEHAVIORAL HEALTH and UNITED HEALTHCARE INSURANCE COMPANY |
| | |
| DATED: October 20, 2023 | PHELPS DUNBAR LLP |
| | By: */s/ Errol J. King, Jr.* |
| | Errol J. King, Jr. |
| | Attorneys for Defendant MULTIPLAN, INC. |
| | ERROL J. KING, JR. (*admitted pro hac vice*) |
| | PHELPS DUNBAR LLP |
| | II City Plaza, 400 Convention Street, Suite 1100 |
| | Baton Rouge, Louisiana 70802 |
| | Telephone: (225) 376-0207 |
| | Facsimile: (225) 381-9197 |
| | Errol.King@phelps.com |

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation and [Proposed] Order, the Court HEREBY ORDERS as follows:

The case management conference currently scheduled for October 30, 2023 is continued until December 4, 2023.  The Parties' deadline to submit their joint case management conference statement is continued to November 27, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Thomas E. Kelly, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: October 20, 2023

/s/ _Thomas E. Kelly_____

Thomas E. Kelly