Matthew M. Lavin (pro hac vice)
matt.lavin@agg.com
Damon D. Eisenbrey (pro hac vice)
damon.eisenbrey@agg.com
Richard Collins (pro hac vice)
rich.collins@agg.com
Thomas E. Kelly (pro hac vice)
tom.kelly@agg.com
Nicole E. Wemhoff (pro hac vice)
nicole.wemhoff@agg.com
James R. Wiseman (pro hac vice)
james.wiseman@agg.com
**Arnall Golden Gregory LLP**
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone:    202.677.4030
Facsimile:    202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL Law Group**
345 Franklin St.
San Francisco, CA 94102
Telephone:    415.678.5050
Facsimile:    415.358.8484

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| LD, et al., | Case No. 4:20-cv-02254-YGR-JCS |
| Plaintiffs, | Hon. Yvonne Gonzalez Rogers |
| v. | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| United Behavioral Health, Inc., et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Aaron R. Modiano of Arnall Golden Gregory LLP, 2100 Pennsylvania Ave., N.W., Suite 350S, Washington, D.C. 20037 is hereby withdrawn as counsel of record for LD, DB, BW, RH, CJ, and the putative Class. Matthew M. Lavin, Damon D.

-i-

Eisenbrey, Richard Collins, Thomas E. Kelly, Nicole E. Wemhoff and James Wiseman of Arnall Golden Gregory LLP; and David Lilienstein and Katie Spielman of DL Law Group will continue as counsel for Plaintiffs. All pleadings, orders and other papers should continue to be served on Arnall Golden Gregory LLP and DL Law Group. The Court and counsel for Plaintiffs respectfully request to remove Aaron R. Modiano from the service list for this action.

Dated: November 2, 2023                                    Respectfully submitted,

By: /s/ *Matthew M. Lavin*
    Matthew M. Lavin
    Damon D. Eisenbrey
    Richard Collins
    Thomas E. Kelly
    Nicole E. Wemhoff
    James R. Wiseman
    ARNALL GOLDEN GREGORY LLP

By: /s/ *David M. Lilienstein*
    David M. Lilienstein
    Katie J. Spielman
    DL LAW GROUP

*Attorneys for Plaintiffs LD, et al.*

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040