ERROL J. KING, JR. (*admitted pro hac vice*)
CRAIG L. CAESAR (*admitted pro hac vice*)
KATHERINE CICARDO MANNINO (*admitted pro hac vice*)
TAYLOR J. CROUSILLAC (*admitted pro hac vice*)
BRITTANY HOLT ALEXANDER (*admitted pro hac vice*)
**PHELPS DUNBAR LLP**
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone:     225.376.0207
Facsimile:      225.381.9197
Email: Errol.King@phelps.com; Craig.Caesar@phelps.com;
Katie.Mannino@phelps.com; Taylor.Crousillac@phelps.com;
Brittany.Alexander@phelps.com

DENNIS B. KASS (SBN 137263)
ADAM D. AFSHAR (SBN 330630)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6900
Email: dennis.kass@manninkass.com; adam.afshar@manningkass.com

*Attorneys for Defendant MultiPlan, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LD, DB, BW, RH, and CJ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED BEHAVIORAL HEALTH, INC., a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR-JCS<br>(Hon. Yvonne Gonzalez Rogers)<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANT MULTIPLAN, INC.'S ADMINISTRATIVE MOTION TO FILE MATERIALS DESIGNATED AS CONFIDENTIAL UNDER SEAL** |

1 **[PROPOSED] ORDER**

Pursuant to Civil Local Rule 79-5, Defendant MultiPlan, Inc. ("MultiPlan") has filed an Administrative Motion to File Under Seal and the Declaration of Errol J. King, Jr. in support thereof. Having considered the Administrative Motion to File Under Seal, all materials submitted in support thereof and any arguments of counsel, the Court finds good cause to file the Amendment to Rebuttal Expert Report of Jessica Schmor and the October 10, 2023 Deposition transcript of Jessica Schmor, attached as Exhibits A and B to the Declaration of Errol J. King, Jr., under seal.

Accordingly, IT IS HEREBY ORDERED that MultiPlan's Administrative Motion to File Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: November 3, 2023

_____
Judge Joseph C. Spero
United States Magistrate Judge