| | |
|---|---|
| Lauren M. Blas, SBN 296823<br>LBlas@gibsondunn.com<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Geoffrey Sigler (pro hac vice)<br>GSigler@gibsondunn.com<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.995.8500<br>Facsimile: 202.467.0539<br><br>Attorneys for Defendants United Behavioral Health and United Healthcare Insurance Company | Matthew M. Lavin (pro hac vice)<br>matt.lavin@agg.com<br>Arnall Golden Gregory LLP<br>2100 Pennsylvania Avenue NW,<br>Suite 350S<br>Washington, DC 20037<br>Telephone: 202.677.4030<br>Facsimile: 202.677.4031<br><br>David M. Lilienstein<br>SBN 218923<br>david@dllawgroup.com<br>Katie J. Spielman<br>SBN 252209<br>katie@dllawgroup.com<br>DL Law Group<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone: 415.678.5050<br>Facsimile: 415.358.8484<br><br>Attorneys for Plaintiffs<br><br>[Additional Counsel Listed On Signature Page] |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LD, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>United Behavioral Health, Inc., et al.,<br><br>        Defendants. | Case No. 4:20-cv-02254-YGR-JCS<br><br>~~Joint Stipulation and [Proposed]~~ Order Pursuant to Court's December 13, 2023 Directive re: Scheduling Renewed Motion for Class Certification<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Third Amended Complaint filed: August 10, 2021 |

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation and [Proposed] Order, the Court HEREBY ORDERS as follows and sets the following schedule:

| Event | Deadline |
|---|---|
| Parties Exchange Expert Designation for Class Certification (including Plaintiffs' rebuttal experts, if any) | January 18, 2024 |
| Plaintiffs' Renewed Motion for Class Certification and Expert Reports | January 25, 2024 |
| Deadline for Depositions of Plaintiffs' Experts | February 22, 2024 |
| Defendants' Response to Renewed Motion for Class Certification and Expert Reports | March 14, 2024[2] |
| Deadline for Depositions of Defendants' Experts | April 4, 2024 |
| Deadline for Plaintiffs' Reply in Support of Renewed Motion for Class Certification | April 25, 2024 |
| Deadline for Depositions of Plaintiffs' Rebuttal Experts, if any | May 9, 2024 |
| Hearing on Renewed Motion for Class Certification | May 22, 2024 at 2:00 pm |

All other deadlines from this Court's June 23, 2023 Scheduling and Pretrial Order (Dkt. 319) (as previously modified) are taken off calendar until such time as the Court rules on Plaintiffs' to-be-filed renewed motion for class certification. The Court will hold a status conference within 14 days of its ruling on the renewed motion for class certification.

Plaintiffs shall withdraw: (1) Plaintiffs' pending interlocutory appeal of the Court's denial of their original motion for certification (*see* Dkts. 168, 301, 307; No. 23-80032 (9th. Cir.), ECF No. 1); (2) Plaintiffs' Admin Motion for Leave to File Renewed Motion for Class Certification (Dkt. 323); and (3) Plaintiffs' Admin Motion to Modify Scheduling Order (Dkt. 379). Given Plaintiffs' representation that they will not rely in any way on the testimony of Thomas Ralston at the class certification stage, Defendants will withdraw their Administrative Motion Regarding Deposition of Thomas Ralston Pursuant to the Court's Statements at the

---

[2] This deadline assumes that Plaintiffs' opening class expert reports will be substantially similar to their expert reports already filed or served in this case. If Plaintiffs serve opening reports that are not substantially similar, Defendants may seek an extension to this deadline.

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040
WWW.AGG.COM

1  January 27, 2023 Hearing (Dkt. 344). Plaintiffs reserve all rights to use Thomas Ralston's
2  testimony at a later stage of the case and Defendants reserve all rights to seek Thomas Ralston's
3  deposition at a later stage of the case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: December 18, 2023

_____
Hon. Yvonne Gonzalez Rogers

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040
WWW.AGG.COM

5

Case No. 4:20-cv-02254-YGR-JCS

Joint Stipulation and [Proposed] Order Pursuant to Court's December 13, 2023 Directive