| | |
|---|---|
| LAUREN M. BLAS, SBN 296823<br>   lblas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>GEOFFREY SIGLER (*pro hac vice*)<br>   gsigler@gibsondunn.com<br>DEREK K. KRAFT (*pro hac vice*)<br>   dkraft@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: 202.99.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Defendants UnitedHealthcare Insurance Company and United Behavioral Health* | ERROL J. KING, JR. (*pro hac vice*)<br>   Errol.King@phelps.com<br>CRAIG L. CAESAR (*pro hac vice*)<br>   Craig.Caesar@phelps.com<br>KATHERINE CICARDO MANNINO (*pro hac vice*)<br>   Katie.Mannino@phelps.com<br>TAYLOR J. CROUSILLAC (*pro hac vice*)<br>   Taylor.Crousillac@phelps.com<br>BRITTANY H. ALEXANDER (*pro hac vice*)<br>   Brittany.Alexander@phelps.com<br>PHELPS DUNBAR LLP<br>II City Plaza<br>400 Convention Street, Suite 1100<br>Baton Rouge, Louisiana 70802<br>Telephone: 225.376.0207<br><br>*Attorneys for Defendant MultiPlan, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH and CJ, on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York corporation,<br><br>   *Defendants*. | CASE NO. 4:20-cv-02254-YGR<br><br>**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE TEN ADDITIONAL PAGES FOR THEIR MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: April 2, 2020<br>Third Amended Complaint filed: Sept. 10, 2021 |

Gibson, Dunn & Crutcher LLP

DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE TEN ADDITIONAL PAGES FOR THEIR MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION
CASE NO. 4:20-CV-02254-YGR

## ARGUMENT

Defendants United Healthcare Insurance Company, United Behavioral Health, and MultiPlan, Inc. respectfully request leave, pursuant to Civil Local Rule 7-11, to file a consolidated 35-page memorandum of law in support of their forthcoming opposition to Plaintiffs' motion for class certification, in lieu of filing two separate 25-page briefs by different defendants. Defendants requested, and the Court granted, similar relief for their opposition to Plaintiffs' first motion for class certification. Dkts. 196, 199.

Civil Local Rule 7-11 permits a party to move for miscellaneous administrative relief, including a motion "to exceed otherwise applicable page limitations." Good cause exists for the requested relief. Under Civil Local Rule 7-4(b), each party is entitled to submit a memorandum of points and authorities in opposition of twenty-five (25) pages in length. Defendants' briefs are due on March 14, 2024 (Dkt. 389). Rather than submitting up to fifty (50) pages of briefing (one brief for the United Defendants and another one for MultiPlan), Defendants propose to submit a single consolidated opposition brief of thirty-five (35) pages. As with Plaintiffs' initial class certification motion, Plaintiffs' arguments in support of their renewed motion for class certification present complex issues under ERISA and RICO that overlap as to each Defendant. Therefore, judicial economy would be served by a single, consolidated submission that contains all of Defendants' arguments in opposition, rather than two separate briefs which may entail some level of duplication. Plaintiffs have indicated they will not oppose the requested relief. Blas Decl. ¶ 3. Defendants respectfully seek this Court's permission to file a consolidated 35-page brief.

Gibson, Dunn & Crutcher LLP

1
DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE TEN ADDITIONAL PAGES FOR THEIR MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION
CASE NO. 4:20-CV-02254-YGR

| | |
|---|---|
| DATED: February 21, 2024 | Respectfully submitted, |
| | GIBSON, DUNN & CRUTCHER LLP |
| | By:  /s/ *Lauren M. Blas*  <br>        Lauren M. Blas |
| | *Attorney for Defendants UnitedHealthcare Insurance Company and United Behavioral Health* |
| | – and – |
| | PHELPS DUNBAR, LLP |
| | Errol J. King, Jr. (*admitted pro hac vice*)<br>Craig L. Caesar (*admitted pro hac vice*)<br>Katherine Cicardo Mannino (*admitted pro hac vice*)<br>Taylor J. Crousillac (*admitted pro hac vice*)<br>Brittany H. Alexander (*admitted pro hac vice*) |
| | *Attorney for Defendant MultiPlan, Inc.* |

2

DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE TEN ADDITIONAL PAGES FOR THEIR MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION
CASE NO. 4:20-CV-02254-YGR