1  LAUREN M. BLAS, SBN 296823
     lblas@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
3  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
4  Facsimile: 213.229.7520

5  GEOFFREY SIGLER (*pro hac vice*)
     gsigler@gibsondunn.com
6  DEREK K. KRAFT (*pro hac vice*)
     dkraft@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
8  Washington, D.C. 20036-5306
   Telephone: 202.99.8500
9  Facsimile: 202.467.0539

10 *Attorneys for Defendants UnitedHealthcare
   Insurance Company and United Behavioral
11 Health*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH and CJ, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York corporation,<br><br>*Defendants*. | CASE NO. 4:20-cv-02254-YGR<br><br>**DECLARATION OF LAUREN BLAS IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE TEN ADDITIONAL PAGES FOR THEIR MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers |

DECLARATION OF LAUREN BLAS ISO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE TEN ADDITIONAL PAGES FOR THEIR MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION
CASE NO. 4:20-CV-02254-YGR

Gibson, Dunn & Crutcher LLP

I, Lauren Blas, state and declare as follows:

1. I am a partner at Gibson, Dunn & Crutcher LLP, and counsel of record for Defendants United Healthcare Insurance Company ("UHC") and United Behavioral Health ("UBH") (together, "United Defendants") in the above-captioned case. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration under Local Rule 7-11 in support of Defendants' Motion for Administrative Relief for Leave to File Ten Additional Pages for Their Memorandum in Opposition to Class Certification ("Administrative Motion").

3. On February 14, 2024, counsel to United Defendants wrote to counsel for Plaintiffs asking if they would oppose the Administrative Motion. On February 15, 2024, Plaintiffs' counsel stated they would not oppose the Administrative Motion provided Defendants' counsel would agree not to oppose a request for additional pages for Plaintiffs' reply, which Defendants assented to.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 21, 2024                    Respectfully submitted,

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By:    /s/ *Lauren M. Blas*
                                                   Lauren M. Blas

                                            *Attorney for Defendants UnitedHealthcare Insurance Company and United Behavioral Health*

---

1

DECLARATION OF LAUREN BLAS ISO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 FOR LEAVE TO FILE TEN ADDITIONAL PAGES FOR THEIR MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION
CASE NO. 4:20-CV-02254-YGR