| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH and CJ, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York corporation,<br><br>*Defendants*. | Case No. 4:20-cv-02254-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11**<br><br>Hon. Yvonne Gonzalez Rogers |

**[PROPOSED] ORDER**

Defendants have filed a Motion for Administrative Relief Pursuant to L.R. 7-11, seeking leave to file ten additional pages for their Memorandum in Opposition to Class Certification. Having considered the motion and the accompanying declaration of Lauren Blas, and for good cause appearing:

IT IS HEREBY ORDERED that Defendants are permitted to submit a single consolidated Memorandum in Opposition to Class Certification of thirty-five (35) pages.

**IT IS SO ORDERED.**

DATE: _____

Hon. Yvonne Gonzalez Rogers

2
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11
CASE NO. 4:20-CV-2254-YGR

Gibson, Dunn & Crutcher LLP