LAUREN M. BLAS, SBN 296823
   lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

GEOFFREY SIGLER (*pro hac vice*)
   gsigler@gibsondunn.com
DEREK K. KRAFT (*pro hac vice*)
   dkraft@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.99.8500
Facsimile:  202.467.0539

*Attorneys for Defendants UnitedHealthcare Insurance Company and United Behavioral Health*

ERROL J. KING, JR. (*pro hac vice*)
   Errol.King@phelps.com
CRAIG L. CAESAR (*pro hac vice*)
   Craig.Caesar@phelps.com
KATHERINE CICARDO MANNINO (*pro hac vice*)
   Katie.Mannino@phelps.com
TAYLOR J. CROUSILLAC (*pro hac vice*)
   Taylor.Crousillac@phelps.com
BRITTANY H. ALEXANDER (*pro hac vice*)
   Brittany.Alexander@phelps.com
PHELPS DUNBAR LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225.376.0207

*Attorneys for Defendant MultiPlan, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>          *Plaintiffs*,<br><br>   v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York corporation,<br><br>          *Defendants*. | CASE NO. 4:20-cv-02254-YGR<br><br>**NOTICE OF MANUAL FILING – LODGED UNDER SEAL – IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: April 2, 2020<br>Third Amended Complaint filed: Sept. 10, 2021 |

# NOTICE OF MANUAL FILING

TO THE COURT, ALL PARTIES AND COUNSEL, PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-1(e), the following document(s) or item(s) are exempt from electronic filing and will therefore be manually filed. In support of Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification, Defendants are manually filing the following native Excel files on a USB device.

**Exhibits to the Declaration of Geoffrey Sigler**

Exhibits 194, 196, 198, 200, 202, 205, 206, 207, 208, and 230.

**Exhibits to the Compendium of Provider Documents**

Exhibits 16, 23, 27, 33, 36, and 37.

These exhibits are also subject to the forthcoming Defendants' Administrative Interim Motion to Seal and to Consider Whether Another Party's Material Should Be Sealed. These exhibits will be lodged with the clerk pending court order on the parties' forthcoming joint omnibus sealing motion pursuant to the February 13, 2024 Stipulation and Order Modifying Sealing Procedures ("Stipulation") (Dkt. 300).

DATED: March 14, 2024                    Respectfully submitted,

                                          GIBSON, DUNN & CRUTCHER LLP

                                          By:   /s/ Geoffrey Sigler
                                                 Geoffrey Sigler

                                          *Attorney for Defendants UnitedHealthcare Insurance Company and United Behavioral Health*

                                          – and –

                                          PHELPS DUNBAR, LLP

                                          By:  /s/ Errol J. King
                                                 Errol J. King, Jr.

                                          *Attorney for Defendant MultiPlan, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: March 14, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Geoffrey Sigler*
       Geoffrey Sigler