Matthew M. Lavin (pro hac vice)
matt.lavin@agg.com
Arnall Golden Gregory LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone:   202.677.4030
Facsimile:   202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
DL Law Group
345 Franklin St.
San Francisco, CA 94102
Telephone:   415.678.5050
Facsimile:   415.358.8484

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LD, et al., | Case No. 4:20-cv-02254-YGR-JCS |
| Plaintiffs, | Hon. Yvonne Gonzalez Rogers |
| v. | **Plaintiffs' Motion for Leave to File Five Additional Pages for their Reply Memorandum in Support of Class Certification under L.R. 7-11** |
| United Behavioral Health, Inc., et al., | |
| Defendants. | |

## Argument

Plaintiffs respectfully request leave to file, pursuant to L.R. 7-11, an additional five pages to their reply brief in support of their renewed motion for class certification (ECF 396). Plaintiffs requested, and the Court granted, similar relief for their reply in support of their first motion for class certification. *See* ECF 202, 233.

Local Rule 7-11 permits a party to move for miscellaneous administrative relief, including a motion "to exceed otherwise applicable page limitations." Good cause exists for the requested relief.

Under Civil Local Rule 7-4(b), a party is entitled to submit a reply brief of 15 pages in length. Plaintiffs' class certification motion presents complex issues under ERISA and RICO that overlap as to each Defendant. Defendants requested they be permitted to file a single, 35-page response in opposition to Plaintiffs' motion for class certification in lieu of submitting two, 25-page responses. *See* ECF 401. This Court granted that motion. ECF 402. As the Defendants will be submitting a single, consolidated 35-page brief instead of two separate briefs, Plaintiffs are limited to a single, 15-page reply brief under Civil Local Rule 7-4(b) the instead of the two briefs Plaintiffs would have been entitled to if each Defendant had filed its own opposition. An additional five pages will enable Plaintiffs to address Defendants' 35-page response brief. Accordingly, Plaintiffs respectfully request that the Court permit an additional five pages for Plaintiffs' reply brief, for a total of 20 pages.

Defendants have indicated they do not oppose the requested relief. Lavin Decl. ¶ 3.

Dated: March 18, 2024

Arnall Golden Gregory LLP

By: */s/ Matthew M. Lavin*
Matthew M. Lavin

DL Law Group

By: */s/ David M. Lilienstein*
David M. Lilienstein
Katie J. Spielman

Attorneys for Plaintiffs and the Putative Class