Matthew M. Lavin (pro hac vice)
matt.lavin@agg.com
Arnall Golden Gregory LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone:   202.677.4030
Facsimile:   202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
DL Law Group
345 Franklin St.
San Francisco, CA 94102
Telephone:   415.678.5050
Facsimile:   415.358.8484

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| LD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United Behavioral Health, Inc., et al., <br><br> Defendants. | Case No. 4:20-cv-02254-YGR-JCS <br><br> Hon. Yvonne Gonzalez Rogers <br><br> **Declaration of Matthew M. Lavin in Support of Plaintiffs' Motion for Leave to File Five Additional Pages for their Reply Memorandum in Support of Class Certification** |

1. I, Matthew M. Lavin, one of the counsel of record for Plaintiffs, declare under penalty of perjury, that the following is true and correct, based on my personal knowledge:

1. I am an attorney at Arnall Golden Gregory LLP, a counsel of record for Plaintiffs in the instant action. I am duly licensed to practice law in the District of Columbia and am admitted pro hac vice in this matter. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration under L.R. 7-11 in support of Plaintiffs' Motion for Leave to File Five Additional Pages for their Reply Memorandum in Support of Class Certification.

3. On February 14, 2024, counsel to United Defendants wrote to counsel for Plaintiffs asking if Plaintiffs would oppose a request for additional pages for their opposition to Plaintiffs' class motion (ECF 396). On February 15, 2024, Plaintiffs' counsel stated they would not oppose the request provided Defendants' counsel would agree not to oppose a request for additional pages for Plaintiffs' reply, which Defendants assented to.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2024

By: */s/ Matthew M. Lavin*
Matthew M. Lavin