Matthew M. Lavin (pro hac vice)
matt.lavin@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone: 202.677.4030
Facsimile: 202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
DL Law Group
345 Franklin St.
San Francisco, CA 94102
Telephone: 415.678.5050
Facsimile: 415.358.8484

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United Behavioral Health, Inc., et al., <br><br> Defendants. | Case No. 4:20-cv-02254-YGR-JCS <br><br> **[Proposed] Order Granting Plaintiffs' Motion for Leave to File Five Additional Pages for their Reply Memorandum in Support of Class Certification** |

**[PROPOSED] ORDER**

Plaintiffs have filed a Motion for Administrative Relief Pursuant to L.R. 7-11, seeking leave to file 5 additional pages for their reply brief in support of their motion for class certification (ECF 396). Having considered the motion and the accompanying declaration of Matthew M. Lavin, and for good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs are permitted to file a 20-page reply brief in support of their motion for class certification.

**IT IS SO ORDERED.**

DATE: _____  _____
                                                                                                    Hon. Yvonne Gonzalez Rogers

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040
WWW.AGG.COM