1  LAUREN M. BLAS, SBN 296823
       LBlas@gibsondunn.com
2  333 South Grand Avenue
   GIBSON, DUNN & CRUTCHER LLP
3  Los Angeles, California 90071
   Telephone:    213.229.7000
4  Facsimile:    213.229.7520

5  GEOFFREY SIGLER (*admitted pro hac vice*)
       GSigler@gibsondunn.com
6  DEREK K. KRAFT (*admitted pro hac vice*)
       DKraft@gibsondunn.com
7  1050 Connecticut Avenue, N.W.
   Washington, DC 20036-5306
8  Telephone:    202.995.8500
   Facsimile:    202.467.0539
9
   Attorneys for Defendants
10 UNITED BEHAVIORAL HEALTH and
   UNITEDHEALTHCARE INSURANCE COMPANY
11

12                 IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          OAKLAND DIVISION

15 LD, DB, BW, and CJ, on behalf of themselves       CASE NO. 4:20-cv-02254-YGR
   and others similarly situated,
16                                                   **UNITED DEFENDANTS' STATEMENT
                                                     OF RECENT DECISION**
17              Plaintiffs,
                                                     **[L.R. 7-3(d)(2)]**
18       v.

19 UNITED BEHAVIORAL HEALTH, a
   California Corporation,
20 UNITEDHEALTHCARE INSURANCE
   COMPANY, a Connecticut Corporation, and
21 MULTIPLAN, INC., a New York Corporation,

22              Defendants.

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1      Pursuant to Civil Local Rule 7-3(d)(2), Defendants UnitedHealthcare Insurance Company and

2  United Behavioral Health respectfully submit this Statement of Recent Decision regarding a near-

3  identical case pending before Judge Davila, *RJ v. Cigna Health & Life Ins. Co.*, No. 5:20-cv-02255

4  (N.D. Cal.).  As stated in Defendants' Opposition to Plaintiffs' Renewed Motion for Class Certification

5  in this case, on February 12, 2024, Judge Davila denied the *Cigna* plaintiffs' motion for class

6  certification.  *RJ v. Cigna*, Dkt. 227.  Two recent developments in *Cigna* are relevant to Plaintiffs'

7  Renewed Motion for Class Certification in this case.

8      First, on March 27, 2024, the Ninth Circuit denied plaintiffs' Rule 23(f) petition for leave to

9  appeal the district court's class certification order.  *RJ v. Cigna*, Dkt. 233 (attached hereto as Exhibit 1).

10  Second, on April 1, 2024, Judge Davila denied plaintiffs' motion for leave to file a renewed motion for

11  class certification.  *RJ v. Cigna*, Dkt. 234 (attached hereto as Exhibit 2).  The plaintiffs' motion offered

12  to propose "narrower subclasses" that address Judge Davila's finding that Cigna's UCR obligations

13  under class members' disparate plans lack commonality.  *Id.* at 2.  Judge Davila declined to grant leave

14  for plaintiffs to file a renewed motion, stating that "every court asked to certify a class based on alleged

15  ERISA § 502(a)(1)(B) violations of UCR obligations has consistently denied certification," and

16  concluding that the plaintiffs "have not shown an intervening change in controlling law, emergence of

17  new material facts," "clear error in the Court's order denying class certification," or "any other basis

18  justifying a renewed class certification motion."  *Id.*

19

20  DATED: April 4, 2024                              Respectfully submitted,

21                                                    GIBSON, DUNN & CRUTCHER LLP

22

23                                                    By: */s/ Geoffrey Sigler*
                                                          Geoffrey Sigler

24                                                    Attorneys for Defendants UNITED

25                                                    BEHAVIORAL HEALTH and UNITED
                                                      HEALTHCARE INSURANCE COMPANY

26

27

28

Gibson, Dunn &
Crutcher LLP

UNITED DEFENDANTS' STATEMENT OF RECENT DECISION
CASE NO. 4:20-CV-02254-YGR