1  Matthew M. Lavin (pro hac vice)
   matt.lavin@agg.com
2  2100 Pennsylvania Avenue, NW
   Suite 350S
3  Washington, D.C. 20037
   Telephone:  202.677.4030
4  Facsimile:  202.677.4031

5  David M. Lilienstein, SBN 218923
   david@dllawgroup.com
6  Katie J. Spielman, SBN 252209
   katie@dllawgroup.com
7  DL Law Group
   345 Franklin St.
8  San Francisco, CA 94102
   Telephone:  415.678.5050
9  Facsimile:  415.358.8484

10 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LD, et al., | Case No. 4:20-cv-02254-YGR-JCS |
| Plaintiffs, | |
| v. | [~~Proposed~~] **Order Granting Plaintiffs' Motion for Leave to File Five Additional Pages for their Reply Memorandum in Support of Class Certification** |
| United Behavioral Health, Inc., et al., | |
| Defendants. | |

# [~~PROPOSED~~] ORDER

Plaintiffs have filed a Motion for Administrative Relief Pursuant to L.R. 7-11, seeking leave to file 5 additional pages for their reply brief in support of their motion for class certification (ECF 396). Having considered the motion and the accompanying declaration of Matthew M. Lavin, and for good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs are permitted to file a 20-page reply brief in support of their motion for class certification.

**IT IS SO ORDERED.**

DATE: April 11, 2024

_____
Hon. Yvonne Gonzalez Rogers