**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LD, ET AL.**, | **Case No.: 4:20-cv-02254-YGR** |
| Plaintiffs, | **ORDER VACATING HEARING** |
| v. | DKT. NO. 431 |
| **UNITED BEHAVIORAL HEALTH, INC., ET AL.**, | |
| Defendants. | |

Due to the Court's current docket and criminal trial obligations, the hearing set for June 4, 2024 is **Vacated**. The Court will reset the hearing at a later date.

**IT IS SO ORDERED**.

Date:  May 17, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**