| | |
|---|---|
| LAUREN M. BLAS, SBN 296823<br>lblas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile:  213.229.7520 | MATTHEW M. LAVIN (*pro hac vice*)<br>Matt.Lavin@agg.com<br>ARNALL GOLDEN GREGORY LLP<br>1775 Pennsylvania Ave NW, Suite 1000<br>Washington, D.C. 20006<br>Telephone: 202.677.4030<br>Facsimile: 202.677.4031 |
| GEOFFREY SIGLER (*pro hac vice*)<br>gsigler@gibsondunn.com<br>DEREK K. KRAFT (*pro hac vice*)<br>dkraft@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: 202.887.3752<br>Facsimile:  202.530.9635 | DAVID M. LILIENSTEIN, SBN 218923<br>david@dllawgroup.com<br>KATIE J. SPIELMAN, SBN 252209<br>katie@dllawgroup.com<br>DL LAW GROUP<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone: 415.678.5050<br>Facsimile: 415.358.8484 |
| Attorneys for Defendants UNITED BEHAVIORAL HEALTH and UNITEDHEALTHCARE INSURANCE COMPANY | Attorneys for PLAINTIFFS<br><br>[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR OMNIBUS STIPULATION AND OMNIBUS MOTION ON DISPUTED SEALING REQUESTS**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Hearing:  None Set<br><br>Complaint filed: April 2, 2020<br>Third Amended Complaint filed: Sept. 10, 2021 |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR OMNIBUS STIPULATION AND OMNIBUS MOTION ON DISPUTED SEALING REQUESTS
CASE NO. 4:20-CV-02254-YGR

1. Plaintiffs LD, DB, BW, RH, and CJ, and Defendants United Behavioral Health, UnitedHealthcare Insurance Company, and MultiPlan, Inc. (together, "Defendants"), collectively the "Parties," to the above-entitled action jointly submit this stipulation pursuant to the Post-Briefing Omnibus Sealing Procedures in this Court's Standing Order in Civil Cases. In further support of this Stipulation, the Parties state as follows:

**WHEREAS**, on February 13, 2024, the Court issued its Order Granting Modified Sealing Procedures requiring the Parties to "jointly file an omnibus sealing motion within 14 days after the conclusion of the briefing sequence" (Dkt. 399 at 3);

**WHEREAS**, on June 10, 2024, Plaintiffs filed their Opposition to Defendants' Administrative Motion for Leave to File Sur-Reply (Dkts. 436, 437), which concluded the briefing sequence on class certification and triggered the 14-day deadline for the omnibus sealing motion, which landed on June 24, 2024;

**WHEREAS**, the Court's Standing Order in Civil Cases allows the Parties "by stipulation filed on the docket, [to] extend the time to file the Omnibus [Sealing] Stipulation and Omnibus Motion[s on Sealing Disputes] to 21 days after the conclusion of briefing," which would be July 1, 2024, with extensions beyond 21 days requiring approval by the Court;

**WHEREAS**, the Parties have agreed to extend the deadline for the Omnibus Sealing Stipulation and Omnibus Motions on Sealing Disputes (if necessary) from June 24, 2024 to July 8, 2024 in light of the voluminous record requiring substantial time for the Parties to meet and confer in an effort to reach agreement on as many sealing requests as possible;

**WHEREAS**, the extension of the deadline will not alter the date of any other event or any other deadline already fixed by Court order;

**THEREFORE**, the Parties hereby stipulate and agree as follows:

The deadline for the Omnibus Sealing Stipulation and Omnibus Motions on Sealing Disputes (if necessary) currently scheduled for June 24, 2024 is extended to July 8, 2024. If additional time is required for the Parties to meet and confer to finish preparing these documents, the Parties will promptly seek the Court's approval to extend the deadline beyond July 8, 2024.

Gibson, Dunn & Crutcher LLP

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR OMNIBUS STIPULATION AND OMNIBUS MOTION ON DISPUTED SEALING REQUESTS
CASE NO. 4:20-CV-02254-YGR

**IT IS SO STIPULATED.**

DATED: June 24, 2024                    Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP


                                        By: _____/s/ Derek K. Kraft_____
                                                    Derek K. Kraft

                                        Attorneys for Defendants UNITED
                                        BEHAVIORAL HEALTH and
                                        UNITEDHEALTHCARE INSURANCE
                                        COMPANY


DATED: June 24, 2024                    PHELPS DUNBAR LLP


                                        By: _____/s/ Errol King_____
                                                    Errol King

                                        Attorneys for Defendant MULTIPLAN, INC.

                                        ERROL J. KING, JR. (*admitted pro hac vice*)
                                        PHELPS DUNBAR LLP
                                        II City Plaza, 400 Convention Street, Suite 1100
                                        Baton Rouge, Louisiana 70802
                                        Telephone: (225) 376-0207
                                        Facsimile: (225) 381-9197
                                        Errol.King@phelps.com


DATED: June 24, 2024                    ARNALL GOLDEN GREGORY LLP


                                        By: _____/s/ Matthew M. Lavin_____
                                                    Matthew M. Lavin


DATED: June 24, 2024                    DL LAW GROUP


                                        By: _____/s/ David Lilienstein_____
                                                    David Lilienstein

                                        Attorneys for PLAINTIFFS

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation and [Proposed] Order, the Court HEREBY ORDERS that deadline for the Omnibus Sealing Stipulation and Omnibus Motions on Sealing Disputes (if necessary) is extended to July 8, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                          The Hon. Yvonne Gonzalez Rogers
                                          UNITED STATES DISTRICT COURT JUDGE

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR OMNIBUS STIPULATION AND OMNIBUS MOTION ON DISPUTED SEALING REQUESTS
CASE NO. 4:20-CV-02254-YGR

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: June 24, 2024                    GIBSON, DUNN & CRUTCHER LLP

                                        By:  */s/ Derek K. Kraft*
                                             Derek K. Kraft

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR OMNIBUS STIPULATION AND OMNIBUS MOTION ON DISPUTED SEALING REQUESTS
CASE NO. 4:20-CV-02254-YGR