Lauren M. Blas, SBN 296823
LBlas@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone:     213.229.7000
Facsimile:     213.229.7520

Geoffrey Sigler (pro hac vice)
GSigler@gibsondunn.com
Derek K. Kraft (pro hac vice)
dkraft@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:     202.995.8500
Facsimile:     202.467.0539

Attorneys for Defendants United
Behavioral Health and United Healthcare
Insurance Company

Matthew M. Lavin (pro hac vice)
matt.lavin@agg.com
Arnall Golden Gregory LLP
1775 Pennsylvania Ave NW,
Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

David M. Lilienstein
SBN 218923
david@dllawgroup.com
KATIE J. SPIELMAN
SBN 252209
katie@dllawgroup.com
DL Law Group
345 Franklin Street
San Francisco, CA 94102
Telephone: 415.678.5050
Facsimile: 415.358.8484

Attorneys for Plaintiffs

[Additional Counsel Listed On
Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR OMNIBUS STIPULATION AND OMNIBUS MOTION ON DISPUTED SEALING REQUESTS**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Hearing:  None Set<br><br>Complaint filed: April 2, 2020<br>Third Amended Complaint filed: Sept. 10, 2021 |

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave, NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040
WWW.AGG.COM

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave. NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040
WWW.AGG.COM

Plaintiffs LD, DB, BW, RH, and CJ, and Defendants United Behavioral Health, UnitedHealthcare Insurance Company, and MultiPlan, Inc. (together, "Defendants"), collectively the "Parties" to the above-entitled action, jointly submit this stipulation pursuant to the Post-Briefing Omnibus Sealing Procedures in this Court's Standing Order in Civil Cases.  In further support of this Stipulation, the Parties state as follows:

**WHEREAS**, on February 13, 2024, the Court issued its Order Granting Modified Sealing Procedures requiring the Parties to "jointly file an omnibus sealing motion within 14 days after the conclusion of the briefing sequence" (Dkt. No. 399 at 3);

**WHEREAS**, on June 26, 2024, the Court granted Defendants' Motion to File a Sur-Reply, allowed Plaintiffs to file a Reply to the Sur-Reply by July 12, 2024 (Dkt. No. 439), and set July 26, 2024 (14 days after the conclusion of the briefing sequence) as the deadline for the Omnibus Sealing Stipulation and Omnibus Motions on Sealing Disputes (Dkt. No. 438);

**WHEREAS**, on July 12, 2024, Plaintiffs filed their Reply to Defendants' Sur-Reply (Dkt. No. 442), which concluded the briefing sequence on class certification;

**WHEREAS**, the Court's Standing Order in Civil Cases allows the Parties "by stipulation filed on the docket, [to] extend the time to file the Omnibus [Sealing] Stipulation and Omnibus Motion[s on Sealing Disputes] to 21 days after the conclusion of briefing," which would be August 2, 2024, with extensions beyond 21 days requiring approval by the Court;

**WHEREAS**, the Parties have agreed to extend the deadline for the Omnibus Sealing Stipulation and Omnibus Motions on Sealing Disputes (if necessary) from July 26, 2024 to August 9, 2024 in light of the voluminous record requiring substantial time for the Parties to meet and confer, including ongoing efforts by the Parties to reach agreement on as many sealing requests as possible;

**WHEREAS**, the extension of the deadline will not alter the date of any other event or any other deadline already fixed by Court order;

**NOW, THEREFORE**, the Parties hereby stipulate and agree as follows:

The deadline for the Omnibus Sealing Stipulation and Omnibus Motions on Sealing

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4090
WWW.AGG.COM

1  Disputes (if necessary) currently scheduled for July 26, 2024 is extended to August 9, 2024.  If

2  additional time is required for the Parties to meet and confer to finish preparing these documents,

3  the Parties will promptly seek the Court's approval to extend the deadline beyond August 9, 2024.

4      **IT IS SO STIPULATED.**

5                                         Respectfully submitted,

6      Dated: July 24, 2024               ARNALL GOLDEN GREGORY LLP

7                                         By:     */s/ Matthew M. Lavin*
                                                  Matthew M. Lavin
8

9                                         DL Law Group

10                                        By:     */s/ David M. Lilienstein*
                                                  David M. Lilienstein
11                                                Katie J. Spielman

12                                        *Attorneys for Plaintiffs and the Putative Class*

13
       DATED: July 24, 2024              GIBSON, DUNN & CRUTCHER LLP
14
15                                        By:     */s/ Derek K. Kraft*
                                                  Derek K. Kraft
16                                        *Attorneys for Defendants United Behavioral
       Health and United HealthCare Insurance
17                                        Company*
18

19                                        PHELPS DUNBAR LLP

20     DATED: July 24, 2024              By:     */s/ Errol J. King, Jr.*
                                                  Errol J. King, Jr.
21

22                                        *Attorneys for Defendant MultiPlan, Inc.*

23                                        ERROL J. KING, JR. (*admitted pro hac vice*)
       PHELPS DUNBAR LLP
24                                        II City Plaza, 400 Convention Street, Suite 1100
       Baton Rouge, Louisiana 70802
25                                        Telephone: (225) 376-0207
       Facsimile: (225) 381-9197
26                                        Errol.King@phelps.com

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR OMNIBUS
STIPULATION AND OMNIBUS MOTION ON DISPUTED SEALING REQUESTS
CASE NO. 4:20-CV-02254-YGR

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation and [Proposed] Order, the Court HEREBY ORDERS that deadline for the Omnibus Sealing Stipulation and Omnibus Motions on Sealing Disputes (if necessary) is extended to August 9, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____  ____, 2024

_____
The Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT JUDGE

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone 202.677.4040
WWW.AGG.COM

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone 202.677.4040
WWW.AGG.COM

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories hereto.

DATED: July 24, 2024

ARNALL GOLDEN GREGORY LLP

/s/ *Matthew M. Lavin*
Matthew M. Lavin

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR OMNIBUS
STIPULATION AND OMNIBUS MOTION ON DISPUTED SEALING REQUESTS
CASE NO. 4:20-CV-02254-YGR