LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

GEOFFREY SIGLER (*pro hac vice*)
  gsigler@gibsondunn.com
DEREK KRAFT (*pro hac vice*)
  dkraft@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:   202.955.8500
Facsimile:   202.467.0539

Attorneys for Defendants
UNITED BEHAVIORAL HEALTH and
UNITEDHEALTHCARE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, UNITED BEHAVIORAL HEALTH, a California Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | Case No. 4:20-cv-02254-YGR<br><br>**JOINT STATEMENT IN RESPONSE TO THE COURT'S ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING OUTSTANDING SEALING DISPUTES AT DKT. 461**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed: April 2, 2020<br>Third Amended Complaint filed: Sept. 10, 2021 |

Gibson, Dunn & Crutcher LLP

JOINT STATEMENT IN RESPONSE TO THE COURT'S ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING OUTSTANDING SEALING DISPUTES AT DKT. 461
CASE NO. 4:20-CV-02254

Plaintiffs LD, DB, BW, RH and CJ, United Behavioral Health and United Healthcare Insurance Company ("United Defendants") and MultiPlan, Inc. ("MultiPlan"), collectively the "Parties," to the above-entitled action jointly submit this statement in response to the Court's November 13, 2024 Order Directing Parties to Meet and Confer Regarding Outstanding Sealing Disputes (Dkt. 461, the "Order").

Pursuant to the Order, the Parties met and conferred on November 18, 2024 and November 20, 2024 and have selected "twenty (20) representative sealing requests that are representative of the broader universe of disputes between the Parties." Order at 1. United Defendants and MultiPlan have each selected seven requests, and Plaintiffs have selected six requests. The sealing requests are detailed in the chart attached as **Exhibit A**. The parties are available to assist the Court if it needs hard copies of any materials, or any further information.

[*signatures on next page*]

Gibson, Dunn & Crutcher LLP

1
JOINT STATEMENT IN RESPONSE TO THE COURT'S ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING OUTSTANDING SEALING DISPUTES AT DKT. 461
CASE NO. 4:20-CV-02254

| | |
|---|---|
| DATED: November 22, 2024 | Respectfully submitted, |
| | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Derek Kraft* |
| |       Derek Kraft |
| | Attorneys for Defendants UNITED BEHAVIORAL HEALTH and UNITED HEALTHCARE INSURANCE COMPANY |
| DATED: November 22, 2024 | PHELPS DUNBAR LLP |
| | By: */s/ Errol J. King, Jr.* |
| |       Errol J. King, Jr. |
| | Attorneys for Defendant MULTIPLAN, INC. |
| | ERROL J. KING, JR. (*admitted pro hac vice*)<br>PHELPS DUNBAR LLP<br>II City Plaza, 400 Convention Street, Suite 1100<br>Baton Rouge, Louisiana 70802<br>Telephone: (225) 376-0207<br>Facsimile: (225) 381-9197<br>Errol.King@phelps.com |
| Dated: November 22, 2024 | ARNALL GOLDEN GREGORY LLP |
| | By: */s/ Matthew Lavin* |
| |       Matthew Lavin<br>Attorneys for PLAINTIFFS |

2

JOINT STATEMENT IN RESPONSE TO THE COURT'S ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING OUTSTANDING SEALING DISPUTES AT DKT. 461
CASE NO. 4:20-CV-02254

Gibson, Dunn & Crutcher LLP

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Derek Kraft, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: November 22, 2024

*/s/ Derek Kraft*
Derek Kraft

3
JOINT STATEMENT IN RESPONSE TO THE COURT'S ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING OUTSTANDING SEALING DISPUTES AT DKT. 461
CASE NO. 4:20-CV-02254

Gibson, Dunn & Crutcher LLP