# EXHIBIT D

**Aiken, Matthew G.**

| | |
|---|---|
| **Subject:** | Subpoena Duces Tecum served in connection to LD, et al. v. United Behavioral Health, et al., N.D. Cai. Case No. 20-cv-02254-YGR |
| **Location:** | +18339284609,,4141275089# or +12133388477,,4141275089# |
| **Start:** | Tue 4/15/2025 4:30 PM |
| **End:** | Tue 4/15/2025 5:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Meeting organizer |
| **Organizer:** | Aiken, Matthew G. |

**Required Attendees** Levi Y. Silver
**Optional Attendees:** Woody L. Doolittle; Ferraro, Justin F.; Tom.Kelly@AGG.com; Ritter-Wiseman, Jeremy B.

Hi Levi,

I am changing to an audioconference so that plaintiffs counsel can join the call as well. Please let me know if you have any issues connecting.

Best,
Matthew

# GIBSON DUNN

Hi there,

Matthew Aiken is inviting you to a scheduled personal audio conference.

## Join by Telephone

Dial:
833 928 4609 (United States Toll Free)
+1 213 338 8477 (United States Toll)
+1 301 715 8592 (United States Toll)
+1 346 248 7799 (United States Toll)
+1 646 518 9805 (United States Toll)
+1 646 558 8656 (United States Toll)
+1 669 219 2599 (United States Toll)
+1 669 900 6833 (United States Toll)
+1 720 928 9299 (United States Toll)

Phone one-tap: (United States Toll Free): 8339284609,,4141275089#

1

| | |
|---|---|
| Conference ID: | 414 127 5089 |
| **Join via Web** | |
| Conference URL: | https://gibsondunn.zoom.us/pac/join/4141275089 |

_____

**From:** Levi Y. Silver <lsilver@swsslaw.com>
**Sent:** Friday, April 11, 2025 10:51 PM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Cc:** Woody L. Doolittle <wdoolittle@swsslaw.com>
**Subject:** RE: Subpoena Duces Tecum served in connection to LD, et al. v. United Behavioral Health, et al., N.D. Cai. Case No. 20-cv-02254-YGR

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Matthew,

Thanks.  The objections are attached.  Tuesday at 4:30pm EST works for me.  Please let me know if that time still works for you, in which case I will look forward to your call then at 619-238-4857.

Thanks,

Levi

Levi Y. Silver | Litigation Chair
**Solomon Ward Seidenwurm & Smith LLP**
401 B Street Suite 1200 | San Diego, CA 92101
o 619.231.0303 | d 619.238.4857
lsilver@swsslaw.com | www.swsslaw.com | v-card

Please read the legal disclaimer that governs this email and any attachments

**From:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Sent:** Friday, April 11, 2025 12:24 PM
**To:** Levi Y. Silver <lsilver@swsslaw.com>
**Cc:** Woody L. Doolittle <wdoolittle@swsslaw.com>
**Subject:** RE: Subpoena Duces Tecum served in connection to LD, et al. v. United Behavioral Health, et al., N.D. Cai. Case No. 20-cv-02254-YGR

Hi Levi,

Thanks for reaching out.  I will accept service of the objections.  Recognizing the time difference, I am available to discuss on Monday from 5 to 6 pm EST and Tuesday from 11 am to 6 pm EST.  Please let me know if any of those times will work for you.

2

Best,
Matthew

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Levi Y. Silver <lsilver@swsslaw.com>
**Sent:** Friday, April 11, 2025 3:05 PM
**To:** Kraft, Derek K. <DKraft@gibsondunn.com>; Sigler, Geoffrey <GSigler@gibsondunn.com>; Richardson, Heather L. <HRichardson@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Blas, Lauren M. <LBlas@gibsondunn.com>; Aiken, Matthew G. <MAiken@gibsondunn.com>; Matthews, Nicole R. <NMatthews@gibsondunn.com>
**Cc:** Woody L. Doolittle <wdoolittle@swsslaw.com>
**Subject:** Subpoena Duces Tecum served in connection to LD, et al. v. United Behavioral Health, et al., N.D. Cai. Case No. 20-cv-02254-YGR

Dear Counsel for United Behavioral Health and United Healthcare Insurance Company,

I hope all is well. I will be representing Ocean Recovery in connection with the attached subpoenas. Please direct all documents and correspondences related to this matter to my attention.

I will be serving objections to the subpoenas today. Please kindly confirm by reply email that you will accept service of the objections by email (sent to all recipients on this email chain).

Separately, please let me know your availability for a call to discuss the subpoenas.

Thanks,

Levi

Levi Y. Silver | Litigation Chair
**Solomon Ward Seidenwurm & Smith LLP**
401 B Street Suite 1200 | San Diego, CA 92101
o 619.231.0303 | d 619.238.4857
lsilver@swsslaw.com | www.swsslaw.com | v-card

Please read the legal disclaimer that governs this email and any attachments

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.