# EXHIBIT F

**Kasabian, Andrew M.**

| | |
|---|---|
| **From:** | Maria Terrana <mariat@restorecenterla.com> |
| **Sent:** | Friday, April 18, 2025 12:11 PM |
| **To:** | Melinda Bartoloni; Aiken, Matthew G. |
| **Subject:** | RE: [Redacted for PHI/PII]s- Restore Health and Wellness |
| **Attachments:** | Declaration 4.18.25 for UHC001.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

> **This Message Is From an External Sender**
> This message came from outside your organization.

Hello Matthew:

Please see attached signed declaration. Please let us know if you need anything else

Thank you,

*Maria Terrana*

**Director of Business Operations / HR Supervisor**
**Restore Health and Wellness Center, LLC**

P: (954) 641-5366 ext.1001
F: (954) 306-3886

---

**From:** Melinda Bartoloni <melinda@restorecenterla.com>
**Sent:** Thursday, April 17, 2025 12:34 PM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Cc:** Maria Terrana <mariat@restorecenterla.com>
**Subject:** Re: [Redacted for PHI/PII]- Restore Health and Wellness

Maria :
feel free to inform us if this declaration has it right. Thank you .

Sent from my iPhone

> On Apr 17, 2025, at 12:27 PM, Aiken, Matthew G. <MAiken@gibsondunn.com> wrote:
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Thanks to you both for the explanation. I have attached a declaration summarizing the document production and what occurred with the member. Are one of you able to review, confirm the accuracy of the characterization of the documents, and sign and date. I've included placeholders for whoever signs

1

the document. We would consider this as satisfying our subpoena for documents and for deposition. Please feel free to reach out if you have any questions.

Best,
Matthew

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Melinda Bartoloni <melinda@restorecenterla.com>
**Sent:** Wednesday, April 16, 2025 2:56 PM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Cc:** Maria Terrana <mariat@restorecenterla.com>
**Subject:** Re: Redacted for PHI/PII - Restore Health and Wellness

Thank you .

Sent from my iPhone

> On Apr 16, 2025, at 2:55 PM, Aiken, Matthew G. <MAiken@gibsondunn.com> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Understood, thanks!

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

**From:** Melinda Bartoloni <melinda@restorecenterla.com>
**Sent:** Wednesday, April 16, 2025 2:54 PM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Cc:** Maria Terrana <mariat@restorecenterla.com>
**Subject:** Re: Redacted for PHI/PII - Restore Health and Wellness

Hi Matthew:

There comes a point when we stop sending statements but the client still has an open balance .

Sent from my iPhone

> On Apr 16, 2025, at 2:47 PM, Aiken, Matthew G. <MAiken@gibsondunn.com> wrote:

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you for the quick response. And just so I understand, what happens when the member does not make a payment? Is the remainder forgiven or written off or something along those lines?

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Maria Terrana <mariat@restorecenterla.com>
**Sent:** Wednesday, April 16, 2025 2:14 PM
**To:** Melinda Bartoloni <melinda@restorecenterla.com>; Aiken, Matthew G. <MAiken@gibsondunn.com>
**Subject:** RE: Redacted for PHI/PII - Restore Health and Wellness

Hello Matthew:
IOP was provided
02/25-03/08/2021
4/27/2021

3

Patient did not make any payments.

"Submission Count" is how many times the statement has been mailed to the patient.
For the Patient chart# [Redacted for PHI/PII] patient statement with the remainder balance was mailed to him 9 times (every time the amount changes the new statement with the new count appears)
For Chart [Redacted for PHI/PII] statement was sent to him 16 times.

Please reach out if you have additional questions.

Thank you,

*M aria Terrana*

**Billing Supervisor**
**Restore Health and Wellness Center, LLC**

**P: (954) 641-5366 ext.1001**
**F: (954) 306-3886**

---

**From:** Melinda Bartoloni <melinda@restorecenterla.com>
**Sent:** Wednesday, April 16, 2025 1:55 PM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>; Maria Terrana <mariat@restorecenterla.com>
**Subject:** Re: [Redacted for PHI/PII] - Restore Health and Wellness

Hi:
No problem, we will answer all of your questions. I am going to include our billing supervisor Maria. She can answer you much better than I can.

Maria- please see the questions below and see if you could answer them for Matthew. Thank you .

Sent from my iPhone

> On Apr 16, 2025, at 1:38 PM, Aiken, Matthew G. <MAiken@gibsondunn.com> wrote:
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Thanks Melinda.  Our case is focused on IOP treatments and so I am trying to understand what happened there

4

specifically. As I read the documents, the member was received IOP services from 2/25/2021 to 3/8/2021 and that he owed around $18,299.30. Are there any documents reflecting if he made any payments on those treatments. Or the 4/27/2021 IOP treatment? Also, what are the "Sent count" documents showing? Does the Submission Count show the number of times statements were sent to the member? Sorry for all of the questions, I just want to make sure I understand what happened.

Best,
Matthew

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Melinda Bartoloni <melinda@restorecenterla.com>
**Sent:** Wednesday, April 16, 2025 11:47 AM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Subject:** Fwd: [Redacted for PHI/PII] Restore Health and Wellness


Hi Matthew:

Please see below .
Sent from my iPhone

Begin forwarded message:

> **From:** Maria Terrana <mariat@restorecenterla.com>
> **Date:** April 16, 2025 at 11:38:15 AM EDT
> **To:** Melinda Bartoloni <melinda@restorecenterla.com>
> **Subject:** [Redacted for PHI/PII]

5

_____
_____

Feel free to contact me if you have questions or concerns.

Thank you,

*P dub#Whudqd*



**Director of Business Operations / HR Supervisor**
**Restore Health and Wellness Center, LLC**
**3471 N Federal Hwy, suite 410**
**Oakland Park, FL 33306**
**P: (954) 641-5366 ext.1001**
**F: (954) 306-3886**

_____
_____
_____

*Confidential: This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal Regulation (42 C.F.R., Part 2) prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.*

NOTICE TO RECIPIENT(S) OF INFORMATION:
"Information disclosed to you pertaining to certain conditions, such as treatment for alcohol or drug abuse, HIV/AIDS and other sexually transmitted diseases, behavioral health, and genetic marker information is protected by various federal and state laws which prohibit any further disclosure of this information by you without the express written consent of the person to whom it pertains or as otherwise permitted by such laws. Any unauthorized further disclosure in violation of state or federal law may result in a fine or jail sentence or both. A general authorization for the release of medical or other information is NOT sufficient consent for release of these types of information. The federal rule at 42 CFR Part 2 restricts use of the information disclosed to criminally investigate or prosecute any alcohol or drug abuse patient."

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION, OR YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL: 818-946-2772

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise

the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

<[DRAFT] Restore Health and Wellness Center Declaration.docx>