# EXHIBIT G

**Kasabian, Andrew M.**

| | |
|---|---|
| From: | Keith L. Sachs <ksachs@ddsklaw.com> |
| Sent: | Thursday, May 15, 2025 6:49 AM |
| To: | Aiken, Matthew G. |
| Subject: | RE: Evergreen Subpoena |

**This Message Is From an External Sender**
This message came from outside your organization.

Great. Thanks.
A pleasure working with you on this.

Keith L. Sachs
DDSK Law
900 Cummings Center
Suite 210U
Beverly, MA 01915
Main: (978) 338-6620
Fax: (978) 338-6621
Direct: (978) 232-4237
ksachs@ddsklaw.com
www.ddsklaw.com

This transmittal is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient, or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us by e-mail. Thank you.

*Please note my changed email address.*

Please consider the environment before printing this e-mail

---

**From:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Sent:** Thursday, May 15, 2025 9:40 AM
**To:** Keith L. Sachs <ksachs@ddsklaw.com>
**Subject:** RE: Evergreen Subpoena

Thanks Keith. Confirming that this satisfies our subpoena for documents and for a deposition.

Best,
Matthew

1

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Keith L. Sachs <ksachs@ddsklaw.com>
**Sent:** Thursday, May 15, 2025 9:34 AM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Subject:** RE: Evergreen Subpoena

Good morning, Matt

Signed aff attached.  Note that Jodi edited to reflect her legal first name, Joanne.

**From:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Sent:** Tuesday, May 13, 2025 10:19 PM
**To:** Keith L. Sachs <ksachs@ddsklaw.com>
**Subject:** RE: Evergreen Subpoena

Great, updated declaration is attached.

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Keith L. Sachs <ksachs@ddsklaw.com>
**Sent:** Tuesday, May 13, 2025 7:39 PM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Subject:** RE: Evergreen Subpoena

Thanks, Matt –

The person for affidavit is Jodi Tarantino, Executive Director

2

**From:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Sent:** Tuesday, May 13, 2025 6:24 PM
**To:** Keith L. Sachs <ksachs@ddsklaw.com>
**Subject:** RE: Evergreen Subpoena

Thanks Keith. I've prepared the attached declaration that notes that your client conducted a good-faith search for billing information but no longer retains records for the individual identified by my client. This would resolve our request for documents and for a deposition. Please let me know if you have any issues or concerns with the attached.

Best,
Matthew

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Keith L. Sachs <ksachs@ddsklaw.com>
**Sent:** Tuesday, May 13, 2025 5:02 PM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Subject:** RE: Evergreen Subpoena

Hi Matt –
Yea, so there is nothing showing anything related to any outstanding balance or anything of that nature. Basically nothing in their files related to what was billed but definitely can tell that nothing was paid.

---

**From:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Sent:** Tuesday, May 13, 2025 2:24 PM
**To:** Keith L. Sachs <ksachs@ddsklaw.com>
**Subject:** RE: Evergreen Subpoena

Thanks, that is helpful. I know you previously referenced that "there may be billing records but my client may have not have ever gotten authorization for the billing, so there was no payment"—is there anything showing an amount owed or anything outstanding? Or is there just nothing financial/billing related at all that is maintained by your client?

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

**From:** Keith L. Sachs <ksachs@ddsklaw.com>
**Sent:** Monday, May 12, 2025 2:30 PM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Subject:** RE: Evergreen Subpoena

Hi Matt –

I confirmed this morning that there was absolutely no billing directly to the client.  There were no payments made by the insurer.  There may be invoicing to the insurer but it is with a former billing company and my client no longer has a relationship with them.

**From:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Sent:** Monday, May 12, 2025 2:21 PM
**To:** Keith L. Sachs <ksachs@ddsklaw.com>
**Subject:** RE: Evergreen Subpoena

Hi Keith,

Just wanted to follow up on the below.  Thanks!

Best,
Matthew

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

**From:** Aiken, Matthew G.
**Sent:** Monday, May 5, 2025 4:33 PM
**To:** Keith L. Sachs <ksachs@ddsklaw.com>
**Subject:** RE: Evergreen Subpoena

Just to confirm, they do not have invoices, account statements, records of payments received for treatment, or anything like that?

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**

4

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Keith L. Sachs <ksachs@ddsklaw.com>
**Sent:** Monday, May 5, 2025 4:29 PM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Subject:** RE: Evergreen Subpoena

Just talked to them. There are no billing records for that guy.   Do you want them to see anything else exists?

**From:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Sent:** Monday, May 5, 2025 3:49 PM
**To:** Keith L. Sachs <ksachs@ddsklaw.com>
**Subject:** RE: Evergreen Subpoena

Hi Keith,

Hope you had a great weekend.  I just wanted to follow up on the below.  Please let me know if it would be helpful to discuss.

Best,
Matthew

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Keith L. Sachs <ksachs@ddsklaw.com>
**Sent:** Tuesday, April 15, 2025 11:40 AM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Subject:** RE: Evergreen Subpoena

If I am understanding it correctly, it sounds like there may be billing records but my client may have not have ever gotten authorization for the billing, so there was no payment.  Hope to know more soon.

**From:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Sent:** Tuesday, April 15, 2025 11:37 AM
**To:** Keith L. Sachs <ksachs@ddsklaw.com>
**Subject:** RE: Evergreen Subpoena

5

Hi Keith,

Thanks for reaching out. Do you mean that they may not have billing records on [Redacted for PHI/PII] or that they may not have billed him at all?

Best,
Matthew

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Keith L. Sachs <ksachs@ddsklaw.com>
**Sent:** Tuesday, April 15, 2025 9:12 AM
**To:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Subject:** RE: Evergreen Subpoena

Thanks, Matthew

By way of update, my client starting looking into this and it appears billing may not have been done on [Redacted for PHI/PII]   Perhaps something that slipped through the cracks. Client is chasing it down.

**From:** Aiken, Matthew G. <MAiken@gibsondunn.com>
**Sent:** Monday, April 14, 2025 7:55 PM
**To:** Keith L. Sachs <ksachs@ddsklaw.com>
**Subject:** RE: Evergreen Subpoena

Hi Keith,

Thanks for touching base earlier today. I just wanted to confirm in writing that we agreed to extend the date to produce responsive documents from April 18, 2025 to May 2, 2025.

Best,
Matthew

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

6

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

**From:** Aiken, Matthew G.
**Sent:** Monday, April 14, 2025 11:30 AM
**To:** ksachs@ddsklaw.com
**Subject:** Evergreen Subpoena

Attached.

**Matthew G. Aiken**
Of Counsel

T: +1 202.887.3520
MAiken@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-5306

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.