UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH and CJ, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York corporation,<br><br>*Defendants*. | Case No. 4:20-cv-02254-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR AN EXTENSION OF FACT DISCOVERY**<br><br>Hon. Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR AN EXTENSION OF FACT DISCOVERY
CASE NO. 4:20-CV-2254-YGR

**[PROPOSED] ORDER**

Defendants have filed a Motion for Administrative Relief Pursuant to Civil Local Rules 6-1, 6-3, and 7-11, seeking a 28-day extension of the June 13, 2025 fact discovery deadline in this matter. Having considered the motion and the accompanying declaration of Matthew G. Aiken, and for good cause appearing:

IT IS HEREBY ORDERED that the deadlines set out in the Court's March 11, 2025 Order Re: Schedule for Limited Discovery and Subsequent Briefing (Dkt. 472) are modified as detailed in the chart below.

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery *Limited to issues identified in prior order* | June 13, 2025 | July 11, 2025 |
| Plaintiffs' Renewed Motion for Class Certification | July 14, 2025 | *No deadline change.* |
| Defendants' Response to Renewed Motion for Class Certification | August 4, 2025 | *No deadline change.* |
| Plaintiffs' Reply in Support of Renewed Motion for Class Certification | August 25, 2025 | *No deadline change.* |
| Hearing on Renewed Motion for Class Certification | September 9, 2025 at 2:00 P.M. | *No deadline change.* |

**IT IS SO ORDERED.**

DATE: _____

_____
Hon. Yvonne Gonzalez Rogers

2
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR AN EXTENSION OF FACT DISCOVERY
CASE NO. 4:20-CV-2254-YGR

Gibson, Dunn & Crutcher LLP