# EXHIBIT 1

1  Matthew M. Lavin (pro hac vice)
   matt.lavin@agg.com
2  Arnall Golden Gregory LLP
   2100 Pennsylvania Avenue, NW
3  Suite 350S
   Washington, D.C. 20037
4  Telephone:    202.677.4959
   Facsimile:    202.677.4031

5
   David M. Lilienstein, SBN 218923
6  david@dllawgroup.com
   Katie J. Spielman, SBN 252209
7  katie@dllawgroup.com
   DL Law Group
8  345 Franklin St.
   San Francisco, CA 94102
9  Telephone:    415.678.5050
   Facsimile:    415.358.8484

10
11  Attorneys for Plaintiffs

12          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
13                  **OAKLAND DIVISION**

14

15  LD, et al.,                        | Case No. 4:20-cv-02254-YGR-JCS

16          Plaintiffs,                | Hon. Yvonne Gonzalez Rogers

17      v.                             | **Certification of Matthew M. Lavin**
                                       | **Regarding Plaintiffs' Protective Order Log**
18  United Behavioral Health, Inc., et al.,

19          Defendants.

20

21

22

23

24

25

26

27

28

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040
WWW.AGG.COM

1      Pursuant to the Court's order at ECF 491, I, Matthew M. Lavin, counsel of record for

2  Plaintiffs, hereby certify that the log attached hereto as Exhibit A is complete and accurate to the

3  best my knowledge.

4

5                                              */s/ Matthew M. Lavin*
                                               Matthew M. Lavin
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 3508
Washington, DC 20037
Telephone 202.677.4040
WWW.AGG.COM

1

**EXHIBIT A**

| Date of Disclosure | Disclosing Person | Receiving Person | Method of Disclosure | Description of Protected Materials and/or Bates Numbers (if applicable) | Reason for Disclosure |
|---|---|---|---|---|---|
| 8/17/2022 | Matt Lavin | Melissa Moore (DOL) | Email | UHC000308506; UHC000302127 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 8/29/2022 | Aaron Modiano[1] | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | 30(b)(6) and 30(b)(1) Deposition of Sean Crandell for Multiplan, Inc, on 7/14/2022. | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 8/29/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | 30(b)(6) and 30(b)(1) Deposition of Sean Crandell for Multiplan, Inc, taken on 7/14/2022, including transcript and exhibits: MPI-0010670; MPI-0002030; MPI-0000630; MPI-0006867; MPI-0002013; MPI-0002008; MPI-0002019; MPI-0007803; MPI-0006010; MPI-0000547; MPI-0008233; MPI-0012500; UHC000158611 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 8/29/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | 30(b)(6) Deposition of Denise C. Strait for United Behavioral Health, taken on 7/20/2022, including transcript and exhibits; UHC000071826; UHC000015188; UHC000079441; UHC000006711; UHC000006726; UHC000006754; UHC000006772; UHC000301506; UHC000019777; UHC000033374; UHC000030972 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

---

[1] Aaron Modiano is no longer employed by Plaintiffs' counsel—Arnall Golden Gregory LLP.

1

EXHIBIT A

| 8/29/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | 30(b)(6) Deposition of Rebecca Paradise for United Healthcare Insurance Company, Vol I, taken on 7/13/2022, including transcript and exhibits: UHC000193347; UHC000155848; UHC000051995; UHC000038587; UHC000037978; UHC000231872; UHC000030597; UHC000309995; UHC000309956; UHC000207874 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 8/29/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | 30(b)(6) Deposition of Rebecca Paradise for United Healthcare Insurance Company, Vol II, taken on 7/14/2022, including transcript and exhibits: UHC000005387; MPI-0002531; UHC000016759; UHC000016012; UHC000014506; UHC000013703; UHC000012945; TESLA_UHC_003891; TESLA_UHC_000001; UHC000007610; UHC000227881; UHC000011445; UHC000005268; ORCL_LDVUBH00000003; MPI-0011168; UHC000030972; UHC000017159; UHC000017336; UHC000017675; UHC000018335; UHC000019157; UHC000035816; UHC000048786; UHC000048970; UHC000005268; UHC000078713; UHC000019807; MPI-0010670; UHC000099021; UHC000100723; UHC000155857; UHC000161614; UHC000169026; UHC000019079; UHC000156186; MPI-0006005; UHC000018021; UHC000205526; UHC000187828; MPI-0002933; UHC000015157 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

2

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted version of ECF 98 Filing: Plaintiffs' Motion for Summary Adjudication Establishing the Standard of Review as De Novo | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted version of ECF 98 Filing: Declaration of Katie Joy Spielman in Support of Plaintiff's Motion for Summary Adjudication Establishing the Standard of Review as De Novo | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted version of ECF 98 Filing: Exhibit A to Plaintiffs' Motion for Summary Adjudication Establishing the Standard of Review as De Novo: UBH000002 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted version of ECF 98 Filing: Exhibit B to Plaintiffs' Motion for Summary Adjudication Establishing the Standard of Review as De Novo: UBH000602 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted version of ECF 98 Filing: Exhibit C to Plaintiffs' Motion for Summary Adjudication Establishing the Standard of Review as De Novo: UBH000354 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted version of ECF 98 Filing: Exhibit D to Plaintiffs' Motion for Summary Adjudication Establishing the Standard of Review as De Novo: UHC000007610 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

EXHIBIT A

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted version of ECF 98 Filing: Exhibit E to Plaintiffs' Motion for Summary Adjudication Establishing the Standard of Review as De Novo: UHC000007968 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| --- | --- | --- | --- | --- | --- |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted version of ECF 98 Filing: Exhibit F to Plaintiffs' Motion for Summary Adjudication Establishing the Standard of Review as De Novo: UHC000008160 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted version of ECF 98 Filing: Exhibit G to Plaintiffs' Motion for Summary Adjudication Establishing the Standard of Review as De Novo: PLD0000919 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted version of ECF 98 Filing: [Proposed] Order Granting Plaintiff's Motion for Summary Adjudication Establishing the Standard of Review as De Novo | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted Version of ECF 105 Filings: Exhibit B to Administrative Motion to File Under Seal in support of United Healthcare Ins. Co's and United Behavioral Health's Opposition to Plaintiffs' Motion of Summary Adjudication; UHC000007733; UHC000003415; UHC000005349; UHC000006311; UHC000003150; UHC000006711; UHC000004420; UHC000007122; UHC000006056; UHC000008389 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

4

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted Version of ECF 105 Filings: Certificate of Service for United Defendants' Opposition to Plaintiffs' Motion for Summary Adjudication | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Unredacted Version of ECF 105 Filings: Defendant United Healthcare Insurance Company's and United Behavioral Health's Opposition to Plaintiffs' Motion for Summary Adjudication | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442030 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443804 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000444282 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446091 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446098 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|----------|---------------|---------------------------------------------|----------------------------------------|--------------|------------------------------------------------------------------------------------------------------------------------------------------------------|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446103 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446169 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446181 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446191 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446267 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

6

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | MPI-0000488 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | MPI-0000501 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | MPI-0002319 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | MPI-0002327 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | MPI-0005523 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | MPI-0008151 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

7

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000008516 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000010285 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000010708 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000011178 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000011181 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000011445 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

8

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000011588 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000011591 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000013662 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000013701 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000013702 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000013723 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000014710 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000014937 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000014939 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000014980 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000014995 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000016398 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

10

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000016603 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000016620 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000016648 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000016706 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000016759 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017073 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017111 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017115 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017119 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017120 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017258 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017317 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

12

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017429 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017532 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017626 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017629 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017642 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000017763 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

13

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000018144 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000018156 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000018524 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000018892 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019108 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019154 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

14

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019159 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019169 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019175 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019182 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019193 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019229 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

15

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019231 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019746 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019777 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000019783 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000020015 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021081 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021357 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021380 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021383 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021389 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021411 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021530 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021537 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|----------|---------------|---------------------------------------------|----------------------------------------|---------------|-------------------------------------------------------------------------------------------------------------------------------------------------------|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021577 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021584 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021588 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000021930 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000022888 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

18

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000022889 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000023419 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000023424 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000024403 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000024404 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000026219 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

19

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000026954 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000026955 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000029362 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000029375 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000030137 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000031065 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000031140 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000031326 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000031467 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000031882 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000032435 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000032436 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

21

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000032536 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| --- | --- | --- | --- | --- | --- |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000032537 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000032548 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000033611 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000033613 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000033768 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

22

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000034075 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000034076 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000034087 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000035467 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000035468 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000035606 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

23

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000035816 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000050659 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000010918 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442336 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442344 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442414 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442476 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443041 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442478 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442592 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442616 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443636 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

25

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000445846 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000014446 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000014628 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000014726 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000015276 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000428929 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442045 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442046 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442049 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442070 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442319 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442333 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

27

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442262 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442639 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442641 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442849 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443671 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443683 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

28

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000444350 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000445110 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000013633 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000013642 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000014215 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442405 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442521 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000444901 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000018525 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000018534 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000428942 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442341 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

30

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442538 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442541 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442551 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443655 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443657 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443658 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

31

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443660 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443665 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000443666 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000444310 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000444378 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000444490 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

32

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000444899 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000444900 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000445015 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000013597 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000016128 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000428860 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

33

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000428889 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000428892 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442466 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442471 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442494 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000442736 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement |

34

**EXHIBIT A**

| | | | | | between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000445860 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000445865 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000445879 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000445880 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446015 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

35

**EXHIBIT A**

| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446022 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
|---|---|---|---|---|---|
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446050 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446054 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446086 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 9/7/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000446090 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 10/19/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Spreadsheet which includes work product prepared by Plaintiffs' counsel that incorporates and interprets data produced by Defendants | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

36

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 10/19/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Spreadsheet which includes work product prepared by Plaintiffs' counsel that incorporates and interprets data produced by Defendants | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 10/19/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | Spreadsheet which includes work product prepared by Plaintiffs' counsel that incorporates and interprets data produced by Defendants | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 10/19/2022 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | UHC000300262 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |
| 4/12/2023 | Aaron Modiano | Melissa Moore (DOL); Tabitha Sabatino (DOL) | Secure File Transfer through Kiteworks | MultiPlan Production MPI-U012; MPI-0014700 - MPI-0017109 | Sharing of documents related to Department of Labor investigations pursuant to Common Interest Agreement between Plaintiffs and Department of Labor. |

37