# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 9, 2025 | **Time:** 1 hour 6 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-2254-YGR | **Case Name:** LD et al v. United Behavioral Health et al | |

**Attorney for Plaintiff:** Matthew Lavin, Nicole Wemhoff, James Wiseman, Katie Spielman, and David Lilienstein
**Attorney for Defendant:** Derek Kraft, Geoff Sigler, Katie Mannino, and Errol King

**Deputy Clerk:** Edwin Angelo A. Cuenco        **Court Reporter:** Andrea Bluedorn; via Zoom

## PROCEEDINGS

Third Motion to Certify Class– held.

The Court heard argument on the motion to certify class including a discussion of plaintiffs' proffered list of balance bills and the standard of review issue. Argument is taken in submission.

Written order to issue.