# EXHIBIT 1

**U.S. Department of Labor** 

Office of the Solicitor
Washington, DC 20210

**VIA EMAIL**

September 22, 2025

Matt Lavin
Arnall Golden Gregory LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
matt.lavin@agg.com

Re:   *LD, et al. v. United Behavior Health, et al.*
       No. Case 4:20-cv-02254-YGR (N.D. Cal.)

Dear Mr. Lavin,

I write regarding your request that the Department of Labor sign an acknowledgement that the protective order in the above-referenced case applies to the documents shared by your firm with the Employee Benefits Security Administration (EBSA). To ensure that there is no misunderstanding, I wanted to clarify the Department's position with respect to this matter. During the course of its investigation, EBSA received numerous documents from United Health Group and other individuals and entities, including the same documents provided by your firm. Therefore, the only documents the Department considers covered by the protective order in your case are the exact documents your firm provided, not any of the documents provided by someone else, even if identical to the ones provided by your firm. This specific scenario seems to be accounted for in paragraph 3(b) (page 5) of the protective order.

With the above understanding, I have signed the acknowledgement, and it is attached to this letter and email. I also signed and included a second acknowledgement that sets out our position as described above.

Sincerely,

Wayne R. Berry
Associate Solicitor
United States Department of Labor
Office of the Solicitor
Plan Benefits Security Division
Washington, D.C. 20013

Attachment

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, **Wayne R. Berry**, of the **United States Department of Labor, Office of the Solicitor, 200 Constitution Ave., NW, Washington, DC 20210**, declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on September 18, 2025 in the case of *LD et al v. United Behavioral Health et al*, No. 3:20-cv-02254-VC. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint **Marc A. Pilotin** of the **United States Department of Labor, Office of the Regional Solicitor, 90 7th Street, Suite 3-700, San Francisco, California (415) 625-2225** as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: __September 22, 2025__

City and State where sworn and signed: __Washington, DC__

Printed name: __Wayne R. Berry__

Signature: __Wayne R Berry__

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, **Wayne R. Berry**, of the **United States Department of Labor, Office of the Solicitor, 200 Constitution Ave., NW, Washington, DC 20210**, declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on September 18, 2025 in the case of *LD et al v. United Behavioral Health et al*, No. 3:20-cv-02254-VC. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint **Marc A. Pilotin** of the **United States Department of Labor, Office of the Regional Solicitor, 90 7th Street, Suite 3-700, San Francisco, California (415) 625-2225** as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

**NOTE: The above notwithstanding, nothing in this protective order shall be construed to prohibit the United States Department of Labor from using documents it obtained from any source other than Plaintiffs in this action, even if they are the same documents.**

Date:  September 22, 2025

City and State where sworn and signed:  Washington, DC


Printed name:  Wayne R. Berry

Signature:  *Wayne R. Berry*