FILED

JAN 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| L. D.; et al.,<br><br>　　　　Plaintiffs - Petitioners,<br><br>　v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation; et al.,<br><br>　　　　Defendants - Respondents,<br><br>and<br><br>VIANT INC., a Nevada corporation,<br><br>　　　　Defendant. | No. 25-7716<br><br>D.C. No. 4:20-cv-02254-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Before: SILVERMAN and H.A. THOMAS, Circuit Judges.

　　The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).