| | |
|---|---|
| Lauren M. Blas, SBN 296823<br>lblas@gibsondunn.com<br>Nicole R. Matthews, SBN 328977<br>nmatthews@gibsondunn.com<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: 213.229.7000<br><br>Geoffrey Sigler (pro hac vice)<br>gsigler@gibsondunn.com<br>Derek K. Kraft (pro hac vice)<br>dkraft@gibsondunn.com<br>Matthew G. Aiken (pro hac vice)<br>maiken@gibsondunn.com<br>Gibson, Dunn & Crutcher LLP<br>1700 M Street, N.W.<br>Washington, D.C. 20036<br>Telephone: 202.995.8500<br><br>Counsel for Defendants United Behavioral Health and United Healthcare Insurance Company | Richard T. Collins SBN 166577<br>rich.collins@agg.com<br>Arnall Golden Gregory LLP<br>2100 Pennsylvania Avenue,<br>NW Suite 350S<br>Washington, D.C. 20037<br>Telephone: 202.677.4030<br><br>David M. Lilienstein, SBN 218923<br>david@dllawgroup.com<br>Katie J. Spielman, SBN 252209<br>katie@dllawgroup.com<br>DL Law Group<br>345 Franklin Street<br>San Francisco, California 94102<br>Telephone: 415.678.5050<br><br>Counsel for Plaintiffs<br><br>[Additional Counsel Listed On Signature Page] |

**United States District Court**
**Northern District of California**
**Oakland Division**

| | |
|---|---|
| LD, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>United Behavioral Health, et al.,<br><br>          Defendants. | 4:20-cv-02254-YGR-JCS<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**Joint Stipulation and [Proposed] Order Re: Extension of Deadline for Parties' Joint Submission Regarding Appointment of Notice Administrator, Administrator Protocol/Notices, and Class Fact Discovery** |

1    Plaintiffs LD, DB, BW, RH and CJ, Defendants United Behavioral Health and
2 UnitedHealthcare Insurance Company ("United Defendants"), and Defendant MultiPlan, Inc.
3 ("MultiPlan"), having met and conferred through counsel, jointly submit this stipulation.

4    On October 3, 2025, this Court granted Plaintiffs' renewed motion for class certification.
5 ECF 516 (Order); ECF 489 (Plaintiffs' motion). On December 8, 2025, the Parties filed a Joint
6 Statement Regarding Scheduling, proposing a schedule for the next phase of the action. ECF
7 530. On December 15, 2025, this Court adopted the Parties' proposed schedule, setting a
8 deadline of February 27, 2026, for the Parties' joint submission regarding appointment of Notice
9 Administrator, Administrator Protocol/Notices, and Class Fact Discovery. ECF 532.

10    On January 31, 2026, Matthew M. Lavin, lead counsel for Plaintiffs at Arnall Golden
11 Gregory LLP, departed the firm. Arnall Golden Gregory LLP remains Class Counsel of record
12 pursuant to the Court's October 3, 2025, Order Granting Motion for Class Certification,[1] though
13 the Court retains ultimate authority over the class and the appointment of class counsel pursuant
14 to Federal Rule of Civil Procedure 23(g). Plaintiffs intend to file a status report with the Court in
15 the near term regarding this transition and are currently in discussions with departing counsel
16 concerning the same.

17    Given the departure of lead counsel and the need for Plaintiffs to work out the details of
18 the transition, Plaintiffs requested an extension of the February 27, 2026 deadline. Defendants
19 have consented to Plaintiffs' requested extension. The Parties therefore stipulate and jointly
20 request that the Court extend the deadline for the Parties' joint submission regarding
21 appointment of Notice Administrator, Administrator Protocol/Notices, and Class Fact Discovery
22 by 60 days, from February 27, 2026 to April 28, 2026.

---

[1] The Court's October 3, 2025 Order granted Plaintiffs' renewed motion for class certification but did not expressly state the appointment of class counsel. *See* ECF 516. Plaintiffs' class-certification motions, including the renewed motion, however, requested appointment of Arnall Golden Gregory LLP as class counsel for the Class, and the Court granted that motion. *See* ECF 490-3; ECF 396 at vii; *see also* ECF 516.

**Proposed Schedule**

| Event | Current Date (ECF 532) | Proposed Date |
|---|---|---|
| Parties' joint submission regarding appointment of Notice Administrator, Administrator Protocol/Notices, and Class Fact Discovery | February 27, 2026 | April 28, 2026 |

The Parties respectfully propose that they submit a schedule for the remainder of the action within 21 days of the Court's ruling on the joint submission regarding appointment of Notice Administrator, Administrator Protocol/Notices, and Class Fact Discovery.

No previous time modifications have been made to the February 27, 2026, deadline since it was set by the Court's December 15, 2025, Order. The requested extension will not affect any other scheduled dates or deadlines in this matter. The Parties respectfully submit that good cause exists for the requested extension given the departure of lead counsel and the need for Plaintiffs to manage the transition while continuing to prepare for the class notice period and the remainder of the action.

It is so stipulated.

| | |
|---|---|
| Dated: February 12, 2026 | Respectfully submitted, |
| | Gibson, Dunn & Crutcher LLP |
| | By: */s/ Geoffrey Sigler*<br>         Geoffrey Sigler |
| | Counsel for Defendants United Behavioral Health and United Healthcare Insurance Company |
| Dated: February 12, 2026 | Phelps Dunbar LLP |
| | By: */s/ Errol J. King, Jr.*<br>         Errol J. King, Jr. |
| | Counsel for Defendant MultiPlan, Inc. |
| | Errol J. King, Jr. (pro hac vice)<br>errol.king@phelps.com<br>Phelps Dunbar LLP<br>II City Plaza, 400 Convention Street, Suite 1100<br>Baton Rouge, Louisiana 70802<br>Telephone: 225.376.0207 |
| Dated: February 12, 2026 | Arnall Golden Gregory LLP |
| | By: */s/ Richard T. Collins*<br>         Richard T. Collins |
| | Counsel for Plaintiffs |
| Dated: February 12, 2026 | DL Law Group |
| | By: */s/ David Lilienstein*<br>         David Lilienstein |
| | Counsel for Plaintiffs |

4

## [Proposed] Order

Having considered the Parties' Joint Stipulation, the Court hereby orders as follows:

The deadline for the Parties' joint submission regarding appointment of Notice Administrator, Administrator Protocol/Notices, and Class Fact Discovery is extended from February 27, 2026 to April 28, 2026.

The Parties will submit a schedule for the remainder of the action within 21 days of the Court's ruling on the joint submission regarding appointment of Notice Administrator, Administrator Protocol/Notices, and Class Fact Discovery.

Pursuant to stipulation, it is so ordered.

Date: February 27, 2026

Hon. Yvonne Gonzalez Rogers