Richard T. Collins SBN 166577
rich.collins@agg.com
Arnall Golden Gregory LLP
2100 Pennsylvania Avenue,
NW Suite 350S
Washington, D.C. 20037
Telephone: 202.677.4030

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
DL Law Group
345 Franklin Street
San Francisco, California 94102
Telephone: 415.678.5050

Counsel for Plaintiffs

**United States District Court**
**Northern District of California**
**Oakland Division**

| | |
|---|---|
| LD, et al., | 4:20-cv-02254-YGR-JCS |
| Plaintiffs, | Hon. Yvonne Gonzalez Rogers |
| v. | **Status Report on Substitution of Lead Counsel for Class Counsel Arnall Golden Gregory LLP** |
| United Behavioral Health, et al., | |
| Defendants. | |

Arnall Golden Gregory LLP

Plaintiffs LD, DB, BW, RH and CJ, on behalf of themselves and the certified class (the "Plaintiffs"), provide this status update to the Court regarding lead counsel's departure from the law firm, Arnall Golden Gregory LLP. Plaintiffs, pursuant to the Joint Stipulation and Proposed Order filed on February 12, 2026, informed the Court that there would be a transition in lead counsel for Plaintiffs at the law firm of Arnall Golden Gregory LLP. (*See* ECF 534, 2:10-16.) As part of that notification, Plaintiffs informed the Court that Plaintiffs intended to file a status report with the Court regarding this transition as, at the time, discussions with the departing counsel were still ongoing. (*Id.*) This notice is intended to serve as that status report.

While the Court's October 3, 2025, Order granting Plaintiffs' renewed motion for class certification did not expressly state the appointment of class counsel (*see* ECF 516), Plaintiffs' class certification motions, including the renewed motion, requested appointment of Arnall Golden Gregory LLP as class counsel, and the Court granted that motion. (*See* ECF 490-3; ECF 396 at vii; *see also* ECF 516.) As part of Plaintiffs' renewed motion for class certification, Plaintiffs submitted Arnall Golden Gregory LLP's experience and qualifications to serve as class counsel, which included the extensive experience and qualifications of Richard T. Collins, a partner in Arnall Golden Gregory's D.C. office. (*See* ECF 396-65 at 17.) Mr. Collins has over 30 years' experience representing clients in healthcare litigation, including specifically provider and patient-side class action litigation. Recently, Mr. Collins served as lead class counsel in *Weissman et al. v. UnitedHealthcare Insurance Company*, 1:19-cv-10580-ADB (D. Mass.), where the court recently approved a class action settlement on December 12, 2025.

Moving forward in this case, Mr. Collins will serve as lead counsel on behalf of the certified class. Mr. Collins has been a member of the Arnall Golden Gregory team prosecuting this case since filing his Notice of Appearance on October 28, 2022 (ECF 237), and this specific case background, in addition to Mr. Collins' ample healthcare class action litigation experience will ensure a smooth and seamless transition.

*[Signatures on the following page]*

4:20-cv-02254-YGR-JCS

Status Report on Substitution of Lead Counsel for Class Counsel Arnall Golden Gregory LLP

ARNALL GOLDEN GREGORY LLP

Dated: April 23, 2026              Arnall Golden Gregory LLP


                                   By: */s/ Richard T. Collins*
                                        Richard T. Collins

                                   Counsel for Plaintiffs


Dated: April 23, 2026              DL Law Group


                                   By: */s/ David Lilienstein*
                                        David Lilienstein

                                   Counsel for Plaintiffs

3