# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LD, et al.,** ) | |
| ) | |
| *Plaintiffs*, ) | **Case No. 4:20-CV-02254-YGR** |
| ) | |
| **v.** ) | |
| ) | |
| **UNITED BEHAVIORAL HEALTH, et al.,** ) | |
| ) | |
| *Defendants* ) | |
| ) | |
| ) | |
| ) | |

## DECLARATION OF REBECCA A. BLAKE

I, Rebecca A. Blake, declare and state:

1.     I am a Program Manager at Rust Consulting, Inc. ("Rust").  I submit this declaration in connection with the above-captioned matter to provide Rust's qualifications to provide notice administration services and expected costs of that administration.  I make this declaration based upon my own personal knowledge, the information generally available to me at Rust, information communicated to me by other Rust employees, and, if called as a witness in this action, I would be able to competently testify as to the facts set forth herein.

2.     I make this declaration at the request of counsel for the Plaintiff and counsel for the Defendants in this action.

3.     With nearly 40 years of class action settlement administration experience, Rust is among the industry's leaders.  Rust has administered more than 9,000 class action settlements, judgments, and similar administrative programs.

4.     Rust handles the administration process for class actions of all sizes and types, including consumer, antitrust, securities, insurance, healthcare, labor and employment, property, finance, telecom, and products liability.  In the past, Rust handled

claims administration for, among many other matters, *Natuzzi v. Blue Shield*, No. 19STCV02777 (Cal. Super. Ct. Los Angeles County); *Chang v. Blue Cross of California*, No. 19STCV02777 (Cal. Super. Ct. Los Angeles County); *Kreuzhage v. BlueCross Life and Health Insurance*, No. BC470460 (Cal. Super. Ct. Los Angeles County).   Rust has considerable experience in providing administration for all class types and sizes and is well-qualified to administer class notice.

5.      Rust has a depth of experience in matters that involve sensitive and confidential data, including healthcare class action matters where the protection of information under HIPAA has been essential. Rust plans for certain aspects of any project involving HIPAA with enhanced quality assurance measures to prevent disclosure of sensitive information.  Rust will deploy those enhance quality assurance measures in this matter.

6.      Based on our discussions with Counsel and our review of the Order Granting Motion for Class Certification (Dkt. 516) and Order Granting Implied Motion for Clarification (Dkt. 529), Rust has the experience and capabilities to carry out the administration and notification process for the class certification as outlined.  That plan would include:

### Potential Class Member Data Analysis and Notification

7.      Rust has executed, understands and will maintain compliance with the terms of the Protective Order.

8.      Rust will receive the potential class member data already produced to plaintiffs by Defendants United Behavioral Health and UnitedHealthcare Insurance Company and will review the file in order to prepare the data for import to Rust's database.[1] Review will include de-duplication, standardization, and rollup, if necessary.  Rust will send a Mailed Notice pursuant to Rust's proposal for this matter.

---

[1] I understand that Defendants take the position that not every individual in this data is a class member.

9.      Potential Class Member mailing addresses will be CASS-certified, which will improve the deliverability of the mail-pieces.  The mailing list will be matched against the NCOA list on file with the United States Postal Service, which identifies those individuals that have recently moved, allows for bulk mailing discounts, and improves deliverability.  Rust will resend any Mailed Notices that are returned as undeliverable, if a forwarding order is available.  If a forwarding order is not available, Rust will perform skip tracing to attempt to identify a new address and resend the undeliverable notice.

10.     Rust will build a matter-specific website to which potential Class Members will be directed.  If required, on this website, potential Class Members will be able to complete and submit an attestation form.  Potential Class Members will also be able to use the website to upload required documents, such as proof of payment.

11.     Rust will review the submitted attestation forms solely to (1) confirm the potential class member's identity; (2) as whether the individual's provided data matches the data produced by the United Defendants.

12.      Rust will not determine anything else, including class membership, standing, liability, or damages.

## Help Services

13.     Rust will establish a matter-specific mailing address, email address, and toll-free telephone number.  A 24/7 automated messaging system (IVR) will provide a brief introduction to the matter, answers to frequently asked questions, and will go live the day before the Notice mailing.  The messages on the IVR will be consistent with the class notice approved by the Court.  Response tracking will enable updates to the IVR system or appropriate refinement.  If required, Rust can set up live call center support.

14.     Rust will establish a matter-specific mailing address, website, and email to provide services consistent with any requirements in the proposal, along with those that are industry-standard.  Among other things, the website will provide a summary of the action

and the terms, a summary of potential Class Members' options, important documents in the case, and important case dates and deadlines. The content of the website will be consistent with the class notice approved by the Court.

### Reporting & General Administration Requirements

15. Rust will provide periodic reports on matter activity pending guidance from the Parties. This reporting will include information on notices mailed and attestation forms submitted. Rust will report on website, email, and toll-free number activity as well.

16. As Notice Administrator, Rust will follow the Court's orders regarding notice and the gathering of documents.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of May, 2026 at Cape Coral, Florida

_____
Rebecca A. Blake
Program Manager, Rust Consulting, Inc.