# EXHIBIT C

## <u>NOTICE OF CLASS ACTION</u>

***LD, et al. v. United Behavioral Health, et al.*, Case No. 4:20-cv-02254-YGR-JCS, United States District Court for the Northern District of California.**

***A federal court authorized this notice. This is not a solicitation from a lawyer.***

A federal court has certified a class action that may affect you. You have legal rights and options that you must exercise by [DATE].  This notice has two sections.  The first section provides information about the case, how to determine if you're a member of the class, and how to exclude yourself from the class, if you choose.  The second section explains how to submit information that may be relevant to the claims in this case, if you choose.

Please read this notice carefully.

## I.    <u>CASE INFORMATION AND CLASS MEMBERSHIP</u>

**1.  What is this lawsuit about?**

This lawsuit claims that Defendants United Behavioral Health and UnitedHealthcare Insurance Company ("United"), using pricing recommendations made by Defendant MultiPlan, Inc. ("MultiPlan"), underpaid claims for out-of-network intensive outpatient program (IOP) services. The lawsuit alleges that these companies determined the allowed amount for these services using a pricing method that did not accurately reflect what providers in your area charged for these services. The lawsuit alleges that some patients may have received a "balance bill" from the provider for the difference between what their health benefit plan allowed and what the provider charged.

The lawsuit seeks money damages for class members who paid balance bills as a result of the challenged pricing method.

United and MultiPlan deny all of the claims asserted in this case.

The Court has not decided who is right.

1

**2. What is a class action?**

In a class action, one or more people called the Plaintiff or Plaintiffs sue on behalf of people who have similar claims.  Together, these people are called "class members."  One Court resolves the case for all class members, except for those individuals who exclude themselves from the class.

**3. Who is included in the Class?**

You are a class member if you meet all of the following requirements:

- You were a member of a health benefit plan administered or issued by United and governed by ERISA (typically if you receive health insurance through your employer, it is governed by ERISA).

- You received the intensive outpatient services described above. If this class notice was sent to you, that means you are on a list of people who may have received qualifying intensive outpatient services.

- You paid a balance bill from your provider for those services between January 1, 2015, and October 3, 2025.

Additional information regarding the class definition is available at [case website].  If you are not sure whether you are a class member, you can contact the Notice Administrator for more information.

**4. What are your options?**

**Option 1: Stay in the Class**

You will remain in the class if you do not opt out. You will be bound by any future rulings, judgment, or settlement. You will give up your right to sue separately for the claims in this case. Please refer to Section II for more information.

**Option 2: Exclude yourself (opt out)**

If you do not want to be part of this lawsuit, you must request exclusion by [DATE]. If you exclude yourself, (1) you will NOT be entitled to share in any relief from any judgment or settlement that results from this lawsuit; (2) you will NOT be bound by any future rulings,

judgment, or settlement release entered in this lawsuit; and (3) at your own expense, you MAY pursue any claims that you have by filing litigation.

To exclude yourself, send a letter to the Notice Administrator that includes:

- Your name

- Your address

- A statement that you want to be excluded from *LD v. United Behavioral Health*, Case No. 4:20-cv-02254-YGR-JCS.

- Your signature

To be valid, your opt out request must contain all of this information. Mail your opt out request to [NOTICE ADMINISTRATOR ADDRESS], or submit it online at [website]. The opt out request must be submitted online or postmarked by [DATE], or your opt out request will not be accepted and you will remain part of the class. Please be aware that the United States Postal Service does not always postmark mail on the date it is placed in a mailbox or dropped off at a post office. For this reason, if you want to opt out, you should submit your opt out request online or mail it well in advance of the deadline to ensure that it receives a timely postmark.

**5. How much will I receive if I am in the Class?**

It has not yet been determined whether Defendants are liable, or whether any damages are owed to the Class.

**6. Do you have a lawyer?**

Yes. The Court has appointed lawyers, called Class Counsel, to represent the class. You do not need to hire your own lawyer. If you want to be represented by your own lawyer, you may hire one at your own expense.

**Class Counsel:** Arnall Golden Gregory LLP, 2100 Pennsylvania Ave NW, Suite 350S, Washington, DC 20037.

**7. How will the lawyers be paid?**

Any fees paid to Class Counsel will come from money recovered for the class, if any. You will not have to pay anything out of pocket.

## II.    WHAT HAPPENS NEXT, AND SUBMITTING INFORMATION FOR USE IN THE LAWSUIT

Class members may submit information and/or an attestation to the Notice Administrator for use in the lawsuit. This section of the Notice explains how to submit these materials to the Notice Administrator, if you choose, and how those materials will be used.

**1.    What information may l submit?**

You may have information relevant to issues that will be litigated in this case.  **You are not required to submit any information, but if you do not submit information, you may not be entitled to any recovery through this case.**  If you choose to submit information, you may take the following steps:

**Step 1:**  Search for potentially relevant documents.

- **Copies of balance bills** you received from healthcare providers for IOP services between January 1, 2015, and October 3, 2025.

- **Proof of payment** of the balance bills discussed above, such as:

    o  Canceled checks

    o  Credit card statements

    o  Bank statement

    o  Receipts from providers

    o  Payment plan agreements

    o  Any documents or correspondence with providers regarding payment, including contracts or correspondence relevant to whether members were responsible for paying balance bills.

**Step 2:**  Sign an attestation.

- This attestation, which is attached to this Notice and available at [website], confirms that you paid a balance bill relevant to this case.  The attestation must be truthful, accurate, and signed under penalty of perjury.

**Step 3:**  Submit the documents and attestation to the Notice Administrator by [DATE]

- You can submit documents, an attestation, or both:
  - **Online:** [WEBSITE]
  - **By mail:** [ADDRESS]
  - **By email:** [EMAIL]
- The Notice Administrator may contact you with follow up questions about materials you submit.
- All information you provide will be kept confidential and used only for this lawsuit.  The parties have agreed that the protective order entered by the Court will apply to all health-related information submitted by Class Members.
- If you don't submit these materials by [date], it may be too late for the materials to be used in the case.
- You may be asked by the Notice Administrator, the parties, or the Court to provide additional information about your attestation or materials, as part of discovery in the case.

2.  **What happens if you don't have any documents?**

To the extent you cannot locate any documents, you may still submit an attestation as described above.  Please note, however, that the Court has not determined whether an attestation alone, without any documents, would be sufficient to entitle you to any recovery in this case. This determination will be made at a later date. Submitting an attestation in lieu of documents may also limit your potential recovery. This too will be determined by the Court at a later date.

3.  **What if someone else paid your balance bill?**

In some cases, a family member or the plan subscriber (such as a parent or spouse) may have paid a balance bill on your behalf. The Court has not yet determined how payments made by someone other than the patient will be treated for purposes of class membership or recovery.  If a family member or plan subscriber paid a balance bill on your behalf, please provide that person's contact information so we can reach out to them, or ask them to submit proof of payment directly, or you can obtain the information from them and submit it yourself.

**4.  How will this information be used?**

Any materials you submit, or the fact that you did not submit an attestation and/or documents, may be used by the parties in this litigation to determine whether you are entitled to any recovery through this case.

**5.  What happens next?**

It has not yet determined whether Defendants are liable or whether any damages are owed. After the Notice Administrator compiles the submitted information from the Class, there may be additional discovery regarding the information submitted or other issues in the case, and then the case will move toward trial or settlement.  There is not yet a schedule for additional proceedings to take place after the Notice Administrator gathers class information, but updates about the case will be available on the settlement website [URL].

**<u>Where Can I Get More Information?</u>**

Contact the Notice Administrator.  Visit: [WEBSITE] Call: [PHONE NUMBER] Email: [EMAIL] Write: [ADDRESS]

**Please do not call Defendants or the Court with questions about this lawsuit.**