# EXHIBIT D

<u>**NOTICE OF CLASS ACTION**</u>

*LD, et al. v. United Behavioral Health, et al.*, **Case No. 4:20-cv-02254-YGR-JCS, United**

**States District Court for the Northern District of California.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

A federal court has certified a class action that may affect you. You have legal rights and options that you must exercise by [DATE].  This notice has two sections.  The first section provides information about the case, how to determine if you're a member of the class, and how to exclude yourself from the class, if you choose.  The second section explains how to submit information that may be relevant to the claims in this case, if you choose.

Please read this notice carefully.

**I.    <u>CASE INFORMATION AND CLASS MEMBERSHIP</u>**

**1.  What is this lawsuit about?**

This lawsuit claims that Defendants United Behavioral Health and UnitedHealthcare Insurance Company ("United"), using pricing recommendations made by Defendant MultiPlan, Inc. ("MultiPlan"),  underpaid claims for out-of-network intensive outpatient program (IOP) services. The lawsuit alleges that these companies determined the allowed amount for these services using a pricing method that did not accurately reflect what providers in your area charged for these services. The lawsuit alleges that some patients may have received a "balance bill" from the provider for the difference between what their health benefit plan allowed and what the provider charged.

The lawsuit seeks money damages for class members who paid balance bills as a result of the challenged pricing method.

United and MultiPlan deny all of the claims asserted in this case.

The Court has not decided who is right.

1

**2. What is a class action?**

In a class action, one or more people called the Plaintiff or Plaintiffs sue on behalf of people who have similar claims.  Together, these people are called "class members."  One Court resolves the case for all class members, except for those individuals who exclude themselves from the class.

**3. Who is included in the Class?**

You are a class member if you meet all of the following requirements:

- You were a member of a health benefit plan administered or issued by United and governed by ERISA (typically if you receive health insurance through your employer, it is governed by ERISA).

- You received the intensive outpatient services described above.  [[If this class notice was sent to you, that means you are on a list of people who may have received qualifying intensive outpatient services.]]

- You paid a balance bill from your provider for those services between January 1, 2015 and October 3, 2025.

Additional information regarding the class definition is available at [case website].  If you are not sure whether you are a class member, you can contact the Notice Administrator for more information.

**4. Why have I received this Notice?**

In some cases, a family member or the plan subscriber (such as a parent, guardian, or spouse) may have paid a balance bill on a class member's behalf. You have received this Notice because a member on the health plan for which you are, or were, a subscriber may have received intensive outpatient services from January 1, 2015 to October 3, 2025.

If that is accurate, to the extent you made any payments on their behalf in response to a balance bill, such payments are relevant to the potential damages in this case, and the parties request that you submit that information, as described below.

**5. How much will a class member receive?**

It has not yet been determined whether Defendants are liable, or whether any damages are owed to the Class.

**6. Do class members have a lawyer?**

Yes. The Court has appointed lawyers, called Class Counsel, to represent the class. You do not need to hire your own lawyer. If you want to be represented by your own lawyer, you may hire one at your own expense.

**Class Counsel:** Arnall Golden Gregory LLP, 2100 Pennsylvania Ave NW, Suite 350S, Washington, DC 20037.

**7. How will the lawyers be paid?**

Any fees paid to Class Counsel will come from money recovered for the class, if any. You will not have to pay anything out of pocket.

## II.    WHAT HAPPENS NEXT, AND SUBMITTING INFORMATION FOR USE IN THE LAWSUIT

This section of the Notice explains how to submit these materials to the Notice Administrator, if you choose, and how those materials will be used.

**1. What information may l submit?**

You may have information relevant to issues that will be litigated in this case. **You are not required to submit any information, but if you do not submit information, that may limit or preclude a class member's recovery through this case.** If you choose to submit information, you may take the following steps:

**Step 1:** Search for potentially relevant documents.

- **Copies of balance bills** you or members on your plan received from healthcare providers for IOP services between January 1, 2015 and October 3, 2025.
- **Proof of payment** of the balance bills discussed above, such as:
  - o Canceled checks

- o Credit card statements

- o Bank statement

- o Receipts from providers

- o Payment plan agreements

- o Any documents or correspondence with providers regarding payment, including contracts or correspondence relevant to whether members were responsible for paying balance bills.

- **Any documents or correspondence** with the provider about payment for these services.

**Step 3:** Submit the documents to the Notice Administrator by [DATE]

- You can submit documents and/or an attestation:

  - o **Online:** [WEBSITE]

  - o **By mail:** [ADDRESS]

  - o **By email:** [EMAIL]

- The Notice Administrator may contact you with follow up questions about materials you submit.

- All information you provide will be kept confidential and used only for this lawsuit. The parties have agreed that the protective order entered by the Court will apply to all health-related information submitted by Class Members.

- You may be asked by the Notice Administrator, the parties, or the Court to provide additional information about your materials, as part of discovery in the case. If you don't submit these materials by [date], it may be too late for the materials to be used in the case.

2. **How will this information be used?**

Any materials you submit, or the fact that you did not submit documents, may be used by the parties in this litigation to determine whether you or a class member are entitled to any recovery through this case.

3. **What happens next?**

4

5

It has not yet determined whether Defendants are liable or whether any damages are owed.  After the Notice Administrator compiles the submitted information from the Class, there may be additional discovery regarding the information submitted or other issues in the case, and then the case will move toward trial or settlement.  There is not yet a schedule for additional proceedings to take place after the Notice Administrator gathers class information, but updates about the case will be available on the settlement website [URL].

**Where Can I Get More Information?**

Contact the Notice Administrator.  Visit: [WEBSITE] Call: [PHONE NUMBER] Email: [EMAIL] Write: [ADDRESS]

**Please do not call Defendants or the Court with questions about this lawsuit.**

5