# EXHIBIT E

ARNALL GOLDEN GREGORY LLP

**United States District Court**
**Northern District of California**
**Oakland Division**

LD, et al.,

        Plaintiffs,

    v.

United Behavioral Health, et al.,

        Defendants.

4:20-cv-02254-YGR-JCS

Hon. Yvonne Gonzalez Rogers

**Declaration of [ Name ] Regarding Proof of Payment**

I, [        ], declare under penalty of perjury, that the following is true and correct, based on my personal knowledge:

1.    I am a resident of the state of [        ].

2.    I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

3.    I submit this declaration pursuant to the Notice of Class Action related to *LD, et al. v. United Behavioral Health, et al.*, Case No. 4:20-cv-02254-YGR-JCS, United States District Court for the Northern District of California.

4.    Between January 1, 2015 and October 3, 2025, I received intensive outpatient program (IOP) services or treatment.

5.    In connection with those services or treatment, I received an invoice or bill from the provider seeking payment for the difference between what my health benefit plan allowed and what the provider charged.

6.    I submitted a payment to the provider for a portion of, or the total amount owed, in response to the invoice(s) or bill(s) for a total approximate aggregate payment of [$    ].

7.    At this time, [I am unable to locate documentation regarding this payment, and I understand that I have the option of submitting documentation as supporting evidence for this payment] / [have submitted documentation regarding this payment].

8.    If I have submitted this declaration without supporting documentation, I understand that my potential recovery could be capped at an amount to be determined at a later date, unless I later provide documentation evidencing payment of the invoice(s) or bill(s) within the deadline ordered by the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*/s/ [name]*
[   Name]

ARNALL GOLDEN GREGORY LLP

1