# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 26, 2026 | **Time:** 19 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-2254-YGR | **Case Name:** LD et al v. United Behavioral Health et al | |

**Attorney for Plaintiff:** Jeremy Ritter-Wiseman, Justin Ferraro and Rich Collins; via Zoom
**Attorney for Defendant United Behavioral Health:** Geoffrey Sigler and Derek Kraft; via Zoom
**Attorney for Defendant Multiplan:** Katherine Mannino; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Recorded via Zoom

## PROCEEDINGS

Further Case Management Conference – held via Zoom Webinar.

The Court intends to approve of the parties' proposals re appointment of notice administrator, case schedule, and phase one of class discovery. Parties agree to submit follow-up briefing regarding the scope of phase two.

Parties are ordered to submit a revised proposed form of notice in accordance with the Court's instruction by no later than June 26, 2026. Compliance Deadline is set for July 2, 2026, on the Court's 9:01 a.m. calendar.

All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.