LAUREN M. BLAS, SBN 296823
    lblas@gibsondunn.com
NICOLE R. MATTHEWS, SBN 328977
    nmatthews@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

GEOFFREY SIGLER, (*pro hac vice*)
    gsigler@gibsondunn.com
DEREK K. KRAFT, (*pro hac vice*)
    dkraft@gibsondunn.com
MATTHEW G. AIKEN, (*pro hac vice*)
    maiken@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:    202.887.3752
Facsimile:    202.530.9635

*Attorneys for* Defendants
UNITED BEHAVIORAL HEALTH and
UNITED HEALTHCARE INSURANCE
COMPANY

RICHARD T. COLLINS SBN 166577
rich.collins@agg.com
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030

DAVID M. LILIENSTEIN, SBN 218923
david@dllawgroup.com
KATIE J. SPIELMAN, SBN 252209
katie@dllawgroup.com
DL LAW GROUP
345 Franklin Street
San Francisco, CA 94102
Telephone: 415. 678.5050
Facsimile: 415.358.8484

*Attorneys for* Plaintiffs

[ADDITIONAL COUNSEL LISTED
ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LD, DB, BW, RH, and CJ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH, a California Corporation, UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut Corporation, and MULTIPLAN, INC., a New York Corporation,<br><br>Defendants. | CASE NO. 4:20-cv-02254-YGR<br><br>**JOINT SUBMISSION REGARDING THE PARTIES' REVISED PROPOSED CLASS NOTICE PURSUANT TO COURT'S MINUTE ORDER AT DKT. 545**<br><br>Judge: Yvonne Gonzalez Rogers<br><br>Complaint Filed: April 2, 2020<br>Third Amended Complaint filed: Sept. 10, 2021 |

Plaintiffs LD, DB, BW, RH and CJ, United Behavioral Health and UnitedHealth Insurance Company ("United Defendants") and MultiPlan, Inc. ("MultiPlan" and together with the United Defendants, "Defendants"), collectively the "Parties," to the above-entitled action submit this Joint Submission Regarding the Parties' Revised Proposed Class Notice Pursuant to the Court's Minute Order at Dkt. 545.

The Parties are submitting a revised proposed notice in accordance with this Court's directions during the May 26, 2026 case management conference. The Parties have made the notice easier for potential class members to read and understand, incorporating the Court's guidance at the conference, in the Court's subsequent minute order (Dkt. 545), and in the presentations and materials to which the Court directed the Parties during and after the case management conference. Additionally, the revised notice adds language directing potential class members who were minors at the time of their IOP treatment to contact their parents or guardians regarding balance billing information for their treatment. The Parties' revised proposed notice is attached hereto as **Exhibit 1**.

Finally, in accordance with this Court's ruling at the hearing (*see*May 26, 2026 Hr. Tr. at 4:23–5:11), notices will  be sent to potential class members and to subscriber parents of any members that are currently minors, but not to any other plan subscribers.

1

DATED: June 26, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Derek K. Kraft
    Derek K. Kraft

*Attorney for* UNITED BEHAVIORAL HEALTH and UNITEDHEALTHCARE INSURANCE COMPANY

-AND-

PHELPS DUNBAR, LLP

By: /s/ Errol J. King, Jr.
    Errol J. King, Jr.

*Attorney for* MULTIPLAN, INC.

ERROL J. KING, JR. (admitted pro hac vice)
PHELPS DUNBAR LLP
II City Plaza, 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 376-0207
Facsimile: (225) 381-9197
Errol.King@phelps.com

DATED: June 26, 2026

ARNALL GOLDEN GREGORY LLP

By: /s/ Richard T. Collins
    Richard T. Collins

*Attorney for* PLAINTIFFS

2

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED:  June 26, 2026

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Derek K. Kraft*
       Derek K. Kraft

JOINT SUBMISSION REGARDING THE PARTIES' REVISED PROPOSED CLASS NOTICE PURSUANT TO COURT'S MINUTE ORDER AT DKT. 545
CASE NO. 4:20-CV-02254-YGR