# EXHIBIT 1



United States District Court, Northern District of California

*LD et al. v. United Behavioral Health, et al.*

Case No. 4:20-cv-02254-YGR

# Class Action Notice

## *Authorized by the U.S. District Court*

| | | |
|---|---|---|
| **Did you receive intensive outpatient services <u>and</u> pay a bill from your provider between January 1, 2015 and October 3, 2025?** | **There is a class action lawsuit and you may be a class member.** | **If you want to be part of the class action, please review the information requests below.**<br><br>**If not, you need to opt out by [date].** |

Important things to know:

- If you take no action, you will be part of the case, and your rights will be affected by the rulings and outcome of the case.

- You can learn more at: [website].

# Table of Contents

**Table of Contents**................................................................................................**2**

**About This Notice** ...............................................................................................**3**

    Why did I get this notice? ................................................................................ 3

    What do I do next?........................................................................................... 3

    What is the deadline to opt out? ..................................................................... 3

    Who is in the class?.......................................................................................... 3

    Do I have a lawyer in this lawsuit? ................................................................... 4

**Learning About the Lawsuit** ...............................................................................**4**

    What is this lawsuit about? .............................................................................. 4

    What Happens next in this lawsuit?................................................................. 5

**Deciding What to Do**...........................................................................................**5**

    What are my options? ..................................................................................... 5

**Doing Nothing and Staying in the Case** .............................................................**5**

    What are the consequences of doing nothing? ............................................... 5

**Opting Out**.........................................................................................................**5**

    What If I don't want to be part of this case? .................................................... 5

    How do I opt out? ........................................................................................... 5

**Key Resources** ...................................................................................................**6**

    How can I get more information? ..................................................................... 6

    [Optional sample instructions for accessing eCourt Public Portal] ........................ 7

**Document Collection**..........................................................................................**7**

    What information may I submit?....................................................................... 7

    What happens if I don't have any documents?................................................. 9

    What if someone else paid the balance bill on my behalf? ............................... 9

    How will this information be used? .................................................................. 9

**What Happens Next?**..........................................................................................**9**

**Where Can I Get More Information?**...................................................................**10**

2

# About This Notice

## Why did I get this notice?

This notice is to tell you about a class action lawsuit, *LD et al. v. United Behavioral Health, et al.*, brought on behalf of people who had health insurance administered by UnitedHealthcare, received out-of-network intensive outpatient program (IOP) services, and paid a balance bill from their healthcare provider between January 1, 2015 and October 3, 2025. **You received this notice because you may be a member of the group of people affected, called the "class."** This notice gives you information about the case and tells you how to opt out if you don't want to be part of it.

It is an important legal document, and we recommend that you read all of it. If you have questions or need assistance, please go to [website] or call [phone number].

## What do I do next?

Read this notice to understand the case and to determine if you are a class member. Then, decide if you want to stay in the case or opt out.

If you stay in the case, you may also submit information for use by the parties in this lawsuit.  This is explained further below.

## What is the deadline to opt out?

The deadline to ask to be excluded from the case is [date].

## Who is in the class?

You are a class member if you meet **all** of the following requirements:

- You were a member of a health benefit plan administered or issued by UnitedHealthcare and governed by ERISA (typically, if you receive health insurance through your employer, it is governed by ERISA).
- You received intensive outpatient substance use disorder treatment services (if you received this class notice, that means

UnitedHealthcare's records indicate you may have received qualifying IOP services).

- You paid a balance bill from your healthcare provider for those services between January 1, 2015 and October 3, 2025.

Additional information regarding the class definition is available at [website]. If you are not sure whether you are a class member, you can contact the Notice Administrator for more information.

## Do I have a lawyer in this lawsuit?

In a class action, the court appoints class representatives and lawyers to work on the case and represent the interests of all the class members. For purposes of the case, the Court has appointed the following lawyers.

**Your lawyers:** Arnall Golden Gregory LLP. These are the lawyers who are bringing the case on your behalf. **You will not be charged for their services**, although their fees may be paid, with the court's approval, from any judgment entered in the case or from any settlement that is negotiated for the class.

If you want to be represented by your own lawyer, you may hire one at your own expense.

# Learning About the Lawsuit

## What is this lawsuit about?

This lawsuit claims that Defendants United Behavioral Health and UnitedHealthcare Insurance Company ("United"), using pricing recommendations made by Defendant MultiPlan, Inc. ("MultiPlan"), underpaid claims for out-of-network IOP services. The lawsuit alleges that these companies determined the allowed amounts for these IOP services using a pricing method that did not accurately reflect what healthcare providers in your area charged for these services. The lawsuit alleges that some patients may have received a "balance bill" from the healthcare provider for the difference between what their health benefit plan allowed and what the provider charged.

4

The lawsuit seeks money damages for class members who paid balance bills as a result of the challenged pricing method.

United and MultiPlan deny all of the claims asserted in this case.

The Court has not decided who is right.

# Deciding What to Do

## What are my options?

You can stay in the class ; no action is required to do this.  Or you can opt out of the class.

If you stay in the class, you may also submit information for use by the parties in this lawsuit.  This is explained further below.

# Doing Nothing and Staying in the Case

## What are the consequences of doing nothing?

If you do nothing, you will be part of the class and your rights will be affected by the outcome of the case. You won't be able to start, continue, or be part of any other lawsuit against United or MultiPlan regarding the issues in this case.

If the Plaintiffs win or settle, class members may be entitled to money. If United and MultiPlan win, class members will receive nothing.

# Opting Out

## What If I don't want to be part of this case?

You can opt out.  If you opt out, your rights will not be affected by the outcome of this case. You can bring separate claims against United or MultiPlan about the issues in this case. But, if the plaintiffs win or settle, you will not be entitled to any money.

## How do I opt out?

To opt out of the case, you must send a letter to the Notice Administrator that includes:

- Your name

- Your address

- A statement that you want to be excluded from *LD v. United Behavioral Health*, Case No. 4:20-cv-02254-YGR

- Your signature

Or complete the online opt-out form at [website]

You must opt out no later than [date].

# Key Resources

## How can I get more information?

This notice summarizes the case.  There are more details in the case documents. To get a copy of the case documents or get answers to your questions:

- contact the lawyers who represent the class (information below)

- contact the Notice Administrator

- visit the case website at [website]

- access the Court's Public Access to Court Electronic Records (PACER) online or by visiting the Clerk's office of the Court (address below).

| Resource | Case Information |
|---|---|
| **Case website** | [website] |
| **Toll Free Number** | [phone number] |
| **Notice Administrator** | Rust Consulting, Inc.<br>920 2nd Ave. S., Suite 400<br>Minneapolis, MN 55402 |

| Your Lawyers | Arnall Golden Gregory LLP<br>Richard T. Collins<br>Justin Ferraro<br>Jeremy Ritter-Wiseman<br>2100 Pennsylvania Avenue NW<br>Suite 350S<br>Washington, DC 20037<br>202.677.4030<br>rich.collins@agg.com<br>justin.ferraro@agg.com<br>jeremy.ritter-wiseman@agg.com |
|---|---|
| Court (DO NOT CONTACT) | U.S. District Court<br>Northern District of California<br>Ronald V. Dellums Federal Building & United States Courthouse<br>1301 Clay Street, Suite 400 S<br>Oakland, CA 94612 |

## Instructions for accessing PACER

Access to the Court's PACER online, can be found at https://pacer.login.uscourts.gov/csologin/login.jsf, you will need to create an account. You can then access documents by clicking on "Query," on the next page entering Case Number (4:20-cv-02254), clicking on "Find This Case," and clicking "Run Query." On the following page, click the link "Docket Report" and then "Run Report." You may then download images of every document filed in the case for a fee. You may also view images of case documents for free at one of the computer terminal kiosks at court locations.

## Document Collection

Class members may submit information and/or an attestation to the Notice Administrator for use in this lawsuit. This section of the Notice explains how to submit these materials to the Notice Administrator, if you choose, and how those materials will be used.

## What information may I submit?

You may have information relevant to issues that will be litigated in this case. **You are not required to submit any information, but if you do not submit information, you may not be entitled to any recovery through this case.** If you choose to submit information, you may take the following steps:

**Step 1:** Search for potentially relevant documents

- **Copies of balance bills** you received from healthcare providers for IOP services between January 1, 2015 and October 3, 2025.

- **Proof of payment** of the balance bills discussed above, such as:

- Canceled checks

- Credit card statements

- Bank statements

- Receipts from providers

- Payment plan agreements

- Any documents or correspondence with providers regarding payment, including contracts or correspondence relevant to whether you were responsible for paying balance bills

**Step 2:** Sign an attestation (if you found and submitted documents, you do not need to complete this step, but you can if you'd like).

- This attestation, which is attached to this Notice and available at [website], confirms that you paid a balance bill relevant to this case. The attestation must be truthful, accurate, and signed under penalty of perjury.

**Step 3:** Submit the documents and/or attestation to the Notice Administrator by [date].

You can submit documents, an attestation, or both:

- Online: [website]

- By mail: [address]

- By email: [email]

The Notice Administrator may contact you with follow-up questions about materials you submit.

All information you provide will be kept confidential and used only for this lawsuit. The confidentiality will be protected by a Court order.

If you don't submit these materials by [date], it may be too late for the materials to be used in the case.

## What happens if I don't have any documents?

To the extent you cannot locate any documents, you may still submit an attestation as described above. Please note, however, that the Court has not determined whether an attestation alone, without any documents, would be sufficient to entitle you to any recovery in this case. This determination will be made at a later date. Submitting an attestation in lieu of documents may also limit your potential recovery. This too will be determined by the Court at a later date.

## What if someone else paid the balance bill on my behalf?

In some cases, a family member or the plan subscriber (such as a parent, spouse, or guardian) may have paid a balance bill on your behalf. The Court has not yet determined how payments made by someone other than the patient will affect your class membership or legal claims in this case. If a family member or plan subscriber paid a balance bill on your behalf, please provide that person's contact information so we can reach out to them, or ask them to submit proof of payment directly, or you can obtain the information from them and submit it yourself. If you were a minor at the time of your IOP service, you should contact your parent or guardian to ensure that all balance billing information is submitted. If you provide contact information for anyone who paid a balance bill on your behalf to the Notice Administrator, and you have provided the Notice Administrator with written consent, the Notice Administrator can contact them and obtain information relating to your treatment and payment of any balance bills.

## How will this information be used?

Any materials you submit, or the fact that you did not submit an

attestation and/or documents, may be used by the parties in this litigation to gather more information, and to determine whether you are entitled to any recovery through this case.

You may be asked by the Notice Administrator, the parties, or the Court to provide additional information about your attestation or materials, as part of discovery in the case.

## What Happens Next?

It has not yet determined whether Defendants are liable or whether any damages are owed. After the Notice Administrator compiles the submitted information from the Class, there may be additional discovery regarding the information submitted or other issues in the case, and then the case will move toward trial or settlement. Currently, there is no schedule for additional proceedings to take place after the Notice Administrator gathers class information, but updates about the case will be available on the settlement website [URL].

## Where Can I Get More Information?

Contact the Notice Administrator. Visit: [website] Call: [PHONE NUMBER] Email: [EMAIL] Write: [ADDRESS]

**Please do not call the Court or Defendants with questions about this lawsuit.**

10