United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**L.D., ET AL.,**
Plaintiffs,
v.
**UNITED BEHAVIORAL HEALTH, ET AL.,**
Defendants.

Case No. 4:20-cv-02254-YGR

**CASE MANAGEMENT ORDER**

Re.: Dkt. Nos. 539, 551

The Court held a case management conference on May 26, 2026 regarding the parties' joint proposal for appointment of notice administrator, administrator protocol and notices, and class discovery. (*See* Dkt. No. 539.) At the conference, the Court ordered the parties to submit a revised proposed form of notice in accordance with the Court's instruction, which the parties timely submitted. (*See* Dkt. No. 551.) Having reviewed the filings, and for the reasons set forth more fully on the record, the Court hereby **ORDERS** as follows:

1. The parties' revised proposed class notice submitted at Dkt. No. 551 and plan for notices to be sent to potential class members and to subscriber parents of any members that are currently minors—but not to any other plan subscribers—is **APPROVED**.

2. The parties' request to appoint Rust Consulting, Inc. as notice administrator with roles and responsibilities and administrator protocol set forth at Dkt. No. 539 is **APPROVED**, as amended by the parties' submission at Dkt. No. 551.

3. The parties' proposal for Phase I of class fact discovery set forth at Dkt. No. 539 is **APPROVED**. The Court understands that the parties will submit their positions on the specifics of Phase II of class discovery at the appropriate juncture.

4. The following schedule is **APPROVED**:

| Event | Deadline |
|---|---|
| 90-Day notice period begins | 30 days after the date of this Order |
| Opt-out deadline | 60 days after the date of this Order |
| Deadline for potential class members to submit attestations or documentation | 120 days after the date of this Order |
| Follow-up outreach and deadline to submit any supplemental information requested by notice administrator | Within 150 days of the date of this Order |
| Notice administrator status report | Within 30 days of close of follow-up outreach period |
| Parties meet and confer regarding additional discovery | Within 14 days of status report |

**IT IS SO ORDERED.**

Date: July 2, 2026

YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California