Richard T. Collins
rich.collins@agg.com
Arnall Golden Gregory LLP
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone: 202.677.4917
Facsimile: 202.677.4031

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
DL Law Group
345 Franklin St.
San Francisco, CA 94102
Telephone: 415.678.5050
Facsimile: 415.358.8484

Attorneys for Plaintiffs and the Certified Class

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

LD, et al.,

Plaintiffs,

v.

United Behavioral Health, Inc., et al.,

Defendants.

Case No. 4:20-cv-02254-YGR-JCS

Hon. Yvonne Gonzalez Rogers

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL DAMON D. EISENBREY; [PROPOSED] ORDER**

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040
WWW.AGG.COM

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5, Plaintiffs in the above-captioned matter, Case No. 4:20-cv-02254-YGR-JCS, respectfully request that the Court grant the withdrawal of Damon D. Eisenbrey as counsel of record for Plaintiffs. Plaintiffs will continue to be represented by their counsel of record, Richard T. Collins of Arnall Golden Gregory LLP.

Respectfully submitted,

Dated: August 20, 2026

Arnall Golden Gregory LLP

By: _/s/ Richard T. Collins_
Richard T. Collins

Counsel for Plaintiffs and the Putative Class

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040
WWW.AGG.COM

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040
WWW.AGG.COM

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Damon D. Eisenbrey is withdrawn as counsel of record for Plaintiffs in Case No. 4:20-cv-02254-YGR-JCS. Plaintiffs shall continue to be represented by their remaining counsel of record: Richard T. Collins of Arnall Golden Gregory LLP. The Clerk of the Court is directed to remove Damon D. Eisenbrey from the Court's ECF System for this matter.

DATED:

_______________________________
HON. YVONNE GONZALEZ ROGERS